UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHARLES L. WALDEN,** | CIVIL ACTION NO. 5:22-238-KKC |
| Plaintiff, | |
| V. | **NOTICE** |
| **ENTERPRISE SERVICES GROUP, LLC,** et al. | |
| Defendants. | |

*** *** ***

All parties and counsel are hereby notified that the undersigned's stepson, Lloyd R. Cress, Jr., is employed as a non-equity member of Dinsmore & Shohl, LLP.

Dated September 20, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY