# CERTIFICATION OF AUTHENTICITY OF RECORDS

**THE MARC CENTER**
**1791 River Street**
**Bowling Green, KY 42101**

Records of:            Charles Lee Walden
DOB:                   05/27/1992
SSN:                   xxx-xx-2591
Medical Records No.:   _____
No. of Pages:          _____

I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **THE MARC CENTER**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **THE MARC CENTER**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY         )

COUNTY OF _____   )

The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires:_____
Notary ID:_____


EXHIBIT "B"