

Marcia Milby Ridings
James A. Ridings
R. Aaron Hostettler

Jay Milby Ridings
Kelly Kirby Ridings
Kelsey Lee Bryant

April 18, 2023

**REGULAR U.S. MAIL and EMAIL**

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
**Via Email:** rob@morrinlawoffice.com

Re:   United States District Court
      Eastern District of Kentucky
      Lexington Division
      Case No. 5:22-cv-00238-KKC
      Charles L. Walden
      Vs. Enterprise Services Group, LLC, Clarence M. Howard,
          National Indemnity Group of Insurance Companies or
          National Indemnity Company, Vince Kline and
          Progressive Casualty Insurance Company

Dear Mr. Morrin:

In accordance with HIPAA Privacy Regulations, 45 CFR§164.512(e), this letter is to place you and your client on notice that we intend to obtain Charles L. Walden's medical records via *subpoena duces tecum* from the following provider:

**(1)    The Marc Center**
        **1791 River Street**
        **Bowling Green, KY 42101**

Please take notice that you have until the close of business on **May 1, 2023**, in which to file an objection with the Court or otherwise notify me in writing of your objection to the subpoena.

If you do not notify us of your objection, we will move forward on **May 1, 2023**, and notice the deposition of the medical records custodian of the above-referenced provider and subpoena Charles L. Walden's medical records. A copy of this letter will be sent to this provider, along with a subpoena as satisfactory assurance that you and your client have been placed on notice and afforded an opportunity to object to the subpoena.

120 North Main Street ~ London, Kentucky 40741-1369
Ph: (606) 864-4126 ~ Fax: (606) 878-8144
marcia@hmrkylaw.com



EXHIBIT

"C"

Thank you for your attention to this matter.  Should you have any questions regarding any of the above, please do not hesitate to contact me directly.

<div align="center" style="margin-left:50%">

Very sincerely yours,

HAMM, MILBY & RIDINGS

By: _____
    Marcia Milby Ridings

</div>

MMR/kc