| | | |
|---|---|---|
| AOC-025.1    Doc. Code: RS<br>Rev. 1-22<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.gov<br>CR 45 | <br><br>**CIVIL**<br>❑ **SUBPOENA**<br>❑ **SUBPOENA DUCES TECUM** | Case No. _____<br>Court _____<br>County _____<br>Date _____ |

_____          PLAINTIFF

VS

_____          DEFENDANT

**The Commonwealth of Kentucky to:**

Name _____

Address _____
_____

**You are commanded to appear before:** (*select one of three choices*)
❑ _____ Court     ❑ The Grand Jury of _____ County
❑ Other _____

**You are to appear at:** _____
_____

on the _____ day of _____, 2____ at ____ ❑ a.m. OR ❑ p.m. ❑ Eastern ❑ Central Time

  ❑ To testify in behalf of _____
  ❑ To produce _____
_____
  ❑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** _____
_____
_____

on the _____ day of _____, 2____ at ____ ❑ a.m. OR ❑ p.m. ❑ Eastern ❑ Central Time
at the following address: _____

| | |
|---|---|
| _____<br>Issuing Officer/Attorney Licensed in Kentucky<br><br>By:_____ | _____<br>Name of Requesting Attorney/Pro-Se Party<br>_____<br>_____<br>Address<br>Phone # _____<br>E-mail: _____ |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____
_____
This _____ day of _____, 2____    By: _____
                                                                                _____**Title**