UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                       PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                                 DEFENDANTS.

---

**RECEIPT OF CERTIFIED MEDICAL RECORDS
FROM THE MARC CENTER**

---

The undersigned hereby acknowledges receipt from the custodian of medical records for The Marc Center which shows no records at this facility for Charles L. Walden.

                                 HAMM, MILBY & RIDINGS, PLLC
                                 120 NORTH MAIN STREET
                                 LONDON, KY 40741
                                 PHONE: 606-864-4126
                                 FAX: 606-878-8144
                                 EMAIL:  marcia@hmrkylaw.com
                                 ATTORNEYS FOR DEFENDANTS,
                                 ENTERPRISE SERVICES GROUP, LLC AND
                                 CLARENCE M. HOWARD

                              By: __/s/ Marcia Milby Ridings_____
                                    MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **May 9, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

1

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

                                                  __/s/Marcia Milby Ridings_____
                                                  OF COUNSEL FOR ABOVE-NAMED
                                                  DEFENDANTS