

May 9th, 2023

To whom it may concern,

In the matter of Charles Walden DOB: 05/27/1992, we here at the Men's Addiction Recovery Campus have no records in this matter.

Billy Messamore, APSS

*Billy Messamore, APSS*
Billy.Messamore@marcrecovery.com

Housing Coordinator

Adult Peer Support Specialist



1791 Old Louisville Road • Bowling Green, Kentucky 42101 • (270) 715-0810 • Fax (270) 715-0814
*www.marcrecovery.com*