UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                          PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                DEFENDANTS.

---

### RECEIPT OF CERTIFIED MEDICAL RECORDS
### FROM CARDINAL HEALTH

---

The undersigned hereby acknowledges that Cardinal Health has never treated the Plaintiff, Charles L. Walden.

                                                                HAMM, MILBY & RIDINGS, PLLC
                                                                120 NORTH MAIN STREET
                                                                LONDON, KY 40741
                                                                PHONE: 606-864-4126
                                                                FAX: 606-878-8144
                                                                EMAIL:  marcia@hmrkylaw.com
                                                                ATTORNEYS FOR DEFENDANTS,
                                                                ENTERPRISE SERVICES GROUP, LLC AND
                                                                CLARENCE M. HOWARD


                                                                By:   /s/ Marcia Milby Ridings
                                                                        MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **May 16, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email:** rob@morrinlawoffice.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email:** gthornton@whtlaw.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email:** mindy.barfield@dinsmore.com
**Email:** shaye.johnson@dinsmore.com

    /s/Marcia Milby Ridings_____
OF COUNSEL FOR ABOVE-NAMED
DEFENDANTS