UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN, PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY, DEFENDANTS.

---

**NOTICE OF CANCELLATION OF THE DEPOSITION OF THE
MEDICAL RECORDS CUSTODIAN FOR RESULTS PHYSIOTHERAPY**

---

All parties will hereby take notice that the deposition of the **Medical Records Custodian for Results Physiotherapy** scheduled for **4:00 p.m. on June 1, 2023**, at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky is hereby **CANCELLED.**

>HAMM, MILBY & RIDINGS, PLLC
>120 NORTH MAIN STREET
>LONDON, KY 40741
>PHONE: 606-864-4126
>FAX: 606-878-8144
>EMAIL:  marcia@hmrkylaw.com
>ATTORNEYS FOR DEFENDANTS,
>ENTERPRISE SERVICES GROUP, LLC AND
>CLARENCE M. HOWARD
>
>By: __/s/ Marcia Milby Ridings_____
>        MARCIA MILBY RIDINGS

1

<u>CERTIFICATE OF SERVICE</u>:

      I hereby certify that on **May 30, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

Custodian of Medical Records
Results Physiotherapy
842 Eastern Bypass, Suite 3
Richmond, KY  40475

                                                /s/Marcia Milby Ridings
                                            OF COUNSEL FOR ABOVE-NAMED
                                            DEFENDANTS