UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                           DEFENDANTS.

---

**NOTICE OF CANCELLATION OF THE DEPOSITION OF THE
MEDICAL RECORDS CUSTODIAN FOR
UK ORTHOPAEDIC SURGERY & SPORTS MEDICINE**

---

All parties will hereby take notice that the deposition of the **Medical Records Custodian for UK Orthopaedic Surgery & Sports Medicine** scheduled for **3:00 p.m. on June 1, 2023**, at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky is hereby **CANCELLED.**

        HAMM, MILBY & RIDINGS, PLLC
        120 NORTH MAIN STREET
        LONDON, KY 40741
        PHONE: 606-864-4126
        FAX: 606-878-8144
        EMAIL:  marcia@hmrkylaw.com
        ATTORNEYS FOR DEFENDANTS,
        ENTERPRISE SERVICES GROUP, LLC AND
        CLARENCE M. HOWARD

        By:   /s/ Marcia Milby Ridings
              MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **May 30, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY 40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

Custodian of Medical Records
UK Orthopaedic Surgery & Sports Medicine
2195 Harrodsburg Road
Lexington, KY 40504

        __/s/Marcia Milby Ridings_____
        OF COUNSEL FOR ABOVE-NAMED
        DEFENDANTS