## CERTIFICATION OF AUTHENTICITY OF RECORDS

**DR. TERESA WILP**
**1221 S Broadway**
**Lexington, KY  40504**

**Records of:**           Charles Lee Walden
**DOB:**                  05/27/1992
**SSN:**                  xxx-xx-2591
**Medical Records No.:**  _____
**No. of Pages:**         _____

    I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **DR. TERESA WILP**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

    I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **DR. TERESA WILP**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

    _____
    Signature

STATE OF KENTUCKY          )

COUNTY OF _____  )

    The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

    _____
    Notary Public
    My Comm. Expires:_____
    Notary ID: _____


EXHIBIT "B"