AOC-025.1      Doc. Code: RS
Rev. 1-22
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.kycourts.gov
CR 45



**CIVIL**
☑ **SUBPOENA**
☑ **SUBPOENA DUCES TECUM**

Case  No. 5:22-cv-00238-KKC
Court United States District Court
County Fayette
Date June 1, 2023

CHARLES L. WALDEN                                                     PLAINTIFF

VS

ENTERPRISE SERVICES GROUP, LLC, ET AL                                 DEFENDANT

**The Commonwealth of Kentucky to:**

Name Dr. Teresa Wilp
Address 1221 S Broadway
Lexington, KY 40504

**You are commanded to appear before:** *(select one of three choices)*
☐ _____ Court   ☐ The Grand Jury of _____ County
☐ Other _____

**You are to appear at:** Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY 40741

on the 27th___ day of July_____, 2 023___ at 10:00___ ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

   ☐ To testify in behalf of _____
   ☑ To produce all medical records you have in your possession from 2012 to the present time regarding the care
and treatment of Charles L. Walden (DOB: 5/27/1992;  SSN: xxx-xx-2591)
   ☐ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects**
**(or to permit inspection of premises):** See attached Notice to Take Deposition and Request for Production of
Documents for a complete description of the items to be produced.

on the 27th___ day of July_____, 2 023___ at 10:00___ ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time
at the following address:

Marcia Milby Ridings, Esq.
Issuing Officer/Attorney Licensed in Kentucky

By: _____

Marcia Milby Ridings, Esq.
Name of Requesting Attorney/Pro-Se Party
120 North Main Street
London, KY 40741
Address
Phone # 606-864-4126
E-mail: marcia@hmrkylaw.com

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2 _____   By: _____

**EXHIBIT**
D

Title