## CERTIFICATION OF AUTHENTICITY OF RECORDS

**MADISON PRIMARY CARE**
**210 Saint George Street, Ste. 110**
**Richmond, KY  40475**

**Records of:**           **Charles Lee Walden**
**DOB:**                  **05/27/1992**
**SSN:**                  **xxx-xx-2591**
**Medical Records No.:**  _____
**No. of Pages:**         _____

      I, _____, the undersigned, do hereby certify that I am

the _____ (Title or Position) for **MADISON PRIMARY CARE**, and

that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

      I further certify that: (1) the attached copies of records for which this certification is made

consist of _____ pages and are true reproductions of the original records maintained by

**MADISON PRIMARY CARE**; (2) that the records were made at or near the time of the

occurrence of the matter set forth, or from information transmitted by, a person or persons with

knowledge of those matters; (3) that the original records are kept in the course of a regularly

conducted activity; and (4) that the records were made by the regularly conducted activity as a

regular practice.

                                             _____
                                           Signature

STATE OF KENTUCKY                    )

COUNTY OF _____    )

      The foregoing Certification was subscribed and sworn to before me by _____

_____ on this _____ day of _____, 2023.

                                       _____
                                       Notary Public
                                        My Comm. Expires:_____
                                        Notary ID: _____


EXHIBIT

"*B*"