

Marcia Milby Ridings  
James A. Ridings  
R. Aaron Hostettler

Jay Milby Ridings  
Kelly Kirby Ridings  
Kelsey Lee Bryant

May 10, 2023

**REGULAR U.S. MAIL and EMAIL**

Robert A. Morrin, Esq.  
Morrin Law Office  
214 West Main Street  
Richmond, KY 40475  
**Via Email:** rob@morrinlawoffice.com

Re:   United States District Court  
      Eastern District of Kentucky  
      Lexington Division  
      Case No. 5:22-cv-00238-KKC  
      Charles L. Walden  
      Vs. Enterprise Services Group, LLC, Clarence M. Howard,  
      National Indemnity Group of Insurance Companies or  
      National Indemnity Company, Vince Kline and  
      Progressive Casualty Insurance Company

Dear Mr. Morrin:

In accordance with HIPAA Privacy Regulations, 45 CFR§164.512(e), this letter is to place you and your client on notice that we intend to obtain **Charles L. Walden's** medical records via *subpoena duces tecum* from the following providers:

(1)   **Madison Primary Care**  
      **210 Saint George Street, Ste. 110**  
      **Richmond, KY 40475**

Please take notice that you have until the close of business on **May 24, 2023**, in which to file an objection with the Court or otherwise notify me in writing of your objection to any and all of the subpoenas.

If you do not notify us of your objection, we will move forward on **May 24, 2023**, and notice the depositions of the medical records custodians of the above-referenced providers and subpoena **Charles L. Walden's** medical records. A copy of this letter will be sent to these providers along with a subpoena as satisfactory assurance that you

EXHIBIT "C"

and your client have been placed on notice and afforded an opportunity to object to the subpoena.

Thank you for your attention to this matter. Should you have any questions regarding any of the above, please do not hesitate to contact me directly.

Very sincerely yours,

HAMM, MILBY & RIDINGS

By: _____
Marcia Milby Ridings

MMR/kc