| AOC-025.1  Doc. Code: RS<br>Rev. 1-22<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.gov<br>CR 45 | <br>**CIVIL**<br>☑ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. 5:22-cv-00238-KKC<br>Court United States District Court<br>County Fayette<br>Date June 1, 2023 |
|---|---|---|

**CHARLES L. WALDEN**                                                                                   PLAINTIFF

VS

**ENTERPRISE SERVICES GROUP, LLC, ET AL**                                               DEFENDANT

**The Commonwealth of Kentucky to:**

Name  Madison Primary Care
Address  210 Saint George Street, Ste. 110
Richmond, KY 40475

**You are commanded to appear before:** (*select one of three choices*)
☐ _____ Court    ☐ The Grand Jury of _____ County
☐ Other _____

**You are to appear at:** Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY 40741

on the  27th  day of  July , 2 023  at 5:00   ☐ a.m. OR ☑ p.m. ☑ Eastern ☐ Central Time

  ☐ To testify in behalf of _____
  ☑ To produce  all medical records you have in your possession from 2012 to the present time regarding the care and treatment of Charles L. Walden (DOB: 5/27/1992;   SSN: xxx-xx-2591)
  ☐ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** See attached Notice to Take Deposition and Request for Production of Documents for a complete description of the items to be produced.

on the  27th  day of  July , 2 023  at 5:00   ☐ a.m. OR ☑ p.m. ☑ Eastern ☐ Central Time
at the following address: _____

| Marcia Milby Ridings, Esq.<br>Issuing Officer/Attorney Licensed in Kentucky<br>By: /s/ Marcia Milby Ridings | Marcia Milby Ridings, Esq.<br>Name of Requesting Attorney/Pro-Se Party<br>120 North Main Street<br>London, KY 40741<br>Address<br>Phone #  606-864-4126<br>E-mail: marcia@hmrkylaw.com |
|---|---|

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2 _____ By: _____

Title

**EXHIBIT** "D"