## <u>CERTIFICATION OF AUTHENTICITY OF RECORDS</u>

### WHITE HOUSE CLINIC
### 305 Estill Street
### Berea, KY  40403

**Records of:**      **Charles Lee Walden**
**DOB:**      05/27/1992
**SSN:**      xxx-xx-2591
**Medical Records No.:**      _____
**No. of Pages:**      _____

I, _____, the undersigned, do hereby certify that I am

the _____ (Title or Position) for **WHITE HOUSE CLINIC**, and that

I have reviewed the records attached hereto regarding **Charles Lee Walden.**

I further certify that: (1) the attached copies of records for which this certification is made

consist of _____ pages and are true reproductions of the original records maintained by **WHITE**

**HOUSE CLINIC**; (2) that the records were made at or near the time of the occurrence of the

matter set forth, or from information transmitted by, a person or persons with knowledge of those

matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4)

that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY        )

COUNTY OF _____    )

The foregoing Certification was subscribed and sworn to before me by _____

_____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires:_____
Notary ID: _____

