Marcia Milby Ridings
James A. Ridings
R. Aaron Hostettler

# Hamm, Milby & Ridings PLLC

Jay Milby Ridings
Kelly Kirby Ridings
Kelsey Lee Bryant

May 3, 2023

**REGULAR U.S. MAIL and EMAIL**

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
**Via Email:** rob@morrinlawoffice.com

Re:    United States District Court
       Eastern District of Kentucky
       Lexington Division
       Case No. 5:22-cv-00238-KKC
       Charles L. Walden
       Vs.  Enterprise Services Group, LLC, Clarence M. Howard,
            National Indemnity Group of Insurance Companies or
            National Indemnity Company, Vince Kline and
            Progressive Casualty Insurance Company

Dear Mr. Morrin:

In accordance with HIPAA Privacy Regulations, 45 CFR§164.512(e), this letter is to place you and your client on notice that we intend to obtain **Charles L. Walden's** medical records via *subpoena duces tecum* from the following providers:

    **(1)**    **Dr. William G. Fain**
            **620 Perimeter Drive, Ste. 206**
            **Lexington, KY 40517**

    **(2)**    **Dr. Theresa Wilp**
            **1221 S Broadway**
            **Lexington, KY 40504**

    **(3)**    **Dr. Terri Overbee**
            **Baptist Health Express Care**
            **1024 N Main Street**
            **Nicholasville, KY 40356**



EXHIBIT "C"

    **(4)**      **Graves Gilbert Clinic**
                **990 Wilkinson Trace**
                **Bowling Green, KY  42103**

    **(5)**      **Dr. John Hornberger**
                **3141 Beaumont Center Circle, Suite 103**
                **Lexington, KY  40513**

    **(6)**      **White House Clinic**
                **305 Estill Street**
                **Berea, KY  40403**

    **(7)**      **Dr. Michael Geile**
                **Baptist Health Medical Group**
                **107 Meridian Way, Ste. 200**
                **Richmond, KY  40475**

Please take notice that you have until the close of business on **May 17, 2023**, in which to file an objection with the Court or otherwise notify me in writing of your objection to any and all of the subpoenas.

If you do not notify us of your objection, we will move forward on **May 17, 2023**, and notice the depositions of the medical records custodians of the above-referenced providers and subpoena **Charles L. Walden's** medical records.  A copy of this letter will be sent to these providers along with a subpoena as satisfactory assurance that you and your client have been placed on notice and afforded an opportunity to object to the subpoena.

Thank you for your attention to this matter.  Should you have any questions regarding any of the above, please do not hesitate to contact me directly.

          Very sincerely yours,

          HAMM, MILBY & RIDINGS

      By: _____
            Marcia Milby Ridings

MMR/kc