## CERTIFICATION OF AUTHENTICITY OF RECORDS

**DR. JOHN HORNBERGER**
3141 Beaumont Center Circle, Suite 103
Lexington, KY  40513

Records of:            **Charles Lee Walden**
DOB:                   05/27/1992
SSN:                   xxx-xx-2591
Medical Records No.:   _____
No. of Pages:          _____

I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **DR. JOHN HORNBERGER**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **DR. JOHN HORNBERGER**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY          )

COUNTY OF _____   )

The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires: _____
Notary ID: _____


EXHIBIT "B"