| AOC-025.1    Doc. Code: RS
Rev. 1-22
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.kycourts.gov

CR 45 | 

**CIVIL**
☑ **SUBPOENA**
☑ **SUBPOENA DUCES TECUM** | Case No. 5:22-cv-00238-KKC
Court United States District Court
County Fayette
Date June 1, 2023 |

CHARLES L. WALDEN                                                                 PLAINTIFF

VS

ENTERPRISE SERVICES GROUP, LLC, ET AL                                 DEFENDANT

**The Commonwealth of Kentucky to:**

Name Dr. John Hornberger
Address 3141 Beaumont Center Circle, Suite 103
Lexington, KY 40513

**You are commanded to appear before:** (select one of three choices)
☐ _____ Court    ☐ The Grand Jury of _____ County
☐ Other _____

**You are to appear at:** Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY 40741

on the 27th day of July, 2023 at 2:00  ☐ a.m. OR ☑ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____
☑ To produce all medical records you have in your possession from 2012 to the present time regarding the care and treatment of Charles L. Walden (DOB: 5/27/1992;  SSN: xxx-xx-2591)
☐ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** See attached Notice to Take Deposition and Request for Production of Documents for a complete description of the items to be produced.

on the 27th day of July, 2023 at 2:00  ☐ a.m. OR ☑ p.m. ☑ Eastern ☐ Central Time
at the following address: _____

| Marcia Milby Ridings, Esq.
Issuing Officer/Attorney Licensed in Kentucky

By: _/s/ Marcia Ridings_ | Marcia Milby Ridings, Esq.
Name of Requesting Attorney/Pro-Se Party
120 North Main Street
London, KY 40741
Address
Phone # 606-864-4126
E-mail: marcia@hmrkylaw.com |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____  By: _____

                                                                                                Title _____

**EXHIBIT** D