| AOC-025.1    Doc. Code: RS<br>Rev. 1-22<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.gov<br>CR 45 | <br>**CIVIL**<br>☑ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. 5:22-cv-00238-KKC<br>Court United States District Court<br>County Fayette<br>Date June 1, 2023 |

CHARLES L. WALDEN                                                    PLAINTIFF

VS

ENTERPRISE SERVICES GROUP, LLC, ET AL                        DEFENDANT

**The Commonwealth of Kentucky to:**

Name Dr. Terri Overbee

Address Baptist Health Express Care, 1024 N Main Street
Nicholasville, KY  40356

**You are commanded to appear before:** (*select one of three choices*)
❑ _____ Court   ❑ The Grand Jury of _____ County
❑ Other _____

**You are to appear at:** Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY  40741

on the 27th     day of July              , 2 023    at 11:00   ☑ a.m. OR ❑ p.m. ☑ Eastern ❑ Central Time

  ❑ To testify in behalf of _____
  ☑ To produce all medical records you have in your possession from 2012 to the present time regarding the care
and treatment of Charles L. Walden (DOB: 5/27/1992;   SSN: xxx-xx-2591)
  ❑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects
(or to permit inspection of premises):** See attached Notice to Take Deposition and Request for Production of
Documents for a complete description of the items to be produced.

on the 27th     day of July              , 2 023    at 11:00   ☑ a.m. OR ❑ p.m. ☑ Eastern ❑ Central Time
at the following address: _____

| Marcia Milby Ridings, Esq.<br>Issuing Officer/Attorney Licensed in Kentucky<br><br>By: *[signature]* | Marcia Milby Ridings, Esq.<br>Name of Requesting Attorney/Pro-Se Party<br>120 North Main Street<br>London, KY  40741<br>Address<br>Phone # 606-864-4126<br>E-mail: marcia@hmrkylaw.com |

## PROOF OF SERVICE

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2 _____   By: _____

**EXHIBIT**
"D"