UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                           DEFENDANTS.

---

**NOTICE OF CANCELLATION OF THE DEPOSITION OF THE
MEDICAL RECORDS CUSTODIAN FOR DR. TERESA WILP**

---

All parties will hereby take notice that the deposition of the **Medical Records Custodian for Dr. Teresa Wilp** scheduled for **10:00 a.m. on July 27, 2023**, at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky is hereby **CANCELLED.** Mail was "Unable to Forward."

                    HAMM, MILBY & RIDINGS, PLLC
                    120 NORTH MAIN STREET
                    LONDON, KY 40741
                    PHONE: 606-864-4126
                    FAX: 606-878-8144
                    EMAIL:  marcia@hmrkylaw.com
                    ATTORNEYS FOR DEFENDANTS,
                    ENTERPRISE SERVICES GROUP, LLC AND
                    CLARENCE M. HOWARD

By: __/s/ Marcia Milby Ridings_____
     MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

  I hereby certify that on **June 20, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email:** rob@morrinlawoffice.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email:** gthornton@whtlaw.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email:** mindy.barfield@dinsmore.com
**Email:** shaye.johnson@dinsmore.com

                  /s/Marcia Milby Ridings
                OF COUNSEL FOR ABOVE-NAMED
                DEFENDANTS