UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                   PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                               DEFENDANTS.

---

### RECEIPT OF CERTIFIED MEDICAL RECORDS
### FROM BAPTIST HEALTH PRIMARY CARE

---

The undersigned hereby acknowledges receipt of certified medical records regarding Charles L. Walden from **Baptist Health Primary Care**. The records were provided in lieu of a deposition and a copy of the records received were mailed to all counsel of record.

            HAMM, MILBY & RIDINGS, PLLC
            120 NORTH MAIN STREET
            LONDON, KY 40741
            PHONE: 606-864-4126
            FAX: 606-878-8144
            EMAIL: marcia@hmrkylaw.com
            ATTORNEYS FOR DEFENDANTS,
            ENTERPRISE SERVICES GROUP, LLC AND
            CLARENCE M. HOWARD

            By: __/s/ Marcia Milby Ridings_____
                MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

      I hereby certify that on **June 27, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email:** rob@morrinlawoffice.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email:** gthornton@whtlaw.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email:** mindy.barfield@dinsmore.com
**Email:** shaye.johnson@dinsmore.com

                                              /s/Marcia Milby Ridings
                                            OF COUNSEL FOR ABOVE-NAMED
                                            DEFENDANTS