UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

**\*\*\*ELECTRONICALLY FILED\*\*\***

CHARLES L. WALDEN,                                                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                              DEFENDANTS.

_____

**NOTICE OF SERVICE OF SECOND SET OF INTERROGATORIES
TO PLAINTIFF, CHARLES L. WALDEN**
_____

The Defendants, Enterprise Services Group, LLC and Clarence M. Howard, by counsel, herewith certify to the court and to all interested parties that Defendants' Second Set of Interrogatories were propounded upon the Plaintiff, Charles L. Walden, and emailed to counsel of record on this 17th day of July, 2023.

                        HAMM, MILBY & RIDINGS, PLLC
                        120 NORTH MAIN STREET
                        LONDON, KY 40741
                        PHONE: 606-864-4126
                        FAX: 606-878-8144
                        EMAIL:  marcia@hmrkylaw.com
                        ATTORNEYS FOR DEFENDANTS,
                        ENTERPRISE SERVICES GROUP, LLC AND
                        CLARENCE M. HOWARD

By: __/s/ Marcia Milby Ridings_____
     MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **July 17, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorney for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*And Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

    __/s/Marcia Milby Ridings_____
    OF COUNSEL FOR ABOVE-NAMED
    DEFENDANTS