UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                              PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,              DEFENDANTS.

---

**NOTICE OF CANCELLATION OF THE DEPOSITION OF THE
MEDICAL RECORDS CUSTODIAN FOR MADISON PRIMARY CARE**

---

All parties will hereby take notice that the deposition of the **Medical Records Custodian of MADISON PRIMARY CARE** scheduled for **5:00 p.m. on July 27, 2023**, at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky is hereby **CANCELLED.** Records have been shredded.

>                HAMM, MILBY & RIDINGS, PLLC
>                120 NORTH MAIN STREET
>                LONDON, KY 40741
>                PHONE: 606-864-4126
>                FAX: 606-878-8144
>                EMAIL:  marcia@hmrkylaw.com
>                ATTORNEYS FOR DEFENDANTS,
>                ENTERPRISE SERVICES GROUP, LLC AND
>                CLARENCE M. HOWARD
>
>                By:  __/s/ Marcia Milby Ridings_____
>                        MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **July 19, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

Custodian of Medical Records  (**VIA REGULAR MAIL**)
Madison Primary Care
210 Saint George Street, Ste. 110
Richmond, KY  40475

　　　　　　　　　　　　　　　　　　　　　　　　__/s/Marcia Milby Ridings_____
　　　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL FOR ABOVE-NAMED
　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS