## CERTIFICATION OF AUTHENTICITY OF RECORDS

**CENTRAL KENTUCKY EYE ASSOCIATES**
238 Geri Lane
Richmond, KY  40475

**Records of:**           Charles Lee Walden
**DOB:**                  05/27/1992
**SSN:**                  xxx-xx-2591
**Medical Records No.:**  _____
**No. of Pages:**         _____

I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **CENTRAL KENTUCKY EYE ASSOCIATES**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **CENTRAL KENTUCKY EYE ASSOCIATES**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY          )

COUNTY OF _____ )

The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires:_____
Notary ID: _____