

| | | |
|---|---|---|
| Marcia Milby Ridings<br>James A. Ridings<br>R. Aaron Hostettler | **Hamm, Milby & Ridings PLLC** | Jay Milby Ridings<br>Kelly Kirby Ridings<br>Kelsey Lee Bryant |

July 5, 2023

**REGULAR U.S. MAIL and EMAIL**

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
**Via Email:** rob@morrinlawoffice.com

Re:     United States District Court
        Eastern District of Kentucky
        Lexington Division
        Case No. 5:22-cv-00238-KKC
        Charles L. Walden
        Vs. Enterprise Services Group, LLC, Clarence M. Howard,
             National Indemnity Group of Insurance Companies or
             National Indemnity Company, Vince Kline and
             Progressive Casualty Insurance Company

Dear Mr. Morrin:

In accordance with HIPAA Privacy Regulations, 45 CFR§164.512(e), this letter is to place you and your client on notice that we intend to obtain **Charles L. Walden's** medical records via *subpoena duces tecum* from the following provider:

(1)     **Central Kentucky Eye Associates
        238 Geri Lane
        Richmond, KY 40475**

Please take notice that you have until the close of business on **July 17, 2023**, in which to file an objection with the Court or otherwise notify me in writing of your objection to any and all of the subpoenas.

If you do not notify us of your objection, we will move forward on **July 17, 2023**, and notice the deposition of the medical records custodian of the above-referenced provider and subpoena **Charles L. Walden's** medical records. A copy of this letter will be sent to this provider along with a subpoena as satisfactory assurance that you and your client have been placed on notice and afforded an opportunity to object to the subpoena.

120 North Main Street ~ London, Kentucky 40741-1369
Ph: (606) 864-4126 ~ Fax: (606) 878-8144
marcia@hmrkylaw.com

EXHIBIT "C"

Thank you for your attention to this matter. Should you have any questions regarding any of the above, please do not hesitate to contact me directly.

Very sincerely yours,

HAMM, MILBY & RIDINGS

By: _____
Marcia Milby Ridings

MMR/kc