| | | |
|---|---|---|
| AOC-025.1     Doc. Code: RS<br>Rev. 1-22<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice   www.kycourts.gov<br><br>CR 45 | <br>**CIVIL**<br>☑ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. 5:22-cv-00238-KKC<br>Court United States District Court<br>County Fayette<br>Date July 28, 2023 |

CHARLES L. WALDEN                                                                                          PLAINTIFF

VS

ENTERPRISE SERVICES GROUP, LLC, ET AL                                            DEFENDANT

**The Commonwealth of Kentucky to:**

Name  Records Custodian for Central Kentucky Eye Associates
Address  238 Geri Lane
Richmond, KY 40475

**You are commanded to appear before:** *(select one of three choices)*
☐ _____ Court   ☐ The Grand Jury of _____ County
☐ Other _____

**You are to appear at:**  Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY 40741

on the  8th  day of  September , 2 023  at  9:00  ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____
☑ To produce  all medical records you have in your possession from 2012 to the present time regarding the care and treatment of Charles L. Walden (DOB: 5/27/1992; SSN: xxx-xx-2591)
☐ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):**  See attached Notice to Take Deposition and Request for Production of Documents for a complete description of the items to be produced.

on the  8th  day of  September , 2 023  at  9:00  ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time
at the following address: _____

| | |
|---|---|
| Marcia Milby Ridings, Esq.<br>Issuing Officer/Attorney Licensed in Kentucky<br><br>By: *(signature)* Marcia Milby Ridings | Marcia Milby Ridings, Esq.<br>Name of Requesting Attorney/Pro-Se Party<br>120 North Main Street<br>London, KY 40741<br>Address<br>Phone #  606-864-4126<br>E-mail: marcia@hmrkylaw.com |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____

This ____ day of _____, 2____   By: _____

**EXHIBIT** D