UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                              PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,        DEFENDANTS.

---

### NOTICE OF CANCELLATION OF THE DEPOSITION OF THE
### MEDICAL RECORDS CUSTODIAN FOR CENTRAL KENTUCKY EYE ASSOCIATES

---

All parties will hereby take notice that the deposition of the **Medical Records Custodian of CENTRAL KENTUCKY EYE ASSOCIATES** scheduled for **9:00 a.m. on September 8, 2023**, at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky is hereby **CANCELLED.**  They have no records..

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD


By: __/s/ Marcia Milby Ridings_____
        MARCIA MILBY RIDINGS

1

CERTIFICATE OF SERVICE:

      I hereby certify that on **August 3, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email:** rob@morrinlawoffice.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email:** gthornton@whtlaw.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email:** mindy.barfield@dinsmore.com
**Email:** shaye.johnson@dinsmore.com

Custodian of Medical Records
Central Kentucky Eye Associates
238 Geri Lane
Richmond, KY  40475
**Via Email Only:**  Cynthia.lewis@ckeaky.com

                                                  /s/Marcia Milby Ridings
                                                  OF COUNSEL FOR ABOVE-NAMED
                                                  DEFENDANTS