UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                      PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                  DEFENDANTS.

---

**NOTICE TO TAKE DEPOSITION SUBPOENA DUCES TECUM
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

---

The Plaintiff will hereby take notice that commencing at **9:00 a.m. on September 18, 2023**, **at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, KY 40741** the Defendants, Enterprise Services Group, LLC, and Clarence M. Howard will take the deposition upon oral examination of the **Custodian of Medical Records for Dr. Nicole Everman**, pursuant to Rule 30 of the Kentucky Rules of Civil Procedures.

Please take further notice that the Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, serve the accompanying subpoena duces tecum upon the **Custodian of Medical Records for Dr. Nicole Everman**, requiring him/her to produce at such examination the following documents, pursuant to CR 45.01:

A certified copy of all pharmacy and medical records, including, but not limited to: office notes, history, physical, consultation notes, records obtained from any other healthcare provider or facility, correspondence, discharge summaries, order and progress notes,

1

laboratory and diagnostic results, nurses notes, emergency room records, operative records, in-patient records and films of x-rays, MRIs or PET scans, medical bills and health insurance Medicaid or Medicare records concerning any medical treatment or pharmacy records that **Charles L. Walden, Social Security No.:  xxx-xx-2591; DOB:  5/27/1992,** has received from you, at your institution, or which you keep in the regular course of business.

In accordance with Health Information Portability and Accountability Act (HIPAA) Privacy Regulations 45 CFR § 164.512(3), this Notice to Take Deposition Duces Tecum and Request For Production of Documents will serve as notice to Plaintiff that the deposition of the **Medical Records Custodian for Dr. Nicole Everman**, will include an examination of Protected Health Information, including, but not limited to, inpatient and out-patient medical records, diagnostic testing, radiographic films, pathology slides, billing information and pharmacy records.

Plaintiff, through his counsel, had until the close of business on **July 31, 2023**, in which to file an objection with the Court or otherwise notify undersigned counsel in writing of Plaintiff's objection to this deposition.  A copy of the Letter to Counsel is attached hereto as Exhibit "C."  No such objection was filed.

**It shall be deemed sufficient compliance with the accompanying subpoena duces tecum, both as to Deponent's appearance and to the production of documents, for the Deponent to provide a certified copy of the documents by mailing same to the undersigned, Marcia Milby Ridings, Esq., Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky 40741, counsel for Enterprise Services Group, LLC, and Clarence M. Howard, prior to September 18, 2023, for its uses and for use by any other party to this litigation desiring copies of same.**

2

The deposition will be taken for the purpose of discovery and for any and all other purposes authorized by the Kentucky Rules of Civil Procedure.

> HAMM, MILBY & RIDINGS, PLLC
> 120 NORTH MAIN STREET
> LONDON, KY 40741
> PHONE: 606-864-4126
> FAX: 606-878-8144
> EMAIL:  marcia@hmrkylaw.com
> ATTORNEYS FOR DEFENDANTS,
> ENTERPRISE SERVICES GROUP, LLC AND
> CLARENCE M. HOWARD

> By: __/s/ Marcia Milby Ridings_____
>       MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **August 10, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507

*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

Custodian of Medical Records    **(VIA CERTIFIED MAIL)**
Dr. Nicole Everman
3470 Blazer Parkway, Ste. 150
Lexington, KY  40509

        __/s/Marcia Milby Ridings_____
        OF COUNSEL FOR ABOVE-NAMED
        DEFENDANTS