## <u>CERTIFICATION OF AUTHENTICITY OF RECORDS</u>

**DR. NICOLE EVERMAN**
**3470 Blazer Parkway, Ste. 150**
**Lexington, KY  40509**

| | |
|---|---|
| **Records of:** | **Charles Lee Walden** |
| **DOB:** | **05/27/1992** |
| **SSN:** | **xxx-xx-2591** |
| **Medical Records No.:** | _____ |
| **No. of Pages:** | _____ |

I, _____, the undersigned, do hereby certify that I am

the _____ (Title or Position) for **DR. NICOLE EVERMAN**, and that

I have reviewed the records attached hereto regarding **Charles Lee Walden.**

I further certify that: (1) the attached copies of records for which this certification is made

consist of _____ pages and are true reproductions of the original records maintained by **DR.**

**NICOLE EVERMAN**; (2) that the records were made at or near the time of the occurrence of the

matter set forth, or from information transmitted by, a person or persons with knowledge of those

matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4)

that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY                    )

COUNTY OF _____    )

The foregoing Certification was subscribed and sworn to before me by _____

_____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires:_____
Notary ID: _____