**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| CHARLES L. WALDEN )<br>)<br>  Plaintiff )<br>)<br>)<br>v. )<br>)<br>ENTERPRISE SERVICES GROUP, LLC )<br>CLARENCE M. HOWARD, AND )<br>NATIONAL INDEMNITY GROUP OF )<br>INSURANCE COMPANIES OR )<br>NATIONAL INDEMNITY COMPANY, )<br>VINCE KLINE, AND PROGRESSIVE )<br>CASUALTY INSURANCE COMPANY )<br>)<br>  Defendants | CIVIL ACTION NO. 5:22-CV-00238-KKC |

***** ***** *****
**NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES**
**TO ENTERPRISE SERVICES GROUP, LLC'S**
**SECOND SET OF INTERROGATORIES**
***** ***** *****

Comes now the Plaintiff, Charles Walden, by and through counsel, to provide notice to the Court that his Responses to Defendant Enterprise Services Group, LLC's Second Set of Interrogatories have been served upon the following this 8th day of September, 2023:

Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
*Counsel for Vince Kline and National Indemnity Group of Insurance Companies*

Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard and Enterprise Services Group*

Gregg E. Thornton
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

                                                Respectfully Submitted,

                                                MORRIN LAW OFFICE

                                                */s/ Robert A. Morrin*
                                                Robert A. Morrin
                                                214 W. Main Street
                                                Richmond, KY 40475
                                                rob@morrinlawoffice.com
                                                P: 859-358-0300
                                                F: 859-972-0813
                                                *Counsel for Plaintiff*