UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)
Civil Action No. 5:22-CV-238-KKC

CHARLES L. WALDEN                              PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC, ET AL        DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \*
**NOTICE OF DEPOSITION OF CLARENCE M. HOWARD**
\* \* \* \* \* \* \* \* \* \* \* \* \*

      Comes the Plaintiff, Charles L. Walden, by counsel, hereby gives notice that the deposition of Clarence M. Howard will take place on **Wednesday, October 11, 2023,** beginning at the hour of **10:00 a.m.,** at Morrin Law Office, 214 West Main Street, Richmond, KY 40475.

      Said depositions will be taken by a notary public or other official authorized by law to administer oaths, is being taken for purposes of discovery and for all other purposes allowed for by the Federal Rules of Civil Procedure, and shall continue from day to day until completed.

                                           Respectfully submitted,

                                           MORRIN LAW OFFICE

                                           /s/*Robert A. Morrin*_____
                                           Hon. Robert A. Morrin (KBA# 94368)
                                           214 West Main Street
                                           Richmond, Kentucky 40475
                                           859-358-0300
                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via first class mail and/or electronic mail upon the following parties on this the 11th day of September, 2023:

Hon. Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
marcia@hmrkylaw.com
*Counsel for Clarence M. Howard and Enterprise Services Group*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
mindy.barfield@dinsmore.com
*Counsel for National Indemnity Company Vince Kline*

Hon. Gregg E. Thornton
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
gthornton@whtlaw.com
*Counsel for Progressive Insurance Company*

Wanda Brown
candlcourtreporting@hotmail.com
*Court Reporter*

  /s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA# 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*