UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                      PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,       DEFENDANTS.

---

**NOTICE OF CANCELLATION OF THE DEPOSITION OF THE
MEDICAL RECORDS CUSTODIAN FOR DR. NICOLE EVERMAN**

---

All parties will hereby take notice that the deposition of the **Medical Records Custodian of DR. NICOLE EVERMAN** scheduled for **9:00 a.m. on September 18, 2023**, at the offices of Hamm, Milby & Ridings, PLLC, 120 North Main Street, London, Kentucky is hereby **CANCELLED.** They have no records to produce.

                                               HAMM, MILBY & RIDINGS, PLLC
                                               120 NORTH MAIN STREET
                                               LONDON, KY 40741
                                               PHONE: 606-864-4126
                                               FAX: 606-878-8144
                                               EMAIL: marcia@hmrkylaw.com
                                               ATTORNEYS FOR DEFENDANTS,
                                               ENTERPRISE SERVICES GROUP, LLC AND
                                               CLARENCE M. HOWARD

                                       By: __/s/ Marcia Milby Ridings_____
                                               MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

    I hereby certify that on **September 12, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email:** rob@morrinlawoffice.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email:** gthornton@whtlaw.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email:** mindy.barfield@dinsmore.com
**Email:** shaye.johnson@dinsmore.com

Custodian of Medical Records
Dr. Nicole Everman
3470 Blazer Parkway, Ste. 150
Lexington, KY  40509

                                                                      /s/Marcia Milby Ridings_____
                                                                  OF COUNSEL FOR ABOVE-NAMED
                                                                  DEFENDANTS