**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| CHARLES L. WALDEN )<br>)<br>　　Plaintiff )<br>)<br>v. )<br>)<br>ENTERPRISE SERVICES GROUP, LLC )<br>CLARENCE M. HOWARD, AND )<br>NATIONAL INDEMNITY GROUP OF )<br>INSURANCE COMPANIES OR )<br>NATIONAL INDEMNITY COMPANY, )<br>VINCE KLINE, AND PROGRESSIVE )<br>CASUALTY INSURANCE COMPANY )<br>)<br>　　Defendants | CIVIL ACTION NO. 5:22-CV-00238-KKC |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*
**MOTION FOR EXTENSION OF TIME**
\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes the Plaintiff, CHARLES L. WALDEN, by and through counsel, and for his Motion for Extension of Time for compliance with the Rule 26(a)(2) Reports deadlines established under the Court's 10/18/2022 Scheduling Order, section (d), hereby states as follows:

The Federal Rule of Civil Procedure 6(b)(1) allows the Court, for good cause, to grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." The Rule does not prohibit the granting of extensions except under particular circumstances. FRCP 6(b)(2) prohibits enlargements of time for: motions for judgment as a matter of law after trial; motions for a new trial; motions for amendments of findings or additional findings; and motions for relief from a judgment. As the Rule does not specifically prohibit an enlargement of time for pre-trial compliance, the discretion is left with the trial court.

Per the Court's 10/18/2022 Scheduling Order, section (d), Plaintiff's 26(a)(2) Expert Reports are due on October 1, 2023. Thus, this Motion is timely and made prior to the deadline.

Plaintiff has been actively treating for his related injuries but has not reached Maximum Medical Improvement yet. Plaintiff has upcoming appointments scheduled with Kentucky Orthopedics and Spine and UK Neuroscience Clinic; his upcoming appointment with UK Neuroscience Clinic was scheduled back in March 2023 and they advised that October 2023 was their earliest available appointment. Furthermore, Plaintiff has requested the opinions related to Rule 26 disclosures from two (2) of his treating physicians, but has not yet received them and anticipates not receiving them before the deadline due to his ongoing treatment.

While he continues to seek necessary medical treatment for his conditions directly and proximately related to the subject incident, Plaintiff has acted in good faith to advance his case in other ways. Plaintiff has answered additional discovery, given deposition testimony, and scheduled the deposition of Defendant Howard. Furthermore, Plaintiff's attempts to obtain the opinions of his treating physicians which he might be able to obtain at this juncture in his treatment demonstrates his good faith efforts to comply with the Court's deadline.

No party has yet requested any pretrial compliance extensions. As defendants' deadlines would also be extended by the same amount of time as Plaintiff's deadline, the defendants would not be prejudiced by this extension. Trial is not scheduled to take place for more than a year from now, in December of 2024.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves this Court to grant a 90-day enlargement of time for compliance with the Rule 26(a)(2) Reports deadlines established under the Court's 10/18/2022 Scheduling Order, section (d). Accordingly, the new Rule 26(a)(2) Reports deadline should be December 30, 2023.

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/ Robert A. Morrin
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2023, a true and correct copy of the foregoing was served electronically via electronic mail and through the Court's eFiling system, to the following:

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
100 W Main Street
Suite 900
Lexington, KY 40507
*Counsel for Vince Kline & National Indemnity Group of Insurance Companies*

Hon. Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard, Enterprise Services Group*

Hon. Gregg E. Thornton
Hon. Catie Coldiron Joseph
Hon. Jillian D House
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

                                                     */s/ Robert A. Morrin*_____
                                                     Hon. Robert A. Morrin (KBA # 94368)
                                                     MORRIN LAW OFFICE
                                                     *Counsel for Plaintiff*