**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |
| | |
| Defendants | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*
**PROPOSED ORDER FOR MOTION FOR EXTENSION OF TIME**
\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Motion for Extension of Time for compliance with the Rule 26(a)(2) Reports deadlines having been made by counsel for Plaintiff, Charles Walden, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion for Extension of Time for a 90-day enlargement of time for compliance with the Rule 26(a)(2) Reports deadlines established under the Court's 10/18/2022 Scheduling Order, section (d), amending the new Rule 26(a)(2) Reports deadline to December 30, 2023, is hereby GRANTED.

This the _____ day of _____, 2023.

_____
JUDGE, US DISTRICT COURT
EASTEN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION

Prepared by:

 /s/*Robert A. Morrin*_____
Hon. Robert A. Morrin

1

## CLERK'S CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the _____ day of _____, 2023, by mailing a true and accurate copy to the following:

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
100 W Main Street
Suite 900
Lexington, KY 40507
*Counsel for Vince Kline & National Indemnity Group of Insurance Companies*

Hon. Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard, Enterprise Services Group*

Hon. Gregg E. Thornton
Hon. Catie Coldiron Joseph
Hon. Jillian D House
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

Hon. Robert A. Morrin
MORRIN LAW OFFICE
214 W. Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

_____
US DISTRICT COURT CLERK