UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:22-CV-00238

CHARLES L. WALDEN,                                                                                         PLAINTIFF,

V.                                                         **ORDER**

ENTERPRISE SERVICES GROUP, LLC., *et al.*,                                         DEFENDANTS.

*** *** *** ***

Plaintiff Charles L. Walden filed Motion for Extension of Time to comply with the Rule 26(a)(2) Reports deadline set in the Court's October 18, 2022 Scheduling Order [R. 82]. Accordingly,

IT IS ORDERED that Defendants any response to the motion shall be filed on or before September 27, 2023.

Signed September 20, 2023.

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge