# CERTIFICATION OF AUTHENTICITY OF RECORDS

**KENTUCKY ORTHOPAEDICS & SPINE**
235 Boggs Lane
Richmond, KY  40475

**Records of:**  Charles Lee Walden
**DOB:**  05/27/1992
**SSN:**  xxx-xx-2591
**Medical Records No.:**  _____
**No. of Pages:**  _____

I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **KENTUCKY ORTHOPAEDICS & SPINE**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **KENTUCKY ORTHOPAEDICS & SPINE**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY           )

COUNTY OF _____   )

The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires:_____
Notary ID: _____



EXHIBIT B