AOC-025.1     Doc. Code: RS
Rev. 1-22
Page 1 of 1

Commonwealth of Kentucky
Court of Justice    www.kycourts.gov

CR 45



**CIVIL**
☑ **SUBPOENA**
☑ **SUBPOENA DUCES TECUM**

Case No. 5:22-cv-00238-KKC
Court District
County Fayette
Date September 29, 2023

CHARLES L. WALDEN                                               PLAINTIFF

VS

ENTERPRISE SERVICES GROUP, LLC, ET AL                          DEFENDANT

**The Commonwealth of Kentucky to:**

Name  Records Custodian for Kentucky Orthopaedics & Spine
Address 235 Boggs Lane
Richmond, KY  40475

**You are commanded to appear before:** (*select one of three choices*)
☐ _____ Court   ☐ The Grand Jury of _____ County
☐ Other

**You are to appear at:** Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY  40741

on the 17th_____ day of November_____, 2023____ at 9:00____ ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

   ☐ To testify in behalf of _____
   ☑ To produce all medical records you have in your possession from 2012 to the present time regarding the care
and treatment of Charles L. Walden (DOB: 5/27/1992; SSN: xxx-xx-2591)
   ☐ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects
(or to permit inspection of premises):** See attached Notice to Take Deposition and Request for Production of
Documents for a complete description of the items to be produced.

on the 17th_____ day of November_____, 2023____ at 9:00____ ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time
at the following address: _____

Marcia Milby Ridings, Esq.
Issuing Officer/Attorney Licensed in Kentucky

By: _____

Marcia Milby Ridings, Esq.
Name of Requesting Attorney/Pro-Se Party
120 North Main Street
London, KY  40741
Address
Phone # 606-864-4126
E-mail: marcia@hmrkylaw.com

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____

This _____ day of _____, 2_____    By: _____

EXHIBIT
D