| Marcia Milby Ridings | **Hamm, Milby & Ridings PLLC** | Jay Milby Ridings |
|---|---|---|
| James A. Ridings | | Kelly Kirby Ridings |
| R. Aaron Hostettler | | Kelsey Lee Bryant |

September 29, 2023

UK Kentucky Neuroscience Institute
**ATTN: Medical Records Custodian**
740 S Limestone
Kentucky Clinic, First Floor, Wing C, Ste. B101
Lexington, KY 40536

Re:   **Charles Lee Walden**
      **DOB: 5/27/1992**
      **SSN: xxx-xx-2591**

Dear Records Custodian:

Enclosed please find a Notice to Take Deposition Duces Tecum and Request for Production of Documents requesting any and all documents relating to the treatment of the above referenced patient **after 2/9/21 to present**. The records are to include **any and all medical and billing records** that you may have pertaining to any and all treatment received at any department at your facility, including those records in storage and contained on microfilm and/or microfiche. The records should include, but are not limited to, any and all medical and billing records, history and physical progress notes, x-ray and lab requests and reports, x-ray and/or MRI films, pathology reports, consultation reports and correspondence.

Please produce **certified copies** of these records, a Certification of Authenticity of Records is enclosed, and return to my attention prior to the deposition date. **Upon receipt of the records, I will cancel your deposition.**

**In accordance with the privacy regulations developed pursuant to the Health Information Portability and Accountability Act of 1996 ("HIPPA"), specifically, 45 CFR § 164.512 (e), I hereby certify that a copy of this letter has been served on Plaintiff as Notice that the Medical Records Custodian has been asked to produce Plaintiff's medical records and protected health information. Plaintiff, through his counsel or otherwise, had until the close of business on September 26, 2023, in which to file an objection with the Court or otherwise notify the undersigned in writing of Plaintiff's objection to the production of Plaintiff's medical records and other protected health information. A copy of the Letter to Counsel is attached hereto as Exhibit "A." No such objection was filed.**



120 North Main Street ~ London, Kentucky 40741-1369
Ph: (606) 864-4126 ~ Fax: (606) 878-8144
marcia@hmrkylaw.com

Please include an invoice for any photocopying expenses incurred and payment will be sent promptly; or, call me to arrange pre-payment. Should you have any questions, please do not hesitate to contact me. Your assistance is appreciated.

                            Very sincerely yours,

                            HAMM, MILBY & RIDINGS

                            By: _____
                                  Marcia Milby Ridings

MMR/kc

Enclosures:  As Indicated