## CERTIFICATION OF AUTHENTICITY OF RECORDS

**UK KENTUCKY NEUROSCIENCE INSTITUTE**
740 S Limestone
Kentucky Clinic, First Floor, Wing C, Suite B101
Lexington, KY  40536

| | |
|---|---|
| Records of: | Charles Lee Walden |
| DOB: | 05/27/1992 |
| SSN: | xxx-xx-2591 |
| Medical Records No.: | _____ |
| No. of Pages: | _____ |

I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **UK KENTUCKY NEUROSCIENCE INSTITUTE**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden**.

I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **UK KENTUCKY NEUROSCIENCE INSTITUTE**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY           )

COUNTY OF _____ )

The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires: _____
Notary ID: _____

**EXHIBIT B**