| AOC-025.1   Doc. Code: RS  Rev. 1-22  Page 1 of 1  Commonwealth of Kentucky  Court of Justice   www.kycourts.gov  CR 45 |   **CIVIL**  ☑ **SUBPOENA**  ☑ **SUBPOENA DUCES TECUM** | Case No. 5:22-cv-00238-KKC  Court District  County Fayette  Date September 29, 2023 |

CHARLES L. WALDEN                                                             PLAINTIFF

VS

ENTERPRISE SERVICES GROUP, LLC, ET AL                          DEFENDANT

**The Commonwealth of Kentucky to:**

Name  Records Custodian for UK Kentucky Neuroscience Institute
Address  740 S Limestone, Kentucky Clinic, First Floor, Wing C, Suite B101
Lexington, KY  40536

**You are commanded to appear before:** (select one of three choices)
☐ _____ Court    ☐ The Grand Jury of _____ County
☐ Other _____

**You are to appear at:** Hamm, Milby & Ridings, PLLC
120 North Main Street, London, KY  40741

on the 17th day of November, 2023 at 10:00 ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____
☑ To produce all medical records you have in your possession from 2012 to the present time regarding the care and treatment of Charles L. Walden (DOB: 5/27/1992; SSN: xxx-xx-2591)
☐ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** See attached Notice to Take Deposition and Request for Production of Documents for a complete description of the items to be produced.

on the 17th day of November, 2023 at 10:00 ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time
at the following address: _____

| Marcia Milby Ridings, Esq.  Issuing Officer/Attorney Licensed in Kentucky  By: _/s/ Marcia Ridings_ | Marcia Milby Ridings, Esq.  Name of Requesting Attorney/Pro-Se Party  120 North Main Street  London, KY  40741  Address  Phone #  606-864-4126  E-mail: marcia@hmrkylaw.com |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____
This _____ day of _____, 2_____, By: _____

EXHIBIT D