## CERTIFICATION OF AUTHENTICITY OF RECORDS

**AUDIBEL HEARING AID CENTER**
103 Alycia Drive, Ste. 1
Richmond, KY 40475

Records of:     Charles Lee Walden
DOB:     05/27/1992
SSN:     xxx-xx-2591
Medical Records No.: _____
No. of Pages: _____

    I, _____, the undersigned, do hereby certify that I am the _____ (Title or Position) for **AUDIBEL HEARING AID CENTER**, and that I have reviewed the records attached hereto regarding **Charles Lee Walden.**

    I further certify that: (1) the attached copies of records for which this certification is made consist of _____ pages and are true reproductions of the original records maintained by **AUDIBEL HEARING AID CENTER**; (2) that the records were made at or near the time of the occurrence of the matter set forth, or from information transmitted by, a person or persons with knowledge of those matters; (3) that the original records are kept in the course of a regularly conducted activity; and (4) that the records were made by the regularly conducted activity as a regular practice.

_____
Signature

STATE OF KENTUCKY      )
COUNTY OF _____ )

    The foregoing Certification was subscribed and sworn to before me by _____ _____ on this _____ day of _____, 2023.

_____
Notary Public
My Comm. Expires:_____
Notary ID: _____

EXHIBIT
B