Marcia Milby Ridings
James A. Ridings
R. Aaron Hostettler

# Hamm, Milby & Ridings PLLC

Jay Milby Ridings
Kelly Kirby Ridings
Kelsey Lee Bryant

September 13, 2023

**REGULAR U.S. MAIL and EMAIL**

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
**Email:** rob@morrinlawoffice.com

Re: United States District Court
Eastern District of Kentucky
Lexington Division
Case No. 5:22-cv-00238-KKC
Charles L. Walden
Vs. Enterprise Services Group, LLC, Clarence M. Howard,
National Indemnity Group of Insurance Companies or
National Indemnity Company, Vince Kline and
Progressive Casualty Insurance Company

Dear Mr. Morrin:

In accordance with HIPAA Privacy Regulations, 45 CFR§164.512(e), this letter is to place you and your client on notice that we intend to obtain **Charles L. Walden's** medical records via *subpoena duces tecum* from the following providers:

(1) **Kentucky Orthopaedics & Spine**
    **235 Boggs Lane**
    **Richmond, KY 40475**

(2) **UK Kentucky Neuroscience Institute**
    **740 S Limestone**
    **Kentucky Clinic, First Floor**
    **Wing C, Suite B101**
    **Lexington, KY 40536**

(3) **Audibel Hearing Aid Center**
    **103 Alycia Drive, Ste. 1**
    **Richmond, KY 40475**

120 North Main Street ~ London, Kentucky 40741-1369
Ph: (606) 864-4126 ~ Fax: (606) 878-8144
marcia@hmrkylaw.com


EXHIBIT C

Please take notice that you have until the close of business on **September 26, 2023**, in which to file an objection with the Court or otherwise notify me in writing of your objection to any and all of the subpoenas.

If you do not notify us of your objection, we will move forward on **September 26, 2023**, and notice the deposition of the medical records custodian of the above-referenced provider and subpoena **Charles L. Walden's** medical records. A copy of this letter will be sent to this provider along with a subpoena as satisfactory assurance that you and your client have been placed on notice and afforded an opportunity to object to the subpoena.

Thank you for your attention to this matter. Should you have any questions regarding any of the above, please do not hesitate to contact me directly.

Very sincerely yours,

HAMM, MILBY & RIDINGS

By: _____
Marcia Milby Ridings

MMR/kc