UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN,     PLAINTIFF,

V.     **ORDER**

ENTERPRISE SERVICES GROUP, LLC, *et al.*,     DEFENDANT.

*** *** *** ***

This matter is before the Court on Plaintiff Charles L. Walden's Motion for Extension of Time. [R. 82]. The Court directed Defendants to respond to Walden's Motion no later than September 27, 2023. [R. 83]. Defendants did not respond. Having considered the motion, and being fully advised,

IT IS ORDERED that Walden's Motion for Extension of Time, [R. 82], is GRANTED to the extent that Rule 26(a)(2) reports from expert trial witnesses are due:

1. From Plaintiff Charles L. Walden by no later than December 5, 2023.

2. From Defendants no later than February 3, 2024.

Signed October 6, 2023.



Signed By:
*Edward B. Atkins*
United States Magistrate Judge