UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                              DEFENDANTS.

---

**RECEIPT OF CERTIFIED MEDICAL RECORDS
FROM KENTUCKY ORTHOPAEDICS & SPINE**

---

The undersigned hereby acknowledges receipt of certified medical records regarding Charles L. Walden from **Kentucky Orthopaedics & Spine**. The records were provided in lieu of a deposition and a copy of the records received were emailed to all counsel of record.

> HAMM, MILBY & RIDINGS, PLLC
> 120 NORTH MAIN STREET
> LONDON, KY 40741
> PHONE: 606-864-4126
> FAX: 606-878-8144
> EMAIL:  marcia@hmrkylaw.com
> ATTORNEYS FOR DEFENDANTS,
> ENTERPRISE SERVICES GROUP, LLC AND
> CLARENCE M. HOWARD
>
>
> By:   /s/ Marcia Milby Ridings_____
>         MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

       I hereby certify that on **October 12, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

                                                                    /s/Marcia Milby Ridings
                                                                    OF COUNSEL FOR ABOVE-NAMED
                                                                    DEFENDANTS