UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO.: 5:22-cv-00238-KKC

CHARLES L. WALDEN                                        PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC, ET AL            DEFENDANTS

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF SERVICE OF HIS FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS TO DEFENDANTS, ENTERPRISE SERVICES GROUP AND CLARENCE HOWARD**

\*\*\*\*\*\*\*\*\*\*

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that his First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions have been served upon Defendant Clarence Howard and Defendant Enterprise Services Group via the following, on this October 12, 2023:

Hon. Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard and Enterprise Services Group*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
100 West Main St
Suite 900
Lexington, KY 40507
*Counsel for National Indemnity Company Vince Kline*

Hon. Gregg E. Thornton
Hon. Jillian House
Hon. Catie Coldiron Joseph
WARD HOCKER & THORNTON, PLLC
Vine Center

1

333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

                                Respectfully Submitted,

                                MORRIN LAW OFFICE

                                /s/*Robert A. Morrin*_____
                               Hon. Robert A. Morrin (KBA # 94368)
                               214 West Main Street
                               Richmond, KY 40475
                               (859) 358-0300
                               *Counsel for Plaintiff*