UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                          PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                       DEFENDANTS.

---

**DEFENDANT, CLARENCE M. HOWARD'S, RESPONSES TO REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF**

---

Comes the Defendant, Clarence M. Howard, by counsel, and for his Responses to Requests for Admissions propounded by Plaintiff, Charles L. Walden, states as follows:

REQUEST NO. 1:   That Defendant, Clarence M. Howard, was the driver of a vehicle which was involved in a car wreck on 8/10/20 while parked on the I-75 exit ramp in Richmond, Madison County, Kentucky.

**RESPONSE:   Upon information and belief, Request No. 1 is admitted.**

REQUEST NO. 2:   That on the date and at the time of such wreck, Plaintiff, Charles L. Walden, was the driver of a vehicle which was involved in a car wreck on 8/10/20 while exiting I-75 northbound via the ramp in Richmond, Madison County, Kentucky.

**RESPONSE:   Upon information and belief, Request No. 2 is admitted.**

REQUEST NO. 3:     That on the date and time of the wreck, the vehicle operated and subsequently parked by the Defendant, Clarence M. Howard, collided with the vehicle being driven by the Plaintiff, Charles L. Walden.

**RESPONSE:     Upon information and belief, the vehicle driven by the Plaintiff, Charles L. Walden, collided with the vehicle which had been parked on the side of the road by Clarence M. Howard.**

REQUEST NO. 4:     That the acts and/or actions of the Defendant, Clarence M. Howard, were a substantial factor in causing of the motor vehicle collision with the vehicle driven by Plaintiff, Charles L. Walden.

**RESPONSE:     The Defendant, Clarence Howard, objects to Request No. 4 inasmuch as it is a legal question to be determined by the jury.**

REQUEST NO. 5:     That Plaintiff, Charles L. Walden, suffered injuries as a result of the wreck.

**RESPONSE:     Upon information and belief, Request No. 5 is admitted.**

REQUEST NO. 6:     That the acts and/or actions of the Defendant, Clarence M. Howard, were the cause of the injuries suffered by Plaintiff.

**RESPONSE:     The Defendant, Clarence Howard, objects to Request No. 6 inasmuch as it is a legal question to be determined by the jury.**

REQUEST NO. 7:     That Plaintiff, Charles L. Walden, committed no acts and/or actions that were a substantial factor in causing the crash.

**RESPONSE:     Denied.  Upon information and belief, and based upon the testimony of Charles L. Walden, and the police report, Charles L. Walden failed to see the truck which was parked on the ramp of I-75 on August 10, 2020.  Mr. Walden told the police**

2

**officer that he was tired at the time of the accident. The police report listed fatigue and inattention of Mr. Walden as human factors in the collision.**

REQUEST NO. 8:   That Plaintiff, Charles L. Walden, committed no acts and/or actions which contributed to or caused his injuries.

**RESPONSE:   Denied. Upon information and belief, and based upon the testimony of Charles L. Walden, and the police report, Charles L. Walden failed to see the truck which was parked on the ramp of I-75 on August 10, 2020. Mr. Walden told the police officer that he was tired at the time of the accident. The police report listed fatigue and inattention of Mr. Walden as human factors in the collision.**

REQUEST NO. 9:   That at the time of the wreck, Defendant, Clarence M. Howard, was a permissive driver of the vehicle Defendant was operating.

**RESPONSE:   Upon information and belief, at the time of the accident, Clarence M. Howard was a permissive diver of the vehicle owned by Enterprise Services Group.**

REQUEST NO. 10:   That the Plaintiff's medical bills were incurred for necessary treatment of his injuries and that the charges were reasonable.

**RESPONSE:   Upon information and belief, it is admitted that the Plaintiff did incur certain medical bills as a result of the accident which occurred on August 10, 2020. Inasmuch as no specific medical bills are designated, the Defendant can neither admit nor deny which bills are referred to in the accident.**

REQUEST NO. 11:   That the injuries and damages sustained by Plaintiff in this incident exceeded the liability policy limits of Clarence M. Howard.

**RESPONSE:   Inasmuch as the injuries and damages have not been specifically identified, the Defendant cannot either admit or deny Request No. 11.**

REQUEST NO. 12:   That, as a direct result of the subject incident, Plaintiff, Charles L. Walden, has incurred over one-thousand dollars ($1,000.00) in medical expenses and meets the requirements set forth in KRS 304.39-060(2)(b).

**RESPONSE:    Upon information and belief, Request No. 12 is admitted.**

REQUEST NO. 13:  That the Plaintiff's medical bills were incurred for necessary treatment of his injuries and that the charges were reasonable.

**RESPONSE:    Upon information and belief, it is admitted that the Plaintiff did incur certain medical bills as a result of the accident which occurred on August 10, 2020. Inasmuch as no specific medical bills are designated, the Defendant can neither admit nor deny which bills are referred to in the accident.**

REQUEST NO. 14:  That on 8/10/2020, you failed to abide by all Federal Motor Carrier Safety Regulations.

**RESPONSE:    The Defendant objects to Request No. 14 in that there is no indication as to which Federal Motor Carrier Safety Regulations the Plaintiff is referring to.**

REQUEST NO. 15:  That your conduct on 8/10/2020 was in reckless disregard of the rights and either safety or life of other drivers like the Plaintiff, Charles L. Walden.

**RESPONSE:    Upon information and belief, Request No. 15 is denied.**

HAMM, MILBY & RIDINGS, PLLC  
120 NORTH MAIN STREET  
LONDON, KY 40741  
PHONE: 606-864-4126  
FAX: 606-878-8144  
EMAIL:  marcia@hmrkylaw.com  
ATTORNEYS FOR DEFENDANTS,  
ENTERPRISE SERVICES GROUP, LLC AND  
CLARENCE M. HOWARD

By:   /s/ Marcia Milby Ridings
      MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

     I hereby certify that on **November 1, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email:** rob@morrinlawoffice.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email:** gthornton@whtlaw.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorney for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email:** mindy.barfield@dinsmore.com
**Email:** shaye.johnson@dinsmore.com

  /s/Marcia Milby Ridings
OF COUNSEL FOR ABOVE-NAMED
DEFENDANTS