UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                          PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                    DEFENDANTS.

---

## RECEIPT OF CERTIFIED MEDICAL RECORDS
## FROM AUDIBEL HEARING AID CENTER

---

The undersigned hereby acknowledges receipt of certified medical records regarding

Charles L. Walden from **Audibel Hearing Aid Center**.  The records were provided in lieu of a

deposition and a copy of the records received were emailed to all counsel of record.


HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD


By:   /s/ Marcia Milby Ridings
         MARCIA MILBY RIDINGS

1

CERTIFICATE OF SERVICE:

I hereby certify that on **November 7, 2023**, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorneys for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

    /s/Marcia Milby Ridings
OF COUNSEL FOR ABOVE-NAMED
DEFENDANTS