UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |

Defendants

**\*\*\*\*\*\*\*\*\*\***
**PLAINTIFF'S RULE 26 EXPERT WITNESS DISCLOSURES**
**\*\*\*\*\*\*\*\*\*\***

Comes now the Plaintiff, Charles L. Walden, by and through counsel, to provide expert disclosures pursuant to FRCP 26. Plaintiff discloses the following experts to testify at trial:

1.      **Dr. Timothy Wilson, M.D.**, Medical Expert Group, 426 Codell Drive, Lexington, Kentucky 40509, P: 1-888-552-0019. Dr. Wilson will provide testimony regarding the causation of Plaintiff's hip and back injuries. He will provide testimony regarding Plaintiff's Maximum Medical Improvement, Impairment under the AMA Guidelines, and future medical treatment, all within a reasonable degree of medical probability. Dr. Wilson will rely on his training, education, review of medical literature, the Plaintiff's medical record, and his examination and interaction with the Plaintiff on November 30, 2023 as a basis for his testimony. Plaintiff reserves the right to supplement and/or amend this disclosure upon the discovery of new information or should the expert's opinion change in any way.

2. **Dr. David Changaris, M.D.**, 801 Barret Avenue, Suite 103, Louisville, Kentucky 40204, P: 502-584-6852. Dr. Changaris will provide testimony regarding the causation of Plaintiff's neurological injuries (including headaches, dizziness, changes in appetite, sleep, vision, relationships, hearing, emotions, activity, sleep, anxiety, and concentration), neck pain, right hip pain, left leg pain, right knee pain, left ankle pain, left foot pain, and low back pain. He will provide testimony regarding Plaintiff's Maximum Medical Improvement, Impairment under the AMA Guidelines, and future medical treatment needs and costs, all within a reasonable degree of medical probability. Dr. Changaris will rely on his training, education, review of medical literature, the Plaintiff's medical record, and his examination and interaction with the Plaintiff on November 17, 2023 as a basis for his testimony. Plaintiff reserves the right to supplement and/or amend this disclosure upon the discovery of new information or should the expert's opinion change in any way.

3. **Rebecca Clay, RN, MSCC, CLCP, LNCC, CMSP,** will provide testimony regarding the expected cost of future medical treatment for the Plaintiff. Ms. Clay will rely on her training, education, review of medical literature, the Plaintiff's medical record, and standard of care guidelines as the basis for her testimony. Plaintiff reserves the right to supplement and/or amend this disclosure upon the discovery of new information or should the expert's opinion change in any way.

4. All of the Plaintiff's treating physicians and medical providers to corroborate the Plaintiff's medical record and testimony, and to provide clarification of the medical record, including:

   a. David McCarty, EMT; and Stewart Napier, EMT, Madison County Ambulance District.

    b. Dr. Arun Aneja, M.D.; Dr. Tyler Koestner, M.D.; Dr. Saran S. Pillai, M.D.; Dr. Jacob Avila, M.D.; Dr. Stephen Duncan, M.D.; Dr. Jonathan Grabau, M.D.; Dr. Garrett Minor, M.D.; Dr. Zachary Skipper, M.D.; Dr. Eric Abbenhaus, M.D.; Dr. Devan Irving, D.O.; Dr. Allison Krauss, M.D.; Dr. Kyle Kreft, M.D.; Dr. Joseph Hare, M.D.; Dr. Tyler Kalbac, M.D.; Dr. Marc Larsen-Hallock, M.D.; Dr. Charles Van Wyk, M.D.; Dr. Charles Myers, D.O.; Dr. Chien-Suu Kuo, M.D.; Dr. Harit Kapoor, M.D.; Dr. Douglas Lukins, M.D.; Dr. John Kuipers, M.D.; Dr. Barbara Pawley, M.D.; Dr. Blake Haas, M.D.; Dr. Justin Montgomery, M.D.; Dr. Raymond Wright, M.D.; Dr. Victoria Wagner, M.D.; Dr. Ryan Mayer, M.D.; Dr. Alexander Wade, M.D.; Jennifer Raisley, PA-C; Ashley Greer, PT; Jessica Hubbard, OT; Yvonne Rice, APRN; Elizabeth Siereveld, PT; Jason Goodin, OT; Claire Roberts, PTA; and Stacy Johnson, PTA; Maryanne Vasiloff, COTA, all at UK HealthCare.

    c. Dr. Gregory Grau, M.D., Dr. Charles Kenney III, M.D., and Brandon Embry, PA-C, at Kentucky Orthopedics and Spine, PLLC.

    d. Dr. Michael Geile, M.D., at Baptist Health Medical Group Primary Care.

    e. All physical therapists at Results Physiotherapy.

5. Any expert listed by any party - Plaintiff reserves the right to call any expert listed by any party as his own at the trial of this action.

6. Any expert necessary to evaluate and render opinions as to any subsequent information produced in discovery.

7. Anyone necessary to authenticate or lay foundation for documents, including, but not limited to, ones relied on by experts.

3

a. Rebecca Cole and Peggy Reed, UK HealthCare Medical Records Custodians. Jennifer Blevins, CHI Saint Joseph Health Medical Records Custodian. Lottie A. Powell, Kentucky Orthopaedics and Spine Medical Records Clerk. Melissa Hurley, Baptist Health Disclosure Specialist.

Plaintiff reserves the right to supplement and/or amend this list in accordance with any Orders of this Court. Plaintiff attaches the Reports and CV's of Dr. Timothy Wilson, M.D., and Dr. David Changaris, M.D.

**COMPENSATION/FEE SCHEDULES**

1. **Dr. Timothy Wilson, M.D**.: Dr. Wilson charged $1,500.00 for an Independent Medical Examination and Report of the Plaintiff. Dr. Wilson's facility also charged for radiological images taken at the IME, in an amount not yet identified to Plaintiff. Dr. Wilson's fee schedule, including for future depositions and trial, is attached hereto.

2. **Dr. David Changaris, M.D**.: Dr. Changaris charged $2,500.00 to conduct an Independent Medical Examination and VNG of the Plaintiff, and prepare a Report. Dr. Changaris' fee schedule, including for future depositions and trial, is attached hereto.

3. **Rebecca Clay, RN, MSCC, CLCP, LNCC, CMSP**: Synergy Settlement Solutions charged $2,500.00 for the Medical Cost Projection Report completed by Ms. Clay. Ms. Clay is available for testimony via Zoom at a rate of $250.00 per hour.

    Respectfully submitted,

    MORRIN LAW OFFICE

    _/s/ *Robert A. Morrin*_
    Hon. Robert A. Morrin (KBA #94368)
    214 W. Main Street
    Richmond, KY 40475
    (859) 358-0300
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2023, a true and correct copy of the foregoing was served electronically via electronic mail and through the Court's eFiling system, to the following:

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
100 W Main Street
Suite 900
Lexington, KY 40507
*Counsel for Vince Kline & National Indemnity Group of Insurance Companies*

Hon. Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard, Enterprise Services Group*

Hon. Gregg E. Thornton
Hon. Catie Coldiron Joseph
Hon. Jillian D House
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

                                                  /s/ *Robert A. Morrin*
                                                  Hon. Robert A. Morrin (KBA #94368)
                                                  MORRIN LAW OFFICE
                                                  *Attorney for Plaintiff*