OFFICE RECORD FROM **D. CHANGARIS, MD [NEUROSURGEON]**
**801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379**
**PATIENT: Walden, Charles**          **Chart: 18546**
**Allergic to: NKDA;**

November 17, 2023

CONSULTATION

**INDEPENDENT MEDICAL EVALUATION:** This 31-year-old right-handed male reported he was exiting the highway on the off-ramp when he struck a second vehicle that was parked in the road on the ramp. He had a prior accident with fracture of the left hip with patient reported TBI. No records reviewed for this accident.

**CURRENT REPORTED SYMPTOMS:** He reported his current pain level is a 6-7/10, average is a 6, peak is a 10, and the low is a 4. It is located in his neck, right hip, left leg, right knee, left ankle, left foot and low back as well as headaches and dizziness. He reported changes in his appetite, sleep, vision, relationships, hearing, emotions, activity and concentration. He reports having difficulty falling asleep, staying asleep and does not feel rested after he awakens. He reports sleeping 5-6 hours per night. He reports having nightmares, flashbacks of the accident and car related anxiety.

**RECORDS REVIEWED:**
- UK Orthopaedic Surgery
- UK Hospital; 9/27/2022 ED visit, multiple finger laceration
- Results Physiotherapy 9/25/2020-12/11/2020 16 visits
- Kroger Pharmacy
- Baptist Health Medical Group 8/10/2020-8/17/2020, 9/14/2020, 1/27/2021,

**MVA:** This client was involved in a motor vehicle accident on 8-20-2020.

**PHYSICAL THERAPY:** Results Physiotherapy 9/25/2020-12/11/2020 16 visits

**PAST ACCIDENTS:** none reported.

**OFFWORK STATUS:** Not working due to this accident as a bricklayer.

**SURGICAL PROCEDURES:** replaced hip in 2011 and rod placed in left leg per client report.
*8/12/2020, open reduction internal fixation of a traumatic right acetabulum fracture dislocation.

**REVIEW OF SYSTEMS**
**General:** This client has no reported medical problems such as weight loss, or chronic infections or ulcers.
**HEENT:** This client has no reported, seizures or spontaneous bloody noses.
**Respiratory:** This client has no reported pulmonary disease.
**Cardiovascular:** This client has no reported significant cardiac events.

OFFICE RECORD FROM **D. CHANGARIS, MD [NEUROSURGEON]**
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
**PATIENT: Walden, Charles**               **Chart: 18546**
**Allergic to: NKDA;**

**Gastrointestinal:** This client has no ulcers, liver disease, history of gastric or colon resection or other gastrointestinal problems.
**Hepatitis:** There is no history of jaundice, infectious/alcoholic/chemical hepatitis.
**Genito-urinary:** No history of renal disease.
**Diabetes:** No history of diabetes mellitus in this client
**Thyroid disorder:** No history of thyroid dysfunction.
**Hematologic:** No history of blood dyscrasias, anemias or leukemias.
**Cancer (personal):** No history of cancer.
**Mental Illness (personal):** No history of mental illness.
**Tobacco Use:** No history of smoking.
**Skin:** No history of skin disease.
**Medications taken daily:** none.

**NEUROLOGIC/PHYSICAL EXAMINATION: 230lbs', BP 135/79, P 94, 5'10"**
The neurological exam of the head and neck showed normal mentation in terms of ideation and coherent thoughts. The words were clear and not pressured or labored. The grasp of recent current events was appropriate for age. Serial sevens were normally performed. Short-term memory was grossly intact, remembering 3 words/objects for 10 minutes. Cranial nerves were separately tested. Visual fields were grossly intact. He showed asymmetric nystagmus with left lateral gaze diplopia, left sixth nerve weakness by corneal reflection. Facial sensation was intact bilaterally. Air conduction was normal; subjective taste and swallowing were normal. The shoulders shrugged symmetrically; the tongue was midline.

The Hamilton Rating Scale for Depression (HAM-D) was completed with a raw score of 30, indicative of moderate to severe depression. The client reported prior history of depression before the accident of record however was just a feeling and never got treated for it.

MADRAS was completed with a score of 38.

The cervical neurological examination showed good strength bilaterally [5/5] within the deltoids, biceps, brachioradialis, wrist extensors/flexors, grip, and finger extensors. The deep tendon reflexes are symmetric and normal [+2/4] bilaterally within the biceps, brachioradialis, and triceps. Both light and sharp perception are normal.

Cervical range of motion was measured three times as follows:

|            | Normal     | Actual     |
|------------|------------|------------|
| Flexion:   | 50 degrees | 60 degrees |
| Extension: | 60 degrees | 70 degrees |
| Rt Rotat:  | 80 degrees | 80 degrees |
| Lt Rotat:  | 80 degrees | 80 degrees |
| Rt Lateral:| 45 degrees | 20 degrees |
| Lt Lateral:| 45 degrees | 20 degrees |

## OFFICE RECORD FROM D. CHANGARIS, MD [NEUROSURGEON]
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
PATIENT: Walden, Charles          Chart: 18546
Allergic to: NKDA;

Shoulder range of motion was measured three times as follows:

|            | Normal         | Right       | Left        |
|------------|----------------|-------------|-------------|
| Flexion:   | 180 degrees    | 140 degrees | 180 degrees |
| Extension: | 35-50 degrees  | 20 degrees  | 40 degrees  |
| Abduction: | 180 degrees    | 140 degrees | 180 degrees |
| Adduction: | 50 degrees     | 10 degrees  | 40 degrees  |
| Int. Rotat: | 90 degrees    | 40 degrees  | 90 degrees  |
| Ext. Rotat: | 90 degrees    | 60 degrees  | 90 degrees  |

The lumbar examination showed stiffness in his hip joints with pain on range of motion testing. Strength was reduced globally.

Lumbar range of motion was measured three times as follows:

|            | Normal       | Actual      |
|------------|--------------|-------------|
| Flexion:   | 60+ degrees  | 60 degrees  |
| Extension: | 25 degrees   | 20 degrees  |
| Rt Lateral: | 25 degrees  | 20 degrees  |
| Lt Lateral: | 25 degrees  | 20 degrees  |

**CHEST, LUNGS, NECK, ABDOMEN:** The chest is symmetrical with unlabored breathing and symmetrical chest wall expansion

**TEST REPORTS REVIEWED & RESULTS:**
- 8/10/2020; X-ray chest: No acute findings.
- 8/10/2020; X-ray right knee, pelvis hip, right femur: Acute comminuted right posterior acetabular fracture with associated posterior dislocation of the right femoral head. No acute fracture of the femur or knee.
- 8/10/2020; CT Pelvis: Successful interval reduction of the dislocated right femoral head. Comminuted fracturing of the weightbearing acetabular roof and posterior acetabular wall.
- 8/10/2020; CT Head: No acute intracranial abnormality. Unchanged right frontal lobe encephalomalacia.
- 8/10/2020; CT cervical: No acute fracture or malalignment of the cervical spine.
- 8/10/2020; CT Thoracic: No acute fracture or malalignment of the thoracic spine.
- 8/10/2020; CT Lumbar: No acute fracture or malalignment of the lumbar spine.
- 8/10/2020; CTA Chest: No acute traumatic aortic injury. No acute findings in the chest. Similar alignment of comminuted, mildly displaced right pelvic acetabular roof and righ tposterior acetabulum fractures compared to earlier on 8/10/2020; Multiple small and mildly enlarged lymph nodes in the left supraclavicular space, AP window, gastrohepatic ligament, porta hepatis, and portacaval space. These are nonspecific but are most likely reactive.

**OFFICE RECORD FROM D. CHANGARIS, MD [NEUROSURGEON]**
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
**PATIENT: Walden, Charles**     **Chart: 18546**
**Allergic to: NKDA;**

- 8/13/2020; CT Pelvis: Interval right posterior acetabular ORIF with near-anatomic alignment of right acetabular posterior fracture.
- 9/21/2020; X-ray pelvis: Redemonstated is plate and screw fixation of the right acetabulum. No evidence for hardware complication. Healing fracture. Partially imaged intramedullary nail right femur with traumatic deformity of the femoral diaphysis. Heterotopic ossification adjacent to the left greater trochanter. No widening of the SI joints or pubic symphisis.
- 9/27/2022; X-ray left hand: No acute osseous findings. Swelling of the thumb, and soft tissue deformity of the tip of the thumb, no appreciable soft tissue gas.
- 11/17/2023; Posturography: The video posturography demonstrates torso movement while standing on firm and foam surfaces, separately. With each surface the examinee is studied with eyes open and eyes closed. The measure is of the body's tilt relative to 6.25 degrees. His Posturography showed persisting impairment with consistent levels below the 2nd-3rd standard deviations on solid and foam surfaces with eyes closed. Similarly the mCTSiB showed consistent head movement outside expected norms on the foam surface with eyes closed. His Dizziness Handicap Index was 46/100 and his head injury symptom scale was 29/132.

## OFFICE RECORD FROM D. CHANGARIS, MD [NEUROSURGEON]

801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379

**PATIENT: Walden, Charles**   **Chart: 18546**

**Allergic to: NKDA;**



FallTrak Balance Video Posturography Test
mCTSIB - Standing Balance - Bilateral

| Name: | Charles, Walden | ID: | 18546 | Right/Left: | 11/17/2023 11/17/2023 |
| Birth date: | 5/27/1992 | Involved Side: | Right | Group 1: | |
| Height: | 70 Inches | Preferred Side: | Right | Group 2: | |
| Weight: | 225 Pounds | Doctor: | Changaris | | |
| Gender: | Male | Tester: | Claire McMakin PT | | |
| Diagnosis: | | | | | |
| Surgery: | | | | | |

Duration: 0:10

Stability Score

|       | EOSS | ECSS | EOFS | ECFS |
|-------|------|------|------|------|
| Score | 92   | 89   | 83   | 70   |
| Norm  | 93   | 92   | 88   | 78   |

| Score  | The percent of the patient's tilt relative to 6.25 degrees. |
| Blue   | Normative value for patient age range. |
| Green  | Patient is within 2 standard deviations of the norm. |
| Yellow | Patient is 2-3 standard deviations of the norm. |
| Red    | Patient is greater than 3 standard deviations of the norm. |

- 11/17/2023; VNG: PERIPHERAL: There is evidence of significant peripheral vestibular dysfunction. Unilateral weakness denotes a lesion involving the horizontal semicircular canal or its afferent pathways on the side of the weaker response. CENTRAL: There is

OFFICE RECORD FROM **D. CHANGARIS, MD [NEUROSURGEON]**
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
PATIENT: Walden, Charles           Chart: 18546
Allergic to: NKDA;

evidence of significant central vestibular dysfunction. Delayed saccades denote a lesion of the frontal or frontoparietal cortex or basal ganglia.



**The latency to follow is 400 milliseconds, 300 milliseconds is the upper limits of normal.**

**IMPRESSION:**
- **Vertigo of central and peripheral origin s/p MVA**
- **Right shoulder loss of range of motion as early rigidity of Parkinsonism s/p MVA**

**ASSIGNMENT OF IMPAIRMENT RATING:**
Using the American Medical Association's Guides to the Evaluation of Permanent Impairment, 5th Edition, the following impairment rating is assigned:

For decreased shoulder range of motion, Figure 16-40, Page 476; Figure16-41, p 477;Figure 16-46, page 479; is used to assign the following upper extremity impairments:

    Flexion:     3%
    Extension:  2%
    Abduction:  3%
    Adduction:  1%

OFFICE RECORD FROM D. CHANGARIS, MD [NEUROSURGEON]
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
PATIENT: Walden, Charles              Chart: 18546
Allergic to: NKDA;

    Int. Rotat:    3%
    Ext. Rotat:    0%

The above impairments are added for a total upper extremity impairment of 12 %. Using Table 16-3, Page 439, converts this to a 7% whole person impairment.

**CAUSATION:**
Based on the history received, the results of the examination performed, my professional training and experience and within reasonable medical probability it is my opinion that the above injuries are more likely than not caused by or brought into disabling reality by the MVA of record.

**MEDICAL RECOMMENDATIONS & DISCUSSION:**

Mr. Walden has a substantial mild traumatic brain injury caused by this accident by virtue of the history taken, his physical exam, and medical testing that includes videonystagmography and posturography.

He currently complains of low-level constant background headaches and dizziness. He is already showing signs of Parkinsonism by virtue of right shoulder and arm rigidity. The brain injury caused by this MVA has by inflammation and neurotoxicity likely caused progressive anxiety and rigidity. It is more likely than not that Mr. Walden's posttraumatic inflammatory process has already caused permanent injury to his brain subsequent to the accident.[1]

The above history and physical with report provides support for these opinions. The Videonystagmogram remains the defining test for vertigo of peripheral and central origin. The brainstem is injured within the diagnosis of vertigo of central origin. The brainstem comprises 80% of the human brain in this setting. The test identifies "vertigo of central origin" which in turn identifies visual processing and balance disorders within his brainstem. This indicates he was subjected to substantial power causing his brain to bounce around inside his skull. Additionally, this type of injury often produces generalized shearing injury of the large white matter tracts.

Often people are unaware of injury to the mesial temporal lobes, developing difficulty with processing of anxiety, which accelerates the underlying progressive inflammation of the brain. Mr. Walden has evidence of both peripheral and central impairments contributing to his post injury complaints.

---

[1] E. Sander Connolly & Richard G. Ellenbogen, *Editorial: A New Definition of Postconcussive Syndrome*, 125 J. NEUROSURG. 1204 (2016); I. Emanuelson et al., *Quality of Life and Post-Concussion Symptoms in Adults after Mild Traumatic Brain Injury: A Population-Based Study in Western Sweden*, 108 ACTA NEUROL. SCAND. 332 (2003); David C. Perry et al., *Association of Traumatic Brain Injury with Subsequent Neurological and Psychiatric Disease: A Meta-Analysis*, 124 J. NEUROSURG. 511 (2016); Christopher A. Mutch, Jason F. Talbott & Alisa Gean, *Imaging Evaluation of Acute Traumatic Brain Injury*, 27 NEUROSURG. CLIN. N. AM. 409 (2016).

OFFICE RECORD FROM D. CHANGARIS, MD [NEUROSURGEON]
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
PATIENT: Walden, Charles                Chart: 18546
Allergic to: NKDA;

His computerized posturography shows extensive loss of balance capacity while standing on solid and foam surfaces, with and without his eyes closed. His levels measure 2-3 standard deviations or more below normal (red columns on all surfaces with and without vision). Such capacity puts him at severe risk for a fall. He warrants home fall prevention.

The videonystagmogram shows delayed saccades (400 ms), defective pursuit, and gain/phase shifting of these pursuits. All define traumatic brain injury. His brain injury scale measured 29/132 which is consistent with a symptomatic brain injury.



Videonystagmogram showing 500ms delay.

These are objective findings of a traumatic brain injury. Such injuries cause the early progression of neurodegenerative diseases such as Parkinson's and Alzheimer's Disease. At 31 he is already showing difficulty managing anxiety and the capacity to stay on track. I expect his to need total nursing support within 10 years. His extended wrist rotation shows reduced range of motion consistent with early rigidity. The combined presence of balance disorder and rigidity firmly places into the "Parkinsonism" delineation, beginning his progressive descent into loss of capacity with onset of Parkinson's Disease.

The clinical dementias include both Alzheimer's type and Parkinsonism/Parkinson's Disease. This is in part due to the likely loss of integrity of his allocortex, which lines his mesial temporal lobes. Damage to this area also causes disruption of limbic functioning leading to unresolved anxiety and stress hormonal discharges. This uninterrupted anxious state accelerates the loss of

OFFICE RECORD FROM **D. CHANGARIS, MD [NEUROSURGEON]**
801 BARRET AVE, #103, LOUISVILLE, KY 40204 T: 584-6852 F: 584-8379
PATIENT: Walden, Charles                    Chart: 18546
**Allergic to: NKDA;**

cognitive capacity. The primary disruption of traumatic injury to the allocortex initiates the parallel clinical syndromes of parkinsonism/Parkinson's Disease and Alzheimer's Disease.[2]

A recent survey conducted by Genworth estimated that, nationwide, the average costs for long-term care range from $1,603 per month for adult day care.[3] He will need this support in 20 years.

Genworth also reported this to be an average of $8,821 per month for nursing home care in a private room.[4] This will be needed within 25 years.

As he was employed without limitations at the time of this accident in 2020, Mr. Walden's symptoms, physical impairments, and concomitant VNG/Posturography findings are more likely than not attributable to this accident. He is currently not working due to this accident and not likely to return to gainful employment.

These are my opinions within reasonable medical probability.

I remain,

Sincerely yours,

David G. Changaris, M.D.

DGC/bd

---

[2] Alberto A. Rasia-Filho et al., *The Subcortical-Allocortical- Neocortical Continuum for the Emergence and Morphological Heterogeneity of Pyramidal Neurons in the Human Brain*, 13 FRONT. SYNAPTIC NEUROSCI. 616607 (2021); Arnold E. Eggers, *Migraine White Matter Hyperintensities and Cerebral Microinfarcts Are Silent Cryptogenic Strokes and Relate to Dementia*, 102 MED. HYPOTHESES 1 (2017).

[3] https://pro.genworth.com/riiproweb/productinfo/pdf/131168.pdf#:~:text=This%20year%2C%20CareScout%20%E2%80%94%20a%20Genworth%20company%20%E2%80%94,in%20each%20category%20of%20long%20term%20care%20services.

[4] Ibid.