

11/03/2023

Rob Morrin, Esq.
214 W Main St, Richmond
Richmond, KY 40475

**Re: Medical Cost Projection for Mr. Charles Walden**

Dear Mr. Morrin:

Thank you for referring this matter to Synergy. Pursuant to your request, we have prepared a Medical Cost Projection (MCP) for Mr. Charles Walden. The MCP projects future injury related medical treatment for the following documented conditions that have been alleged as part of Walden's personal injury claim:

| ICD-10 DIAGNOSIS RELATED TO THIS CLAIM | |
|---|---|
| M461 | Sacroiliitis |
| R519 | Headache |
| S062 | Traumatic Brain Injury |
| S060X0A | Concussion |
| S20219A | Bruised ribs |
| M25551 | Right hip pain |
| R531 | Weakness |
| S329XXA | Right acetabulum fracture/dislocation |
| G40909 | Post-traumatic epilepsy |
| R2689 | Gait and mobility abnormality |
| R4182 | Mental Status Change |
| M545 | Low back pain |
| R102 | Pelvic pain |

The projections are based on a review of the medical records that you provided, standard of care guidelines and the completed intake form. The services are priced at the usual and customary charges for services in the geographical area where Mr. Charles Walden resides. The drug projections reflect the internet price for the drugs. We appreciate the opportunity to serve you and your client. Thank you for entrusting Synergy to prepare the Medical Cost Projection for this matter. If you have any questions or need anything else, please let us know.

Sincerely,

*Rasa Fumagalli*

Rasa Fumagalli, JD, MSCC, CMSP-F
Director of MSP Compliance

Corporate Headquarters
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022



11/03/2023

Rob Morrin, Esq.
214 W Main St, Richmond
Richmond, KY 40475

Via email only: morrinlaw@gmail.com

This case was referred for preparation of Medical Cost Projection to identify the current and future medical and durable medical equipment needs with replacement schedules for **Mr. Charles Walden** related to the injuries sustained on 08/10/2020.

| MEDICAL COST PROJECTION | | |
|---|---|---|
| Injured Party: Mr. Charles Walden | | |
| DOB: 05/27/1992 | Actual Age: 31<br>Rated Age: 31<br>Life Expectancy: 48 | Date of Injury: 08/10/2020 |
| SS#: XXX-XX-XXXX | Claim#: Not Provided | Jurisdiction: Kentucky |

| FUTURE MEDICAL EXPENSES | |
|---|---|
| Future Medical Items or Services: | $997,165.89 |
| Future Surgical Items or Procedures: | $190,756.00 |
| Future Prescription Medications: | $87,776.04 |
| TOTAL ANTICIPATED FUTURE MEDICAL EXPENSES: | $1,275,697.93 |

| MEDICAL REVIEW/DOCUMENT REVIEW NARRATIVE |
|---|

**Description of Injury:**
On 8/10/2020, Mr. Walden was involved in a motor vehicle accident where he suffered injries including a right acetabulum fracture, bruised ribs, a traumatic brain injury and back pain. He underwent an ORIF of his right hip on 8/12/2020.

| UNRELATED CO-MORBIDITIES/CONDITIONS |
|---|
| Left hand injury 2022 |
| Mild tetrahydrocannabinol use/abuse |
| Former smoker |
| Unspecified brain surgery 2012 |
| Hep C w/o coma, chronic |

Page **2** of 6

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022



| ICD-10 DIAGNOSIS RELATED TO THIS CLAIM ||
|---|---|
| M461 | Sacroiliitis |
| R519 | Headache |
| S062 | Traumatic Brain Injury |
| S060X0A | Concussion |
| S20219A | Bruised ribs |
| M25551 | Right hip pain |
| R531 | Weakness |
| S329XXA | Right acetabulum fracture/dislocation |
| G40909 | Post-traumatic epilepsy |
| R2689 | Gait and mobility abnormality |
| R4182 | Mental Status Change |
| M545 | Low back pain |
| R102 | Pelvic pain |

**Life Expectancy:**
Mr. Charles Walden is 31 years old. This is the age used in the development of this report. A life expectancy was obtained from the National Vital Statistics Report Volume 71, Number 1, August 8, 2022. Table 1 for the total population: United States, 2020. A 31 year old would be anticipated to live another 48 years.

| MEDICAL TREATMENT ||||||| 
|---|---|---|---|---|---|---|
| Service Description | CPT Code | Service Frequency | Occurring Every X Years | Over Total # of Years | Price Per Service Frequency | Total |
| Physician Visits ||||||| 
| **Chiropractor** *Trend in treatment* | 98941 | 26 | 1 | 48 | $238.96 | $298,222.08 |
| **Neurologist** *Standards of care-Concussion/TBI* | 99214 | 2 | 1 | 48 | $414.73 | $39,814.08 |
| **Orthopedic surgeon** *Trend in treatment-Hip, Low back* | 99214 | 12 | 1 | 48 | $414.73 | $238,884.48 |
| **Physician Visits Sub-Total** | | | | | | **$576,920.64** |
| | | | | | | |
| Diagnostics ||||||| 
| **Hip xrays.** *Standards of care* | 73503 | 1 | 1 | 48 | $319.40 | $15,331.20 |
| **Lumbar xrays** *Standards of care* | 72110 | 16 | 48 | 48 | $277.01 | $4,432.16 |

Corporate Headquarters
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022



| | | | | | | |
|---|---|---|---|---|---|---|
| **Head CT scan**<br>*Standards of care* | 70450 | 16 | 48 | 48 | $605.91 | $9,694.56 |
| **Lumbar MRI**<br>*Standards of care* | 72158 | 9 | 48 | 48 | $1,812.36 | $16,311.24 |
| **Hip MRI**<br>*Standards of care* | 73723 | 9 | 48 | 48 | $2,184.51 | $19,660.59 |
| **Diagnostics Sub-Total** | | | | | | **$65,429.75** |
| | | | | | | |
| Rehabilitation & Therapy | | | | | | |
| **Physical therapy**<br>*Standards of care-Exacerbation of pain* | 97110 | 96 | 48 | 48 | $331.35 | $31,809.60 |
| **Physical therapy**<br>*Standards of care-Postoperative hip revisions (48 per revision)* | 97110 | 192 | 48 | 48 | $331.35 | $63,619.20 |
| **Inpatient rehab stay.**<br>*Standards of care-postoperative x4 (10 days each revision)* | All inclusive | 40 | 48 | 48 | $3,500.00 | $140,000.00 |
| **Rehabilitation & Therapy Sub-Total** | | | | | | **$235,428.80** |
| | | | | | | |
| Surgery & Procedures | | | | | | |
| **Hip arthroplasty revision.**<br>*Standards of care-Every 10 years* | All inclusive | 4 | 48 | 48 | $45,700.00 | $182,800.00 |
| **SI joint injection**<br>*Trend in treatment* | All inclusive | 6 | 48 | 48 | $1,326.00 | $7,956.00 |
| **Surgery & Procedures Sub-Total** | | | | | | **$190,756.00** |
| | | | | | | |
| Durable Medical Equipment (DME) | | | | | | |
| **Compression stockings**<br>*Standards of care-Postoperative (3 pairs per surgery)* | All inclusive | 12 | 48 | 48 | $24.99 | $299.88 |
| **Raised toilet.**<br>*Standards of care-Postoperative* | All inclusive | 4 | 48 | 48 | $74.99 | $299.95 |
| **Walker**<br>*Standards of care-Postoperative* | E0130 | 4 | 48 | 48 | $63.99 | $255.96 |
| **Shower chair**<br>*Standards of care-Postoperative* | All inclusive | 4 | 48 | 48 | $146.09 | $584.36 |
| **DME Sub-Total** | | | | | | **$1,440.15** |

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022

Page **4** of 6



| Laboratory | | | | | | |
|---|---|---|---|---|---|---|
| **Pre-operative clearance**<br>*Standards of care* | All inclusive | 4 | 48 | 48 | $150.00 | $600.00 |
| **General Health Panels**<br>*Standards of care* | Multiple | 2 | 1 | 48 | $21.33 | $2,047.67 |
| **Urine drug screens**<br>*Standards of care* | G0480 | 2 | 1 | 48 | $114.43 | $10,985.28 |
| **Laboratory Sub-Total** | | | | | | **$13,632.95** |
| | | | | | | |
| Other | | | | | | |
| **Mileage discretionary**<br>*Standards of care-$0.22 per mile @ 30 miles R* | All inclusive | 48 | 1 | 48 | $6.60 | $15,206.40 |
| **Home health aide**<br>*Standards of care-Following 10-day inpatient stay (6 weeks 24/7 = 42 days @ $21 per hour) each revision total 168 days* | All inclusive | 168 | 48 | 48 | $504.00 | $84,672.00 |
| **Mileage to MD visits**<br>*Standards of care-$0.22 per mile @ 30 miles RT* | All inclusive | 14 | 1 | 48 | $6.60 | $4,435.20 |
| **Other Sub-Total** | | | | | | **$104,313.60** |

| MEDICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| **Drug Name & Dosage** | **NDC** | **Amount per Month** | **Months per year** | **Total # of Years** | **Price per Unit** | **Total** |
| **Methocarbamol (#60 per month)**<br>750 mg | GoodRX | 1 | 12 | 48 | $16.00 | $9,216.00 |
| **Hydrocodone/APAP (#40 postoperative pain X4)**<br>10/325 mg | GoodRX | 4 | 1 | 1 | $45.12 | $180.48 |
| **Ibuprofen OTC (1 bottle per month)**<br>200 mg | Retail | 1 | 12 | 48 | $10.99 | $6,330.24 |
| **Oxycodone (#30 per month)**<br>5 mg | GoodRX | 1 | 12 | 48 | $28.41 | $16,364.16 |
| **Diclofenac Sodium gel (4 tubes per month)**<br>1% | GoodRX | 4 | 12 | 48 | $14.99 | $34,536.96 |
| **Gabapentin (#30 per month)**<br>100 mg | GoodRX | 1 | 12 | 48 | $10.42 | $6,001.92 |

Page 5 of 6

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022



| Item | Source | | | | Unit Price | Total |
|---|---|---|---|---|---|---|
| **Acetaminophen OTC (1 bottle per month)**<br>*500 mg* | Retail | 1 | 12 | 48 | $3.94 | $2,269.44 |
| **Enoxaparin (postoperative X4 for 12 days)**<br>*30 mg /0.3 ml* | GoodRX | 4 | 1 | 1 | $189.45 | $757.80 |
| **Senna (#30 per month)**<br>*50 mg* | Retail | 1 | 12 | 48 | $4.99 | $2,874.24 |
| **Tramadol (#30 per month)**<br>*50 mg* | GoodRX | 1 | 12 | 48 | $16.05 | $9,244.80 |
| **Medications Sub-Total** | | | | | | **$87,776.04** |
| **Total Anticipated Future Medical Expenses** | | | | | | **$1,275,697.93** |

*The calculation of future medical care is based on the usual and customary rates for the area in which Mr. Charles Walden resides (Zip code: 40475). Calculations for future medications are based on available internet pricing. It is important to note that there is no way to predict future care needs with 100% certainty. No consideration has been given to inflationary costs with regard to our proposed Medical Cost Projection amount.* **Medata Lookup prices at 90% reasonable value/ a statistically valid figure in which at least 90 percent of the provider charges are the listed amount or less. / Fair Health Consumer database.**

| DOCUMENTS REVIEWED FOR THIS REPORT |
|---|
| Synergy Settlements Intake |
| UK Healthcare |
| Baptist Primary Health Care |
| Saint Joseph Berea |
| Madison County EMS |
| Complaint |
| Kroger Pharmacy |
| KY Orthopedics |
| Results Physiotherapy |

**Report prepared by Rebecca Clay, RN, MSCC, CLCP, LNCC, CMSP, with Synergy Settlement Services. For questions regarding this report, please contact Rebecca Clay at Rclay@synergysettlements.com**

**Quality Assurance Performed by Rasa Fumagalli, JD, MSCC, CMSP-F, Director of MSP Compliance, Synergy Settlement Services.**