

# TIMOTHY WILSON, MD

## EDUCATION

**Doctorate of Medicine** — 1993 – 1997
University of Louisville | Louisville, KY
*Alpha Omega Alpha (Medical Honor Society)*

**Bachelor of Science** — 1989 – 1993
Georgetown College | Georgetown, KY
*Magna Cum Laude*

## POST GRADUATE TRAINING

**Fellowship: Sports Medicine** — 2002 – 2003
University of Kentucky | Lexington, KY

**Administrative Chief Resident, Orthopaedic Surgery** — 2001 – 2002
University of Alabama Hospitals | Birmingham, AL

**Residency** — 1998 – 2002
University of Alabama Hospitals | Birmingham, AL

**Internship** — 1997 – 1998
University of Alabama Hospitals | Birmingham, AL

## CERTIFICATIONS / LICENSES

Commonwealth of Kentucky — 2002 – present
State of Alabama — 1998 – 2002



Curriculum Vitae: TIMOTHY WILSON, MD

| | |
|---|---|
| Board Certified by the American Board of Orthopaedic Surgery | July 2005 |
| Diplomate of the American Board of Orthopaedic Surgery | July 2005 – December 2025 |
| American Board of Orthopaedic Surgery Recertification | January 2016 – December 2025 |
| Certificate of Subspecialty in Orthopaedics Sports Medicine | November 2009 – November 2019 |

## PROFESSIONAL EXPERIENCE

**Sports Orthopedic Surgeon**  October 2019 – present
Aptiva Health | Louisville, KY

**Vice President**  2016 – 2018
Bluegrass Orthopaedics, PSC | Lexington, KY

**Founder and President**  2005 – 2016
Central Kentucky Orthopaedics, PLC | Georgetown, KY

**Clinical Instructor: Orthopaedic Surgery**  2003 – 2017
Shriners Hospital for Children | Lexington, KY

**Graduate Faculty: Rehabilitation Sciences Program/Physical Therapy**  2004 – 2005
University of Kentucky Chandler Medical Center | Lexington, KY

**Assistant Professor: Orthopaedic Surgery/Sports Medicine**  2003 – 2005
**Graduate Faculty: Rehabilitation Sciences Program/Physical Therapy**
University of Kentucky Chandler Medical Center | Lexington, KY

## PROFESSIONAL MEMBERSHIPS

American Academy of Orthopaedic Surgeons (Fellow)
American Orthopaedic Society for Sports Medicine
Arthroscopy Association of North America
Kentucky Medical Association
Lexington Medical Society
Kentucky Orthopaedic Society

| | |
|---|---|
| Vice-President Kentucky Surgery Center Board | 2015 – 2016 |
| American Academy of Orthopaedic Surgeons Ethics Committee | 2012 – 2016 |
| Refuge Ministries Inc., Lexington KY. Chairman of the Board | 2011 – 2015 |
| Board of Elders, Southland Christian Church. Lexington, KY | 2013 – 2015 |
| Kentucky Haiti Partnership. Chairman of the Board | 2011 – present |
| President-elect of Medical Staff, Georgetown Community Hospital (GCH) | 2010 – 2011 |



Curriculum Vitae: TIMOTHY WILSON, MD

| | |
|---|---|
| Board of Elders, Southland Christian Church. Lexington, KY | 2010 – 2012 |
| Refuge Ministries Inc., Lexington, KY. Board Member | 2010 – 2015 |
| Chairman By-laws and Credentials Committee, GCH | 2010 – 2011 |
| GCH Surgical Services Executive Committee | 2010 – 2011 |
| American Orthopaedic Society for Sports Medicine Council of Delegates | 2009 – 2012 |
| Secretary/Treasurer of GCH Medical Staff | 2009 |
| Medical Executive Committee GCH | 2007 – 2012 |
| Surgical Services and Infection Control Committee GCH. Chairman | 2007 |
| UK Residency Review Committee (Orthopaedics) | 2003 – 2005 |
| Orthopaedic Internal Committee for Mission Statement | 2004 |
| AOSSM Orthopaedic Sports Medicine Board Review Self-Assessment | 2004 – 2007 |
| Kentucky Medical Association Committee on Sports Medicine | 2004 – 2008 |
| Graduate Student Committee for John Ostrowski | 2005 |

## AWARDS / HONORS

| | |
|---|---|
| Physician of the Year. Georgetown Community Hospital | 2008 |
| Resident Essay Award. Alabama Orthopaedic Society Annual Meeting | 2001 |
| *Alpha Omega Alpha* Medical Honor Society | 1996 |
| Senior Honor Surgery. University of Louisville | 1996 |
| Most Outstanding Biology Major. Georgetown College | 1993 |
| *Eta Delta Phi* Senior Honor Society. Georgetown College | 1993 |
| Outstanding Pre-Med Award. Georgetown College | 1992, 1993 |

## PUBLICATIONS / PRESENTATIONS / LECTURES

**Invited Lectureships:**

- 5th Annual University of Kentucky Sports Medicine Symposium. 2003.
  Knee Exam and Diagnosis of Injury
  Lexington, KY

- Sports Conference. 2003.
  Foot and ankle injuries in athletes
  Nutter Training Room | Lexington, KY

- Physical Therapy Graduate Studies. 2004
  The Surgical Treatment of Shoulder Injuries
  Physical Therapy Department | Lexington, KY



Curriculum Vitae: TIMOTHY WILSON, MD

- Annual UK Sports Medicine Symposium. 2004.
  Common Sports Related Elbow Problems. Osteochondral Lesions in Adolescents.
  Lexington, KY

- Annual UK Sports Medicine Symposium. 2005.
  Post Operative Management: Avoiding Complications.
  Lexington, KY

**Abstracts, Book Reviews and Discussion after Papers:**

- Welsh TE, Terhune WG, **Wilson TC**, Mair SD. Shoulder Pain and Crepitus following injury in a collegiate football player. National Athletic Trainers Association Meeting. Baltimore, MD. June 2004.
- Welsh TE, Terhune WG, **Wilson TC**, Mair SD. Shoulder Pain and Crepitus following injury in a collegiate football player. Southeast Athletic Trainers Association Conference. Atlanta, GA. March 2004.
- Welsh TE, Terhune WG, **Wilson TC**, Mair SD. Shoulder Pain and Crepitus following injury in a collegiate football player. 6th Annual Wildcat Symposium. Lexington, KY. May 2004.

**Manuscripts:**

- Garth WP, **Wilson TC**. Open Reduction of a Lateral Femoral Notch Associated with an Acute Anterior Cruciate Ligament Tear. *Arthroscopy*. 2001, 17:874-877.
- Stannard JP, **Wilson TC**, Volgas DA, Alonso JE. Heterotopic Ossification Associated with Knee Dislocations. *Arthroscopy*. 2002, 18:835-839.
- **Wilson TC**, Johnson DL. Articular-Cartilage Lesions of the Knee and Osteoarthritis in Athletes: An Overview. *Athletic Therapy Today*. 2003, 8(1):20-24.
- **Wilson, TC**, Johnson DL. The initial Evaluation of the Multiple-Ligament Injured Knee. Operative Techniques in Sports Medicine. 2003, 11(3), 187-192.
- Gardiner J, **Wilson TC**, Johnson DL. Failed ACL Surgery in the Middle Age Arthritic Knee. *Sports Medicine and Arthroscopy Review*. April-June 2003, 11(2), 129-139.
- Sassmannshausen G, **Wilson T**, Mair S. Operative Stabilization of an Unstable Os Acromiale in an Adolescent Football Player. *Orthopedics*. 2003, 26(5): 509-511.
- Stannard JP, **Wilson TC**, Volgas DA, Alonso JE. Fracture Stabilization of Proximal Tibial Fractures with the Proximal Tibial LISS: Early Experience in Birmingham, Alabama. *Injury*. 2003, S-A36-A42.
- **Wilson TC**, Rosenblum WJ, Johnson DL, Fracture of the Femoral Tunnel after an ACL Reconstruction. *Arthroscopy*. 2004, 20(5): E9. Online publication via ScienceDirect, May 2004.
- **Wilson TC**, Kanteras A, Atay A, Johnson DL, Tunnel enlargement after anterior cruciate ligament surgery. *Am J Sports Med*. 2004, 32:543-549.
- **Wilson TC**, Satterfield WH, Johnson DL. Medical Collateral Ligament "Tibial" Injuries: Indication for Acute Repair. *Orthopaedics*. 2004, 27(4): 389-393.
- Stannard JP, **Wilson TC**, Volgas DA, Alonso JE. The Less Invasive Stabilization System in the Treatment of Complex Fractures of the Tibial Plateau: Short-Term Results. *J. Orthopaedic Trauma*. September 2004. 18(8): 584.
- Glueck D, **Wilson TC**, Johnson DL. Extensive Osteolysis Following Rotator Cuff Repair with Bioabsorbable Suture Anchor. *AJSM* . 2005, 33(5): 742-744.



Curriculum Vitae: TIMOTHY WILSON, MD

- **Wilson TC**, Talwalker, Johnson. Lateral Patella Dislocation with an Irreducible Posterolateral Knee Dislocation: Literature Review. *Orthopedics*. 2005, 28(5) 459-462.
- **Wilson TC**, Johnson DL. Letter to Editor Response. *AJSM*. 2005. 33(11): 1768.
- **Wilson TC**, Duplication of the Clavicle. *Orthopaedics*. 2006, 29(1): 79-80.

**Book Chapter:**

- Physical Examination of the Knee. In *Clinical Sports Medicine*, eds. DL Johnson and SD Mair

**Presentations:**

- **Wilson TC**, Standard JP, Volgas DA, Alonso JE. The Less Invasive Stabilization System in the Treatment of Complex Fractures of the Proximal Tibia. OTA Annual Meeting. San Diego, CA. October 2001.
- **Wilson TC**, Standard JP, Volgas DA, Alonso JE. The Less Invasive Stabilization System in the Treatment of Complex Fractures of the Proximal Tibia: Preliminary Results. AOS Annual Meeting. May 2001.
- **Wilson TC**, Stannard JP, Volgas DA, Alonso JE. Heterotopic Ossification Associated with Knee Dislocations Following Blunt Trauma. AANA Annual Meeting. Seattle, WA. April 2001.
- **Wilson TC**, Standard JP, Volgas DA, Alonso JE. The Less Invasive Stabilization System in the Treatment of Complex Fractures of the Proximal Tibia. AAOS Annual Meeting. Dallas, TX. February 2002.
- **Wilson TC**, Stannard JP, Volgas DA, Alonso JE. Heterotopic Ossification Associated with Knee Dislocations. AAOS Annual Meeting. Dallas, TX. February 2002.
- **Wilson TC**, Stannard JP, Volgas DA, Alonso JE. Heterotopic Ossification Associated with Knee Dislocations Following Blunt Trauma. AOS Annual Meeting. May 2002.
- Sports Injuries: When to Refer? The 34th Annual Family Medicine Review. Lexington, KY. November 2002.
- Sports Injuries: When to Refer? The 34th Annual Family Medicine Review. Lexington, KY. February 2003.

**Posters:**

- **Wilson TC**, Stannard JP, Volgas DA, Alonso JE. Heterotopic Ossification Associated with Knee Dislocations. AAOS Annual Meeting. Dallas, TX. February 2002.
- Isbell W, **Wilson T**, Vyas A, Hardy P, Johnson D. Meniscal Kinematics Following Allograft Reconstruction: A Dynamic In-vivo 3D MRI Analysis. AAOS Annual Meeting. New Orleans, LA. February 2003.
- McNew S, Johnson D, **Wilson T**, Holbrook N. Knee Pain in a High School Football Player. SEATA Annual Meeting. Atlanta, GA. March 2003.
- Jacobs D, **Wilson T**, Johnson D. A Knee Injury in an Adolescent Female Soccer Player. SEATA Annual Meeting. Atlanta, GA. March 2003.
- Jackson G, Johnson D, **Wilson T**. Knee Pain in a High School Football Player. SEATA Annual Meeting. Atlanta, GA. March 2003.
- **Wilson T**, Holzhauer M, Uhl T, Johnson D. Femoral Rollback in a PCL Reconstructed Knee: An in-vivo Study. AANA Annual Meeting. Phoenix, AZ. April 2003.
- **Wilson T**, Holzhauer M, Uhl T, Johnson D. Femoral Rollback in a PCL Reconstructed Knee: An in-vivo Study. AAOS Annual Meeting. San Francisco, CA. March 2004.
- Clark CM, **Wilson TC**. Ankle Fracture/Dislocation in a High School Football Player. Southeast Athletic Trainers Association Annual Meeting. Atlanta, GA. March 2005.



Curriculum Vitae: TIMOTHY WILSON, MD

- Jacobs D, Mair S, Cassidy C, Wright R, **Wilson T**. Thigh Pain in a Collegiate Football Player. Southeast Athletic Trainers Association Annual Meeting. Atlanta, GA. March 2005.

## ADDITIONAL EXPERIENCE

| | |
|---|---|
| Medical Director of Georgetown College's Athletic Training Program | 2004 – present |
| Georgetown College Board of Associates | 1999 – 2001 |
| Clinic Director: Greater Louisville Organization for Health | 1994 – 1995 |
| Governor of KMA – Medical Student Section | 1994 – 1995 |
| KMA Medical Student Representative to State Legislature | 1993 |
| Justice on Student Court of Review at Georgetown College | 1993 |
| President's Ambassador for Georgetown College (Charter Member) | 1992 – 1993 |
| President, President's House Association Fraternity. Georgetown College | 1991 – 1992 |
| Student Government Representative. Georgetown College | 1991 – 1992 |

**Team Physician:**

| | |
|---|---|
| Lexington Christian Academy | 2015 – 2016 |
| Georgetown College | 2004 – 2016 |
| Scott County High School | 2005 – 2016 |
| Homewood Patriots Football Team (Alabama 5A High School) | 2000 – 2001 |
| University of Kentucky Athletics | 2002 – 2005 |
| Kentucky State University | 2002 – 2005 |
| Lexington Men-O-War Hockey (ECHL) | 2002 – 2003 |
| Lexington Horsemen Arena Football (NIFL) | 2003 – 2005 |
| Morehead State University | 2003 – 2004 |

**Editorial Consultant/Reviewer:**

| | |
|---|---|
| American Journal of Sports Medicine (reviewer) | 2007 |
| Clinical Anatomy (invited journal reviewer) | 2005 |
| Clinical Orthopaedics Related Research (invited journal reviewer) | 2004 |

**Research Support:**

Merck & Co. Inc., The analgesic effect of perioperative rofecoxib use in patients undergoing arthroscopic shoulder labrum repair in an ambulatory setting. July 2003 – January 2005. (funded $5,800)



Curriculum Vitae: TIMOTHY WILSON, MD

**Research Fellows, Graduate Students and Postdoctoral Fellows:**

| | | | |
|---|---|---|---|
| 2004 – 2005 | James Gardiner, MD<br>Joel Hurt, MD<br>John Ostrowski, MS, AT-C | 2003 – 2004 | B. Todd Smith, MD<br>William Satterfield, MD |



Curriculum Vitae: TIMOTHY WILSON, MD