Rebecca Clay

**Rebecca Clay**
RN, MSCC, CLCP, LNCC, CMSP
784 Briar Dale Dr. Castle Pines, CO 80108

720.240.6702
_____

**WORK EXPERIENCE**

Synergy Settlement Services                                       Oct 2019 to current
    MSA Specialist

- Complete Medicare Set sides
  - Workers Compensation
  - Liability
- Medical Cost projections

MEDliable, LLC                                                    Dec 2014 to current
    Owner

- Complete Medicare Set sides
  - Workers Compensation
  - Liability
- Pre Medicare Set Aside Assessments
- Life Care plans
- Medical Bill reviews
- Legal Nurse Consulting:
  - Mass tort, Personal Injury, Class action, Product Liability
- Medical Cost projections

Medallocators/Examworks Clinical Solutions, Remote
    Planner, RN, MSCC, CLCP, LNCC            Aug 2007 to Dec 2014

- Completed Medicare Set Asides, Medical Cost Projections, Legal Nurse Reviews, Medical Bill reviews, Complex claim Analysis, Prescription Medication Analysis and Life Care plans
- Worked independently and remotely writing Medicare set asides for workers compensation cases, liability cases, and class action lawsuits as well as writing and research for Medicare denial appeals.
- Review and evaluate medical records to determine future care recommendations

Rebecca Clay

- Contact with adjusters, lawyers, physicians as well as Medicare to determine future care recommendations.
- Maintain production goal weekly, in-services and trainings
- Completed Medicare Set Asides, Medical Cost Projections, Legal Nurse Reviews, Medical Bill reviews, Complex claim Analysis, Prescription Medication Analysis, Life Care Plans

## Pediatric Nursing

Holy Rosary Catholic School, Rosenberg TX.
　　School nurse, full time RN

West Oaks Psychiatric Hospital, Houston TX.
Pediatric and adolescent RN

Dr. Arturo Bautista, Houston TX.
　　Pediatric RN, PRN

Children's Gastroenterology of Houston, Houston, TX.
　　Pediatric GI RN

Hermann Children's Hospital, Houston TX.
　　Neonatal RN

## CERTIFICATIONS

Certified Medicare Set Aside Consultant (MSCC)
Certified Life Care Planner (CLCP)
Certified Legal Nurse Consultant (LNCC)

## EDUCATION

Nichols State University-Thibodaux Louisiana 1989-1992
Associate Degree in Nursing ---1999 Texas
Legal Nurse Consulting (LNC)- Community College of Denver-2010
Life Care Planning (LCP) University of Florida 2012-2013
Freelance writing –University Colorado, Colorado Springs- 2015
Herzing University- Masters Mental Health Nurse Practitioner- 2023 to current

## ORGANIZATIONS and HONORS

American Nurses Association
American Association of Legal Nurse Consultants
Association of Certified Life Care Planners
National Alliance of Medicare Set Aside Professionals (NAMSAP)
Phi Theta Kappa National Honor Society - 3.5 GPA
Nursing and the Law Award for Outstanding Clinician 1999
Item writer for the ALNCCB Legal Nurse Certification Exam (LNCC) 2016
Standard Score Setting for the ALNCCB Legal Nurse Certification Exam 2016