

# SPORTS ORTHOPEDICS – FEE SCHEDULE

**1.0. SCOPE OF SERVICES.**
Attorney hires Consultant's physician, Dr. Timothy Wilson, to provide services in the following matter: *(Please initial only next to requested service(s).)*

_____ Answering letters, forms, questionnaires, and/or narrative reports.
_____ Preparation and/or Deposition.
_____ Court appearance providing expert witness services, opinions, and/or testimony.
_____ Telephone conversations and/or consultation.
_____ Providing medical case review and/or interpretation of medical records and/or studies.
_____ Oral and written opinion.
_____ Oral only.
_____ Written only.

Physician will provide those services reasonably required by Client. Consultant will take reasonable steps to keep Client informed of progress and to respond to Client's inquiries. Services in any matter not described above will require a separate written agreement.

**2.0. CLIENT'S DUTIES.**
Client agrees to pay Medical Expert Group, LLC at the time physician is retained to complete the aforesaid services. All billing is due at that time. If Client fails to provide upfront payment Medical Expert Group, LLC reserves the right to withhold any work product completed for Client until payment in full is received. Client will assist Consultant in providing necessary information and documents and will appear when necessary at professional proceedings.

**3.0. PROFESSIONAL FEES AND BILLING PRACTICES.**
Client agrees to pay by the hour at Consultant's prevailing rates billed for its physicians for all time spent on Client's matter by Consultant's physician. *(See current rates on sections 3.1 - 3.12)*

**3.1. LETTERS, FORMS, AND QUESTIONNAIRES:**
A check for the full amount, payable to "Medical Expert Group, LLC", must accompany this written request for the service, along with the Form or Questionnaire (If applicable).
- Forms and questionnaires – These items are encompassed within Section 4.7 "Chart Review"
- Letters or Narrative reports – Included for treating patients.
- All requests for medical records or copies should be addressed to "**Medical Expert Group, LLC**".

☎ 1-888-552-0019
🌐 medicalexpertgroup.com
📍 426 Codell Drive,
   Lexington, KY 40509



**3.2. DEPOSITION:**
- **$1,200.00 per hour** for **Non-Video** Depositions following initial 2-hour base fee
- **$1,500.00 per hour** for **Video** Depositions following initial 2-hour base fee
- Base fee (Retainer), equal to two hours, is due before service is rendered. If less than two hours is taken for deposition, the overpayment will be refunded within 30 days. Base fee is non-refundable unless deposition is cancelled at least two weeks prior to the scheduled date.
- Additional charges will be billed in fifteen (15) minute increments after the initial one (1) hour, at the hourly rate designated above (or **at ¼ the hourly rate per 15 minute interval**)
- All payments for said services will be made out to Medical Expert Group, LLC.
- All payments made to Consultant's physician will be issued by Consultant and rates will not be discussed with physician by Client.

**3.3. CONSULTATION:**
- **$600.00 per hour**
- **$600.00 minimum (Base Fee)**
- When an attorney has requested an in-person conference prior to the physician's court appearance, the Client and/or requesting attorney will be billed in increments of fifteen (15) minutes at the rate of **$600.00 per hour** (or **$150.00 per fifteen minutes, or fraction thereof**) UNLESS a lower rate has been negotiated and agreed to in writing by Medical Expert Group, LLC.

**3.4. COURT APPEARANCE FEE SCHEDULE:**
- **$1,750.00 per hour, plus expenses.**
- **$6,000.00 per half day, plus expenses.**
- **$10,000.00 per full day, plus expenses.**
- **$6,000.00 minimum (Base Fee)**
- Base fee (Retainer) is due (as described above) before service is rendered, is non-refundable UNLESS court appearance is canceled MORE THAN two weeks in advance.
- **Expenses may include, but are not limited to:**
    - Preparation time prior to the scheduled court appearance. (Fee is calculated based on **$600.00 per hour**)

**3.5. TRAVEL COSTS AND ACCOMODATIONS**
- Attorney/Client agrees to pay Medical Expert Group, LLC **$2,500.00** if the trial court testimony requires overnight stay.
- Attorney/Client will reimburse physician through Medical Expert Group, LLC at **$600.00 per hour** associated with Physician's travel, when not requiring overnight stay.

☎ 1-888-552-0019
✉ medicalexpertgroup.com
📍 426 Codell Drive,
    Lexington, KY 40509



### 3.6. CANCELLATION PRIOR TO COURT APPEARANCE:
- Medical Expert Group, LLC requires pre-payment for court appearances, based on the half day or full day daily rates as quoted above, minus the "Retainer Fee".
- Medical Expert Group, LLC, at its discretion and with prior arrangements with the attorney, may utilize a **fee schedule** differing from the schedule quoted above.
- If a court appearance is cancelled due to the case prior to the physician's scheduled court appearance, **return of the pre-paid fee will be made as follows**:
    - Canceled more than one month prior to court appearance: **FULL REFUND.**
    - Canceled within one month, but prior to two weeks of appearance: **HALF REFUND.**
    - Canceled within two weeks of court appearance: **NO REFUND.**
        - ❖ Cancellation must be in writing or emailed to:

            Melissa Wilder
            mwilder@medicalexpertgroup.com

### 3.7.  INDEPENDENT TELEPHONE CONSULTATION:
- **$600.00 per hour** billed in increments of (15) minutes.
- **$300.00 minimum (Base Fee).**
- Base fee (Retainer) is due before service is rendered and is non-refundable.

### 3.8. E-MAIL CONSULTATIONS AND QUESTIONS:
- Due to security concerns and HIPAA regulations, this service is not offered.

### 3.9. MEDICAL RECORDS REVIEW:
- **$600.00 per hour**
- **Retainer fee: $600.00**
- Base fee (Retainer) is due **before** service is rendered.
- Retainer fee is **non-refundable.**
- Written reports and/or opinions are provided when requested in writing.
- The report is sent to the attorney upon receipt of any balance due.
- For proper review, all available medical records, x-rays, patient/family statements, and depositions are required.
- No full text articles will be included with Medline Search. Full text articles may be obtained from other sources at an additional cost.
- Client is responsible for insuring sent material.
- If sent by mail: Client is responsible for sending material via certified mail with return receipt requested.
- Base fee (Retainer) is due before service is rendered. Check must accompany sent material.

☎ 1-888-552-0019
🌐 medicalexpertgroup.com
📍 426 Codell Drive,
   Lexington, KY 40509



**3.10. INDEPENDENT MEDICAL EXAMINATIONS**
- **$1,500.00 for Independent Medical Examinations** (Rate subject to change dependent upon prior negotiation with Client and/or the time and complexity of the independent examination).
    - Attorney/Client will be billed **$600.00 per hour** for records review that exceed 250 pages.
- Reports and/or opinions are provided in writing.
- The report is sent to the attorney upon receipt of any balance due.
- If pre-payment has been received, Consultant will provide report within ten (10) business days following completion of said report.
- For proper review, all available medical records, x-rays, patient/family statements, and depositions are required.
- Client is responsible for insuring sent material.
- If sent by mail: Client is responsible for sending material via certified mail with return receipt requested.
- Payment for IME is due before service is rendered. Check must accompany sent material.
- If your client fails to arrive for a scheduled appointment for Independent Medical Exam or similar, there will be a "No-Show" fee charged equivalent to the base rate for one hour of services.

**3.11. NARRATIVE REPORTS**
- **$600.00 per hour**
- **Retainer fee: $600.00**
- Base fee (Retainer) is due **before** service is rendered.

**3.12. BASE FEES/RETAINER FEES.**
The rates on this schedule are subject to change upon 30 days written notice to Client. If Client declines to pay increased rates, Consultant will have the right to withdraw any retained physician. The time charged will include the time said physician spends on telephone and DOES NOT include calls relating to patients treating with any of Medical Expert Group's in-network physicians. Time is charged in minimum units of one-fourth (1/4) of an hour (15-minute intervals).

The following have minimum charges (Base Fees):
- Telephone calls: **$300.00**
- Consultation: **$600.00**
- Deposition/Preparation: **$2,400.00** (**Non-Video** Depositions)
  **$3,000.00** (**Video** Depositions)
- Records Review: **$600.00**
- Court appearance: **$6,000.00**

☎ 1-888-552-0019
🌐 medicalexpertgroup.com
📍 426 Codell Drive,
   Lexington, KY 40509



- **All Base Fees/Retainer Fees are NON-REFUNDABLE except for under the express circumstances stated above.**
- Medical records for Records Review, Independent Medical Exam or similar must be submitted in full at the time services are rendered. Additional medical records supplied for review are subject to additional charges.

**Send payment and Medical Records to:**
**Medical Expert Group, LLC**
**426 Codell Drive**
**Lexington, Kentucky 40509**

**4.0. COSTS AND OTHER CHARGES.**

**(a)** Physician and/or Consultant may incur various costs and expenses in performing professional services under this Agreement. Client agrees to pay for all costs, disbursements, and expenses in addition to the hourly fees. The costs and expenses can include but are not limited to, long distance telephone charges, postage, photocopying and other reproduction costs, travel costs including parking, mileage, transportation, meals and hotel costs, investigation expenses, research expenses, and other similar items. Except for the items listed below, all costs and expenses will be charged at Consultant and/or physician's cost.
- In-office photocopying: **25¢/page**
- Facsimile charges: **25¢/page**

**5.0. BILLING STATEMENTS.** Consultant will send Client periodic statements for fees and costs incurred. Each statement will be **payable within 30 days of its mailing date**. Client may request a statement at intervals of no less than 30 days. If Client so requests, Consultant will provide one within 10 (ten) business days. The statements shall include the amount, rate, basis of calculation or other method of determination of the fees and costs, which costs will be clearly identified by item and amount.

**6.0. DISCHARGE AND WITHDRAWAL.** Client may discharge Consultant at any time. Consultant may withdraw with Client's consent, or without consent for good cause. Good cause includes Client's breach of this Agreement, refusal or any fact or circumstance that would render Consultant and/or any of its physicians continuing participation unlawful or unethical. When Consultant's physician's services conclude, all unpaid charges will immediately become due and payable.

**7.0. DISCLAIMER OF GUARANTEE AND ESTIMATES.** Nothing in this Agreement and nothing in Consultant or its physician's statements to Client will be construed as a promise or guarantee the nature of any opinion, or testimony, or about the outcome of the matter. Neither

☎ 1-888-552-0019
🌐 medicalexpertgroup.com
📍 426 Codell Drive,
   Lexington, KY 40509



Consultant nor any of its physicians make any such promises or guarantees. Consultant and its physician's comments about the possible outcome of any matter are expressions of professional opinion only. Any estimate of fees given by Consultant shall not be a guarantee. Actual fees may vary from estimates given.

**8.0. ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding upon the parties.

**9.0. SEVERABILITY IN EVENT OF PARTIAL INVALIDITY.** If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

**10.0. MODIFICATION BY SUBSEQUENT AGREEMENT.** This Agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both of them, or an oral agreement only to the extent that the parties act in concert and/or perform as agreed orally.

**THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM AS OF THE DATE CONSULTANT'S PHYSICIAN FIRST PROVIDES SERVICES.  IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS UNDER THIS AGREEMENT. CLIENT SHALL RECEIVE A FULLY EXECUTED DUPLICATE OF THIS AGREEMENT.**

**CONSULTANT:**
Name:  *Eric J. Lowe, CEO*
Signature: _____          DATE: _____
Address: 426 Codell Drive, Lexington, KY, 40509
Toll Free: 1-888-512-0019

**CLIENT:**
Print Name: _____
Signature: _____          DATE: _____
Address: _____
Telephone: _____