VNG **$1200**
POSTUROGRAPHY **$600**
CALORIC **$200**
NEW PATIENT **$385**
FOLLOW UP **$85**
IME: WORK COMP  **$800**
    MVA **$1000**
DEPO: WORK COMP **$300** (30MINS)
    MVA NON VIDEO **$1300** (90MINS)
    MVA VIDEO **$1500**  (90MINS)
DEPOS ARE SCHEDULED ON TUESDAYS AND THURSDAYS AT 4PM.
TRIAL: **$2000** (1 hr) + Trial prep **TBD**

PLEASE SEE ATTACHED CONTRACTS FOR DEPOSITIONS AND TRIALS.

## David G. Changaris, M.D., P.S.C.

Diplomat American Board of Neurological Surgery
801 Barret Ave., Ste. 103
Louisville, KY 40204
(502) 584-6852  Fax: (502) 584-8379

## TESTIMONY CONTRACT

TO: _____   FAX: _____

Attorney: _____   Phone: _____

There is a $2000 scheduling fee, which includes 1-hour door-to-door experience paid prior to scheduling the testimony.

For each additional 30 minutes of testimony there is a charge of $750.00, this is to be paid in advance. If the additional time is not used the payment for the additional time will be refunded. There will also be a fee for trial preparation that will be determined. These fees are not refundable nor transferable if not cancelled or rescheduled within 10 business days of scheduled date. There is a minimal rescheduling fee of $500.00.

Inclement weather can cancel with a full refund. The National Weather Service Travel Advisory must be in effect.

If there are further inquires, please do not hesitate calling our office at the above number.

**Please initial below your concurrence with these terms and return with your check. Thank you.**

_____
Initials

Plaintiff's Attorney: _____

Defending Attorney: _____

RE: _____

Testimony Date: _____   Time: _____

# David G. Changaris, M.D., P.S.C.

Diplomat American Board of Neurological Surgery
801 Barret Ave., Ste. 103
Louisville, KY 40204
**(502) 584-6852  Fax: (502) 584-8379**

## DEPOSITION – WORKER'S COMP

TO: _____     FAX: _____

Attorney: _____     Phone: _____

Worker's Comp depositions will be confirmed after receiving pre-payment for the deposition due within 10 business days.

A $300.00 scheduling fee covers 30 minutes of live deposition time. For each additional 15 minutes there is a charge of $100.00, this is to be paid in advance. If the additional time is not used the payment for the additional time will be refunded. This fee is neither non-refundable nor transferable if not cancelled or rescheduled within 10 business days. There is a $125.00 cancellation fee for up to 48 hours (803 KAR 25:160 Section 3).

Inclement weather can cancel with a full refund. The National Weather Service Travel Advisory must be in effect.

If there are further inquires, please do not hesitate calling our office at the above number.

**Please initial below your concurrence with these terms and return with your check.**

_____
Initials:

RE: _____

Deposition Date: _____     Time: _____

Plaintiff's Attorney: _____

Defendant's Attorney: _____

## David G. Changaris, M.D., P.S.C.

Diplomat American Board of Neurological Surgery
801 Barret Ave., Ste. 103
Louisville, KY 40204
**(502) 584-6852  Fax: (502) 584-8379**

## VIDEO DEPOSITION

TO:_____     FAX:_____

Attorney: _____     Phone: _____

Video depositions will be confirmed after receiving pre-payment for the deposition due within 10 business days.

A $1500.00 scheduling fee covers 90 minutes of live deposition time. For each additional 30 minutes there is a charge of $750.00, this is to be paid in advance. If the additional time is not used the payment for the additional time will be refunded. This fee is non-refundable nor transferable if not cancelled or rescheduled within 10 business days of the scheduled date.

Inclement weather can cancel with in a full refund. The National Weather Service Travel Advisory must be in effect.

If there are further inquires, please do not hesitate calling our office at the above number.

**Please initial below your concurrence with these terms and return with your check. Thank you.**

_____
Initials

RE: _____

Deposition Date: _____     Time: _____

Plaintiff's Attorney: _____

Defendant's Attorney: _____

<u>**David G. Changaris, M.D., P.S.C.**</u>
<u>**Gregory B. Nazar, M.D.**</u>

Diplomat American Board of Neurological Surgery
801 Barret Ave., Ste. 103
Louisville, KY 40204
**(502) 584-6852  Fax: (502) 584-8379**

## <u>NON-VIDEO DEPOSITION</u>

TO: _____        FAX: _____

Attorney: _____     Phone: _____

Non-video depositions will be confirmed after receiving pre-payment for the deposition due within 10 business days.

A $1300.00 scheduling fee covers 90 minutes of live deposition time. For each additional 30 minutes, there is a charge of $500.00, this is to be paid in advance. If the additional time is not used the payment for the additional time will be refunded. This fee is non-refundable nor transferable if not cancelled or rescheduled **within 10 business days** of the scheduled date.

Inclement weather can cancel with in a full refund. The National Weather Service Travel Advisory must be in effect.

If there are further inquires, please do not hesitate calling our office at the above number.

**Please initial below your concurrence with these terms and return with your check. Thank you.**

_____
Initials

RE: _____

Deposition Date: _____        Time: _____

Plaintiff's Attorney: _____

Defendant's Attorney: _____