
EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

LEXINGTON DIVISION

CASE NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN,                              PLAINTIFF

vs

ENTERPRISE SERVICES GROUP, LLC,

CLARENCE M. HOWARD,

NATIONAL INDEMNITY GROUP OF INSURANCE

COMPANIES OR NATIONAL INDEMNITY COMPANY,

VINCE KLINE, AND

PROGRESSIVE CASUALTY INSURANCE COMPANY         DEFENDANTS

DEPOSITION OF

CHARLES L. WALDEN

Wednesday, January 4, 2023 at 1:08 p.m.

Morrin Law Office

Richmond, Kentucky

Southeastern Court Reporting Service

PO Box 863

London, KY 40743-0863

Secr5070@gmail.com

| | | |
|---|---|---|
| 1 | Q | About a year and a half ago, right? |
| 2 | A | (Nods head affirmatively.) |
| 3 | Q | When is the last time you worked before the |
| 4 | | accident? |
| 5 | A | I don't recall about when it had been because I |
| 6 | | really hadn't done anything from -- for a few years |
| 7 | | -- for a couple of years and then I just started |
| 8 | | working -- helping him every once and again. |
| 9 | Q | So it wasn't once a week every week? |
| 10 | A | No. No, ma'am. |
| 11 | Q | And again, this accident was in August of 2020, |
| 12 | | right at -- we'll call it a year and a half ago. |
| 13 | A | All right. |
| 14 | Q | Do you know when the last time you would have |
| 15 | | worked before the wreck? |
| 16 | A | I don't -- |
| 17 | Q | Do you -- |
| 18 | A | I don't remember when it was. |
| 19 | Q | Do you have any way of documenting -- |
| 20 | A | No. |
| 21 | Q | Excuse me? |
| 22 | A | What was that? I was just -- |
| 23 | Q | That's all right. Do you have any way of |
| 24 | | documenting when you worked for Mr. Lawson's |
| 25 | | father? |

```
 1  A    Not that I can recall.
 2  Q    Do you have any way or documenting any job that you
 3       have turned down since you've had the second
 4       accident?
 5  A    I'm trying to recall.  I'm trying to think.  I'm
 6       not -- most of the time it was just either on the
 7       phone or, you know, just talking to them in person.
 8  Q    Did you keep notes or anything?
 9  A    No.
10  Q    Do you have a diary or anything?
11  A    Not that I -- no.
12  Q    So it was just every now and then he would call --
13  A    Yes.
14  Q    -- and say can you help me today?
15  A    Yes, ma'am.
16  Q    And you don't know how often it was?
17  A    It might have been once or twice a week maybe.
18       Maybe been two or three weeks and he not -- he not
19       done any because like I said he done -- he's
20       retired and he, you know, he didn't -- he done a
21       little.  He done little things to have a little
22       extra money.
23  Q    Was it a seasonal job, meaning usually in good
24       weather?
25  A    It just -- I mean he done -- he done about whatever
```

```
 1         -- whatever was ask of him he done.  But, you know,
 2         it was --
 3   Q     Did he have other people who helped him?
 4   A     No, ma'am.
 5   Q     Just you?
 6   A     (Nods head affirmatively.)
 7   Q     Do you know if he's gotten anyone to help him since
 8         you haven't helped him?
 9   A     I believe Brian still works with him.
10   Q     Did Brian work with him when you did?
11   A     Yes.
12   Q     So there were at least three of you there then?
13   A     Me and Brian.
14   Q     The man didn't do it?  It was just you and Brian?
15   A     Yes.  Brian done 90 percent of the work.
16   Q     Do you know how to get in touch with Brian?
17   A     Maybe.
18   Q     I would just ask this, if you ever have any
19         documentation of any wages that you've made in the
20         past or wages that you've lost, would you please
21         tell your attorney, say, within the next 60 days,
22         tell him so he can tell me, okay?
23   A     Okay.
24   Q     You said you had disability in 2012.
25   A     Yes, ma'am.
```

```
 1              since February 9, 2021?
 2    A    Personally -- personally, I mean, I don't know.  I
 3         don't know.  I don't think so.
 4    Q    What medicines are you talking today?
 5    A    None.
 6    Q    When is the last time you took any medicine for
 7         this injury?
 8    A    I take -- I take Tylenol.
 9    Q    Okay.
10    A    And that's it.
11    Q    When's the last time you took a prescription
12         medication?
13    A    Oh, I don't -- since -- I don't recall the day.
14         It's been -- it's been a while.
15    Q    You had your last treatment at UK --
16    A    Yeah.
17    Q    -- it looks like in September of 2020, about six
18         weeks after the accident.  Would you have taken any
19         medicine after that for this?
20    A    No.
21    Q    Did you say no?
22    A    No.  Not that I recall of.
23    Q    What bothers you now from this accident?
24    A    My hip, my lower back and --
25    Q    Your hip and your low back?
```

```
 1  A    Yeah.
 2  Q    Anything else?
 3  A    My neck bothers me sometimes.
 4  Q    Do you think you hurt your neck in this accident?
 5  A    I broke my collar bone.
 6  Q    You broke your collar bone?
 7  A    On the other side.
 8  Q    In this accident?
 9  A    Yeah.  I believe it was this accident.
10  Q    I see no records to that.  Do you think you're
11       maybe getting your accidents mixed up?
12  A    Maybe.
13  Q    Did you hurt your neck in this accident?  The only
14       records I show --
15  A    Yes.
16  Q    -- were to your hip.
17  A    My hip and lower back.
18  Q    How about your neck, have you treated any for your
19       neck?
20  A    I went -- I went to the emergency room a couple of
21       times with it.
22  Q    Which emergency room?  I didn't have those records.
23  A    Berea.
24  Q    When were they?  Anywhere else?  Any place else?
25  A    No.
```

```
 1  Q    When did you do that?
 2  A    About -- I'd say about nine months ago.
 3  Q    Is there any reason you didn't tell your lawyer
 4       about those?
 5  A    No.  I didn't -- I really didn't -- it didn't occur
 6       to me.  It was just -- I guess I didn't describe it
 7       or think about it.
 8  Q    If you go to -- I'm sorry.
 9  A    It was just -- you know, it was just aching me.
10  Q    What did you go to the ER for?  What part of your
11       body?
12  A    My hip and my back.
13  Q    What did they do for you?
14  A    They gave me a shot.
15  Q    Anything else?
16  A    Unh-unh.
17  Q    Did you only go to the ER one time?
18  A    Yes.
19  Q    Do you think it was as a result of this accident or
20       the first accident?
21  A    This accident.
22  Q    So when you told me you hadn't had any treatment
23       since February you were mistaken?  I know you
24       wouldn't lie to me, you were mistaken, right?
25  A    Right.  It's -- I'm kind of confused on what you're
```

```
 1            asking.
 2    Q       And I appreciate that, sir.  I want to know if
 3            you've had any other treatment that we haven't
 4            talked about?
 5    A       Uh-huh.
 6    Q       I know you went to UK for a week.
 7    A       Yes.
 8    Q       I know you had physical therapy for several months.
 9            And now you're telling me you went to the ER one
10            time.  Have you had any other treatment for this
11            accident?
12    A       No.  Not that I recall.
13    Q       Where do you get your prescriptions filled when you
14            have prescriptions?
15    A       Kroger.
16    Q       Kroger in?
17    A       Richmond.
18    Q       Are you taking prescriptions for anything now?
19    A       No.
20    Q       Nothing at all?  Tylenol?  That's over the counter,
21            right?
22    A       Yes.
23    Q       Can you tell me what you used to be able to do that
24            you can't do now?
25    A       I could do the majority of the day -- things
```