UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                     PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,           DEFENDANTS.

**ORDER GRANTING MOTION TO MODIFY SCHEDULING
ORDER TO EXTEND DEFENDANTS' EXPERT
DISCLOSURE DEADLINE**

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's Motion to Modify Scheduling Order to Extend Defendants' Expert Disclosure Deadline for compliance with Rule 26(a)(2). Having considered this matter and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the Defendants' Motion to Modify Scheduling Order to Extend Defendants' Expert Disclosure Deadline until May 15, 2024 is **GRANTED**.

This _____ day of _____, 2023.

_____
JUDGE, US DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION