**EXHIBIT A**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

CENTRAL DIVISION

(at Lexington)

CIVIL ACTION NO. 5:22-CV-238-KKC

CHARLES L. WALDEN                                    PLAINTIFF

vs

ENTERPRISE SERVICES GROUP,
LLC, ET AL                                          DEFENDANTS

REPORTER'S CERTIFICATION

     I, Wanda Brown, Notary Public, State of Kentucky at Large, do hereby certify that Hon. Robert Morrin, Hon. Marcia Ridings, Hon. Catie Joseph, and myself appeared for the deposition of CLARENCE M. HOWARD; said deposition commanding his appearance by Subpoena and Notice of Deposition, miscellaneous documents attached and marked as Exhibit No. 1, scheduled on Wednesday, October 11, 2023, at the hour of 10:00 a.m. at the Morrin Law Office, 214 West Main Street, Richmond, Kentucky.

WANDA BROWN

1320 TRAVIS DRIVE

RICHMOND, KY  40475

859-624-3631

Email:  candlcourtreporting@hotmail.com

Page 1

```
 1              At 10:20 a.m. when CLARENCE M. HOWARD had not
 2    appeared, Mr. Morrin made the following record.
 3
 4                    MR. MORRIN:  We're on the record.  I
 5    just want to make a record of the fact that each party is here,
 6    and if we could have everybody kind of introduce themselves on
 7    the record.  My name is Rob Morrin.  I represent the Plaintiff
 8    in this matter, here for the deposition of Clarence Howard.
 9                    MS. RIDINGS:  I'm Marcia Ridings and I
10    represent Clarence Howard.  I did attempt to contact him, but I
11    was unsuccessful.  For the record though, I just do want to note
12    that I did advise the Plaintiff's attorney that I did not
13    anticipate that Mr. Howard would appear, and that I have agreed
14    to pay the costs of this deposition.
15                    MS. JOSEPH:  Catie Coldiron Joseph on
16    behalf of Progressive.
17                    MR. MORRIN:  And then if there's no
18    objection, I'd like to admit these into the record.  We have the
19    subpoenas, the notice of the deposition,--
20                    MS. RIDINGS:  Why do you need to--
21                    MR. MORRIN:  --there's the letter to
22    you.  Just so that we have that clear that we served those and
23    that we followed the proper procedure.
24                    MS. RIDINGS:  Sure.
25                    MR. MORRIN:  That's all.
```

Page 2

```
 1                MS. RIDINGS:  I don't question, for the
 2   record I don't question the procedure.
 3                MR. MORRIN:  Yeah.  Thank you.
 4                    (PROCEEDING CONCLUDED)
 5           Dated this the 16th day of October, 2023.
 6           My Commission Expires:  October 19, 2025.
 7
 8
 9
10                                   _____
11                                   WANDA BROWN, NOTARY PUBLIC
12                                   STATE OF KENTUCKY AT LARGE
13                                   NOTARY ID 35944
```