EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

LEXINGTON DIVISION

CASE NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN,                               PLAINTIFF

vs

ENTERPRISE SERVICES GROUP, LLC,

CLARENCE M. HOWARD,

NATIONAL INDEMNITY GROUP OF INSURANCE

COMPANIES OR NATIONAL INDEMNITY COMPANY,

VINCE KLINE, AND

PROGRESSIVE CASUALTY INSURANCE COMPANY       DEFENDANTS

DEPOSITION OF

CHARLES L. WALDEN

Wednesday, January 4, 2023 at 1:08 p.m.

Morrin Law Office

Richmond, Kentucky

Southeastern Court Reporting Service

PO Box 863

London, KY 40743-0863

Secr5070@gmail.com

| | | |
|---|---|---|
| 1 | | -- whatever was ask of him he done.  But, you know, |
| 2 | | it was -- |
| 3 | Q | Did he have other people who helped him? |
| 4 | A | No, ma'am. |
| 5 | Q | Just you? |
| 6 | A | (Nods head affirmatively.) |
| 7 | Q | Do you know if he's gotten anyone to help him since |
| 8 | | you haven't helped him? |
| 9 | A | I believe Brian still works with him. |
| 10 | Q | Did Brian work with him when you did? |
| 11 | A | Yes. |
| 12 | Q | So there were at least three of you there then? |
| 13 | A | Me and Brian. |
| 14 | Q | The man didn't do it?  It was just you and Brian? |
| 15 | A | Yes.  Brian done 90 percent of the work. |
| 16 | Q | Do you know how to get in touch with Brian? |
| 17 | A | Maybe. |
| 18 | Q | I would just ask this, if you ever have any |
| 19 | | documentation of any wages that you've made in the |
| 20 | | past or wages that you've lost, would you please |
| 21 | | tell your attorney, say, within the next 60 days, |
| 22 | | tell him so he can tell me, okay? |
| 23 | A | Okay. |
| 24 | Q | You said you had disability in 2012. |
| 25 | A | Yes, ma'am. |

| | | |
|---|---|---|
| 1 | Q | That was after the car accident; is that right? |
| 2 | A | Yes, ma'am. |
| 3 | Q | And it's my understanding you had a traumatic brain |
| 4 | | injury in that; is that right? |
| 5 | A | Yes. |
| 6 | Q | You were put into a coma for several weeks; is that |
| 7 | | right? |
| 8 | A | Yes. |
| 9 | Q | And you also had a right hip replacement? |
| 10 | A | Yes, ma'am. |
| 11 | Q | Any other injuries in that accident? |
| 12 | A | My -- I've got a rod in my left leg.  It broke my |
| 13 | | collar bone on the right side, broke my left arm. |
| 14 | | I think that's -- I believe that's all. |
| 15 | Q | Where were you treated?  Were you treated at UK for |
| 16 | | that? |
| 17 | A | Yes, ma'am. |
| 18 | Q | How long were you in the hospital? |
| 19 | A | I was in a coma for three weeks and I was at -- |
| 20 | | they moved me -- I was -- for a month I was in the |
| 21 | | UK and I was rehabilitating and then, they moved me |
| 22 | | to Cardinal Hill and I stayed there for a month and |
| 23 | | a half roughly, I believe. |
| 24 | Q | Did you have treatment after you came home? |
| 25 | A | Yes, ma'am. |

```
 1  Q   Has anyone told you it's related to this accident?
 2  A   I just -- it just happened -- personally it's more
 3      since.  It's been since.
 4  Q   Did you ever refer to any doctor about it other
 5      than this one time with Michelle Geile, G-E-I-L-E?
 6  A   I'm trying to think.  It'd be -- I don't know if it
 7      was before or after.
 8  Q   Before or after what?
 9  A   The accident.
10  Q   So you don't remember whether your left eye was
11      blurry?
12  A   Yeah.  But I'm saying I don't remember -- it's got
13      -- I've lost vision since then but I was trying to
14      place the date.  Because I got them checked prior
15      to that or within the same time frame I'd get them
16      checked.  I'm not so certain on it.
17  Q   The only thing your head hit was an airbag; is that
18      right?
19  A   I had --
20          ATTORNEY MORRIN:  Objection to form.  Go ahead
21      and answer.
22  A   I had hit -- I had hit pretty hard and it had -- I
23      hit the airbag pretty hard and just . . .
24  Q   The seven days that you were at UK, did you tell
25      them that you were having trouble with your eyes?
```

```
 1          does that sound right?
 2    A     Yes.
 3    Q     Thank you.  And then, I have a report from UK
 4          Healthcare where you were seen by an orthopedist.
 5          Said that you didn't recall the crash or whether
 6          you hit your head, your airbags did go out.  Was
 7          going 45 miles an hour, has hip pain but no other
 8          injury.  Was that true at UK?
 9    A     Yes.  I believe so.
10    Q     Have you ever been treated by any doctor or any
11          provider for your back pain?
12    A     No.
13    Q     Do you still own the four-wheeler -- do you own a
14          four-wheeler?
15    A     No.
16    Q     Have you ever owned one?
17    A     Yes.
18    Q     When did you last own one?
19    A     It's been -- it's been probably two years.
20    Q     So you've sold it or gotten rid of it.
21    A     (Nods head affirmatively.)
22    Q     Okay.  And you say the dune buggies were your dads;
23          is that right?
24    A     Yeah.
25    Q     Does he still have them?
```