UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

***ELECTRONICALLY FILED***


CHARLES L. WALDEN,                                                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                          DEFENDANTS.

_____

**NOTICE OF SERVICE OF THIRD SET OF INTERROGATORIES AND SECOND SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**
_____


The Defendants, Enterprise Services Group, LLC and Clarence M. Howard, by counsel,

herewith certify to the court and to all interested parties that Defendants' Third Set of

Interrogatories and Second Set of Requests for Production of Documents were propounded upon

the Plaintiff, Charles L. Walden, and emailed to counsel of record on this 27th day of December

2023.


HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD

1

By: __/s/ Marcia Milby Ridings_____
    MARCIA MILBY RIDINGS


CERTIFICATE OF SERVICE:

    I hereby certify that on **December 27, 2023**, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:


Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY 40507
*Attorney for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*And Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**


    __/s/Marcia Milby Ridings_____
    OF COUNSEL FOR ABOVE-NAMED
    DEFENDANTS