UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHARLES L. WALDEN,** | **CIVIL ACTION NO. 5:22-238-KKC-EBA** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **ENTERPRISE SERVICES GROUP, LLC,** *et al.*, | |
| **Defendants.** | |

*** *** ***

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's Motion to Modify Scheduling Order to Extend Defendants' Expert Disclosure Deadline. (DE 98.) No response was filed, and the deadline to do so has now passed.

Having reviewed the motion and being otherwise sufficiently advised, the Court hereby ORDERS as follows:

1. The motion to modify the scheduling order (DE 98) is GRANTED;

2. The following dates on the scheduling order (DE 13) are SET ASIDE: the expert discovery deadline, the dispositive and *Daubert* motion deadline, the pretrial conference date, and the trial date.

3. The expert discovery deadline is now May 15, 2024. The dispositive and *Daubert* motion deadline is now June 17, 2024.

4. The Telephonic Pretrial Conference, set for November 5, 2024, is continued to **December 12, 2024 at 2:00 p.m.** in Lexington, Kentucky. The Court will enter a separate Order with call information prior to the conference.

5. The Jury Trial, set for December 9, 2024, is continued to **February 3, 2025 at 9:00 a.m.** at Lexington, Kentucky. Counsel and parties are to be present at 8:30 a.m.

This 5th day of January, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY