UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHARLES L. WALDEN,** | **CIVIL ACTION NO. 5:22-238-KKC** |
| **Plaintiff,** | |
| v. | **AMENDED ORDER** |
| **ENTERPRISE SERVICES GROUP, LLC,** *et al.*, | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

The Court previously entered an order granting defendants' motion to modify the scheduling order to extend the expert disclosure deadline. (DE 102.) In that order, the Court inadvertently stated that no response had been filed and the deadline to do so had passed. (*Id.*) That was incorrect. A response and reply were timely filed. The Court has reviewed both the response (DE 99) and the reply (DE 100) and still finds good cause to grant the extension.

Having reviewed the motion, response, and reply and being otherwise sufficiently advised, the Court hereby ORDERS as follows:

1. The motion to modify the scheduling order (DE 98) is GRANTED;

2. The following dates on the scheduling order (DE 13) are SET ASIDE: the expert discovery deadline, the dispositive and *Daubert* motion deadline, the pretrial conference date, and the trial date.

3. The expert discovery deadline is now May 15, 2024. The dispositive and *Daubert* motion deadline is now June 17, 2024.

1

4. The Telephonic Pretrial Conference, set for November 5, 2024, is continued to **December 12, 2024 at 2:00 p.m.** in Lexington, Kentucky. The Court will enter a separate Order with call information prior to the conference.

5. The Jury Trial, set for December 9, 2024, is continued to **February 3, 2025 at 9:00 a.m.** at Lexington, Kentucky. Counsel and parties are to be present at 8:30 a.m.

This 8th day of January, 2024.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY