UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |
| | |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF SERVICE OF RESPONSES TO
DEFENDANT ENTERPRISE SERVICES GROUP'S THIRD SET OF
INTERROGATORIES AND SECOND SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

\*\*\*\*\*\*\*\*\*\*

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide

notice to the Court that his Responses to Defendant Enterprise Services Group's Third Set of

Interrogatories and Second Set of Requests For Production of Documents to Plaintiff have been

served upon the following this January 25, 2024:

Hon. Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M. Howard & Enterprise Services Group*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
100 W Main Street, Suite 900

Lexington, KY 40507
*Counsel for Vince Kline & National Indemnity Group of Insurance Companies*

Hon. Gregg E. Thornton
Hon. Catie Coldiron Joseph
Hon. Jillian D House
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

                                              Respectfully Submitted,

                                              MORRIN LAW OFFICE

                                              _/s/*Robert A. Morrin*_____
                                              Hon. Robert A. Morrin (KBA # 94368)
                                              214 West Main Street
                                              Richmond, KY 40475
                                              (859) 358-0300
                                              *Counsel for Plaintiff*