UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN, PLAINTIFF,

V. **ORDER**

ENTERPRISE SERVICES GROUP, LLC, *et al.*, DEFENDANTS.

*** *** **** ***

Plaintiff, Charles L. Walden, filed a Motion to Strike Defendant Clarence M. Howard's Responses to Plaintiff's Requests for Admissions. [R. 105]. Accordingly, on the Court's own motion,

IT IS ORDERED that Defendants' response to the motion shall be filed on or before **February 16, 2024.**

Signed February 2, 2024.



Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**