

**MORRIN LAW OFFICE**

Robert A. Morrin, Esq.
214 West Main Street
Richmond, KY 40475

Telephone: 859-358-0300
Fax: 859-972-0813
Rob@MorrinLawOffice.com

---

January 13, 2023

Marcia Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741

**Re:** ***Charles Walden vs. Enterprise Services Group, LLC, Clarence Howard, National Indemnity Group of Insurance Companies or National Indemnity Company, Vince Kline, and Progressive Insurance Casualty Insurance Company***

|  |  |
|---|---|
| **My Client:** | **Charles Walden** |
| **Date of Loss:** | **August 10, 2020** |
| **Civil Action No.:** | **5:22-CV-238-KKC** |

Dear Ms. Ridings:

As you are aware, I represent Charles Walden ("**Mr. Walden**" or my client) in the above-captioned matter arising out of the August 10, 2020, incident involving Clarence Howard ("**Mr. Howard**") while he was in the course and scope of employment with Enterprise Services Group, LLC ("**Enterprise**" or your client). As you know, I have already filed a complaint in this matter on my client's behalf.[1] This demand is prepared in an attempt to resolve my client's claim. This is an opportunity for you to settle my client's claim within the policy limits provided by Enterprise's commercial liability policy with National Indemnity Company.[2]

It is expressly understood that any and all representations made herein are for the limited purpose of settlement discussions and in no way may be used in any legal proceeding regarding this matter, pursuant to KRE 408.

**1. FACTS & LIABILITY**

---

[1] Exhibit 1 - Complaint
[2] Exhibit 2 - National Indemnity Declaration's Page

**EXHIBIT A**

### 3.1. Total Projected Claim Value

| Elements of Damages | |
|---|---|
| **Economic Damages** | |
| Past Medical Expenses | **$122,768.27** |
| Future Medical Expenses | $169,576.00 |
| Loss of Household Services | $54,021.78 |
| Milage | $310.85 |
| **Non-Economic Damages** | |
| Past and Future Pain and Suffering | $500,000.00 |
| Punitive Damages | *To Be Determined* |
| Total Damages | $846,676.07 |

### 3.2. Past Medical Expenses

Mr. Walden has incurred medical costs of **$122,768.27** to date, broken down as follows:

| Provider | Date of Service | Amount Charged | Amount Accepted | Supporting Document(s) |
|---|---|---|---|---|
| Madison County Emergency Medical Services | 8/10/2020 | $1,056.00 | $1,056.00 | Exhibit 6 |
| UK Healthcare | 8/10/2020 - 9/21/2020 | $100,440.69 | $100,440.69 | Exhibit 8 |
| Kentucky Medical Services Foundation | 8/10/2020 - 9/21/2020 | $13,765.00 | $13,765.00 | Exhibit 9 |
| Chandler Retail Pharmacy | 8/17/2020 | $1,405.36 | $1,405.36 | Exhibit 10 |
| Results Physiotherapy | 9/25/2020 - 2/9/2021 | $5,879.00 | $5,879.00 | Exhibit 12 |
| Baptist Health Medical Group Primary Care | 1/27/2021 | $202.00 | $202.00 | Exhibit 14 |

**EXHIBIT A**