UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN )
)
    Plaintiff )
)
)
v. ) CIVIL ACTION NO. 5:22-CV-00238-KKC
)
ENTERPRISE SERVICES GROUP, LLC )
CLARENCE M. HOWARD, AND )
NATIONAL INDEMNITY GROUP OF )
INSURANCE COMPANIES OR )
NATIONAL INDEMNITY COMPANY, )
VINCE CLINE, AND PROGRESSIVE )
CASUALTY INSURANCE COMPANY )

    Defendants

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

**PLAINTIFF'S RESPONSES TO ENTERPRISE SERVICES GROUP, LLC'S FIRST SET OF INTERROGATORIES**

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Comes now Plaintiff, Charles L. Walden, by and through counsel, and hereby propounds the following Responses to Defendant, Progressive Casualty Insurance Company's Interrogatories in accordance with and pursuant to Rule 33 of the Kentucky Rules of Civil Procedure:

1. State the names and addresses of all persons known to the Plaintiff or to Plaintiff's attorney who are witnesses to the incident out of which this litigation arises.

ANSWER: OBJECTION. This interrogatory is premature. Plaintiff will provide by Judge's order. Plaintiff has not determined trial witnesses at this time. Plaintiff will supplement his response consistent with the civil rules and any order of this Court. Plaintiff reserves the right to call upon any and all defendants, Plaintiff, police responders, medical providers, records custodians, any individual deposed in this matter, and any individual identified by any party in

1

**EXHIBIT B**

17. Please state the amount of money which the Plaintiff intends to demand or request of the jury at the trial of this case, setting out specifically each item of damage claimed and the amount of recovery which you seek for each.

ANSWER: $122,958.05 for past medical expense, $310.85 for mileage, future medicals expenses are unknown at this time, $41,155.80 for impairment of ability to earn money in the future, $641,226.23 for past and future pain and suffer and $368.874.15 for punitive damages. Plaintiff reserves the right to supplement his answers. Plaintiff expects to have increased medical expenses and pain and suffering.

18. Please describe in detail each and every physical injury which the Plaintiff sustained in this accident.

ANSWER: Plaintiff attaches hereto all related medical records that are in his possession.

19. Please state whether or not the Plaintiff has ever been charged or convicted with or of a violation of any form of criminal statute or infraction, and if so, state the date, time and place of the alleged criminal event, the court in which the Plaintiff was charged, together with the case number, the name of the prosecuting attorney, and the disposition of each such criminal charge.

ANSWER: OBJECTION. Plaintiff objects to Interrogatory No. 16 as being overbroad and not limited to time, scope or subject matter. In addition, Plaintiff objects to Interrogatory No. 16 on the basis that it seeks information that is beyond the scope of permissible discovery, is wholly irrelevant and immaterial to the issues in this litigation and not reasonably calculated to lead to the discovery of admissible evidence as required by KY Rules of Civil Procedure Rule 26. Subject to and without waiving this objection, Plaintiff states as follows: 11-

9

**EXHIBIT B**