UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5: 22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **MOTION TO AMEND AND** |
| | ) | **SUBSTITUTE RESPONSE** |
| ENTERPRISE SERVICES GROUP, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

The Defendants, Enterprise Services Group, LLC and Clarence M. Howard, by counsel, respectfully move to amend their Response to Plaintiff's Motion to Alter, Amend or Vacate 01/08/2024 Scheduling Order ("Response") (DE 109) and substitute same with a corrected version attached hereto as Exhibit 1. In support of their Motion, Defendants state as follows:

1. Defendants' Response was timely filed on February 26, 2024.

2. After filing their Response, Defendants' counsel discovered a handful of inadvertent typos, improper citation formatting, and grammatical errors in the Response. As just one example, Defendants mistakenly referred to Plaintiff rather than Defendants. *See* DE 109 at p. 5 ("…discrepancies in the extensions ultimately granted to Plaintiff and the extension given to ~~Plaintiff~~ [Defendant].).

3. The corrected brief does not include any new arguments or substantive changes, but rather, resolves a handful of typos, grammatical errors, and awkward phrasing.

4. A red-line version documenting all revisions is attached hereto as Exhibit B.

WHEREFORE, Defendants respectfully request an Order directing the Clerk to substitute DE 109 with the attached Corrected Response to Plaintiff's Motion to Alter, Amend or Vacate 01/08/2024 Scheduling Order.

                        Respectfully submitted,

                        HAMM, MILBY & RIDINGS, PLLC
                        120 NORTH MAIN STREET
                        LONDON, KY 40741
                        PHONE: 606-864-4126
                        FAX: 606-878-8144
                        EMAIL: marcia@hmrkylaw.com
                        EMAIL: jridings@hmrkylaw.com
                        ATTORNEYS FOR DEFENDANTS,
                        ENTERPRISE SERVICES GROUP, LLC AND
                        CLARENCE M. HOWARD


                        By: /s/ Jay Ridings
                               JAY MILBY RIDINGS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                        /s/ Jay Ridings
                        COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC and CLARENCE M. HOWARD