UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5: 22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **[PROPOSED] ORDER** |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's ("Moving Defendants") motion to amend Docket Entry 109 by replacing the originally filed document with a corrected version that resolves typographical and other non-substantive errors.

Accordingly, having considered the pleadings filed herein and the Court being sufficiently advised, it is hereby ORDERED as follows:

(1) Moving Defendants' Motion to Amend and Substitute Response [R. 109] is GRANTED.

(2) The Clerk SHALL substitute Docket Entry 109 with the "Corrected Response to Plaintiff's Motion to Alter, Amend or Vacate 01/08/2024 Scheduling Order" provided with Moving Defendants' motion.

SO ORDERED this _____ day of _____, 2024.

_____
Hon. Karen K. Caldwell
United States District Judge