## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| **CHARLES L. WALDEN,** | **CIVIL NO. 5:22-238-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **ENTERPRISE SERVICES GROUP, LLC** *et al.*. | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's motion to amend their response to Plaintiff's Motion to Alter Judgment to correct typographical and other non-substantive errors. (DE 111.) Plaintiff has not filed a response.

Accordingly, the Court being sufficiently advised, it is hereby ORDERED as follows:

1. Defendant's Motion to Amend and Substitute Response (DE 111) is GRANTED.

2. The Clerk is directed to substitute the original response (DE 109) with the "Corrected Response to Plaintiff's Motion to Alter, Amend or Vacate 01/08/2024 Scheduling Order" attached at DE 111-1.

This 13th day of March, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY