# KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT

**MASTER FILE #** 72530212

| Field | Value |
|---|---|
| INVESTIGATING AGENCY | RICHMOND POLICE DEPARTMENT |
| AGENCY ORI NUMBER | 0760200 |
| LOCAL CODE | A20033034 |
| ROADWAY NAME | I 0075 |
| PARKING LOT | N |
| INTERSECTION WITH | N |
| BETWEEN STREETS | N |
| ROADWAY # | I 0075 |
| DISTANCE FROM MILEPOINT | |
| MILEPOINT # | 0.305 |
| INJURED | 1 |
| KILLED | 0 |
| # UNITS INVOLVED | 2 |
| HIT & RUN | NO |
| ONE WAY | NO |
| SPEED LIMIT | 70 MPH |
| IN CITY LIMITS? | YES |
| LATITUDE | DEG: 37 MIN: 44.156 |
| LONGITUDE | DEG: 84 MIN: 19.349 |
| COLLISION DATE AND TIME | 08/10/2020 00:00 |
| MILES FROM CITY | |
| CITY/TOWN | 07602 - RICHMOND |
| COUNTY | 076 - MADISON |
| RAMP | YES |
| FROM | I 0075 |
| TO | KY0876 |
| DIR | N |
| DIR | E |
| SECONDARY COLLISION | NO |
| MEDIAN CROSSOVER | NO |
| MANNER OF COLLISION | 05 - REAR END |
| LOCATION 1ST EVENT | 05 - OUTSIDE SHOULDER-RIGHT |
| TRAFFIC CONTROL | 99 - NONE |
| ROADWAY TYPE | 05 - INTERSTATE |
| Frontage Rd | (unchecked) |
| TOTAL LANES | 4 |
| ROADWAY CHARACTER | 04 - STRAIGHT & GRADE |
| RDWY SURFACE | 01 - ASPHALT |
| ROADWAY CONDITION | 01 - DRY |
| WEATHER | 02 - CLEAR |
| LIGHT CONDITION | 05 - DARK-HWY LIGHTED/ON |
| LAND USE | 03 - LIMITED ACCESS |
| SCHOOL BUS RELATED | 03 - NOT APPLICABLE |
| FIRST AID AT SCENE | YES |
| FIRST AID GIVEN BY | MADISON COUNTY EMS |
| INJURED REMOVED TO | 03411 - UNIVERSITY OF KENTUCKY |
| EMS AGENCY AND RUN # | 12689585 |
| NOTIFIED TIME | 00:26 |
| ARRIVED TIME | 00:28 |
| TIME AT HOSPITAL | 01:17 |
| INJURED OR DECEASED REMOVED BY | 03 - MUNICIPAL/COUNTY EMERGENCY VEHICLE |

**PROPERTY DAMAGE - OTHER THAN VEHICLES**

1. (blank) — PROPERTY / OWNER/PHONE/ADDRESS
2. (blank) — PROPERTY / OWNER/PHONE/ADDRESS
3. (blank) — PROPERTY / OWNER/PHONE/ADDRESS

| Field | Value |
|---|---|
| INV. COMPLETE | NO |
| RECONSTRUCTION PENDING | NO |
| PHOTOS | YES |
| PHOTOGRAPHER UNIT NO. | 9207 |
| INVESTIGATOR | Curry, Jason |
| ID NUMBER | 9207 |
| BEAT OR POST # | 42 |
| TIME NOTIFIED | 00:23 |
| TIME ARRIVED | 00:25 |
| RDWY OPENED | 01:29 |
| REVIEWED BY | Shaffer, Gary |
| PAGE | 1 OF 4 |

KSP 74 Revised 7/2008

**EXHIBIT 1**

| KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT - NARRATIVE | | | KSP 74 Revised 1/2000 |
|---|---|---|---|
| | | MASTER FILE # 72530212 | |
| INVESTIGATING AGENCY   RICHMOND POLICE DEPARTMENT | AGENCY ORI   0760200 | LOCAL CODE   A20033034 | |

On August 10, 2020 at 00:25 I responded to an injury collision at the I-75 N Exit 87 off ramp. The collision had occurred approximately twenty minutes prior to the collision being reported. The collision occurred about halfway down the ramp. Unit 1 stated that he was tired and did not see Unit 2 parked on the edge of the ramp. Unit 1 struck the rear of Unit 2. Unit 1 had severe damage to the front and the impact knocked the camper top off of the vehicle. Unit 2 had minor to moderate damage to the left rear bumper. Unit 1 stated that he had previosly had hip surgery and he had dislocated his hip. He was transported to the University of Kentucky Medical Center for treatment.

Unit 2 had been parked on the right side of the ramp. It had broken down and the driver had left it. The driver had set out reflective triangles behind the truck.

Unit 1 was towed by David's. Unit 2 was towed by Barger's.

The operator of Unit 2 was Clarence M. Howard (GA OLN ▮▮▮▮▮▮▮) of 320 Fairburn Rd SW, Atlanta, GA 30331.

PAGE 2 OF 4

**EXHIBIT 1**

# KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT - UNIT

**MASTER FILE #** 72530212

| INVESTIGATING AGENCY | AGENCY ORI | LOCAL CODE |
|---|---|---|
| RICHMOND POLICE DEPARTMENT | 0760200 | A20033034 |

| UNIT # | TOWED? | TOWED DUE TO DISABLED? | # OCCUPANTS | PEDESTRIAN FACTORS |
|---|---|---|---|---|
| 1 | YES - DAVID'S WRECKER SERVICE | YES | 1 | |

| OPERATOR'S LIC. NO. | STATE | LIC. CLASS | ENDORSEMENT | OPERATORS LICENSE RESTRICTIONS |
|---|---|---|---|---|
| W08781006 | KY | D | | |

| CDL | CO. RESIDENT | OWNER |
|---|---|---|
| NO | YES | NO |

**OPERATOR NAME (LN, FN, MI):** WALDEN, CHARLES L.

**BIRTH DATE:** [redacted]

**ADDRESS:** 555 MULE SHED LN, RICHMOND, KY 40475

**COMPLIANT:** YES

| A. PRE-COLLISION VEHICLE ACTION | B. UNIT TYPE | C. FIRE | D. OVERTURNED |
|---|---|---|---|
| 05 - GOING STRAIGHT AHEAD | 08 - LT TRUCK(VAN/SPORTS UTILITY/PICKUP) | NO | NO |

**E. HUMAN FACTORS:** 09 - FATIGUE; 14 - INATTENTION

**F-H. EVENT COLLISION**
1ST: 05 - OTHER MOTOR VEHICLE

**I. VEHICULAR FACTORS:** 99 - NONE DETECTED

**J. ENVIRONMENTAL FACTORS:** 07 - IMPROPERLY PARKED VEHICLE(S)

**K. UNDERRIDE/OVERRIDE** 98 - UNKNOWN

| INVOLVED PERSONS: NAME, ADDRESS, CITY, STATE AND ZIP | | DOB/DOD | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALDEN, CHARLES L. 555 MULE SHED LN RICHMOND, KY 40475 | MALE | [redacted] | 01 | YES | 11 | 02 | 08 | 01 | 02 | 01 | 01 | 01 |
| WALDEN, CHARLES M. 555 MULE SHED LN RICHMOND, KY 40475 | MALE | [redacted] | 08 | NO | | | 08 | | | | | |

| VEH YEAR | MAKE | MODEL | TYPE | STATE | REGISTRATION NUMBER | YEAR |
|---|---|---|---|---|---|---|
| 2004 | CHEVROLET | COLORADO | PK | KY | 695LMB | 2020 |

| VIN (VEHICLE ID #) | VEH INSURED | NAME OF INSURANCE CO. | INSURANCE POLICY # | COLOR OF VEH |
|---|---|---|---|---|
| 1GCCS148348176867 | YES | PROGRESSIVE | 931651604 | WHITE |

| 1ST AREA OF CONTACT | 1ST AREA CONTACT - COMBINATION VEH | EXTENT OF DAMAGE | AIR BAG SWITCH | TRAVEL DIRECTION |
|---|---|---|---|---|
| 12 - 12 O'CLOCK | | SEVERE | ON | NORTH |

**ESTIMATED TRAVEL SPEED:** 

**MOST HARMFUL EVENT:** 

| COMMERCIAL VEH | LARGE TRUCK / BUS | PLACARD PRESENT | HAZ CARGO | HAZ SPILL | HAZ. MAT. # | TYPE CARGO/COMMODITY | NAS SAFETY REPORT # |
|---|---|---|---|---|---|---|---|
| NO | NO | | | | | | |

**HM CLASS:** 

**CARRIER TYPE:** 

| SINGLE/ COMBINATION/BOBTAIL | NO. AXLES | NO. TRAILERS | US DOT # | ICC MC # | CRASH AVOIDANCE (Fatal Only) |
|---|---|---|---|---|---|

**VEHICLE CONFIGURATION:** 
**CARGO BODY TYPE:** 
**BUS USE:** 

**GVWR TOTAL:** 
**MOTOR CARRIER NAME:** 
**CARRIER NAME SOURCE:** 

**MOTOR CARRIER ADDRESS:** 

| VIOL CODES | CITATION # | CASE NUMBER | SUSPECTED DRINKING DRIVER | METHOD OF DETERMINATION |
|---|---|---|---|---|
| | | | NO | 02 - OBSERVATION |

**TAKEN BY:** 

| TEST OFFER'D | CHEMICAL TEST | TESTED FOR | SENT TO | RESULTS | PAGE |
|---|---|---|---|---|---|
| NO | | | | | 3 OF 4 |

KSP 74 Revised 7/2008

**EXHIBIT 1**

# KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT - UNIT

MASTER FILE # 72530212

INVESTIGATING AGENCY: RICHMOND POLICE DEPARTMENT
AGENCY ORI: 0760200
LOCAL CODE: A20033034

| Field | Value |
|---|---|
| UNIT # | 2 |
| TOWED? | YES - BARGERS |
| TOWED DUE TO DISABLED? | YES |
| # OCCUPANTS | 0 |
| PEDESTRIAN FACTORS | |
| OPERATOR'S LIC. NO. | |
| STATE | |
| LIC. CLASS | |
| ENDORSEMENT | |
| OPERATORS LICENSE RESTRICTIONS | |
| CDL | |
| CO. RESIDENT | |
| OWNER | |
| OPERATOR NAME (LN, FN, MI) | |
| BIRTH DATE | |
| ADDRESS | |
| | COMPLIANT |
| A. PRE-COLLISION VEHICLE ACTION | 12 - PARKED |
| B. UNIT TYPE | 22 - TRUCK-SINGLE UNIT |
| C. FIRE | NO |
| D. OVERTURNED | NO |
| E. HUMAN FACTORS | 99 - NONE DETECTED |
| F-H. EVENT COLLISION 1ST: | 05 - OTHER MOTOR VEHICLE |
| I. VEHICULAR FACTORS | 99 - NONE DETECTED |
| J. ENVIRONMENTAL FACTORS | 07 - IMPROPERLY PARKED VEHICLE(S) |
| K. UNDERRIDE/OVERRIDE | 01 - NO UNDERRIDE/OVERRIDE |

INVOLVED PERSONS: NAME, ADDRESS, CITY, STATE AND ZIP

| Name/Address | DOB/DOD | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTERPRISE SERVICES GROUP 255 SW WALKER ST ATLANTA, GA 30313 | | 08 | NO | | | | | | | | |

| Field | Value |
|---|---|
| VEH YEAR | 2012 |
| MAKE | FREIGHTLINER |
| MODEL | XCL CHASSIS |
| TYPE | UT |
| STATE | GA |
| REGISTRATION NUMBER | XBJ563 |
| YEAR | 2020 |
| VIN (VEHICLE ID #) | 1FVACWDT4CDBE5657 |
| VEH INSURED | YES |
| NAME OF INSURANCE CO. | HAIRSTON BROWN FINCANICAL AND INSURANCE SERVICES |
| INSURANCE POLICY # | 70TRS105576 |
| COLOR OF VEH | WHITE |
| 1ST AREA OF CONTACT | 06 - 6 O'CLOCK |
| 1ST AREA CONTACT - COMBINATION VEH | |
| EXTENT OF DAMAGE | MINOR/MOD |
| AIR BAG SWITCH | NOT PRESENT |
| TRAVEL DIRECTION | NORTH |
| ESTIMATED TRAVEL SPEED | |
| MOST HARMFUL EVENT | |
| COMMERCIAL VEH | NO |
| LARGE TRUCK / BUS | YES |
| PLACARD PRESENT | NO |
| HAZ CARGO | NO |
| HAZ SPILL | NO |
| HAZ. MAT. # | |
| TYPE CARGO/COMMODITY | |
| NAS SAFETY REPORT # | |
| HM CLASS | |
| CARRIER TYPE | INTERSTATE CARRIER |
| SINGLE/COMBINATION/BOBTAIL | SINGLE |
| NO. AXLES | 3 |
| NO. TRAILERS | 0 |
| US DOT # | 03205458 |
| ICC MC # | |
| CRASH AVOIDANCE (Fatal Only) | |
| VEHICLE CONFIGURATION | SINGLE UNIT TRUCK (3 OR MORE AXLES) |
| CARGO BODY TYPE | VAN/ENCLOSED BOX |
| BUS USE | NOT A BUS |
| GVWR TOTAL | 10,001 - 26,000 POUNDS |
| MOTOR CARRIER NAME | ENTERPRISE SERVICES GROUP |
| CARRIER NAME SOURCE | SIDE OF VEHICLE |
| MOTOR CARRIER ADDRESS | 135 NAKOMIS PLACE ALPHRETTA, GA 30004 |
| VIOL CODES | |
| CITATION # | |
| CASE NUMBER | |
| SUSPECTED DRINKING DRIVER | |
| METHOD OF DETERMINATION | |
| TAKEN BY | |
| TEST OFFER'D | |
| CHEMICAL TEST | |
| TESTED FOR | |
| SENT TO | |
| RESULTS | |
| PAGE | 4 OF 4 |

KSP 74 Revised 7/2008

**EXHIBIT 1**