

| BAPTIST HEALTH MEDICAL GROUP<br>107 MERIDIAN WAY STE 200<br>RICHMOND KY 40475-2878 | Walden, Charles<br>MRN: 8912280344, DOB: ▮▮▮▮, Sex: M<br>Visit date: 1/9/2023 |
|---|---|

### 01/09/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE (continued)

### 01/09/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE (continued)

**Clinical Notes**

#### Progress Notes

**Geile, Michael A, MD at 1/9/2023 0915**

| | | |
|---|---|---|
| Author: Geile, Michael A, MD<br>Filed: 01/09/23 1008<br>Status: Signed | Service: —<br>Encounter Date: 1/9/2023<br>Editor: Geile, Michael A, MD (Physician) | Author Type: Physician<br>Creation Time: 01/09/23 0953 |

*Subjective*

**Patient ID:** Charles Walden is a 30 y.o. male. Patient is here for management of multiple medical problems.

**Chief Complaint**
Patient presents with
- Motor Vehicle Crash
    *Back pain, right hip pain, memory issues, headaches.*

### History of Present Illness

MVA Aug 27, 2020. Had HA and memory issues from MVA getting worse.

Trach July trach with first MVA.

Hip and back pain. Headaches.

Attorney wants memory work up.

Focus problems with eyes.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

### Review of Systems

Current Outpatient Medications:
• ibuprofen (ADVIL,MOTRIN) 600 MG tablet, , Disp: , Rfl:
• methocarbamol (Robaxin) 500 MG tablet, Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Muscle Spasms., Disp: 30 tablet, Rfl: 0

*Objective*

Blood pressure 110/78, pulse 95, temperature 97.9 °F (36.6 °C), resp. rate 16, height 177.8 cm (70"), weight 85.3 kg (188 lb), SpO2 97 %.

### Physical Exam

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, no distress, appears stated age |
| **Head:** | Normocephalic, without obvious abnormality, atraumatic |
| **Eyes:** | PERRL, conjunctiva/corneas clear, EOM's intact |