

| BAPTIST HEALTH MEDICAL GROUP | Walden, Charles |
|---|---|
| 107 MERIDIAN WAY STE 200 | MRN: 8912280344, DOB: ▮▮▮▮▮, Sex: M |
| RICHMOND KY 40475-2878 | Visit date: 2/10/2023 |

## 02/10/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE (continued)

**Clinical Notes**

**Progress Notes**

**Campbell, Elizabeth A, APRN at 2/10/2023 1345**

| Author: Campbell, Elizabeth A, APRN | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 02/23/23 1440 | Encounter Date: 2/10/2023 | Creation Time: 02/10/23 1351 |
| Status: Signed | Editor: Campbell, Elizabeth A, APRN (Nurse Practitioner) | |



**Office Visit**

**Patient Name:** Charles Walden
**DOB:** 5/27/1992
**MRN:** 8912280344

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Back Pain
  *referral*

**History of Present Illness**: Charles Walden is a 30 y.o. male who is here today with right hip pain that has been present since MVA several months ago.  Chronic lumbar back pain is worse on right when hip is hurting.  MVA about a year ago with damage to right hip.  S/P right hip surgery.  No prior right hip pain, does not recall right hip injury prior to MD or after.  He has taken ibuprofen for pain, works well when needed.  Takes at least once a day.   Hip and lower back or stiff and painful when he wakes up.  Lying down causes pain.  Has to stand up and stretch every 20-30 minutes when sitting.  Describes pain as aching, sharp with occasional "voltage" that stings/burns. Limps, worse when pain is increased.  Difficult to get to sleep.  Unable to sit straight up without pain.
Chronic headaches.  Occur frequently and are more severe since accident.  Associated brain fog.  No reported vision changes, dizziness, confusion, asymmetrical facial or limb movement, slurred speech.  TBI prior to August 2020, per chart review

**Subjective**

I have reviewed and the following portions of the patient's history were updated as appropriate: past family history, past medical history, past social history, past surgical history and problem list.

Current Outpatient Medications:
• ibuprofen (ADVIL,MOTRIN) 600 MG tablet, , Disp: , Rfl:
• methocarbamol (Robaxin) 500 MG tablet, Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Muscle Spasms., Disp: 30 tablet, Rfl: 0

No Known Allergies

**Objective**

**Physical Exam:**



| BAPTIST HEALTH MEDICAL GROUP | Walden, Charles |
|---|---|
| 107 MERIDIAN WAY STE 200 | MRN: 8912280344, DOB: ▮▮▮▮, Sex: M |
| RICHMOND KY 40475-2878 | Visit date: 2/10/2023 |

## 02/10/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE (continued)

**Clinical Notes (continued)**

**Vital Signs:**

**Vitals:**

|  | 02/10/23 1345 |
|---|---|
| BP: | 128/82 |
| Pulse: | 95 |
| Temp: | 98.6 °F (37 °C) |
| SpO2: | 99% |
| Weight: | 86.2 kg (190 lb) |
| Height: | 177.8 cm (70") |

Body mass index is 27.26 kg/m².

**Physical Exam**
Constitutional:
  Appearance: He is not ill-appearing.
HENT:
  Head: Normocephalic.
  Right Ear: External ear normal.
  Left Ear: External ear normal.
Eyes:
  Extraocular Movements: Extraocular movements intact.
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses:
    Radial pulses are 2+ on the right side and 2+ on the left side.
    Dorsalis pedis pulses are 2+ on the right side and 2+ on the left side.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Musculoskeletal:
  Cervical back: Normal range of motion and neck supple.
  Lumbar back: Normal range of motion. Negative right straight leg raise test and negative left straight leg raise test.
  Right hip: Tenderness present. Decreased range of motion.
Skin:
  General: Skin is warm.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
  Cranial Nerves: Cranial nerves 2-12 are intact.
  Coordination: Coordination normal.
  Gait: Gait normal.
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood and affect normal.
  Speech: Speech normal.
  Behavior: Behavior normal.



| BAPTIST HEALTH MEDICAL GROUP<br>107 MERIDIAN WAY STE 200<br>RICHMOND KY 40475-2878 | Walden, Charles<br>MRN: 8912280344, DOB: ▓▓▓▓▓, Sex: M<br>Visit date: 2/10/2023 |
|---|---|

**02/10/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE (continued)**

**Clinical Notes (continued)**

---

### Assessment / Plan

**Assessment/Plan:**
Diagnoses and all orders for this visit:

**1. Chronic nonintractable headache, unspecified headache type (Primary)**
- Ambulatory Referral to Neurology
- Keep headache diary to try and identify any triggers

**2. Chronic left hip pain**
- methocarbamol (Robaxin) 500 MG tablet; Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Muscle Spasms.  Dispense: 30 tablet; Refill: 0
- Ambulatory Referral to Orthopedic Surgery

**3. Pain in left lumbar region of back**
- methocarbamol (Robaxin) 500 MG tablet; Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Muscle Spasms.  Dispense: 30 tablet; Refill: 0
- Ambulatory Referral to Orthopedic Surgery

**Follow Up:**
Return if symptoms worsen or fail to improve.

Patient was given instructions and counseling regarding his condition or for health maintenance advice. Please see specific information pulled into the AVS if appropriate.

*Elizabeth Campbell, MSN, APRN, FNP-C*
**Primary Care Meridian Way Richmond**

*Please note that portions of this note may have been completed with a voice recognition program. Efforts were made to edit dictation, but occasionally words are mistranscribed.*

   Electronically signed by Campbell, Elizabeth A, APRN at 02/23/23 1440

---

**02/10/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE (continued)**

**Other Orders**

**Medications**

**methocarbamol (Robaxin) 500 MG tablet [549747964] (Active)**

| Electronically signed by: **Campbell, Elizabeth A, APRN on 02/10/23 1407** | Status: **Active** |
|---|---|
| Ordering user: Campbell, Elizabeth A, APRN 02/10/23 1407 | Ordering provider: Campbell, Elizabeth A, APRN |
| Authorized by: Campbell, Elizabeth A, APRN | Ordering mode: Standard |