Case: 5:22-cv-00238-KKC-EBA   Doc #: 115-4   Filed: 03/19/24   Page: 1 of 2 - Page ID#: 728



| | | |
|---|---|---|
| **CHI Saint Joseph Health** | CHI Saint Joseph Berea Hospital<br>305 Estill Street<br>BEREA KY 40403-1742 | Walden, Charles L<br>MRN: 1600094436, DOB: ▆▆▆▆  Sex: M<br>Adm: 12/29/2022, D/C: 12/29/2022 |

**12/29/2022 - ED in Saint Joseph Berea Emergency Department (continued)**

## Medication List (continued)

*instructions regarding medications, the patient should instead consult their physician or after visit summary.*

### Prior To Admission
None

### Discharge Medication List

**HYDROcodone-acetaminophen (NORCO 5-325) 5-325 mg per tablet**

Instructions: Take 1 tablet by mouth every 6 (six) hours as needed for Pain for up to 3 days. Max Daily Amount: 4 tablets
Authorized by: Timothy Carroll, MD          Ordered on: 12/29/2022
Start date: 12/29/2022                              End date: 1/1/2023
Quantity: 12 tablet                                    Refill: No refills remaining

**ketorolac (TORADOL) 10 mg tablet**

Discontinued by: Timothy Carroll, MD      Discontinued on: 12/29/2022
Reason for discontinuation: Cost of medication
Instructions: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain for up to 4 days **Please note patient was given IM toradol in ED today**.
Authorized by: Timothy Carroll, MD          Ordered on: 12/29/2022
Start date: 12/29/2022                              End date: 12/29/2022
Quantity: 16 tablet                                    Refill: No refills remaining

### Stopped in Visit
None

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| 12/29/2022 07:48 | 12/29/2022 07:48 | Less Urgent |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Car | Self | Emergency Medicine | Emergency |

Arrival complaint
FALL 12/28 @1800

## ED Provider Note

### ED Provider Notes by Timothy Carroll, MD at 12/29/2022 0916

| | | |
|---|---|---|
| Author: Timothy Carroll, MD<br>Filed: 12/29/2022 5:16 PM<br>Editor: Timothy Carroll, MD (Physician) | Service: Emergency Medicine<br>Date of Service: 12/29/2022 9:16 AM | Author Type: Physician<br>Status: Addendum |

### Subjective
Chief Complaint: Fall

30 yo M with h/o R hip prosthesis (2012 s/p trauma) presents with R hip pain after mechanical fall yesterday evening. Patient states that he was working outside when he tripped, falling forward. Denies blow to head or LOC. Not on anticoagulants. He reports waxing and waning R hip pain since, which has concerned him for a prosthesis injury. He has taken tylenol at home with partial relief of pain. Denies numbness, tingling, weakness, HA, vision changes, or any

Generated by 75709 at 4/19/23 3:13 PM                                                                                      Page 3

**EXHIBIT 4**

 CHI Saint Joseph Berea Hospital
305 Estill Street
BEREA KY 40403-1742

Walden, Charles L
MRN: 1600094436, DOB:  Sex: M
Adm: 12/29/2022, D/C: 12/29/2022

### 12/29/2022 - ED in Saint Joseph Berea Emergency Department (continued)

**ED Provider Note (continued)**

other symptoms.

**Patient History**
History reviewed. No pertinent past medical history.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| hip replacement | | |
| left arm | | |
| TVI | | |

No family history on file.

**Social History**

| Tobacco Use | |
|---|---|
| Smoking status: | Passive Smoke Exposure - Never Smoker |
| Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| Alcohol use: | Not Currently |

I reviewed the HPI, ROS and PFSH documentation recorded by others in the medical record and supplemented my note as needed.

**Review of Systems**
Review of Systems constitutional: No fevers, chills, sweats unless otherwise documented in HPI
Eye: No recent visual problems, eye discharge, eye pain, redness unless otherwise documented in HPI
HEENT: No ear pain, nasal congestion, sore throat, voice changes unless otherwise documented in HPI
Respiratory: No shortness of breath, cough, pain on breathing, sputum production unless otherwise documented in HPI
Cardiovascular: No Chest pain, palpitations, syncope, orthopnea unless otherwise documented in HPI
Gastrointestinal: No nausea, vomiting, diarrhea, constipation unless otherwise documented in HPI
Genitourinary: No hematuria, dysuria, incontinence unless otherwise documented in HPI
Endocrine: Negative for excessive thirst, excessive hunger, excessive urination, heat or cold intolerance unless otherwise documented in HPI
Musculoskeletal: No back pain, neck pain, joint pain, muscle pain, decreased range of motion unless otherwise documented in HPI
Integumentary: No rash, pruritus, abrasions, lesions unless otherwise documented in HPI
Neurologic: No weakness, numbness, frequent headaches, tremors unless otherwise documented in HPI
Psychiatric: No anxiety, depression, mood changes, hallucinations unless otherwise documented in HPI

**Physical Exam**
ED Triage Vitals 12/29/22 0816
Enc Vitals Group
BP        (!) 146/79

**EXHIBIT 4**