| | |
|---|---|
| **From:** | Marcia Ridings |
| **To:** | Robert Morrin; Robert A. Morrin (rob@morrinlawoffice.com) |
| **Subject:** | RE: Walden v Enterprise Services |
| **Date:** | Wednesday, February 14, 2024 1:23:21 PM |

Rob:  I still have not heard from you asking you to reconsider your refusal to answer my discovery requests.  Please let me know by the end of the week if you are willing to work with me toward a solution to his discovery dispute.  I'll look forward to hearing from you.

==I also want to remind you of the IME of Mr. Walden with Dr. Kriss on April 12, 2024.==

Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
Ph: (606) 864-4126
Fax: (606) 878-8144
marcia@hmrkylaw.com

**From:** Marcia Ridings
**Sent:** Wednesday, February 7, 2024 9:28 PM
**To:** Robert Morrin <morrinlaw@gmail.com>; Robert A. Morrin (rob@morrinlawoffice.com) <rob@morrinlawoffice.com>
**Subject:** Walden v Enterprise Services

Rob:  On Feb 5, I received your actual answers to discovery which were certified as being sent on January 25, 2024.  I'm writing to try to resolve this discovery dispute prior to involving the magistrate.

You refused to answer any interrogatories because they exceeded the number allowed under FRCP 33.  I would respectfully ask that you reconsider this decision based on the fact that Mr. Walden's condition has changed since I took his deposition, and the prior discovery was propounded.

Interrogatories No 1-3 just asked for updated medical treatment and bills.  I want to remind you that discovery is ongoing, and you should update that information without my having to ask.

Interrogatory No 4 asked about medical treatment that was not disclosed in Mr. Walden's deposition.

Interrogatory No 5 asked for mediation he has taken.  Again, that is relevant information which should be answered.

With references to Requests for POD Number 4 and 5 seek documents related to Mr. Walden's rehabilitation treatment.  This treatment was referenced in your expert disclosure.   You objected based on the grounds that it was irrelevant and immaterial and not reasonable calculated to lead to

**EXHIBIT 5**

discoverable information.  I believe the information is relevant but even if it is later found to be inadmissible, it is certainly discoverable.  I believe you have an obligation to either give me the records or give me an authorization which allows me to get the information.

I will be glad to discuss this matter with you to try to come to an agreement.  However, if you are unwilling to consider your position, please let me know so I can proceed to file appropriate motions with the court.

Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
Ph: (606) 864-4126
Fax: (606) 878-8144
marcia@hmrkylaw.com

**EXHIBIT 5**