| | |
|---|---|
| **From:** | Robert Morrin |
| **To:** | Marcia Ridings |
| **Cc:** | Rachel Gaines; charliewalden@projects.filevine.com |
| **Subject:** | Walden Rule 35 Examination |
| **Date:** | Monday, February 26, 2024 3:44:49 PM |

Hi Marcia,

I know you expressed an interest in having Mr. Walden examined by a doctor hired by the defense in a Rule 35 Examination.

Will you please tell me what the scope of the examination will be and also the "good cause" required to be demonstrated for the examination?

I am working on some terms that will prevent any misunderstandings and I can get that to you as soon as we establish the scope and "good cause."

Thank you,
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

**Learn about us!**



**We ♥ Referrals!**

**Statement of Confidentiality:**
**This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.**

**EXHIBIT 6**