UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN, <br><br>　　Plaintiff, <br><br>VS. <br><br>ENTERPRISE SERVICES GROUP, LLC, *et al.* <br><br>　　Defendants. | **CASE NO. 5: 22-CV-00238-KKC** <br><br> **[PROPOSED] ORDER** |

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's ("Moving Defendants") motion to compel Plaintiff, Charles L. Walden, to attend the Fed. R. Civ. P. 35 Examination scheduled with Dr. Tomothy Kriss on Friday, April 12, 2024.

Accordingly, having considered the pleadings filed herein and the Court being sufficiently advised, it is hereby ORDERED as follows:

(1) Defendants Motion [R. 115] is GRANTED.

(2) Plaintiff shall appear at for and participate in the examination scheduled with Dr. Kris on Friday, April 12, 2024 at 9:15 a.m. at Dr. Kris' office located at 100 Providence Way, 2nd Floor, Nicholasville, Kentucky.

(3) The manner, conditions, and scope of the examination are as follows:

> The examination shall consist of a standard neurological examination, standard physical examination, and standard mental examination. Dr. Kris should attempt to stay within the confines of the testing described in Paragraph 4, unless, in Dr. Kris' professional opinion, he determines that additional testing is required.

Dr. Kris shall limit his questioning to the following topics:
1. current physical condition,
2. physical condition prior to 2020 collision,
3. improvements or declines in Plaintiff's physical condition subsequent to 2020 collision,
4. mechanism of injuries sustained in
    a. 2020 collision,
    b. 2022 fall event,
    c. 2012 collision,
    d. 2017 collision,
    e. Any other injury-related incidents occurring prior to 2020 collision which are documented in Plaintiff's medical records,
5. current medical treatment,
6. medical treatment for 2020 collision received prior to April 12, 2024 (date of CR 35 Exam);
7. medical treatment related to injuries and incidents referenced in 4(a) through 4(e), above,
8. Medication regiment
    a. current,
    b. 2020 collision to date of CR 35 Exam
    c. Prior to 2020 collision
9. Occupational status, both before and after 2020 collision.

The length of the examination should be no longer than is reasonably necessary for Dr. Kriss to form an informed and independent assessment of Plaintiff's condition and prognosis.

(4) Dr. Kris shall be permitted to conduct the following tests, examinations, etc:

1. Range of Motion testing
    a. Cervical
    b. Shoulders
    c. Lumbar
    d. Thoracic
2. Long tract signs (Babinski, Hoffman's, clonus, etc.)
3. Reflex testing
4. Gait (observation and demonstration)
5. Electronic inclinometer with automatic sensing
6. Lehrmitte's sign test
7. Spurling sign test
8. Romberg sign test
9. Phalen's sign test
10. Tinel's sign test

11. Straight leg raise test
12. Bilateral hip examination
13. Patrick sign test
14. Greater trochanter examination
15. Bilateral shoulder examination
16. Neer sign test
17. Hawkins sign test
18. Nystagmus testing
19. Facial sensation examination (bilateral)
20. Air conduction testing
21. cervical neurological examination to test bilateral strength in deltoids, biceps, brachioradialis, wrist extensors/ flexors , grip, and finger extensors
22. neurological exam of the head and neck to evaluate mentation in terms of ideation and coherent thoughts.
23. Evaluation of whether words are clear and not pressured or labored.
24. Questioning designed to evaluate Plaintiff's grasp of recent current events; appropriateness for age.
25. Serial sevens
26. Short-term memory testing, e.g. ability to recall words/objects after period of time
27. Cranial nerve testing
28. Visual field testing
29. Subjective taste and swallowing evaluation
30. Shoulder shrug evaluation
31. Hamilton Rating Scale for Depression
32. MADRAS

SO ORDERED this _____ day of _____, 2024.

_____
Hon. Karen K. Caldwell
United States District Judge