UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |

Defendants

\*\*\*\*\*\*\*\*\*\*
**MOTION TO COMPEL**
\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, CHARLES L. WALDEN, by and through counsel, and for his Motion to Compel answers to Plaintiff's Interrogatories and Requests for Production of Documents from Defendants Enterprise Services Group, LLC, and Clarence M. Howard, pursuant to FRCP 37, hereby states as follows:

On or about October 12, 2023, Plaintiff served his First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, filing a Notice of Service into the record. On November 1, 2023, Plaintiff received Responses to Requests for Admissions from Defendant, Enterprise Services Group, LLC, and Clarence M. Howard. To date, Plaintiff has not received any responses or answers to his Interrogatories or Requests for Production of Documents, nor has he received any request for an extension or acknowledgment of his Interrogatories or Requests for

Production of Documents. In order to attempt to resolve this dispute without court intervention, Plaintiff's counsel emailed counsel for these Defendants on December 28, 2023, attached hereto as Exhibit "A," inquiring as to the status of receiving answers, but to date has not received a response regarding the overdue discovery.

WHEREFORE, Plaintiff respectfully requests that pursuant to FRCP 37 the Court compel Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, to serve Responses to Plaintiff's Interrogatories and Requests for Production of Documents within fourteen (14) days, and for Plaintiff's attorney's fees for having to bring this Motion.

Respectfully Submitted,

MORRIN LAW OFFICE

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
Rob@MorrinLawOffice.com
*Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*
## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*