EXHIBIT A

Re: Mediation

Robert Morrin <morrinlaw@gmail.com>
Thu 12/28/2023 12:54 PM
To: Marcia Ridings <marcia@hmrkylaw.com>; Rachel Gaines <rachel@morrinlawoffice.com>; charliewalden@projects.filevine.com <charliewalden@projects.filevine.com>

Hi Marcia,

We have not received discovery responses for our interrogatories or requests for production and they are two months overdue. Are you able to have those to us next week?

I've not heard back from you regarding obtaining an offer. I think my client needs to understand your client is taking his injuries seriously before mediation is rescheduled.

Thank you,
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

Learn about us!



We ♥ Referrals!



**Statement of Confidentiality:**

This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.