UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |
| | |
| Defendants | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

**PROPOSED ORDER COMPELLING DEFENDANTS HOWARD'S AND ENTERPRISES' RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Motion to Compel Defendants, Howard's and Enterprise Services Group's, Responses to Interrogatories and Requests for Production having been made by counsel for Plaintiff, Charles Walden, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production is hereby GRANTED. Defendants Clarence Howard and Enterprise Services Group are given fourteen (14) days to respond to Plaintiff's discovery originally tendered October 12, 2023.

This the _____ day of _____, 2024.


_____
JUDGE, US DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION

Prepared by:

  /s/*Robert A. Morrin*_____
Hon. Robert A. Morrin
*Counsel for Plaintiff*

## CLERK'S CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the _____ day of

_____, 2024, by mailing a true and accurate copy to the following:

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
100 W Main Street
Suite 900
Lexington, KY 40507
*Counsel for Vince Kline & National Indemnity Group of Insurance Companies*

Hon. Marcia Milby Ridings
Hon. Jay Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M. Howard & Enterprise Services Group*

Hon. Gregg E. Thornton
Hon. Catie Coldiron Joseph
Hon. Jillian D House
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

Hon. Robert A. Morrin
MORRIN LAW OFFICE
214 W. Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

_____
US DISTRICT COURT CLERK
EASTERN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION