UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN,                                                    PLAINTIFF,

V.                                           **ORDER**

ENTERPRISE SERVICES GROUP, LLC, *et al.*                              DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants' Emergency Motion to Compel CR 35 Examination and Motion for Expedited Briefing. [R. 115]. Defendants seek to compel Plaintiff Charles Walden to attend the FED. R. CIV. P. 35 medical examination that is currently scheduled for April 12, 2024. [*Id.* at pg. 1].  Because the date of the medical examination is quickly approaching, the Defendants have also moved for an expedited briefing schedule so that the parties can submit their briefs in a timely fashion and the Court can rule on the Motion to Compel before April 12, 2024. [*Id.*]. Accordingly,

IT IS ORDERED that the Defendants' Motion for Expedited Briefing [R. 115] is GRANTED. Plaintiff will file his Response to Defendants' Emergency Motion to Compel CR 35 Examination [R. 115] no later than the close of business on **March 25, 2024.**

Signed March 22, 2024.



Signed By:
*Edward B. Atkins*  EBA
**United States Magistrate Judge**