# UK HealthCare® Documents Review Report

**EXHIBIT C**

| | | |
|---|---|---|
| **Patient:** WALDEN, CHARLES LE | **MRN:** 007769177/007769177-0223 | **DOB:** 5/27/1992 |
| **Provider:** Aneja MD. Arun | **Admit Date:** 08/10/2020 | **Age:** 28 |
| **Location:** 8W-878-A | **Discharge Date:** 08/17/2020 | **Gender:** M |

**Discharge Summary Final**  Last Updated: 8/18/2020 5:56:53 PM  [Entered: 8/17/2020 11:23:00 AM]
Authored By: Larsen-Hallock, Marc (Physician)

## HOSPITALIZATION:
- Admit Date: 10-Aug-2020
- Discharge Date: 17-Aug-2020
- Discharge Attending Physician: Aneja MD, Arun
- Consults: SGT - Surgery / Surgery Blue Team A
- Admitting Diagnosis: MVC (motor vehicle collision)

## DISCHARGE DIAGNOSIS:
- Fracture of right acetabulum:
- Posterior dislocation of hip:
- Concussion:
- Concussion:
- Hyperglycemia:
- Hypokalemia:
- Anemia:
- Right acetabular fracture:
- MVC (motor vehicle collision):

## Reason for Hospitalization
MVC

## HOSPITAL COURSE:
**Hospital Course**
Patient presented to ER on 8/10 following an MVC. Pt was seen and evaluated and found to have a right periprosthetic acetabulum fracture, right hip dislocation, and a concussion. His right hip dislocation was reduced in the ED on 8/10. The patient was medically optimized for surgery and on 8/12 was taken to the operating room for ORIF. The procedure was tolerated well, and the patient was subsequently extubated and taken to the PACU for immediate post-operative monitoring. Following the PACU stay, the patient was transferred to the floor. On the day of discharge the patient was afebrile, ambulating, tolerating PO pain medicine, voiding spontaneously and tolerating a regular diet. The patient was seen and evaluated by PT/OT and recommended discharge to acute rehabilitation. It was felt that the patient had reached maximal benefit from hospitalization and was deemed ready for transfer. The patient was discharged in stable condition and will follow up with Dr. Aneja. He continues to be NWB for the RLE.

## DIAGNOSTIC AND PROCEDURAL EVENTS:
- right hip closed reduction (8/10)
- right acetabulum open reduction and fixation (8/12)

## Suicide Screening:
**Discharge Suicide Screen:**
Has this patient had a low, moderate or high suicide severity documented during their hospital stay? Yes.

While you were in the hospital, have you wished you were dead or wished you could go to sleep and not wake up? No.

Requested By: Fiffe, William (Medical Records Coder)  Printed from: UHPVHC106P1

Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.

12/16/2020 9:36:39 AM  Page: 110 of 129