# UK HealthCare

**Documents Review Report**

**EXHIBIT D**

| | | |
|---|---|---|
| **Patient:** WALDEN, CHARLES LE | **MRN:** 007769177/007769177-0223 | **DOB:** 5/27/1992 |
| **Provider:** Aneja MD. Arun | **Admit Date:** 08/10/2020 | **Age:** 28 |
| **Location:** 8W-878-A | **Discharge Date:** 08/17/2020 | **Gender:** M |

**Operative Report**  Last Updated: 8/21/2020 9:25:46 AM   [Entered: 8/12/2020 12:00:00 AM]
Authored By: Aneja MD, Arun (Physician)

```
UNIVERSITY OF KENTUCKY
A. B. CHANDLER MEDICAL CENTER
LEXINGTON, KENTUCKY

OPERATIVE REPORT

Patient Name: WALDEN, CHARLES LEE
Hospital Number: 00-77-69-17-7
Date of Birth: 05/27/1992
Date of Admission: 08/10/2020
Date of Procedure: 08/12/2020
Attending Physician: ARUN ANEJA, MD
Patient Location: 8W  878 A

PREOPERATIVE DIAGNOSIS:
1. Right acetabulum fracture dislocation posterior wall.

Please note, a 22 modifier will be added to this case due to the complex
nature of the case, patient's large body habitus of BMI of 36 as well as
significant marginal impaction greater than 30% surgical effort and
duration was required as well as for the patient positioning, surgical
approach, disimpaction of his marginal impaction backfilling with bone
graft followed by fracture reduction  provisional fixation followed by
definitive fixation and wound closure.  Again due to the complex nature of
the case due to more than 30% surgical effort and duration was required.

ATTENDING SURGEON:  Arun Aneja, MD.

SURGEON ASSISTANT:  Devan Irving, DO.

ANESTHESIA:  General endotracheal.

IMPLANTS:  Synthes pelvic recon plate 7-hole with 3.5 screws and 6-hole
with 3.5 screws.

COMPLICATIONS:  None.

ESTIMATED BLOOD LOSS:  Less than 300 cc.

INDICATIONS FOR PROCEDURE:  Mr. Walden is a 28-year-old male who sustained
the aforementioned injury and was seen and evaluated by the orthopedic
service in the emergency room.  Please note that previously he had
sustained another right acetabulum fracture that had been taken care of by
my partner.  He was subsequently seen and evaluated.  He underwent closed
reduction, skeletal traction was placed.  He was admitted, adequately
optimized and cleared for surgical treatment.  We explained to the patient
the risks, benefits and alternatives of the planned procedure.  The risks
discussed included risk of bleeding, infection, damage to nerves and
vessels, malunion, nonunion, continued pain, stiffness, hardware failure
and loosening, need for subsequent surgery, thromboembolic events, loss of
limb and loss of life.  Patient provided informed consent and all of his
questions were answered.
```

**Requested By:** Fiffe, William (Medical Records Coder)   **Printed from:** UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies.  Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

12/16/2020 9:36:39 AM   Page: 52 of 129