**EXHIBIT K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |
| | |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*
**AGREED ORDER FOR FRCP 35 EXAM OF PLAINTIFF**
\*\*\*\*\*\*\*\*\*\*

The attorney for the Defendants, ENTERPRISE SERVICES GROUP, LLC and CLARENCE M. HOWARD, having indicated a desire to have the Plaintiff examined by a physician chosen by the defense, Dr. Timothy Kriss, and the attorney for the Plaintiff having agreed that Kentucky law and the Federal Rules of Civil Procedure permits such examination under time, place, manner, conditions, and scope as set out and agreed to by the parties and by the Court, it is hereby ORDERED that the Plaintiff shall submit to a physical examination by Dr. Timothy Kriss, pursuant to the following conditions:

1.  A date for the selected examiner's deposition shall be provided to Plaintiff at least ten (10) days before the date of the physician's trial testimony deposition;

1

2. That Plaintiff, Charles L. Walden, may be accompanied to the proposed examination by a friend, family member, or other person of his choice (not including his lawyer or employees of his lawyer);

3. That the examination shall be video recorded by the person chosen by Plaintiff, Charles L. Walden, who accompanies him to the proposed examination;

4. That in the event the examiner desires for Plaintiff, Charles L. Walden, to fill out any questionnaires or other written data request, any such questionnaire of written data request shall be submitted to his counsel no less than ten (10) days in advance of the scheduled examination, and he shall bring the documents with him to the examination;

5. That the examination shall be limited to a physical examination, and any questions to be asked by the physician must specifically pertain to the particulars of the physical examination and the assessment of related injuries, to include the dynamics of any motion that occurred within the vehicle and whether he struck anything within the vehicle compartment, in the collision, but otherwise may not include questions about witnesses, or any other matters not directly related to the physical examination itself;

6. That mileage be paid to Plaintiff, Charles L. Walden, for travel to and from his home to the physician's office;

7. That there is no reference in the report, the physician's testimony, or any of the subsequent proceedings in this matter that such examination is an "independent medical examination" or any other indication than it is anything other than an examination by an adverse party in this matter; and

8. A copy of the report generated as a result of the examination shall be forwarded to counsel for Plaintiff, Charles L. Walden, immediately on receipt of same by defense counsel.

Date:_____            _____
                                                      JUDGE, UNITED STATES DISTRICT COURT,
                                                      Eastern District of Kentucky

Seen and Agreed to by:

_____
Hon. Robert A. Morrin
MORRIN LAW OFFICE
214 W Main St
Richmond, Kentucky 40475
*Counsel for Plaintiff*


_____
Hon. Marcia Milby Ridings
Hon. Jay Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard and Enterprise Services Group*


_____
Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
*Counsel for Vince Kline and National Indemnity Group of Insurance Companies*


_____
Hon. Gregg E. Thornton
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

\* \* \* \* \* \* \* \*

## CLERK'S CERTIFICATE OF SERVICE

I, Clerk of this Court, do hereby certify that a true copy of the foregoing Agreed Order was mailed on this ____ day of _____, 2024, to the following:

Hon. Robert A. Morrin
MORRIN LAW OFFICE
214 W Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

Hon. Marcia Milby Ridings
Hon. Jay Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard and Enterprise Services Group*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
*Counsel for Vince Kline and National Indemnity Group of Insurance Companies*

Hon. Gregg E. Thornton
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
*Counsel for Progressive Insurance Company*

U.S. DISTRICT COURT CLERK


By:_____

4