UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

LEXINGTON DIVISION

CASE NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN,                                              PLAINTIFF

vs

ENTERPRISE SERVICES GROUP, LLC,

CLARENCE M. HOWARD,

NATIONAL INDEMNITY GROUP OF INSURANCE

COMPANIES OR NATIONAL INDEMNITY COMPANY,

VINCE KLINE, AND

PROGRESSIVE CASUALTY INSURANCE COMPANY              DEFENDANTS

DEPOSITION OF

CHARLES L. WALDEN

Wednesday, January 4, 2023 at 1:08 p.m.

Morrin Law Office

Richmond, Kentucky

Southeastern Court Reporting Service

PO Box 863

London, KY 40743-0863

Secr5070@gmail.com

**EXHIBIT D**

```
 1         been sitting on the road?
 2   A     No.  Not --
 3   Q     It could have been there five minutes or five hours
 4         as far as you know, right?
 5   A     Well, the -- he had -- whenever I had -- I'm not
 6         sure how long -- how long before but I know
 7         whenever, you know, after I had the accident and
 8         then I come to, there was -- there was nobody --
 9         there was nobody there.  And there was no -- there
10         was no -- no signs of anybody around.
11   Q     Do you have -- but as we sit here today, do you
12         have any idea how long it had been there before you
13         hit it?
14   A     No.  Not that -- I mean not that I recall, I don't.
15   Q     Did you see it at any time before impact or did you
16         just hit it?
17   A     No.  Right when I got up there, I got off on the
18         interstate on the ramp and I got -- whenever I got
19         up there to it, I realized, you know, that I
20         couldn't -- I was trying to go around it and I
21         realized I couldn't go around it and --
22   Q     Why couldn't you go around it?
23   A     Because he was parked in the middle of the road or,
24         you know, had -- the truck was out in the road.
25   Q     ==There would have been room to go around if you had==
```

**EXHIBIT D**

```
 1         seen it though, wouldn't there?
 2    A    Ye.  If I had seen -- if there had been any kind of
 3         -- if there had been somebody there or flashers or
 4         some kind of -- some kind of a symbol or, you know,
 5         some type of warning.
 6    Q    Because that's a pretty wide exit.
 7    A    Right there -- right there when it happened, it
 8         drops down to one car.
 9    Q    But you could have gotten around it had you seen
10         it.
11    A    I don't -- I don't know if I could have got around
12         it or not.
13    Q    You'll agree with me, that's a pretty busy exit
14         thought, right?
15    A    Yes.
16    Q    And you said it was either a Friday or a Saturday
17         night.
18    A    Yes.
19    Q    Are you aware of anybody else who had trouble
20         seeing this vehicle?
21    A    No.
22    Q    Let's go back.  You said you eventually saw it,
23         right?
24    A    Uh-huh.
25    Q    Yes?
```

**EXHIBIT D**

```
 1  A    Yes.  Yes.
 2  Q    How far in front of you was it when you first saw
 3       it?
 4  A    About -- I guess roughly 10 feet, I guess.
 5  Q    So you didn't see it till you were 10 feet in front
 6       of it?
 7  A    Yes.  I was right there up on it.
 8  Q    Did your lights work that night?
 9  A    Yes, they did.
10  Q    Did you have them on high or on dim?
11  A    Dim.
12  Q    And you think you could only see 10 feet in front
13       of you?
14  A    I mean that's a little -- yes.  I couldn't do --
15       because I couldn't -- I couldn't -- you couldn't
16       see -- you couldn't see it, I mean, it was --
17  Q    How fast were you going as you exited?
18  A    About 50.  I was trying to get off the interstate
19       and I dropped down to 45, 50 and then -- the rest
20       of the way.
21  Q    Was it foggy that night?
22  A    Not -- not that I recall.
23  Q    Was it raining?
24  A    No.  Not that I remember.
25  Q    Were there any lights at all that lit the exit?
```

**EXHIBIT D**