RE: Charles Walden v. Enterprise Service Group Case # 5:22-cv-00238-KKC

**Marcia Ridings** <marcia@hmrkylaw.com>
Mon 8/28/2023 11:40 AM
To:Nicole Remillard <nicole@morrinlawoffice.com>;Fran Owens <fran@hmrkylaw.com>
Cc:charliewalden@projects.filevine.com <charliewalden@projects.filevine.com>;Rachel Gaines <rachel@morrinlawoffice.com>;Rob Morrin <rob@morrinlawoffice.com>

As I've told Mr. Morrin. I've not been able to contact Mr. Howard.

**Marcia Milby Ridings**
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
Ph: (606) 864-4126
Fax: (606) 878-8144
marcia@hmrkylaw.com

---

**From:** Nicole Remillard <nicole@morrinlawoffice.com>
**Sent:** Monday, August 28, 2023 10:28 AM
**To:** Fran Owens <fran@hmrkylaw.com>; Marcia Ridings <marcia@hmrkylaw.com>
**Cc:** charliewalden@projects.filevine.com; Rachel Gaines <rachel@morrinlawoffice.com>; Rob Morrin <rob@morrinlawoffice.com>
**Subject:** Re: Charles Walden v. Enterprise Service Group Case # 5:22-cv-00238-KKC

Dear Fran and Marcia,

I write to you now to follow up regarding potential deposition dates for October and where to send the mileage check for Mr. Howard. Please advise.

On Wed, 16 Aug 2023 at 10:41, Nicole Remillard <nicole@morrinlawoffice.com> wrote:

> Dear Fran and Marcia,
>
> I am following up on my previous email regarding potential deposition dates and where to send the mileage check for Mr. Howard.
>
> On Thu, 10 Aug 2023 at 14:04, Nicole Remillard <nicole@morrinlawoffice.com> wrote:
>
>> Dear Fran and Marcia,
>>
>> I write to you now regarding our client, Charles Walden. We would like to move forward with the deposition of Mr. Howard and the Corporate Representative for Enterprise Service Group. We are looking into October to schedule these depositions. Please advise of your available dates and where to send the check for Mr. Howards' travel.
>>
>> --
>> **Nicole Remillard**
>> Legal Assistant
>>
>> Morrin Law Office
>> 214 West Main Street
>> Richmond, KY 40475
>> 859-358-0300 p
>> 859-972-0813 f
>> www.MorrinLawOffice.com
>>
>> ***Learn about us!***
>> 
>>
>> **Statement of Confidentiality:**
>> This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.
>>
>>  ReplyReply allForward

--
**Nicole Remillard**

**EXHIBIT E**

Re: Charles Walden v. Enterprise Service Group Case # 5:22-cv-00238-KKC

Robert Morrin <morrinlaw@gmail.com>
Tue 8/29/2023 2:35 PM
To:Marcia Ridings <marcia@hmrkylaw.com>
Cc:Nicole Remillard <nicole@morrinlawoffice.com>;Fran Owens <fran@hmrkylaw.com>;charliewalden@projects.filevine.com <charliewalden@projects.filevine.com>;Rachel Gaines <rachel@morrinlawoffice.com>;Rob Morrin <rob@morrinlawoffice.com>

Thanks, Marcia. I'd still like to set a deposition and if he can't be found and can't attend we can go from there. I'd also like to go ahead and set a corporate designee deposition (we can set them for the same day). Can we get the done in October?

Thanks,
Rob

Sent from my iPhone.

**EXHIBIT E**

RE: Charles Walden v. Enterprise Service Group Case # 5:22-cv-00238-KKC

Marcia Ridings <marcia@hmrkylaw.com>
Thu 8/31/2023 3:24 PM
To:Robert Morrin <morrinlaw@gmail.com>

I have had no communication with either my driver or my corporate representative.  I don't believe Enterprise Service Group is still in business.
In the meantime, I want to remind you again that the discovery I sent to Mr. Walden pm 7/17/23 has not been answered.  As you know, before I can file a motion to compel, we have to try to get this worked out ourselves.  Can you tell me when I can expect the discovery responses?

Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
Ph: (606) 864-4126
Fax: (606) 878-8144
marcia@hmrkylaw.com

**EXHIBIT E**

Re: Charles Walden v. Enterprise Service Group Case # 5:22-cv-00238-KKC

Robert Morrin <morrinlaw@gmail.com>
Thu 8/31/2023 5:37 PM
To: Marcia Ridings <marcia@hmrkylaw.com>
Cc: Johnna Adams <Johnna@morrinlawoffice.com>

Hi Marcia,

Just to clarify, you have had no contact with anyone from the company recently? And, you are not able to reach anyone at all?

May we please have until September 8 to get those discovery responses back to you?

Thanks,
Rob

**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

*Learn about us!*
https://www.morrinlawoffice.com/video
We ♥ Referrals!

**Statement of Confidentiality:**
This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.

**EXHIBIT E**

RE: Charles Walden v. Enterprise Service Group Case # 5:22-cv-00238-KKC

Marcia Ridings <marcia@hmrkylaw.com>
Fri 9/1/2023 2:09 PM
To:Robert Morrin <morrinlaw@gmail.com>
You are correct.  I've had no contact with the driver or anyone from the company

Yes, of course, you can have until Sept 8 to answer discovery.


Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
Ph: (606) 864-4126
Fax: (606) 878-8144
marcia@hmrkylaw.com

**EXHIBIT E**

| | |
|---|---|
| **From:** | Marcia Ridings |
| **To:** | Rob Morrin |
| **Cc:** | Mindy Barfield; gthornton@whtlaw.com |
| **Bcc:** | kshodgen@nationalindemnity.com |
| **Subject:** | Walden v Enterprise Services Group, LLC (561125) |
| **Date:** | Monday, September 11, 2023 6:14:12 PM |

Rob:  I got your notice to depose Clarence Howard at your office on 10/11/23 and I certainly will be there.  I want to remind you, however, that I have been unable to reach Mr. Howard from the outset of this case and do not expect him to appear.  I'm certainly not telling you how to practice your case, but you may want to have the court reporter on standby for the deposition.  If Mr. Howard does appear, I will be glad to wait until the court reporter appears.


Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St.
London, KY 40741
Ph: (606) 864-4126
Fax: (606) 878-8144
marcia@hmrkylaw.com

**EXHIBIT E**