National Indemnity Co.

Page: 4
January 31, 2023
Account No: 5489-04M
Statement No: 470455

Enterprise Services Group v. Walden
Claim No. ▇▇▇▇▇ ; DOL: 8/10/2020
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Claimant: Charles L. Walden

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| 12/09/2022 | MMR | Call Mr. Morrin, attorney for plaintiff. Left message that there is an issue with my client for Tuesday's deposition. | | ▇ | ▇ |
| | MMR | Call from Mr. Morren's office. Told them they I have not been able to find my driver, Mr. Howard. I can't, in good faith, say when, or if I can produce him for a deposition. I still want to depose Mr. Walden. | ▇ | ▇ | ▇ |
| 12/10/2022 | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| 12/13/2022 | MMR | Call from Court reporter. Wanted to confirm that today's depositions are still on. I said that the defendant, Mr. Howard would not appear, but I still was taking the deposition of the plaintiff, Mr. Walden. | ▇ | ▇ | ▇ |
| | MMR | Call from Mr. Morrin's office. They said that since my client will not be present, they want to cancel the plaintiff's deposition, too. I asked her to have Mr. Morrin call me. | ▇ | ▇ | ▇ |
| | MMR | Call from Mr. Morrin. I told him that we have tried to located our driver and, in fact, have even hired an investigator to find him. I don't think I will be able to produce him. ▇▇▇▇▇▇▇▇ However, I would like to go ahead and depose his client because we are under federal court deadlines. He said that he has had communications with his client as well. He does believe he will find him, but he hasn't been able to get him in this week for deposition prep. He said he works away from home a lot because he is a single father of 3 sons. We agreed that we will reschedule Mr. Walden's deposition for Dec 4. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| | | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | |

**EXHIBIT F**