**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

| | |
|---|---|
| **CHARLES L. WALDEN,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**ENTERPRISE SERVICES GROUP, LLC,** *et al.*,<br><br>　　**Defendants.** | **CIVIL ACTION NO. 5:22-238-KKC**<br><br><br><br>**ORDER** |

*** *** ***

The Court hereby ORDERS that Plaintiff's Emergency Motion for Relief (DE 123) is GRANTED to the extent that he requests an order from the Court that he need not appear for an Independent Medical Examination set for TOMORROW, APRIL 12, 2024. The motion is otherwise DEFERRED pending further orders of the Court.

Plaintiff represents that he is currently residing at Genesis Rehab Center in Grayson, Kentucky, and his only method of transportation is Genesis's transportation services, which require 72 hours' notice. The order granting Defendants' motion to compel Plaintiff to submit to the examination was entered on April 11, 2024. Because plaintiff represents that he cannot arrange transportation to the examination by tomorrow, the Court hereby ORDERS that plaintiff NEED NOT appear for the Independent Medical Examination currently scheduled for April 12, 2024.

The Court will enter a subsequent order regarding the resolution of other issues raised by the Emergency Motion.



April 11, 2024

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY