UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHARLES L. WALDEN,** | **CIVIL ACTION NO. 5:22-238-KKC-EBA** |
| Plaintiff, | |
| v. | **ORDER** |
| **ENTERPRISE SERVICES GROUP, LLC,** *et al.*, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

The Court hereby ORDERS to the extent either party wants to submit further briefing on Defendants' Motion to Compel a Rule 35 Examination (DE 15), they must do so by April 19, 2024. Thereafter the Court will either schedule a hearing on the matter or issue a ruling.

This 12th day of April, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY