UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5:22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **RESPONSE AND JOINDER IN** |
| | ) | **MOTION NOT TO BE IDENTIFIED** |
| ENTERPRISE SERVICES GROUP, LLC, | ) | **AT TRIAL** |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Defendants, Enterprise Services Group, LLC ("Enterprise"), and Clarence M. Howard

("Howard"), by counsel, join in Defendant Progressive Casualty Insurance Company's Motion

Not to Be Identified at Trial (R. 126). Enterprise and Howard adopt and incorporate by reference

the arguments contained in Progressive's Motion. As additional grounds, the identification of

Progressive as a party or the introduction/discussion of Plaintiff's claim for underinsured motorist

coverage would severely prejudice Enterprise and Howard by revealing the existence of liability

insurance coverage. *See* Fed. R. Evid. 411 ("Evidence that a person was or was not insured against

liability is not admissible to prove whether the person acted negligently or otherwise

wrongfully."); KRE 411 (substantially similar to FRE 411); *Gentry v. Peak*, 436 S.W.2d 785, 788

(Ky. 1969) (citations omitted) ("We believe the injection by [the plaintiff]] of the fact that [the

defendant] had insurance may have had a prejudicial effect on the jury and consequently could

have prevented [the defendant] from obtaining a fair trial. We have often said that the consequence

of such information is well known in that it is often sufficient of itself to require the granting of a

new trial."); and *Finch v. Conley*, 422 S.W.2d 128, 130 (Ky. 1967) (new trial warranted where

plaintiff, during cross-examination, referenced examination by "insurance man" and made some reference to insurance during direct testimony).

WHEREFORE, Defendants Enterprise and Howard respectfully request that Progressive's Motion (R. 126) be granted and that the Court enter the proposed order (R. 126-4) attached thereto.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL: marcia@hmrkylaw.com
EMAIL: jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD


By: /s/ Jay Ridings
         JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE
SERVICES GROUP, LLC and CLARENCE M.
HOWARD

2