UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                            PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,         DEFENDANTS.

**DEFENDANTS' SECOND MOTION TO MODIFY SCHEDULING
ORDER TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE**

     Come the Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, and move the Court for a modification of this Court's Amended Order (R. 103) extending Defendants' deadline to identify experts and other deadlines. Specifically, Enterprise and Howard respectfully request that their deadline to identify experts be extended to July 1, 2024, that the deadline to complete fact and expert witness discovery be extended to August 1, 2024, and that the dispositive and *Daubert* motion deadline be extended to September 3, 2024.

     The Court is, unfortunately, very aware of the history of this case. This action arose out of a motor vehicle accident which occurred on August 10, 2020. This Court ordered its original Scheduling Order on October 18, 2022. The Plaintiff asked for an Extension of Time for Expert Disclosure to which no objection was filed. Thereafter, the Defendants asked for an Extension of Time to have a Rule 35 exam with neurosurgeon, Dr. Timothy Kriss. The Plaintiff objected to the

motion; however, the motion was granted by an Amended Order dated January 8, 2024. The exam was scheduled for April 12, 2024.

On January 11, 2024, Defendants advised Plaintiff's attorney of the Rule 35 exam and produced payment for traveling expenses. Counsel for Defendants followed up on February 14, 2024, to "remind" Plaintiff's attorney of the April 12, 2024, examination.

In late February of 2024, Plaintiff's attorney, for the first time, raised issues as to the scope of the examination. When Plaintiff would not agree to the examination, on March 19, 2024, Defendants filed an Emergency Motion to Compel the CR 35 exam. [R.119]

On April 11, 2024, Magistrate Judge Adkins granted Defendants' motion for the CR 35 exam, addressing all of Plaintiff's objections. [R.122]

On April 11, 2024, Plaintiff filed a Motion for Emergency Relief stating that his client was in Genesis Rehab Center in Grayson, Kentucky, and that the facility required seventy-two (72) hours' notice to schedule transportation for its residents. Even though the Plaintiff's attorney had known about the independent medical exam since January 11, 2024, no transportation arrangements were made despite the pending Motion to Compel and Expedited Briefing Schedule. As a result, on April 11, 2024, at 4:50 p.m.—the day before the examination—Plaintiff filed an Emergency Motion requesting that the CR 35 exam be "rescheduled" "for a date the Plaintiff is able to attend." [R.123]

This Court sustained Plaintiff's Emergency Motion to the limited extent of excusing Plaintiff from attending the originally scheduled exam. [R.124]

Although Dr. Kriss' schedule is booked up for quite some time in advance, he did, as accommodation in this case, arrange to reschedule the CR 35 exam for Friday, May 10, 2024, at

11:30 a.m. Plaintiff's attorney was notified of this new date on April 16, 2024, which certainly provides ample opportunity to arrange transportation.

Counsel for Defendants state that this request was not caused by any lack of diligence on her part. The Plaintiff's attorney had known of the April 12, 2024, exam since January of 2024, and had no contingency arrangements in the event that the Motion to Compel the exam was granted. This delay was not caused in any way by the actions of Defendants.

Pursuant to Fed. R. Civ. P. 16(b)(4), the Court may amend the Scheduling Order "for good cause and with the judge's consent." In evaluating whether a party has shown "good cause," the primary consideration is "the moving party's diligence in attempting to meet the case management order's requirements." *Ingle v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (quoting *Bradford v. DANA Corp.*, 249 F.3d 807, 809 (8th Cir. 2001); *see also* Fed. R. Civ. P 16(b) advisory committee's note to 1983 amendments ("[T]he court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension.").

In the present case, Defendants seek modification of their expert disclosure deadline to give them additional time for the Court ordered CR 35 exam of Plaintiff. Such relief is clearly within the Court's discretion.

WHEREFORE, the Defendants respectfully request that the Court modify the Scheduling Order by extending the deadline for Defendants to identify experts to July 1, 2024, extending the deadline to complete fact and expert witness discovery to August 1, 2024, and extending the dispositive and *Daubert* motion deadline to September 3, 2024.

In the event the Court feels it is necessary to change the February 3, 2025, trial date, undersigned counsel respectfully informs the Court that she will be out of the country leaving February 11, 2025, and not returning until February 24, 2025. It is therefore requested that if the trial is rescheduled, that it not be scheduled until sometime after March 3, 2025.

>HAMM, MILBY & RIDINGS, PLLC
>120 NORTH MAIN STREET
>LONDON, KY 40741
>PHONE: 606-864-4126
>FAX: 606-878-8144
>EMAIL: marcia@hmrkylaw.com
>ATTORNEYS FOR DEFENDANTS,
>ENTERPRISE SERVICES GROUP, LLC AND
>CLARENCE M. HOWARD
>
>
>By: __/s/ Marcia Milby Ridings_____
>     MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that on **April 18, 2024**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY  40475
*Attorney for Plaintiff*
**Email: rob@morrinlawoffice.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**Email: gthornton@whtlaw.com**

4

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY  40507
*Attorney for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*And Vince Kline*
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**

                                                __/s/Marcia Milby Ridings_____
                                                OF COUNSEL FOR ABOVE-NAMED
                                                DEFENDANTS