UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                    DEFENDANTS.

---

**ORDER GRANTING SECOND MOTION
TO MODIFY SCHEDULING ORDER**

---

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's Second Motion to Modify Scheduling Order to Extend Defendants' Expert Disclosure Deadline for compliance with Rule 26(a)(2). Having considered this matter and the Court being otherwise sufficiently advised, the Court hereby ORDERS as follows:

1. The second motion to modify the scheduling order is GRANTED;

2. The following dates on the scheduling order (DE 13) and amended order (DE 103) are SET ASIDE: defendants' deadline to identify experts and file required disclosures; fact and expert witness discovery deadline, and dispositive and *Daubert* motion deadline.

3. The deadline for defendants to identify experts and file required disclosures is now July 1, 2024;

4. The deadline for the parties to complete fact and expert witness discovery is now August 1, 2024;

5.  The dispositive and *Daubert* motion deadline is now September 3, 2024.

This _____ day of _____, 2024.

_____
JUDGE, US DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION