# Madison County EMS - KY
## Patient Care Record

**Name:** WALDEN, CHARLES  **Incident #:** 202000009585  **Date:** 08/10/2020  **Patient 1 of 1**

### Patient Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last | WALDEN | Address | 555 MULE SHED LANE |
| First | CHARLES | Address 2 | |
| Middle | LEE | City | Richmond |
| Gender | Male | State | KY |
| DOB | 05/27/1992 | Zip | 40475 |
| Age | 28 Yrs, 2 Months, 14 Days | Country | US |
| Weight | 220.0lbs - 99.8kg | Tel | |
| Pedi Color | | Physician | |
| SSN | 407432591 | Ethnicity | Not Hispanic or Latino |
| Race | White | | |
| Advance Directives | | | None |
| Resident Status | | | Madison County-KY |

### Clinical Impression

| Field | Value |
|---|---|
| Primary Impression | Injury of Thigh (Upper Leg) |
| Secondary Impression | Injury of Hip |
| Protocol Used | |
| Anatomic Position | |
| Onset Time | |
| Chief Complaint | POSSIBLE HIP/FEMUR DISLOCATION/FX |
| Duration | 20  Units: Minutes |
| Secondary Complaint | |
| Duration | Units: |
| Patient's Level of Distress | |
| Signs & Symptoms | Pain - Hip pain |
| Injury | Motorized Vehicle Accident - Auto traffic accident injures occupant - Street or Highway - 08/10/2020 |
| Mechanism of Injury | |
| Medical/Trauma | Trauma |
| Barriers of Care | None Noted |
| Alcohol/Drugs | None Reported |
| Pregnancy | |
| Initial Patient Acuity | |
| Final Patient Acuity | |
| Patient Activity | |

### Medication/Allergies/History

| Field | Value |
|---|---|
| Medications | None Reported |
| Allergies | No known allergies |
| History | Surgery |
| Last Oral Intake | |

### Vital Signs

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifiers | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00:46 | Alert | R | Lay | 127/72 A | 86 | 20 R | 98 Rm | | | 80 | 98.3 F/O | 6 | 15=4+5+6/NFP | 12 | |
| 00:50 | | | | 87/52 A | 97 | 16 R | | | | | | | | | |
| 00:53 | | | | 134/76 A | 110 | 21 R | | | | | | | | | |
| 00:56 | | | | 135/65 A | 93 | 19 R | | | | | | | | | |
| 01:01 | | | | / | 97 | 17 R | 100 Rm | | | | | | | | |
| 01:01 | Alert | R | Lay | 129/66 A | 94 | 24 R | 99 Rm | | | | | 7 | 15=4+5+6/NFP | 12 | |

### ECG

| Time | Type | Rhythm | Notes |
|---|---|---|---|
| 01:01 | 4-Lead | Sinus Rhythm | |

### Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 00:30 | ALS Assessment | Patient Response: Unchanged; Successful; Complication: None; | MCCARTY, DAVID |
| 00:40 | IV Therapy | 18 ga; Hand-Right; Saline Lock; Total Fluid: 10 ml; Patient Response: Unchanged; Successful; Complication: None; | MCCARTY, DAVID |
| 00:45 | IV Therapy | 18 ga; Antecubital-Left; Saline Lock; Total Fluid: 0 ml; Patient Response: Unchanged; Unsuccessful; Complication: None; | MCCARTY, DAVID |

### Initial Assessment

| Category | Comments | Abnormalities | |
|---|---|---|---|
| Mental Status | | Mental Status | No Abnormalities |
| Skin | | Skin | No Abnormalities |
| HEENT | | Head/Face | No Abnormalities |
| | | Eyes | No Abnormalities |
| | | Neck/Airway | No Abnormalities |
| Chest | | Chest | No Abnormalities |
| | | Heart Sounds | No Abnormalities |
| | | Lung Sounds | No Abnormalities |

**Madison County EMS - KY**
**Patient Care Record**

Name: WALDEN, CHARLES | Incident #: 202000009585 | Date: 08/10/2020 | Patient 1 of 1

## Initial Assessment

| Category | Comments | Abnormalities | |
|---|---|---|---|
| Abdomen | | General | No Abnormalities |
| | | Left Upper | No Abnormalities |
| | | Right Upper | No Abnormalities |
| | | Left Lower | No Abnormalities |
| | | Right Lower | No Abnormalities |
| Back | | Cervical | No Abnormalities |
| | | Thoracic | No Abnormalities |
| | | Lumbar/Sacral | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | No Abnormalities |
| Extremities | | Left Arm | Not Assessed |
| | | Right Arm | Not Assessed |
| | | Left Leg | Not Assessed |
| | | Right Leg | + Pain |
| | | Pulse | + Radial: 2+ Normal |
| | | Capillary Refill | Not Assessed |
| Neurological | | Neurological | No Abnormalities |

Assessment Time: 08/10/2020 01:05:57

## Narrative

EMS CALLED TO THE SCENE OF AN MVC WITH POSSIBLE INJURIES

ON ARRIVAL PATIENT WAS FOUND ON THE GROUND ABOUT 100 YARDS FROM THE ACCIDENT. PATIENT WAS A&O X4 WITH A GCS OF 15. INJURIES NOTED, POSSIBLE HIP DISLOCATION, CUT TO HIS RIGHT HAND. BLEEDING CONTROLLED AND SMALL ABRASION TO HIS HEAD. PATIENT HAD WALKED THE 100 OR SO YARDS BEFORE, "MY HIP GAVE OUT." PATIENT HAD NO OBVIOUS DEFORMITY TO THE RIGHT EXTREMITY JUST PAIN. HE RATED HIS PAIN A "2 OUT OF 10" WITH NO MOVEMENT AND A "7 OUT OF 10" WITH MOVEMENT. PATIENT WAS ABLE TO ROCK BACK AND FORTH AND IT WAS DECIDED TO PLACE A SHEET UNDER HIM TO MOVE HIM TO THE STRETCHER. PATIENT'S POSITION OF COMFORT WAS ON HIS LEFT LATERAL SIDE. PATIENT DENIED ANY PAIN TO HIS SPINAL COLUMN NO STEP OFF'S NOTED. PATIENT DENIED ANY AND ALL OTHER COMPLAINTS WHEN ASSESSED. PATIENT WAS SECURED TO THE STRETCHER AND MOVED TO THE AMBULANCE.

ON BOARD PATIENT RESTED IN A LEFT LATERAL POSITION. IV ACCESS WAS OBTAINED AS NOTED IN THE RIGHT HAND. A SECONDARY ACCESS WAS ATTEMPTED AS NOTED AND UNSUCCESSFUL. PATIENT'S CLOTHING (SHORTS) WERE CUT TO EXPOSE THE PROXIMAL EXTREMITY. NO BRUISING OR ABRASIONS NOTED, SKIN WAS INTACT. PATIENT REMAINED IN THE LEFT LATERAL POSITION AND WAS TEXTING THE ENTIRE TRIP. PATIENTS VITALS REMAINED UNREMARKABLE AND WAS TRANSPORTED WITH NO ACUTE CHANGES.

PATIENT TAKEN BY AMBULANCE DUE TO EXTREMITY INJURY. PATIENT TAKEN TO UK ER BED 72 AT HIS REQUEST. PATIENT HAD SURGERY THERE FROM A PREVIOUS ACCIDENT WHICH REQUIRED SURGERY. REPORT WAS GIVEN TO RN AT THE BEDSIDE AND CARE WAS TURNED OVER.

## Specialty Patient - Motor Vehicle Collision

| | | | |
|---|---|---|---|
| Patient Injured | Yes | Law Enforcement Case # | |
| Vehicle Type | Automobile | Collision Indicators | None |
| Position In Vehicle | Front Seat - Left Side (or motorcycle driver) | Damage Location | Center Front |
| Seat Row | 1 | Airbag Deployment | Air Bag(s) Deployed - Front Deployed |
| Weather | Clear | Safety Devices | Shoulder and Lap Belt Used |
| Extrication Required | No | Extrication Comments | |
| Estimated Speed | 55mph\89 kph | Extrication Time | |

## Specialty Patient - Outbreak Screening

| | |
|---|---|
| Outbreak Screened | COVID-19 |
| Onset of Signs/Symptoms | |
| Symptoms Reported | None |

Has the patient traveled outside the community in the past 30 days?
No

| Travel Start Date | | Travel End Date | |
|---|---|---|---|

Travel Locations

Has the patient traveled outside the United States in the past 30 days?
No

| Travel Start Date | | Travel End Date | |
|---|---|---|---|

Travel Locations

| | | |
|---|---|---|
| Has the patient had household or close contact w/ someone with above symptoms and travel history? | | No |
| Has the patient had household or close contact w/ someone with confirmed diagnosis of illness being screened? | | No |

Comments

Run Number: 9585 | Page 2 of 7 | 08/10/2020 08:22:0
PCRID: a124f8cc-be01-45ff-8da6-ac13000f723
Electronically Signed by: MCCARTY, DAVII
Template Version: PCR-WEB-1.3..
Data Version: 00247-0000000004C0A07

# Madison County EMS- KY
## Patient Care Record

**Name:** WALDEN, CHARLES     **Incident #:** 202000009585     **Date:** 08/10/2020     Patient 1 of 1

### Specialty Patient - Outbreak Screening

### Incident Details

| Field | Value |
|---|---|
| Location Type | Street or Highway |
| Location | EXIT OFF RAMP 75 NORTH |
| Address | I75 87 N Bound |
| Address 2 | |
| Mile Marker | |
| City | Richmond |
| County | Madison |
| State | KY |
| Zip | 40475 |
| Country | US |
| Medic Unit | EC6 |
| Medic Vehicle | EC6 |
| Run Type | 911 Response |
| Response Mode | Emergent |
| Shift | B Shift (903) |
| Zone | 1 |
| Level of Service | |
| EMD Complaint | Traffic Accident |
| EMD Card Number | |
| Dispatch Priority | Priority 1 (Critical) |

### Destination Details

| Field | Value |
|---|---|
| Disposition | Transported Lights/Siren |
| Transport Due To | Regional Specialty Center |
| Transported To | UNIVERSITY OF KENTUCKY (ER) |
| Requested By | Patient |
| Destination | Hospital |
| Department | |
| Address | 800 ROSE STREET |
| Address 2 | |
| City | Lexington |
| County | Fayette |
| State | KY |
| Zip | 40536 |
| Country | US |
| Zone | Out of County |
| Condition at Destination | Improved |
| Destination Record # | |
| Trauma Registry ID | |
| STEMI Registry ID | |
| Stroke Registry ID | |

### Incident Times

| Field | Value |
|---|---|
| PSAP Call | 00:23:33 |
| Dispatch Notified | |
| Call Received | 00:23:33 |
| Dispatched | 00:24:25 |
| En Route | 00:26:19 |
| Staged | |
| Resp on Scene | |
| On Scene | 00:28:05 |
| At Patient | 00:30:00 |
| Care Transferred | |
| Depart Scene | 00:53:25 |
| At Destination | 01:17:17 |
| Pt. Transferred | 01:21:00 |
| Call Closed | 01:57:00 |
| In District | |
| At Landing Area | |

### Crew Members

| Personnel | Role | Certification Level |
|---|---|---|
| MCCARTY, DAVID | Lead | EMT-Paramedic - 1116959 |
| NAPIER, STEWART | Driver | EMT-Basic - 1120042 |

### Insurance Details

| Field | Value | Field | Value |
|---|---|---|---|
| Insured's Name | | Primary Payer | |
| Relationship | | Medicare | |
| Insured SSN | | Medicaid | |
| Insured DOB | | Primary Insurance | |
| Address1 | | Policy # | |
| Address2 | | Primary Insurance Group Name | |
| Address3 | | Group # | |
| City | | Secondary Ins | |
| State | | Policy # | |
| Zip | | Secondary Insurance Group Name | |
| Country | | Group # | |

| Field | Value |
|---|---|
| Dispatch Nature | MVC |
| Response Urgency | Immediate |
| Job Related Injury | |
| Employer | |
| Contact | |
| Phone | |
| Mileage to Closest Hospital | |

### Mileage

| Field | Value | |
|---|---|---|
| Scene | 1.0 | |
| Destination | 26.4 | |
| Loaded Miles | 25.4 | geo-verified |
| Start | | |
| End | | |
| Total Miles | | |

### Delays

| Category | Delays |
|---|---|
| Dispatch Delays | None/No Delay |
| Response Delays | None/No Delay |
| Scene Delays | Other (Not Listed) |
| Transport Delays | None/No Delay |
| Turn Around Delays | None/No Delay |

### Additional Agencies

Richmond Fire and Rescue, Richmond PD

### Personal Items

| Item | Given To | Comment |
|---|---|---|
| Cell Phone/Pager | | |

### Patient Transport Details

| Field | Value | Field | Value |
|---|---|---|---|
| How was Patient Moved to Ambulance | Stretcher | How was Patient Moved From Ambulance | Stretcher |
| Patient Position During Transport | Supine | Condition of Patient at Destination | Improved |

**Madison County EMS- KY**
Patient Care Record

Name: WALDEN, CHARLES    Incident #: 202000009585    Date: 08/10/2020    Patient 1 of 1

## Billing Authorization

| Authorization | AOB Form |
|---|---|

### Section I - Patient / Parent of Minor Authorization Signature

Privacy Practices Acknowledgment: by signing below, the signer acknowledges that Madison County EMS (MCEMS), upon request, will provide a copy of its Notice of Privacy Practices to the patient or other party with instructions to provide the Notice to the patient. MCEMS Privacy Notice is also available on-line at www.madisoncountyems.com I authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to me by MCEMS now, in the past, or in the future, until such time as I revoke this authorization in writing. I understand that I am financially responsible for the services and supplies provided to me by MCEMS, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to MCEMS any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to MCEMS. I authorize MCEMS to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of medical, insurance, billing or other relevant information about me to release such information to MCEMS and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by MCEMS, now, in the past, or in the future. I also authorize MCEMS to obtain medical, insurance, billing and other relevant information about me from any party, database or other source that maintains such information.

**Signature**



| Signed On | 08/10/2020 01:27:36 |
|---|---|
| Notice of Privacy Practices Provided | Yes |
| Printed Parent Name | |
| Billing Authorization | Agree |
| HIPAA Acknowledgement | Agree |

### Section II - Authorized Representative Signature

Complete this section only if the patient is physically or mentally unable to sign.
Authorized representatives include only the following:(Check one)

| Patient's Legal Guardian |
|---|
| Patient's Medical Power of Attorney |
| Relative or other person who receives benefits on behalf of the patient |
| Relative or other person who arranges treatment or handles the patient's affairs |
| Representative of an agency or institution that provided care, services or assistance to patient |

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payer for any services provided to the patient by the transporting ambulance service now or in the past or in the future. By signing below, I acknowledge that I am one of the authorized signers listed below. **My signature is not an acceptance of financial responsibility for the services rendered.**

**Signature**

| Signed On | |
|---|---|
| Notice of Privacy Practices Provided | |
| Printed Name | |
| Reason unable to sign | |

**Madison County EMS- KY**
Patient Care Record

Name: WALDEN, CHARLES   Incident #: 202000009585   Date: 08/10/2020   Patient 1 of 1

## Section III - EMS Personnel and Facility Signatures

Complete this section if the patient was mentally or physically incapable of signing, and no Authorized Representative (section II) was available or willing to sign on behalf of the patient at the time of service.

### EMS Personnel Signature

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. **My signature is not an acceptance of financial responsibility for the services rendered.**

| | |
|---|---|
| Signed On | |
| Printed Name | |
| Reason unable to sign | |

### Facility Representative Signature

The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. **My signature is not an acceptance of financial responsibility for the services rendered..**

| | |
|---|---|
| Signed On | |
| Notice of Privacy Practices Provided | |
| Printed Name | |
| Title of Representative | |

### Facility Signatures

| | |
|---|---|
| Signed On | 08/10/2020 01:27:17 |
| Receiving | JESSIE JIMENEZ RN |

| | |
|---|---|
| Signed On | |
| Paperwork Received | |

| | |
|---|---|
| Signed On | |
| Airway Confirmation | |

**Madison County EMS- KY**
Patient Care Record
Name: WALDEN, CHARLES          Incident #: 202000009585          Date: 08/10/2020          Patient 1 of 1

## Provider Signatures

| Lead Provider | MCCARTY, DAVID | Certification Level | EMT-Paramedic - 1116959 |
|---|---|---|---|

| Provider | NAPIER, STEWART | Certification Level | EMT-Basic - 1120042 |
|---|---|---|---|

| Provider | | Certification Level | |
|---|---|---|---|

| Provider | | Certification Level | |
|---|---|---|---|



Lead II ECG x1 HR/PR 97 SpO2 100 % RR 17
SpO2 status: connected
Snapshot: Monitor
01:01:07          01:01:12          01:01:17