# UKHealthCare®

**Documents Review Report**
554

**EXHIBIT**

**B**

exhibitsticker.com

| | | |
|---|---|---|
| **Patient:** WALDEN, CHARLES LE | **MRN:** 007769177/007769177-0223 | **DOB:** 5/27/1992 |
| **Provider:** Aneia  MD. Arun | **Admit Date:** 08/10/2020 | **Age:** 28 |
| **Location:** 8W-878-A | **Discharge Date:** 08/17/2020 | **Gender:** M |

| | |
|---|---|
| **Progress Note *-SGT - Surgery / Surgery Blue Team A** | **Last Updated:** 8/11/2020 10:09:43 AM   [Entered: 8/11/2020 10:09:00 AM]<br>**Authored By:** Rice  APRN, Yvonne P (Physician) |

**Active Problems:**
Visit Reason: MVC
Visit Reason: MVC (MOTOR VEHICLE COLLISION)
Active Dx: Anemia
Active Dx: Concussion
Active Dx: Concussion
Active Dx: Fracture of right acetabulum
Active Dx: Hyperglycemia
Active Dx: Hypokalemia
Active Dx: MVC (motor vehicle collision)
Active Dx: Posterior dislocation of hip
Active Dx: Right acetabular fracture

**Procedures:**

**ROS:**
14 point review of systems was reviewed and is negative except as detailed above

**A/P:**
28 year old male s/p MVC

RIght posterior wall acetabular fracture/dislocation
- ORf consult
- NWB RLE
- Hip reduced under sedation
- POst reduction films obtained
- Placed in DF traction
- Covid pending
- OR 8/12 or 13

Concussion
- Q2 hour neuro checks
- educate
- Oriented, asymptomatic

Blood loss anemia (POA)
- monitor, HDS

Hypokalemia (POA)
- Replace, monitor

---

*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*