# UK HealthCare®

## Documents Review Report

| | | EXHIBIT |
|---|---|---|
| | | **E** |

| | | |
|---|---|---|
| **Patient: WALDEN, CHARLES LE** | **MRN:** 007769177/007769177-0223 | **DOB:** 5/27/1992 |
| **Provider: Aneia   MD. Arun** | **Admit Date:** 08/10/2020 | **Age: 28** |
| **Location: 8W-878-A** | **Discharge Date:** 08/17/2020 | **Gender: M** |

| | |
|---|---|
| **Case Management Discharge Planning Note** | **Last Updated:** 8/17/2020 5:17:39 PM   [Entered: 8/17/2020 10:53:45 AM] |
| | **Authored By:** Brown   RN, Vickie S (Registered Nurse) |

```
Patient Name:  WALDEN, LEE CHARLES

MRN:  007769177

Account #:  0077691770223

Date of Birth:  1992-05-27


Discharge Note


**Discharge Note**

Who Will Provide Assistance Post-Discharge?

Answers: Family mother


How Many Hours is/are the Caregiver(s) Available?

Answers: 5-9 Hours


Discharge Disposition

Answers: Home


Is Home Health Needed? If Yes, Specify Agency Name and Service Needed.

Answers: No


Is DME Needed?  If Yes, Select Type of Equipment Needed and DME Company.

Answers: Bedside Commode WeCRE Medical 859 286 6801


I Certify that the Patient has been Provided with a Choice for DME, Home Health,

Infusion Services and Facility.

Answers: Yes
```

| | |
|---|---|
| **Requested By: Fiffe, William (Medical Records Coder)** | **Printed from: UHPVHC106P1** |

*Confidential information. Usage must follow UKHC Policies.  Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

**Documents Review Report**

### UK HealthCare®

| | | | |
|---|---|---|---|
| **Patient:** WALDEN, CHARLES LE | **MRN:** 007769177/007769177-0223 | **DOB:** 5/27/1992 | **Visit Status:** DSC |
| **Provider:** Aneia  MD. Arun | **Admit Date:** 08/10/2020 | **Age:** 28 | |
| **Location:** 8W-878-A | **Discharge Date:** 08/17/2020 | **Gender:** M | |

| | |
|---|---|
| **Physical Therapy Discharge** | **Last Updated:** 8/18/2020 12:20:58 PM   [Entered: 8/17/2020 11:16:00 AM]<br>**Authored By:** Latham, Ashley (Therapist) |

**General Information:**
- Patient Profile Review — yes Pt reports that he lives alone, but is going to stay at his dad's house after discharge. Dad able to provide assistance. 1 step to enter home.
- Patient Blue Chart Review — yes
- Onset of Illness/Injury or Date of Surgery (dd-mmm-yyyy) — 10-Aug-2020
- Referring Physician/Service — ORF
- Pertinent History of Current Problem — Pt is a 28 yom adm 8/10 secondary to MVC. Pt dxed with acute, traumatic, closed, displaced, comminuted right posterior wall acetabular fx/dislocation, concussion, hyperglycemia, hypokalemia, and anemia. Pt to OR on 8/12 for right posterior wall acetabular ORIF.

  PMH: TBI requiring medically-induced coma, right hip replacement
- Activity Order from MD — GMG
- Weight-Bearing Status — nonweight-bearing  right lower extremity

**Clinical Impression:**
- Diagnosis — Pt with decreased functional mobility
- Prognosis — good
- Anticipated Equipment Needs at Discharge — front wheeled walker  bedside commode
- Anticipated Discharge Disposition — home w/ assist

**Current Level of Function:**
- Ambulation Skills — modified independent
- Transfer Skills — modified independent

**Previous Level of Function:**
- Ambulation Skills — independent, has walker and wheelchair
- Transfer Skills — independent
- ADL Skills — independent
- Work/Leisure Activity — independent

**Discharge Summary:**
- Reason for Discharge — patient discharged from this facility
- Outcomes Achieved — patient able to partially achieve established goals
- Transfer to Another Level of Care or Facility — Pt cleared per MD to d/c home with assist

*Confidential information. Usage must follow UKHC Policies.  Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*