

Results Physiotherapy
843 Eastern Bypass
Suite 3
Richmond, KY, USA, 40475
Phone: (859) 544-1770, Fax: (859) 310-7191

Patient:       CHARLES WALDEN
Acct #:        715914
DOB:           May 27, 1992
Physician:     Arun Aneja
Phys Fax:      (859) 323-2412
Physician:     Not specified
Clinician:     Lucas Frasher
FSC:           Medicaid
Case Mgr:
Payor:
Pol/Claim#: 29375960

Note Date:     **Mar 03, 2021**
Phys Phone:    (859) 323-5533
SSN:           XXX-XX-XXXX
Inj. Date:
Surg. Date:
Visits:        22
Cxl/Ns:        13
Employer:
Insured:

# Discharge Summary

## Diagnoses

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | R53.1 | Weakness |
| | R26.89 | Other abnormalities of gait and mobility |

## General Information

**Systems Review: Musculoskeletal: Height/Weight/Body Mass Index: Impaired:**

| | |
|---|---|
| • Height (in) | 60 Inches |
| • Weight (lbs) | 220 Pounds |
| • Body Mass Index - Calculated | 43.0 |

**History of Injury:**

• Pt reports hip/pelvic fracture on 8/9. Unknown speed - hit parked vehicle. Multiple screws and plates R hip.

## Subjective Examination

| Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: FOTO: | Initial<br>Sep 25, 2020 | Current<br>Feb 09, 2021 | Change |
|---|---|---|---|
| • Score(39 at IE) | 39 | 72 | 33 |

**Mechanism of Injury:**

• MVA

| Chief Complaint: Pain: Severity: | Initial<br>Sep 25, 2020 | Current<br>Feb 09, 2021 | Change |
|---|---|---|---|
| • Current(@ rest) | 4/10 | [a] 2/10 | -2/10 |
| • At Worst | 6/10 | 3/10 | -3/10 |

a Measured On Jan 05, 2021

| ADL / Functional Status: Current Status: ADL/ IADL: Activities: | Initial<br>Sep 25, 2020 | Current<br>Feb 09, 2021 |
|---|---|---|
| • Bathing | Independent,Requires More Time | [b] Independent Without Difficulty |
| • Dressing | Independent,Requires More Time | [c] Independent Without Difficulty |
| • Driving/Traveling | no difficulty | [a] Independent Without Difficulty |
| • Forward Bending | Independent,Requires More Time/increasepain | [b] Independent Without Difficulty |
| • Mobility/Transfers | mild difficulty | [b] Independent Without Difficulty |
| • Standing | difficulty | [b] Independent Without Difficulty |
| • Walking | difficulty | To 41-50 Minutes |
| • Activity 1(notable fatigue but able to tol stairs) | | [c] Independent,Requires More Time |
| • Activity 3 | | [b] primary issues related to strength - endrance/fatigue |

a Measured On Oct 28, 2020   b Measured On Nov 17, 2020   c Measured On Jan 05, 2021

**Daily Comments:**

• Perceived Improvement: 80%. (strength is all I am lacking). Pt states that his low back has been aggravated today, does not specify particular activity that caused increase in pain. Primary complaint is lack of strength throughout LE.



Patient: **CHARLES WALDEN**
Acct #: 715914

Note Date: **Mar 03, 2021**

# Objective Examination

| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **Right AROM** |
|---|---|
| • Flexion | 119 |
| • External Rotation | 71 |
| • Internal Rotation | 43 |

**Functional Tests:**
 • improved tol to transition / less pain and incr mobility

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 5/5 | 4/5 |
| • Hip Extension: |  | 4/5 |
| • Hip Flexion |  | 5/5 |
| • Hip External Rotation |  | -4/5 |
| • Hip Internal Rotation |  | -4/5 |
| • Knee Extension |  | 5/5 |
| • Knee Flexion |  | -5/5 |

**Observations:**
 • FWB in RLE, decreased step length with Trendelenburg gait.

| **Palpation: Musculature: Trigger Points:** | **Right** |
|---|---|
| • Adductors | No tenderness noted |
| • Gluteus Medius | Mild |
| • Iliacus | No Tenderness Noted |
| • Piriformis | No tenderness noted |
| • Psoas | No Tenderness Noted |
| • Rectus Femoris | No tenderness noted |

# Assessment

In my professional opinion, this client requires skilled physical therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is excellent. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits excellent understanding and performance of the therapeutic activity/instructions outlined in this skilled rehabilitation session. The client tolerated today's treatment/therapeutic activity without complaints of pain or difficulty. In my professional opinion, this client exhibits a fair prognosis at time of discharge from skilled rehabilitative therapy in conjunction with a home exercise program. Unable to assess patient's current understanding of home exercises program due to not completing plan of care. Unable to assess patient's current understanding of prognosis due to not completing plan of care. From the initiation of treatment to discharge the patient's status is improved.

**Presentation:**
 • Weakness. Postsurgical Limitations.

**Treatment Emphasis to focus on:**
 • Muscle Function Improvements.

**Percentage of Goals Met:**
 • 80

Pt has responded positively to progression of strengthening interventions in the clinic. Continues to require verbal and tactile cueing to promote appropriate recruitment of gluteal musculature in closed and open chain in service of eliminating Trendelenburg deviations during gait and to improve weight bearing endurance during functional tasks such as ambulation and stair climbing. Pt has been progressing as expected considering prior injury history to lumbar spine and hip as well as type of surgical intervention.

# Problems & Goals

*Problem #1*
 **Muscle Testing: Lower Extremity MMT.**



Patient:  **CHARLES WALDEN**
Acct #:   715914

Note Date:  **Mar 03, 2021**

*LTG Achieve by Mar 09, 2021. 80% of Goal Met*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | Left | Right |
|---|---|---|
| • Gross Assessment | -5/5 | -5/5 |

**Problem #2**

    **Palpation: Musculature: Trigger Points.**

*LTG Achieve by Mar 09, 2021. 90% of Goal Met*

    **Palpable Improvements:**
      • Trigger Points Decreasing to: Complete Elimination.

**Problem #3**

    **ADL / Functional Status: Current Status: ADL/ IADL: Activities.**

*LTG Achieve by Feb 09, 2021.*

    **ADL Improvements In:**
      • 20 step ups in clinic with pain or dysfunction from 6" step

*LTG Achieve by Mar 09, 2021. 90% of Goal Met - Trendelenburg pattern w fatigue*

    **ADL Improvements In:**
      • gait - 10 min in clinic with normalized gait pattern for return to adls

**Problem #4**

    **Chief Complaint: Pain: Severity.**

*LTG Achieve by Mar 09, 2021.*

    **Symptomatic Improvements:**
      • Decreasing Pain: to 1/10.

**Problem #5**

    **Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: FOTO.**

*LTG Achieve by Mar 09, 2021.*

    **FOTO improve to 75%**

# Plan

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the client attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. Interventions during the course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.

**The patient is discontinuing therapy due to insurance visit limitations.**

Electronically authenticated.

─────────────────────────────

Lucas Frasher, PT(KY Lic: 007268),DPT
Signed on Mar 03, 2021 08:48:29