EXHIBIT K

Page 1

COMMONWEALTH OF KENTUCKY
DEPARTMENT OF WORKERS' CLAIMS
BEFORE HON. MONICA RICE SMITH, ALJ
CLAIM NO. 2017-54578

```
ARYONE LYMON              ) DEPOSITION TAKEN ON
     PLAINTIFF            ) BEHALF OF PLAINTIFF
                          )     BY:  NOTICE
                          )
VS.                       )
                          )
                          )
GEORGIA PACIFIC           )
     DEFENDANT            )
                          )
                          ) WITNESS:
                          )
                          ) TIMOTHY KRISS, M.D.
```

\* \* \* \* \* \* \* \*

The deposition of TIMOTHY KRISS, M.D. was taken at the office of Dr. Kriss, 100 Providence Way, Suite 200, Nicholasville, Kentucky, on February 13, 2019, commencing at the approximate hour of 1:30 p.m. Said deposition was taken pursuant to Notice, heretofore filed, for the purpose of discovery on behalf of the Plaintiff in the above-captioned action, and all other purposes as permitted by the Rules of Civil Procedure.

Page 4

1     The witness, TIMOTHY KRISS, M.D., after first
2     being duly sworn, was examined and testified as follows:
3                       DIRECT EXAMINATION
4     By Mr. Rubin:
5     Q    Morning, Doctor.  My name is Alan Rubin.  I
6          represent Aryone Lymon who I believe you've had
7          the opportunity to evaluate.  Before we go much
8          further, I do want to get your name for the
9          record, please, if you would state that.
10    A    Timothy Kriss.
11    Q    Are you currently in a private practice where
12         you treat patients?
13    A    No, it's mostly medical-legal consulting.  I
14         see a small trickle of patients for treatment.
15    Q    And a small trickle.  What does that mean,
16         like, less than five?
17    A    A couple -- yes, yeah.  Yeah, just a few
18         patients a month.
19    Q    Friends or relatives or that kind of stuff?
20    A    Yeah, and old patients sometimes.
21    Q    And old patients.  Okay.  How long has it been
22         since you've actually had a thriving practice,
23         if you will?
24    A    I'm thinking about eight or nine years.
25    Q    All right.  Now, these medical exams that you

| | | |
|---|---|---|
| 1 | | do, again, just some background information. |
| 2 | | How many would you say you do on a weekly |
| 3 | | basis? |
| 4 | A | Probably average about four. |
| 5 | Q | About four. Okay. All right. And other than |
| 6 | | the brief, few patients that you see, do you |
| 7 | | have any other verses of active income? |
| 8 | A | No. |
| 9 | Q | And I know we got an invoice from you on this |
| 10 | | case, and I believe it was about $3,000 if I |
| 11 | | remember correctly. |
| 12 | A | Independent medical exam, flat fee, $3,000, |
| 13 | | correct. |
| 14 | Q | Are there additional charges for -- because in |
| 15 | | this particular case you've had a secondary |
| 16 | | report. |
| 17 | A | Yeah. Yeah. |
| 18 | Q | And do you know what that was? |
| 19 | A | No, but, I mean, I'll be glad to find out for |
| 20 | | you. It depends on how involved it was. |
| 21 | | There's been several reports, but, yes, there |
| 22 | | are additional fees associated with that |
| 23 | | because that's extra work. |
| 24 | Q | That's fine. I'm going to ask you just some |
| 25 | | general questions about such things as anatomy, |

```
 1                  COMMONWEALTH OF KENTUCKY
 2          IN THE CIRCUIT COURT OF GREENUP COUNTY
 3                         DIVISION 2
 4            CIVIL ACTION FILE NO. 18-CI-00552
 5
 6    KEVIN QUALLS, EXECUTOR OF THE ESTATE OF DONALD E.
 7                     QUALLS, DECEASED,
 8                          Plaintiff
 9
10                             V.
11
12   RUSSELL ALZHEIMER'S INVESTORS, LLC D/B/A THE LANTERN AT
13      MORNING POINTE ALZHEIMER'S CENTER of EXCELLENCE,
14                       RUSSELL, ET AL.,
15                         Defendants
16
17
18
19
20
21
22
23   DEPONENT:   TIM KRISS, M.D.
24   DATE:       JANUARY 12, 2022
25   REPORTER:   KRYSTAL BARNES
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  okay.  It is, I'm going to screen share now.  Do you
2  need this to be any larger?  I can zoom in.
3          THE WITNESS:  Fine with me.
4          MS. CIRCEO:  Yeah, I can read it.
5          COURT REPORTER:  Okay.
6  BY MS. CIRCEO:
7      Q    Okay, so this starts with your billing --
8      A    Charges.  Yeah.
9      Q    And you charge $3,000 for IMEs.  Tell me how
10 long you've been doing expert work.
11     A    20 years, 23 years, probably back to the late
12 nineties.
13     Q    Okay.  And would you say the bulk of your
14 expert work is doing IMEs?
15     A    Yes.
16     Q    And would you say over 90 percent?
17     A    Yes.
18     Q    Is that correct?
19     A    Yes.
20     Q    More than 90 percent?
21     A    Well, records reviews, testimony, depositions,
22 things that are related to those.
23     Q    Okay.
24     A    But it's all the same, it's all the same
25 expert consulting, which I think is what you're asking.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

The Deposition of TIM KRISS, M.D., taken on January 12, 2022                    12

```
 1        Q    Yeah.  I'm just asking, you charge $3,000 for
 2   an independent medical examination and report.  And
 3   would you say almost up to like 98 percent, 99 percent
 4   of your expert work is doing independent medical
 5   examinations?
 6        A    Yes.
 7        Q    And about how many do you do a year?
 8        A    Oh, about four a week for about 10 months of
 9   the year, maybe.  I'm not, it depends on the no-show
10   rate.
11        Q    Okay.
12        A    Maybe a little less than that.
13        Q    All right.  And you've been doing that for 23
14   years, is that --
15        A    Well, not at that rate, but I do now at that
16   rate, but not previously at that rate, no.
17        Q    How long have you charged that rate?
18        A    A few years.
19        Q    I'm sorry, I couldn't hear you.
20        A    A few years.
21        Q    A few years.  Okay.  And what percentage of
22   your work is the independent medical examination?  Are
23   you typically hired by the defense or the plaintiff or
24   court appointed or they agree on you?  How does it
25   usually come about?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A   Overall, I would say that overall, about
2   probably 80 percent defense, 20 percent plaintiff,
3   maybe, I'm guessing, over the totality of it all.  Maybe
4   something under 5 percent where it's joint or a judge,
5   maybe 5 percent or 10 percent case manager or adjuster.
6   So maybe a little less than, I guess you'd bring that
7   80 percent back down to 70 percent or something like
8   that for the --
9   Q   Right.  And how long does it, sorry, how long
10  does it take you to do an independent medical
11  examination and report, typically?
12  A   You mean time, duration of hours to do it?  Or
13  you mean how long before I can get it done?
14  Q   Well, you said you do about four a week.  So
15  you do four different independent medical examinations a
16  week, approximately?
17  A   Yeah, if they all show up.
18  Q   Okay.  All right.
19  A   But there's a very high no-show rate.  My
20  no-show rate is anywhere between 20 percent and 40
21  percent. I had three no shows today.
22  Q   So you had actually three scheduled today.  Do
23  you typically do all your IMEs on the same day?
24  A   I had -- I had five scheduled and three of
25  them didn't show, so if I'm down on paper, it looks like

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                COMMONWEALTH OF KENTUCKY
                  JEFFERSON CIRCUIT COURT
 2                      DIVISION 4
                CIVIL ACTION NO. 20-CI-005265
 3

 4  JACULINE RAGSDALE,          )  DEPOSITION TAKEN ON
    INDIVIDUALLY, AND AS NEXT   )  BEHALF OF PLAINTIFF
 5  FRIEND OF CAYDEN CLARK,     )       BY:  NOTICE
    A MINOR, AND CLINTON        )
 6  RAGSDALE                    )
                                )
 7            PLAINTIFFS        )
                                )
 8  VS:                         )
                                )
 9  TRISTAN DRURY AND GEICO     )
    INDEMNITY COMPANY           )  WITNESS:
10                              )
              DEFENDANTS        )  TIMOTHY C. KRISS, M.D.
11

12                    * * * * * * * *

13              Date:  September 16, 2022

14              Time:  9:00 AM

15                    * * * * * * * *
```

**DE ROSA REPORTING 859-806-9059**

Page    1

1       The witness, DR. TIMOTHY KRISS, having been
2       first duly sworn, was examined and testified as
3       follows:
4                     CROSS-EXAMINATION
5       By Mr. Kirtley:
6               Mr. KIRTLEY: Good morning, sir.  How
7               are you doing today?
8               WITNESS:    Good morning.
9               Mr. KIRTLEY: I'm Hal Kirtley, one of
10              the attorneys representing the
11              Plaintiffs in this case.
12       Q   My understanding is that you're a
13      Board-certified neurosurgeon; is that correct?
14       A   Correct.
15       Q   How long have you been a practicing
16      neurosurgeon?
17       A   Since '96.
18       Q   And tell me about what a practicing
19      neurosurgeon does, in general if you can, so I
20      can understand a little bit about what this type
21      of doctor does.
22       A    Neurosurgeons are doctors who have
23      extra training to take care of the brain, the
24      spinal cord, the nerves of the body and the
25      structures that protect them, including the

```
 1    spine.
 2         Q    And tell me specifically about your
 3    practice, what types of patients you see, that
 4    sort of thing.
 5         A    Well, currently, I do overwhelmingly
 6    legal consultations like this where I see people
 7    for attorneys or for expert opinions.  I still
 8    see patients, but only one or two a month, and
 9    usually I don't charge them, so I don't make any
10    income from seeing patients anymore.  I stopped
11    doing surgery about ten years ago.
12         Q    Okay.  So 100 percent of your income is
13    from doing --
14         A    Correct.
15         Q    -- expert work?
16         A    Correct.
17         Q    Do you make about $350,000 to $450,000
18    a year doing expert work?
19         A    That's about right.
20         Q    Has that been your average for about
21    the last ten to twelve years?
22         A    On average, yeah.  It can -- it can
23    swing low and it can swing high, but that's
24    probably a pretty good average.
25         Q    Ninety-nine to 100 percent of the time
```