**Invoice by Vendor List**
Hamm, Milby & Ridings, PLLC

Page: 1

| Voucher # | Invoice # | Inv Date | Due Date | Inv Amount | Disc Amount | Disc Date | Net Amount | 1099 | Ref # | Description | Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1557** | **NEUROSURGERY & SPINE SPECIALIST PSC** | | | | | | | | | | |
| | | 072220 | 072220 | 800.00 | | P | 800.00 | Y | | DEPO OF TIMOTHY C. KRISS, M.D. | * 1 |
| | Client: | | | | | | | | 07/22/2020 | TCode: 201 A Paid 800.00 Arch | |
| | | 091620 | 091620 | 3,000.00 | | P | 3,000.00 | Y | | ; Independent Medical TIMOTHY C. KRISS, M.D. | 1 |
| | Client: | | | | | | | | 10/06/2020 | TCode: 201 A Paid 3,000.00 Arch | |
| | | 091720 | 091720 | 800.00 | | P | 800.00 | Y | | ; DEPO OF TIMOTHY C. KRISS, M.D. | * 1 |
| | Client: | | | | | | | | 09/17/2020 | TCode: 201 A Paid 800.00 Arch | |
| | | 100720 | 100720 | 3,000.00 | | P | 3,000.00 | Y | | ; IME TIMOTHY C. KRISS, M.D. | * 1 |
| | Client: | | | | | | | | 10/07/2020 | TCode: 201 A Paid 3,000.00 Arch | |
| | | 101420 | 101420 | 150.00 | | P | 150.00 | Y | | ; Medical Records Stack | * 1 |
| | Client: | | | | | | | | 10/14/2020 | TCode: 201 A Paid 150.00 Arch | |
| | | 102120 | 102120 | 900.00 | | P | 900.00 | Y | | Medical Records review by Dr.Kriss | * 1 |
| | Client: | | | | | | | | 10/21/2020 | TCode: 201 A Paid 900.00 Arch | |
| | | 102120 | 102120 | 800.00 | | P | 800.00 | Y | | ; Deposition of Dr.Kriss | * 1 |
| | Client: | | | | | | | | 10/21/2020 | TCode: 201 A Paid 800.00 Arch | |
| | | 111820 | 111820 | 200.00 | | P | 200.00 | Y | | Supplement Medical Report by Dr.Kriss | * 1 |
| | Client: | | | | | | | | 11/18/2020 | TCode: 201 A Paid 200.00 Arch | |
| | | 120920 | 120920 | 400.00 | | P | 400.00 | Y | | ; Medical Review Dr.Kriss; | * 1 |
| | Client: | | | | | | | | 12/09/2020 | TCode: 201 A Paid 400.00 Arch | |
| | | 022421 | 022421 | 1,600.00 | | P | 1,600.00 | Y | 14 | ; Medical Review Dr.Kriss; | * 1 |
| | Client: | | | | | | | | 02/24/2021 | TCode: 201 A Paid 1,600.00 Arch | |
| | | 032321 | 032321 | 750.00 | | P | 750.00 | Y | | Medical Review Dr. T. Kriss: H. Ball | * 1 |
| | Client: | | | | | | | | 03/23/2021 | TCode: 201 A Paid 0.00 Arch | |
| | Client: | | | | | | | | 03/23/2021 | TCode: 201 A Paid 750.00 Arch | |
| | | 011224 | 011224 | 3,300.00 | | P | 3,300.00 | Y | 30 | IME - Dr. Kriss- Charles Walden- | 1 |
| | Client: | | 5489.04 | National Indemnity Co. Enterprise Services Group v. Walden | | | | | 01/12/2024 | TCode: 201 A Unpaid 3,300.00 34 | |
| | | | | | | | | | | **Record Review and Report - JMR** | |
| | C WALDEN | 032524 | 032524 | 350.00 | | P | 350.00 | Y | 31 | IME Expert - | * 1 |
| | Client: | | 5489.04 | National Indemnity Co. Enterprise Services Group v. Walden | | | | | 03/25/2024 | TCode: 201 A Unpaid 350.00 35 | |
| | | 030222 | 030222 | 8,000.00 | | P | 8,000.00 | Y | 21 | IME- | * 1 |
| | Client: | | | | | | | | 03/02/2022 | TCode: 201 A Paid 8,000.00 Arch | |
| | | 011222 | 011222 | 200.00 | | P | 200.00 | Y | 19 | IME: | * 1 |
| | | 102721 | 102721 | 3,000.00 | | P | 3,000.00 | Y | 18 | IME: | * 1 |
| | Client: | | | | | | | | 10/27/2021 | TCode: 201 A Paid 3,000.00 Arch | |

Date: 04/08/2024 **Invoice by Vendor List** Page: 2
Hamm, Milby & Ridings, PLLC

| Voucher # | Invoice # | Inv Date | Due Date | Inv Amount | Disc Amount | Disc Date | Net Amount | 1099 | Ref # | Description | | | | | Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 041822 | 041822 | 3,000.00 | | P | 3,000.00 | Y | 23 | IME - | | | | * | 1 |
| | Client: | | | | | | | | 04/18/2022 | TCode: 201 | A | Paid | 3,000.00 | Arch | |
| | IME | 070622 | 070622 | 600.00 | | P | 600.00 | Y | 25 | IME - | | | | | 1 |
| | Client: | | | | | | | | 07/06/2022 | TCode: 201 | A | Paid | 600.00 | Arch | |
| | | 090722 | 090722 | 1,000.00 | | P | 1,000.00 | Y | 26 | Sup Med Rpt 8/22 - | | | | | 1 |
| | Client: | | | | | | | | 09/07/2022 | TCode: 201 | A | Paid | 1,000.00 | Arch | |
| | | 092822 | 092922 | 400.00 | | P | 400.00 | Y | 28 | Pre-Depo Conf - | | | | | 1 |
| | Client: | | | | | | | | 09/28/2022 | TCode: 201 | A | Paid | 400.00 | Arch | |
| | | 033022 | 033022 | 3,000.00 | | P | 3,000.00 | Y | 22 | IME - | | | | * | 1 |
| | Client: | | | | | | | | 03/30/2022 | TCode: 201 | A | Paid | 3,000.00 | Arch | |
| | | 092122 | 092122 | 800.00 | | P | 800.00 | Y | 27 | Rev of MRIs 9/14 - | | | | | 1 |
| | Client: | | | | | | | | 09/21/2022 | TCode: 201 | A | Paid | 800.00 | Arch | |
| | | 012523 | 012523 | 800.00 | | P | 800.00 | Y | 29 | Depo- Dr. Kriss - | | | | | 1 |
| | Client: | | | | | | | | 01/25/2023 | TCode: 201 | A | Paid | 800.00 | Arch | |