| | | |
|---|---|---|
| Marcia Milby Ridings<br>James A. Ridings<br>R. Aaron Hostettler | **Hamm, Milby & Ridings PLLC** | Jay Milby Ridings<br>Kelly Kirby Ridings<br>Kelsey Lee Bryant |

January 11, 2024

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475

Re: United States District Court
    Eastern District of Kentucky
    Lexington Division
    Case No. 5:22-cv-00238-KKC
    Charles L. Walden
    Vs. Enterprise Services Group, LLC, Clarence M. Howard,
        National Indemnity Group of Insurance Companies or
        National Indemnity Company, Vince Kline and
        Progressive Casualty Insurance Company

Dear Mr. Morrin:

Please be advised that I have scheduled an IME for your client with Dr. Timothy Kriss for **Friday, April 12, 2024, at 9:15 a.m.** The IME will be at 100 Providence Way, 2nd Floor, Nicholasville, Kentucky. I am enclosing a copy of the map to Dr. Kriss' office, as well as the Check-In Process. Please make sure that Mr. Walden is there on time. I am also enclosing a check in the amount of $50.00 payable to Mr. Walden for his travel expenses.

As you know, I have sent updated discovery to you to make sure I have absolutely everything in connection with this case. Please make sure that discovery is answered in a timely manner so that I can get the documentation to Dr. Kriss.

Thank you for your cooperation in this matter.

Very sincerely yours,

HAMM, MILBY & RIDINGS

By: _____
    Marcia Milby Ridings

120 North Main Street ~ London, Kentucky 40741-1369
Ph: (606) 864-4126 ~ Fax: (606) 878-8144
marcia@hmrkylaw.com

**EXHIBIT A**

MMR/kc

Enclosures: As Indicated

**EXHIBIT A**

HAMM, MILBY & RIDINGS, PLLC

53848

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 2635 Walden/Charles | | | | |
| 01/12/2024 | Exp-C Walden-Travel to Lexington-Enterprise v Walden 5489.04 | 5489.04 | 50.00 | | 50.00 |

| CHECK DATE | CONTROL NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/12/2024 | 53848 | TOTALS ▶ | Gross: | 50.00 | Ded: | 0.00 Net: | 50.00 |

53848

**HAMM, MILBY & RIDINGS, PLLC**
120 NORTH MAIN STREET
LONDON, KY 40741
(606) 864-4126

Cumberland Valley National Bank & Trust Company
LONDON • CORBIN, KENTUCKY

73-482/421

| DATE | CHECK | AMOUNT |
|---|---|---|
| 01/12/2024 | 53848 | *****$50.00 |

*** FIFTY & 00/100 DOLLARS

PAY TO THE ORDER OF

Walden/Charles

AUTHORIZED SIGNATURE

⑆053848⑆ ⑈042104825⑈ 400 397 7⑈

HAMM, MILBY & RIDINGS, PLLC

53848

ODUCT SSLM252   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop




**EXHIBIT A**