| | |
|---|---|
| **From:** | cm_ecf@kyed.uscourts.gov |
| **To:** | cm_d_ecf@kyed.uscourts.gov |
| **Subject:** | Activity in Case 5:22-cv-00238-KKC-EBA Walden v. Enterprise Services Group, LLC et al File Submitted |
| **Date:** | Wednesday, March 27, 2024 9:18:34 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 3/27/2024 at 9:18 AM EST and filed on 3/27/2024

**Case Name:**   Walden v. Enterprise Services Group, LLC et al
**Case Number:**   5:22-cv-00238-KKC-EBA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*FILE SUBMITTED TO CHAMBERS of Judge Edward B. Atkins for review: [119] Response in Opposition to Motion, [115] EMERGENCY MOTION to Compel by Enterprise Services Group, LLC, Clarence M. Howard, [118] Order (KMP)**


**5:22-cv-00238-KKC-EBA Notice has been electronically mailed to:**

Gregg E. Thornton     gthornton@whtlaw.com, dclay@whtlaw.com

Marcia Milby Ridings     mmridings@hmrkylaw.com, fran@hmrkylaw.com, jridings@hmrkylaw.com, kcrawford@hmrkylaw.com, kypacer@recap.email

Mindy G. Barfield     mindy.barfield@dinsmore.com, patty.doyle@dinsmore.com

James Milby Ridings     jridings@hmrkylaw.com, jridings@recap.email, julie@hmrkylaw.com, ridingsj@gmail.com

Shadette Page Johnson     shaye.johnson@dinsmore.com, elissa.lizer@dinsmore.com, paige.hampton@dinsmore.com

Jillian Dove House     jillian.house@whtlaw.com, dclay@whtlaw.com


**EXHIBIT B**



Robert A. Morrin     rob@morrinlawoffice.com, johnna@morrinlawoffice.com, rachel@morrinlawoffice.com

Catherine L. Coldiron Joseph     catie.coldironjoseph@whtlaw.com

**5:22-cv-00238-KKC-EBA Notice will not be electronically mailed to:**

**EXHIBIT B**