| | |
|---|---|
| **From:** | Robert Morrin |
| **To:** | Jay Milby Ridings; Marcia Ridings |
| **Cc:** | Rachel Gaines; charleswalden@projects.filevine.com |
| **Subject:** | Order for IME Less Than 24 Hrs. |
| **Date:** | Thursday, April 11, 2024 4:33:08 PM |

Marci and Jay,

We are trying to find a number for Dr. Kriss to confirm he has the IME appointment scheduled tomorrow. Do you have a number for him or can you confirm the appointment is still scheduled on his end?

Additionally, our client has no transportation to get to the IME tomorrow. The rehab facility he is in has transportation services but there are none available for tomorrow morning at 9am. Are you agreeable to rescheduling the IME so my client may attend, now that the Court has finally issued its Order?

Thank you,

Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

*Learn about us!*



**We  Referrals!**

**Statement of Confidentiality**:
**This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.**