| | |
|---|---|
| **From:** | Robert Morrin |
| **To:** | Robert Morrin |
| **Cc:** | Jay Milby Ridings; Marcia Ridings; Rachel Gaines; charleswalden@projects.filevine.com |
| **Subject:** | Re: Order for IME Less Than 24 Hrs. |
| **Date:** | Thursday, April 11, 2024 5:22:01 PM |

Marcia and Jay,

Following up on this. I've not been able to find private transportation this late for tomorrow. I did receive a quote for transport of $550-$600. We have received a check for $50, but that's going to be insufficient last minute, even if a transport were available.

I've gone ahead and filed an emergency motion. Let me know if there's a way forward without additional motion practice on this issue.

Thanks,
Rob

Sent from my iPhone.

> On Apr 11, 2024, at 4:32 PM, Robert Morrin <morrinlaw@gmail.com> wrote:
>
>
> Marci and Jay,
>
> We are trying to find a number for Dr. Kriss to confirm he has the IME appointment scheduled tomorrow. Do you have a number for him or can you confirm the appointment is still scheduled on his end?
>
> Additionally, our client has no transportation to get to the IME tomorrow. The rehab facility he is in has transportation services but there are none available for tomorrow morning at 9am. Are you agreeable to rescheduling the IME so my client may attend, now that the Court has finally issued its Order?
>
> Thank you,
>
> Rob
>
> 
>
> **Robert A. Morrin**
>
> Morrin Law Office
> 214 West Main Street
> Richmond, KY 40475

**EXHIBIT D**

859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

*Learn about us!*



**We  Referrals!**

**Statement of Confidentiality**:
**This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.**

**EXHIBIT D**