UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN                         )
                                          )
        Plaintiff,                        )        **CASE NO. 5:22-CV-00238-KKC**
                                          )
VS.                                       )
                                          )
                                          )        **DEFENDANTS' REPLY IN SUPPORT**
                                          )        **OF SECOND MOTION TO MODIFY**
ENTERPRISE SERVICES GROUP, LLC,           )        **SCHEDULING ORDER**
*et al.*                                   )
                                          )
        Defendants.                       )
                                          )

The Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, and for their Reply in support of their Second Motion to Modify Scheduling Order (R. 128), briefly reply as follows:

Much like Plaintiff concurred with the specific extensions requested vis-à-vis Defendants' motion, *see* R. 131, Plaintiff's Response at p. 2, so too do Defendants concur with Plaintiffs' assessment that the case is on track to proceed with trial as currently scheduled.

WHEREFORE, Defendants respectfully request the entry of an Order sustaining Defendants' Second Motion to Modify (R. 128) and reassigning the currently unexpired deadlines as follows:

1.  Defendants' deadline to identify expert witnesses and file required disclosures: July 1, 2024;

2.  Parties' deadline to complete fact and expert witness discovery: August 1, 2024; and

3.  Deadline to file dispositive and *Daubert* motions: September 3, 2024.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC

120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
EMAIL:  jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD


By:  /s/ Jay Ridings
      JAY MILBY RIDINGS


CERTIFICATE OF SERVICE

     I hereby certify that on the 26th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


      /s/ Jay Ridings
      COUNSEL FOR DEFENDANTS, ENTERPRISE
      SERVICES GROUP, LLC and CLARENCE M.
      HOWARD