UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| **CHARLES L. WALDEN,** | **CIVIL NO. 5:22-238-KKC-EBA** |
| **Plaintiff,** | |
| V. | **ORDER** |
| **ENTERPRISE SERVICES GROUP, LLC** *et al.*, | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's Motion to Compel Plaintiff to attend a Rule 35 examination. (DE 115.) The parties briefed the matter, and Magistrate Judge Edward Atkins granted the Motion ordering Plaintiff to appear at the examination the following day. (DE 122.) After the Motion was granted, Plaintiff filed an Emergency Motion for Relief stating that he did not have time to organize transportation to the examination and asking the Court to reschedule the examination. (DE 123.) The Court granted Plaintiff's request and deferred the original motion. (DE 124.) Further, the Court ordered the parties to submit any further briefings they wished to on the matter. (DE 125.)

Both parties submitted additional briefing on the Motion to Compel. The Court has reviewed the further briefings as well as Judge Atkins' order granting the Motion to Compel. In his additional briefing, Plaintiff does not offer any new arguments as to why the Motion should not be granted. Therefore, Judge Atkins' order has addressed all of Plaintiff's arguments. The Court has reviewed Judge Atkins' order and agrees with its analysis. Accordingly, the Court orders as follows:

1. Defendants' Motion to Compel Fed. R. Civ. P. 35 Examination (DE 115) is GRANTED; and

2. Plaintiff MUST submit to an examination by Dr. Timothy Kriss; and

3. Within seven days of the entry date of this order, the parties must submit an agreed order setting forth the information required by Fed. R. Civ. P. 35(a)(2)(B). If the parties are unable to agree on the contents, they may submit separate proposed orders.

This 30th day of April, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY