UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |

Defendants amended

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO ALTER, AMEND, OR VACATE ORDER (R. 135)**

\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, CHARLES L. WALDEN, and for his Response to Defendants', Emergency Motion to Vacate Order (R. 135), hereby states as follows:

Plaintiff calculated the deadline to submit an agreed order or separate proposed orders to be May 7, 2024, not May 8, 2024. Thus expecting both parties to submit their proposed orders the evening of May 7, 2024, and emailing counsel for the Defendants to confirm the same, attached as Exhibits "A" and "B", Plaintiff submitted his proposed order to the Court, noting in bold that the parties disagreed on paragraph 10.

Furthermore, Plaintiff has reasonably relied on the Court's signed Order, and due to the impending exam scheduled for May 10, 2024 at 11:30 a.m., merely two (2) days after entry of the Order, Plaintiff has made arrangements for a videographer with Kentuckiana Court Reporters

1

to appear at the examination on short notice. Plaintiff attaches hereto as Exhibit "C" the confirmation of the videographer, received prior to Defendants' filing of their Emergency Motion to Alter, Amend, or Vacate.

**WHEREFORE**, Plaintiff respectfully requests this Court deny Defendant's Emergency Motion.

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/*Robert A. Morrin*  
Hon. Robert A. Morrin (KBA # 94368)  
214 West Main Street  
Richmond, KY 40475  
(859) 358-0300  
*Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

 /s/*Robert A. Morrin*  
Hon. Robert A. Morrin (KBA # 94368)  
MORRIN LAW OFFICE  
*Counsel for Plaintiff*