**From:** Robert Morrin <morrinlaw@gmail.com>
**Date:** May 7, 2024 at 4:13:26 PM EDT
**To:** Jay Milby Ridings <jridings@hmrkylaw.com>
**Subject: Fwd: Walden v. Enterprise - Proposed Agreed Order re: CR 35 Exam**

Hi Jay,

I have attached Plaintiff's Proposed Order which contains paragraph 10 regarding video recording the examination.

Thank you,
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

*Learn about us!*