**From:** Robert Morrin <morrinlaw@gmail.com>
**Date:** May 7, 2024 at 4:25:14 PM EDT
**To:** Jay Milby Ridings <jridings@hmrkylaw.com>
**Subject: Re: Walden v. Enterprise - Proposed Agreed Order re: CR 35 Exam**

EXHIBIT

B

I'm going to go ahead and file this one. Not a problem if you include it with your filing as well.

Thanks,
Rob



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
www.MorrinLawOffice.com

*Learn about us!*

