

**EXHIBIT C**

Rachel Gaines <rachel@morrinlawoffice.com>

## 05/10/2024 Video Exam - Charles Walden

**Scheduling Department** <schedule@kentuckianareporters.com>   Wed, May 8, 2024 at 1:09 PM
To: Rachel Gaines <rachel@morrinlawoffice.com>
Cc: Rob Morrin <rob@morrinlawoffice.com>

Thank you! I will get this added to our calendar & will re-confirm 24 hours prior.



### Kristina Calhoun & McKenna Watson

Scheduling Team

**Kentuckiana Court Reporters**

**A:** 730 West Main Street, Suite 101, Louisville, KY 40202

**P:** (502) 589-2273   **F:** (502) 584-0119

**E:** Schedule@kentuckianareporters.com

 

➜ Schedule your next deposition today!

Visit Our Online Remote Deposition Guide |

---

**From:** Rachel Gaines <rachel@morrinlawoffice.com>
**Sent:** Wednesday, May 8, 2024 11:09 AM
**To:** Scheduling Department <schedule@kentuckianareporters.com>
**Cc:** Rob Morrin <rob@morrinlawoffice.com>
**Subject:** 05/10/2024 Video Exam - Charles Walden

[Quoted text hidden]