UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHARLES L. WALDEN,**      **Plaintiff,**  v.  **ENTERPRISE SERVICES GROUP, LLC,** *et al.*,      **Defendants.** | **CIVIL ACTION NO. 5:22-238-KKC**  **ORDER** |

\*\*\* \*\*\* \*\*\*

The Court hereby ORDERS that the Defendants' emergency motion (DE 136) to vacate the Court's prior order entered on this date is GRANTED. The order that the Court entered was filed by plaintiff Charles L. Walden and designated as a "Proposed Agreed Order." The Court entered the order under the belief that all parties had agreed to it. The order directed Walden to submit to a medical examination and set forth certain terms and conditions for the examination.

In the current motion, Defendants explain that the order contains one term that they did not agree to: that the medical examination be video recorded. Defendants tender a proposed order that contains the same terms and conditions as the order tendered by Walden but does not include the condition that the examination be video recorded.

The Court will enter the Defendant's proposed order. The Court agrees with Judge Atkins' determination that Walden has not shown good cause to record the examination. Further, any interest he may have in recording the examination is outweighed by the need to avoid unnecessary disruption and obstruction caused by the presence of a videographer at the examination.

1

Accordingly, the Court hereby ORDERS as follows:

1) Defendants' emergency motion (DE 136) to vacate the Court's prior order entered on this date is GRANTED; and

2) the Court will enter the proposed order tendered by the Defendants (DE 136-2).

This 8th day of May, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

2