UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| **CHARLES L. WALDEN,** | **CIVIL NO. 5:22-238-KKC** |
| **Plaintiff,** | |
| V. | **ORDER** |
| **ENTERPRISE SERVICES GROUP, LLC** *et al.,* | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

Pursuant to the Court's order granting Defendants' motion to compel entered on April 30, 2024 (DE 133), the Court hereby ORDERS the emergency motion for reconsideration filed by Plaintiff (DE 123) is DENIED.

This 13th day of May, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY