UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>)<br>)<br>ENTERPRISE SERVICES GROUP, LLC, )<br>*et al.* )<br>)<br>Defendants. )<br>) | **CASE NO. 5:22-CV-00238-KKC**<br><br>**EMERGENCY MOTION TO ENTER PROPOSED ORDER MODIFYING SCHEDULING ORDER TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE** |

Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, respectfully move the Court to enter Defendants' proposed order granting their second motion to modify the scheduling order that was filed on April 18, 2024. (R. 128-1, Proposed Order, at PgID# 922-23). Defendants file this emergency motion out of an abundance of caution because currently under the Scheduling Order, the expert discovery deadline is May 15, 2024. (R. 103, Amended Order, at PgID# 586). As thoroughly outlined in Defendants' Motion, Defendants seek modification of their expert disclosure deadline to give them additional time for the Court ordered CR 35 exam of Plaintiff, which has been rescheduled due to Plaintiff's inability to attend the originally scheduled exam. (R. 128, Second Motion to Modify). Further, Plaintiff has filed a response concurring with the specific extensions requested vis-à-vis Defendants' motion. (R. 131, Plaintiff's Response). Due to the timely nature of the expert disclosure deadline currently set, Defendants request this matter be expedited.

WHEREFORE, Defendants respectfully request an Emergency Order sustaining Defendants' Second Motion to Modify (R. 128) and reassigning the currently unexpired deadlines as follows:

1. Defendants' deadline to identify expert witnesses and file required disclosures: July 1, 2024;

2. Parties' deadline to complete fact and expert witness discovery: August 1, 2024; and

3. Deadline to file dispositive and *Daubert* motions: September 3, 2024.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD
By: __/s/ Marcia Milby Ridings_____
       MARCIA MILBY RIDINGS

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

__/s/Marcia Milby Ridings_____
COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC and CLARENCE M. HOWARD