

**KENTUCKY COURT OF JUSTICE**

22-CI-00345

**WALDEN, CHARLES L VS. ENTERPRISE SERVICES GROUP, LLC ET AL**

**MADISON CIRCUIT COURT**
Filed on **08/10/2022** as **AUTOMOBILE** with **HON. COLE A. MAIER**
Disposition on **09/23/2022** of **OTHER** by **HON. COLE A. MAIER**
**** NOT AN OFFICIAL COURT RECORD ****

| **Case Memo** | **22-CI-00345** |
|---|---|
| AUTOMOBILE;;;;;;; REMOVED TO FEDERAL COURT ; | |

| **Parties** | **22-CI-00345** |
|---|---|

**ENTERPRISE SERVICES GROUP, LLC** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists. Alternative Service Address exists.

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS**
*RETURN CARD RECEIVED, NO SIGNATURE CONFIRMATION*

**HOWARD, CLARENCE M** as **DEFENDANT / RESPONDENT**

**Memo**
Alternative Service Address exists.

**Address**
320 FAIRBURN ROAD SW
ATLANTA GA 30331

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*RETURNED UNSERVED TO SOS BY USPS, NOTE FROM USPS INSUFFICIENT ADDRESS, RTS, UTF*

**KLINE, VINCE** as **DEFENDANT / RESPONDENT**

**Address**
P.O. BOX 31361
OMAHA NE 68131

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** served / recalled on **09/07/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*RETURN RECIEPT UNDATED, SIGNED BY EDWARD SEIFERT*

**NATIONAL IDEMNITY GROUP OF INSURANCE CO** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** served / recalled on **08/29/2022** by way of **LONG ARM STATUTE - SOS**
*SIGNED BY KIMBERLY WHITE*

**PROGRESSIVE CASUALTY INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** served / recalled on **08/17/2022** by way of **CERTIFIED MAIL**
*9236090194038386047567;Successfu l*

**WALDEN, CHARLES L** as **PLAINTIFF / PETITIONER**
**BARFIELD, MINDY G** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| DINSMORE & SHOHL, LLP |
| 100 WEST MAIN STREET, SUITE 900 |
| LEXINGTON KY 40507 |

**MORRIN, ROBERT ANDREW** as **ATTORNEY FOR PLAINTIFF**

| Address |
|---|
| 214 WEST MAIN STREET |
| RICHMOND KY 40475 |

**RIDINGS, MARCIA MILBY** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| HAMM, MILBY & RIDINGS PLLC |
| 120 N. MAIN ST |
| LONDON KY 40741 |

**THORNTON, GREGG** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| WARD, HOCKER & THORNTON, PLLC |
| 333 W. VINE STREET, SUITE 1100 |
| LEXINGTON KY 40509 |

**THORNTON, GREGG** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| WARD, HOCKER & THORNTON, PLLC |
| 333 W. VINE STREET, SUITE 1100 |
| LEXINGTON KY 40509 |

**CT CORPORATION SYSTEM** as **REGISTERED AGENT OF SERVICE**

| Memo |
|---|
| Related party is PROGRESSIVE CASUALTY INSURANCE COMPANY |

| Address |
|---|
| 306 WEST MAIN STREET |
| SUITE 512 |
| FRANKFORT KY 40601 |

**ENTERPRISE SERVICES GROUP, LLC** as **ALTERNATIVE SERVICE ADDRESS**

| Address |
|---|
| 255 SW WALKER STREET |
| ATLANTA GA 30313 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS** |
| *RETURNED UNSERVED FROM USPS VIA SOS, "NOT DELIVERABLE AS ADDRESSED, UTF"* |

**HOWARD, CLARENCE M** as **ALTERNATIVE SERVICE ADDRESS**

| Address |
|---|
| 2350 COBB PKWY SE |
| APT 19K |
| SMYRNA GA 30080 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY** |
| *RTS 11/28/2022ATTEMPTED- NOT KNO WN* |

**JIMENEZ, JOVIR** as **REGISTERED AGENT OF SERVICE**

| Memo |
|---|

| | |
|---|---|
| | Related party is ENTERPRISE SERVICES GROUP, LLC |
| **Address** | |
| | 135 NAKOMIS PLACE |
| | ALPHARETTA GA 30004 |

**MEHTA, RAJ R** as **REGISTERED AGENT OF SERVICE**

| | |
|---|---|
| **Memo** | |
| | Related party is NATIONAL IDEMNITY GROUP OF INSURANCE CO |
| **Address** | |
| | 1314 DOUGLAS STREET |
| | SUITE 1400 |
| | OMAHA NE 68102 |

| Documents | 22-CI-00345 |
|---|---|
| **COMPLAINT / PETITION** filed on **08/10/2022** | |
| **CERTIFICATE OF MAILING** filed on **08/17/2022** | |
| 70200640000131845223CM TO SOS FO R ENTERPRISE | |
| **CERTIFICATE OF MAILING** filed on **08/17/2022** | |
| 70200640000131845230CM TO SOS FO R VINCE KLINE | |
| **CERTIFICATE OF MAILING** filed on **08/17/2022** | |
| 70200640000131845254CM TO SOS FO R HOWARD | |
| **CERTIFICATE OF MAILING** filed on **08/17/2022** | |
| 70200640000131845247CM TO SOS FO R HOWARD ASA | |
| **CERTIFICATE OF MAILING** filed on **08/17/2022** | |
| 70200640000131845216CM TO SOS FO R JOVIR JIMENEZ | |
| **CERTIFICATE OF MAILING** filed on **08/17/2022** | |
| 70200640000131845209CM TO SOS FO R MEHTA | |
| **RETURN OF SERVICE** filed on **08/22/2022** | |
| 7020 0640 0001 3184 5261SOS RECI EVED 08/19/22 FOR KY PARTNERS LLC | |
| **RETURN OF SERVICE** filed on **08/22/2022** | |
| 7020 0640 0001 3184 5223SOS RECI EVED ON 08/19/22ENTERPRISE SERVI CE CORP | |
| **RETURN OF SERVICE** filed on **08/22/2022** | |
| 7020 0640 0001 3184 5216SOS RECI EVED 08/19/22JOVIR JIMINEZ | |
| **RETURN OF SERVICE** filed on **08/22/2022** | |
| 7020 0640 0001 3184 5254SOS RECI EVED 08/19/22HOWARD | |
| **RETURN OF SERVICE** filed on **08/22/2022** | |
| 7020 0640 0001 3184 5209SOS RECI EVED 08/19/22MEHTA | |
| **RETURN OF SERVICE** filed on **08/22/2022** | |
| 7020 0640 0001 3184 5230SOS RECI EVED 08/19/22VINCE KLINE | |
| **NOTICE OF COMPLIANCE** filed on **08/25/2022** | |
| **ANSWER AND CROSSCLAIM** filed on **09/09/2022** | |
| **NOTICE OF SERVICE** filed on **09/09/2022** | |
| **ANSWER** filed on **09/12/2022** | |
| **NOTICE OF SERVICE** filed on **09/13/2022** | |
| **NOTICE OF REMOVAL** filed on **09/22/2022** | |

| Images | 22-CI-00345 |
|---|---|
| **COMPLAINT / PETITION** filed on **08/10/2022**  *Page(s): 11* | |
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* | |
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* | |

| |
|---|
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* |
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* |
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* |
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* |
| **SUMMONS** filed on **08/10/2022**  *Page(s): 1* |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **08/10/2022**  *Page(s): 1* |
| **RECEIPT** filed on **08/12/2022**  *Page(s): 0* |
| **SUMMONS - RETURN OF SERVICE** filed on **08/22/2022**  *Page(s): 1* |
| **NOTICE - OTHER** filed on **08/25/2022**  *Page(s): 1* |
| **ANSWER AND CROSSCLAIM** filed on **09/09/2022**  *Page(s): 6* |
| **NOTICE - OTHER** filed on **09/09/2022**  *Page(s): 2* |
| **ANSWER** filed on **09/12/2022**  *Page(s): 11* |
| **NOTICE - OTHER** filed on **09/13/2022**  *Page(s): 2* |
| **NOTICE OF REMOVAL** filed on **09/22/2022**  *Page(s): 2* |

**\*\*\*\* End of Case Number : 22-CI-00345 \*\*\*\***