UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| CHARLES L. WALDEN, | CIVIL ACTION NO. 5:22-238-KKC |
| Plaintiff, | |
| v. | **ORDER** |
| ENTERPRISE SERVICES GROUP, LLC, *et al.*, | |
| Defendants. | |

*** *** ***

The Court hereby ORDERS the Second Motion to Modify Scheduling Order to Extend Defendants' Expert Disclosure Deadline (DE 141) is DENIED AS MOOT because a separate order grants the relief sought.

This 16th day of May, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1