UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)
Civil Action No. 5:22-CV-238-KKC

CHARLES L. WALDEN                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC, ET AL                    DEFENDANTS

* * * * * * * * * * * * *
**NOTICE OF DEPOSITION OF CLARENCE M. HOWARD**
* * * * * * * * * * * * *

Comes the Plaintiff, CHARLES L. WALDEN, by counsel, hereby gives notice that the deposition of Clarence M. Howard, will take place on **Friday, June 14, 2024** beginning at the hour of **11:00 a.m. (EST),** at Baker & Associates, Inc., 235 Peachtree Street, North Tower Suite 400, Atlanta, GA 30303.

Said depositions will be taken by a notary public or other official authorized by law to administer oaths, is being taken for purposes of discovery and for all other purposes allowed for by the Federal Rules of Civil Procedure, and shall continue from day to day until completed.

Respectfully submitted,

MORRIN LAW OFFICE


*/s/ Robert A. Morrin*
Hon. Robert A. Morrin (KBA# 94368)
214 West Main Street
Richmond, Kentucky 40475
859-358-0300
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via first class mail and/or electronic mail upon the following parties on this 22nd day of May, 2024:

Hon. Marcia Milby Ridings
Hon. Jay Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
marcia@hmrkylaw.com
jridings@hmrkylaw.com
*Counsel for Defendant, Clarence M. Howard*

Baker & Associates, Inc.
scheduling@janicebakerfirm.com
*Court Reporter*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
mindy.barfield@dinsmore.com
*Counsel for National Indemnity Company Vince Kline*

Hon. Gregg E. Thornton
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
gthornton@whtlaw.com
*Counsel for Progressive Insurance Company*

_/s/ Robert A. Morrin_____
Hon. Robert A. Morrin (KBA# 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*