UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN,                                                     PLAINTIFF,

V.                                     **ORDER**

ENTERPRISE SERVICES GROUP, *et al.*,                             DEFENDANTS.

*** *** *** ***

This matter is before the Court on Defense Counsel's request for a telephonic conference to discuss a written discovery dispute. Having considered the matter, and the Court being otherwise sufficiently advised,

IT IS ORDERED that this matter shall come before the Court for a telephonic conference call, originating from FRANKFORT, on FRIDAY, MAY 31, 2024, at 1:00 P.M. The parties' counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 919 409 539 (followed by #).

IT IS ALSO ORDERED that the parties shall submit short statements explaining the reason for the call to the undersigned by close of business on **Thursday, May 30, 2024.** Parties shall submit their statements via email to atkins_chambers@kyed.uscourts.gov.

Signed May 24, 2024.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**