UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5:22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **DEFENDANTS' INITIAL RULE 26** |
| | ) | **EXPERT DISCLOSURES** |
| ENTERPRISE SERVICES GROUP, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

The Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Order Granting Second Motion to Modify Scheduling Order (R. 145), submit the following as their Initial Expert Disclosures. Defendants reserve the right, and intend, to supplement their disclosures with supplemental CR 26 Reports from Dr. Kriss and accident reconstruction expert Eddie Crum.

**NON-RETAINED EXPERTS**

1. Michael A. Geile, MD, and Elizabeth A. Campbell, APRN
   Baptist Health Medical Group Primary Care
   107 Meridian Way, Ste 200
   Richmond, KY 40475

Dr. Geile and APRN Campbell and other providers associated with Baptist Health Medical Group Primary Care have served as one of Plaintiff Walden's primary care providers as early as August 3, 2020. Defendants plan to elicit testimony from Dr. Geile, Ms. Campbell, and other providers from this facility regarding treatment provided to Plaintiff beginning on August 3, 2020, to present. Defendants anticipate that said providers will offer testimony about Plaintiff's pre-existing injuries and conditions and post-accident improvement as documented in Plaintiff's

medical records from Baptist Health Medical Group Primary Care. The treatment records of which Defendants intend to elicit testimony have previously been provided to counsel of record.

It is anticipated that Dr. Geile and Ms. Campbell will testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical condition documented in Plaintiff's medical records from Baptist Health Medical Group Primary Care for treatment dates including, but not limited to, the following:

- 2020 – August 3, 8; September 14,
- 2021 – January 27
- 2022 – October 21
- 2023 – January 9; February 10

2. **Brett Lemmons, PT; Kathryn Hill, PT; Brandon Pederson, PTA; Joseph Maiden, PTA; Lucas Frasher, PT**
   **Results Physiotherapy**
   **843 Eastern Bypass, Suite 3**
   **Richmond, KY 40475**

Brett Lemmons, PT, Kathryn Hill, PT, Brandon Pederson, PTA, Joseph Maiden, PTA, and Lucas Frasher, PT (collectively "PT Providers") provided physical therapy treatment to Plaintiff from September 25, 2020, through February 9, 2021. Defendants anticipate that PT providers will testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical condition documented in Plaintiff's medical records from Results Physiotherapy for all encounters from September 25, 2020, through February 9, 2021, and the "Discharge Summary" dated March 3, 2021.

3. **Krystal Mullins, RN, and Amanda Nicole Young**
   **Saint Joseph Berea**
   **305 Estill St**
   **Berea, KY 40403**

Krystal Mullins, RN, and Amanda Nicole Young are anticipated to testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical

condition documented in Plaintiff's medical records from Saint Joseph Berea on September 24, 2022.

4. **Timothy Carroll, MD; Deborah Clark, RN; and all medical providers identified in 12/29/2022 Medical Record from Saint Joseph Berea**
   **Saint Joseph Berea**
   **305 Estill St**
   **Berea, KY 40403**

Dr. Carroll and RN Clark are expected to testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical condition documented in Plaintiff's medical records from Saint Joseph Berea on December 29, 2022.

5. **Michael Justin Price, MD; Victoria Bowlin, RN; Travis Blair Meccariello, PA-C; and all medical providers identified in 12/29/2022 to 12/30/2022 Medical Records from Saint Joseph Berea**
   **Baptist Health Richmond**
   **801 Eastern Bypass**
   **Richmond, KY 40475-2422**

Dr. Price, RN Bowlin, and PA-C Meccariello are expected to testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical condition documented in Plaintiff's medical records from Baptist Health Richmond from December 29, 2022, to December 30, 2022.

6. **All medical providers identified in Plaintiff's Rule 26 Expert Witness Disclosures, R. 97 at pp. 2-3, ¶ 4(a) – 4(e).**

All such medical providers are expected to testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical condition documented in Plaintiff's medical records from the respective providers.

7. **All medical providers identified in the medical records included within Defendants' combined document production, Enterprise_Howard 000185 – 012111.**

All such medical providers are expected to testify consistently with the treatment, observations, Plaintiff's complaints, Plaintiff's statements, and Plaintiff's physical condition documented in Plaintiff's medical records from the respective providers.

8. Any expert listed by any party – Defendants reserve the right to call any expert listed by any party as their own at the trial of this action.

9. Currently unknown rebuttal experts to the extent permitted by law and/or Federal Rules of Civil Procedure.

### RETAINED EXPERTS

1. **Timothy C. Kriss, M.D.**
   **Neurosurgery and Spine Specialist, PSC**
   **1100 McCauley Road**
   **Wilmore, KY 40390**

Dr. Kriss is a neurosurgeon and spine specialist; Board Certified by National Board Medical Examination I, II, III, and the American Board of Neurosurgery (lifetime certificate). For further details of Dr. Kriss' qualifications, please refer to the copy of Dr. Kriss' CV, attached hereto as **Exhibit A**.

Defendants anticipate Dr. Kriss will testify consistently with the facts, opinions, findings, and studies set forth in Dr. Kriss' Medical Evaluation Report (attached as **Exhibit B**). Additionally, Defendants anticipate that Dr. Kriss will testify consistently with the facts, opinions, findings, and studies detailed in a forthcoming supplemental report.

The evidence upon which Dr. Kriss relied in forming his opinions is detailed in his Medical Evaluation Report, **Exhibit B**. In addition to the materials described in Exhibit B, Dr. Kriss considered and/or will cite to and utilize as exhibits and summaries the material attached hereto as collective **Exhibit C**. Said evidence includes, but is not limited to, Dr. Kriss' examination of

4

Plaintiff Walden on May 10, 2024, Dr. Kriss' review of the evidentiary material described in Exhibit B, including, but not limited to the following:

i. <u>Plaintiff's Medical Records (by Provider)</u>: Don Han, PsyD; Rice, APRN; Highland APRN; Campbell, APRN; Chasteen, PAC; Embry, PAC; Stuffelbeam, PA; Dr. Tally; Dr. Kearney; Dr. Ebelhar; Dr. Tucker; Dr. Bailey; Dr. Gile; Dr. Grace; Dr. Akunonu; Dr. Humphreys; Dr. Pittman; Dr. Timoney; Dr. Harris; Dr. Whittington; Dr. Breeding; Dr. Nickerson; Dr. London; Dr. Bruce; Dr. Horstman; Dr. Covell; Dr. Pace; Dr. Wright; Dr. Hessler; Dr. Rose; Dr. Portilla; Dr. Bensalem-Owen; Dr. Kalin; Dr. Chalkley; Dr. Wagner; Dr. Skipper; Dr. Pillai; Dr. Avila; Dr. Grabau; Dr. Minor; Dr. Duncan; Dr. Aneja; Dr. Abbbenhaus; Dr. Kref; Dr. Krauss; Dr. Irving; Dr. Fryar; Dr. Garrett; Dr. Larson; Dr. Hare; Dr. Kalbac; Dr. Raisley; Dr. Wade; Dr. Grau; and Dr. Lee. All of which were previously produced in discovery.[1]

ii. <u>Plaintiff's Medical Records (by Organization)</u>: Kentucky Orthopedics and Spine; University of Kentucky Medical Center; St. Joseph Berea Hospital; Result Physiotherapy; Baptist Health; Baptist Health Patty a Clay Regional Medical Center; Madison County EMS; additional EMS records; Baptist Health Medical Group; and Baptist Health Medical Group Primary Care. All of which were previously produced in discovery.[2]

iii. Transcript of Plaintiff Walden's January 4, 2023, Deposition.

iv. Diagnostic Imaging studies identified in Dr. Kriss' Medical Evaluation Report.

v. Reports of diagnostic imaging and other diagnostic tests, including:
   a. July 6, 2012 X-Rays: Chest and Pelvis
   b. July 6, 2012 CT Scans: Head, Cervical Spine, Thoracic Spine, Lumbar Spine, Thoracic Aorta CT Angiogram, Thoracic, Abdominal, and Pelvis.
   c. July 7, 2012 X-Ray Series: Left hip, Left Femur, Left Knee, Left Femur, Left Ankle.
   d. July 10, 2012 X-Ray Series: Left Femur and Pelvis.
   e. July 12, 2012 Pelvis CT Scan
   f. February 28, 2013 Brain MRI
   g. July 13, 2013 Brain CT scan
   h. July 16, 2013 electroencephalogram (EEG)

---

[1] *See* Defendants' combined document production, Enterprise_Howard 000185 – 012111.
[2] *See* Defendants' combined document production, Enterprise_Howard 000185 – 012111.

      i. August 20, 2013 through August 22, 2013 continuous video EEG
      j. January 12, 2016 electroencephalogram (EEG)
      k. July 13, 2017 chest x-ray
      l. July 13, 2017 head CT scan
      m. July 13, 2017 X-Ray Series: Left Shoulder, Elbow, Forearm, Collarbone
      n. August 10, 2020 X-Ray Series: right hip, pelvis, right knee, right femur
      o. August 10, 2020 CT Scans: Pelvis, Cervical Spine, Thoracic Spine, Lumbar Spine, Head, Chest, and Abdomen
      p. August 13, 2020 Pelvis CT Scan
      q. December 29, 2022 Pelvis X-Ray
      r. December 29, 2022 Right Hip X-Ray
      s. Any other report or medical record identified in Exhibit B.[3]

vi. Medical journals, treatises, literature, and demonstrative evidence attached as collective **Exhibit C**, including:

      a. Melissa J. Armstrong, MD, MSc, Michael S. Okun, MD, DIAGNOSIS AND TREATMENT OF PARKINSON DISEASE – A REVIEW, JAMA, February 11, 2020, Volume 323, Number 6 (**Exhibit C-1**);
      b. Lindsay D. Nelson, *et al.*, RECOVERY AFTER MILD TRAUMATIC BRAIN INJURY IN PATIENTS PRESENTING TO US LEVEL I TRAUMA CENTERS, JAMA Neurol. 2019; 76(9):1049-1059. doi: 10.1001/jamaneurol.2019.1313, Published online June 3, 2019. Corrected on October 21, 2019 (**Exhibit C-2**).
      c. Collection of abstracts and summaries of medical journal articles and literature (**Exhibit C-3**).
      d. C. A. Davie, A REVIEW OF PARKINSON'S DISEASE, British Medical Bulletin 2008; 86: 109–127, DOI:10.1093/bmb/ldn013 (**Exhibit C-4**).
      e. David C. Perry, MD, *et al.*, TRAUMATIC BRAIN INJURY IS ASSOCIATED WITH SUBSEQUENT NEUROLOGIC AND PSYCHIATRIC DISEASE: A META-ANALYSIS, J Neurosurg. 2016 February; 124(2): 511–526. doi:10.3171/2015.2.JNS14503 (**Exhibit C-5**);
      f. Kathrine Rugbjerg, *et al.*, RISK OF PARKINSON'S DISEASE AFTER HOSPITAL CONTACT FOR HEAD INJURY: POPULATION BASED CASE-CONTROL STUDY, BMJ 2008; 337:a2494, doi:10.1136/bmj.a2494 (**Exhibit C-6**);
      g. Kamran Barin, Ph.D., Presentation: BEST PRACTICES IN ADMINISTERING VNG/ENG (**Exhibit C-7**);
      h. Kamran Barin, Ph.D., COMMON ERRORS IN ENG/VNG, July 17, 2006 (**Exhibit C-8**);
      i. 3 Populations of Nerve Cells Immediately After Traumatic Brain Injury, Demonstrative Aid prepared by Timothy Kriss, MD (**Exhibit C-9**);
      j. Definition of "Concussion," American Association of Neurological Surgeons (**Exhibit C-10**);
      k. VNG Patient Instructions (**Exhibit C-11**);

---

[3] *See* Defendants' combined document production, Enterprise_Howard 000185 – 012111.

        l. TBI vs. Releasing-Remitting, Demonstrative Aid prepared by Timothy Kriss, MD (**Exhibit C-12**);

        m. Kamran Barin, Ph.D., Presentation: Best Practices in Performing and Interpreting VNG (**Exhibit C-13**);

        n. Daniel E. Rusyniak, MD, NEUROLOGIC MANIFESTATIONS OF CHRONIC METHAMPHETAMINE ABUSE, Neurology Clinical Practice, August 2011, 29(3):641-655 (**Exhibit C-14**)

    vii. Plaintiff's Rule 26 Expert Disclosures (R.'s 97, 97-1, 97-2, 97-3, 97-4, 97-5, 97-6, and 97-7).

A copy of Dr. Kriss' Fee Schedule and Invoices for services rendered in connection with the instant litigation are attached hereto as collective **Exhibit D**.

2. **Eddie Crum**
   **Crum Investigations, LLC**
   **75 Mitchell Road**
   **Pikeville, KY  41501**

Mr. Crum is an accident reconstructionist, certified through the Kentucky State Police as an Accident Reconstructionist Specialist, certified in Forensic Mapping/Total Station, Certified Kentucky State Police Field Training Officer, Kentucky State Police Collision Reconstruction Field Training Officer, among others. Further details of Mr. Crum's qualifications are contained in Mr. Crum's CV, attached hereto as **Exhibit E**.

Defendants anticipate Mr. Crum will testify consistently with the facts, opinions, findings, and studies set forth in Mr. Crum's Collision Analysis Report dated April 1, 2024, attached as **Exhibit F**.

The evidence upon which Mr. Crum relied in forming his opinions is outlined in the aforementioned Collision Analysis Report dated April 1, 2024. Said evidence includes, but is not limited to, Mr. Crum's site inspection and investigation on February 9, 2023, Vehicle specifications for the vehicle operated by Plaintiff, Deposition transcript of Plaintiff, Google Earth images of the collision area, photographs of the scene obtained and produced by the Richmond

7

Police Department, Kentucky Uniform Police Traffic Collision Report prepared by Richmond Police Officer, Jason Curry, Unit 9207, and photographs obtained by Mr. Crum during initial site investigation (Photographs attached as **Exhibit G**).

Defendants anticipate that Mr. Crum intends to obtain additional photographs and measurements in June 2024 which will serve as demonstrative aids summarizing and supporting the opinions included in Mr. Crum's Collision Analysis Report (**Exhibit F**). Defendants intend to supplement the instant disclosure with said photographs and measurements.

A copy of Mr. Crum's Invoice documenting services rendered in connection with the instant litigation is attached hereto as **Exhibit H**.

### NOTICE OF INTENT TO SUPPLEMENT AND RESERVATION OF RIGHTS

As noted above, Defendants currently intend to tender a supplemental report from Dr. Kriss prior to July 1, 2024. Additionally, with respect to Mr. Crum, Defendants anticipate supplementing the instant disclosure with photographs and measurements that Mr. Crum intends to obtain in June 2024 which will be utilized as evidence and demonstrative evidence summarizing and supporting the opinions set forth in Mr. Crum's Collision Analysis Report (**Exhibit F**).

Finally, Defendants reserve the right to supplement and/or amend this list in accordance with any Orders of this Court.

    Respectfully submitted,

    HAMM, MILBY & RIDINGS, PLLC
    120 NORTH MAIN STREET
    LONDON, KY 40741
    PHONE: 606-864-4126
    FAX: 606-878-8144
    EMAIL:  marcia@hmrkylaw.com
    EMAIL:  jridings@hmrkylaw.com
    ATTORNEYS FOR DEFENDANTS,
    ENTERPRISE SERVICES GROUP, LLC AND

CLARENCE M. HOWARD


By: /s/ Jay Ridings
JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of May 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC, and CLARENCE M. HOWARD