# CURRICULUM VITAE           Jan 2022

# TIMOTHY CHARLES KRISS, M.D.

EDUCATION:

<u>Residency</u>
1991 – 1996        University of Kentucky Medical Center
                   Lexington, Kentucky
                   **Neurosurgery**

<u>Internship</u>
1990 – 1991        University of Kentucky Medical Center
                   Lexington, Kentucky
                   **General Surgery**

<u>Graduate</u>
1986 – 1990        University of Chicago
                   Pritzker School of Medicine
                   Chicago, Illinois
                   **M.D.**

<u>Undergraduate</u>
1982 – 1986        Harvard University
                   Cambridge, Massachusetts
                   **B.A. – (with honors)**
                        **Double Major:** History and Physics

<u>High School</u>
1978 – 1982        Madison East High School
                   Madison, Wisconsin


HONORS AND AWARDS:

2005               Grand Prize Winner,
                   National Federation of Independent Business
                   and Dell Computer
                   Excellence in Small Business Award
                   $30,000 Award
                   National Competition open to 600,000 businesses


**EXHIBIT A**

| | |
|---|---|
| 1983 – 86 | John Harvard Scholarship (top 3% of class), 1986 |
| | Cum Laude, Harvard, B.A., 1986 |
| | Josiah Quincy Service Award, 1986 |
| | Harvard College Scholarship, 1985 |
| | Ganser Fellowship, 1983 |
| | National Merit Scholar, 1982 – 86 |
| | |
| 1978 – 82 | Valedictorian, Madison East High School, Madison, Wisconsin, 1982 |
| | All-conference and all-city, Captain, Football, 1981 |

BOARD CERTIFICATION:
National Board Medical examination I, II, III – 1988, 1989, 1991
American Board of Neurosurgery 2001 - lifetime certificate

ACADEMIC APPOINTMENTS:
Clinical Assistant Professor (1998 to 2012)
Department of Neurosurgery
University of Kentucky Medical Center
Lexington, Kentucky

LICENSURE:   Kentucky Medical License - #28104

PUBLICATIONS:

1. Kriss TC, Warf BC. Desmoid tumor of the cervical spine. *Neurosurgery* 1994; 35:956-959.

2. Kriss TC, Kriss VM, Warf BC. Cavernous sinus thrombophlebitis. *Neurosurgery* 1996; 39:385-389.

3. Kriss TC, Kriss VM. Equine-related neurosurgical trauma – a prospective series of 30 cases *J of Trauma* 1997; 43:97-99.

4. Kriss TC, Kriss VM. Symptomatic spinal arachnoid cyst after lumbar myelography. *Spine* 1997; 22:568-572.

5. Kriss TC, Kriss VM. History of the operating microscope: from magnifying lens to microneurosurgery. *Neurosurgery* 1998; 42:899-908.

6. Kriss TC, Kriss VM, Warf BC. Recurrent meningitis: the search for the dermoid or epidermoid tumor. *Pediatric Infectious Disease.* 1995; 14:697-700.

**EXHIBIT A**

8. Kriss TC, Kriss VM. Loupe magnification and its role in neurosurgical training: a survey of 561 academic neurosurgeons (submitted to *Microsurgery*).

9. Kriss VM, Kriss TC, Ward BC, Desai N. Occult spinal dysraphism in the infant: clinical and sonographic review. *Clinical Pediatrics* 1995; 34(12):650-654.

10. Kriss VM, Kriss TC, Babcock DS. The ventriculus terminalus of the spinal cord in the neonate: a normal variant on sonography. *American Journal of Roentgenology (AJR)* 1995; 165:1941-1493.

11. Kriss VM, Kriss TC. SCIWORA (Spinal Cord Injury Without Radiographic Abnormality) in infants and children. *Clinical Pediatrics* 1996; 35:119-124.

12. Kriss VM, Kriss TC. Imaging of the cervical spine in infants. *Pediatric Emergency Care* 1997; 13:1-5.

13. Kriss VM, Kriss TC, Ward BC. Dorsal tethering bands of the meningocele manque – sonographic identification. *American Journal of Roentgenology (AJR)* 1996; 167:1293-1294.

14. Kriss VM, Kriss TC. Doppler confirmation of thalamic/basal ganglia vasculopathy seen in trisomy 13 infants. *J Ultrasound Med* 1996; 15:523-526.

15. Kriss VM, Kriss TC, Ward BC. Pediatric intraoperative neurosonography. *Applied Radiology* 1999.

16. Kriss TC.   Opting out of Medicare
    Monograph
    Nationally Distributed
    American Associations of Physicians and Surgeons
    November 2003.

17. Kriss TC.   Quitting Medicare:   How to Do It
    *Surgical Neurology* 2004; 62:   180-182


NATIONAL PRESENTATIONS / NATIONAL SCIENTIFIC EXHIBITS:

1. Featured   Speaker and Panelist Member
    Technology   and Small Business   Forum
    NFIB (National   Federation of Independent Businesses)   National Small
     Business Summit
    June 19, 2006
    Washington, DC


**EXHIBIT A**

2. Opting Out of Medicare
    Kriss TC
        Invited Lecture
        American Association of Physicians and Surgeons
        Annual National Meeting
        Clear Point, Alabama
        September, 2003

3. History of the operating microscope: from magnifying lens to Zeiss
    Kriss TC.
        Paper and Podium Presentation:
        presented at the American Association of Neurologic Surgeons (AANS)
        Minneapolis, Minnesota
        April 1996

4. Cavernous sinus thrombophlebitis
    Kriss TC, Kriss VM, Warf BC.
        Scientific exhibit: American Association of Neurologic Surgeons (AANS)
        Orlando, Florida
        April 1995

5. The role of loupe magnification in neurosurgical training: a survey of academic neurosurgeons
    Kriss TC
        Scientific exhibit: Congress of Neurological Surgeons (CNS)
        San Francisco, California
        October 1995

6. Equine-related neurosurgical trauma – a prospective series of 30 cases
    Kriss TC, Kriss VM.
        Scientific exhibit: American Association of Neurologic Surgeons (AANS)
        Minneapolis, Minnesota
        April 1996

7. Imaging of the cervical spine in infants.
    Kriss VM, Kriss TC, Warf BC
        Scientific exhibit: Radiological Society of North America (RSNA)
        Chicago, Illinois
        November 1994

8. Sonographic visualization of the ventriculus terminalus in the neonate
    Kriss VM, Kriss TC, Babcock DS.
        Abstract: presented at the Society for Pediatric Radiology (SPR)
        Washington DC
        April 1995

**EXHIBIT A**

9. Imaging of the cervical spine in infants.
   Kriss VM, Kriss TC, Warf BC.
   Scientific exhibit: Society for Pediatric Radiology (SPR)
   Washington DC
   April 1995

10. Pediatric Intraoperative Neurosonography – a series of 14 cases
    Kriss VM, Kriss TC, Warf BC.
    Scientific exhibit: Radiological Society of North America (RSNA)
    Chicago, Illinois
    November 1995

11. Pediatric Intraoperative Neurosonography – a series of 14 cases
    Kriss VM, Kriss TC, Warf BC.
    Scientific exhibit: International Pediatric Radiology (IPR)
    Boston, Massachusetts
    May 1996

OTHER NEUROSURGICAL RESEARCH:

| | | |
|---|---|---|
| | 2000 to 2002 | N.I.H. (National Institute of Health) University of Kentucky, Dept. of Neurosurgery Closed Head Injury Cyclosporine Internal Safety Monitoring |
| | 1998 to 1999 | Co-investigator: Multi-center trial Gliadel (polifeprosan 20 with wafer carmustine implant): local chemotherapy for treatment of high grade gliomas |
| | 1994 to 1996 | Co-investigator: Selfotel NMDA-Receptor antagonist (CGS-19755) phase III prospective randomized, double blind, placebo controlled clinical trial in traumatic brain injury |
| 1990 | | Parasagittal and falcotentorial meningiomas Javad Hekmat-panah, M.D. Division of Neurosurgery, Department of Surgery University of Chicago |
| 1989 | | Hypothalamic Storm in Head-injured Patients Richard Fessler, M.D. Ph.D. Division of Neurosurgery, Department of Surgery University of Chicago |

**EXHIBIT A**

    1987              Cerebral vasospasm
Thomas Duff, M.D.
Division of Neurosurgery, Department of Surgery
University of Wisconsin

TEACHING:

1. CME Faculty: *Neurosurgical evaluation of brain death*
   Kentucky Organ Donor Affiliates (KODA)
   June, 1994

2. CME Faculty: University of Kentucky
   Panel discussion on the Ethics of Organ Donation
   July 1994

3. ATLS Faculty: University of Kentucky
   Lecture: *Intracranial and spinal cord trauma*
   October 1994

4. CME Faculty: *Neurosurgical assessment of the trauma patient*
   University of Kentucky Trauma Symposium
   Lexington, Kentucky
   October 1994

5. CME Faculty: *Neurosurgical assessment of the trauma patient*
   University of Kentucky Trauma Symposium
   Lexington, Kentucky
   October 1995

6. CME Faculty: *Brain Death*
   KODA (Kentucky Organ Donor Affiliates) Annual Educational Symposium
   Lexington, Kentucky
   November 1995

7. CME Faculty:
   *Macrocephaly: work-up for the primary care physician*
   Contemporary Pediatrics
   Lexington, Kentucky
   May 1996

8. Synopsis guidelines for management of severe head trauma
       University of Kentucky Aeromedical Services
       Spring 1996

9. CME Faculty:   *Neurosurgical assessment of the trauma patient*

**EXHIBIT A**

              University of Kentucky Trauma Symposium
              Lexington, Kentucky
              October 1996

10. Seminar: *Cervical Radiculopathy and Myelopathy*
              Lexington Clinic
              Lexington, Kentucky
              November 1996

11. CME Faculty: *Intracranial Hemorrhages: Operative Treatment*
              St. Joseph Brain and Spine Institute
              Lexington, Kentucky
              January 1997

12. CME Faculty: *Postoperative Management and Complications*
              St. Joseph Brain and Spine Institute
              Lexington, Kentucky
              January 1997

13. CME Faculty: *Advance in Neurosciences*
              "A pain in the neck"
              St. Joseph Brain and Spine Institute
              Lexington, Kentucky
              January 1997

14. CME Faculty:
              Operative Treatment of Intracranial Hemorrhage
              Vasospasm and Edema
              St. Joseph Hospital
              Lexington, Kentucky
              June 1997

15. CME Faculty:
              Neurotrauma: assessment and management
              Columbia Hospital
              Maysville, Kentucky
              August 1997

16. CME Faculty:
              Lumbar Discectomy, Laminectomy and Fusion
              Indications, Surgical Technique and Post Operative Management
              St. Joseph Hospital
              Lexington, Kentucky
              November 1997

17. CME Faculty:

**EXHIBIT A**

    Cervical Discectomy, Laminectomy and Fusion
    Indications, Surgical Technique and Post Operative Management
    St. Joseph Hospital
    Lexington, Kentucky
    November 1997

18. CME Faculty:
    Central Nervous System Metastatic Disease: The Spine
    St. Joseph Brain and Spine Institute
    Lexington, Kentucky
    June 1998

19. CME Faculty:
    Pediatric Neurosurgical Trauma
    St. Joseph Hospital
    Lexington, Kentucky
    August 1998

20. CME Faculty:
    Intracranial Pressure Diagnosis and Treatment
    Frankfort Regional Medical Center
    July 1999

21. CME Faculty:
  Intracranial Hemorrhage: Operative and Non-Operative Management
  Frankfort Regional Medical Center
  August 1999

22. CME Faculty:
  Peri-Operative Neurosurgical Care
  Frankfort Regional Medical Center
  September 1999

23. CME Faculty:
  Neurosurgical Treatment of Spine Disorders
  Frankfort Regional Medical Center
  March 2000

24. Sports Medicine Symposium 2003 for Kentucky Coaches
  Sports Head Injuries: Diagnosis and Management
  June 2003

25. CME Faculty:
  Tales From the Front Lines: Eliminating 3rd Party Payors
  American Association of Physicians and Surgeons
  September 2003

**EXHIBIT A**

26. Council on Education in Management
    Kentucky Workers' Comp Update 2005
    Neurosurgical Conditions in the Workers Compensation Patient
    May 2005

27. 16th Biennial Workers Compensation Institute
    University of Kentucky Law School and the Dept of Workers Claims
    Invited Lecture:   Is This A Surgical Low Back Problem?
    November 2nd, 2006

28. 2019 Annual Education Conference,
    Kentucky Workers Compensation Educational Association
    CLE and CLU Continuing Education
    Podium Presentation and Panel Discussion with Multiple ALJ's
    Radiculopathy, Traumatic Brain Injury, Complex Regional Pain Syndrome

PROFESSIONAL SOCIETIES:

American Association of Physicians and Surgeons
Member, Board of Directors, American Association of Physicians and Surgeons 2004-06
Kentucky State Coordinator, American Association of Physicians and Surgeons
North American Spine Society
American Association of Neurologic Surgeons
Kentucky Medical Association
United States Chamber of Commerce, Resident Advisor
National Federation of Independent Businesses

**EXHIBIT A**