## Neurosurgery and Spine Specialist, PSC

Mr. **Charles Walden** is seen today for an **independent medical evaluation**.  I explained the nature of this evaluation to Mr. Walden:  that it was an independent examination intended to answer questions for a third party, and that I was not a treating physician, nor would I establish a doctor patient relationship. Mr. Walden acknowledged understanding of this both verbally and in writing.

### Records and Data Reviewed:

I reviewed all of the records provided to me, including those of Doctors Han PsYd, Rice APRN, Tally, Kearney, Ebelhar, Tucker, Bailey, Grace, Akunonu, Humphreys, Pittman, Timoney, Stuffelbeam PA, Harris, Whittington, breeding, Nickerson, London, Bruce, Horstman, Covell, Pace, Wright, Hessler, Rose, Portilla, Bensalem-Owen, Kalin, Chalkley, Wagner, Skipper, Pillai, Avila, Grabau, Minor, Duncan, Aneja, Abbbenhaus, Kreft, Krauss, Irving, Fryar, Garrett, Larson, Hare, Kalbac, Raisley, Wade, Highland APRN, Gile, Campbell APRN, Chasteen PAC, Embry PAC, Grau, Changaris, Wilson and Lee.  I reviewed a Synergy Settlement Services cost estimate for Mr. Walden's future medical expenses.

I reviewed extensive radiology reports and films provided to me.  I reviewed medical records from physical therapy, the emergency room, Kentucky Orthopedics and Spine, University of Kentucky Medical Center, St. Joseph Berea Hospital, Result Physiotherapy, Baptist Health, Baptist Health Patty a Clay Regional Medical Center, Madison County EMS, additional EMS records, Baptist Health Medical Group, and Baptist Health Medical Group Primary Care. I reviewed my own previous October 31, 2023 medical records review pertaining to Mr. Walden, as well as all of the pertinent data upon which that report was founded.  I examined and interviewed Mr. Walden.

These data form the basis of my conclusions, which are true, scientific and accurate within a reasonable degree of medical probability.

### Brief Medical History PRIOR TO August 10, 2020:

Mr. Walden is a 31-year-old gentleman with a history of car accident in 2011 causing severe traumatic brain injury, initial Glascow Coma score of three, bilateral hip fracture, bilateral hip surgery with implants, tracheostomy, gastrostomy, and subsequent total occupational disability.

In 2016 and again in 2017 Mr. Walden was admitted for  coma (Glascow coma score 3) for successive heroin overdoses.

Mr. Walden continued to abuse methamphetamines, marijuana, alcohol and cocaine in addition to the opioids.

Mr. Walden had another car accident in 2017 causing concussion and collarbone.

---

Name:
Medical Record#:     0107
Date:               January , 2024
Page:               Page 1 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

Exactly one week prior to August 10, 2020 Mr. Walden presented to a new family physician  complaining of

chronic fatigue,
somnolence,
sleep apnea,
memory loss,
joint pain,
back pain,
gait problems,
decreased concentration,
multiple socially transmitted bacterial urinary tract infections and
toxicology testing positive for alcohol and marijuana, both inconsistent with
the medical history Mr. Walden provided to the new family physician, Dr. Gile.

**August 10, 2020  Mechanism of Injury:  According to Mr. Walden Today:**

Mr. Walden was a restrained driver on **August 10, 2020** when his car was struck just behind the driver side by a second vehicle. Mr. Walden states that he lost consciousness. His first memory is of pain in the right hip and right leg. Mr. Walden relates that he "can't remember much except for all the pain."

Mr. Walden now attributes his current right hip pain, low back pain, neck pain, headache, and left arm numbness to the August 10, 2020 car accident.

**Surgery:**

On August 12, 2012 Mr. Walden underwent open reduction internal fixation of the posterior pelvic wall of the right acetabulum (hip socket) with two plates for treatment of right hip fracture.

**History of Poly-substance Abuse, According to Mr. Walden Today:**

Mr. Walden states that he smoked tobacco one half pack a day for two years, quitting at age 18.

Mr. Walden acknowledges ongoing alcohol intake of approximately "one 12 pack per month."

When Mr. Walden filled out his patient intake form today, he explicitly denied any history of recreational drug use (form attached).

However when I directly queried Mr. Walden regarding any recreational drug use or addiction, Mr. Walden acknowledged "marijuana and Percocet."

---

Name:
Medical Record#:       0107
Date:                         January , 2024
Page:                        Page 2 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

Mr. Walden recalls smoking "Four to eight joints" of marijuana *every day from age 12 until eight months ago,* when he stopped.

Mr. Walden recalls taking Percocet daily from age 14 until stopping roughly 3 years ago.

I then asked Mr. Walden if he had ever used any drugs other than the marijuana in the Percocet;  Mr. Walden responded:

>    "Nope. Nope. That's it."

I then asked Mr. Walden if he had ever been treated for substance abuse, and Mr. Walden acknowledged that he had participated in both Alcoholics Anonymous and Opioids Anonymous. This seemed an obvious contradiction with the denial of any substance abuse other than marijuana and Percocet, since non-addicts are not allowed to participate in Alcoholics Anonymous. I asked Mr. Walden if he was currently enrolled in any substance abuse program, such as Alcoholics Anonymous, Opioids Anonymous, or any other formal substance abuse program, and Mr. Walden was clear that he is not participating in any such program at this time. He explicitly denied ongoing treatment with Suboxone or any other rehabilitative pharmacologic treatment.

Mr. Walden simply never acknowledged his documented history of heroin use, heroin overdose, cocaine abuse, meth amphetamine abuse, benzodiazepine abuse, or intravenous drug abuse.


**Past Medical History:  Diagnoses from July 6, 2012:**

1) Traumatic Brain Injury, Glascow Coma score 3, extended, comatose state, tracheostomy
2) Small Right Convexity 2 Mm Subdural Hematoma, Resolved
3) Comminuted right acetabular hip fracture, treated surgically, healed
4) Comminuted, displaced left femur fracture, treated surgically, healed
5) Left inferior pubic ramus fracture, healed
6) Right shoulder blade fracture, healed
7) Right collarbone fracture, healed
8) Right first, second and third rib fractures, healed
9) At least four possibly five left rib fractures, healed
10) Tracheostomy, removed
11) Percutaneous gastrostomy, removed


**Documented Substance Abuse:**

1) Cocaine Abuse  -   2 to 3 times per week, "for years" at least up there 2014
2) Methamphetamines - "for years", right up through 2020
3) Opioid Abuse - last use Percocet three years ago, according to Mr. Walden today
4) Intravenous Drug Abuse - drug of choice not specified
5) Heroin Overdose, near fatal, August 5, 2016
6) Heroin Overdose, near fatal, June 25, 2017

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 3 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

7)  Benzodiazepine abuse (Valium family of drugs)
8)  Alcohol Abuse - confirmed today by Mr. Walden
9)  Marijuana / THC / cannabis abuse - last use eight months ago, according to Mr. Walden today

**Current Prescription Medications:**

None

**Occupational Status:  According to Mr. Walden Today:**

Mr. Walden has not worked in any fashion since 2014, when he worked maintenance at McDonalds

Mr. Walden has been receiving total occupational disability benefits from the Social Security Administration for many years. I asked Mr. Walden the medical reason for his occupational disability, and Mr. Walden explained:  "it was just easier not to want to do something and not to work." I then asked Mr. Walden to be more specific and identify a medical condition that prevented him from working, and Mr. Walden answered:  "it was easier because of my back not to do work."

Strangely, Mr. Walden seemed unaware of any inconsistency with acknowledging total occupational disability from back pain from 2014 onwards and his simultaneous denial of any pre-existing active back pain prior to Aug. 10, 2020.

**Current Symptoms:  In Order of Priority According to Mr. Walden Today:**

1)  Right Hip Pain

> This is 4/10 on average, a linear band exactly where the posterior right hip surgical incision is located, constant but variable, extending horizontally from right para median to the lateral pelvis at the beltline, just above the right buttock. This pain is focal and nonradiating.

2)  Low Back Pain

> This is 6/10 on average, a linear vertical right para median band from L1 to S-1, constant but variable.

3)  Left Arm Numbness While Watching TV

> If Mr. Walden watches TV, the entire left forearm, hand and all five fingers go numb.

---

Name:
Medical Record#:        0107
Date:                   January , 2024
Page:                   Page 4 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

Mr. Walden will often "shake out" the left forearm and hand.

4) Headache

This is right frontal, every other day, episodic, lasting anywhere from 2 minutes to 2 days.
The headaches "bring Mr. Walden to tears, and he can't think."
Occasionally the headaches arrived with a little bit of nausea, but no vomiting.
No other associated complaints. No scotomata.

5) "Blurry Vision"

Mr. Walden's vision is "blurry, out of focus, and hard to make things out."
Mr. Walden has always had eyeglasses, last checked 1.5 years ago.
Mr. Walden states the glasses "sometimes help, sometimes don't help."

6) Neck Pain

This is 3/10 on average, at the base of the neck, intermittent, twice a week, for a few minutes at a time, focal and non-radiating.

7) Memory Loss

Sometimes this is long-term, sometimes this is short-term.
Mr. Walden "forgets why he went to the store."
Mr. Walden forgets to stop by the store, or forgets to buy pop for his parents.

Mr. Walden did not volunteer any additional symptoms, even with both general and specific prompting.

**Pre-Existing Active Conditions:  According to Mr. Walden Today:**

Mr. Walden is adamant today that after the bilateral hip implant surgeries in 2011, he never had any further left or right hip pain. After initial recovery, Mr. Walden summarizes:  "the hips never bothered me." Mr. Walden reiterated multiple times today that he had no left or right hip pain or hip symptoms of any type whatsoever in the days, weeks, months or years immediately prior to August 10, 2020.

Mr. Walden emphasized repeatedly that he did not have any back or neck pain in the days, weeks, months or years immediately prior August 10, 2020.

Mr. Walden also denies any problems with his headache, vision or left upper extremity numbness prior to August 10, 2020.

---

Name:
Medical Record#:        0107
Date:                   January , 2024
Page:                   Page 5 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

Mr. Walden summarized repeatedly that he never had any of his current complaints in the days, weeks, months or years immediately prior to the August 10, 2020 car accident. However, after repeating this mantra several times, Mr. Walden then corrected himself and informed me that he may have had some neck pain, perhaps 1-2/10 occurring only once or twice a week prior August 10, 2020, and he had "very little" low back pain "only for a few moments" each week (10 or 20 minutes, 4-5/10, once a week prior to August 10, 2020) which would "go away with Tylenol." Mr. Walden added that he has "always had glasses, but his vision is "now worse." Mr. Walden remained consistent that he never had any right hip pain, headache or memory problems prior to August 10, 2020.

Mr. Walden explicitly denied any additional / contributory work-related injuries, car accidents, trauma or medical conditions.

**Examination:**

On examination, Mr. Walden is pleasant and appropriate, but has a ***massive amount of psychomotor agitation***. Mr. Walden constantly fidgets, shifts in his chair, slides in his chair, rocks slowly forward and back his chair, grabs his thighs and hips with his hands, oscillates all four extremities, rubs his hair and head with his hands, picks at his face with his fingers, and never stops moving throughout the one hour interview and examination. Affect is a strange combination of subdued but anxious.

Other than the strange affect and the overwhelming psychomotor agitation, mental status examination is normal. Orientation, speech pace, speech comprehension, speech production,  prosody, social context are all normal. Thought content, focus, attention, concentration are all normal. No psychosis. Mild tangential thought. Problem solving, concrete thought, abstract thought, analytic capacity all appropriate. Memory, cognition, and judgment intact. Mr. Walden has excellent insight into his physical problems, but remarkably poor insight into his own extensive history of poly-substance abuse.

Cranial nerves II-XII, and coordination are normal.  Cerebellar testing *completely normal and symmetric:*  rapid alternating movement normal in all four extremities;  heel to shin excellent. Finger to nose with eyes open is perfect. I even had Mr. Walden repeat finger to nose with eyes closed, and he performed this perfectly - truly superior proprioception and spatial coordination.  Fine motor control is excellent, running the fingertips along the thumb rapidly bilaterally.

There are no long tract signs (Babinski, Hoffman's, or clonus). Reflexes are normal and symmetric, biceps, triceps, brachioradialis, patellar and Achilles.

**No tremor.  No rigidity.  No bradykinesia.** No cogwheeling.   Rather, Mr. Walden is *the antithesis of bradykinesia and rigidity:  he has more psychomotor agitation than any patient I have seen in years.  (This is important, because bradykinesia (pathologically slow movement) is required for any diagnosis of Parkinson's).*

Normal motor exam.  5/5 strength symmetric all muscle groups all four extremities.  Normal tone.  No rigidity.  No cogwheeling.  No tremor.  No atrophy.  No spasm.  No fasciculation.

Gait is markedly abnormal, with a massive hitch, shortened right lower extremity, externally rotated right lower extremity, mild circumduction, severe antalgia, and huge rotating pelvic tilt - all identified by Mr. Walden as

---

Name:
Medical Record#:       0107
Date:                          January , 2024
Page:                         Page 6 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

consequences of his hip surgery.  Nevertheless, Mr. Walden shows no instability with Romberg testing, eyes open or eyes closed. Mr. Walden was even able to hold a static tandem position for five seconds, five seconds, and even 10 seconds sequentially, despite all the altered body mechanics. Mr. Walden was also able to carryout tandem walk for 10 steps with only a minimal bobble (still stable) and did quite well with heel walking and toe walking. The overall display of postural stability was superlative, definitively countermanding the posturography interpretation of Dr. Changaris.

Cervical range of motion is normal. Lumbar range of motion is normal.  Motor and sensory examination are normal. No stocking distribution pinprick sensory loss. Normal vibratory capacity in both big toes. No pinprick sensory loss in any fingers. There is no Lehrmitte's sign, Spurling sign,  Romberg sign, Phalen's sign or Tinel's sign.  There is no muscle spasm, guarding, atrophy or fasciculation.  Physical examination of the cervical, thoracic and lumbar spine is normal.  Sacral-iliac joints are non-tender.   Lumbar facet joints are non-tender. Straight leg raising is negative. Greater trochanters are nontender.   Bilateral shoulder examination is negative, with full range of motion and no indication of subacromial tenderness or impingement.  Deep, obvious tracheostomy scar with retraction above the sternal notch.

*Both hands are extremely dirty, all fingers, and both palms.* Mr. Walden has a large number of blisters on the left hand. All of his fingernails are chewed off. The hands are heavily callused, and each callus is very dirty. The same is true with both feet:  heavily callused, extremely dirty.

Mr. Walden complains of pain in the right hip joint with slight movement in any direction. Left hip range of motion is normal and painless. Bilateral knee examination is normal; nontender, no effusion, no instability.

### Diagnosis:  August 10, 2020 Car Accident:

1) right hand laceration, healed
2) small head abrasion, healed
3) right, displaced acetabular fracture, surgically stabilized, healed
4) no concussion or traumatic brain injury
5) no cervical spine injury
6) no thoracic spine injury
7) no lumbar spine injury
8) no collarbone / clavicle, shoulder, shoulder blade injury
9) no vision injury, no left eye injury

The right-hand laceration from August 10, 2020 requires no specific treatment, has healed up, and is never mentioned again after August 10 10 2020.

The same is true for the head abrasion from August 10, 2020.

The clear injury from August 10, 2020 is the right acetabular ("hip socket") fracture. This required surgery, but surgery was very effective, especially considering the history of previous right hip fracture and previous right hip surgery from

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

2012.  Post-op orthopedic records habitually confirm excellent function, range of motion and pain control,even complete pain resolution.  Mr. Walden even declares during rehab that his *only* residual hip is issue is "strength."

**No Lumbar Injury:**

Mr. Walden complains of low back (lumbar) pain in his deposition testimony, and attributes this to the August 10, 2020 car accident.  This is incorrect. Mr. Walden never had low back pain associated with the August 10, 2020 accident.

| | |
|---|---|
| August 10, 2020 EMS: | no back pain.<br>Indeed, Mr. Walden **explicitly denies** any and all spine pain. |
| August 10, 2020 ER: | no back pain.<br>This is according to the triage nurse, treating nurse, and ER physician. |
| August 10, 2020 Dr. Skipper: | no back pain |
| August 11, 2020 Dr. Miner: | no back pain. |
| August 12, 2020 Dr. Aneja: | no back pain |
| August 13, 2020 Dr. Fryer: | no back pain |
| August 14, 2020 Dr. Garrett: | no back pain |
| August 15, 2020 Dr. Hare: | no back pain |
| August 16, 2020 PT: | no back pain |
| August 17, 2020 PT: | no back pain |
| August 17, 2020 Dr. Kalbac: | no back pain |
| August 31, 2020 Dr. Raisley: | no back pain |
| Sept. 14, 2020 APRN Campbell: | no back pain |
| September 21, 2020  Dr. Aneja: | no back pain |
| September 25, 2020 PT: | no back pain |
| October 28, 2020 PT: | no back pain |
| November 2, 2020 PT: | no back pain |

Name:
Medical Record#:        0107
Date:                          January , 2024
Page:                          Page 8 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

| | |
|---|---|
| November 3, 2020 PT: | no back pain |
| November 5, 2020 PT: | no back pain |
| November 17, 2020 PT: | no back pain |
| November 24, 2020 PT: | no back pain |
| December 2, 2020 PT: | no back pain |
| December 11, 2020 PT: | no back pain |
| January 5, 2021 PT: | no back pain |
| January 8, 2021 PT: | no back pain |
| January 12, 2021 PT: | no back pain |
| January 25, 2021 PT: | no back pain |
| January 27, 2021 PT: | no back pain |
| February 5, 2021 PT: | no back pain |
| February 9, 2021 PT: | no back pain |
| March 3, 2021 PT: | no back pain |
| September 24, 2022 ER: | no back pain<br>indeed, Mr. Walden **expressly denies** any and all back pain. |
| September 27, 2022 ER: | no back pain<br>proactive review of systems questioning is negative for any back pain |

The first mention of any back pain after August 10, 2020 is the October 21, 2022 evaluation with nurse practitioner Campbell, **one year and two months** after the August 10, 2020 accident.

Even so, this new onset more-than-one-year delayed back pain is on the wrong side, the **left** side, opposite the right pelvis fracture, and opposite all pain complaints since August 10, 2020. The back pain is clearly "associated with left hip pain," which again, is opposite the right-sided pelvis injury from August 10, 2020, and opposite the right-sided back pain of today.

The first time Mr. Walden ever complains of any **right**-sided back pain is December 29, 2022
 - which is *explicitly attributed to a fall the day previous.*

---

Name:
Medical Record#:        0107
Date:                          January , 2024
Page:                          Page 9 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

Drs. Miner, Skipper, Aneja, Garrett, Kalbac, Hare, Fryer, and Raisley are all orthopedic surgeons - and therefore highly attuned to detection and diagnosis of any back pain or back problems.

When

> Mr. Walden never complains of any low back pain for more than 14 months
> Mr. Walden never complains of any right-sided low back pain for 16 months
> Mr. Walden does not complain of any low back pain at 33 consecutive medical evaluations
> performed by two EMS technicians, three ER physicians, three ER triage nurses,
> three ER treating nurses, eight orthopedic surgeons, one nurse practitioner, and
> multiple physical therapists
> Mr. Walden's only right-sided back pain is from a fall on December 28, 2022

We can confidently conclude that the current right low back pain in Mr. Walden is not in any way causally related to the August 10, 2020 accident.

**No Cervical Spine Injury:**

Mr. Walden complains of neck pain, and attributes this to the August 10, 2020 car accident.  This is incorrect. Mr. Walden never had any neck pain associated with the August 10, 2020 accident.

| | |
|---|---|
| August 10, 2020 EMS: | no neck pain. Indeed, Mr. Walden **explicitly denies** any and all spine pain. |
| August 10, 2020 Emergency Room: | no neck pain. This is according to the triage nurse, treating nurse, and ER physician. |
| August 10, 2020 Dr. Skipper: | no neck pain |
| August 11, 2020 Dr. Miner: | no neck pain. |
| August 12, 2020 Dr. Aneja: | no neck pain |
| August 13, 2020 Dr. Fryer: | no neck pain |
| August 14, 2020 Dr. Garrett: | no neck pain |
| August 15, 2020 Dr. Hare: | no neck pain |
| August 16, 2020 PT: | no neck pain |
| August 17, 2020 PT: | no neck pain |
| August 17, 2020 Dr. Kalbac: | no neck pain |

Name:
Medical Record#:        0107
Date:                January , 2024
Page:                Page 10 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

August 31, 2020 Dr. Raisley:         no neck pain

September 14, 2020 APRN Campbell:    no neck pain

September 21, 2020  Dr. Aneja:       no neck pain

September 25, 2020 PT:               no neck pain

October 28, 2020 PT:                 no neck pain

November 2, 2020 PT:                 no neck pain

November 3, 2020 PT:                 no neck pain

November 5, 2020 PT:                 no neck pain

November 17, 2020 PT:                no neck pain

November 24, 2020 PT:                no neck pain

December 2, 2020 PT:                 no neck pain

December 11, 2020 PT:                no neck pain

January 5, 2021 PT:                  no neck pain

January 8, 2021 PT:                  no neck pain

January 12, 2021 PT:                 no neck pain

January 25, 2021 PT:                 no neck pain

January 27, 2021 PT:                 no neck pain

February 5, 2021 PT:                 no neck pain

February 9, 2021 PT:                 no neck pain

March 3, 2021 PT:                    no neck pain

September 24, 2022 ER:               no neck pain
                                     indeed, Mr. Walden **expressly denies** any and all neck pain.

September 27, 2022 ER:               no neck pain
                                     **proactive review of systems questioning is negative** for any neck pain

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 11 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

Mr. Walden in fact **never complains of neck pain to any treating medical professional on any occasion after August 10, 2020.**

Drs. Miner, Skipper, Aneja, Garrett, Kalbac, Hare, Fryer, and Raisley are all orthopedic surgeons - and therefore highly attuned to detection and diagnosis of any neck pain or neck problems.

When

> Mr. Walden does not complain of any neck pain for more than 2.5 years post accident
>> at 37 consecutive medical evaluations
>> performed by two EMS technicians, three ER physicians, three ER triage nurses,
>> three ER treating nurses, nine orthopedic surgeons, one nurse practitioner,
>> one primary care physician, and multiple physical therapists

We can confidently conclude that the more than two and a half years delayed onset of neck pain in Mr. Walden is not in any way causally related to the August 10, 2020 accident.


## No Eye or Vision Injury:

In his deposition testimony, Mr. Walden attributes "loss of vision in the left eye" (which he clarifies to mean "blurry" vision) to the August 10, 2020 accident. This is incorrect. There is no eye or vision injury associated with the August 10, 2020 car accident.

Amongst all available medical records on or after August 10, 2020 Mr. Walden never complains of any loss of vision in the left eye, blurry vision in the left eye, or left-sided vision complaints of any type whatsoever for almost 2 1/2 years, - not until the January 9, 2023 primary care evaluation with Dr. Geile. Even so, at that time Mr. Walden complains of "focus problems with (both) eyes," which does not constitute loss of vision in a single eye, and more likely represents refraction issues requiring glasses.

Regardless, with no vision complaints whatsoever for 2 1/2 years, vision problems cannot be attributed all the way back to the August 10, 2020 accident.

More obviously, Mr. Walden has a pre-existing active history of problems with vision specifically on the left side, attributed to the 2012 MVA that also caused the major traumatic brain injury as part of his "past medical history" documented repeatedly throughout the records (January 15, 2019 emergency room;  January 24, 2019 emergency room;  April 29, 2019 emergency room;  January 8, 2020 emergency room).  In all likelihood, Mr. Walden simply mixed up two of his three major motor vehicle accidents.


## No Collarbone Injury:

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 12 of 45

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC

There is no collarbone injury associated with the August 10, 2020 accident. Mr. Walden never complains of any collarbone pain or symptoms from August 10, 2020. Mr. Walden never seeks medical evaluation or treatment for any collarbone pain or symptoms from August 10, 2020.

Mr. Walden does have a left collarbone fracture from his July 13, 2017 motor vehicle accident as well as a right collarbone fracture from his July 6, 2012 motor vehicle accident, and most likely Mr. Walden is "mixing up" which accidents caused which collarbone problems.

**No Traumatic Brain Injury August 10, 2020:**

Concussion is the mildest possible form of traumatic brain injury in humans. The medical definition of concussion is made *at the time of the accident:*  loss of consciousness or alteration of consciousness, as defined by the largest and most prestigious professional society of neurosurgeons in the world, the American Association of Neurological Surgeons (definition from AANS attached).

Mr. Walden did not report any loss of consciousness or alteration of consciousness to either of the EMS ambulance team members on August 10, 2020. Mr. Walden's Glasgow Coma Score at the scene was 15, completely normal, ruling out any alteration consciousness. Repeat Glasgow Coma Score was also normal. Contrary to his deposition testimony, Mr. Walden's phone was clearly functioning, as the ambulance team documented that Mr. Walden was "texting on his phone the entire ambulance trip" to the hospital.

Texting on a smart phone continuously for an entire ambulance ride requires a lot of different neurologic capacities to be functioning normally all at the same time:

> Normal level of consciousness
> the ability to concentrate
> the ability to focus attention
> lack of perseveration
> lack of distractibility
> orientation to even know one's own whereabouts, situation,
> remembering how to operate a smart phone,
> > which requires a variable sequence of decisions, buttons and events
> > even before any texting is performed
> The ability to read really small print on a smart phone in a moving vehicle
> the ability to understand really small print on a smart phone in a moving vehicle
> the ability to understand any received texts
> the ability to think, remember, decide, and execute any textual information
> exquisite fine motor control not just to operate the phone,
> > but to push the tiny text buttons - all in a moving vehicle
> dexterity
> speech comprehension
> speech formulation
> spelling
> grammar
> thought context
> thought content

---

Name:
Medical Record#:        0107
Date:                January , 2024
Page:                Page 13 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

organization of thought
prioritization
temporal sequencing
geographic sequencing (positioning of all the keys on the smart phone)

When Mr. Walden can perform all of these neurological tasks simultaneously on a sustained basis in a moving vehicle immediately after the August 10, 2020 accident, this confirms a level of consciousness and neurologic function which for all intents and purposes rules out any significant or persistent concussion or traumatic brain injury. Patients with significant or persistent concussions are not able to perform all these tasks simultaneously on a sustained basis in a moving vehicle under psychological stress, in pain, strapped down flat in an ambulance *minutes after the event, when any presumptive neurologic deficit from concussion would be maximal.*

In concussion, it is not the presence or absence of the initial loss of consciousness (or alteration consciousness) that determines prognosis. What determines prognosis is the Glasgow Coma Score at first medical evaluation - which is a measure of persistent alteration in consciousness, not a measure of transient loss of consciousness or transient alteration in consciousness.

Mr. Walden's initial Glasgow Coma Score is **normal (15).**

Mr. Walden's sequential repeat Glasgow Coma Scores every few minutes or every few hours for the next three days around the clock are **normal.**

There is no persistent alteration consciousness.

When Mr. Walden successfully texts on his smart phone on a sustained basis throughout "the entire ambulance trip to the hospital," this is powerful and emphatic evidence that any potential initial loss or alteration consciousness is not persistent;  the concussion has already completely "cleared" in just minutes, if present at all.

This is highly prognostic. Whether Mr. Walden lost consciousness at the scene prior to arrival of the ambulance team or never lost consciousness is irrelevant in terms of prognosis, since prognosis is determined by the initial Glasgow Coma Score at first medical evaluation, and this is normal in Mr. Walden.

The fact that Mr. Walden successfully texts on his smart phone throughout the entire ambulance ride provides an additional level of unequivocal medical evidence of superior neurologic cerebral / cortical function during precisely that time-frame when neurologic deficit from concussion should be maximal (immediately post-impact). There is no persistent or significant traumatic brain injury from August 10, 2020; the evidence for this is unequivocal and overwhelming.

This was explicitly confirmed by the August 12, 2020 transfer note from nurse practitioner Rice, who declared just two days post-accident:

"Mr. Walden does not have TBI that requires monitoring."

---

## Neurosurgery and Spine Specialist, PSC

**Excellent Recovery, Function and Pain Control after Surgery for Right Hip Fracture:**

Mr. Walden clearly experienced a right acetabular "hip socket" fracture on August 10, 2020. Fortunately this was successfully repaired with surgery.

We know the surgery was highly successful because the postoperative records consistently document a superior long-term outcome:

August 13, 2020:  Mr. Walden is **"doing well."**
August 14, 2020:  Mr. Walden is **"doing well."**
August 15, 2020:  Mr. Walden is **"doing well."**
August 17, 2020:  Mr. Walden is **"doing well."**
August 17, 2020:  Mr. Walden has **"no complaints of pain** this morning."

August 31, 2020:  Mr. Walden does **not require any prescription pain medications.**

September 14, 2020:  the right hip is doing so well, that at this initial primary care evaluation,
transient socially transmitted disease (sexually transmitted urinary tract infection)
takes precedence over the hip in the context of both symptoms and diagnosis

September 21, 2020:  right hip pain has "significantly decreased."
No other symptoms are noted.
14 point proactive review systems questioning is negative.
Neurological exam is normal.
**Right hip flexion and extension are normal.**
**Postoperative right hip x-rays are excellent.**

October 28, 2020 PT:  pain rating 2/10
**"85% improvement in pain" after just 10 PT sessions**
**"above average improvement"** is documented
**"potential for continued improvement is good"**
Mr. Walden successfully walks 50 feet 30 times in a row on his own
"Potential for continued progress is good"
"Overall rehab potential is good"

November 2, 2020 PT:  pain rating **2/10**

November 3, 2020 PT:  pain rating **2/10**

November 5, 2020 PT:  pain rating **2/10**

November 17, 2020 PT:  pain rating **2/10**
the therapist repeats that improvement is "above average,"
and potential for further improvement is "good."

November 24, 2020 PT:  pain rating **2/10**

December 2, 2020 PT:   pain rating **2/10**

---

Name:
Medical Record#:        0107
Date:                          January , 2024
Page:                          Page 15 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

December 11, 2020:     **no pain**
**full, normal, complete right hip range of motion in all planes,**
**symmetric with the left**

Mr. Walden then skips out on the next four consecutive physical therapy sessions.

January 5, 2021 PT:     "minimal pain" and "minimal difficulty" with extensive physical therapy exercises

January 8, 2021 PT:     pain rating 2/10

January 12, 2021 PT:     pain rating 2/10

January 25, 2021 PT:     pain rating 2/10

February 5, 2021 PT:     pain rating 2/10

February 9, 2021 PT:     pain rating 2/10
   **functional outcome** formally assessed by FOTO is "**better than predicted**"

---------------------------------------------------------------------------

**18 month gap in medical evaluation / treatment**

---------------------------------------------------------------------------

This huge gap in medical care is highly significant because we know from the February 14, 2016 emergency room evaluation that Mr. Walden will not hesitate to seek emergency medical evaluation for the slightest medical problem. On that date Mr. Walden went to the emergency room with his mother complaining of a "toothache" of only two hours duration causing 4/10 pain. Physical and dental examination were totally normal. The ER doctors recommended following up with a dentist.

If Mr. Walden does not hesitate to seek ***"emergency" medical evaluation for a toothache only two hours old (even calling for an ambulance, accompanied by his Mom to the ER),*** then his decision **not** to seek any medical evaluation or treatment for hip pain, low back pain, neck pain, collarbone pain, vision problems or traumatic brain injury for **1.5 years** represents pretty darn impressive evidence that any such complaints or problems, if present, are not medically or functionally terribly significant, at least not as significant as *his two-hour-old toothache requiring an ambulance and ER evaluation.*

September 24, 2022:  Mr. Walden expressly denies any difficulty walking.

September 27, 2022:  Mr. Walden denies any symptoms other than his finger lacerations.

October 21, 2022:     Mr. Walden complains of new onset LEFT hip pain,
Mr. Walden describes his history of previous right hip surgery,
but Mr. Walden does not complain of any RIGHT hip pain

---

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

Mr. Walden has **no documented right hip pain and no medical evaluation or treatment for right hip pain** from March 3, 2021 until February 10, 2023 – for **almost 2 years**. However, the right hip pain on February 10, 2023 is explicitly assigned by Mr. Walden to an MVA from "several months ago," not an MVA from several "years" ago. Clearly the right hip pain from February 18, 2022 is no longer significant.

***By every medical measure, the right hip has fully recovered after corrective surgery:***

      Full range of motion all planes
      normal physical examination
      excellent x-rays
      "better-than-expected" functional outcome
      "above average" response to surgery
      "minimal pain" and "minimal difficulty" with extensive, aggressive physical therapy exercises for an hour
      all pain "well-controlled" with over-the-counter medications only, starting just a few weeks after surgery
      **no documented right hip pain or complaints for two years**
      **no documented right hip evaluation or treatment for two years**

### Work Capacity:

In his deposition, Mr. Walden testifies that he is incapable of "working a full day," and has to "sit down and rest." Mr. Walden complains that he "cannot play with his daughter." Mr. Walden denies the ability to perform any odd jobs, and instead has to resort to "mainly pointing fingers."

When counsel pointed out that Mr. Walden appeared to have considerable oil or grease under all his fingernails, Mr. Walden explained that this was "dirt" caused by "playing with young ones." However Mr. Walden also testified that he was physically unable to play with his own daughter, who would ostensibly qualify as a "young one."

Today, Mr. Walden's hands (and feet) are terribly calloused and profoundly dirty, consistent with longstanding, hard physical work.

On September 24, 2022 Mr. Walden had to go to the emergency room after injuring three fingers while utilizing an angle grinder. An angle grinder is a concrete wheel rotating at high speed for physically degrading hard substances such as metal, concrete, stone or mortar. It requires a lot of power and force to use an angle grinder.

All of this activity is totally inconsistent with Mr. Walden's claims that he can only "point fingers," and cannot carry out any significant physical activities. Notably Mr. Walden's hands were so explicitly "filthy" on September 24, 2022 that the ER physician had to *soak the hands in chlorhexidine.* This would certainly imply that Mr. Walden was not using the angle grinder rarely or sporadically, but intensively, or at least performing other types of "grimy" manual physical labor sufficient to render his hands so "filthy" that they required soaking with chlorhexidine. One could make the same argument today.

All of this strongly suggests that Mr. Walden is in fact engaging in fairly intensive manual labor on a longstanding basis after recovering from the August 10, 2020 accident and the August 12, 2020 right hip surgery.

---

Name:
Medical Record#:     0107
Date:     January , 2024
Page:     Page 17 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

This would not be the first time that Mr. Walden claimed physical inability to work for purposes of secondary gain while nonetheless pursuing remunerative physical work activity.   Even though Mr. Walden has been receiving total occupational disability benefits from the Social Security Administration since 2012, the July 29, 2018 emergency room evaluation documents that Mr. Walden declared his intention to "continue working in concrete" despite the ER physicians recommendations to avoid this type of activity to allow the finger lacerations from glass cuts to heal. Mr. Walden point blank told the ER doctor that Mr. Walden would not follow medical recommendations "owing to Mr. Walden's need to get back to work."   On April 29, 2019 Mr. Walden informed the ER physician that Mr. Walden had aggravated his shoulder pain "while at work."

**Decreased Memory:**

Mr. Walden attributes long-term and short-term memory loss to presumptive traumatic brain injury on August 10, 2020. Independent of the fact that Mr. Walden had no loss of consciousness, no alteration consciousness, and a normal presenting Glasgow Coma Score on August 10, 2020, and therefore, by medical definition, no concussion and no traumatic brain injury, we can simply review Mr. Walden's medical records to discover that Mr. Walden **never complains of any memory or cognitive issues for 2 1/2 years after August 10, 2020:**

> August 10, 2020 ambulance:  no memory or cognitive complaints
>
> August 10, 2020 UK ER:        no memory or cognitive complaints
>
> August 10, 2020 Dr. Skipper:  no memory or cognitive complaints
>
> August 10, 2020 Dr. Grabau:  no memory or cognitive complaints
>
> August 10, 2020 Dr. Pillai:     no memory or cognitive complaints
>
> August 10, 2020 Dr. Ávila:     no memory or cognitive complaints
>
> August 11, 2020 Dr. Miner:     no memory or cognitive complaints
>
> August 12, 2020 Dr. Fryar:     no memory or cognitive complaints
>
> August 12, 2020 Dr. Krause:  no memory or cognitive complaints
>
> August 12, 2020 Dr. Irving:     no memory or cognitive complaints
>
> August 14, 2020 Dr. Garrett:  no memory or cognitive complaints
>
> August 15, 2020 Dr. Hare:     no memory or cognitive complaints
>
> August 17, 2020 Dr. Larson:  no memory or cognitive complaints
>
> August 17, 2020 Dr. Kalbac:  no memory or cognitive complaints

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC


August 17, 2020 PT:          no memory or cognitive complaints

August 17, 2020 OT:          no memory or cognitive complaints

Aug. 18, 2020 Dr. Abbenhaus:  no memory or cognitive complaints

August 31, 2020 Dr. Raisley:   no memory or cognitive complaints

August 31, 2020 Dr. Aneja:    no memory or cognitive complaints

Sept. 14, 2020 APRN Campbell:   no memory or cognitive complaints

Sept. 21, 2020 Dr. Wade:   no memory or cognitive complaints

Sept. 21, 2020 Dr. Aneja:   no memory or cognitive complaints

Sept. 27, 2022 ER:          no memory or cognitive complaints


September 29, 2020 PT:   no memory or cognitive complaints

October 1, 2020 PT:   no memory or cognitive complaints

October 2, 2020 PT:   no memory or cognitive complaints

October 6 2020 PT:   no memory or cognitive complaints

October 8 2020 PT:   no memory or cognitive complaints

October 13 2020 PT:   no memory or cognitive complaints

October 19 2020 PT:   no memory or cognitive complaints

October 27 2020 PT:   no memory or cognitive complaints

October 28 2020 PT:   no memory or cognitive complaints


November 2, 2020 PT:   no memory or cognitive complaints

November 3 2020 PT:   no memory or cognitive complaints

November 5 2020 PT:   no memory or cognitive complaints

November 17 2020 PT:   no memory or cognitive complaints

November 24 2020 PT:   no memory or cognitive complaints

---

## Neurosurgery and Spine Specialist, PSC

December 2, 2020 PT:          no memory or cognitive complaints

December 11 2020 PT:          no memory or cognitive complaints

January 5, 2021 PT:          no memory or cognitive complaints

January 8, 2021 PT:          no memory or cognitive complaints

January 12, 2021 PT:          no memory or cognitive complaints

January 25, 2021 PT:     no memory or cognitive complaints

February 5, 2021 PT:          no memory or cognitive complaints

February 9, 2021 PT:          no memory or cognitive complaints

March 3, 2021 PT:             no memory or cognitive complaints


-------------------------------------------------------------------------------------------
**18 MONTH GAP:  NO MEDICAL EVALUATIONS, NO MEDICAL TREATMENT DOCUMENTED**
-------------------------------------------------------------------------------------------


Oct. 21, 2022 PAC Chasteen:     no memory or cognitive complaints
                                extremely detailed mental status examination is normal

Oct. 21, 2022 Dr. Culver:       no memory or cognitive complaints
                                extremely detailed mental status examination is normal

Oct. 21, 2022 APRN Campbell:  no memory or cognitive complaints
                                extremely detailed mental status examination is normal

December 29, 2022 ER:           no memory or cognitive complaints


At **50 consecutive medical evaluations, for 2 1/2 years after August 10, 2020**, Mr. Walden **never complains of any memory or cognitive issues.**

The first time Mr. Walden ever complains of any memory or cognitive issues to any treating medical professional on any occasion post-accident is on January 9, 2023, when Mr. Walden presents to Dr. Geile with a chief complaint of

> **"Mr. Walden's attorney** wants a memory workup."

Recall that neurologic deficit after traumatic brain injury is maximal immediately after impact, and then universally improves with time;  in that context, the complete absence of any cognitive complaints for 2 1/2 years and 50 consecutive medical evaluations post-accident confirms beyond any medical doubt whatsoever absence of any significant cognitive deficit specific to the August 10, 2020 car accident. Not only did Mr. Walden never complain of

---

Name:
Medical Record#:       0107
Date:                  January , 2024
Page:                  Page 20 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

any cognitive issues, no physician or medical professional ever detected any such problems during 50 consecutive interviews and examinations, including many detailed mental status and neurological exams.  Based on the *medical documentation*, Mr. Walden's cognitive and memory subjective complaints are driven by his attorney, not by his brain condition.

**Cognitive Performance:**

Mr. Walden's May 7, 2014 psychometric testing confirmed very low percentile performance for most cognitive tasks. This can be easily explained by a phalanx of factors:

1)   Average or lower academic achievement baseline

2)   July 6, 2012 traumatic brain injury with initial Glasgow Coma Score of three (lowest possible)

3)   Chronic, severe, frequent cocaine abuse "for years" before and "for years" after the July 6, 2012 car accident

4)   Chronic, severe, frequent methamphetamine abuse "for years" before and after July 6, 2012

5)   Chronic THC (disease marijuana) abuse, "4 to 8 joints a day" since age 12

6)   Benzodiazepine abuse (Valium family of drugs – highly addictive, cross reactive with opioids and alcohol)

7)   Opioid / Heroin / Percocet abuse,  - daily oxycodone abuse since age 14

    Heroin abuse severe enough to cause two near fatal Heroin overdoses;
    Heroin abuse severe enough to drop Mr. Walden into the deepest possible coma:
           Glasgow Coma Score 3  (consistent with brain death / no cerebral brain activity);
        in both cases, Mr. Walden would have expired
        if the ambulance teams had not administered Narcan to reverse the opioids

8)   documented, constantly recurring drug abuse recidivism (trauma, pain or new medical conditions not required)

9)   documented intravenous drug abuse, drug of choice not designated

10)  chronic sleep apnea / disruptive sleep habits

11)  secondary gain (litigation on behalf of a medical condition is, by medical definition, secondary gain)

12) Alcohol Abuse (confirmed by Mr. Walden today; prior treatment with Alcoholics Anonymous)

13)  Possible concussion from motor vehicle accident on July 13, 2017  (per ER records from that date)

14)  Possible concussion from "hit to the head" four months prior to August 10, 2020

---

# Neurosurgery and Spine Specialist, PSC

Long-term habitual use of marijuana can drop a patient's IQ by 10 points (an entire standard deviation). Mr. Walden has tested positive for marijuana almost every time he has undergone toxicology testing.  Eight marijuana joints a day since age 12 can easily explain Mr. Walden's psychometric test results, all by itself.

Without the drug rehabilitation records from 10 years ago, five years ago, or 2023, we really do not know the extent of Mr. Walden's poly-substance abuse, but we do know that the more drugs Mr. Walden abuses, the more frequently he abuses them, and the longer the duration of abuse, the more damage Mr. Walden's brain will incur.

The phalanx of addictive central nervous system depressants (ethanol, opioids, benzodiazepines, oxycodone, heroin, marijuana) and central nervous system stimulants (metamphetamines, cocaine) chronically abused by Mr. Walden can each individually easily explain his psychometric test results, memory complaints, and even the VNG and posturography results.

Mr. Walden has a phalanx of significant, toxic, cumulative, long-standing central nervous system insults which taken together easily explain the cognitive testing results, separate from August 10, 2020.

Recall also that low percentile cognitive test results were obtained on May 7, 2014, and Mr. Walden has continued to abuse cocaine, met-amphetamines, heroin, opioids, tobacco and marijuana since then. Continued exposure to these multiple toxic substances would drive the cognitive performance *even lower,* both before and after August 10, 2020.


## Patient Credibility:

Mr. Walden's history of poly-substance is well documented:

> Cocaine
> Benzodiazepines (Valium family of drugs)
> Heroin
> Opiates
> Oxycodone since age 14
> Met-amphetamines extending back prior to 2012
> Marijuana since age 12
> "Intravenous drug abuse" with drug of choice not specified
> Alcohol Abuse

Records confirmed that this poly-substance was going on for years prior to July 6, 2012, and has continued on a regular recurring basis since then - well more than a decade.

Despite this massive history of poly-substance abuse,
Mr. Walden routinely, explicitly denies any history of recreational drug use at the vast majority of his medical evaluations:

> August 10, 2020 Emergency Room
> May 28, 2013 Dr. Hessler
> August 26, 2013 Dr. Rose
> September 24, 2022 emergency room
> September 11, 2012 EMS

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 22 of 45

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC

March 31, 2013 Emergency Room
May 29, 2013 Emergency Room
June 19, 2013 Emergency Room
September 12, 2014 Emergency Room
February 14, 2016 Emergency Room
January 15, 2019 Emergency Room
August 3, 2020 Dr. Gile

Mr. Walden was actively using recreational drugs intensively during his extended rehabilitation from the July, 2012 traumatic brain injury.

In his deposition, Mr. Walden assigned several symptoms to the August 2, 2020 accident which have no connection to that accident whatsoever (neck pain, low back pain, left eye vision loss, collarbone fracture / pain).

Mr. Walden is simply not an accurate medical historian. We must rely instead on the contemporaneous medical records, not retrospective narratives from Mr. Walden.

**Pre-Existing Active Headache:**

January 30, 2013 Emergency Room:

    Chronic Headache

May 28, 2013 Dr. Hessler:  (neurology)

    Diagnosis:  post-concussive headache

August 23, 2013 Dr. Hessler:

    Post-concussive headache
    start valproate for headache

August 26, 2013 Dr. Rose (neurology):

    Headache

June 25, 2017 Emergency Room:

    Past Medical History:

---

Name:
Medical Record#:    0107
Date:    January , 2024
Page:    Page 23 of 45

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC


Tension headache
Memory loss
vision loss
"left eye vision loss from accident"


January 15, 2019 Emergency Room:

Past Medical History:

Tension headache
memory loss
left eye vision loss from accident


August 3, 2020 Dr. Geile:  Establishing Primary Care:

Increasing headache from the 2012 MVA
Hit his head four months ago


**No Headache On or After August 10, 2020:**

August 10, 2020 ambulance:  no headache

August 10, 2020 UK ER :     no headache

August 10, 2020 Dr. Skipper:  no headache

August 10, 2020 Dr. Grabau:  no headache

August 10, 2020 Dr. Pillai:     no headache

August 10, 2020 Dr. Ávila:     no headache

August 11, 2020 Dr. Miner:    no headache

August 12, 2020 Dr. Fryar:    no headache

August 12, 2020 Dr. Krause:  no headache

August 12, 2020 Dr. Irving:    no headache

August 14, 2020 Dr. Garrett:  no headache

August 15, 2020 Dr. Hare:     no headache

August 17, 2020 Dr. Larson:  no headache

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 24 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

August 17, 2020 Dr. Kalbac:   no headache

August 17, 2020 PT:        no headache

August 17, 2020 OT:        no headache

Aug. 18, 2020 Dr. Abbenhaus: no headache

August 31, 2020 Dr. Raisley:   no headache

August 31, 2020 Dr. Aneja:     no headache

Sept. 14, 2020 APRN Campbell:   no headache

Sept. 21, 2020 Dr. Wade:     no headache

Sept. 21, 2020 Dr. Aneja:    no headache

Sept. 29, 2020 PT:          no headache

October 1, 2020 PT:         no headache

October 2, 2020 PT:         no headache

October 6 2020 PT:          no headache

October 8 2020 PT:          no headache

October 13 2020 PT:         no headache

October 19 2020 PT:         no headache

October 27 2020 PT:         no headache

October 28 2020 PT:         no headache

November 2, 2020 PT:        no headache

November 3 2020 PT:         no headache

November 5 2020 PT:         no headache

November 17 2020 PT:        no headache

November 24 2020 PT:        no headache

December 2, 2020 PT:        no headache

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 25 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

December 11 2020 PT:          no headache

January 5, 2021 PT:          no headache

January 8, 2021 PT:          no headache

January 12, 2021 PT:          no headache


January 27, 2021 APRN Campbell:

                            **Headache** status post MVA

                            Diagnosis:   "thoracic spine" (sic)
                                              Marijuana abuse

January 25, 2021 PT:          no headache

February 5, 2021 PT:          no headache

February 9, 2021 PT:          no headache

March 3, 2021 PT:          no headache


--------------------------------------------------------------------------------------------------------------------

**18 MONTH GAP:  NO MEDICAL EVALUATIONS, NO MEDICAL TREATMENT DOCUMENTED**

--------------------------------------------------------------------------------------------------------------------


September 24, 2022 ER:     Mr. Walden explicitly denies headache when proactively questioned.


October 21, 2022 PAC Chasteen:

                            no headache
                            extremely detailed mental status examination is normal

October 21, 2022 Dr. Culver:

                            no headache
                            extremely detailed mental status examination is normal

October 21, 2022 APRN Campbell:

                            no headache

---

Name:
Medical Record#:          0107
Date:                    January , 2024
Page:                    Page 26 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

extremely detailed mental status examination is normal

December 29, 2022 ER:        no headache


January 9, 2023 Dr. Geile:

Mr. Walden complains of headache.

***The reason for the visit:*  "Mr. Walden's attorney wants a memory workup."**

Normal neurological exam

Patient is currently in outpatient drug rehab program three days a week.
The last time the patient used drugs was two weeks ago, marijuana.
Toxicology test ordered, but no results available.

Diagnosis:  "patient and mom want formal neuro psychometric testing"


Mr. Walden does not complain of any headache on August 10, 2020.

Mr. Walden does not complain of any headache to any treating medical professional for **41 medical evaluations post accident, for more than five months.**

Mr. Walden then complains of headache on exactly **one occasion** (January 27, 2021), and subsequently **never complains of headache again for the next two years,** not until Mr. Walden's attorney sends Mr. Walden to Dr. Geile for psychometric testing.

> ***Headache is literally "not worth complaining about" at 50 out of 51 medical evaluations in the 2 1/2 years after the August 10, 2020 car accident.***

Mr. Walden goes five months without any headache reported after the accident.

Mr. Walden then goes without headache for the next two years.

This is not a clinical course consistent with posttraumatic headache or post-concussive headache.

Compare this impressive absence of headache post August 10, 2020 to Mr. Walden's pre-existing active headache course immediately prior to August 10, 2020:

Chronic "post-concussive" headache diagnosed at least four times throughout 2013
requiring specialty neurology consultation multiple times

Chronic tension headache diagnosed in 2017

Chronic attention headache diagnosed in 2019

---

Name:
Medical Record#:        0107
Date:                January , 2024
Page:                Page 27 of 45

### EXHIBIT B

## Neurosurgery and Spine Specialist, PSC

Mr. Walden seeking medical evaluation on August 3, 2020 - exactly one week prior to the August 10, 2020 car accident - specifically for chronic headache present SINCE 2012 that is now escalating after Mr. Walden "hit his head four months ago."

A chronic headache of eight years duration requiring multiple neurology specialty consultations and then escalating after new head trauma just seven days prior to August 10, 2020 is medically far, far more likely to explain any subsequent headaches in Mr. Walden than the August 10, 2020 car accident, which is associated with no headache for 41 consecutive medical evaluations in five months, and a single five-month-delayed episode of headache in the 2 1/2 years post-accident.

Mr. Walden's current headaches are not from August 10, 2020.
Current headaches are from

Mr. Walden's pre-existing active well documented long-standing post-concussive headaches from 2012

the documented concussion of July 13, 2017 (UK ER),

the "hit to the head" four months prior to August 10, 2020,

possible poly-substance abuse and the associated intermittent withdrawal syndromes and psychological stress.

**Absence of Intermittent Left Arm Numbness for 3.5 Years Post Accident:**

Today Mr. Walden attributes intermittent numbness in the left forearm, hand and fingers to the August 10, 2020 car accident.

The main problem with this assertion is that in the more than 3 1/2 years since the August 10, 2020 car accident, Mr. Walden has never complained of any numbness or tingling anywhere in the body to any treating medical professional on 51 consecutive occasions:

August 10, 2020 ambulance:  no numbness

August 10, 2020 UK ER :      no numbness

August 10, 2020 Dr. Skipper:  no numbness

August 10, 2020 Dr. Grabau:  no numbness

August 10, 2020 Dr. Pillai:      no numbness

August 10, 2020 Dr. Ávila:      no numbness

---

Name:
Medical Record#:      0107
Date:                          January , 2024
Page:                          Page 28 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

August 11, 2020 Dr. Miner:      no numbness

August 12, 2020 Dr. Fryar:      no numbness

August 12, 2020 Dr. Krause:   no numbness

August 12, 2020 Dr. Irving:     no numbness

August 14, 2020 Dr. Garrett:   no numbness

August 15, 2020 Dr. Hare:      no numbness

August 17, 2020 Dr. Larson:   no numbness

August 17, 2020 Dr. Kalbac:   no numbness

August 17, 2020 PT:              no numbness

August 17, 2020 OT:             no numbness

Aug. 18, 2020 Dr. Abbenhaus: no numbness

August 31, 2020 Dr. Raisley:   no numbness

August 31, 2020 Dr. Aneja:     no numbness

Sept. 14, 2020 APRN Campbell:   no numbness

Sept. 21, 2020 Dr. Wade:       no numbness

Sept. 21, 2020 Dr. Aneja:      no numbness

Sept. 29, 2020 PT:             no numbness

October 1, 2020 PT:            no numbness

October 2, 2020 PT:            no numbness

October 6 2020 PT:             no numbness

October 8 2020 PT:             no numbness

October 13 2020 PT:            no numbness

October 19 2020 PT:            no numbness

October 27 2020 PT:            no numbness

---

Name:
Medical Record#:      0107
Date:                January , 2024
Page:                Page 29 of 45

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC

October 28 2020 PT:          no numbness

November 2, 2020 PT:          no numbness

November 3 2020 PT:          no numbness

November 5 2020 PT:          no numbness

November 17 2020 PT:          no numbness

November 24 2020 PT:          no numbness

December 2, 2020 PT:          no numbness

December 11 2020 PT:          no numbness

January 5, 2021 PT:          no numbness

January 8, 2021 PT:          no numbness

January 12, 2021 PT:          no numbness

January 27, 2021 APRN Campbell:  no numbness

January 25, 2021 PT:          no numbness

February 5, 2021 PT:          no numbness

February 9, 2021 PT:          no numbness

March 3, 2021 PT:          no numbness

-----------------------------------------------------------------------------------------------------------

**18 MONTH GAP:  NO MEDICAL EVALUATIONS, NO MEDICAL TREATMENT DOCUMENTED**

-----------------------------------------------------------------------------------------------------------

September 24, 2022 ER:          no numbness

Oct. 21, 2022 PAC Chasteen:    no numbness

October 21, 2022 Dr. Culver:    no numbness

Oct. 21, 2022 APRN Campbell:  no numbness

December 29, 2022 ER:          no numbness

Name:
Medical Record#:      0107
Date:                  January , 2024
Page:                  Page 30 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

January 9, 2023 Dr. Geile:        no numbness

Numbness literally "not worth mentioning" at 51 consecutive medical evaluations in more than 3 1/2 years after the August 10, 2020 car accident cannot be attributed to that accident.

Mr. Walden declares today that the numbness only occurs when he is watching TV, and sometimes when he lays down to sleep at night.

This numbness is from temporary postural compression of the ulnar nerve at the cubital tunnel ("the funny-bone"), where the ulnar nerve is most vulnerable and extremely superficial.

Mr. Walden is "leaning on his elbow" on the sofa or chair armrest when watching TV, putting pressure on the ulnar nerve, causing the numbness from the elbow down. This is a classic postural "neurapraxia" - temporary peripheral nerve dysfunction from temporary compression of a peripheral nerve.

This happens all the time when patients wake up from prone position surgery, even when the ulnar nerve is carefully padded.  I have seen this postural ulnar neurapraxia post operatively and in the office setting, almost always when the patient lays down to sleep or when the patient rests the elbow on armrest or sofa, in hundreds of patients.

Mr. Walden needs to stop leaning on his funny-bone, and the positional numbness will go away.

**Absence of Blurry Vision Complaints for 3 1/2 Years:**

Mr. Walden complains of blurred vision today, and attributes this to the August 10, 2020 car accident.

However Mr. Walden never complained of any blurred vision to any treating medical professional for more than 3 1/2 years after the August 10, 2020 accident (51 consecutive evaluations).

The first time Mr. Walden ever complains of any blurred vision is January 9, 2023 when Mr. Walden seeks to establish care with Dr. Geile with the chief complaint of

"Mr. Walden's attorney wants a memory workup."

Blurred vision represents refractory error:  inability to focus a sharp image on the retina at the back of the eye.  This is **an intraocular problem,** such as the shape of the lens or the shape of the eyeball, **not a brain problem.** One does not get "blurry vision" from concussion or traumatic brain injury. Blurry vision is a problem that needs to be ***corrected with eyeglasses:***  accurately focusing the light beams on the retina.  Mr. Flemm needs new glasses.

Neuroanatomy informs us that Mr. Walden's complaint of blurry vision cannot be from presumptive concussion or traumatic brain injury on August 10, 2020. Nor is blurry vision caused by cranial nerve palsy or extraocular muscle dysfunction (which results in double vision, dysconjugated eyeball tracking, not blurry intraocular image focus problems).

---

Name:
Medical Record#:        0107
Date:                January , 2024
Page:                Page 31 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

**Dr. Changaris:**

Dr. Changaris evaluated Mr. Walden on November 17, 2023 and diagnosed Mr. Walden with

> Vertigo of central and peripheral origin status post MVA

> Right shoulder loss of range of motion as early rigidity of Parkinsonism status post MVA

**Dr. Changaris:  Diagnosis and Causation:  Both Based on <u>Inaccurate</u> Medical Evidence:**

On page 7 of his November 30, 2023 report, Dr. Changaris declares all diagnoses and all causation exclusively on the basis of

> "The history received, physical examination, medical testing, and my professional training and experience."

I have some methodological concerns with how Dr. Changaris carried out this process of determining diagnosis and causation.

First off, physical exam and medical tests *cannot determine causation*.

Causation can only be determined by the medical history.

The history received Dr. Changaris received from Mr. Walden, and the medical history explicitly relied upon by Dr. Changaris to determine all diagnoses and causation for Mr. Walden, at least as demonstrated in Dr. Changaris's November 30, 2023 report, is **not accurate**:

Mr. Walden informed Dr. Changaris that Mr. Walden had been "clean and sober for several years" prior to August 10, 2020 in terms of substance abuse. This is not correct.

> Mr. Walden told me that he had been using marijuana and oxycodone daily right up through August, 2020.

> Records indicate that Mr. Walden had been using methamphetamines right up through 2020.

> Mr. Walden overdosed on heroin in 2016 and again in 2017.

> One week prior to August 10, 2020 Mr. Walden tested positive for alcohol and marijuana, both of which he denied using at the time of testing.

This inaccurate history of abated poly-substance abuse "for years" prior to August 10, 2020 is highly relevant, because the substance abuse can explain so many of Mr. Walden's symptoms, his psychometric test results, his VNG and posturography results, and also provides probably the most powerful possible medical impetus for secondary gain.

---

## Neurosurgery and Spine Specialist, PSC

Equally obvious, when Dr. Changaris attributes Mr. Walden's "relapse into substance abuse" to the August 10, 2020 car accident, this is patently false when Mr. Walden denies all substance abuse "for years" prior to August 10, 2020 but tests positive for multiple abusive substances just one week prior.

Mr. Walden informed Dr. Changaris that Mr. Walden was

"Not working as a bricklayer due to the August 10, 2020 car accident."

This is not accurate.

Mr. Walden informed me today that Mr. Walden has not worked in any remunerative fashion since 2014, when he worked maintenance at McDonald's. Mr. Walden told me that Mr. Walden has been receiving total occupational disability benefits from the Social Security Administration for more than 10 years. This has obvious implications when Dr. Changaris subsequently declares that

"Mr. Walden was employed without limitations at the time of the accident 2020, and he is currently not working *due to this accident* and is not likely to return to gainful employment."

When Dr. Changaris attributes all alleged vestibular, TBI and TBI -induced Parkinsonian diagnoses and deficits in Mr. Walden to the August 10, 2020 car accident, Dr. Changaris completely ignores the possibility that previous traumatic brain injury in 2012 could be responsible for the the VNG and posturography test results which form the evidentiary basis for all of Dr. Changaris's medical conclusions regarding Mr. Walden. This is likely because the only reference to the 2012 traumatic brain injury in Dr. Changaris's nine page report is the second and third sentence of the report at the top of page 1:

"Mr. Walden had a prior accident with a fracture of the left hip and the patient reported a TBI. No records reviewed for this accident."

In other words, at least according to the November 17, 2023 report,, Dr. Changaris,istotally unaware that

at the accident scene in 2012 Mr. Walden had an initial Glasgow Coma Score of three, the lowest possible, score for any human, equivalent to brain death,

Mr. Walden stayed comatose in the ICU for several weeks

Mr. Walden required a tracheostomy breathing tube and gastrostomy feeding tube - obvious markers for severe traumatic brain injury.  (How Dr. Changaris "missed" the siren-like huge, sunken, tracheostomy scar below Mr. Walden's Adam's Apple on physical exam – an unmistakable tipoff of a protracted, life-threatening ICU ventilator-bound illness remains a bit of a mystery).

It is this laconic / uninformative "history received from Mr. Walden" and relied upon by Dr. Changaris to reach all of his medical conclusions, combined with Dr. Changaris's inability to review any medical records prior to August 10, 2020, which causes Dr. Changaris to incorrectly assign alleged traumatic brain injury diagnoses, restrictions, future medical costs, and impairment to

an August 10, 2020 car accident with a normal Glasgow Coma Score, no loss of consciousness, no alteration in consciousness, and no neurologic symptoms for the next 3.5 years

---

Name:
Medical Record#:     0107
Date:                January , 2024
Page:                Page 33 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

instead of assigning any presumptive residual traumatic brain injury diagnoses, restrictions, future medical costs, and impairment to a 2012 car accident resulting in a Glasgow Coma Score of three, protracted comatose ICU course, tracheostomy and gastrostomy.

Relying upon an inaccurate or incomplete medical history can have massive consequences in terms of accurate medical diagnosis and causation, unquestionably the case with Dr. Changaris's November 17, 2020 report pertaining to Mr. Walden.

Dr. Changaris never reviewed any of the UK emergency room records from August 10, 2020 or the UK hospital records from August, 2020. Nor did Dr. Changaris review any of the ambulance records from August 10, 2020. This means that Dr. Changaris to this day has no idea that the ambulance team documented no loss of consciousness, no alteration in consciousness, normal Glasgow Coma Score at the scene, and Mr. Walden "texting on his phone" throughout the entire ambulance trip to the hospital. In other words, Dr. Changaris is unaware that the ambulance team documented unequivocal absence of any concussion or traumatic brain injury in Mr. Walden on August 10, 2020.

**Dr. Changaris:  Diagnosis #1 in Mr. Walden:  Parkinson's Disease:**

Parkinson's disease is a primarily motor (muscular control) condition caused by loss of the chemical messenger dopamine in the brainstem of humans.  There is no "test" for Parkinson's other than to see if a patient "responds" to medication.

Consequently, ***Parkinson's is always diagnosed "clinically":  at bedside.***  Every diagnostic definition of Parkinson's disease I am aware of is founded on confirmation of the three cardinal motor signs of Parkinson's:

      1)  Bradykinesia (pathologically slow movement)
      2)  Rigidity
      3)  Resting Tremor

The postural instability in Parkinson's always occurs "late" in the disease process, so much so that if difficulties with gait and postural instability are predominant early in the clinical course (as in Mr. Walden, according to Dr. Changaris),  the chance of Parkinson's is very, very, very, low, so low that  the diagnosis of Parkinson's should be dismissed in favor of any other reasonable medical explanation for any presumptive postural instability.

Mr. Walden does not have Parkinson's disease.  Mr. Walden does not have an "early" form of Parkinson's disease.

      Mr. Walden does not have bradykinesia.
      Mr. Walden has the **exact opposite,** psychomotor agitation, **in spades**.

      Mr. Walden does not have rigidity.
      No treating medical professional has identified rigidity in Mr. Walden.  **Ever.**

      Mr. Walden does not have resting tremor.
      No treating medical professional has identified tremor in Mr. Walden.  **Ever.**

No physician has ever documented any bradykinesia, rigidity, resting tremor  in Mr. Walden on any occasion. Therefore Mr. Walden does not have Parkinson's. Parkinson's a clinical (bedside) diagnosis.  If no clinician ever identifies any of the three required findings for Parkinson's, the patient, by medical definition, does not have Parkinson's.

---

Name:
Medical Record#:     0107
Date:            January , 2024
Page:            Page 34 of 45

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC

**Traumatic Brain Injury and Parkinson's:**

Dr. Changaris made a really big deal about the fact that traumatic brain injury in Mr. Walden on August 10, 2020 is *already causing Parkinson's disease in Mr. Walden, who is "on his way"* to some sort of inevitable Parkinsonian demise.

Dr. Changaris founded this hypothesis exclusively on a review article in the Journal of Neurosurgery by Perry. I reviewed this article (attached).

The Perry article is a **"meta-analysis,"** which is essentially a review article which "combines" data from multiple previous medical studies and then draws conclusions from the ***pooled data*** from the multiple different studies.

*This is very tricky stuff,* because each such medical series has different authors, different institutions, different selection criteria, different statistical analysis, different methodologies, different measurement parameters, and most importantly, different medical definitions.  I am always therefore very suspicious of meta-analysis papers, since completely antithetical conclusions can be drawn from the same collection of studies depending upon how one elects to accept, reject, select, deselect, emphasize, de-emphasize, modulate or "schmooze" the pooled data from multiple studies.

Given that Parkinson's is a highly selective chemical defect in a very small and specific part of the brain (loss of dopamine brain cells in the brainstem), I was curious as to how the medical analysis from Perry, the sole basis for Dr. Changaris' prediction of disabling Parkinson's in Mr. Walden from the August 10, 2020 whiplash muscle strain, concluded that Parkinson's results from traumatic brain injury.

**The Perry Meta Analysis:**

Dr. Perry reviewed a total of 15 studies looking for connections between Parkinson's and traumatic brain injury. Ultimately Dr. Perry concluded an odds ratio of 1.6 for the development of Parkinson's in patients with mild traumatic brain injury - in other words, a 60% increase in Parkinson's disease in patients with mild traumatic brain injury compared to the general population.

However, there was a huge range of individual odds ratios making up this combined, conglomerate, meta-analysis 1.6 odds ratio quoted so vociferously by Dr. Changaris in his deposition.

> Some of the studies showed an odds ratio of 0.01 - a massive protective effect from traumatic brain injury, with mild traumatic brain injuries having drastically LESS Parkinson's than the general population.

> Several of the studies had odds ratios less than one - 0.75, 0.90, etc.- all indicating that Parkinson's is less common in traumatic brain injury patients than other patients - the *exact opposite* of Dr. Changaris' testimony regarding Mr. Walden.

What immediately stands out in the pooled Parkinson's / TBI data is the fact that of the roughly 72,000 patients studied amongst all pooled studies included in the meta-analysis for Parkinson's "caused" by traumatic brain injury, **67,000 of those 72,000 patients came from just a single study in Denmark - 92% of all patients in the meta-analysis**.

In other words, the meta-analysis by Dr. Perry was not really a meta-analysis, but simply a restatement of a single large study, since the other 14 studies ***combined*** together **only contributed 8%** of the patients.

I decided to take a look at this one big study, Risk of Parkinson's Disease after Hospital Contact for Head Injury:

---

Name:
Medical Record#:       0107
Date:              January , 2024
Page:              Page 35 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

<u>Population-based Case-Control Study</u> by Rugbjerg et al. in Denmark.

This Denmark study was not an actual clinical study of patients. The Danish doctors simply pulled the hospital register from the Danish national hospital in Copenhagen for 30 consecutive years, and compared the number of patients who had been "labeled" in the register as traumatic brain injury with the number of patients "labeled" with Parkinson's disease. This was a study of a *hospital register,* not a study of patients.

Interestingly, the doctors did note an "overlap" of the two groups of patients: the same patients registered for *both* Parkinson's and mild traumatic brain injury. The doctors noted a 50% increase in a hospital "contact" label of brain injury before the first "contact" label for Parkinson's disease. If we simply took these numbers at face value, this would give an odds ratio of 1.5 - a 50% increase in Parkinson's supposedly caused by traumatic brain injury.

However, the Danish doctors were smart enough to put these numbers in context, and noted that this apparent increase in Parkinson's disease amongst traumatic brain injury patients was

> **"due almost entirely to (TBI)  injuries that occurred <u>during the three months before</u> the first regular Parkinson's disease (odds ratios 8.0, 5.6 and 11.6 for those three months)."**

The study authors correctly concluded:

> "The steeply increased frequency of hospital contacts for **head injury** during the months preceding the date when Parkinson's disease was first recorded **is a <u>consequence</u>** of the evolving movement disorder (**Parkinson's**) <u>rather than its cause.</u>"

In other words,

> the postural instability of Parkinson's disease was *causing these patients to fall a lot,* and when elderly patients fall a lot, they hit their heads and get mild traumatic brain injuries.

> **Parkinson's causes traumatic brain injury (because Parkinson's patients fall).**

> **Traumatic brain injury does <u>NOT</u> cause Parkinsons.**

After studying 67,000 patients, the Danish doctors were correct in their conclusion that

> Since postural instability is part of the diagnosis of Parkinson's

> ***Patients with Parkinson's disease fall a lot***

> And when patients ***fall a lot***

> they get mild traumatic brain injury.

> **Not the other way around.**

<u>*Traumatic brain injury does not cause Parkinson's.*</u>

<u>*Parkinson's causes falling, and falling causes mild traumatic brain injuries.*</u>

---

Name:
Medical Record#:     0107
Date:                        January , 2024
Page:                        Page 36 of 45

**EXHIBIT B**

Neurosurgery and Spine Specialist, PSC

Therefore the conclusion of this massive 67,000 patient 30-year hospital registration study from Denmark which constituted 92% of all the "Parkinson's-traumatic brain injury" patients in the Perry meta-analysis article quoted and relied so heavily on by Dr. Changaris is the **exact opposite** of what the Meta-analysis concluded, and the exact opposite of what Dr. Changaris concluded.

This is a fabulous example of the gross misinterpretation of statistics.  The actual medical evidence from Denmark shows that Parkinson's causes falling and falling causes mild traumatic brain injury.  None of that evidence showed that traumatic brain injury causes Parkinson's.  Yet the latter is exactly what Dr. Perry concluded, and exactly what Dr. Changaris concluded.  Both are dead wrong, according to the doctors who actually collected the medical evidence cited by Dr. Perry and Dr. Changaris.

Amazingly, the Perry meta-analysis was published and the journal editors never bothered to actually check the massive single study that constituted 92% of the data that led to the headline conclusions: that mild traumatic brain injury causes Parkinson's.  There is danger in reading only the "headline."  The "headline" in this case was dead wrong.

The actual medical data is the exact opposite: 92% of the patients (the Danish study) show that mild traumatic brain injury does **not** cause Parkinson's.  Instead, Parkinson's causes mild traumatic brain injury through the totally expected mechanism of causing Parkinson's patients to fall a lot.  No surprise there.

It is Dr. Perry putting the Danish study into the "wrong column"  which is responsible for the incorrect conclusion that traumatic brain injury *causes* Parkinson's:

>     The 67,000 patients should have gone in the column for "TBI does NOT cause Parkinson's,"

>     but Dr. Perry put all 67,000 patients into the column for "TBI DOES cause Parkinsons."

This is how Dr. Perry and Dr. Changaris reach conclusions that are the exact opposite of the medical truth:  by putting 67,000 patients into the "wrong"column, an error of almost unfathomable medical magnitude.

Without the Danish study, the remaining 14 studies do not reach any statistical significance whatsoever, because all 14 of the non-Danish studies only constitute 8% of the patients.  Even so, those studies actually showed a protective effect of TBI against Parkinsons.

The actual scientific truth is that mild traumatic brain injury does **not** cause Parkinson's disease.

This is what the medical evidence tells us,
the evidence directly *cited* by Dr. Changaris but unfortunately interpreted *exactly wrong* by Dr. Changaris.

The key is *proper interpretation of that data.*

>     The Danish authors who actually collected the data for those 67,000 patients with both Parkinsons and TBI interpreted the data correctly.

>     Dr. Changaris and Dr. Perry did not.

Dr. Changaris did not interpret the medical evidence himself, and instead relied upon Dr. Perry to interpret the evidence for him;  and when doctor Perry put the massive 67,000 patient Danish study into the "wrong column" (declaring that this massive study proved traumatic brain injury caused Parkinson's, when in fact, the study proved that Parkinson's caused traumatic brain injury), Dr. Perry made the exact wrong conclusion from the medical evidence.

I could not access the other articles cited by Dr. Changaris (Belthauser 2018;  Denby 2020).

But based on Dr. Changaris'

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 37 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

so heavily touting the completely wrong conclusions from the Danish Study of Parkinson's and traumatic brain injury

So vociferously incorrectly declared that the brainstem makes up "80%" of the brain when it only makes up 3%

I do not have a lot of confidence in the medical science and medical studies quoted by Dr. Changaris in support of his medical conclusions pertaining to Mr. Walden.  Of those things I could personally check on, Dr. Changaris got everything **dead wrong.**  *By a lot.*

I would love to personally review the medical evidence from the other medical studies and articles cited by Dr. Changaris, if he would be so kind as to provide those.

Unequivocal absence of Parkinson's disease in Mr. Walden completely invalidates one of the two diagnoses assigned to Mr. Walden by Dr. Changaris, and all of the 7% whole person shoulder impairment, since the entirety of that impairment is based on decreased right shoulder mobility as a consequence of rigidity from Parkinson's disease that *does not exist* in Mr. Walden.  Impairment assigned to a patient on the basis of a diagnosis that does not exist in that patient is not valid. Nor would any future medical restrictions, medical treatment or medical costs based on that incorrect diagnosis be valid.

### Einstein:

Albert Einstein famously said:

**"Just because you can measure something**

 **does not necessarily mean that it is important."**

This is certainly the case with the decreased  right shoulder range of motion as measured by Dr. Changaris in Mr. Walden,  which Dr. Changaris concludes is evidence of Parkinsons.

We know that this presumptive decrease in shoulder mobility in Mr. Walden is not Parkinson's because:

no treating clinician has identified resting tremor, bradykinesia or rigidity in Mr. Walden.  Ever.

TBI does not cause Parkinson's.

Mr. Walden never had concussion or TBI on August 10, 2020.

Dr. Changaris diagnoses TBI in Mr. Walden on August 10, 2020

*even though Mr. Walden*

never lost consciousness on August 10, 2020
never had alteration in consciousness on August 10, 2020
never had any neurologic symptoms on August 10, 2020

---

Name:
Medical Record#:        0107
Date:                January , 2024
Page:                Page 38 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

never had any neurologic findings on August 10, 2020
never had any concussive symptoms on August 10, 2020
never had any concussive findings on August 10, 2020
never had any neurologic symptoms for the next two and a half years after August 10, 2020
never had any neurologic findings for the next two and a half years after August 10, 2020
never had Parkinson's diagnosed by any treating medical physician on any occasion
never had any of the motor conditions that constitute Parkinson's in the 3.5 years after August 10, 2020
never had rigidity on any physical or neurological examination on any occasion in the 3.5 years since Aug. 10, 2020

           (with the notable exception of Dr. Changaris)
never was diagnosed with rigidity by any treating medical physician on any occasion


Measuring something that is not necessarily important or helpful is also the case with the Video Nystagmo Gram and posturography findings in Mr. Walden touted by Dr. Changaris.

Certainly, these tweaky machines in Dr. Changaris' office can measure a bunch of electrical signals.
But when Dr. Changaris declares that these signals, in and of themselves, constitute traumatic brain injury in Mr. Walden, independent of the clinical presentation on August 10, 2020 and independent of the clinical course in the days, weeks,  months and years after August 10, 2020, this is a tautology:  the premise is the conclusion.

The premise is that VNG defines traumatic brain injury, without any other medical evidence and without any clinical history.

By defining traumatic brain injury in this way, effectively substituting the VNG test for any published or widely accepted definition of concussion, the VNG test can never be "wrong," and this frees up Dr. Changaris to systematically ignore all other medical evidence  - including the most widely accepted definition of concussion in the world, using the Glasgow Coma Score, and the specific definition of concussion as defined by the world's largest and most prestigious professional neurosurgical society, the American Association of Neurological Surgeons.

An additional danger is that by defining traumatic brain injury exclusively as an abnormal VNG (or posturography) result, this will automatically, systematically misdiagnose every single patient with an abnormal VNG as a patient with traumatic brain injury.  This includes patients with abnormal VNG results for technical errors, such as earwax, electrode placement, or calibration.

There is no documentation that Dr. Changaris' VNG technologist checked Mr. Walden's ears for earwax.
There is no documentation that Dr. Changaris' VNG technologist placed the electrodes properly.
There is no documentation that Dr. Changaris' VNG technologist calibrated the VNG machine prior to the test.

All of these are incredibly simple, incredibly common reasons for **abnormal VNG results** that are ***created by the equipment, itself***, not by the patient or a medical condition.

Yet if we are to believe Dr. Changaris, patients with nothing more than earwax (no traumatic brain injury, no symptoms, no findings) who subsequently have an abnormal VNG **must** have traumatic brain injury.

**My questions for Dr. Changaris in the specific case of Mr. Walden:**

    Is the abnormal VNG from *earwax* or is it from traumatic brain injury?

    Is the abnormal VNG from inappropriate electrode placement, or is it from traumatic brain injury?

    Is the abnormal VNG from lack of calibration of the VNG equipment, or is it from traumatic brain injury?

    Is the abnormal VNG caused by the Xanax centrally acting, muscle relaxing benzodiazepine ingested by Mr. Walden prior to testing?

---

Name:
Medical Record#:       0107
Date:            January , 2024
Page:            Page 39 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

Is the abnormal VNG caused by the Trokendi antidepressant ingested by Mr. Walden prior to testing?

Is the abnormal VNG caused by centrally acting gabapentin, which blocks nerve signals in the brain, ingested by Mr. Walden prior to testing?

Is the abnormal VNG measuring the 2012 TBI when Mr. Walden had an initial Glasgow Coma Score of 3 (equivalent to brain death, or zero cerebral function) and was comatose in the hospital for weeks, ultimately requiring a tracheostomy breathing tube and gastrostomy feeding tube?

Which alleged TBI is more medically likely to cause abnormal VNG and abnormal posturography:

> the 2012 MVA causing a Glasgow Coma Score of 3 (lowest possible, consistent with brain death) and requiring tracheostomy and gastrostomy and protracted ICU stay in the hospital
>
> or
>
> the August 10, 2020 MVA with Glasgow Coma Score of 15 (normal), no loss of consciousness, no alteration in consciousness, and no neurologic symptoms or findings for 3.5 years?

Is VNG /posturography measuring traumatic brain injury in Mr. Walden from the 2017 MVA?

Is VNG /posturography measuring traumatic brain injury in Mr. Walden from the "hit to the head" in fall 2019?

Is VNG / posturography measuring decreased brain function in Mr. Walden from his lifelong substance abuse of heroin, oxycodone, opioids, benzodiazepines, cocaine, metamphetamines, marijuana, and alcohol?

Is VNG /posturography measuring decreased brain function in Mr. Walden from medication taken by Mr. Walden?

Is VNG /posturography measuring decreased brain function in Mr. Walden from sleep apnea / chronic sleep deprivation (lifelong)?

**Dr. Changaris Diagnosis #2:  Vertigo of Central and Peripheral Origin Status Post MVA:**

Dr. Changaris has diagnosed Mr. Walden with **vertigo.**

Vertigo is the medical term for a sensation of spinning in space. It is a symptom that *has to be described or complained of by the patient.*

Fifth Edition AMA guidelines, section 11.2 B, page 252 defines vertigo as:

> *"A sensation of rotation of the subject or object above the subject in any plane"*

The problem is that Mr. Walden has never complained of vertigo or anything remotely like vertigo in any medical record at any medical evaluation by any treating medical professional on any occasion in the 3 1/2 years since August 10, 2020:

---

Name:
Medical Record#:    0107
Date:    January , 2024
Page:    Page 40 of 45

**EXHIBIT B**

# Neurosurgery and Spine Specialist, PSC

August 10, 2020 ambulance:  no vertigo

August 10, 2020 UK ER :        no vertigo

August 10, 2020 Dr. Skipper:  no vertigo

August 10, 2020 Dr. Grabau:  no vertigo

August 10, 2020 Dr. Pillai:        no vertigo

August 10, 2020 Dr. Ávila:        no vertigo

August 11, 2020 Dr. Miner:      no vertigo

August 12, 2020 Dr. Fryar:       no vertigo

August 12, 2020 Dr. Krause:   no vertigo

August 12, 2020 Dr. Irving:      no vertigo

August 14, 2020 Dr. Garrett:   no vertigo

August 15, 2020 Dr. Hare:       no vertigo

August 17, 2020 Dr. Larson:    no vertigo

August 17, 2020 Dr. Kalbac:   no vertigo

August 17, 2020 PT:               no vertigo

August 17, 2020 OT:               no vertigo

Aug. 18, 2020 Dr. Abbenhaus: no vertigo

August 31, 2020 Dr. Raisley:   no vertigo

August 31, 2020 Dr. Aneja:     no vertigo

Sept. 14, 2020 APRN Campbell:   no vertigo

Sept. 21, 2020 Dr. Wade:       no vertigo

Sept. 21, 2020 Dr. Aneja:       no vertigo

Sept. 29, 2020 PT:               no vertigo

October 1, 2020 PT:              no vertigo

---

Name:
Medical Record#:      0107
Date:                January , 2024
Page:                Page 41 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

October 2, 2020 PT:   no vertigo

October 6 2020 PT:   no vertigo

October 8 2020 PT:   no vertigo

October 13 2020 PT:   no vertigo

October 19 2020 PT:   no vertigo

October 27 2020 PT:   no vertigo

October 28 2020 PT:   no vertigo

November 2, 2020 PT:   no vertigo

November 3 2020 PT:   no vertigo

November 5 2020 PT:   no vertigo

November 17 2020 PT:   no vertigo

November 24 2020 PT:   no vertigo

December 2, 2020 PT:   no vertigo

December 11 2020 PT:   no vertigo

January 5, 2021 PT:   no vertigo

January 8, 2021 PT:   no vertigo

January 12, 2021 PT:   no vertigo

January 27, 2021 APRN Campbell:  no vertigo

January 25, 2021 PT:   no vertigo

February 5, 2021 PT:   no vertigo

February 9, 2021 PT:   no vertigo

March 3, 2021 PT:   no vertigo

--------------------------------------------------------------------------------------------------------------------

**18 MONTH GAP:  NO MEDICAL EVALUATIONS, NO MEDICAL TREATMENT DOCUMENTED**

--------------------------------------------------------------------------------------------------------------------

Name:

Medical Record#:  0107

Date:     January , 2024

Page:     Page 42 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

September 24, 2022 ER:           no vertigo

Oct. 21, 2022 PAC Chasteen:    no vertigo

October 21, 2022 Dr. Culver:     no vertigo

Oct. 21, 2022 APRN Campbell:  no vertigo

December 29, 2022 ER:           no vertigo

January 9, 2023 Dr. Geile:       no vertigo

Since vertigo, by medical definition, is a complaint of the patient,
and since Mr. Walden has never complained of vertigo or any symptom remotely like vertigo
to any treating medical professional on any occasion in the 3 1/2 years since August 10, 2020,
the diagnosis of "central and peripheral vertigo" assigned to Mr. Walden by Dr. Changaris is,
by medical definition, inaccurate and incorrect.

As already discussed above, Mr. Walden does not have Parkinson's or any Parkinsonian syndrome.

Review of the medical records above explicitly confirms that Mr. Walden has never ever had vertigo.

This means that **both** of the diagnoses assigned to Mr. Walden by Dr. Changaris do not exist in Mr. Walden, are inaccurate, and invalid.

Since all of Dr. Changaris's subsequent medical conclusions regarding impairment, treatment, restrictions, and future medical costs are founded exclusively on these two diagnoses that do not exist in Mr. Walden, this renders all of Dr. Changaris's conclusions and recommendations pertaining to Mr. Walden inaccurate and invalid.

**Incomplete Neurological Examination of Mr. Walden by Dr. Changaris:**

Dr. Changaris has diagnosed vertigo and Parkinson's from traumatic brain injury in Mr. Walden largely on the basis of VNG testing and posturography testing. However both of these tests are invalid without clinical correlation and clinical confirmation, as emphatically mandated by every publication, author and study I have ever reviewed regarding these tests. The attached review article by Barin is an excellent example.

Unfortunately, Dr. Changaris never performs any mandatory clinical confirmation, clinical correlation and clinical examination of Mr. Walden required to validate the VNG and posturography results; Dr. Changaris does not perform a complete neurological examination of Mr. Walden, and in particular, Dr. Changaris **omits precisely those parts of the neurological examination** targeting coordination, posture, equilibrium, stability, fine motor control and position sense - the part of the clinical neurological exam **necessary to validate the VNG and posturography tests:**

Dr. Changaris never performed any bedside cerebellar testing (examination) of Mr. Walden.

---

Name:
Medical Record#:      0107
Date:                 January , 2024
Page:                 Page 43 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

Dr. Changaris and never performed any bedside (clinical) axial stability testing (examination) of Mr. Walden.

Dr. Changaris never performed any bedside (clinical) appendicular coordination exam of Mr. Walden.

Dr. Changaris never assessed Mr. Walden's gait.

Dr. Changaris never assessed Mr. Walden's postural stability.

Dr. Changaris never performed any Romberg testing of Mr. Walden with eyes open.

Dr. Changaris never performed any Romberg testing of Mr. Walden with eyes closed.

Dr. Changaris never performed any Dick's hope like maneuvers targeting the vestibular system.

Dr. Changaris did not ask Mr. Walden to perform any tandem walk.

Dr. Changaris did not ask Mr. Walden to perform any static tandem standing.

Dr. Changaris did not ask Mr. Walden to perform any heel walking.

Dr. Changaris did not ask Mr. Walden to perform any toe walking.

Dr. Changaris did not tested Mr. Walden for proprioception or vibratory capacity.

Dr. Changaris never assessed Mr. Walden for dysdiadochokinesis (rapid alternating movements).

Dr. Changaris never assessed Mr. Walden for generalized motor tone.

Dr. Changaris never assessed Mr. Walden for fine motor control.

Dr. Changaris never assessed Mr. Walden for peripheral nerve compression syndromes.

Dr. Changaris never assessed Mr. Walden for spinal cord function.

Dr. Changaris never assessed Mr. Walden for long tract signs (upper motor neuron findings) such as Babinski, Hoffman or clonus.

In simplest terms, **Dr. Changaris failed to examine precisely those neurologic systems in Mr. Walden** (vestibular, sensory, coordination, cerebellar, proprioceptive, peripheral, postural) **which must be assessed to clinically validate the VNG and posturography tests**.

In the absence of this clinical assessment, the VNG and posturography testing of Mr. Walden as supervised and interpreted by Dr. Changaris is invalid, since there is no clinical correlation or clinical validation whatsoever.

---

Name:
Medical Record#:      0107
Date:                January , 2024
Page:                Page 44 of 45

**EXHIBIT B**

## Neurosurgery and Spine Specialist, PSC

Please feel free to contact my office if you have questions or require clarification.

Sincerely,

Timothy C. Kriss, M.D.

---

Name:
Medical Record#:     0107
Date:                January , 2024
Page:                Page 45 of 45

**EXHIBIT B**