**Clinical Review & Education**

JAMA | Review

# Diagnosis and Treatment of Parkinson Disease
## A Review

Melissa J. Armstrong, MD, MSc; Michael S. Okun, MD

**IMPORTANCE** Parkinson disease is the most common form of parkinsonism, a group of neurological disorders with Parkinson disease–like movement problems such as rigidity, slowness, and tremor. More than 6 million individuals worldwide have Parkinson disease.

**OBSERVATIONS** Diagnosis of Parkinson disease is based on history and examination. History can include prodromal features (eg, rapid eye movement sleep behavior disorder, hyposmia, constipation), characteristic movement difficulty (eg, tremor, stiffness, slowness), and psychological or cognitive problems (eg, cognitive decline, depression, anxiety). Examination typically demonstrates bradykinesia with tremor, rigidity, or both. Dopamine transporter single-photon emission computed tomography can improve the accuracy of diagnosis when the presence of parkinsonism is uncertain. Parkinson disease has multiple disease variants with different prognoses. Individuals with a diffuse malignant subtype (9%-16% of individuals with Parkinson disease) have prominent early motor and nonmotor symptoms, poor response to medication, and faster disease progression. Individuals with mild motor-predominant Parkinson disease (49%-53% of individuals with Parkinson disease) have mild symptoms, a good response to dopaminergic medications (eg, carbidopa-levodopa, dopamine agonists), and slower disease progression. Other individuals have an intermediate subtype. For all patients with Parkinson disease, treatment is symptomatic, focused on improvement in motor (eg, tremor, rigidity, bradykinesia) and nonmotor (eg, constipation, cognition, mood, sleep) signs and symptoms. No disease-modifying pharmacologic treatments are available. Dopamine-based therapies typically help initial motor symptoms. Nonmotor symptoms require nondopaminergic approaches (eg, selective serotonin reuptake inhibitors for psychiatric symptoms, cholinesterase inhibitors for cognition). Rehabilitative therapy and exercise complement pharmacologic treatments. Individuals experiencing complications, such as worsening symptoms and functional impairment when a medication dose wears off ("off periods"), medication-resistant tremor, and dyskinesias, benefit from advanced treatments such as therapy with levodopa-carbidopa enteral suspension or deep brain stimulation. Palliative care is part of Parkinson disease management.

**CONCLUSIONS AND RELEVANCE** Parkinson disease is a heterogeneous disease with rapidly and slowly progressive forms. Treatment involves pharmacologic approaches (typically with levodopa preparations prescribed with or without other medications) and nonpharmacologic approaches (such as exercise and physical, occupational, and speech therapies). Approaches such as deep brain stimulation and treatment with levodopa-carbidopa enteral suspension can help individuals with medication-resistant tremor, worsening symptoms when the medication wears off, and dyskinesias.

+ Audio and Supplemental content

+ CME Quiz at jamanetwork.com/learning and CME Questions page 565

**Author Affiliations:** Department of Neurology, University of Florida College of Medicine, Gainesville (Armstrong, Okun); Fixel Institute for Neurologic Diseases, University of Florida, Gainesville (Armstrong, Okun).

**Corresponding Author:** Melissa J. Armstrong, MD, MSc, McKnight Brain Institute, Department of Neurology, University of Florida College of Medicine, PO Box 100236, Gainesville, FL 32610 (melissa.armstrong@neurology.ufl.edu).

**Section Editors:** Edward Livingston, MD, Deputy Editor, and Mary McGrae McDermott, MD, Deputy Editor.

*JAMA.* 2020;323(6):548-560. doi:10.1001/jama.2019.22360

© 2020 American Medical Association. All rights reserved.

jama.com

Downloaded From: https://jamanetwork.com/ by a Western University User on 02/21/2020

**EXHIBIT C-1**

Neurological conditions are the leading source of disability worldwide, and the prevalence of Parkinson disease is increasing more rapidly than other neurological disorders.[1] Parkinson disease is the most common type of parkinsonism, a term reflecting a group of neurological disorders with Parkinson disease–like movement problems such as rigidity, slowness, and tremor. Less common parkinsonisms include other neurodegenerative diseases (eg, multiple system atrophy, progressive supranuclear palsy), drug-induced parkinsonism, and vascular parkinsonism. An estimated 6.1 million individuals globally had a Parkinson disease diagnosis in 2016, 2.4 times higher than in 1990.[1] This increasing prevalence was attributed to improved methods used to detect and diagnose Parkinson disease, greater awareness of the disease, aging populations, longer life expectancy, and possibly increased environmental exposures (eg, pesticides, solvents, metals) associated with industrialization.[1] It is estimated that approximately 930 000 people will be living with a Parkinson disease diagnosis in the United States in 2020.[2]

Parkinson disease is uncommon among individuals younger than 50 years and increases in prevalence with age, peaking between ages 85 and 89 years.[1] Parkinson disease is more common in men (1.4:1.0 male-to-female ratio).[1] Most cases of Parkinson disease are idiopathic, but there are known genetic and environmental contributions.[3] Pesticide, herbicide, and heavy metal exposures are linked to an increased risk of Parkinson disease in some epidemiologic studies, whereas smoking and caffeine use are associated with decreased risks.[3]

This review provides current information on diagnosis and treatment of Parkinson disease (Box).

## Methods

A literature search for English-language systematic reviews and guidelines regarding the diagnosis and treatment of Parkinson disease was performed in PubMed, the Cochrane Database of Systematic Reviews, and the International Parkinson and Movement Disorder Society evidence-based medicine publications[4] on July 25, 2019 (updated on November 14, 2019). Search terms and results are reported in the eAppendix in the Supplement. PubMed was searched using the narrow diagnosis and therapy clinical queries[5] and the systematic review filter.[6] One author (M.J.A.) reviewed and selected abstracts that were relevant to Parkinson disease diagnosis and treatment. The second author (M.S.O.) reviewed the selected abstracts. When there was disagreement between abstracts selected, the authors reached consensus via discussion. Systematic reviews were included if they reported on treatment or diagnosis of Parkinson disease (rather than diagnosis of components of Parkinson disease [eg, depression]). Reviews performed in the last 5 years were considered higher priority for inclusion. When multiple reviews covered the same topic, the authors discussed and reached consensus on which review to include, based on relevance and recency of data. Only diagnosis and treatment approaches currently available in clinical practice were included. When identified reviews did not cover relevant topics, articles were selected based on informal consensus of relevance and rigor.

### Box. Commonly Asked Questions About Parkinson Disease

**Are There Diagnostic Tests for Parkinson Disease?**

Diagnosis of Parkinson disease is based on history and physical examination. Dopamine transporter single-photon emission computed tomography scans are approved by the US Food and Drug Administration for use when a diagnosis is unclear and the differential diagnosis includes both essential tremor and Parkinson disease. Dopamine transporter single-photon emission computed tomography scans show decreased putaminal tracer uptake in Parkinson disease and other parkinsonian syndromes, but they show normal uptake in essential tremor. Magnetic resonance imaging (MRI) may help differentiate Parkinson disease from other parkinsonisms, such as vascular parkinsonism (in which MRI shows vascular changes) and atypical parkinsonisms including multiple system atrophy (in which MRI can show features such as the "hot cross bun" sign) and progressive supranuclear palsy (in which MRI can show an abnormal magnetic resonance parkinsonism index).

**What Medication Should Be Started First for Parkinson Disease?**

There are many therapeutic options for treating Parkinson disease, including therapy with carbidopa-levodopa, monoamine oxidase-B inhibitors, and dopamine agonists. If individuals report disability from Parkinson disease symptoms such as having difficulty typing, which affects their job, therapy with carbidopa-levodopa typically provides the greatest benefit.

**How Soon Should Rehabilitative Therapies Be Prescribed After a Patient Is Diagnosed With Parkinson Disease?**

At the time of diagnosis, an appropriate exercise regimen can be prescribed based on the patient's symptoms. Rehabilitative therapies should be continued throughout the disease course.

**How Quickly Does Parkinson Disease Progress?**

Progression of Parkinson disease varies. There are slower- and faster- progressing forms of Parkinson disease. A patient's symptoms, rate of symptom progression, and medication response are all associated with the rate of disease progression. For example, individuals with early cognitive impairment, orthostatic hypotension at presentation, and a poor response to levodopa tend to have more rapid Parkinson disease progression.

**When Should Deep Brain Stimulation or Other Surgical Approaches Be Considered as Therapy?**

Deep brain stimulation and other surgical approaches are typically considered when individuals with Parkinson disease experience either the "wearing off" phenomenon or dyskinesias, and these experiences do not respond to medication adjustments. Wearing off is defined by recurrence of Parkinson disease symptoms and functional disability that occurs during the time period immediately before the next medication dose is due. Dyskinesias are involuntary movements often occurring at peak medication concentrations.

**Do People Die From Parkinson Disease?**

Most people with Parkinson disease die from the same causes as age-matched individuals without Parkinson disease. However, if a person lives with Parkinson disease for years, they may die from Parkinson disease–related causes, such as aspiration pneumonia or complications from a fall.

## Discussion and Observations

A total of 147 published reviews were identified from the PubMed (n = 75) and Cochrane database (n = 72) searches, 26 of which

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

EXHIBIT C-1

Table 2. Motor and Nonmotor Symptoms and Signs of Parkinson Disease

| Symptom or Sign | Definition or Key Elements |
|---|---|
| **Motor** | |
| Bradykinesia[a] | Slowness and progressively smaller movements (hypokinesia)as an individual repeats a task (eg, tapping index finger and thumb, opening and closing fist) multiple times in a row |
| Rigidity[a] | Involuntary, velocity-independent resistance to passive movement of a joint (eg, elbow, wrist) by an examiner, with or without a cogwheel phenomenon |
| Rest tremor[a] | A 4- to 6-Hz tremor in a fully resting limb, which temporarily disappears when the limb is held outstretched and then returns (reemergent tremor) and is not present during movement |
| Postural instability | Balance impairment affecting a person's ability to change or maintain postures such as walking or standing; typically a late Parkinson disease feature |
| **Nonmotor** | |
| Olfactory loss | Decreased or absent sense of smell (hyposmia) |
| Sleep dysfunction | Symptoms of rapid eye movement sleep behavior disorder, daytime sleepiness, sleep-maintenance insomnia |
| Autonomic dysfunction | Constipation, delayed gastric emptying, urinary urgency and frequency, erectile dysfunction, orthostatic hypotension, blood pressure variability |
| Psychiatric disturbances | Depression, anxiety, apathy, psychosis |
| Cognitive impairment | Mild cognitive impairment or dementia, often initially affecting attention, executive, and visuospatial functions |
| Other | Fatigue, hypophonia (softening of the voice), sialorrhea, trouble swallowing |

[a] Indicates a primary feature.

were identified as potentially relevant for inclusion. Two additional reviews from the International Parkinson and Movement Disorder Society evidence-based medicine publications were included.

## Pathophysiology

Parkinson disease is characterized by death of dopaminergic neurons in the substantia nigra. The pathologic hallmark of Parkinson disease is the Lewy body, a neuronal inclusion consisting largely of α-synuclein protein aggregations. The most widely cited model to explain neuropathological progression of Parkinson disease is the Braak hypothesis.[7] This model suggests that Parkinson disease starts (stages 1 and 2) in the medulla and the olfactory bulb. This early pathology is associated with symptoms occurring prior to the movement disorder onset, such as rapid eye movement sleep behavior disorder (in which individuals lose normal rapid eye movement sleep paralysis and physically act out their dreams while sleeping) and decreased smell. In stages 3 and 4, pathology progresses to the substantia nigra pars compacta and other midbrain and basal forebrain structures. Pathology in these areas is associated with classic Parkinson disease motor symptoms. Parkinson disease is typically diagnosed at this stage. In advanced Parkinson disease, the pathology progresses to the cerebral cortices with onset of cognitive impairment and hallucinations.[7]

Parkinson disease protein aggregations are associated with death of dopamine-producing cells. Treatments supplementing dopamine are the mainstay of Parkinson disease treatment. However, other neurotransmitter systems are also dysfunctional in Parkinson disease, including serotonin,[8-11] acetylcholine,[9,10,12] and norepinephrine systems (Table 1).[10] This explains why some Parkinson disease symptoms are refractory to dopamine-based medications. Some novel therapeutic approaches target these alternative neurotransmitter systems.

## Clinical Presentation

Parkinson disease causes motor and nonmotor symptoms (Table 2). Motor symptoms consist of movement and physical tasks: tremor, stiffness, slowness, and imbalance. Nonmotor (nonmovement) symptoms affect many organ systems, such as gastrointestinal and genitourinary systems, and are heterogeneous. Patients may not proactively volunteer nonmotor symptoms because they are embarrassed, appointment time is focused on motor symptoms, or they are unaware that the symptoms could be Parkinson disease related.[13]

Individuals diagnosed with Parkinson disease typically have gradual development of nonmotor symptoms for years before movement symptoms begin, but often they will not mention these symptoms unless specifically queried. These prodromal nonmotor features include rapid eye movement sleep behavior disorder, loss of smell, constipation, urinary dysfunction, orthostatic hypotension, excessive daytime sleepiness, and depression.[14] These symptoms are not Parkinson disease specific, but when they co-occur, the risk of a subsequent Parkinson disease diagnosis is greater.[14] Rapid eye movement sleep behavior disorder, particularly if identified on polysomnography, is strongly associated with increased risk of a subsequent diagnosis of Parkinson disease.[14] More than 90% of individuals with idiopathic rapid eye movement sleep behavior disorder eventually develop a synuclein-related neurodegenerative disease, usually Parkinson disease or a related condition (dementia with Lewy bodies, multiple system atrophy).[15] An estimated 30% to 50% of individuals with Parkinson disease have rapid eye movement sleep behavior disorder.[16]

Prodromal symptoms are associated with early Parkinson disease brainstem pathology. Once neuropathological progression results in loss of approximately half of cells in the caudal substantia nigra, motor signs and symptoms of Parkinson disease appear,[17]

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

EXHIBIT C-1

Diagnosis and Treatment of Parkinson Disease: A Review

**Table 1. Neurotransmitters and Pharmacologic Agents Relating to Parkinson Disease Symptoms**

| Symptom or Sign | Neurotransmitters and Drugs Influencing the Neurotransmitter | | | | |
|---|---|---|---|---|---|
| | Dopamine | Serotonin | Norepinephrine | Acetylcholine | Other |
| Motor impairment (eg, bradykinesia, rigidity, tremor, gait disturbance) | Levodopa preparations, dopamine agonists (eg, pramipexole, ropinirole), monoamine oxidase-B inhibitors (eg, rasagiline, selegiline), catechol-O-methyl transferase inhibitors (eg, entacapone) | | | Anticholinergic agents for tremor (eg, trihexyphenidyl)[a]; cholinesterase inhibitors for gait (eg, rivastigmine)[a,b] | Amantadine[c] |
| Cognitive impairment | Monoamine oxidase-B inhibitors[a,b] | | | Cholinesterase inhibitors | |
| Psychosis | Quetiapine, clozapine[a] | Pimavanserin | | Cholinesterase inhibitors[a,b] | |
| Depression, anxiety | Dopamine agonists[a] | Selective serotonin reuptake inhibitors, selective serotonin and norepinephrine reuptake inhibitors, tricyclic antidepressants | Selective serotonin and norepinephrine reuptake inhibitors, tricyclic antidepressants | Tricyclic antidepressants | |

[a] Indicates US Food and Drug Administration approved for another use but off-label use for the sign or symptom in this row.

[b] Studied for this use with insufficient evidence to date to support routine use.

[c] Amantadine may affect multiple neurotransmitter systems including dopamine and glutamate.

**Figure 1. Proposed Approach to Diagnosing Parkinson Disease**



Diagnosis of Parkinson disease requires obtaining history regarding prodromal symptoms, family history, and current concerns. Examination must show the core features of bradykinesia and rigidity and/or tremor, but other examination features such as the presence of orthostatic hypotension can also be helpful. Once history and physical examination features of parkinsonism are confirmed, the clinician excludes features potentially indicative of atypical parkinsonism ("red-flag symptoms") and assesses the patient response to levodopa (or potentially other dopaminergic medications) to confirm Parkinson disease.

and individuals present with personal or family concerns regarding gradual onset of resting tremors, slowness, and/or generalized (not joint-specific) stiffness. Approximately 20% of individuals with Parkinson disease do not present with resting tremors.[8,18]

**Assessment and Diagnosis**

A Parkinson disease diagnosis is primarily based on history and physical examination (**Figure 1**). History should assess motor and non-motor symptoms (Table 2). Family history of a first-degree relative

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

**EXHIBIT C-1**

**Table 3. Settings in Which Parkinson Disease Cannot Be Confirmed[a]**

| Patient Characteristic | Possible Alternative Diagnosis |
|---|---|
| Use of dopamine-blocking medication (eg, metoclopramide, prochlorperazine, promethazine, antipsychotic medications) | Drug-induced parkinsonism |
| Symptoms limited to the legs for more than 3 years | Vascular parkinsonism |
| Trouble looking down during the examination process | Progressive supranuclear palsy |
| Cerebellar findings | Multiple system atrophy |

[a] In some settings, Parkinson disease cannot be confirmed if medications may be responsible for the patient's signs and symptoms or if additional findings suggest an alternative diagnosis. For additional information, see Postuma et al.[19]

with Parkinson disease increases the likelihood of a diagnosis of Parkinson disease.[14]

Clinical diagnostic criteria for Parkinson disease require an individual to have parkinsonism, defined as bradykinesia with rest tremor, rigidity, or both[19] (Table 2). For clinically established Parkinson disease (ie, certainty based on clinical presentation but not pathologic confirmation), individuals also need to meet at least 2 of 4 supportive criteria: (1) rest tremor, (2) a dramatic improvement with dopaminergic therapy (eg, carbidopa-levodopa), (3) the presence of levodopa-induced dyskinesias, or (4) the presence of either olfactory loss or cardiac sympathetic denervation on iodine-123-meta-iodobenzylguanidine myocardial scintigraphy (an imaging test that assesses cardiac norepinephrine uptake, which depends on intact postganglionic sympathetic neuron function [decreased in Parkinson disease]).[19] Dyskinesias are involuntary dance-like choreoathetoid movements that occur with dopaminergic therapy. Dyskinesias usually occur years after Parkinson disease medications are initiated and have limited benefit for diagnosis at symptom onset.[20] In some settings, Parkinson disease cannot be confirmed if medications may be responsible for the patient's signs and symptoms or if additional findings suggest an alternative diagnosis (Table 3).[19]

Dopamine transporter single-photon emission computed tomography (DaT SPECT) identifies the presynaptic dopamine neuronal dysfunction present in Parkinson disease and other neurodegenerative parkinsonisms by demonstrating reduced uptake of a radioactive tracer that binds to dopamine transporters in the basal ganglia. DaT SPECT is highly accurate (98%-100% sensitivity and specificity) in detecting nigrostriatal cell loss in individuals with parkinsonism.[21] In 2011, the US Food and Drug Administration (FDA) approved DaT SPECT imaging for distinguishing Parkinson disease from essential tremor, but these scans are not routinely needed. DaT scans are generally useful only when the presence of parkinsonism is uncertain on examination. If a patient has unequivocal parkinsonism, the scans are typically positive and add little to the diagnostic assessment.[22,23] They cannot differentiate between Parkinson disease and other parkinsonisms (eg, multiple system atrophy, progressive supranuclear palsy) that also involve dopamine transporter dysfunction.

Magnetic resonance imaging (MRI) is not typically helpful for diagnosing Parkinson disease. Specific MRI findings (eg, the magnetic resonance parkinsonism index, which is abnormal in progressive supranuclear palsy) can help differentiate Parkinson disease from other parkinsonisms; advanced techniques have future diagnostic and prognostic potential.[24,25] MRI findings of extensive cerebrovascular disease or basal ganglia lacunes can suggest a potential vascular contribution. Largely used outside the United States, iodine-123-meta-iodobenzylguanidine myocardial scintig-

raphy aids in evaluating for sympathetic nerve dysfunction, which commonly occurs as part of parkinsonisms.[26]

### Parkinson Disease Subtypes

Increasing evidence suggests that Parkinson disease consists of heterogeneous subtypes. Subtypes have implications for diagnosis, prognosis, and expected treatment response. Initial subtyping focused on motor features,[27,28] but recent categorizations use data-driven clustering approaches.[27] These approaches suggest that subtypes are defined by motor and nonmotor features.[27,29-31] One approach to subtyping consists of 3 groups:

Mild motor predominant: younger age at onset, mild motor and nonmotor symptoms, slow progression, good medication response.[29,32]

Intermediate: intermediate age at onset and symptomatology, moderate-to-good response to medications.[29,32]

Diffuse malignant: baseline motor symptoms accompanied by rapid eye movement sleep behavior disorder, mild cognitive impairment, orthostatic hypotension, worse levodopa response, more prominent dopaminergic dysfunction on DaT SPECT, more atrophy in specific MRI voxels, low amyloid-β and amyloid-β/t-tau ratio in the cerebrospinal fluid, and rapid progression.[29,32]

When individuals are categorized this way, the mild motor-predominant form is the most common (49%-53%), followed by the intermediate form (35%-39%). The diffuse malignant form is least common (9%-16%).[29,32] Whether this subtyping is the best approach remains unclear, and individuals with Parkinson disease are not routinely categorized in clinical practice. However, clinicians should recognize that there are diverse presentations of Parkinson disease, and these categories may be useful for counseling individuals with Parkinson disease regarding variability in symptoms, medication responsiveness, and progression (Figure 2).

### Prognosis

Parkinson disease involves progressive neurodegeneration and increasing symptom burden. A meta-analysis of postmortem studies found that people typically lived 6.9 to 14.3 years after a diagnosis of Parkinson disease, however, there was substantial heterogeneity.[33] In the Sydney multicenter study, 36 of 136 participants (26%) diagnosed with Parkinson disease in 1984-1987 lived for at least 20 years.[34] Parkinson disease–related deaths increase with age.[1] Causes of death on death certificates of individuals with Parkinson disease are similar to causes in non–Parkinson disease cohorts, with death often occurring before advanced disease stage.[35] When individuals die of Parkinson disease–related symptoms, aspiration pneumonia is the most common cause.[36]

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User on 02/21/2020

EXHIBIT C-1

Diagnosis and Treatment of Parkinson Disease: A Review

**Figure 2. Proposed Parkinson Disease Subtypes**

| Parkinson Disease Subtype and Estimated Frequency | Disease Presentation | Response of Motor Symptoms to Dopaminergic Medication | Disease Progression |
|---|---|---|---|
| Mild motor predominant 49%-53% | • Young at onset<br>• Mild motor symptoms | Good | Slow |
| Intermediate 35%-39% | • Intermediate age at onset<br>• Moderate motor symptoms<br>• Moderate nonmotor symptoms | Moderate to good | Moderate |
| Diffuse malignant 9%-16% | • Variable age at onset<br>• Rapid eye movement sleep behavior disorder<br>• Mild cognitive impairment<br>• Orthostatic hypotension<br>• Severe motor symptoms<br>• Early gait problems | Resistant | Rapid |

Parkinson disease has multiple subtypes stratified according to presentation, medication responsiveness, and progression. While the optimal approach remains under investigation, recent studies divide Parkinson disease into 3 categories: mild motor-predominant, intermediate, and diffuse-malignant forms.

**Figure 3. The Interaction Between Medication Dosing, Wearing Off, and Dyskinesias Over Time**



Parkinson disease progression over time

Early stage · Middle stage · Advanced stage

Dopamine level / Daily waking hours: 8 AM, 10 AM, Noon, 2 PM, 4 PM, 6 PM, 8 PM, 10 PM

First daily dose

Natural dopamine level — Medicated dopamine level — ● Levodopa dose — Therapeutic window — Off period — Dyskinesia

Levodopa is typically dosed 3 times daily to start (around meal times), which provides adequate dopamine concentrations across daytime hours. As Parkinson disease progresses, higher and more frequent levodopa doses are required due to decreasing short- and long-duration responses to dopaminergic medication and an inability to store excess dopamine.

Dyskinesias can also develop, typically occurring at the time of maximal levodopa concentrations in the brain (peak dose). The therapeutic window when dopaminergic medications are helping motor symptoms ("on" time) without dyskinesias narrows over the progression of the disease.

Expected progression is variable. In a clinical-pathologic assessment of the 3 proposed subtypes, the diffuse malignant group had a mean (SD) time from diagnosis to first milestone (regular falls, wheelchair dependence, dementia, or residential/nursing home placement) of 3.5 (3.2) years, compared with 8.2 (5.3) years for the intermediate form and 14.3 (5.7) years for the mild motor-predominant form. Mean (SD) survival after diagnosis was 8.1 (5.4) years for the diffuse malignant group, 13.2 (6.7) years for the intermediate subtype, and 20.2 (7.8) years for the mild motor-predominant form.[32]

Individuals with malignant Parkinson disease have earlier and more severe symptoms, poor response to medications, and rapid progression.[29,32] However, most individuals with Parkinson disease have moderate to good dopaminergic medication response[29,32] but experience increased Parkinson disease symptoms when a medication dose wears off ("off" periods)

and dyskinesias over time. Off periods improve with the next medication dose (**Figure 3**) and they can occur within 2 years of starting levodopa, but their prevalence increases over time.[37] Off periods are associated with functional disability and can include motor and nonmotor symptoms.[37] An estimated 40% of individuals with Parkinson disease experience dyskinesias after 4 to 6 years of levodopa treatment, typically at times of high levodopa concentrations (Figure 3).[20] Dyskinesia onset is associated with longer duration of Parkinson disease and higher levodopa doses rather than the length of time a patient has taken levodopa.[38,39] Although dyskinesia is severe in only 3% of individuals with Parkinson disease treated with levodopa (11% of individuals with dyskinesia), the presence of dyskinesia prompts medication changes in more than 60% of individuals with this feature,[40] presumably secondary to embarrassment or interference with activities.

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

**EXHIBIT C-1**

Select nonmotor symptoms (hyposmia, rapid eye movement sleep behavior disorder, depression, constipation) start in prodromal Parkinson disease, but the nonmotor symptom burden increases as Parkinson disease progresses.[10] Sensory symptoms include hyposmia (occurring in >90% of individuals with Parkinson disease), visual disturbances (22%-78%), and somatosensory dysfunction and pain (30%-85%).[10] Autonomic symptoms include constipation, orthostatic hypotension, and urinary dysfunction (eg, nocturia, urgency, frequency), all increasing in frequency with disease progression.[10] Neuropsychiatric symptoms include anxiety (60%), apathy (60%), and depression (35%).[10] Psychosis occurs in approximately 40% of individuals with Parkinson disease, usually in later stages.[10] Mild cognitive impairment can be present at Parkinson disease diagnosis or develop over time. The cumulative probability of dementia in Parkinson disease is 46% at 10 years[41]; among Parkinson disease patients with 20-year survival, 83% have dementia.[34] Parkinson disease dementia is one form of Lewy body dementia, a term that also includes dementia with Lewy bodies.

Advanced Parkinson disease is characterized by severe off periods, dyskinesias, cognitive impairment, apathy, hallucinations, excessive daytime sleepiness, autonomic dysfunction, moderate to severe dysphagia, moderate to severe dysarthria, postural and balance impairments, freezing of gait (sudden brief episodes in which a person is unable to move their feet forward despite trying to walk), recurrent falls, and disability requiring help for activities of daily living (ADLs).[42] Advanced symptoms generally have little to no benefit from Parkinson disease therapies because the changes causing the dysfunction are outside the dopaminergic pathways.[42]

## Treatment

### Treatment for Motor Symptoms

Pharmacologic treatments for Parkinson disease motor symptoms are primarily dopamine based (Table 1). Levodopa preparations, dopamine agonists, and monoamine oxidase-B (MAO-B) inhibitors are useful initial therapies (**Figure 4, Figure 5**).[43] For young individuals with prominent tremor, anticholinergic agents (eg, trihexyphenidyl) are useful, but caution is required because of the potential for adverse events, particularly relating to cognition.[43]

Although previously many physicians avoided levodopa for early Parkinson disease treatment, recent research does not support this approach.[44] One trial (PD MED)[45] found that individuals randomly assigned to begin treatment with levodopa (n = 528) had small but persistent mobility benefits 7 years later (1.8-point improvement [95% CI, 0.5-3.0; $P$ = .005] in average score on the Parkinson Disease Questionnaire-39 mobility subscale [10-items; 0- to 40-point range]) compared with individuals treated initially with dopamine agonists (n = 632) or MAO-B inhibitors (n = 460).[45] Performance of ADLs was also better in the levodopa initiation group over 7 years (1.9-point improvement [95% CI, 0.7-3.0; $P$ = .002] in average score on the Parkinson Disease Questionnaire-39 ADL subscale [6-items, 0- to 24-point range]).[45] Participants in whom levodopa was initiated first were more likely to develop dyskinesias (hazard ratio, 1.52 [95% CI, 1.16-2.00]; $P$ = .003), but there was no difference in motor fluctuations between groups (hazard ratio, 1.11 [95% CI, 0.90-1.37]; $P$ = .3).

There was a greater likelihood of discontinuing the study medication among participants randomized to begin MAO-B inhibitors (72%) or dopamine agonists (50%) than among participants randomized to receive levodopa (7%; $P$ <.001), usually due to adverse events.[45]

More than 40% of individuals treated with oral dopamine agonists (ropinirole, pramipexole) experience impulse control disorders (eg, gambling, compulsive spending, abnormal sexual and eating behaviors, compulsive medication use, hobbyism).[46] Individuals who discontinue use of dopamine agonists, often due to impulse control disorders, experience withdrawal symptoms (eg, anxiety, panic attacks, irritability, diaphoresis, pain, drug cravings) 15% to 20% of the time. Due to this, sometimes the dopamine agonist cannot be discontinued despite serious associated adverse events such as impulse control disorders.[47,48]

Selecting the optimal strategy for starting treatment of Parkinson disease requires shared decision making with the patient to consider benefits and risks. Levodopa use results in more functional improvements but has increased dyskinesia risks, particularly with higher doses. Severe dyskinesias are uncommon.[40] MAO-B inhibitors and dopamine agonists are associated with less robust symptom relief but lower dyskinesia risk; dopamine agonists are associated with a higher overall risk of adverse events.[45] Ultimately, most individuals with Parkinson disease use medications from multiple classes to attain complementary benefits while limiting high medication doses and dose-related adverse events.

Over time, individuals with Parkinson disease commonly require more frequent levodopa doses (eg, every 2-3 hours) in addition to higher doses (Figure 3). This phenomenon is not due to medication tolerance or loss of efficacy of levodopa. As Parkinson disease progresses, individuals lose their long-duration response to dopaminergic medication, and their short-duration response decreases due to disease-related pathophysiologic changes in the brain.[37] The brain also loses the ability to store extra dopamine (whether produced internally or provided through medication) for later use.[37]

Various medications are useful adjuncts to levodopa (Figure 4). MAO-B inhibitors and dopamine agonists are dosed 1 to 3 times daily (depending on drug, formulation) throughout the disease course, unlike levodopa, which requires more frequent dosing over time. Catechol-$O$-methyltransferase inhibitors and MAO-B inhibitors block enzymes that degrade dopamine, prolonging the benefits of levodopa. For individuals with severe off periods and delayed onset with subsequent dosing, subcutaneous apomorphine injections[49] and inhaled levodopa[50] can be used to achieve a faster medication response. Subcutaneous apomorphine is self-administered via an injection pen, and inhaled levodopa consists of an encapsulated powder administered orally via an inhaler. Each of these therapies can be used up to 5 times daily. Intermittent and continuous apomorphine infusions[49] are available outside the United States.[49] Dyskinesias are treated by reducing dopaminergic medications or adding amantadine.[43] Immediate-release amantadine is used off label for dyskinesias,[43] with 2 extended-release preparations approved by the FDA.[51,52]

Effective exercise interventions for Parkinson disease include gait and balance training,[53] progressive resistance training,[54]

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

**EXHIBIT C-1**

Diagnosis and Treatment of Parkinson Disease: A Review

Review   Clinical Review & Education

Figure 4. Pharmacologic Agents Used for Motor Symptoms in Parkinson Disease[a]

| Category | Specific Agents and Typical Starting Dose | Therapeutic Uses | | | | Most Common Adverse Effects Other Than Dyskinesia |
| | | Early Symptomatic | Levodopa Adjunct | Wearing Off | Dyskinesia | |
|---|---|---|---|---|---|---|
| Levodopa preparations | Immediate-release **carbidopa-levodopa** (25/100 mg, 3 times/d) | ● green | ○ | ● green | ● purple | Nausea |
| | Controlled-release **carbidopa-levodopa** (25/100 mg, 3 times/d) | ● green | ○ | ● green | ● purple | Nausea |
| | Extended-release **carbidopa-levodopa** (23.75/95 mg, 3 times/d for 3 d; then 36.25/145 mg, 3 times/d for 3 d) | ● green | ○ | ● green | ● green | Nausea |
| | Enteral suspension **carbidopa-levodopa** (clinical titration) | | ○ | ● green | ● green | Nausea |
| | Inhaled **levodopa** (as needed) | | ○ | ● yellow[b] | | Nausea, upper respiratory tract infection |
| Nonergot dopamine agonists[c] | Immediate-release **pramipexole** (0.125 mg, 3 times/d, increasing weekly) or extended-release **pramipexole** (0.375 mg, 1 time/d, increasing weekly) | ● green | ● green | ● green | ● purple | Orthostatic hypotension, dizziness, nausea, sleepiness |
| | Immediate-release **ropinirole** (0.25 mg, 3 times/d, increasing weekly) or extended-release **ropinirole** (2 mg, 1 time/d, increasing weekly) | ● green | ● green | ● green | ● purple | Orthostatic hypotension, dizziness, nausea, sleepiness |
| | Transdermal **rotigotine** (2 mg/24 h) | ● green | ● green | ● green | ● purple | Site reactions, dizziness, orthostatic hypotension |
| | Injected **apomorphine** (as needed) | | | ● green | | Site reactions, dizziness, orthostatic hypotension |
| Monoamine oxidase-B inhibitors | **Selegiline** (5 mg, 2 times/d) | ● green | ● yellow | ● yellow | ● purple | Nausea, dizziness, insomnia |
| | **Rasagiline** (1 mg every morning) | ● green | ● green | ● green | ● purple | Orthostatic hypotension, nausea |
| | **Safinamide** (50 mg/d) | ● yellow | ● green | ● green | ● purple | Nausea |
| | **Zonisamide** (25 to 200 mg/d)[d] | | | ● green | | Sleepiness, loss of appetite |
| Catechol-O-methyltransferase inhibitors | **Entacapone** (200 mg with each levodopa dose) | | | ● green | ● purple | Nausea, diarrhea |
| | **Opicapone** (50 mg every night)[e] | | | ● green | ● purple | Falls, insomnia, orthostatic hypotension |
| | **Tolcapone** (100 mg, 3 times/d)[f] | | | ● green | ● purple | Gastrointestinal symptoms, orthostatic hypotension, sleep disorders |
| Other | **Anticholinergics** (eg, trihexyphenidyl, benztropine; dose varies)[g] | ● green | ● green | | | Dizziness, anxiety |
| | **Amantadine** (dose varies by formulation)[h] | ● green | ● green | | ● green | Orthostatic hypotension, hallucinations, edema, gastrointestinal symptoms |
| | **Istradefylline** (20 mg/d) | | | ● green | | Nausea, hallucinations |
| | **Clozapine** (12.5-25 mg every night)[f] | | | | ● green | Sleepiness, dizziness, tachycardia, constipation, orthostatic hypotension, sialorrhea |

● "Clinically useful" or "possibly useful"[i]   ● Used in clinical practice outside of evidence base   ● Dose reduction or adjustment may reduce dyskinesia   ○ Not relevant

[a] Inclusion in the table does not imply US Food and Drug Administration (FDA) approval for any specific indication.

[b] Not included in International Parkinson and Movement Disorders Society review; approved by the FDA for motor fluctuations ("off" time).

[c] Conversely, ergot dopamine agonists include cabergoline, pergolide, and bromocriptine are typically not used given adverse event risks including cardiac valvulopathy.

[d] Mechanism of action not completely certain; inhibition of monoamine oxidase-B is thought to be one contributing mechanism. Zonisamide is approved for use in Parkinson disease in Japan, but it is not commonly used for this purpose in the United States, where it is approved for use as an antiepileptic medication.

[e] Under review by the FDA at time of publication.

[f] Requires specialized monitoring (liver function for tolcapone; complete blood count for clozapine).

[g] Anticholinergic agents should be used sparingly in clinical practice given common adverse effects such as cognitive slowing.

[h] Amantadine is more commonly used for treatment of dyskinesias rather than as early symptomatic or adjunctive treatment.

[i] Indicates usefulness as determined by the International Parkinson and Movement Disorder Society Evidence-Based Medicine Review.[43]

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User on 02/21/2020

EXHIBIT C-1

Diagnosis and Treatment of Parkinson Disease: A Review

**Figure 5. Proposed General Approach to Treating Motor Symptoms in Parkinson Disease**



Initial treatment of Parkinson disease motor symptoms can occur with levodopa preparations, dopamine agonists, or monoamine oxidase-B inhibitors, with recent evidence favoring levodopa for many individuals with Parkinson disease. In young, cognitively intact individuals with Parkinson disease, anticholinergic agents may be used for tremor. However, they are commonly associated with adverse events such as confusion and dry mouth, and dry eyes. Exercise and rehabilitative therapies are important across Parkinson disease stages. With progression, individuals with Parkinson disease will require increasing doses of their initial therapy and the addition of other therapies

with complementary mechanisms of action. If "wearing off" (worsening symptoms and functional impairment when a medication dose wears off) and dyskinesias cause functional impairment despite optimal medication dosing, advanced therapies such as deep brain stimulation or therapy with levodopa-carbidopa enteral suspension (via percutaneous endoscopic transgastric jejunostomy) can be used. Thalamic procedures (unilateral focused ultrasound thalamotomy or deep brain stimulation) only help tremor, not other parkinsonian features.

treadmill exercise,[55] strength training,[53] aerobic exercise,[53] music- and dance-based approaches,[53,56,57] and tai chi.[58] Diverse exercise approaches may benefit different motor aspects of Parkinson disease. Additionally, physiotherapy, occupational therapy, and speech therapy (for speech and swallowing) are useful.[43,53,59] Therapy interventions can help maintain or improve motor symptoms, balance, gait, and function and provide strategies for addressing hypophonia and dysphagia. Referrals for interdisciplinary therapy consultations are an important component of quality care in Parkinson disease.[60]

**Advanced Therapies for Motor Symptoms**

Deep brain stimulation, MRI-guided focused ultrasound, and therapy with levodopa-carbidopa enteral suspension require specialty center assessments to determine patient eligibility, perform the procedures, and manage ongoing medication and device optimization (eg, programming stimulation parameters in deep brain stimulation or titrating dosing of the enteral suspension). These approaches are useful for individuals with Parkinson disease who have medication-responsive motor symptoms but who are not

responsive to medication adjustments. Deep brain stimulation and focused ultrasound targeting the thalamus can reduce medication-refractory tremor.

Deep brain stimulation involves surgical placement of unilateral or bilateral leads (wires) transcranially in the subthalamic nucleus or the globus pallidus interna. These leads are attached to a battery in the chest, similar to a pacemaker battery. Following surgical recovery, individuals with deep brain stimulation attend programming visits to optimize stimulation parameters and medications. Deep brain stimulation is used to treat the effects of wearing off that involve motor symptoms, tremor, and dyskinesia.[43] Meta-analyses suggest that deep brain stimulation improves on-medication motor scores on the Unified Parkinson Disease Rating Scale (range, 0-108 points; minimal clinically important difference, 2.3-2.7 points[61]) by 4.56 points (95% CI, 3.11-6.00) vs best medical therapy and off-medication scores by 15.50 points (95% CI, 12.60-18.39).[62]

In tremor-predominant Parkinson disease, some clinicians use ventralis intermedius nucleus (thalamic) deep brain stimulation, MRI-guided focused ultrasound,[63] or less commonly, traditional thalamotomy. The thalamic target is only for tremor,

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

**EXHIBIT C-1**

not other Parkinson disease symptoms. Focused ultrasound uses highly focused ultrasound beams to burn the target (the thalamus) while using MRI to target and monitor the extent of the lesion. The resulting lesion improves on-medication tremor scores by 62% (interquartile range, 22%-79%)[63] but can only be performed unilaterally due to risks of adverse events such as worsening speech and balance.

Characteristics associated with worse deep brain stimulation outcomes include older age ($\geq$75 years), cognitive impairment (particularly dementia), and the presence of levodopa-unresponsive symptoms (eg, gait, balance disturbance).[64] Questionnaire-based and online screening tools can help identify and triage appropriate candidates for deep brain stimulation.[65,66] The most effective screening technique is an experienced multidisciplinary team evaluation and discussion of potential risks and benefits, surgical approach, brain target selection, and optimization of medications and stimulation.

Levodopa-carbidopa enteral suspension also treats motor fluctuations and dyskinesias.[43] Levodopa-carbidopa enteral suspension is a levodopa gel administered continuously via a pump through a percutaneous endoscopic transgastric jejunostomy, resulting in more continuous plasma levodopa levels than oral dosing. Pump programming occurs at trained centers. Treatment with levodopa-carbidopa enteral suspension reduces off times (−1.19 hours per day [95% CI, −2.25 to −0.12]) and increases time when symptoms are well-controlled without troublesome dyskinesias (0.55 hours per day [95% CI, 0.20-0.90]).[67,68] Adverse events relating to the percutaneous endoscopic transgastric jejunostomy are common and include complications of device insertion, abdominal pain, tube dislocation, and knotting.[68]

### Pharmacologic Treatment for Nonmotor Symptoms

Most drugs used to treat nonmotor symptoms work via neurotransmitters other than dopamine (Table 1). Symptomatic treatments for nonmotor symptoms are similar to treatments for these symptoms in general (non-Parkinson disease) populations. Evidence for these treatments specifically in people with Parkinson disease is variable.

For Parkinson disease dementia, the International Parkinson and Movement Disorder Society designates rivastigmine as clinically useful,[69] based on a double-blind clinical trial randomizing 362 individuals with Parkinson disease dementia to rivastigmine (3-12 mg daily) and 172 individuals to placebo.[70] Participants receiving rivastigmine had a mean improvement of 2.1 points on the 70-point Alzheimer Disease Assessment Scale vs a 0.7-point decline in the placebo group (P < .001). Donepezil and galantamine are designated as possibly useful because of limited evidence to support their efficacy in Parkinson disease. There is no evidence to support memantine or treatment of mild cognitive impairment.[69]

Selective serotonin reuptake inhibitors, selective serotonin norepinephrine reuptake inhibitors, and tricyclic antidepressants may all be useful for treating depression in Parkinson disease.[69] Pramipexole, a dopamine agonist, is useful for depression in some individuals.[69] Nonpharmacologic approaches such as cognitive-behavioral therapy and repetitive transcranial magnetic stimulation may be useful for treating depression in Parkinson disease.[69] There are no randomized clinical trials for treating anxi-

ety in Parkinson disease.[69] Approaches typically mimic those in general populations. There are no adequate pharmacological treatments for apathy in individuals with Parkinson disease.[69]

Treating psychosis in Parkinson disease should begin with weaning potentially contributing medications, such as anticholinergics, amantadine, dopamine agonists, MAO-B inhibitors, and sometimes levodopa. Occasionally weaning is limited by bothersome reemergence of previously controlled Parkinson disease symptoms. If psychosis persists and requires treatment, there are 3 main options: pimavanserin, clozapine, and quetiapine.[69] Other antipsychotic medications should be avoided given adverse event risks including worsening parkinsonism and death.[69,71,72] Pimavanserin, a selective inverse serotonin 5-HT2A receptor agonist, is the only FDA-approved medication for Parkinson disease psychosis, but safety data beyond 6 weeks are lacking, and delivery requires a specialty pharmacy.[69,73] Clozapine works via serotonergic and dopaminergic pathways. Multiple randomized clinical trials show that clozapine improves Parkinson disease psychosis.[69] However, prescribers and patients must register in the Risk Evaluation and Mitigation Strategy program, and regular (initially, weekly) monitoring for neutropenia is required. Multiple studies failed to show benefits of quetiapine on Parkinson disease psychosis, but many had small sample sizes.[69] Quetiapine is the most convenient of the antipsychotic drugs to prescribe, so it is commonly used in clinical practice despite the absence of observed benefit in clinical trials. All antipsychotic drugs, including those safest in Parkinson disease, have black box warnings regarding use in individuals with dementia.

Insomnia, fatigue, and daytime sleepiness are common and may be disabling in Parkinson disease, but no pharmacological treatments for these symptoms have established efficacy.[69,74] Approaches to insomnia are those used for general geriatric populations. Rapid eye movement sleep behavior disorder is treated with melatonin (6-15 mg) as a first-line agent and clonazepam (0.5-1.0 mg) if needed, but high-quality evidence is lacking.[16]

Treatments for autonomic features are similar to therapies in other conditions. Fludrocortisone, midodrine, and droxidopa are all possibly useful for orthostatic hypotension.[69] Probiotics and prebiotic fiber, macrogol, and lubiprostone have limited evidence for treating constipation in Parkinson disease.[69] Various prokinetics and laxatives are commonly used.[75] There are few Parkinson disease–specific studies for treating urinary symptoms. Sildenafil is useful for treating sexual dysfunction.[69] Botulinum toxin injections have the most evidence for treating sialorrhea in Parkinson disease,[69] but glycopyrrolate and sublingual atropine are also prescribed.[69,76]

Selection of optimal medical treatments for nonmotor symptoms is based on the likelihood of efficacy and adverse effect profiles. Agents with anticholinergic properties may improve urinary dysfunction or sialorrhea but contribute to confusion and hallucinations, particularly in individuals with cognitive impairment. Similarly, benzodiazepines may help sleep or anxiety but could worsen cognitive function. There is little data on the use of cannabinoids, but several clinical trials are ongoing.

### Palliative Care

Palliative care in Parkinson disease includes treatment of bothersome motor and nonmotor symptoms, advance care planning,

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User on 02/21/2020

**EXHIBIT C-1**

Diagnosis and Treatment of Parkinson Disease: A Review

caregiver assessments, and hospice referrals.[77] Hospice referral timing is based on clinical assessments of functional decline (eg, needing assistance with all ADLs), loss of ambulation, incontinence, recurring infections, and insufficient oral intake.

### Disease-Modifying Therapy

Currently, no pharmacologic therapies prevent or delay Parkinson disease progression.[43] A recent phase 2 randomized clinical trial of high-intensity treadmill exercise in individuals with new-onset Parkinson disease found significantly less worsening of motor function in the high-intensity exercise group than in the usual care group.[78] Further study is needed to investigate whether exercise modifies Parkinson disease progression.

### Limitations

First, this review was developed from published systematic reviews and meta-analyses. The literature search used validated PubMed filters, but use of these filters may have missed some relevant publications. Second, not all aspects of Parkinson disease di-

agnosis and treatment were discussed (eg, approaches to diagnosing aspects of Parkinson disease such as depression, cognitive impairment). Third, there is substantial heterogeneity in individual approaches to treating Parkinson disease. Fourth, high-quality Parkinson disease–specific evidence for treating most nonmotor symptoms is lacking.

## Conclusions

Parkinson disease is a heterogeneous disease with rapidly and slowly progressive forms. Treatment involves pharmacologic approaches (typically with levodopa preparations prescribed with or without other medications) and nonpharmacologic approaches (such as exercise and physical, occupational, and speech therapies). Approaches such as deep brain stimulation and treatment with levodopa-carbidopa enteral suspension can help individuals with medication-resistant tremor, worsening symptoms when the medication wears off, and dyskinesias.

**ARTICLE INFORMATION**

**Accepted for Publication:** December 27, 2019.

**Author Contributions:** Dr Armstrong had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Both authors.
*Acquisition, analysis, or interpretation of data:* Both authors.
*Drafting of the manuscript:* Armstrong.
*Critical revision of the manuscript for important intellectual content:* Both authors.
*Administrative, technical, or material support:* Okun.

**Conflict of Interest Disclosures:** Dr Armstrong reported receipt of personal fees from the American Academy of Neurology (consulting services); grants from the Lewy Body Dementia Association and the Michael J. Fox Foundation; funding from the Agency of Healthcare Research and Quality; and other from Oxford University Press (royalties) outside the submitted work. Dr Okun reported receipt of grants from the National Institutes of Health, the Michael J. Fox Foundation, the Tourette Association of America, and the Parkinson's Foundation outside the submitted work; serving as the medical director for the Parkinson's Foundation; receipt or royalties from Demos Medical Publishing, Manson Publishing, Amazon, Smashwords, Books4Patients, Perseus, Robert Rose, Oxford University Press, and Cambridge University Press (movement disorders books); serving as associate editor for the *New England Journal of Medicine Journal Watch Neurology;* and participating in continuing medical education and educational activities on movement disorders sponsored by the Academy for Healthcare Learning, PeerView, Prime, QuantiaMD, WebMD/Medscape, Medicus, MedNet, Einstein, MedNet, Henry Stewart, American Academy of Neurology, Movement Disorders Society, and Vanderbilt University.

**Submissions:** We encourage authors to submit papers for consideration as a Review. Please contact Edward Livingston, MD, at Edward.livingston@jamanetwork.org or Mary McGrae McDermott, MD, at mdm608@northwestern.edu.

**REFERENCES**

**1**. GBD 2016 Parkinson's Disease Collaborators. Global, regional, and national burden of Parkinson's disease, 1990-2016: a systematic analysis for the Global Burden of Disease Study 2016. *Lancet Neurol.* 2018;17(11):939-953. doi:10.1016/S1474-4422(18)30295-3

**2**. Marras C, Beck JC, Bower JH, et al; Parkinson's Foundation P4 Group. Prevalence of Parkinson's disease across North America. *NPJ Parkinsons Dis.* 2018;4:21. doi:10.1038/s41531-018-0058-0

**3**. Kouli A, Torsney KM, Kuan WL. Parkinson's Disease: Etiology, Neuropathology, and Pathogenesis. In: Stoker TB, Greenland JC, eds. *Parkinson's Disease: Pathogenesis and Clinical Aspects [Internet].* Brisbane, Australia: Codon Publications; 2018. https://www.ncbi.nlm.nih.gov/books/NBK536722/. Accessed September 6, 2019. doi:10.15586/codonpublications.parkinsonsdisease.2018.ch1

**4**. International Parkinson and Movement Disorder Society. Evidence Based Medicine Publications. https://www.movementdisorders.com/MDS/Resources/Publications-Reviews/EBM-Reviews.htm. Accessed November 14, 2019.

**5**. Wilczynski NL, McKibbon KA, Walter SD, Garg AX, Haynes RB. MEDLINE clinical queries are robust when searching in recent publishing years. *J Am Med Inform Assoc.* 2013;20(2):363-368. doi:10.1136/amiajnl-2012-001075

**6**. US National Library of Medicine. Search strategy used to create the PubMed systematic reviews filter. https://www.nlm.nih.gov/bsd/pubmed_subsets/sysreviews_strategy.html. Updated December 2018. Accessed September 6, 2019.

**7**. Braak H, Del Tredici K, Rüb U, de Vos RA, Jansen Steur EN, Braak E. Staging of brain pathology related to sporadic Parkinson's disease. *Neurobiol Aging.* 2003;24(2):197-211. doi:10.1016/S0197-4580(02)00065-9

**8**. Pasquini J, Ceravolo R, Qamhawi Z, et al. Progression of tremor in early stages of Parkinson's disease: a clinical and neuroimaging study. *Brain.* 2018;141(3):811-821. doi:10.1093/brain/awx376

**9**. Factor SA, McDonald WM, Goldstein FC. The role of neurotransmitters in the development of Parkinson's disease–related psychosis. *Eur J Neurol.* 2017;24(10):1244-1254. doi:10.1111/ene.13376

**10**. Schapira AHV, Chaudhuri KR, Jenner P. Non-motor features of Parkinson disease. *Nat Rev Neurosci.* 2017;18(7):435-450. doi:10.1038/nrn.2017.62

**11**. Maillet A, Krack P, Lhommée E, et al. The prominent role of serotonergic degeneration in apathy, anxiety and depression in de novo Parkinson's disease. *Brain.* 2016;139(Pt 9):2486-2502. doi:10.1093/brain/aww162

**12**. Morris R, Martini DN, Madhyastha T, et al. Overview of the cholinergic contribution to gait, balance and falls in Parkinson's disease. *Parkinsonism Relat Disord.* 2019;63:20-30. doi:10.1016/j.parkreldis.2019.02.017

**13**. Chaudhuri KR, Prieto-Jurcynska C, Naidu Y, et al. The nondeclaration of nonmotor symptoms of Parkinson's disease to health care professionals: an international study using the nonmotor symptoms questionnaire. *Mov Disord.* 2010;25(6):704-709. doi:10.1002/mds.22868

**14**. Berg D, Postuma RB, Adler CH, et al. MDS research criteria for prodromal Parkinson's disease. *Mov Disord.* 2015;30(12):1600-1611. doi:10.1002/mds.26431

**15**. Galbiati A, Verga L, Giora E, Zucconi M, Ferini-Strambi L. The risk of neurodegeneration in REM sleep behavior disorder: a systematic review and meta-analysis of longitudinal studies. *Sleep Med Rev.* 2019;43:37-46. doi:10.1016/j.smrv.2018.09.008

**16**. Howell MJ, Schenck CH. Rapid eye movement sleep behavior disorder and neurodegenerative disease. *JAMA Neurol.* 2015;72(6):707-712. doi:10.1001/jamaneurol.2014.4563

**17**. Fearnley JM, Lees AJ. Ageing and Parkinson's disease: substantia nigra regional selectivity. *Brain.* 1991;114(Pt 5):2283-2301. doi:10.1093/brain/114.5.2283

**18**. Hughes AJ, Daniel SE, Blankson S, Lees AJ. A clinicopathological study of 100 cases of Parkinson's

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

**EXHIBIT C-1**

disease. *Arch Neurol*. 1993;50(2):140-148. doi:10.1001/archneur.1993.00540020018011

**19.** Postuma RB, Berg D, Stern M, et al. MDS clinical diagnostic criteria for Parkinson's disease. *Mov Disord*. 2015;30(12):1591-1601. doi:10.1002/mds.26424

**20.** Ahlskog JE, Muenter MD. Frequency of levodopa-related dyskinesias and motor fluctuations as estimated from the cumulative literature. *Mov Disord*. 2001;16(3):448-458. doi:10.1002/mds.1090

**21.** Suwijn SR, van Boheemen CJ, de Haan RJ, Tissingh G, Booij J, de Bie RM. The diagnostic accuracy of dopamine transporter SPECT imaging to detect nigrostriatal cell loss in patients with Parkinson's disease or clinically uncertain parkinsonism: a systematic review. *EJNMMI Res*. 2015;5:12. doi:10.1186/s13550-015-0087-1

**22.** Isaacson SH, Fisher S, Gupta F, et al. Clinical utility of DaTscan™ imaging in the evaluation of patients with parkinsonism: a US perspective. *Expert Rev Neurother*. 2017;17(3):219-225. doi:10.1080/14737175.2017.1256205

**23.** Bajaj N, Hauser RA, Grachev ID. Clinical utility of dopamine transporter single photon emission CT (DaT-SPECT) with (123I) ioflupane in diagnosis of parkinsonian syndromes. *J Neurol Neurosurg Psychiatry*. 2013;84(11):1288-1295. doi:10.1136/jnnp-2012-304436

**24.** Prange S, Metereau E, Thobois S. Structural imaging in Parkinson's disease: new developments. *Curr Neurol Neurosci Rep*. 2019;19(8):50. doi:10.1007/s11910-019-0964-5

**25.** Burciu RG, Ofori E, Archer DB, et al. Progression marker of Parkinson's disease: a 4-year multi-site imaging study. *Brain*. 2017;140(8):2183-2192. doi:10.1093/brain/awx146

**26.** Orimo S, Suzuki M, Inaba A, Mizusawa H. 123I-MIBG myocardial scintigraphy for differentiating Parkinson's disease from other neurodegenerative parkinsonism: a systematic review and meta-analysis. *Parkinsonism Relat Disord*. 2012;18(5):494-500. doi:10.1016/j.parkreldis.2012.01.009

**27.** Fereshtehnejad SM, Postuma RB. Subtypes of Parkinson's disease: what do they tell us about disease progression? *Curr Neurol Neurosci Rep*. 2017;17(4):34. doi:10.1007/s11910-017-0738-x

**28.** Thenganatt MA, Jankovic J. Parkinson disease subtypes. *JAMA Neurol*. 2014;71(4):499-504. doi:10.1001/jamaneurol.2013.6233

**29.** Fereshtehnejad SM, Zeighami Y, Dagher A, Postuma RB. Clinical criteria for subtyping Parkinson's disease: biomarkers and longitudinal progression. *Brain*. 2017;140(7):1959-1976. doi:10.1093/brain/awx118

**30.** Lawton M, Ben-Shlomo Y, May MT, et al. Developing and validating Parkinson's disease subtypes and their motor and cognitive progression. *J Neurol Neurosurg Psychiatry*. 2018; 89(12):1279-1287. doi:10.1136/jnnp-2018-318337

**31.** van Rooden SM, Colas F, Martínez-Martín P, et al. Clinical subtypes of Parkinson's disease. *Mov Disord*. 2011;26(1):51-58. doi:10.1002/mds.23346

**32.** De Pablo-Fernández E, Lees AJ, Holton JL, Warner TT. Prognosis and neuropathologic correlation of clinical subtypes of Parkinson disease. *JAMA Neurol*. 2019;76(4):470-479. doi:10.1001/jamaneurol.2018.4377

**33.** Macleod AD, Taylor KS, Counsell CE. Mortality in Parkinson's disease: a systematic review and meta-analysis. *Mov Disord*. 2014;29(13):1615-1622. doi:10.1002/mds.25898

**34.** Hely MA, Reid WGJ, Adena MA, Halliday GM, Morris JGL. The Sydney multicenter study of Parkinson's disease: the inevitability of dementia at 20 years. *Mov Disord*. 2008;23(6):837-844. doi:10.1002/mds.21956

**35.** Moscovich M, Boschetti G, Moro A, Teive HAG, Hassan A, Munhoz RP. Death certificate data and causes of death in patients with parkinsonism. *Parkinsonism Relat Disord*. 2017;41:99-103. doi:10.1016/j.parkreldis.2017.05.022

**36.** Pennington S, Snell K, Lee M, Walker R. The cause of death in idiopathic Parkinson's disease. *Parkinsonism Relat Disord*. 2010;16(7):434-437. doi:10.1016/j.parkreldis.2010.04.010

**37.** Chou KL, Stacy M, Simuni T, et al. The spectrum of "off" in Parkinson's disease: what have we learned over 40 years? *Parkinsonism Relat Disord*. 2018;51:9-16. doi:10.1016/j.parkreldis.2018.02.001

**38.** Cilia R, Akpalu A, Sarfo FS, et al. The modern pre-levodopa era of Parkinson's disease: insights into motor complications from sub-Saharan Africa. *Brain*. 2014;137(Pt 10):2731-2742. doi:10.1093/brain/awu195

**39.** Espay AJ, Morgante F, Merola A, et al. Levodopa-induced dyskinesia in Parkinson disease: current and evolving concepts. *Ann Neurol*. 2018; 84(6):797-811. doi:10.1002/ana.25364

**40.** Turcano P, Mielke MM, Bower JH, et al. Levodopa-induced dyskinesia in Parkinson disease: a population-based cohort study. *Neurology*. 2018; 91(24):e2238-e2243. doi:10.1212/WNL.0000000000006642

**41.** Williams-Gray CH, Mason SL, Evans JR, et al. The CamPaIGN study of Parkinson's disease: 10-year outlook in an incident population-based cohort. *J Neurol Neurosurg Psychiatry*. 2013;84(11): 1258-1264. doi:10.1136/jnnp-2013-305277

**42.** Luquin MR, Kulisevsky J, Martinez-Martin P, Mir P, Tolosa ES. Consensus on the definition of advanced Parkinson's disease: a neurologists-based Delphi study (CEPA Study). *Parkinsons Dis*. 2017; 2017:4047392. doi:10.1155/2017/4047392

**43.** Fox SH, Katzenschlager R, Lim SY, et al; Movement Disorder Society Evidence-Based Medicine Committee. International Parkinson and movement disorder society evidence-based medicine review: update on treatments for the motor symptoms of Parkinson's disease. *Mov Disord*. 2018;33(8):1248-1266. doi:10.1002/mds.27372

**44.** Espay AJ, Lang AE. Common myths in the use of levodopa in Parkinson disease: when clinical trials misinform clinical practice. *JAMA Neurol*. 2017; 74(6):633-634. doi:10.1001/jamaneurol.2017.0348

**45.** Gray R, Ives N, Rick C, et al; PD Med Collaborative Group. Long-term effectiveness of dopamine agonists and monoamine oxidase B inhibitors compared with levodopa as initial treatment for Parkinson's disease (PD MED): a large, open-label, pragmatic randomised trial. *Lancet*. 2014;384(9949):1196-1205. doi:10.1016/S0140-6736(14)60683-8

**46.** Garcia-Ruiz PJ, Martinez Castrillo JC, Alonso-Canovas A, et al. Impulse control disorder in patients with Parkinson's disease under dopamine agonist therapy: a multicentre study. *J Neurol Neurosurg Psychiatry*. 2014;85(8):840-844. doi:10.1136/jnnp-2013-306787

**47.** Rabinak CA, Nirenberg MJ. Dopamine agonist withdrawal syndrome in Parkinson disease. *Arch Neurol*. 2010;67(1):58-63. doi:10.1001/archneurol.2009.294

**48.** Pondal M, Marras C, Miyasaki J, et al. Clinical features of dopamine agonist withdrawal syndrome in a movement disorders clinic. *J Neurol Neurosurg Psychiatry*. 2013;84(2):130-135. doi:10.1136/jnnp-2012-302684

**49.** Pessoa RR, Moro A, Munhoz RP, Teive HAG, Lees AJ. Apomorphine in the treatment of Parkinson's disease: a review. *Arq Neuropsiquiatr*. 2018;76(12):840-848. doi:10.1590/0004-282x20180140

**50.** LeWitt PA, Hauser RA, Pahwa R, et al; SPAN-PD Study Investigators. Safety and efficacy of CVT-301 (levodopa inhalation powder) on motor function during off periods in patients with Parkinson's disease: a randomised, double-blind, placebo-controlled phase 3 trial. *Lancet Neurol*. 2019;18(2):145-154. doi:10.1016/S1474-4422(18)30405-8

**51.** Pahwa R, Tanner CM, Hauser RA, et al. ADS-5102 (amantadine) extended-release capsules for levodopa-induced dyskinesia in Parkinson disease (EASE LID study): a randomized clinical trial. *JAMA Neurol*. 2017;74(8):941-949. doi:10.1001/jamaneurol.2017.0943

**52.** Vertical Pharmaceuticals. Osmolex ER prescribing information. 2018. https://www.osmolexhcp.com/images/pdf/Prescribing_Information.pdf. Accessed July 29, 2019.

**53.** Mak MK, Wong-Yu IS, Shen X, Chung CL. Long-term effects of exercise and physical therapy in people with Parkinson's disease. *Nat Rev Neurol*. 2017;13(11):689-703. doi:10.1038/nrneurol.2017.128

**54.** Chung CL, Thilarajah S, Tan D. Effectiveness of resistance training on muscle strength and physical function in people with Parkinson's disease: a systematic review and meta-analysis. *Clin Rehabil*. 2016;30(1):11-23. doi:10.1177/0269215515570382

**55.** Mehrholz J, Kugler J, Storch A, Pohl M, Hirsch K, Elsner B. Treadmill training for patients with Parkinson disease: an abridged version of a Cochrane Review. *Eur J Phys Rehabil Med*. 2016;52 (5):704-713.

**56.** Zhang S, Liu D, Ye D, Li H, Chen F. Can music-based movement therapy improve motor dysfunction in patients with Parkinson's disease? systematic review and meta-analysis. *Neurol Sci*. 2017;38(9):1629-1636. doi:10.1007/s10072-017-3020-8

**57.** Lötzke D, Ostermann T, Büssing A. Argentine tango in Parkinson disease—a systematic review and meta-analysis. *BMC Neurol*. 2015;15:226. doi:10.1186/s12883-015-0484-0

**58.** Yang Y, Li XY, Gong L, Zhu YL, Hao YL. Tai Chi for improvement of motor function, balance and gait in Parkinson's disease: a systematic review and meta-analysis. *PLoS One*. 2014;9(7):e102942. doi:10.1371/journal.pone.0102942

**59.** Tomlinson CL, Patel S, Meek C, et al. Physiotherapy versus placebo or no intervention in Parkinson's disease. *Cochrane Database Syst Rev*. 2013;9(9):CD002817. doi:10.1002/14651858.CD002817.pub4

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User  on 02/21/2020

**EXHIBIT C-1**

60. Factor SA, Bennett A, Hohler AD, Wang D, Miyasaki JM. Quality improvement in neurology: Parkinson disease update quality measurement set: executive summary. *Neurology*. 2016;86(24):2278-2283. doi:10.1212/WNL.0000000000002670

61. Shulman LM, Gruber-Baldini AL, Anderson KE, Fishman PS, Reich SG, Weiner WJ. The clinically important difference on the Unified Parkinson's Disease Rating Scale. *Arch Neurol*. 2010;67(1):64-70. doi:10.1001/archneurol.2009.295

62. Bratsos S, Karponis D, Saleh SN. Efficacy and safety of deep brain stimulation in the treatment of parkinson's disease: a systematic review and meta-analysis of randomized controlled trials. *Cureus*. 2018;10(10):e3474. doi:10.7759/cureus.3474

63. Bond AE, Shah BB, Huss DS, et al. Safety and efficacy of focused ultrasound thalamotomy for patients with medication-refractory, tremor-dominant Parkinson disease: a randomized clinical trial. *JAMA Neurol*. 2017;74(12):1412-1418. doi:10.1001/jamaneurol.2017.3098

64. Moro E, Schüpbach M, Wächter T, et al. Referring Parkinson's disease patients for deep brain stimulation: a RAND/UCLA appropriateness study. *J Neurol*. 2016;263(1):112-119. doi:10.1007/s00415-015-7942-x

65. Okun MS, Fernandez HH, Pedraza O, et al. Development and initial validation of a screening tool for Parkinson disease surgical candidates. *Neurology*. 2004;63(1):161-163. doi:10.1212/01.WNL.0000133122.14824.25

66. Wächter T, Minguez-Castellanos A, Valldeoriola F, Herzog J, Stoevelaar H. A tool to improve pre-selection for deep brain stimulation in patients with Parkinson's disease. *J Neurol*. 2011;258(4):641-646. doi:10.1007/s00415-010-5814-y

67. Wang L, Li J, Chen J. Levodopa-carbidopa intestinal gel in Parkinson's disease: a systematic review and meta-analysis. *Front Neurol*. 2018;9:620. doi:10.3389/fneur.2018.00620

68. Wirdefeldt K, Odin P, Nyholm D. Levodopa-carbidopa intestinal gel in patients with Parkinson's disease: a systematic review. *CNS Drugs*. 2016;30(5):381-404. doi:10.1007/s40263-016-0336-5

69. Seppi K, Ray Chaudhuri K, Coelho M, et al; the collaborators of the Parkinson's Disease Update on Non-Motor Symptoms Study Group on behalf of the Movement Disorders Society Evidence-Based Medicine Committee. Update on treatments for nonmotor symptoms of Parkinson's disease-an evidence-based medicine review. *Mov Disord*. 2019; 34(2):180-198. doi:10.1002/mds.27602

70. Emre M, Aarsland D, Albanese A, et al. Rivastigmine for dementia associated with Parkinson's disease. *N Engl J Med*. 2004;351(24): 2509-2518. doi:10.1056/NEJMoa041470

71. Weintraub D, Chiang C, Kim HM, et al. Association of antipsychotic use with mortality risk in patients with parkinson disease. *JAMA Neurol*. 2016;73(5):535-541. doi:10.1001/jamaneurol.2016.0031

72. Iketani R, Kawasaki Y, Yamada H. Comparative utility of atypical antipsychotics for the treatment of psychosis in Parkinson's disease: a systematic review and Bayesian network meta-analysis. *Biol Pharm Bull*. 2017;40(11):1976-1982. doi:10.1248/bpb.b17-00602

73. Cummings J, Isaacson S, Mills R, et al. Pimavanserin for patients with Parkinson's disease psychosis: a randomised, placebo-controlled phase 3 trial. *Lancet*. 2014;383(9916):533-540. doi:10.1016/S0140-6736(13)62106-6

74. Elbers RG, Verhoef J, van Wegen EE, Berendse HW, Kwakkel G. Interventions for fatigue in Parkinson's disease. *Cochrane Database Syst Rev*. 2015;10(10):CD010925.

75. Barboza JL, Okun MS, Moshiree B. The treatment of gastroparesis, constipation and small intestinal bacterial overgrowth syndrome in patients with Parkinson's disease. *Expert Opin Pharmacother*. 2015;16(16):2449-2464. doi:10.1517/14656566.2015.1086747

76. Srivanitchapoom P, Pandey S, Hallett M. Drooling in Parkinson's disease: a review. *Parkinsonism Relat Disord*. 2014;20(11):1109-1118. doi:10.1016/j.parkreldis.2014.08.013

77. Boersma I, Miyasaki J, Kutner J, Kluger B. Palliative care and neurology: time for a paradigm shift. *Neurology*. 2014;83(6):561-567. doi:10.1212/WNL.0000000000000674

78. Schenkman M, Moore CG, Kohrt WM, et al. Effect of high-intensity treadmill exercise on motor symptoms in patients with de novo Parkinson disease: a phase 2 randomized clinical trial. *JAMA Neurol*. 2018;75(2):219-226. doi:10.1001/jamaneurol.2017.3517

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Western University User on 02/21/2020

**EXHIBIT C-1**

Research

JAMA Neurology | Original Investigation

# Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers

## A Transforming Research and Clinical Knowledge in Traumatic Brain Injury (TRACK-TBI) Study

Lindsay D. Nelson, PhD; Nancy R. Temkin, PhD; Sureyya Dikmen, PhD; Jason Barber, MS; Joseph T. Giacino, PhD; Esther Yuh, MD, PhD; Harvey S. Levin, PhD; Michael A. McCrea, PhD; Murray B. Stein, MD, MPH; Pratik Mukherjee, MD, PhD; David O. Okonkwo, MD, PhD; Claudia S. Robertson, MD; Ramon Diaz-Arrastia, MD, PhD; Geoffrey T. Manley, MD, PhD; and the TRACK-TBI Investigators

⊞ Supplemental content

**IMPORTANCE** Most traumatic brain injuries (TBIs) are classified as mild (mTBI) based on admission Glasgow Coma Scale (GCS) scores of 13 to 15. The prevalence of persistent functional limitations for these patients is unclear.

**OBJECTIVES** To characterize the natural history of recovery of daily function following mTBI vs peripheral orthopedic traumatic injury in the first 12 months postinjury using data from the Transforming Research and Clinical Knowledge in Traumatic Brain Injury (TRACK-TBI) study, and, using clinical computed tomographic (CT) scans, examine whether the presence (CT+) or absence (CT−) of acute intracranial findings in the mTBI group was associated with outcomes.

**DESIGN, SETTING, AND PARTICIPANTS** TRACK-TBI, a cohort study of patients with mTBI presenting to US level I trauma centers, enrolled patients from February 26, 2014, to August 8, 2018, and followed up for 12 months. A total of 1453 patients at 11 level I trauma center emergency departments or inpatient units met inclusion criteria (ie, mTBI [n = 1154] or peripheral orthopedic traumatic injury [n = 299]) and were enrolled within 24 hours of injury; mTBI participants had admission GCS scores of 13 to 15 and clinical head CT scans. Patients with peripheral orthopedic trauma injury served as the control (OTC) group.

**EXPOSURES** Participants with mTBI or OTC.

**MAIN OUTCOMES AND MEASURES** The Glasgow Outcome Scale Extended (GOSE) scale score, reflecting injury-related functional limitations across broad life domains at 2 weeks and 3, 6, and 12 months postinjury was the primary outcome. The possible score range of the GOSE score is 1 (dead) to 8 (upper good recovery), with a score less than 8 indicating some degree of functional impairment.

**RESULTS** Of the 1453 participants, 953 (65.6%) were men; mean (SD) age was 40.9 (17.1) years in the mTBI group and 40.9 (15.4) years in the OTC group. Most participants (mTBI, 87%; OTC, 93%) reported functional limitations (GOSE <8) at 2 weeks postinjury. At 12 months, the percentage of mTBI participants reporting functional limitations was 53% (95% CI, 49%-56%) vs 38% (95% CI, 30%-45%) for OTCs. A higher percentage of CT+ patients reported impairment (61%) compared with the mTBI CT− group (49%; relative risk [RR], 1.24; 95% CI, 1.08-1.43) and a higher percentage in the mTBI CT−group compared with the OTC group (RR, 1.28; 95% CI, 1.02-1.60).

**CONCLUSIONS AND RELEVANCE** Most patients with mTBI presenting to US level I trauma centers report persistent, injury-related life difficulties at 1 year postinjury, suggesting the need for more systematic follow-up of patients with mTBI to provide treatments and reduce the risk of chronic problems after mTBI.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Group Information:** The Transforming Research and Clinical Knowledge in Traumatic Brain Injury Investigators authors appear at the end of the article.

**Corresponding Author:** Lindsay D. Nelson, PhD, Medical College of Wisconsin, 8701 W Watertown Plank Rd, Milwaukee, WI 53226 (linelson@mcw.edu).

*JAMA Neurol.* 2019;76(9):1049-1059. doi:10.1001/jamaneurol.2019.1313
Published online June 3, 2019. Corrected on October 21, 2019.

© 2019 American Medical Association. All rights reserved.

**1049**

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

n the United States, about 2.8 million individuals are treated at hospitals annually for traumatic brain injuries (TBIs).[1] Most TBIs are classified as mild (mTBI) based on crude clinical signs, such as patients' gross levels of consciousness up hospital admission (eg, Glasgow Coma Scale [GCS] scores of 13-15). Although it is well accepted that moderate to severe TBIs may cause permanent disability,[2-4] controversy exists surrounding the expected course of clinical recovery for patients with mTBI. In particular, although mTBI commonly causes acute symptoms,[5-7] cognitive dysfunction,[6,8-12] and problems in day-to-day functioning,[13] findings vary as to whether patients continue to manifest sequelae of mTBI months to years postinjury.[14-16]

Limitations in research methods have been proposed as a major factor explaining inconsistencies in the observed natural history of mTBI. Seminal World Health Organization systematic reviews and others highlighted common methodologic problems, including small, nonprospective samples; cross-sectional study designs not well suited to characterize recovery; inadequate control groups; and insufficient statistical approaches (eg, limited attention to nonrandom patterns of attrition) called for large, carefully conducted prospective studies.[14,17-19] Another important issue that may explain variable findings is heterogeneity across patients. Given current diagnostic conventions,[20] mTBI encompasses a wide spectrum of TBI severity, from concussive injuries with subtle signs of brain dysfunction without evidence of structural injury on computed tomographic (CT) scans[21,22] to injuries with intracranial abnormalities shown on head CT scans.[16,23,24] Thus, in describing recovery from mTBI, one should consider subgroups of patients likely to vary in prognosis.[14,25]

The Transforming Research and Clinical Knowledge in TBI (TRACK-TBI) study[26] was designed to address calls to improve the quality of evidence in community-acquired TBI. This article describes the mTBI cohort's course of functional limitations, reported on the Glasgow Outcome Scale–Extended (GOSE) scale compared with patients with peripheral orthopedic traumatic injuries (orthopedic trauma control [OTC] group). Patients with mTBI were also stratified based on the presence (CT+) vs absence (CT−) of acute intracranial findings on head CT. In addition, we evaluated secondary outcomes of self-reported symptoms and neurocognitive performance. We hypothesized that rates of functional limitations would be maximal soon after injury and decline over time and that the mTBI group would continue to report more symptoms than the OTC group at 12 months postinjury.[16]

## Methods

### Participants and Study Design

TRACK-TBI is a prospective, multicenter study recruiting participants at 11 US level I trauma centers. Participants with mTBI who were enrolled between February 26, 2014, and May 4, 2016, and OTCs recruited by August 8, 2018, were considered for analyses. eFigure 1 in the Supplement depicts the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) diagram of the current TRACK-TBI sample

### Key Points

**Question** How common are persistent, injury-related functional limitations following mild traumatic brain injury vs orthopedic trauma?

**Findings** In this cohort study of 1154 patients with mild traumatic brain injury and 299 patients with orthopedic trauma serving as controls, 53% of participants with mild traumatic brain injury reported impairment 12 months postinjury vs 38% of those with orthopedic trauma. Patients with intracranial abnormalities had the poorest outcomes; however, patients without abnormalities also reported problems at 12 months.

**Meaning** Many patients who present to level I trauma centers with mild traumatic brain injury experience difficulties at 12 months postinjury, suggesting that this injury is not always benign; better follow-up and treatment appear to be needed.

(N = 1648) and the cohorts evaluated in this study (n = 1154 mTBI and n = 299 OTC). The study was approved by the institutional review board of each enrolling institution and was led by the University of California, San Francisco. Participants or their legally authorized representatives completed written informed consent and received financial compensation. Demographic, injury, and outcome variables were collected in accordance with the TBI Common Data Elements.[27,28] Demographic data were obtained through a combination of medical records and patient report. Outcome assessments occurred at 2 weeks and 3, 6, and 12 months postinjury. Three-month assessments were performed via telephone; other assessments were performed in person whenever feasible.

### Inclusion Criteria

Inclusion criteria for TBI were for the patient to present within 24 hours of injury, have an acute head CT scan performed as part of clinical care, and show or report evidence of alterations in consciousness or amnesia. We restricted the cohort to GCS scores of 13 to 15 (ie, mTBI) on emergency department (ED) arrival. Patients in the OTC group presented with orthopedic injuries and showed no evidence of altered consciousness, amnesia, or other physical signs of head trauma. Exclusions included being in custody, pregnant, nonsurvivable physical trauma, debilitating mental health disorders, neurologic disease, or non-English speaking; however, some sites recruited Spanish-speaking participants. Although some sites recruited children, we focused on participants aged 17 years and older, given that they completed the outcome measures of interest.

### Primary Outcome Measure

The GOSE score is a measure of the association between traumatic injuries and diverse aspects of daily functioning[27] and is commonly used as the primary outcome measure in TBI studies.[29] The possible range of scores is 1 (dead) to 8 (upper good recovery), with less than 8 reflecting some degree of functional limitation after injury. The scale is completed via interview with patients or proxies. Respondents are asked to report new injury-related dependence or difficulties (including

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers     **Original Investigation** Research

worsening of any preexisting problems) in major domains of life function: independence within (ie, activities of daily living) and outside (eg, shopping, travel) the home, work, social/leisure activities, family or friend relationships, and other injury-related symptoms or problems affecting daily life. Changes in function were counted irrespective of whether they resulted from TBI or other injury-related factors (eg, multiple trauma).

### Secondary Outcome Measures

Secondary outcomes, collected at 12 months postinjury, comprised self-reported TBI-related symptoms (Rivermead Post Concussion Symptoms Questionnaire, with ratings of 1 not counted in total scores; possible range, 0-64; higher scores indicate more severe symptoms),[30] psychological distress (18-item Brief Symptom Inventory; mean [SD] T score normative for the general population, 50 [10]; possible range, 36-81; higher scores indicate more severe psychiatric symptoms),[31] and general life satisfaction (Satisfaction With Life scale; possible range, 0-35; higher scores indicate more life satisfaction).[32] In addition, participants performed neuropsychological measures of verbal episodic memory (Rey Auditory Verbal Learning Test; possible range for immediate memory, 0-80; higher scores indicate better memory; possible range for delayed recall, 0-16; higher scores indicate better memory),[33,34] processing speed (Wechsler Adult Intelligence Scale–Fourth Edition Processing Speed Index; mean [SD] normative score, 100 [15]; higher scores indicate better processing speed),[35] and executive functioning (Trail Making Test; number of seconds to complete; part A, maximum score is 90 seconds, lower score is faster/better; part B, maximum score is 300 seconds, lower score is faster/better).[36]

### Statistical Analysis

Sample characteristics were compared between groups using Fisher exact tests (categorical variables) and Mann-Whitney tests (continuous variables). Primary analyses were adjusted for patterns of missing outcomes with propensity weights.[37] Propensity weights were derived separately by measure type (GOSE, self-report, neuropsychological) and time (2 weeks and 3, 6, 12 months) from boosted logistic regression models predicting completion vs noncompletion of outcomes from enrollment site and demographic, history, and injury variables. Weights were proportional to the inverse of the probability of measure completion and normed so the sum equaled the number of cases with the measure completed. Prevalence of functional difficulty by GOSE domain and report of injury-related symptoms on the Rivermead Post Concussion Symptoms Questionnaire (ie, ratings of 2-4) were evaluated through percentages and compared using Fisher exact tests for pairwise comparisons between groups (first, all mTBI vs OTC; second, pairwise comparisons among mTBI CT+, mTBI CT–, and OTC groups). Prevalence rates (percentages) and effect sizes of group differences (risk ratios [RRs]) are reported alongside 95% CIs.[38] Differences that remained significant after multiple comparison correction (within outcome domain and time point using a 5% false discovery rate)[39] are discussed.

Group comparisons on 12-month secondary outcome measures used 2-tailed, independent-samples, unpaired *t* tests for continuous self-report measures, with effect sizes reported as Cohen *d* (with 95% CIs). General linear models were used to compare groups on neuropsychological measures adjusting for age, sex, and educational level. Results were considered significant at $P < .05$.

Propensity probabilities were generated using the twang software package developed for R, version 3.2.2 (R Foundation for Statistical Computing), which was accessed via script files generated by an SAS, version 9.3 macro package (SAS Institute Inc). Other statistical analyses were conducted in SPSS Statistics for Windows, version 19 (IBM Corp).

## Results

### Participant Characteristics

Of the 1349 participants with TBI, 1154 patients (85.5%) met the criteria for mTBI. The mTBI group included 754 men (65.1%); mean (SD) age was 40.9 (17.1) years (**Table 1**). The OTC group (n = 299) included 199 men (66.6%); mean age was 40.9 (15.4) years. The mTBI sample size with available outcome data ranged from 975 to 768 at 2 weeks through 12 months postinjury, respectively (eFigure 1 in the Supplement). The number of OTCs with available outcome data ranged from 240 to 146 across the same time. The mTBI and OTC groups were well matched on demographic and history variables. Sample characteristics stratified by CT scan status are presented in eTable 1 in the Supplement. Because of differences in cause of injury between groups, sensitivity analyses were performed to confirm that covarying for this variable did not affect the results (eTables 6-10 in the Supplement).

### Prevalence of Functional Limitations

The **Figure** illustrates the percentage and 95% CIs of participants in each group who reported injury-related functional problems in 1 or more areas of function on the GOSE score (ie, GOSE <8) at each assessment. Functional limitation rates were highest at 2 weeks postinjury (mTBI: 87%; 95% CI, 84%-89%; OTC: 93%; 95% CI, 89%-96%) and lowest at 12 months (mTBI: 53%; 95% CI, 49%-56%; OTC: 38%; 95% CI, 30%-45%). The mTBI and OTC groups were not significantly different from 2 weeks to 6 months postinjury: 2-week RR, 0.93 (95% CI, 0.89-0.98); 2-month RR, 0.92 (95% CI, 0.84-1.02); 6-month, RR, 1.14 (95% CI, 0.99-1.31). At 12 months, more participants in the mTBI group (53%; 95% CI, 49%-56%) continued to report functional limitations compared with the OTC group (38%; 95% CI, 30%-45%) (RR, 1.38; 95% CI, 1.12-1.71). In other words, 47.2% of patients with mTBI and 62.3% of the OTCs reported full return to preinjury levels of day-to-day functioning at 12 months postinjury ($P = .001$). Stratifying the CT+ and CT– subsamples of the mTBI group at 12 months (eFigure 2 in the Supplement) revealed a significantly higher percentage of patients with limitations in the mTBI CT+ group (61%) than the mTBI CT– group (49%) (RR, 1.24; 95% CI, 1.08-1.43), and a higher percentage in the mTBI CT– group (49%) vs the OTC group (38%) (RR, 1.28; 95% CI, 1.02-1.60).

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

**Table 1. Unweighted Analysis of Sample Demographics and Injury Characteristics**

| Characteristic | No. (%)[a] | | Effect Size (%) | P Value[a] |
|---|---|---|---|---|
| | mTBI (n = 1158) | OTC (n = 299) | | |
| **Age, y** | | | | |
| Mean (SD) | 40.9 (17.1) | 40.9 (15.4) | 0 | .50 |
| Unknown | 2 | 0 | | |
| **Sex** | | | | |
| Men | 754 (65.1) | 199 (66.6) | −1 | .68 |
| Women | 404 (34.9) | 100 (33.4) | 1 | |
| **Race/ethnicity** | | | | |
| White | 882 (76.2) | 231 (77.3) | −1 | |
| Black | 197 (17.0) | 46 (15.4) | 2 | .78 |
| Other/unknown | 79 (6.8) | 22 (7.4) | −1 | |
| **Hispanic** | | | | |
| No | 904 (78.9) | 220 (75.1) | 4 | .18 |
| Yes | 242 (21.1) | 73 (24.9) | −4 | |
| Unknown | 12 | 6 | | |
| **Insurance** | | | | |
| Insured | 701 (63.7) | 181 (65.1) | −1 | |
| Uninsured | 161 (14.6) | 40 (14.4) | 0 | .90 |
| Medicare/other | 239 (21.7) | 57 (20.5) | 1 | |
| Unknown | 57 | 21 | | |
| **Years of education** | | | | |
| Mean (SD) | 13.5 (2.9) | 13.8 (2.9) | −0.14 | .047 |
| Unknown | 61 | 8 | | |
| **Employment** | | | | |
| Full time | 644 (58.6) | 186 (65.0) | −6 | |
| Part time | 143 (13.0) | 36 (12.6) | 0 | |
| Occasional/special/unemployed | 96 (8.7) | 21 (7.3) | 1 | .32 |
| Retired/disabled/not working | 154 (14.0) | 31 (10.8) | 3 | |
| Other | 62 (5.6) | 12 (4.2) | 1 | |
| Unknown | 59 | 13 | | |
| **Living situation** | | | | |
| Independent living | 922 (83.8) | 236 (83.1) | 1 | |
| Living with others | 172 (15.6) | 45 (15.8) | 0 | |
| Homeless | 0 | 1 (0.4) | 0 | .33 |
| Other | 6 (0.5) | 2 (0.7) | 0 | |
| Unknown | 58 | 15 | | |
| **Previous TBI** | | | | |
| No | 806 (77.1) | 224 (83.3) | −6 | |
| Yes | 239 (22.9) | 45 (16.7) | 6 | .03 |
| Unknown | 113 | 30 | | |
| **Neurologic disorder (not TBI)** | | | | |
| No | 988 (85.8) | 252 (87.2) | −1 | |
| Yes | 164 (14.2) | 37 (12.8) | 1 | .57 |
| Unknown | 6 | 10 | | |
| **Neurodevelopmental disorder** | | | | |
| No | 1045 (90.7) | 268 (92.7) | −2 | |
| Yes | 107 (9.3) | 21 (7.3) | 2 | .30 |
| Unknown | 6 | 10 | | |
| **Mental health history** | | | | |
| No | 909 (78.8) | 225 (77.1) | 2 | |
| Yes | 245 (21.2) | 67 (22.9) | −2 | .53 |
| Unknown | 4 | 7 | | |
| **Headache history** | | | | |
| No | 1115 (96.8) | 276 (95.5) | 1 | |
| Yes | 37 (3.2) | 13 (4.5) | −1 | .28 |
| Unknown | 6 | 10 | | |

*(continued)*

© 2019 American Medical Association. All rights reserved.

jamaneurology.com

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers

**Original Investigation** Research

Table 1. Unweighted Analysis of Sample Demographics and Injury Characteristics (continued)

| Characteristic | No. (%)[a] mTBI (n = 1158) | No. (%)[a] OTC (n = 299) | Effect Size (%) | P Value[a] |
|---|---|---|---|---|
| **Migraine history** | | | | |
| No | 1083 (94.0) | 273 (94.5) | 0 | .89 |
| Yes | 69 (6.0) | 16 (5.5) | 0 | |
| Unknown | 6 | 10 | | |
| **Cause of injury** | | | | |
| MVC (occupant) | 418 (36.1) | 50 (16.7) | 19 | |
| MCC | 92 (7.9) | 32 (10.7) | −3 | |
| MVC (cyclist or pedestrian) | 189 (16.3) | 22 (7.4) | 9 | <.001 |
| Fall | 280 (24.2) | 101 (33.8) | −10 | |
| Assault | 69 (6.0) | 3 (1.0) | 5 | |
| Other/unknown | 110 (9.5) | 91 (30.4) | −21 | |
| **GCS** | | | | |
| 13 | 41 (3.5) | 0 | 4 | |
| 14 | 214 (18.5) | 0 | 18 | <.001 |
| 15 | 903 (78.0) | 299 (100) | −22 | |
| **Loss of consciousness[b]** | | | | |
| No | 167 (15.3) | 292 (100) | −85 | <.001 |
| Yes | 923 (84.7) | 0 | 85 | |
| Unknown | 68 | 7 | | |
| **Posttraumatic amnesia[b]** | | | | |
| No | 229 (22.0) | 292 (100) | −78 | <.001 |
| Yes | 813 (78.0) | 0 | 78 | |
| Unknown | 116 | 7 | | |
| **Peripheral injury[c]** | | | | |
| No | 153 (14.0) | 1 (0.3) | 14 | <.001 |
| Yes | 940 (86.0) | 285 (99.7) | −14 | |
| Unknown | 65 | 13 | | |
| **AIS head/neck** | | | | |
| Mean (SD) | 2.1 (1.3) | 0.1 (0.4) | 2.45 | <.001 |
| Median (IQR) | 2 (1-3) | 0 (0-0) | | |
| Unknown | 424 | 124 | | |
| **ISS total** | | | | |
| Mean (SD) | 12.0 (8.4) | 7.7 (6.0) | 0.82 | <.001 |
| Median (IQR) | 10 (5-17) | 5 (4-10) | | |
| Unknown | 424 | 124 | | |
| **ISS peripheral** | | | | |
| Mean (SD) | 5.6 (6.7) | 7.5 (5.9) | −0.45 | <.001 |
| Median (IQR) | 2 (1-9) | 5 (4-10) | | |
| Unknown | 425 | 124 | | |
| **Highest level of care** | | | | |
| Emergency department | 407 (35.1) | 131 (43.8) | −9 | |
| Inpatient unit | 479 (41.4) | 147 (49.2) | −8 | <.001 |
| Intensive care unit | 272 (23.5) | 21 (7.0) | 16 | |
| **Litigation status at 12 mo** | | | | |
| No | 586 (77.3) | 129 (84.3) | −7 | .07 |
| Yes | 172 (22.7) | 24 (15.7) | 7 | |
| Unknown | 400 | 146 | | |

Abbreviations: AIS, abbreviated injury severity score; GCS, Glasgow Coma Scale; IQR, interquartile range; ISS, injury severity score; MCC, motorcycle crash; mTBI, mild traumatic brain injury; MVC, motor vehicle crash; OTC, orthopedic trauma control.

[a] P values not adjusted for multiple comparisons. Statistical significance determined by Mann-Whitney and Fisher exact tests.

[b] Witnessed and suspected categories collapsed.

[c] Peripheral injury defined as either having an ISS nonhead (below the neck) greater than O or ever reporting peripheral injuries on a Glasgow Outcome Scale Extended score assessment.

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers

Figure. Percentage of Patients in the Mild Traumatic Brain Injury (mTBI) and Orthopedic Trauma Control (OTC) Groups Reporting Injury-Related Limitations With Day-to-Day Functioning From 2 Weeks to 12 Months Postinjury on the Glasgow Outcome Scale–Extended Score Interview



Rates decreased from 87% (mTBI) and 93% (OTC) at 2 weeks to 53% (mTBI) and 38% (OTC) at 12 months postinjury. Group differences were nonsignificant at 2 weeks (RR, 0.93; 95% CI, 0.89-0.98), 3 months (RR, 0.92; 95% CI, 0.84-1.02), and 6 months (RR, 1.14; 95% CI, 0.99-1.31) postinjury. At 12 months postinjury, the mTBI group reported significantly higher rates of continued limitations with day-to-day functioning (RR, 1.38; 95% CI, 1.12-1.71).

**Table 2** provides the percentage of participants in the mTBI and OTC groups who reported injury-related problems in each GOSE score domain. **Table 3** provides effect sizes (RRs) for associated between-group comparisons. Overall, rates of dysfunction were highest for complex tasks, such as work (eg, mTBI: 61%; 95% CI, 57%-64%; OTC: 69%; 95% CI, 63%-74% at 2 weeks), and social/leisure functioning (eg, mTBI: 59%; 95% CI, 55%-62%; OTC: 70%; 95% CI, 63%-75% at 2 weeks) and lower in more basic activities, such as home independence (eg, mTBI: 12%; 95% CI, 9%-14%; OTC: 9%; 95% CI, 5%-13% at 2 weeks). Rates of dysfunction in each domain declined over time; for example, at 12 months, only 0% (95% CI 0%-3%) of the OTC group and 1% (95% CI, 1%-2%) of the mTBI group reported limitations in home independence; 17% of both groups (mTBI: 95% CI, 15%-20%; OTC: 95% CI, 12%-23%) reported problems with work and 17% (95% CI, 15%-20%) of the mTBI and 18% (95% CI, 13%-25%) of the OTC group had limitations in social functioning. Compared with the OTC group, the mTBI group reported injury-related problems that affect daily life (from 73% vs 46% at 2 weeks: RR, 1.59; 95% CI, 1.37-1.84; to 48% vs 20% at 12 months: RR, 2.33;95% CI, 1.68-3.21) more frequently, with more family disruption reported at most time points. The OTC group reported more work and social dysfunction than the mTBI group through 6 months, but these group differences were no longer significant at 12 months.

eTables 3 and 4 in the Supplement present analyses of GOSE score domains by mTBI subgroup (CT+/CT−). At 2 weeks, the mTBI CT+ subgroup more commonly needed assistance at home (RR, 1.82; 95% CI, 1.17-2.81) and could not work (RR, 1.34; 95% CI, 1.09-1.65) compared with the CT− group. At 3, 6, and 12 months, the mTBI CT+ group reported higher rates of symptoms that affect daily life (RR, 1.21; 95% CI, 1.06-1.39; to RR, 1.29; 95% CI, 1.13-1.47). At select times, the mTBI CT+ group

reported higher rates of psychological problems that affect relationships (at 6 months: RR, 1.43; 95% CI, 1.11-1.84) and more limitations with home independence (at 12 months: RR, 5.08; 95% CI, 1.33-19.47) and travel (at 12 months: RR, 6.54; 95% CI, 1.79-23.91) than the mTBI CT− group.

### Group Differences in Symptoms and Cognitive Performance

Because the mTBI group continued to report substantial rates of injury-related problems at 12 months on the GOSE scale, we evaluated group differences in secondary outcome measures at 12 months to inform possible causes or consequences of chronic impairments. **Table 4** and eTable 11 in the Supplement present mTBI vs OTC comparisons. Participants with mTBI reported more severe symptoms on the Rivermead Post Concussion Symptoms Questionnaire ($d = 0.46$) and, to a lesser degree, psychological distress (18-item Brief Symptom Inventory, $d = 0.20$) than the OTCs. The mTBI group demonstrated significantly poorer performance vs the OTC group in verbal learning and memory retrieval ($d = 0.24$-$0.25$) and on 1 measure of psychomotor processing speed (Trail Making Test, Part A; $d = 0.30$). Comparisons between the mTBI CT+ and CT− groups (eTable 5 in the Supplement) were not statistically significant on any secondary outcome measure.

## Discussion

In this longitudinal observational study of patients who presented to US level I trauma centers with mTBI, only 47.2% of patients with mTBI (defined as ED admission GCS score, 13-15) reported full return to preinjury levels of day-to-day functioning at 12 months postinjury vs 62.3% of OTCs ($P = .001$). In addition to more frequently reporting functional limitations at 12 months, patients with mTBI reported more persistent injury-related symptoms (eg, headaches, fatigue, depression, forgetfulness) and performed more poorly on cognitive tests than those in the OTC group.

Our findings highlight an apparent need for improved treatment of mTBI. Although there are currently no validated pharmacologic treatments for mTBI, nonpharmacologic interventions to provide psychoeducation and symptom management can help patients. For example, a number of studies support the efficacy of providing a clinical encounter soon (eg, 1 week) after injury to offer accurate and reassuring information about the expected symptoms and recovery course from mTBI.[40-43] In contrast, about half of patients with mTBI who present to the ED do not receive any TBI diagnosis,[44] a significant minority do not receive adequate discharge instructions,[45] and most do not receive follow-up care after their ED visit.[46] Thus, outcomes may be improved by increasing the rate of early identification of mTBI and providing patient education about the condition. In addition, given that many of the symptoms reported after mTBI (eg, headache, psychiatric symptoms) have validated treatments in other clinical populations,[47,48] such established treatments may be efficacious in the mTBI population but require more systematic validation in patients with mTBI.[49-51]

These data also suggest that patients who demonstrate acute intracranial CT scan findings of mTBI vs those without such find-

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers

**Original Investigation** Research

**Table 2. Prevalence of Functional Limitations (95% CI) Reported in Each GOSE Score Domain for mTBI and OTC Groups[a]**

| Variable | % (95% CI) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2 wk | | 3 mo | | 6 mo | | 12 mo | |
| | mTBI | OTC | mTBI | OTC | mTBI | OTC | mTBI | OTC |
| Independence | | | | | | | | |
| Home | 12 (9-14) | 9 (5-13) | 2 (1-4) | 1 (0-3) | 2 (1-3) | 0 (0-3) | 1 (1-2) | 0 (0-3) |
| Shopping | 12 (10-15) | 9 (6-13) | 3 (2-5) | 0 (0-2) | 2 (1-3) | 0 (0-3) | 1 (1-3) | 0 (0-3) |
| Travel | 12 (9-15) | 10 (6-14) | 3 (2-4) | 1 (0-3) | 2 (1-3) | 0 (0-3) | 2 (1-3) | 0 (0-3) |
| Work[b] | | | | | | | | |
| Reduced capacity[c] | 61 (57-64) | 69 (63-74) | 31 (27-34) | 40 (34-47) | 20 (17-23) | 22 (17-28) | 17 (15-20) | 17 (12-23) |
| Noncompetitive/unable to work | 38 (34-42) | 47 (40-53) | 14 (11-16) | 20 (15-26) | 6 (5-8) | 11 (7-16) | 7 (6-9) | 5 (2-9) |
| Social/leisure functioning | | | | | | | | |
| A bit less[c] | 59 (55-62) | 70 (63-75) | 32 (28-35) | 46 (39-53) | 20 (17-22) | 31 (25-37) | 17 (15-20) | 18 (13-25) |
| Much less[c] | 43 (39-47) | 54 (48-60) | 18 (16-22) | 23 (18-29) | 12 (10-15) | 11 (7-16) | 8 (6-10) | 6 (3-11) |
| Unable | 23 (20-27) | 27 (22-33) | 6 (5-8) | 8 (5-12) | 4 (3-5) | 0 (0-2) | 2 (1-4) | 3 (1-6) |
| Family disruption | | | | | | | | |
| Occasional[c] | 26 (22-29) | 18 (14-24) | 26 (23-29) | 20 (15-26) | 26 (22-29) | 17 (12-22) | 24 (21-28) | 8 (4-13) |
| Frequent[c] | 19 (16-22) | 12 (8-16) | 19 (16-22) | 14 (10-19) | 18 (16-21) | 10 (7-15) | 16 (14-19) | 5 (2-9) |
| Constant | 8 (6-10) | 2 (1-5) | 6 (4-8) | 4 (2-7) | 5 (4-7) | 1 (0-4) | 4 (3-5) | 1 (0-4) |
| Other disabling symptoms | 73 (69-76) | 46 (40-52) | 56 (53-60) | 38 (32-45) | 54 (50-57) | 32 (26-39) | 48 (44-51) | 20 (14-27) |

Abbreviations: GOSE, Glasgow Outcome Scale Extended; mTBI, mild traumatic brain injury; OTC, orthopedic trauma control.

[a] Possible score range for GOSE score is 1 (dead) to 8 (upper good recovery), with a score less than 8 indicating some degree of functional impairment.

[b] Computed only for participants who were working before the injury.

[c] Refers to membership in the named impairment category or higher.

**Table 3. Effect Sizes of mTBI vs OTC Group Differences in GOSE Score Domain Scores[a]**

| Variable | RR (95% CI)[b] | | | |
|---|---|---|---|---|
| | 2 wk | 3 mo | 6 mo | 12 mo |
| Independence | | | | |
| Home | 1.27 (0.81-2.01) | 1.29 (0.43-3.84) | Inestimable | Inestimable |
| Shopping | 1.27 (0.81-1.98) | 7.21 (0.98-53.29) | Inestimable | Inestimable |
| Travel | 1.15 (0.75-1.77) | 2.92 (0.68-12.53) | Inestimable | Inestimable |
| Work[c] | | | | |
| Reduced capacity[d] | 0.88 (0.79-0.98)[e] | 0.75 (0.62-0.92)[e] | 0.88 (0.66-1.18) | 0.97 (0.67-1.42) |
| Noncompetitive/unable to work | 0.80 (0.67-0.95)[e] | 0.64 (0.47-0.89)[e] | 0.53 (0.33-0.86)[e] | 1.58 (0.73-3.42) |
| Social/leisure functioning | | | | |
| A bit less[c] | 0.85 (0.76-0.94)[e] | 0.69 (0.57-0.83)[e] | 0.62 (0.48-0.80)[e] | 0.92 (0.63-1.33) |
| Much less[c] | 0.81 (0.70-0.94)[e] | 0.79 (0.59-1.06) | 1.05 (0.68-1.62) | 1.11 (0.59-2.06) |
| Unable | 0.88 (0.68-1.13) | 0.83 (0.48-1.43) | 7.50 (1.03-54.86)[e] | 0.87 (0.29-2.56) |
| Family disruption | | | | |
| Occasional[c] | 1.35 (1.00-1.80) | 1.20 (0.90-1.59) | 1.48 (1.07-2.04)[e] | 2.87 (1.68-4.91)[e] |
| Frequent[c] | 1.58 (1.08-2.30)[e] | 1.26 (0.88-1.81) | 1.66 (1.09-2.54)[e] | 3.20 (1.60-6.42)[e] |
| Constant | 3.12 (1.35-7.20)[e] | 1.55 (0.73-3.27) | 3.35 (1.04-10.77)[e] | 2.93 (0.71-12.20) |
| Other disabling symptoms | 1.59 (1.37-1.84)[e] | 1.45 (1.21-1.74)[e] | 1.62 (1.32-2.00)[e] | 2.33 (1.68-3.21)[e] |

Abbreviations: GOSE, Glasgow Outcome Scale Extended; mTBI, mild traumatic brain injury; OTC, orthopedic trauma control; RR, risk ratio.

[a] Possible score range for GOSE score is 1 (dead) to 8 (upper good recovery), with a score less than 8 indicating some degree of functional impairment.

[b] Risk ratio 95% CIs estimated per Altman[38]; statistical significance by Fisher exact. Findings with zero in the denominator were inestimable.

[c] Computed only for participants who were students or in the workforce (ie, not homemakers, retired, or disabled) before injury.

[d] Refers to membership in the named impairment category or higher (ie, more impaired).

[e] Significant after correction for multiple comparisons.

ings more commonly report injury-related difficulties in several aspects of daily life even 1 year postinjury. This result is consistent with other findings that complicated (CT+) mTBI represents a more severe brain injury than uncomplicated (CT−) mTBI. However, across other outcome domains at 1 year (eg, self-report of symptoms, cognitive functioning), the CT+ and CT− subgroups were similar. In combination with the high degree of heterogeneity in outcomes, these results appear to support the need to further refine mTBI classification systems beyond current approaches focused on the crude variables of admission GCS score and normal vs abnormal head CT scan. Although we focused on these variables because of their broad clinical use, other pathophysiologic indicators of brain injury may soon inform diagnostic, treatment, and prognostic decisions. Beyond the presence of CT abnormalities, for example, the magnitude and nature of CT abnormalities may be relevant to mTBI classification.[52] Furthermore, a significant percentage of patients who present without evidence of brain injury on head CT scans show signs of in-

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

EXHIBIT C-2

Table 4. Group Differences in Neuropsychological Performance and Self-reported Symptoms at 12 Months Postinjury

| Variable | Mean (95% CI) | | Group Difference, Cohen d (95% CI) |
|---|---|---|---|
| | mTBI | OTC | |
| Memory | | | |
| RAVLT immediate memory[a,b,c] | 49.3 (48.4 to 50.2) | 52.6 (50.9 to 54.4) | −0.25 (−0.43 to −0.07)[d] |
| RAVLT delayed recall[b,c] | 9.6 (9.3 to 9.9) | 10.6 (10.0 to 11.2) | −0.24 (−0.42 to −0.06)[d] |
| Processing speed | | | |
| WAIS-IV PS index[a,e] | 103 (102 to 105) | 104 (101 to 107) | −0.04 (−0.23 to 0.14) |
| Executive functioning | | | |
| Trails A time[a,b,f] | 28.1 (27.0 to 29.2) | 24.1 (22.4 to 25.8) | 0.30 (0.11 to 0.48)[d] |
| Trails B time[a,b,f] | 69.7 (66.6 to 72.8) | 66.0 (59.9 to 72.1) | 0.10 (−0.09 to 0.28) |
| Psychological distress (BSI-18 GSI)[g] | 49.3 (48.5 to 50.1) | 46.9 (45.1 to 48.6) | 0.20 (0.03 to 0.37)[d] |
| Life satisfaction (SWLS)[b,h] | 24.9 (24.4 to 25.5) | 25.7 (24.6 to 26.8) | −0.10 (−0.27 to 0.07) |
| TBI symptoms (RPQ Score)[b,i] | 12.5 (11.5 to 13.6) | 6.0 (4.3 to 7.6) | 0.46 (0.29 to 0.63)[d] |

Abbreviations: BSI-18 GSI, 18-item Brief Symptom Inventory Global Severity Index; mTBI, mild traumatic brain injury; OTC, orthopedic trauma control; PS, processing speed; RAVLT, Rey Auditory Verbal Learning Test; RPQ, Rivermead Post Concussion Symptoms Questionnaire; RR, risk ratio; SWLS, Satisfaction With Life Scale; WAIS-IV, Wechsler Adult Intelligence Scale-fourth edition.

[a] Group comparisons of cognitive functioning (RAVLT, WAIS-IV PS, Trail Making Test variables) included age, sex, and education as covariates.

[b] Raw score.

[c] Possible range for immediate memory, 0 to 80; higher scores indicate better memory; possible range for delayed recall, 0 to 16; higher scores indicate better memory.

[d] Significant after correction for multiple comparisons.

[e] Standard mean (SD) score with general population, 100 (15); higher scores indicate better processing speed.

[f] Part A time, maximum score was 90 seconds in this study, lower score is faster/better; part B time, maximum score was 300 seconds in this study, lower score is faster/better.

[g] Mean (SD) T score normative for the general population, 50 (10); possible range, 36 to 81; higher scores indicate more severe psychiatric symptoms.

[h] Possible range, 5 to 35; higher scores indicate more life satisfaction.

[i] Possible range, 0 to 64; higher scores indicate more symptoms.

tracranial injury on brain magnetic resonance imaging scans, and the findings from these scans predict outcomes.[53,54] In addition, peripheral blood biomarkers of brain injury may inform clinical decision making in the future.[55] These examples highlight the potential for neurobiological discoveries to improve the classification of patients with mTBI and perhaps develop precision medicine treatment approaches. Ongoing studies, such as TRACK-TBI, are collecting the translational data needed to advance this goal in the coming years.

Data presented on the OTC group shed light on the relevance of peripheral injuries outcomes after traumatic injuries. In particular, 38% of the OTCs reported injury-related life difficulties at the 1-year study end point. Most patients with mTBI in this sample had some peripheral injuries. The finding that some life problems were equally prevalent across the mTBI and OTC groups (eg, in work and social functioning at 12 months) may suggest that factors other than brain injury contributed to these types of problems. However, chronic symptoms and cognitive impairments were more prevalent in the patients with mTBI than OTC group, implying some contribution of mTBI toward these outcomes. Within the subsample of admitted patients for whom we could quantify peripheral injury severity, the mTBI CT+ group manifested less-severe peripheral injuries than the mTBI CT– and OTC groups (eTable 1 in the Supplement). This finding might imply that poorer functional outcomes in the mTBI CT+ subgroup may partly reflect the consequences of brain injury as opposed to peripheral trauma. These observations highlight the need for methods that parse the sequelae of brain vs peripheral injuries and underscore the recommendation that clinicians should consider the entirety of individual patients' injuries, histories, and life experiences when treating them after traumatic injuries. For example, in addition to physical injuries, patients with trauma may experience emotional distress and other life stressors after injury that affect their recoveries.[56-60] In addition, premorbid risk and resilience factors appear to contribute to injury response and recovery.[61-65] Although additional work is needed to understand the dynamic process by which diverse factors lead to resilient vs poor outcomes,[61,65] clinicians are encouraged to take a patient-centered treatment approach that addresses patients' symptoms and presenting concerns, regardless of their apparent source.[39]

## Limitations

This study had several limitations. Because we only enrolled patients seen at level I trauma centers who received head CT scans, the findings may not generalize to the broader mTBI population, such as patients who meet criteria for mTBI but are triaged to a lower level of care and those who do not present to EDs.[66] However, the findings can be generalized to a large group of patients seen in acute care settings where CT imaging was clinically indicated to rule out more severe TBI. Although the OTC sample was relatively small at 12 months, groups were well matched at enrollment (except for select injury-related variables, such as the presence of orthopedic injuries, cause of injury, and highest level of care), and appropriate statistical analyses were used to ensure that any group differences at enrollment or possible nonrandom patterns of attrition did not bias results. Despite these efforts, there was significant heterogeneity within both the mTBI and OTC groups in the nature and severity of injuries, alongside limited available methods to quantify brain and peripheral injury severity. Thus, although these data shed some light on the potential contribution of brain and nonbrain injuries to outcomes, more work is needed to better understand how these and other

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

EXHIBIT C-2

Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers

factors (eg, preinjury risk factors, emotional trauma due to injury) affect recovery from traumatic injuries. Our primary outcome may be prone to response bias; however, we observed mTBI-related responses on objective cognitive performance measures, which strengthens our findings. Future work should clarify how variables other than head CT scan status (eg, other biomarkers, preinjury factors, multiple trauma, postinjury social and rehabilitative support) should inform clinical decisions for individual patients.

### Conclusions

In this prospective, observational TRACK-TBI study cohort, patients with mTBI presenting to level I trauma centers commonly report difficulties in aspects of day-to-day functioning to at least 12 months postinjury, especially with TBI-related symptoms and interpersonal functioning, suggesting that this injury is not always benign. These findings contrast with the rapid recovery observed in prospective studies of sport-related concussion,[6,22] and appear to demonstrate that the natural history of mTBI recovery differs across patient populations. Furthermore, patients with mTBI with CT scan evidence of structural brain injury commonly have a higher prevalence of persisting functional limitations in some life areas but a similar degree of persistent symptoms compared with those with normal CT scan findings. The term *mild TBI* misrepresents the immediate and long-term burden of TBI and other cooccurring factors experienced by this patient population.

**ARTICLE INFORMATION**

**Accepted for Publication:** April 5, 2019.

**Published Online:** June 3, 2019.
doi:10.1001/jamaneurol.2019.1313

**Correction:** This article was corrected on October 21, 2019, to fix an error in the byline.

**Author Affiliations:** Medical College of Wisconsin, Milwaukee (Nelson, McCrea); University of Washington, Seattle (Temkin, Dikmen, Barber); Spaulding Rehabilitation Hospital, Harvard Medical School, Boston, Massachusetts (Giacino); Massachusetts General Hospital, Boston (Giacino); University of California, San Francisco (Yuh, Mukherjee, Manley); Baylor College of Medicine, Houston, Texas (Levin); University of California, San Diego, La Jolla (Stein); Veterans Affairs San Diego Healthcare System, San Diego, California (Stein); University of Pittsburgh, Pittsburgh, Pennsylvania (Okonkwo); Department of Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas (Robertson); University of Pennsylvania, Philadelphia (Diaz-Arrastia).

**The TRACK-TBI Investigators:** Opeolu Adeoye, MD; Neeraj Badjatia, MD; Kim Boase, BA; Yelena Bodien, PhD; M. Ross Bullock, MD, PhD; Randall Chesnut, MD; John D. Corrigan, PhD, ABPP; Karen Crawford; ; Ann-Christine Duhaime, MD; Richard Ellenbogen, MD; V. Ramana Feeser, MD; Adam Ferguson, PhD; Brandon Foreman, MD; Raquel Gardner, MD; Etienne Gaudette, PhD; Luis Gonzalez, BA; Shankar Gopinath, MD; Rao Gullapalli, PhD; J Claude Hemphill, MD; Gillian Hotz, PhD; Sonia Jain, PhD; Frederick Korley, MD, PhD; Joel Kramer, PsyD; Natalie Kreitzer, MD; Chris Lindsell, PhD; Joan Machamer, MA; Christopher Madden, MD; Alastair Martin, PhD; Thomas McAllister, MD; Randall Merchant, MD; Florence Noel, PhD; Eva Palacios, PhD; Daniel Perl, MD; Ava Puccio, PhD; Miri Rabinowitz, PhD; Jonathan Rosand, MD, MSc; Angelle Sander, PhD; Gabriela Satris, MSc; David Schnyer, PhD; Seth Seabury, PhD; Mark Sherer, PhD; Sabrina Taylor, PhD; Arthur Toga, PhD; Alex Valadka, MD; Mary J. Vassar, RN, MS; Paul Vespa, MD; Kevin Wang, PhD; John K. Yue, MD; Ross Zafonte, DO.

**Affiliations of The TRACK-TBI Investigators:** Massachusetts General Hospital, Boston (Bodien, Rosand); University of California, San Diego, La Jolla (Jain); Department of Physical Medicine and Rehabilitation, Baylor College of Medicine,

Houston, Texas (Sander); University of Cincinnati, Cincinnati, Ohio (Adeoye, Foreman, Kreitzer); University of Maryland, College Park (Badjatia, Gullapalli); Department of Rehabilitation Medicine, University of Washington, Seattle (Boase, Machamer); University of Miami, Coral Gables, Florida (Bullock, Hotz); Department of Neurological Surgery, University of Washington, Seattle (Chesnut, Ellenbogen); Ohio State University, Columbus (Corrigan); University of Southern California, Los Angeles (, Gaudette, Seabury, Toga); MassGeneral Hospital for Children, Boston, Massachusetts (Duhaime); Department of Emergency Medicine, Virginia Commonwealth University, Richmond (Feeser); Department of Neurological Surgery, University of California, San Francisco (Ferguson, Taylor, Vassar); Department of Neurology, University of California, San Francisco (Gardner, Hemphill, Kramer); TIRR Memorial Hermann, Houston, Texas (Gonzalez, Sherer); Department of Neurosurgery, Baylor College of Medicine, Houston, Texas (Gopinath); Department of Emergency Medicine, University of Michigan Medical School, Ann Arbor (Korley); Department of Biostatistics, Vanderbilt University Medical Center, Nashville, Tennessee (Lindsell); Department of Neurological Surgery, UT Southwestern Medical Center, Dallas, Texas (Madden); Department of Radiology & Biomedical Imaging, University of California, San Francisco (Martin, Palacios); Department of Psychiatry, Indiana University School of Medicine, Indianapolis (McAllister); Department of Anatomy and Neurobiology, Virginia Commonwealth University, Richmond (Merchant); Dan L. Duncan Institute for Clinical and Translational Research, Baylor College of Medicine, Houston, Texas (Noel); Department of Pathology, Uniformed Services University, Bethesda, Maryland (Perl); Department of Neurological Surgery, University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania (Puccio); Department of Neurology, University of Pennsylvania, Philadelphia (Rabinowitz); Brain and Spinal Cord Injury Center, Zuckerberg San Francisco General Hospital and Trauma Center, San Francisco, California (Satris); Department of Psychology, University of Texas at Austin, Austin (Schnyer); Department of Neurosurgery, Virginia Commonwealth University, Richmond (Valadka); Brain and Spinal Cord Injury Center, Zuckerberg San Francisco General Hospital and Trauma Center, San Francisco, California (Vassar, Yue); Department

of Neurology, University of California Los Angeles School of Medicine, Los Angeles (Vespa); Department of Psychiatry, University of Florida, Gainesville (Wang); Department of Physical Medicine and Rehabilitation, Harvard Medical School, Boston, Massachusetts (Zafonte).

**Author Contributions:** Dr Temkin and Mr Barber had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design:* Nelson, Dikmen, Giacino, McCrea, Okonkwo, Diaz-Arrastia, Manley, Adeoye, Bodien, Corrigan, Goldman, Sherer, Valadka, Vespa, Wang, Yue.

*Acquisition, analysis, or interpretation of data:* Nelson, Temkin, Dikmen, Barber, Giacino, Yuh, Levin, McCrea, Stein, Mukherjee, Okonkwo, Diaz-Arrastia, Manley, Adeoye, Badjatia, Boase, Bodien, Bullock, Chesnut, Corrigan, Crawford, Duhaime, Ellenbogen, Feeser, Ferguson, Foreman, Gardner, Gaudette, Gonzalez, Gopinath, Gullapalli, Hemphill, Hotz, Jain, Korley, Kramer, Kreitzer, Lindsell, Machamer, Madden, Martin, McAllister, Merchant, Noel, Palacios, Perl, Puccio, Rabinowitz, Robertson, Rosand, Sander, Satris, Schnyer, Sherer, Taylor, Toga, Vassar, Yue, Zafonte.

*Drafting of the manuscript:* Nelson, McCrea, Okonkwo, Noel, Rabinowitz, Sherer, Taylor, Vassar, Yue.

*Critical revision of the manuscript for important intellectual content:* Temkin, Dikmen, Barber, Giacino, Yuh, Levin, McCrea, Stein, Mukherjee, Okonkwo, Diaz-Arrastia, Manley, Adeoye, Badjatia, Boase, Bodien, Bullock, Chesnut, Corrigan, Crawford, Duhaime, Ellenbogen, Feeser, Ferguson, Foreman, Gardner, Gaudette, Goldman, Gonzalez, Gopinath, Gullapalli, Hemphill, Hotz, Jain, Korley, Kramer, Kreitzer, Lindsell, Machamer, Madden, Martin, McAllister, Merchant, Palacios, Perl, Puccio, Robertson, Rosand, Sander, Satris, Schnyer, Toga, Valadka, Vespa, Wang, Yue, Zafonte.

*Statistical analysis:* Temkin, Barber, McCrea, Okonkwo, Ferguson, Jain, Yue.

*Obtained funding:* Mukherjee, Diaz-Arrastia, Manley, Adeoye, Corrigan, Duhaime, Goldman, Valadka, Wang.

*Administrative, technical, or material support:* Dikmen, McCrea, Mukherjee, Okonkwo, Manley, Adeoye, Bodien, Crawford, Duhaime, Ellenbogen, Ferguson, Foreman, Gonzalez, Gopinath, Gullapalli, Lindsell, Martin, McAllister, Noel, Palacios, Perl, Puccio, Rabinowitz, Robertson, Rosand, Satris, Schnyer, Taylor, Valadka, Vassar.

*Supervision:* Giacino, McCrea, Okonkwo, Diaz-Arrastia, Chesnut, Corrigan, Ellenbogen,

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

Gopinath, Robertson, Sander.

**Conflict of Interest Disclosures:** Dr Nelson reported grants from Department of Defense (DoD) during the conduct of the study; grants from National Institutes of Health (NIH), grants from Medical College of Wisconsin Center for Patient Care and Outcomes Research, grants from Advancing a Healthier Wisconsin, and grants from the DoD outside the submitted work. Dr Temkin reported grants from NIH-National Institute of Neurological Disorders and Stroke (NINDS) during the conduct of the study. Dr Giacino reported grants from the NIH-NINDS during the conduct of the study. Dr Yuh reported grants from the University of California, San Francisco during the conduct of the study; in addition, Dr Yuh had a patent for USPTO No. 62/269,778 pending. Dr McCrea reported grants from the NIH and DoD during the conduct of the study. Dr Stein reported personal fees from Aptinyx, Bionomics, Janssen, and Neurocrine; as well as personal fees and stock options from Oxeia Biopharmaceuticals outside the submitted work. Dr Mukherjee reported grants from GE Healthcare and nonfinancial support from GE-NFL Head Health Initiative outside the submitted work; in addition, Dr Mukherjee had a patent for USPTO No. 62/269,778 pending. Dr Diaz-Arrastia reported personal fees and research funding from Neural Analytics Inc and travel reimbursement from Brain Box Solutions Inc outside the submitted work. Dr Manley reported grants from the NINDS during the conduct of the study; research funding from the US Department of Energy, grants from the DoD, research funding from Abbott Laboratories, grants from the National Football League Scientific Advisory Board, and research funding from One Mind outside the submitted work; in addition, Dr Manley had a patent for Interpretation and Quantification of Emergency Features on Head Computed Tomography issued. He served for 2 seasons as an unaffiliated neurologic consultant for home games of the Oakland Raiders; he was compensated $1500 per game for 6 games during the 2017 season but received no compensation for this work during the 2018 season. Dr Adeoye reported grants from the NIH/NINDS during the conduct of the study. Dr Boase reported grants from TRACK-TBI Grant during the conduct of the study. Dr Bodien reported grants from Spaulding Rehabilitation Hospital during the conduct of the study. Dr Corrigan reported grants from University of California, San Francisco during the conduct of the study. Dr Duhaime reported grants from the NIH during the conduct of the study. Dr Feeser reported grants from Virginia Commonwealth University during the conduct of the study. Drs Merchant and Dr Valadka are Track-TBI investigators at Virginia Commonwealth University. Dr Ferguson reported grants from the NIH/NINDS, the DoD, Veterans Affairs, Craig H. Neilsen Foundation, Wings for Life Foundation, and the Department of Energy during the conduct of the study. Dr Goldman reported grants from the NINDS and USC Schaeffer Center during the conduct of the study; personal fees from Amgen, Avanir Pharmaceuticals, Acadia Pharmaceuticals, Aspen Health Strategy Group, and Celgene outside the submitted work. Dr Gopinath reported grants from the NIH and DoD during the conduct of the study. Dr Kreitzer reported personal fees from Portola outside the submitted work. Dr Lindsell reported grants from the NIH during the conduct of the study. Dr Machamer reported grants

from the NIH during the conduct of the study. Dr Madden reported grants from the NIH Track TBI Study and One Mind for Research during the conduct of the study. Dr McAllister reported grants from UCSF from the NIH and the National Collegiate Athletic Association and the DoD during the conduct of the study. Dr Robertson reported grants from the NIH during the conduct of the study. Dr Rosand reported grants from the NIH during the conduct of the study; personal fees from Boehringer Ingelheim and New Beta Innovations outside the submitted work. Dr Sander reported grants from the NIH during the conduct of the study. Dr Sherer reported receiving partial funding through a grant for this study. Dr Vespa reported grants from the NIH during the conduct of the study. Dr Zafonte received royalties from Oakstone for an educational CD (Physical Medicine and Rehabilitation: a Comprehensive Review) and Demos publishing for serving as coeditor of *Brain Injury Medicine*. Dr Zafonte serves or served on the scientific advisory boards of Myomo, Oxeia Biopharma, Biodirection, and Elminda. He also evaluates patients in the MGH Brain and Body-TRUST Program, which is funded by the National Football League Players Association. Dr Zafonte had served on the Mackey White Committee. No other disclosures were reported.

**Funding/Support:** The study was funded by US NIH-NINDS grant U01 NS1365885, OneMind, NeuroTrauma Sciences LLC, and US DoD TBI Endpoints Development Initiative grant W81XWH-14-2-0176.

**Role of the Funder/Sponsor:** The primary funder of the study (NIH) contributed to the design and conduct of the study. They played no role in collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication

**Disclaimer:** The article contents are solely the responsibility of the authors and do not necessarily represent the official views of the NIH and are not necessarily endorsed by the US Department of Defense or other study sponsors.

**Additional Contributions:** Amy J. Markowitz, JD (Program Manager, TRACK-TBI/TED Traumatic Brain Injury Research Network, University of California, San Francisco), provided editorial services for the manuscript. Compensation was received for these editorial services.

## REFERENCES

1. Taylor CA, Bell JM, Breiding MJ, Xu L. Traumatic brain injury-related emergency department visits, hospitalizations, and deaths—United States, 2007 and 2013. *MMWR Surveill Summ*. 2017;66(9):1-16. doi:10.15585/mmwr.ss6609a1

2. Dikmen SS, Machamer JE, Powell JM, Temkin NR. Outcome 3 to 5 years after moderate to severe traumatic brain injury. *Arch Phys Med Rehabil*. 2003;84(10):1449-1457. doi:10.1016/S0003-9993(03)00287-9

3. Colantonio A, Ratcliff G, Chase S, Kelsey S, Escobar M, Vernich L. Long-term outcomes after moderate to severe traumatic brain injury. *Disabil Rehabil*. 2004;26(5):253-261. doi:10.1080/09638280310001639722

4. Maas AI, Stocchetti N, Bullock R. Moderate and severe traumatic brain injury in adults. *Lancet Neurol*. 2008;7(8):728-741. doi:10.1016/S1474-4422(08)70164-9

5. Nelson LD, LaRoche AA, Pfaller AY, et al. Prospective, head-to-head study of three

computerized neurocognitive assessment tools (CNTs): reliability and validity for the assessment of sport-related concussion. *J Int Neuropsychol Soc*. 2016;22(1):24-37. doi:10.1017/S1355617715001101

6. McCrea M, Guskiewicz KM, Marshall SW, et al. Acute effects and recovery time following concussion in collegiate football players: the NCAA Concussion Study. *JAMA*. 2003;290(19):2556-2563. doi:10.1001/jama.290.19.2556

7. Nelson LD, Furger RE, Ranson J, et al. Acute clinical predictors of symptom recovery in emergency department patients with uncomplicated mild traumatic brain injury (mTBI) or non-mTBI injuries. *J Neurotrauma*. 2018;35(2):249-259. doi:10.1089/neu.2017.4988

8. Rohling ML, Binder LM, Demakis GJ, Larrabee GJ, Ploetz DM, Langhinrichsen-Rohling J. A meta-analysis of neuropsychological outcome after mild traumatic brain injury: re-analyses and reconsiderations of Binder et al. (1997), Frencham et al. (2005), and Pertab et al. (2009). *Clin Neuropsychol*. 2011;25(4):608-623. doi:10.1080/13854046.2011.565076

9. Frencham KA, Fox AM, Maybery MT. Neuropsychological studies of mild traumatic brain injury: a meta-analytic review of research since 1995. *J Clin Exp Neuropsychol*. 2005;27(3):334-351. doi:10.1080/13803390490520328

10. Schretlen DJ, Shapiro AM. A quantitative review of the effects of traumatic brain injury on cognitive functioning. *Int Rev Psychiatry*. 2003;15(4):341-349. doi:10.1080/09540260310001606728

11. Belanger HG, Curtiss G, Demery JA, Lebowitz BK, Vanderploeg RD. Factors moderating neuropsychological outcomes following mild traumatic brain injury: a meta-analysis. *J Int Neuropsychol Soc*. 2005;11(3):215-227. doi:10.1017/S1355617705050277

12. Carroll LJ, Cassidy JD, Cancelliere C, et al. Systematic review of the prognosis after mild traumatic brain injury in adults: cognitive, psychiatric, and mortality outcomes: results of the International Collaboration on Mild Traumatic Brain Injury Prognosis. *Arch Phys Med Rehabil*. 2014;95(3)(suppl):S152-S173. doi:10.1016/j.apmr.2013.08.300

13. Rimel RW, Giordani B, Barth JT, Boll TJ, Jane JA. Disability caused by minor head injury. *Neurosurgery*. 1981;9(3):221-228.

14. Iverson GL. Outcome from mild traumatic brain injury. *Curr Opin Psychiatry*. 2005;18(3):301-317. doi:10.1097/01.yco.0000165601.29047.ae

15. Carroll LJ, Cassidy JD, Peloso PM, et al; WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury. Prognosis for mild traumatic brain injury: results of the WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury. *J Rehabil Med*. 2004;(43)(suppl):84-105. doi:10.1080/16501960410023859

16. Dikmen S, Machamer J, Temkin N. Mild traumatic brain injury: longitudinal study of cognition, functional status, and post-traumatic symptoms. *J Neurotrauma*. 2017;34(8):1524-1530. doi:10.1089/neu.2016.4618

17. Carroll LJ, Cassidy JD, Holm L, Kraus J, Coronado VG; WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury. Methodological issues and research recommendations for mild traumatic brain injury: the WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury. *J Rehabil Med*. 2004;(43)(suppl):113-125. doi:10.1080/16501960410023877

18. Dikmen SS, Corrigan JD, Levin HS, Machamer J, Stiers W, Weisskopf MG. Cognitive outcome following traumatic brain injury. *J Head Trauma Rehabil*. 2009;24(6):430-438. doi:10.1097/HTR.0b013e3181c133e9

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers

Original Investigation Research

**19.** Kristman VL, Borg J, Godbolt AK, et al. Methodological issues and research recommendations for prognosis after mild traumatic brain injury: results of the International Collaboration on Mild Traumatic Brain Injury Prognosis. *Arch Phys Med Rehabil*. 2014;95(3) (suppl):S265-S277. doi:10.1016/j.apmr.2013.04.026

**20.** Committee AMTBI. Definition of mild traumatic brain injury. *J Head Trauma Rehabil*. 1993;8(3):86-87. doi:10.1097/00001199-199309000-00010

**21.** Ponsford J, Cameron P, Fitzgerald M, Grant M, Mikocka-Walus A. Long-term outcomes after uncomplicated mild traumatic brain injury: a comparison with trauma controls. *J Neurotrauma*. 2011;28(6):937-946. doi:10.1089/neu.2010.1516

**22.** Nelson LD, Janecek JK, McCrea MA. Acute clinical recovery from sport-related concussion. *Neuropsychol Rev*. 2013;23(4):285-299. doi:10.1007/s11065-013-9240-7

**23.** Kashluba S, Hanks RA, Casey JE, Millis SR. Neuropsychologic and functional outcome after complicated mild traumatic brain injury. *Arch Phys Med Rehabil*. 2008;89(5):904-911. doi:10.1016/j.apmr.2007.12.029

**24.** Williams DH, Levin HS, Eisenberg HM. Mild head injury classification. *Neurosurgery*. 1990;27(3):422-428. doi:10.1227/00006123-199009000-00014

**25.** Borgaro SR, Prigatano GP, Kwasnica C, Rexer JL. Cognitive and affective sequelae in complicated and uncomplicated mild traumatic brain injury. *Brain Inj*. 2003;17(3):189-198. doi:10.1080/0269905021000013183

**26.** Yue JK, Vassar MJ, Lingsma HF, et al; TRACK-TBI Investigators. Transforming research and clinical knowledge in traumatic brain injury pilot: multicenter implementation of the common data elements for traumatic brain injury. *J Neurotrauma*. 2013;30(22):1831-1844. doi:10.1089/neu.2013.2970

**27.** Maas AI, Harrison-Felix CL, Menon D, et al. Common data elements for traumatic brain injury: recommendations from the interagency working group on demographics and clinical assessment. *Arch Phys Med Rehabil*. 2010;91(11):1641-1649. doi:10.1016/j.apmr.2010.07.232

**28.** Wilde EA, Whiteneck GG, Bogner J, et al. Recommendations for the use of common outcome measures in traumatic brain injury research. *Arch Phys Med Rehabil*. 2010;91(11):1650-1660.e17. doi:10.1016/j.apmr.2010.06.033

**29.** Jennett B, Snoek J, Bond MR, Brooks N. Disability after severe head injury: observations on the use of the Glasgow Outcome Scale. *J Neurol Neurosurg Psychiatry*. 1981;44(4):285-293. doi:10.1136/jnnp.44.4.285

**30.** King NS, Crawford S, Wenden FJ, Moss NE, Wade DT. The Rivermead Post Concussion Symptoms Questionnaire: a measure of symptoms commonly experienced after head injury and its reliability. *J Neurol*. 1995;242(9):587-592. doi:10.1007/BF00868811

**31.** Derogatis LR. *Brief Symptom Inventory 18 (BSI-18): Administration, Scoring, and Procedures Manual*. Bloomington, MN: Pearson; 2001.

**32.** Diener E, Emmons RA, Larsen RJ, Griffin S. The Satisfaction With Life scale. *J Pers Assess*. 1985; 49(1):71-75. doi:10.1207/s15327752jpa4901_13

**33.** Rey A. L'examen psychologique dans les cas d'encephalopathie traumatique. *Arch Psychol*. 1941; 28:215-285.

**34.** Schmidt M. *Rey Auditory Verbal Learning Test: A Handbook*. Los Angeles, CA: Western Psychological Services; 1996.

**35.** Wechsler D. Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV). Bloomington, MN: Pearson; 2008.

**36.** Reitan RM. Trail Making Test results for normal and brain-damaged children. *Percept Mot Skills*. 1971;33(2):575-581. doi:10.2466/pms.1971.33.2.575

**37.** McCaffrey DF, Ridgeway G, Morral AR. Propensity score estimation with boosted regression for evaluating causal effects in observational studies. *Psychol Methods*. 2004;9(4): 403-425. doi:10.1037/1082-989X.9.4.403

**38.** Altman DG. *Practical Statistics for Medical Research*. London, England: Chapman and Hall; 1991.

**39.** Benjamini Y, Hochberg Y. Controlling the false discovery rate: a practical and powerful approach to multiple testing. *J R Stat Soc B*. 1995;57:289-300. Statistical Methodology.

**40.** Ponsford J, Willmott C, Rothwell A, et al. Impact of early intervention on outcome after mild traumatic brain injury in children. *Pediatrics*. 2001; 108(6):1297-1303. doi:10.1542/peds.108.6.1297

**41.** Ponsford J, Willmott C, Rothwell A, et al. Impact of early intervention on outcome following mild head injury in adults. *J Neurol Neurosurg Psychiatry*. 2002;73(3):330-332. doi:10.1136/jnnp.73.3.330

**42.** Alves W, Macciocchi SN, Barth JT. Postconcussive symptoms after uncomplicated mild head injury. *J Head Trauma Rehabil*. 1993;8: 48-59. doi:10.1097/00001199-199309000-00007

**43.** Minderhoud JM, Boelens ME, Huizenga J, Saan RJ. Treatment of minor head injuries. *Clin Neurol Neurosurg*. 1980;82(2):127-140. doi:10.1016/0303-8467(80)90007-4

**44.** Powell JM, Ferraro JV, Dikmen SS, Temkin NR, Bell KR. Accuracy of mild traumatic brain injury diagnosis. *Arch Phys Med Rehabil*. 2008;89(8): 1550-1555. doi:10.1016/j.apmr.2007.12.035

**45.** Bazarian JJ, McClung J, Cheng YT, Flesher W, Schneider SM. Emergency department management of mild traumatic brain injury in the USA. *Emerg Med J*. 2005;22(7):473-477. doi:10.1136/emj.2004.019273

**46.** Seabury SA, Gaudette É, Goldman DP, et al; and the TRACK-TBI Investigators. Assessment and follow-up care after emergency department presentation for mild traumatic brain injury and concussion: results from the TRACK-TBI study. *JAMA Netw Open*. 2018;1(1):e180210. doi:10.1001/jamanetworkopen.2018.0210

**47.** Pampallona S, Bollini P, Tibaldi G, Kupelnick B, Munizza C. Combined pharmacotherapy and psychological treatment for depression: a systematic review. *Arch Gen Psychiatry*. 2004;61 (7):714-719. doi:10.1001/archpsyc.61.7.714

**48.** Palermo TM, Eccleston C, Lewandowski AS, Williams AC, Morley S. Randomized controlled trials of psychological therapies for management of chronic pain in children and adolescents: an updated meta-analytic review. *Pain*. 2010;148(3): 387-397. doi:10.1016/j.pain.2009.10.004

**49.** Comper P, Bisschop SM, Carnide N, Tricco A. A systematic review of treatments for mild traumatic brain injury. *Brain Inj*. 2005;19(11):863-880. doi:10.1080/02699050400025042

**50.** Fann JR, Hart T, Schomer KG. Treatment for depression after traumatic brain injury: a systematic review. *J Neurotrauma*. 2009;26(12):2383-2402. doi:10.1089/neu.2009.1091

**51.** Al Sayegh A, Sandford D, Carson AJ. Psychological approaches to treatment of postconcussion syndrome: a systematic review.

*J Neurol Neurosurg Psychiatry*. 2010;81(10):1128-1134. doi:10.1136/jnnp.2008.170092

**52.** Lobato RD, Cordobes F, Rivas JJ, et al. Outcome from severe head injury related to the type of intracranial lesion. a computerized tomography study. *J Neurosurg*. 1983;59(5):762-774. doi:10.3171/jns.1983.59.5.0762

**53.** Yuh EL, Mukherjee P, Lingsma HF, et al; TRACK-TBI Investigators. Magnetic resonance imaging improves 3-month outcome prediction in mild traumatic brain injury. *Ann Neurol*. 2013;73(2): 224-235. doi:10.1002/ana.23783

**54.** Levin HS, Amparo E, Eisenberg HM, et al. Magnetic resonance imaging and computed tomography in relation to the neurobehavioral sequelae of mild and moderate head injuries. *J Neurosurg*. 2012;116:706-713.

**55.** Wang KK, Yang Z, Zhu T, et al. An update on diagnostic and prognostic biomarkers for traumatic brain injury. *Expert Rev Mol Diagn*. 2018;18(2): 165-180. doi:10.1080/14737159.2018.1428089

**56.** Roden-Foreman K, Solis J, Jones A, et al. Prospective evaluation of posttraumatic stress disorder and depression in orthopaedic injury patients with and without concomitant traumatic brain injury. *J Orthop Trauma*. 2017;31(9):e275-e280. doi:10.1097/BOT.0000000000000884

**57.** deRoon-Cassini TA, Mancini AD, Rusch MD, Bonanno GA. Psychopathology and resilience following traumatic injury: a latent growth mixture model analysis. *Rehabil Psychol*. 2010;55(1):1-11. doi:10.1037/a0018601

**58.** Ruff R. Two decades of advances in understanding of mild traumatic brain injury. *J Head Trauma Rehabil*. 2005;20(1):5-18. doi:10.1097/00001199-200501000-00003

**59.** Bay E, de-Leon MB. Chronic stress and fatigue-related quality of life after mild to moderate traumatic brain injury. *J Head Trauma Rehabil*. 2011; 26(5):355-363. doi:10.1097/HTR.0b013e3181f20146

**60.** Stein MB, Jain S, Giacino JT, et al. Posttraumatic stress disorder and major depression after civilian mild traumatic brain injury: a TRACK-TBI study [published online January 30, 2019]. *JAMA Psychiatry*.

**61.** Nelson LD, Tarima S, LaRoche AA, et al. Preinjury somatization symptoms contribute to clinical recovery after sport-related concussion. *Neurology*. 2016;86(20):1856-1863. doi:10.1212/WNL.0000000000002679

**62.** Broshek DK, De Marco AP, Freeman JR. A review of post-concussion syndrome and psychological factors associated with concussion. *Brain Inj*. 2015;29(2):228-237. doi:10.3109/02699052.2014.974674

**63.** Ponsford J, Willmott C, Rothwell A, et al. Factors influencing outcome following mild traumatic brain injury in adults. *J Int Neuropsychol Soc*. 2000;6(5):568-579. doi:10.1017/S1355617700655066

**64.** Hoffman JM, Dikmen S, Temkin N, Bell KR. Development of posttraumatic stress disorder after mild traumatic brain injury. *Arch Phys Med Rehabil*. 2012;93(2):287-292. doi:10.1016/j.apmr.2011.08.041

**65.** Wood RL. Understanding the 'miserable minority': a diasthesis-stress paradigm for post-concussional syndrome. *Brain Inj*. 2004;18(11): 1135-1153. doi:10.1080/02699050410001675906

**66.** Sosin DM, Sniezek JE, Thurman DJ. Incidence of mild and moderate brain injury in the United States, 1991. *Brain Inj*. 1996;10(1):47-54. doi:10.1080/026990596124719

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 02/09/2023

**EXHIBIT C-2**

# Postconcussive Symptoms Over the First 14 Days After Mild Traumatic Brain Injury: An Experience Sampling Study

Maria Pacella[1], Arjun Prabhu, Julia Morley, Stephanie Huang, Brian Suffoletto

Affiliations expand

- PMID: 28926480

- DOI: 10.1097/HTR.0000000000000335

Abstract

**Objective:** This study examined changes in postconcussive symptoms (PCS) over the acute postinjury recovery period, focusing on how daily PCSs differ between mild traumatic brain injury (mTBI) and other injury types.

**Setting:** An urban emergency department (ED) in Western Pennsylvania.

**Subjects:** A total of 108 adult patients with trauma being discharged from the ED were recruited and grouped by injury type: mild TBI (mTBI; n = 39), head injury without mTBI (HI: n = 16), and non-head-injured trauma controls (TCs: n = 53).

**Main measures:** Subjects completed a baseline assessment and an experience sampling method (ESM) protocol for 14 consecutive days postinjury: outcomes were daily reports of headaches, anxiety, and concentration difficulties.

**Results:** Controlling for confounders, multilevel modeling revealed greater odds of headache and concentration difficulties on day 1 postinjury among the HI and mTBI groups (vs TCs). These odds decreased over time, with greater reductions for the HI and mTBI groups compared with TCs. By day 14, there were no group differences in PCS. In

**EXHIBIT C-3**

addition, only the HI group reported higher initial levels of anxiety and a steeper slope relative to TCs.



# Centers for Disease Control TBI report to Congress, 2015

EXHIBIT C-3

# TBI-related Emergency Department Visits, Hospitalizations, and Deaths (EDHDs)

Key Findings

In 2014, there were approximately 2.87 million TBI-EDHDs in the United States, including over 837,000 occurring among children. This includes:

- Approximately 2.53 million TBI-related ED visits, including over 812,00 occurring among children.
- Approximately 288,000 TBI-related hospitalizations, including over 23,000 occurring among children.
- 56,800 TBI-related deaths, including 2,529 occurring among children.

TBI-EDHD Trends

- The number of total TBI-EDHDs increased by 53% from 2006 (N approximately 1.88 million) to 2014 (N approximately 2.88 million).

**EXHIBIT C-3**



# TBI-related Emergency Department (ED) Visits

Key Findings

- In 2014, there were approximately 2.5 million TBI-related ED visits in the U.S., including over 812,000 among children.
- Unintentional falls, being unintentionally struck by or against an object, and motor vehicle crashes were the most common mechanisms of injury contributing to a TBI diagnosis in the ED. These three principal mechanisms of injury accounted for 47.9%, 17.1%, and 13.2%, respectively, of all TBI-related ED visits.
- Rates of TBI-related ED visits per 100,000 population were highest among older adults aged ≥ 75 years (1,682.0), young children aged 0-4 years (1,618.6), and individuals 15-24 years (1,010.1).

**EXHIBIT C-3**



Rates of TBI-ED Visits, By Mechanism of Injury, 2006-2014

## Data Table

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Motor vehicle crashes | 85.3 | 83.8 | 83.9 | 88.7 | 95.3 | 98.7 | 99.9 |
| Unintentional falls†† | 208.8 | 221.7 | 240.9 | 298.8 | 316.3 | 348.7 | 355.9 |
| Unintentionally struck by or against an object | 90.8 | 90.6 | 95.8 | 123.9 | 127.0 | 138.8 | 149.8 |
| Other unintentional injury, mechanism unspecified‡‡ | 40.4 | 42.7 | 43.1 | 49.5 | 50.5 | 53.4 | 55.4 |
| Intentional self-harm | 0.5 | 0.4 | 0.5 | 0.6 | 0.6 | 0.7 | 0.7 |
| Assault | 57.6 | 56.8 | 60.3 | 64.6 | 68.7 | 68.9 | 69.9 |
| Other or no mechanism specified§§ | 38.2 | 37.7 | 35.3 | 44.2 | 41.1 | 47.1 | 40.9 |
| Total | 521.6 | 533.8 | 559.8 | 670.2 | 699.5 | 756.3 | 771.9 |

Source: Healthcare Cost and Utilization Project's (HCUP) Nationwide Emergency Department Sample. †Age-adjusted to the 2000 U.S. standard population. ††Includes falls of undetermined intent to maintain consistency with past data releases. ‡‡E-codes specify that the injury was unintentional but do not specify the actual mechanism of

**EXHIBIT C-3**

injury. ⁶⁶Includes TBIs in which the intent was not determined as well as those due to legal intervention or war. Includes TBIs in which no mechanism was specified in the record. Does not include falls of undetermined intent.

Centers for Disease Control

2015 TBI Report to Congress

Review

J Head Trauma Rehabil

- 
- 
- 

. Mar-Apr 2010;25(2):72-80.

 doi: 10.1097/HTR.0b013e3181ccc8b4.

MMWR Morb Mortal Wkly Rep

- 
- 
- 

. 2007 Mar 2;56(8):167-70.

# Rates of Hospitalization Related to Traumatic Brain Injury--Nine States, 2003

Centers for Disease Control and Prevention (CDC)

- PMID: 17332728

**Free article**

EXHIBIT C-3

## Abstract

Traumatic brain injury (TBI) is a major cause of morbidity and mortality in the United States. Each year, on average, TBIs are associated with an estimated 1.1 million emergency department visits, 235,000 hospitalizations, and 50,000 deaths in the United States. For 2002, the overall rate of TBI-related hospitalization reported by the 12 states in the CDC TBI surveillance system was 79.0 per 100,000 population; across these states, however, the rates varied substantially (from 50.6 in Nebraska to 96.9 in Arizona). To update results from the CDC TBI surveillance system, CDC analyzed data from 2003, the most recent year for which data were available. This report summarizes the results of that analysis, which indicated that an estimated 28,819 persons (87.9 per 100,000 population) were hospitalized with a TBI-related diagnosis in the nine states that reported data for 2003. For all age groups combined, rates were higher among males. Age-specific rates were highest among persons aged >/=75 years. Unintentional motor-vehicle-traffic incidents (MV-T) and unintentional falls were the two leading causes associated with TBI-related hospitalization. The findings underscore the need for states to continue monitoring the occurrence, external causes, and risk factors for TBI and to design and implement more effective injury-prevention programs.

BMJ Open

-
-
-

. 2017 Dec 15;7(12):e017735.

doi: 10.1136/bmjopen-2017-017735.

# Use of General Practice Before and After Mild Traumatic Brain Injury: A Nationwide Population-Based Cohort Study in Denmark

Stine Fjendbo Galili [1], Bodil Hammer Bech [2], Claus Vestergaard [1], Morten Fenger-Gron [1], Jakob Christensen [3], Mogens Vestergaard [1], Jette Ahrensberg [4]

Affiliations expand

- PMID: 29248884

EXHIBIT C-3

- PMCID: PMC5778290


- DOI: 10.1136/bmjopen-2017-017735

Free PMC article

## Abstract

**Objectives:** Traumatic brain injury (TBI) is commonly seen in the emergency department (ED). Approximately 85%-90% of TBIs are mild (mTBI). Some cause symptoms such as headache, dizziness, anxiety, blurred vision, insomnia and concentration difficulties, collectively known as postconcussion syndrome (PCS). Some studies suggest that recovery from mTBI is complete. Others find that symptoms persist for months, even years. The aim of this study was to describe the use of general practice, before and after mTBI, as a proxy for symptoms in a large cohort.

**Design:** Nationwide population-based matched cohort study.

**Setting:** Danish EDs and general practice.

**Participants:** All patients (aged ≥18 years), first-time diagnosed with mTBI in a Danish ED between 1 January 1998 and 31 December 2010 (n=93 517). Ten reference persons per patient with mTBI were randomly matched on gender, age and general practice (n=935 170).

**Primary outcome:** Overall use of general practice; consultations relating to mental and physical health.

**Results:** We found higher use of general practice during the first year after mTBI for all ages, both genders and all types of contacts. Age 18-40 years: women, incidence rate ratio (IRR) 1.59 (95% CI 1.57 to 1.61); men, IRR 1.82 (95% CI 1.80 to 1.85). Age 41-65 years: women, IRR 1.75 (95% CI 1.72 to 1.78); men, IRR 1.85(95% CI 1.82 to 1.89). Age 66+ years: women, IRR 1.55 (95% CI 1.52 to 1.58); men, IRR 1.55 (95% CI 1.51 to 1.59). After the first year, the use decreased to the level before mTBI. Individuals with mTBI and higher use of general practice before mTBI had lower socioeconomic status and more comorbidities (P<0.001).

**Conclusions:** The use of general practice was higher in the first year after mTBI, specifically in the first 3 months. Patients with mTBI had different healthcare-seeking behaviour several years before diagnosis than their matched reference persons. Pretraumatic morbidity should be considered in the evaluation of PCS.

**EXHIBIT C-3**

**Conclusion:** Patients with HI, regardless of whether they meet the American Congress of Rehabilitation Medicines definition of mTBI, have higher odds of typical PCS immediately postinjury, but faster rates of recovery than TCs. ESM can improve understanding the dynamic nature of postinjury PCS.

Neuropsychology
. 2012 May;26(3):304-13.
 doi: 10.1037/a0027888. Epub 2012 Apr 2.

# Predictors of Postconcussive Symptoms 3 Months After Mild Traumatic Brain Injury

Jennie Ponsford[1], Peter Cameron, Mark Fitzgerald, Michele Grant, Antonina Mikocka-Walus, Michael Schönberger

## Abstract

**Objective:** There is continuing controversy regarding predictors of poor outcome following mild traumatic brain injury (mTBI). This study aimed to prospectively examine the influence of preinjury factors, injury-related factors, and postinjury factors on outcome following mTBI.

**Method:** Participants were 123 patients with mTBI and 100 trauma patient controls recruited and assessed in the emergency department and followed up 1 week and 3 months postinjury. Outcome was measured in terms of reported postconcussional symptoms.

Measures included the ImPACT Post-Concussion Symptom Scale and cognitive concussion battery, including Attention, Verbal and Visual memory, Processing Speed and Reaction Time modules, pre- and postinjury SF-36 and MINI Psychiatric status ratings, VAS Pain Inventory, Hospital Anxiety and Depression Scale, PTSD Checklist-Specific, and Revised Social Readjustment Scale.

**EXHIBIT C-3**

**Results:** Presence of mTBI predicted postconcussional symptoms 1 week postinjury, along with being female and premorbid psychiatric history, with elevated HADS anxiety a concurrent indicator.

However, at 3 months, preinjury physical or psychiatric problems but not mTBI most strongly predicted continuing symptoms, with concurrent indicators including HADS anxiety, PTSD symptoms, other life stressors and pain. HADS anxiety and age predicted 3-month PCS in the mTBI group, whereas PTSD symptoms and other life stressors were most significant for the controls. Cognitive measures were not predictive of PCS at 1 week or 3 months.

**Conclusions:** Given the evident influence of both premorbid and concurrent psychiatric problems, especially anxiety, on postinjury symptoms, managing the anxiety response in vulnerable individuals with mTBI may be important to minimize ongoing sequelae.

-

- 
- 
- 

. 2014;28(10):1277-82.

doi: 10.3109/02699052.2014.915988. Epub 2014 May 27.

# Method of Symptom Assessment Influences Cognitive, Affective and Somatic Post-Concussion-Like Symptom Base Rates

Shannon L Edmed[1], Karen A Sullivan

Affiliations expand

- PMID: 24865110


- DOI: 10.3109/02699052.2014.915988

EXHIBIT C-3

## Abstract

**Primary objective:** To investigate whether assessment method influences the type of post-concussion-like symptoms.

**Methods and procedures:** Participants were 73 Australian undergraduate students (Mage = 24.14, SD = 8.84; 75.3% female) with no history of mild traumatic brain injury (mTBI). Participants reported symptoms experienced over the previous 2 weeks in response to an open-ended question (free report), mock interview and standardized checklist (British Columbia Post-concussion Symptom Inventory; BC-PSI).

**Main outcomes and results:** In the free report and checklist conditions, cognitive symptoms were reported significantly less frequently than affective (free report: $p <$ 0.001; checklist: $p < 0.001$) or somatic symptoms (free report: $p < 0.001$; checklist: $p = $ 0.004). However, in the mock structured interview condition, cognitive and somatic symptoms were reported significantly less frequently than affective symptoms (both $p < $ 0.001). No participants reported at least one symptom from all three domains when assessed by free report, whereas most participants did so when symptoms were assessed by a mock structured interview (75%) or checklist (90%).

**Conclusions:** Previous studies have shown that the method used to assess symptoms affects the number reported. This study shows that the assessment method also affects the type of reported symptoms.

J Clin Exp Neuropsychol

-
-
-

. 2015;37(6):641-52.

doi: 10.1080/13803395.2015.1038984. Epub 2015 May 26.

# Assessment Method Influences the Severity and Type of Symptoms Reported After Self-Reported Mild Traumatic Brain Injury

Shannon L Edmed[1], Karen A Sullivan, Alicia C Allan, Simon S Smith

Affiliations expand

**EXHIBIT C-3**

- PMID: 26011761

- DOI: 10.1080/13803395.2015.1038984

Abstract

**Objective:** To investigate the influence of assessment method (spontaneous report versus checklist) on the report of postconcussive syndrome (PCS) symptoms after mild traumatic brain injury (mTBI).

**Setting:** Community.

**Participants:** Thirty-six participants (58% female) with postacute self-reported mTBI (i.e., sustained 1-6 months prior to participation) and 36 age-, gender-, and ethnicity-matched controls with no history of mTBI.

**Design:** Cross-sectional.

**Main measures:** Spontaneous symptom report from open-ended questions and checklist endorsed symptoms from the Neurobehavioral Symptom Inventory (both measures administered online).

**Results:** Assessment method significantly affected individual symptom item frequencies (small to large effects), the number of symptoms reported, the total severity score, domain severity scores (i.e., somatic/sensory, cognitive, and affective symptom domains), and the number of participants who met a PCS caseness criterion (large effects; checklist > spontaneous report). The types of symptoms that were different between the groups differed for the assessment methods: Compared to controls, the nonclinical mTBI group spontaneously reported significantly greater somatic/sensory and cognitive domain severity scores, whilst no domain severity scores differed between groups when endorsed on a checklist.

**Conclusions:** Assessment method can alter the number, severity, and types of symptoms reported by individuals who have sustained an mTBI and could potentially influence clinical decisions.

Appl Neuropsychol Adult

-
-
-

**EXHIBIT C-3**

. 2012;19(3):164-70.

doi: 10.1080/09084282.2011.643961. Epub 2012 May 22.

# Base Rates of Postconcussion Syndrome by Method of Symptom Report

Shannon L Edmed[1], Karen A Sullivan

Affiliations expand

- PMID: 23373602


- DOI: 10.1080/09084282.2011.643961

## Abstract

This study compared the base rate of postconcussion syndrome (PCS) symptoms using three different assessment methods in a nonclinical sample. Seventy-three university students with no history of brain injury or neurological disease reported symptoms experienced during the previous 2 weeks in response to an open-ended question, a structured interview (simulated), and the British Columbia Postconcussion Symptom Inventory (BC-PSI). Statistically significant differences (all p < .001, d = 1.80-3.93, large effect sizes) were found between the number of symptoms reported on all assessment methods, such that participants reported the most PCS symptoms on the BC-PSI (M = 9.45, SD = 2.52), followed by the structured interview (M = 5.58, SD = 2.02), and the open-ended question (M = 1.86, SD = 1.00). Further, 100%, 92.1%, and 25.4% of the sample reported three or more ICD-10 Category C PCS symptoms on the BC-PSI, structured interview, and open-ended question, respectively. Findings suggest that method of assessment influences PCS base rates, such that symptom elicitation decreases relative to the reduction in prompting associated with each assessment method. Therefore, different diagnostic conclusions may be drawn depending on method of assessment used. Clinicians need to consider how their chosen assessment method may be influencing the symptoms reported by their patients

--

EXHIBIT C-3

J Neurotrauma

- 
- 
- 

. 2020 Mar 12;37(13):1504-1511.

doi: 10.1089/neu.2019.6805. Online ahead of print.

# Comparison of Methods for Classifying Persistent Post-Concussive Symptoms in Children

Andrew R Mayer[1][2][3][4], David D Stephenson[1], Andrew B Dodd[1], Cidney R Robertson-Benta[1], Sharvani Pabbathi Reddy[1], Nicholas A Shaff[1], Keith Owen Yeates[5][6][7], Harm J van der Horn[1][8], Christopher J Wertz[1], Grace Park[9], Scott J Oglesbee[9], Edward J Bedrick[10], Richard A Campbell[2], John P Phillips[1][4], Davin K Quinn[2]

Affiliations expand

- PMID: 31964232

- PMCID: PMC7307699 (available on 2021-07-01)

- DOI: 10.1089/neu.2019.6805

**Free PMC article**

## Abstract

Pediatric mild traumatic brain injury (pmTBI) has received increased public scrutiny over the past decade, especially regarding children who experience persistent post-concussive symptoms (PPCS). However, several methods for defining PPCS exist in clinical and scientific literature, and even healthy children frequently exhibit non-specific, concussive-like symptoms. Inter-method agreement (six PPCS methods), observed misclassification rates, and other psychometric properties were examined in large cohorts of consecutively recruited adolescent patients with pmTBI ($n$ = 162) 1 week and 4 months post-injury and in age/sex-matched healthy controls (HC; $n$ = 117) at equivalent time intervals. Six published PPCS methods were stratified into Simple

**EXHIBIT C-3**

Change (e.g., *International Statistical Classification of Diseases and Related Health Problems*, 10th revision [ICD-10]) and Standardized Change (e.g., reliable change indices) algorithms. Among HC, test-retest reliability was fair to good across the 4-month assessment window, with evidence of bias (i.e., higher symptom ratings) during retrospective relative to other assessments. Misclassification rates among HC were higher (>30%) for Simple Change algorithms, with poor inter-rater reliability of symptom burden across HC and their parents. A 49% spread existed in terms of the proportion of pmTBI patients "diagnosed" with PPCS at 4 months, with superior inter-method agreement among standardized change algorithms. In conclusion, the self-reporting of symptom burden is only modestly reliable in typically developing adolescents over a 4-month period, with additional evidence for systematic bias in both adolescent and parental ratings. Significant variation existed for identifying pmTBI patients who had "recovered" (i.e., those who did not meet individual criteria for PPCS) from concussion across the six definitions, representing a considerable challenge for estimating the true incidence rate of PPCS in published literature. Although relatively straightforward to obtain, current findings question the utility of the most commonly used Simple Change scores for diagnosis of PPCS in clinical settings.

**Keywords:** pediatric mild traumatic brain injury; persistent post-concussive symptoms.

## Conflict of interest statement

No competing financial interests exist.

Review

Am Fam Physician

- 
- 
- 

. 2012 Dec 1;86(11):1045-51.

# Subacute to Chronic Mild Traumatic Brain Injury

Timothy F Mott [1], Michael L McConnon, Brian P Rieger

Affiliations expand

- PMID: 23198672

EXHIBIT C-3

**Free article**

## Abstract

Although a universally accepted definition is lacking, mild traumatic brain injury and concussion are classified by transient loss of consciousness, amnesia, altered mental status, a Glasgow Coma Score of 13 to 15, and focal neurologic deficits following an acute closed head injury. Most patients recover quickly, with a predictable clinical course of recovery within the first one to two weeks following traumatic brain injury. Persistent physical, cognitive, or behavioral postconcussive symptoms may be noted in 5 to 20 percent of persons who have mild traumatic brain injury. Physical symptoms include headaches, dizziness, and nausea, and changes in coordination, balance, appetite, sleep, vision, and hearing. Cognitive and behavioral symptoms include fatigue, anxiety, depression, and irritability, and problems with memory, concentration and decision making. Women, older adults, less educated persons, and those with a previous mental health diagnosis are more likely to have persistent symptoms. The diagnostic workup for subacute to chronic mild traumatic brain injury focuses on the history and physical examination, with continuing observation for the development of red flags such as the progression of physical, cognitive, and behavioral symptoms, seizure, progressive vomiting, and altered mental status. Early patient and family education should include information on diagnosis and prognosis, symptoms, and further injury prevention. Symptom-specific treatment, gradual return to activity, and multidisciplinary coordination of care lead to the best outcomes. Psychiatric and medical comorbidities, psychosocial issues, and legal or compensatory incentives should be explored in patients resistant to treatment.

Comparative Study

J Head Trauma Rehabil

- 
- 
- 

. Sep-Oct 2013;28(5):397-405.

doi: 10.1097/HTR.0b013e318252dd75.

# Neurogenic and Psychogenic Acute Postconcussion Symptoms Can Be

EXHIBIT C-3

# Identified After Mild Traumatic Brain Injury

Luke T A Mounce[1], W Huw Williams, Janelle M Jones, Adrian Harris, S Alexander Haslam, Jolanda Jetten

Affiliations expand

- PMID: 22691962

- DOI: 10.1097/HTR.0b013e318252dd75

Abstract

**Objectives:** As provenance of postconcussion symptoms after mild traumatic brain injury (mTBI) is controversial, with similar rates found in other populations, we aimed to identify postconcussion symptoms specific to mTBI compared with controls. We also compared differences between complicated and uncomplicated mTBIs.

**Setting:** Hospital emergency department.

**Participants:** Adult individuals (34 individuals with complicated mTBI, 76 individuals with uncomplicated mTBI, and 47 orthopedic controls) who sought care in the emergency department and were consecutively recruited by post at 2 weeks postinjury.

**Main measures:** Rivermead Postconcussion Symptom Questionnaire. Preinjury factors were used as covariates.

**Results:** Compared with orthopedic controls, complicated mTBI group reported greater severity of headaches, dizziness, and nausea, as well as concentration difficulties, suggesting that these are neurogenic. Severity of other symptoms measured on the Rivermead Postconcussion Symptom Questionnaire was not significantly different between these groups, suggesting that these are psychogenic. Differences were evident between the 2 mTBI samples on the items of dizziness, nausea, fatigue, sleep disturbance, and concentration difficulties.

**Conclusions:** Neurogenic and psychogenic postconcussion symptoms were identified at the acute-phase postinjury. Findings suggest that treating persons with mTBI as a homogenous sample is not prudent. This should inform prognostic models and follow-up support offered after leaving the emergency department.

**EXHIBIT C-3**

## Similar articles

Meta-Analysis

J Int Neuropsychol Soc

- 
- 
- 

. 2005 May;11(3):215-27.

 doi: 10.1017/S1355617705050277.

# Factors Moderating Neuropsychological Outcomes Following Mild Traumatic Brain Injury: A Meta-Analysis

[Heather G Belanger](#)[1], [Glenn Curtiss](#), [Jason A Demery](#), [Brian K Lebowitz](#), [Rodney D Vanderploeg](#)

Affiliations expand

- PMID: 15892898


- DOI: [10.1017/S1355617705050277](#)

## Abstract

There continues to be debate about the long-term neuropsychological impact of mild traumatic brain injury (MTBI). A meta-analysis of the relevant literature was conducted to determine the impact of MTBI across nine cognitive domains. The analysis was based on **39 studies** involving 1463 cases of MTBI and 1191 control cases. The overall effect of MTBI on neuropsychological functioning was moderate ($d = .54$). However, findings were moderated by cognitive domain, time since injury, patient characteristics, and sampling methods. Acute effects (less than 3 months postinjury) of MTBI were greatest for delayed memory and fluency ($d = 1.03$ and $.89$, respectively). In unselected or prospective samples, the overall analysis revealed no residual neuropsychological impairment by 3 months postinjury ($d = .04$). In contrast, clinic-based samples and samples including participants in litigation were associated with greater cognitive

**EXHIBIT C-3**

sequelae of MTBI (d = .74 and .78, respectively at 3 months or greater). Indeed, litigation was associated with stable or worsening of cognitive functioning over time. The implications and limitations of these findings are discussed.

--------------------------------

Pain Res Manag

* 
* 
* 

. 2016;2016:2825856.

doi: 10.1155/2016/2825856. Epub 2016 Mar 2.

# Pain Catastrophizing Correlates With Early Mild Traumatic Brain Injury Outcome

Geneviève Chaput [1], Susanne P Lajoie [2], Laura M Naismith [3], Gilles Lavigne [4]

Affiliations expand

* PMID: 27445604


* PMCID: PMC4904604


* DOI: 10.1155/2016/2825856

**Free PMC article**

## Abstract

Background. Identifying which patients are most likely to be at risk of chronic pain and other postconcussion symptoms following mild traumatic brain injury (MTBI) is a difficult clinical challenge. Objectives. To examine the relationship between pain catastrophizing, defined as the exaggerated negative appraisal of a pain experience, and early MTBI outcome. Methods. This cross-sectional design included 58 patients diagnosed with a MTBI. In addition to medical chart review, postconcussion symptoms were assessed by self-report at 1 month (Time 1) and 8 weeks (Time 2) after MTBI. Pain

**EXHIBIT C-3**

severity, psychological distress, level of functionality, and pain catastrophizing were measured by self-report at Time 2. Results. ==The pain catastrophizing subscales of rumination, magnification, and helplessness were significantly correlated with pain severity (r = .31 to .44), number of postconcussion symptoms reported (r = .35 to .45), psychological distress (r = .57 to .67), and level of functionality== (r = -.43 to -.29). Pain catastrophizing scores were significantly higher for patients deemed to be at high risk of postconcussion syndrome (6 or more symptoms reported at both Time 1 and Time 2). Conclusions. Higher levels of pain catastrophizing were related to adverse early MTBI outcomes. The early detection of pain catastrophizing may facilitate goal-oriented interventions to prevent or minimize the development of chronic pain and other postconcussion symptoms.

## Similar articles

Brain Inj

- 
- 
- 

. 2017;31(12):1597-1604.

doi: 10.1080/02699052.2017.1366551. Epub 2017 Oct 5.

# Does the Fear Avoidance Model Explain Persistent Symptoms After Traumatic Brain Injury?

Melloney L M Wijenberg[1][2], Sven Z Stapert[1][3], Jeanine A Verbunt[4], Jennie L Ponsford[5][6], Caroline M Van Heugten[1][2][7]

Affiliations expand

- PMID: 28980825


- DOI: 10.1080/02699052.2017.1366551

## Abstract

**Background:** A minority of patients with mild traumatic brain injury (mTBI) experience a persistent symptom complex also known as post-concussion syndrome. Explanations for this syndrome are still lacking.

**EXHIBIT C-3**

**Objective:** To investigate if the fear avoidance model, including catastrophizing thoughts and fear avoidance behaviour, poses a possible biopsychosocial explanation for lingering symptoms and delay in recovery after traumatic brain injury (TBI) with special focus on mTBI.

**Design:** Cross-sectional study.

**Participants:** 48 patients with TBI, of which 31 patients with mTBI, had persistent symptoms (mean time since injury 48.2 months); 92% of the entire sample fulfilled the criteria for post-concussion syndrome.

**Outcome variables:** catastrophizing, fear-avoidance, depression and post-concussion symptoms.

**Results:** High levels of catastrophizing were found in 10% and high levels of fear avoidance behaviour were found in 35%. Catastrophizing, fear avoidance behaviour, depressive symptoms and post-concussion symptoms correlated significantly with each other ($p < 0.05$).

**Conclusion:** The fear-avoidance model proposes a possible explanation for persistent symptoms. Validation and normative data are needed for suitable measures of catastrophizing and fear avoidance of post-concussion symptoms after TBI. Longitudinal prospective cohort studies are needed to establish its causal and explanatory nature.

**Keywords:** Catastrophizing; Traumatic brain injury; chronic phase; fear avoidance behaviour; persistent symptoms; post concussional syndrome.

Front Neurol

- 
- 
- 

. 2017 Apr 10;8:125.

doi: 10.3389/fneur.2017.00125. eCollection 2017.

# Predicting Outcome 12 Months After Mild Traumatic Brain Injury in Patients Admitted to a Neurosurgery Service

EXHIBIT C-3

Torgeir Hellstrøm [1][2], Tobias Kaufmann [3], Nada Andelic [1][4], Helene L Soberg [1], Solrun Sigurdardottir [5], Eirik Helseth [2][6], Ole A Andreassen [3], Lars T Westlye [3][7]

Affiliations expand

- PMID: 28443058


- PMCID: PMC5385465


- DOI: 10.3389/fneur.2017.00125

**Free PMC article**

Abstract

**Objective:** Accurate outcome prediction models for patients with mild traumatic brain injury (MTBI) are key for prognostic assessment and clinical decision-making. Using multivariate machine learning, we tested the unique and added predictive value of (1) magnetic resonance imaging (MRI)-based brain morphometric and volumetric characterization at 4-week postinjury and (2) demographic, preinjury, injury-related, and postinjury variables on 12-month outcomes, including global functioning level, postconcussion symptoms, and mental health in patients with MTBI.

**Methods:** A prospective, cohort study of patients ($n$ = 147) aged 16-65 years with a 12-month follow-up. T1-weighted 3 T MRI data were processed in FreeSurfer, yielding accurate cortical reconstructions for surface-based analyses of cortical thickness, area, and volume, and brain segmentation for subcortical and global brain volumes. The 12-month outcome was defined as a composite score using a principal component analysis including the Glasgow Outcome Scale Extended, Rivermead Postconcussion Questionnaire, and Patient Health Questionnaire-9. Using leave-one-out cross-validation and permutation testing, we tested and compared three prediction models: (1) MRI model, (2) clinical model, and (3) MRI and clinical combined.

**Results:** We found a strong correlation between observed and predicted outcomes for the clinical model ($r$ = 0.55, $p$ < 0.001). The MRI model performed at the chance level ($r$ = 0.03, $p$ = 0.80) and the combined model ($r$ = 0.45, $p$ < 0.002) were slightly weaker than the clinical model. Univariate correlation analyses revealed the strongest association with outcome for postinjury factors of posttraumatic stress (Posttraumatic Symptom Scale-10, $r$ = 0.61), psychological distress (Hospital Anxiety and Depression Scale, $r$ = 0.52), and widespread pain ($r$ = 0.43) assessed at 8 weeks.

**EXHIBIT C-3**

**Conclusion:** We found no added predictive value of MRI-based measures of brain cortical morphometry and subcortical volumes over and above demographic and clinical features.

**Keywords:** cortical thickness; outcome; prediction; traumatic brain injury; volumetric analysis.

## Figures

--------------------Neuropsychology

- 
- 
- 

. 2012 May;26(3):304-13.

 doi: 10.1037/a0027888. Epub 2012 Apr 2.

# Predictors of Postconcussive Symptoms 3 Months After Mild Traumatic Brain Injury

Jennie Ponsford[1], Peter Cameron, Mark Fitzgerald, Michele Grant, Antonina Mikocka-Walus, Michael Schönberger

Affiliations expand

- PMID: 22468823

- DOI: 10.1037/a0027888

Abstract

**Objective:** There is continuing controversy regarding predictors of poor outcome following mild traumatic brain injury (mTBI). This study aimed to prospectively examine the influence of preinjury factors, injury-related factors, and postinjury factors on outcome following mTBI.

**Method:** Participants were 123 patients with mTBI and 100 trauma patient controls recruited and assessed in the emergency department and followed up 1 week and 3

**EXHIBIT C-3**

months postinjury. Outcome was measured in terms of reported postconcussional symptoms. Measures included the ImPACT Post-Concussional Symptom Scale and cognitive concussion battery, including Attention, Verbal and Visual memory, Processing Speed and Reaction Time modules, pre- and postinjury SF-36 and MINI Psychiatric status ratings, VAS Pain Inventory, Hospital Anxiety and Depression Scale, PTSD Checklist-Specific, and Revised Social Readjustment Scale.

**Results:** Presence of mTBI predicted postconcussional symptoms 1 week postinjury, along with being female and premorbid psychiatric history, with elevated HADS anxiety a concurrent indicator. However, at 3 months, preinjury physical or psychiatric problems but not mTBI most strongly predicted continuing symptoms, with concurrent indicators including HADS anxiety, PTSD symptoms, other life stressors and pain. HADS anxiety and age predicted 3-month PCS in the mTBI group, whereas PTSD symptoms and other life stressors were most significant for the controls. Cognitive measures were not predictive of PCS at 1 week or 3 months.

**Conclusions:** Given the evident influence of both premorbid and concurrent psychiatric problems, especially anxiety, on postinjury symptoms, managing the anxiety response in vulnerable individuals with mTBI may be important to minimize ongoing sequelae.

Similar articles

Clinical Trial

. 2005 Jun 4-10;365(9475):1957-9.

doi: 10.1016/S0140-6736(05)66552-X.

# Predicting Outcome After Traumatic Brain Injury: Development and International Validation of Prognostic Scores Based on Admission Characteristics

EXHIBIT C-3

Ewout W Steyerberg [1], Nino Mushkudiani, Pablo Perel, Isabella Butcher, Juan Lu, Gillian S McHugh, Gordon D Murray, Anthony Marmarou, Ian Roberts, J Dik F Habbema, Andrew I R Maas

Affiliations expand

- PMID: 18684008

- PMCID: PMC2494563

- DOI: 10.1371/journal.pmed.0050165

Free PMC article

## Abstract

**Background:** Traumatic brain injury (TBI) is a leading cause of death and disability. A reliable prediction of outcome on admission is of great clinical relevance. We aimed to develop prognostic models with readily available traditional and novel predictors.

**Methods and findings:** Prospectively collected individual patient data were analyzed from 11 studies. We considered predictors available at admission in logistic regression models to predict mortality and unfavorable outcome according to the Glasgow Outcome Scale at 6 mo after injury. Prognostic models were developed in 8,509 patients with severe or moderate TBI, with cross-validation by omission of each of the 11 studies in turn. External validation was on 6,681 patients from the recent Medical Research Council Corticosteroid Randomisation after Significant Head Injury (MRC CRASH) trial. We found that the strongest predictors of outcome were age, motor score, pupillary reactivity, and CT characteristics, including the presence of traumatic subarachnoid hemorrhage. A prognostic model that combined age, motor score, and pupillary reactivity had an area under the receiver operating characteristic curve (AUC) between 0.66 and 0.84 at cross-validation. This performance could be improved (AUC increased by approximately 0.05) by considering CT characteristics, secondary insults (hypotension and hypoxia), and laboratory parameters (glucose and hemoglobin). External validation confirmed that the discriminative ability of the model was adequate (AUC 0.80). Outcomes were systematically worse than predicted, but less so in 1,588 patients who were from high-income countries in the CRASH trial.

**Conclusions:** Prognostic models using baseline characteristics provide adequate discrimination between patients with good and poor 6 mo outcomes after TBI, especially if CT and laboratory findings are considered in addition to traditional predictors. The

**EXHIBIT C-3**

model predictions may support clinical practice and research, including the design and analysis of randomized controlled trials.

- Largest Head Injury Study ever done explicitly EXCLUDES anyone with GCS of 15 (normal):

# Final Results of MRC CRASH, a Randomised Placebo-Controlled Trial of Intravenous Corticosteroid in Adults With Head Injury-Outcomes at 6 Months

Phil Edwards, Miguel Arango, Laura Balica, Rowland Cottingham, Hesham El-Sayed, Barbara Farrell, Janice Fernandes, Tamar Gogichaisvili, Nyoman Golden, Bennie Hartzenberg, Mazhar Husain, Mario Izrieta Ulloa, Zouheir Jerbi, Hussein Khamis, Edward Komolafe, Véronique Laloë, Gabrielle Lomas, Silke Ludwig, Guy Mazairac, Maria de los Angeles Muñoz Sanchéz, Luis Nasi, Fatos Olldashi, Patrick Plunkett, Ian Roberts, Peter Sandercock, Haleema Shakur, Caridad Soler, Reto Stocker, Petr Svoboda, Stefan Trenkler, N K Venkataramana, Jonathan Wasserberg, David Yates, Surakrant Yutthakasemsunt, CRASH trial collaborators

- PMID: 15936423

DOI: 10.1016/S0140-6736(05)66552-X PLoS Med

-
-
- . 2008 Aug 5;5(8):e165; discussion e165.

  doi: 10.1371/journal.pmed.0050165.

-

EXHIBIT C-3

## Abstract

MRC CRASH is a randomised controlled trial (ISRCTN74459797) of the effect of corticosteroids on death and disability after head injury. We randomly allocated 10,008 adults with head injury and a Glasgow Coma Scale score of 14 or less, within 8 h of injury, to a 48-h infusion of corticosteroid (methylprednisolone) or placebo. Data at 6 months were obtained for 9673 (96.7%) patients. The risk of death was higher in the corticosteroid group than in the placebo group (1248 [25.7%] vs 1075 [22.3%] deaths; relative risk 1.15, 95% CI 1.07-1.24; p=0.0001), as was the risk of death or severe disability (1828 [38.1%] vs 1728 [36.3%] dead or severely disabled; 1.05, 0.99-1.10; p=0.079). There was no evidence that the effect of corticosteroids differed by injury severity or time since injury. These results lend support to our earlier conclusion that corticosteroids should not be used routinely in the treatment of head injury.

**EXHIBIT C-3**

Published Online April 8, 2008

# A review of Parkinson's disease

## C. A. Davie

*The Royal Free Hospital NHS Trust, Hampstead, London NW3 2QG, UK*

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**Introduction**: Parkinson's disease (PD) is one of the most common neurodegenerative disorders.

**Sources of data**: Literature search using Medline with keywords Parkinson's disease supplemented with previously published papers known to the author.

**Areas of agreement**: There have been significant recent advances in the understanding of the pathogenesis of the disease. There has also been a greater realization that the disorder may be associated with significant non-motor disturbances in addition to the more commonly recognized motor complications.

**Areas of controversy**: Although there is growing circumstantial evidence, it remains to be proven whether any of the current treatments for PD have a neuroprotective effect.

**Areas timely for developing research**: Although there is no cure, there are several management options for the early treatment of PD. As the disease progresses, further treatment options are available; however, the management of late-stage motor complications and non-motor symptoms remains particularly challenging and will benefit from further clinical research.

*Keywords:* Parkinson's disease/motor complications/non-motor complications

## Introduction

*Accepted: February 13, 2008*
*Correspondence to:*
*C. A. Davie, The Royal Free Hospital NHS Trust, Hampstead, London NW3 2QG, UK. E-mail: c.davie@medsch.ucl.ac.uk*

Parkinson's disease (PD) is a common neurodegenerative disorder—a synucleinopathy—with a prevalence of 160/100 000 in Western Europe rising to ∼4% of the population over 80.[1] With an ageing population, the management of PD is likely to prove an increasingly important and challenging aspect of medical practice for neurologists and general physicians. Our understanding of the pathogenesis of the disease has been advanced in the last decade with the identification of several gene mutations which may shed light on the mechanisms of pathogenesis in sporadic cases of PD.

*British Medical Bulletin* 2008; **86**: 109–127
DOI:10.1093/bmb/ldn013
© The Author 2008. Published by Oxford University Press.
All rights reserved. For permissions, please e-mail: journals.permissions@oxfordjournals.org

**EXHIBIT C-4**

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

The diagnosis of PD remains essentially a clinical one, and it is important to recognize the early features together with symptoms and signs suggesting other causes of parkinsonism.

There has also been a rapid expansion in the treatment options both in the early and in the later stages of the illness together with a greater awareness of non-motor complications. Guidelines for the diagnosis and management of patients with PD have been published from the National Institute for Health and Clinical Excellence (NICE) in the UK.[2]

## Pathology, aetiology and pathogenesis

The pathological hallmark of PD is cell loss within the substantia nigra particularly affecting the ventral component of the pars compacta. By the time of death, this region of the brain has lost 50–70% of its neurones compared with the same region in unaffected individuals. The earliest documented pathological changes in PD[3] have been observed in the medulla oblongata/pontine tegmentum and olfactory bulb. In these early stages—Braak stages 1 and 2—patients are pre-symptomatic. As the disease advances—Braak stages 3 and 4—the substantia nigra, areas of the midbrain and basal forebrain become involved. Finally, the pathological changes appear in the neocortex.

This pathological staging is based on the distribution of lewy bodies. Lewy bodies are the pathological hallmark of PD. They are α-synuclein-immunoreactive inclusions made up of a number of neurofilament proteins together with proteins responsible for proteolysis. These include ubiquitin, a heat shock protein which plays an important role in targeting other proteins for breakdown. Mutations in the α-synuclein gene are responsible for some familial forms of PD in which lewy bodies are also seen. Mutations in the parkin protein produce a parkinsonian syndrome without lewy bodies in juvenile cases suggesting that the parkin protein plays an important role in the development of the lewy body. It has been shown that parkin facilitates the binding of ubiquitin (ubiquination) to other proteins such as the α-synuclein interacting protein synphilin-1 leading to the formation of lewy bodies.[4] Lewy bodies are found in PD and Dementia with lewy bodies (DLB), but are not a pathological hallmark of any other neurodegenerative disease.

The identification of single gene defects in PD has focused interest on the ubiquitin-proteasome system (UPS) as one potential candidate in the development of cell death.[5] The UPS is important for intracellular proteolysis and a large number of intracellular processes that maintain the viability of cells. It does this by removing unwanted proteins that

**EXHIBIT C-4**

are no longer required by the cell. Failure of the UPS leads to the abnormal aggregation of proteins including α-synuclein which are a major component of lewy bodies. One of the first sites for LB deposition in early PD is the olfactory bulb. It is, therefore, of interest that a disturbance in smell and taste is often one of the earliest clinical features in PD raising the possibility that LB formation may be integral for the activation of pathways leading to neuronal dysfunction and death.

The link between UPS and neurodegeneration has been strengthened by the discovery of mutations in genes which code for several ubiquitin-proteasome pathway proteins in PD.

## Genetics of PD[6,7]

Although PD is usually a sporadic disease, there are a growing number of single gene mutations which have been identified. At the time of writing, 11 genes have been mapped by genetic linkage with six genes identified: α-synuclein (SNCA), ubiquitin C-terminal hydrolase like 1 (UCH-L1), parkin (PRKN), LRRK 2, PINK 1 and DJ-1 genes. These single gene defects with the notable exception of LRRK 2 are responsible for only a small number of patients with PD, though more importantly their identification and the proteins that they encode for are providing significant insight into the disease mechanisms that may be responsible for PD and other neurodegenerative diseases. A point mutation of the SNCA gene leads to the early onset of PD in affected members in an autosomal dominant pattern. Of interest, duplication or triplication of the SNCA gene in affected members leads to PD symptoms developing at a later age in the fourth or fifth decades raising the possibility that overexpression of SNCA may be a factor in sporadic disease.

The LRRK 2 gene (PARK8) is the most common cause of familial or the so-called 'sporadic' PD to date.[8] The frequency of LRRK2 mutations in patients with a family history of PD is 5–7%. The heterozygous mutation, 2877510 g → A, produces a glycine to serine amino acid substitution at codon 2019 (Gly2019 ser). This LRRK2 G2019S mutation is the most commonly described, accounting for the majority of familial cases and up to 1.6% of cases of idiopathic PD, though the prevalence seems to be very variable. The LRRK2 gene encodes for a protein named dardarin (derived from the basque word for tremor; the original families described came from Spain and England). Lewy bodies have been identified in some LRRK 2 cases. Many of the LRRK2 patients reported have typical features of PD with onset in middle or late onset. Symptoms at onset may be typical of idiopathic

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

C. A. Davie

PD characterized by unilateral bradykinesia and rigidity, with tremor present in some but not all patients.

A number of single gene mutations, e.g. parkin and DJ-1 with an autosomal recessive pattern of inheritance, may have a clinical pattern of earlier age of onset, a more benign course with good response to levodopa and the presence of dystonia. However, it is not possible to identify parkin positive young onset PD patients from parkin negative patients on clinical features alone.

There has been a great deal of research into mitochondrial genetics and function in PD. Abnormalities in Complex 1 of the oxidative phosphorylation enzyme pathway is the most consistent finding, having been detected in PD brains, blood platelets and skeletal muscle, although defects in other complexes have also been reported.[9]

It appears that the cells of the pars compacta are particularly susceptible to oxidative damage. Mitochondrial DNA studies have as yet failed to identify a convincing gene mutation to explain the oxidative phosphorylation defects in PD. However, it seems likely that a mitochondrial defect may play a role in the pathways leading to cell dysfunction and death. The PINK1 gene codes for a mitochondrial complex and has been shown to be responsible for an autosomal recessive form of PD, though is not a major risk factor for sporadic disease.

## Environmental factors

Identifying environmental factors that predispose to the development of PD has proved elusive. Living in a rural environment appears to confer an increased risk of PD, and perhaps causally linked to this some but not all epidemiological studies have shown a correlation between exposure to pesticide use and wood preservatives.[10] The only consistent environmental factor is a strong negative correlation between cigarette smoking and the development of the disease. It is also possible that mitochondrial dysfunction in PD is triggered by one or more environmental toxins.

## Clinical diagnosis of PD

The characteristic features of PD are bradykinesia, rigidity and rest tremor. These may not all be present. Postural instability may be a feature, though early postural instability backwards particularly with a history of falls is more suggestive of progressive supranuclear palsy (PSP). The clinical findings are usually asymmetrical in PD. The clinical diagnosis may often appear straightforward, though it is worth noting

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

that post-mortem studies have shown an alternative diagnosis in up to a quarter of patients with PD diagnosed by general neurologists.[11] Of note, there is substantially less diagnostic error in patients diagnosed in expert movement disorder clinics[12] which strengthens the argument for early referral of patients to specialists expert in movement disorders.

A number of clinical criteria have been established. Table 1 outlines an abbreviated form of the UK Parkinson's Disease Society Brain Bank clinical diagnostic criteria.

There are a number of other clinical signs that are worth highlighting. A change of handwriting with micrographia is often an early feature as is reduced facial expression. A loss of arm swing on one side is also an early and useful diagnostic feature. A glabellar tap does not seem to be particularly sensitive or specific.

A reduced sense of smell is, however, worth asking about since this may be one of the first symptoms in early PD.[13] As the disease becomes more advanced, hypophonia, drooling of saliva (from reduced swallowing) and impairment of postural reflexes may develop.

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**Table 1** PD–UK PDS Brain Bank diagnostic criteria.

**Step 1: Diagnosis of a parkinsonian syndrome**
Bradykinesia (slowness of initiation of voluntary movement with progressive reduction in speed and amplitude of repetitive actions) and at least one of the following: (i) muscular rigidity, (ii) 4–6 Hz rest tremor and (iii) postural instability not caused by primary visual, vestibular, cerebellar or proprioceptive dysfunction

**Step 2: Exclusion criteria for PD**
(i)    History of repeated strokes with stepwise progression of parkinsonian features
(ii)   History of repeated head injury
(iii)  History of definite encephalitis
(iv)   Oculogyric crises
(v)    Neuroleptic treatment at the onset of symptoms
(vi)   More than one affected relative
(vii)  Sustained remission
(viii) Strictly unilateral features after 3 years
(ix)   Supranuclear gaze palsy
(x)    Cerebellar signs
(xi)   Early severe autonomic involvement
(xii)  Early severe dementia with disturbances of memory, language and praxis
(xiii) Babinski's sign
(xiv)  Presence of cerebral tumour or communicating hydrocephalus on CT scan
(xv)   Negative response to large doses of levodopa (if malabsorption excluded)

**Step 3: Supportive criteria for PD (three or more required for diagnosis of definite PD)**
(i)    Unilateral onset
(ii)   Rest tremor present
(iii)  Progressive disorder
(iv)   Persistent asymmetry affecting side of onset most
(v)    Excellent response (70–100%) to levodopa
(vi)   Severe levodopa-induced chorea
(vii)  Levodopa response for 5 years or more
(viii) Clinical course of 10 years or more

**EXHIBIT C-4**

C. A. Davie

Non-motor complications of the disease often become more troublesome as the disease progresses. It is helpful to enquire about symptoms of depression which occurs in ~40% of PD patients. The commoner conditions that may present with parkinsonian features and are often confused with PD are listed in Table 2. The diagnosis of essential tremor should be considered when a patient presents with a

**Table 2** Differentiating commoner causes of parkinsonism.

| Condition | History | Clinical features | Investigations | Management |
|---|---|---|---|---|
| Drug-induced parkinsonism | Previous exposure to drugs mainly neuroleptic treatment and anti-emetics | May be associated with akathisia and oro-mandibular dystonia | Based on history | Discontinue offending drug. Anticholinergic drugs may be helpful for tremor |
| Multisystem atrophy | Parkinsonism and or gait unsteadiness with or without autonomic dysfunction | Orthostatic hypotension, absence of tremor, symmetrical signs, cerebellar features, erectile dysfunction, poor response to levodopa | MRI brain, sphincter EMG | Levodopa trial, amantidine measures to control postural hypotension, e.g., fludrocortisone |
| Progressive supranuclear palsy | Early falls backwards, cognitive or behavioural changes | Gaze palsy (down more than up), axial rigidity, frontal and pyramidal signs, poor response to levodopa | MRI brain | Levodopa trial |
| Normal-pressure hydrocephalus | Urinary incontinence, ataxia, cognitive impairment | Dementia festinating gait | CT or MRI brain, therapeutic lumbar puncture | Evaluate for ventriculoperitoneal shunt |
| Multiple lacunar strokes | Stepwise neurological impairment | Focal findings, sensory or motor loss | CT or MRI brain | Antiplatelet treatment, control of risk factors (e.g., diabetes, hypertension, increased cholesterol) |
| Cortico basal degeneration | Associated cognitive impairment | Marked asymmetry of clinical findings, dyspraxia, cortical sensory loss, myoclonus, dystonia, alien limb phenomenon, absence of response to levodopa | EEG, psychometry | |
| Dementia with lewy bodies | Dementia occurring before or concurrently with parkinsonism | Visual hallucinations | MRI brain, psychometry | Consider cholinesterase inhibitor |

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

symmetrical limb tremor, worse with posture and is suppressed by alcohol. Head or voice tremor may also be present. In this condition, there may be an autosomal dominant inheritance, suppression of the tremor with alcohol and there should be no evidence of rigidity or bradykinesia on examination. Adult onset dystonia may also present with asymmetrical rest tremor and may explain some patients previously labelled as 'benign tremulous PD' who have scans with no evidence of dopaminergic deficit.[14]

Although the diagnosis of PD is a clinical one, there are certain situations where investigations can prove useful. Conventional brain imaging with MRI or CT is usually not required unless an alternative diagnosis is suspected such as normal pressure hydrocephalus or vascular parkinsonism.

Single photon emission computerized tomography (SPECT) imaging using a dopamine transporter (DAT) can be helpful in differentiating PD from a number of conditions, including essential tremor and dystonic tremor, neuroleptic-induced parkinsonism and psychogenic parkinsonism all of which demonstrate normal DAT scans. Uptake within the basal ganglia is reduced in PD, the parkinsonian syndromes and DLB.[15]

# Management of early PD

After establishing a clinical diagnosis, it is vital to take time to explain the condition and its implications to the patient and relatives. It may take for some patients time to come to terms with and accept the diagnosis. Linking patients with PD nurse specialists and PD charitable organizations, if available locally, can be extremely helpful.

The timing when to start drug treatment in PD, particularly in the very early stages of the illness, when there may be little functional deficit can be difficult. The decision which should be made with full involvement of the patient is determined by the degree of physical impairment balanced against the complications that can be related to drug treatment. Of increasing importance is the issue of whether early treatment confers the potential for neuroprotection. This remains unresolved, despite a large number of *in vitro*, *in vivo* and human studies many of the latter using PET or SPECT imaging as surrogate markers of nigrostriatal dopaminergic function.[16]

At present, therefore, there are no proven neuroprotective therapies with only symptomatic treatments available.

If the patient and clinician feel treatment is required, what therapy should be commenced? This decision will be based on the age of the patient, the likelihood of proper compliance, the presence of cognitive

**EXHIBIT C-4**

C. A. Davie

impairment, additional medical conditions and the wishes of the patient. Treatment in the initial stage is to alleviate symptoms allowing the individual to be fully independent and to carry out their normal daily activities. It is vital that treatment is well tolerated. For this reason, monotherapy is usually desirable. If patients can remain on treatment with minimal side effects, with a satisfactory reduction of symptoms and a feeling of well-being that allows them to live independently and productively, then the introduction of treatment has clearly been worthwhile.

In patients with minimal or no disability, early treatment may still be initiated. One study has shown that self-reported health status using a Parkinson's Disease Questionnaire (PDQ)-39 at initial consultation and for up to 18 months was worse in untreated PD patients,[17] though the validity of the rating scale in this patient group has been questioned.[18]

## Should treatment begin with levodopa, a dopa agonist or MAO-B inhibitor?

*First line levodopa treatment*

For 40 years, levodopa, combined with a peripheral decarboxylase inhibitor, has been regarded as the gold standard for the treatment of PD. It still remains in many respects the most efficacious drug treatment. However, the benefits achieved often come at a price. Long-term levodopa therapy frequently leads to disabling side effects. Levodopa-induced dyskinesias develop at an average rate of 10% per annum after commencing levodopa, although this figure is higher in younger onset patients. Motor fluctuations are most strongly related to disease duration and dose of levodopa exposure, whereas dyskinesias are predominantly due to duration of levodopa treatment.[19] The development of drug-induced dyskinesias in PD seems to be associated with intermittent stimulation of dopamine receptors. Levodopa has a short half-life of 60–90 min, and pulsatile levodopa supply to a denervated striatum seems to be an important aetiological factor. In addition, the more severe the nigral neuronal loss is at the introduction of levodopa, the sooner adverse features are seen. A controversial issue has been whether levodopa could have a neurotoxic effect. The ELLDOPA study[20,21] tried to address this in a large, randomized placebo-controlled clinical study of patients with early PD who had not previously received symptomatic treatment. The goal of the study was to ascertain whether levodopa treatment affected the rate of disease progression. At the end of a 2-week washout period, the UPDRS scores of patients treated with all three doses of levodopa were better than those

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

of the placebo group in a dose-responsive pattern. Although this may hint at a neuroprotective effect, it is possible that the 2-week washout period was insufficient. However, the treated groups did show a dose-dependent tendency towards motor complications including dyskinesias. In addition to clinical outcomes, a sub-group of patients underwent ß-CIT SPECT imaging which was used as a marker for intact nigrostriatal dopaminergic neurones. This showed a larger decrease in striatal DAT binding in a dose–response pattern. This may infer that levodopa actually hasten the progression of PD, though it is equally conceivable that the changes in uptake reflected a pharmacological effect of levodopa on DAT activity. The issue regarding neuroprotection or neurotoxicity with levodopa remains unclear. However, given the risk of motor complications over time, which are dose dependent, using small doses of levodopa, tailored to the patient's needs are preferable.

### First line dopamine agonist treatment

There are six orally acting dopamine agonists available in the UK. Four are ergot derivatives: bromocriptine, pergolide, cabergoline and lisuride; and two non-ergot drugs: ropinirole and pramipexole. Rotigotine is a non-ergot agonist available by transdermal patch. These drugs all work by stimulation of the post-synaptic dopamine receptors. The dopamine agonists were initially licensed for use in conjunction with levodopa in patients with advanced PD. Their introduction as first-line agents came about as a result of their efficacy in improving motor symptoms in addition to their ability to delay the introduction of levodopa and the subsequent development of levodopa complications. Monotherapy trials have been undertaken comparing dopamine agonists with levodopa. The first such trial using bromocriptine in the 1980s showed a delay in the onset of dyskinesias with bromocriptine monotherapy compared with levodopa therapy, but no effect with regards to the onset of motor fluctuations.[22] Trials of the more recently introduced dopamine agonists showed a significant reduction in the development of motor complications in patients initiated on agonist monotherapy compared with levodopa.[23−25] However, in the published trials of ropinirole and pramipexole monotherapy, patients treated with levodopa showed improved UPDRS scores (parts II and III) compared with those on dopamine agonists, although during the trials, patient and physician assessments for the two arms were comparable. Quality of life (QoL) outcome measures over the 4 years of the CALM-PD study[24] were the same for the levodopa and pramipexole groups. The side effect profile of the dopamine agonists is similar to levodopa, but

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

C. A. Davie

confusion and hallucinations are more frequent than with levodopa therapy alone.

The dilemma of first line treatment in PD is therefore this: dopamine agonists produce fewer motor complications and the same QoL scores, but the price for this is a higher incidence of side effects and reduced efficacy as determined by the UPDRS. There has been a general belief that the potential for side effects with dopa agonist monotherapy is much greater in elderly patients, but studies with the newer agonists do not bear this out and these drugs can be well tolerated in patients over 75 years. However, as suggested above, additional caution is required in using agonists in the elderly.

The decision on which dopamine agonist to initiate is often an empirical one. There have been few head-to-head comparative studies between the agonists. Cabergoline is an ergot derivative with a high affinity for the D2 and D3 receptors. However, there have been increasing reports of non-inflammatory fibrotic degeneration of cardiac valves with the ergot agonists,[26,27] specifically cabergoline and pergolide, and for this reason, they are no longer recommended as first-line treatments. Regular monitoring including ESR, chest X-ray and 6-monthly echocardiography are recommended for those continuing on ergot-derived agonists.

Commonly used non-ergot-derived dopamine agonists include ropinirole, pramipexole and rotigotine. An uncommon, but important, side effect most frequently reported to date with pramipexole is an increased risk of pathological gambling.[28,29]

### First-line MAO-B inhibitors

MAO-B inhibitors were widely used following the DATATOP study[30] for their proven efficacy in symptom improvement and presumed 'neuroprotective' effect. However, a subsequent study by The United Kingdom Parkinson's Disease Research Trial Group[31] following over 700 patients with mild early PD appeared to show a significant increase in mortality in patients treated with selegiline and levodopa compared with levodopa alone or bromocriptine alone. This finding was not replicated in further studies which indeed suggested the opposite, a possible reduction in mortality.[32] A more recent meta-analysis of 17 randomized trials involving a total of 3525 patients came to the conclusion that MAO-B inhibitors reduce disability, the need for levodopa and the incidence of motor fluctuations, without substantial side effects or increased mortality.[33] Many of these studies have been of short duration and have not compared selegiline with initial treatment with a dopamine agonist. However, MAO-B inhibitors do have

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

*A review of Parkinson's disease*

a potential role as first-line monotherapy in PD patients. Studies using rasagiline, a novel MAO-B inhibitor, have demonstrated efficacy in early and advanced disease. The TEMPO wash-in trial[34] gave results compatible with a disease modifying effect, although like the dopamine agonist studies cited above, additional work needs to be done to confirm a neuroprotective effect.

*The treatment of late motor complications of PD*

After some years of stable, sustained response to levodopa therapy, most patients with PD experience fluctuations in motor performance, the effect of a single levodopa dose becoming progressively shorter (wearing-off phenomenon). Also, periods of immobility unrelated to times of levodopa supply occur in most advanced cases (on–off phenomenon). Levodopa-induced dyskinesias occur with increasing duration of therapy, and more than 50% of patients will begin to develop motor fluctuations and dyskinesias between 5 and 10 years after commencing levodopa with 20–30% developing dyskinesias after <2 years. In younger patients, the situation is worse, with almost all patients under the age of 40 developing motor complications after 6 years from the introduction of levodopa. Treatment of levodopa-induced dyskinesias remains unsatisfactory. Simply reducing the daily dose frequently renders patients rigid and immobile.

Furthermore, choreic-dystonic involuntary movements appear as a concomitant of motor response to levodopa in most patients suffering from motor fluctuations. Dyskinesias are usually present during periods of maximum motor response (peak-dose dyskinesias) or during the entire ON phase (square wave dyskinesia), but a diphasic pattern, with dyskinesias present at the beginning and end of motor response, also exists. Peak-dose dyskinesias are related to high-plasma concentrations of levodopa and can be managed by fractionating levodopa doses. Amantidine has also been shown to reduce peak-dose dyskinesias. Long-acting dopamine agonists such as rotigotine may also be helpful by providing continuous dopaminergic stimulation. Biphasic dyskinesias occur when plasma levodopa levels are rising or falling. They often affect the lower extremities to a greater extent. They may be difficult to control, but may respond to higher levodopa doses or a fast-acting agonist such as subcutaneous apomprphine injection. Off-period dystonia also affects the lower limbs preferentially and is associated with periods of inadequate mobility. This may respond to a dispersible levodopa preparation or subcutaneous apomorphine injection. The pathophysiology of motor complications during chronic levodopa therapy (levodopa long-term syndrome) is only partially

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

C. A. Davie

understood. Currently, the consensus is that they reflect both progression of the underlying disease and the effects of intermittent, pulsatile levodopa supply to a denervated striatum.

A number of treatments have been used to reduce the severity and frequency of motor complications. The dopamine agonists have shown beneficial effects in the reduction of 'off' time and a concomitant reduction in levodopa dose in the later stages of the disease. However, this has to be balanced against a possible increase in dyskinesias. Other side effects which are commoner include somnolence and hallucinations. It does seem that the more recent agonists such as pramipexole and ropinirole have benefit over bromocriptine by reducing 'off' time.[35,36]

Amantadine, an NMDA receptor antagonist, was originally developed as an anti-viral agent. By chance it was discovered to have additional properties including efficacy in PD. There is evidence that amantadine can reduce the frequency of motor complications including freezing, 'off' periods and dyskinesias,[37,38] although the evidence for efficacy was felt to be insufficient in a Cochrane review.[39] There is, particularly in the elderly, a relatively high incidence of side effects which include confusion, hallucinations, ankle swelling and livedo reticularis.

Parenteral administration of a dopamine agonist in the form of sub-cutaneous apomorphine[40] may be a useful adjunct to treatment by reducing 'off' time without increasing the tendency towards dyskinesias or confusion. Similarly, duodenal levodopa infusion therapy has been shown to reduce 'off' time, to improve motor function and improve QoL with no increase in dyskinesias in patients with advanced PD.[41]

*COMT inhibitors*

Entacapone is a peripheral catechol-*O*-methyltransferase COMT inhibitor that complements the action of amino acid de-carboxylase (AADC) inhibitors. Assuming that the volume of distribution remains unchanged, the addition of entacapone increases the plasma half-life of levodopa by ~45% after each dose. Similarly, tolcapone produces a dose-dependent increase in levodopa half-life, even though it is given independently of the levodopa dose regime. When entacapone or tolcapone are added to levodopa/AADC-inhibitor therapy, they inhibit COMT—one of the enzymes responsible for the metabolism of dopamine—resulting in greater and more sustained plasma and central nervous system levels of dopamine than with levodopa/carbidopa alone, producing a prolonged duration of antiparkinsonian action and subsequent improvements in motor function. COMT inhibition,

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

therefore, translates into less fluctuation of levodopa plasma concentrations, so that levels remain within the therapeutic range and benefit from each dose of levodopa will be prolonged. Tolcapone was originally withdrawn because of reports of hepato-toxicity, but has recently been re-introduced for restricted use under strict monitoring guidelines. This is not the case with entacapone which is also available as a combined triple medication (with levodopa and an AADC inhibitor) to improve compliance.

The introduction of a COMT inhibitor can be a safe and effective way of smoothing out fluctuations in motor response. COMT inhibitors reduce 'off' periods, prolong the 'on' time and allow a reduction of the levodopa dose.[42] They do not, however, have a levodopa sparing effect.

Entacapone and tolcapone are potent, specific and reversible COMT inhibitors that offer significant benefits, particularly in managing motor fluctuations in patients with late-stage Parkinson's disease, when wearing off is an important factor. They are also likely to have an increasing role in the earlier stages of the illness. A study is currently underway to determine whether the introduction of levodopa and enta-capone together reduces the development of dyskinesias compared with levodopa alone.

# The role of surgery in PD[43–45]

The use of surgery in PD dates back over 50 years. In the early 1950s, patients particularly those with severe tremor would on occasion be referred for ablative surgery usually to the contralateral thalamus. With the introduction of levodopa, surgical treatment fell from vogue. It is somewhat ironic that the widespread recognition of levodopa-induced complications prompted surgeons and clinicians to revisit the area of surgical intervention. Initially, this concentrated on lesion surgery usually in the form of pallidotomy which was shown to be successful particularly for levodopa-induced dyskinesias.

A further development came with the introduction of stimulators. This involved high-frequency deep brain stimulation (DBS) of discrete brain areas producing functional and reversible inhibition of the target site. A number of areas within the basal ganglia can be targeted. The procedure most commonly carried to reduce bradykinesia, tremor and rigidity and which also reduces drug-related motor complications is bilateral subthalamic stimulation. This can produce very dramatic benefit. The operation is technically difficult, but in experienced hands the risk of adverse events is low. However, the infrastructure and support team required to assess, carry out and monitor patients limits

**EXHIBIT C-4**

C. A. Davie

the availability of this form of treatment. Furthermore, there is concern about the increased incidence of psychiatric side effects, particularly depression following DBS. Patients with cognitive impairment or significant depression are, therefore, not suitable for this form of treatment. In terms of patients most suitable for treatment,[46] STN DBS tends to be performed in patients under the age of 75 without significant systemic co-morbiditiy and in the absence of obvious structural abnormality on MR imaging. Patients should be levodopa-responsive who are disabled while 'off' and independent while 'on' with medication. Most patients will have had disease duration of at least 5 years to allow for other causes of atypical parkinsonism to become evident.

Age seems to be less critical in Vim DBS performed for disabling tremor. Recent studies have suggested that DBS of the pedunculopontine nucleus may be beneficial in improving axial stability. Assessment of a patient for DBS requires assessment by an experienced multidisciplinary team.[46]

## Non-motor complications

With the progression of the disease, there are a number of non-motor complications in PD that are often seen. In many cases, these are not directly related to involvement of dopaminergic pathways and may therefore develop even in patients where motor symptoms are well controlled.

*Sleep and PD*

Sleep disorders are frequent in PD. This includes both disturbed nocturnal sleep and excessive daytime somnolence. Nocturnal sleep disturbance occurs in 60–98% of patients and correlates with disease severity and levodopa intake. Although the underlying pathology of PD may be in part responsible, it is important to also exclude associated disorders such as medication-related sleep disturbance including off-dystonia, depression, obstructive sleep apnoea, REM sleep behavioural disturbance (RBD), periodic limb movements of sleep and restless leg syndrome (RLS). RBD is a parasomnia characterized by the loss of normal skeletal muscle atonia during REM sleep with prominent motor activity accompanying dreaming and is increasingly recognized in patients with neurodegenerative disease, particularly the synucleinopathies. There is evidence that its development can predict cognitive impairment in PD patients without dementia.[47] If troublesome, it may respond to a small amount of clonazepam at night.

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

Daytime sleep events are also more common in PD. In the most extreme form, this can constitute sudden irresistible attacks of sleep attacks without warning.[48,49] These episodes have been reported in patients on levodopa monotherapy alone, but are more frequent with the use of dopamine agonists, particularly ropinirole and pramipexole. Patients need to be counselled to stop driving and to avoid operating machinery if these develop. These settle spontaneously as the offending drug is withdrawn.

*Cognition in PD*

Cognitive involvement in PD seems to be common. Many patients with PD develop dementia, typically 10 years or more after the onset of motor symptoms. The frequency of overt dementia varies from study to study depending on definition, methods of cognitive assessment and population differences, but is of the order of 40% for all PD patients. More subtle cognitive disturbance particularly of executive function is extremely common even in early PD.

Dementia in PD may be related to a number of pathologies. However, it seems to be the development of cortical lewy bodies and/or Alzheimer pathology which are most relevant. The cholinesterase inhibitors rivastigmine, donepezil and galantamine have been shown in open studies to have a modest benefit in cognitive function and in the amelioration of hallucinations and psychosis in patients with PD-related dementia, although robust evidence-based data are strongest at this time for rivastigmine[50] and to a lesser extent donepezil.[51]

*Dementia with lewy bodies or Parkinson's disease with dementia?*

There has been controversy over the differentiation of Parkinson's disease with dementia (PDD) and DLB. DLB is diagnosed when dementia occurs before or concurrently with parkinsonism. An arbitrary cutoff is often used—the 1 year rule—where a diagnosis of PDD is made if extrapyramidal motor symptoms are present for 12 months or more before the onset of dementia and DLB if the onset of dementia precedes or occurs within 1 year of parkinsonism. Revised criteria for the clinical diagnosis of DLB have been published.[52] These rely on the presence of a dementing process with additional core features of fluctuating cognition and variation in attention and alertness, recurrent visual hallucinations and parkinsonism features. Parkinsonian signs have been correlated with the severity of dementia in DLB. There are several features that may help distinguish DLB from PD: myoclonus, absence of rest tremor and poor

**EXHIBIT C-4**

C. A. Davie

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

response to levodopa and severe neuroleptic sensitivity. Both DLB and PDD are characterized pathologically by the presence of lewy bodies, though in PDD patients there is greater neuronal loss within the substantia nigra whereas in DLB patients there is greater cortical beta-amyloid deposition. In DLB, the dementia produces marked deficit in visuo-spatial and executive function with prominent visual hallucinations and fluctuating attention. DLB patients are often less levodopa-responsive. It is important to remember in both patient groups that dopaminergic drugs can substantially exacerbate confusion and visual hallucinations in both conditions. Both conditions respond to cholinesterase inhibitors. For a recent update on the distinction between PDD and DLB, please refer to the review by McKeith.[53]

## Mood disturbance and PD

Depression is the most common mood disturbance in PD occurring with a prevalence of up to 50%[54] and occurring at any stage of the illness. Patients should be screened for underlying metabolic disturbances such as hypothyroidism which can be easily confused with a depressive illness. Mood fluctuations are commoner in more advanced disease and have a stronger correlation with motor fluctuations.[55]

Depression, when diagnosed, can be treated with cognitive behavioural therapy and antidepressants including tricyclics and short acting serotonin uptake inhibitors (SSRIs). There is evidence that pramipexole has a significant antidepressant action.[56]

## Psychosis and confusion in PD

Psychosis can occur in up to 30% of PD patients.[57] It often presents with hallucinations which are usually visual together with delusions and agitation or sometimes aggression. Patients may become paranoid particularly towards partners or other family members. Psychosis is possibly mediated by loss of dopaminergic neurones particularly in the nigro-mesolimbic projections. It is often a feature in the development of PDD or DLB.

Most of the older antipsychotic agents tend to substantially worsen motor symptoms and should be avoided. The newer 'atypical' antipsychotic agents such as quetiapine and clozapine are better tolerated and often effective. Clozapine requires close monitoring of the white cell count because of a 1% incidence of agranulocytosis. Acetylcholinesterase inhibitors may also be beneficial in reducing hallucinations and delusions in PD patients.

**EXHIBIT C-4**

# Conclusion

PD is a common neurodegenerative illness. A combination of genetic and environmental factors is likely to be important in producing abnormal protein aggregation within select groups of neurones, leading to cell dysfunction and then death. The diagnosis remains a clinical one, and there should be a high index of suspicion to exclude other causes of parkinsonism. A large number of agents together with surgical interventions are now available to treat early and late complications of PD. Increasing attention is being given to the diagnosis and treatment of non-motor complications in PD. Future developments in PD are likely to focus on the concept of disease modifying drugs which offer neuroprotection.

# References

1   Mutch WJ, Dingwall-Fordyce I, Downie AW *et al*. (1986) Parkinson's disease in a Scottish City. *BMJ*, **292**, 534–536.
2   National Institute for Health and Clinical Excellence (2006) *Parkinson's Disease: Diagnosis and Management in Primary and Secondary Care*. London: NICE (http://guidance.nice.org.uk/CG35).
3   Braak H, Bohl JR, Müller CM *et al*. (2006) Stanley Fahn Lecture 2005: The staging procedure for the inclusion body pathology associated with sporadic Parkinson's disease reconsidered. *Mov Disord*, **21**, 2042–2051.
4   Chung KK, Zhang Y, Lim KL *et al*. (2001) Parkin ubiquitinates the alpha-synuclein-interacting protein, synphilin-1: implications for Lewy-body formation in Parkinson disease. *Nat Med*, **7**, 1144–1150.
5   Betarbet R, Sherer TB, Greenamyre JT (2005) Ubiquitin-proteasome system and Parkinson's diseases. *Exp Neurol*, **191** (Suppl 1), 17–27. Review.
6   Warner TT, Schapira AH (2003) Genetic and environmental factors in the cause of Parkinson's disease. *Ann Neurol*, **53** (Suppl 3), S16–S23; discussion S23–S25. Review.
7   Cookson MR, Xiromerisiou G, Singleton A (2005) How genetics research in Parkinson's disease is enhancing understanding of the common idiopathic forms of the disease. *Curr Opin Neurol*, **18**, 706–711.
8   Gilks WP, Abou-Sleiman PM, Gandhi S *et al*. (2005) A common LRRK2 mutation in idiopathic Parkinson's disease. *Lancet*, **365**, 415–416.
9   Schapira AH (2008) Mitochondria in the aetiology and pathogenesis of Parkinson's diseae. *Lancet Neurol*, **7**, 97–109.
10  Dick FD (2006) Parkinson's disease and pesticide exposures. *Br Med Bull*, **79–80**, 219–231.
11  Hughes AJ, Daniel SE, Kilford L *et al*. (1992) Accuracy of clinical diagnosis of idiopathic Parkinson's disease: a clinico-pathological study of 100 cases. *J Neurol Neurosurg Psychiatry*, **55**, 181–184.
12  Hughes AJ, Daniel SE, Ben-Shlomo Y *et al*. (2002) The accuracy of diagnosis of parkinsonian syndromes in a specialist movement disorder service. *Brain*, **125**, 861–870.
13  Hawkes CM (1995) Diagnosis and treatment of Parkinson's disease. Anosmia is a common finding. *BMJ*, **310**, 1668. No abstract available. Erratum in: *BMJ* (1995) **311**, 129.
14  Schneider SA, Edwards MJ, Mir P *et al*. (2007) Patients with adult-onset dystonic tremor resembling parkinsonian tremor have scans without evidence of dopaminergic deficit (SWEDDs). *Mov Disord*, **22**, 2210–2215.
15  Poewe W, Scherfler C (2003) Role of dopamine transporter imaging in investigation of parkinsonian syndromes in routine clinical practice. *Mov Disorders*, **S7**, 16–21.

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

EXHIBIT C-4

C. A. Davie

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

16  Schapira AH, Olanow CW (2004) Neuroprotection in Parkinson's disease. *JAMA*, **291**, 358–364.

17  Grosset D, Taurah L, Burn DJ *et al*. (2007) A multicentre longitudinal observational study of changes in self reported health status in people with Parkinson's disease left untreated at diagnosis. *J Neurol Neurosurg Psychiatry*, **78**, 465–469.

18  Hagell P (2007) Self-reported health in people with Parkinson's disease left untreated at diagnosis. *J Neurol Neurosurg Psychiatry*, **78**, 442.

19  Schrag A, Quinn N (2000) Dyskinesias and motor fluctuations in Parkinson's disease: a community-based study. *Brain*, **123**, 2297–2305.

20  Fahn S (1999) Parkinson disease, the effect of levodopa and the ELLDOPA trial (earlier vs later L-dopa). *Arch Neurol*, **56**, 529–535.

21  Parkinson Study Group (2004) Levodopa and the progression of Parkinson disease: the ELLDOPA study. *N Engl Med J*, **351**, 2498–2508.

22  Lees AJ, Stern GM (1981) Sustained bromocriptine therapy in previously untreated patients with Parkinson's disease. *J Neurol Neurosurg Psychiatry*, **44**, 1020–1023.

23  Rascol O, Brooks DJ, Korczyn AD *et al*. (2000) A five-year study of the incidence of dyskinesia in patients with early Parkinson's disease who were treated with ropinirole or levodopa. 056 Study Group. *N Engl J Med*, **342**, 1484–1491.

24  Parkinson Study Group (2000) Pramipexole vs Levodopa as initial treatment for Parkinson Disease: a randomized controlled trial. *JAMA*, **284**, 1931–1938.

25  Parkinson Study Group (2004) Pramipexole vs levodopa as initial treatment for Parkinson disease: a 4-year randomized controlled trial. *Arch Neurol*, **61**, 1044–1053.

26  Muller T, Fritze J (2003) Fibrosis associated with dopamine agonist therapy in Parkinson's disease. *J Clin Neuropharmacol*, **26**, 109–111.

27  Zanettini R, Antonini A, Gatto G *et al*. (2007) Valvular heart disease and the use of dopamine agonists for Parkinson's disease. *N Engl J Med*, **356**, 39–46.

28  Voon V, Hassan K, Zurowski M *et al*. (2006) Prospective prevalence of pathologic gambling and medication association in Parkinson disease. *Neurology*, **66**, 1750–1752.

29  Imamura A, Uitti RJ, Wszolek ZK (2006) Dopamine agonist therapy for Parkinson disease and pathological gambling. *Parkinsonism Relat Disord*, **12**, 506–508.

30  Parkinson's study group (1989) Effect of deprenyl on the progression of disability in early Parkinson's disease. *N Engl J Med*, **321**, 1364–1371.

31  The Parkinson's Disease Research Group of the United Kingdom (1995) Comparison of therapeutic effects and mortality data of levodopa and levodopa combined with selegiline in patients with early, mild Parkinson's disease. *BMJ*, **311**, 1602–1607.

32  Parkinson Study Group (1996) Impact of deprenyl and tocopherol treatment on Parkinson's disease in DATATOP patients requiring levodopa. *Ann Neurol*, **39**, 37–45.

33  Ives NJ, Stowe RL, Marro J *et al*. (2004) Monoamine oxidase type B inhibitors in early Parkinson's disease: meta-analysis of 17 randomised trials involving 3525 patients. *BMJ*, **329**, 593. Epub August 13, 2004.

34  Parkinson Study Group (2002) A controlled trial of rasagiline in early Parkinson disease: the TEMPO Study. *Arch Neurol*, **59**, 1937–1943.

35  Mizuno Y, Yanagisawa N, Kuno S *et al*. (2003) Japanese Pramipexole Study Group: randomized, double-blind study of pramipexole with placebo and bromocriptine in advanced Parkinson's disease. *Mov Disord*, **18**, 1149–1156.

36  Brunt ER, Brooks DJ, Korczyn AD *et al*. (2002) A six-month multicentre, double-blind, bromocriptine-controlled study of the safety and efficacy of ropinirole in the treatment of patients with Parkinson's disease not optimally controlled by L-dopa. *J Neural Transm*, **109**, 489–502.

37  Verhagen ML, Del DP, van den Munckhof P *et al*. (1998) Amantadine as treatment for dyskinesias and motor fluctuations in Parkinson's disease. *Neurology*, **50**, 1323–1326.

38  Luginger E, Wenning GK, Bosch S *et al*. Beneficial effects of amantadine on L-dopa-induced dyskinesias in Parkinson's disease. *Mov Disord*, **15**, 873–878.

39  Crosby N, Deane KHO, Clarke CE (2005) Amantadine in Parkinson's disease (Cochrane Review). *The Cochrane Library*, Issue 2.

40  Poewe W, Wenning GK (2000) Apomorphine: an underutilized therapy for Parkinson's disease. *Mov Disord*, **15**, 789–794.

**EXHIBIT C-4**

41  Nyholm D, Nilsson Remahl AI, Dizdar N *et al*. (2005) Duodenal levodopa infusion mono-
    therapy vs oral polypharmacy in advanced Parkinson disease. *Neurology*, **64**, 216–223.
42  Rinne UK, Larsen JP, Siden A *et al*. (1998) Entacapone enhances the response to levodopa in
    parkinsonian patients with motor fluctuations. *Neurology*, **51**, 1309–1314.
43  Gross RE, Lozano AM (2000) Advances in neurostimulation for movement disorders. *Neurol
    Res*, **22**, 247–258.
44  Limousin P, Krack P, Pollack P *et al*. (1998) Electrical stimulation of the subthalamic nucleus
    in advanced Parkinson's disease. *N Engl J Med*, **339**, 1105–1111.
45  Volkmann J, Allert N, Voges J *et al*. (2001) Safety and efficacy of pallidal or subthalamic
    nucleus stimulation in advanced PD. *Neurology*, **56**, 548–551.
46  Moro E, Lang AE (2006) Criteria for deep-brain stimulation in Parkinson's disease: review
    and analysis. *Expert Rev Neurother*, **6**, 1695–1705.
47  Vendette M, Gagnon JF, Decary A *et al*. (2007) REM sleep behavior disorder predicts cogni-
    tive impairment in Parkinson disease without dementia. *Neurology*, **69**, 1843–1849.
48  Frucht S, Rogers JD, Greene PE (1999) Falling asleep at the wheel: motor vehicle mishaps in
    persons taking pramipexole and ropinirole. *Neurology*, **52**, 1908–1910.
49  Brown RG, Marsden CD (1984) How common is dementia in Parkinson's disease. *Lancet*, **2**,
    1262–1265.
50  Emre M, Aarsland D, Albanese A *et al*. (2004) Rivastigmine for dementia associated with
    Parkinson's disease. *N Engl J Med*, **351**, 2509–2518.
51  Ravina B, Putt M, Siderowf A *et al*. (2005) Donepezil for dementia in Parkinson's disease: a
    randomised, double blind, placebo controlled, crossover study. *J. Neurol Neurosurg
    Psychiatry*, **76**, 934–939.
52  McKeith I, Dickson D, Emre M *et al*. (2005) Diagnosis and management of dementia with
    Lewy bodies: third report of the DLB Consortium. *Neurology*, **65**, 1863–1872. Epub
    October 19, 2005. Review. Erratum in: *Neurology*, (2005) **65**, 1992.
53  McKeith I (2007) Dementia with Lewy bodies and parkinson's disease with dementia: where
    two worlds collide. *Pract Neurol*, **7**, 374–382.
54  Dooneief G, Mirabello E, Bell K *et al*. (1992) An estimate of the incidence of depression in
    idiopathic Parkinson's disease. *Arch Neurol*, **49**, 305–307.
55  Richard IH, Frank S, McDermott MP *et al*. (2004) The ups and downs of Parkinson disease:
    a prospective study of mood and anxiety fluctuations. *Cogn Behav Neurol*, **17**, 201–207.
56  Rektorova I, Rektor I, Bares M *et al*. (2003) Pramipexole and pergolide in the treatment of
    depression in Parkinson's disease: a national multicentre prospective randomized study. *Eur J
    Neurol*, **10**, 399–406.
57  Naimark D, Jackson E, Rockwell E *et al*. (1996) Psychotic symptoms in Parkinson's disease
    patients with dementia. *J Am Geriatr Soc*, **44**, 296–299.

Downloaded from https://academic.oup.com/bmb/article/86/1/109/379503 by guest on 22 May 2024

**EXHIBIT C-4**



# HHS Public Access
## Author manuscript
*J Neurosurg*. Author manuscript; available in PMC 2017 February 01.

Published in final edited form as:
*J Neurosurg*. 2016 February ; 124(2): 511–526. doi:10.3171/2015.2.JNS14503.

# Traumatic brain injury is associated with subsequent neurologic and psychiatric disease: a meta-analysis

**David C. Perry, MD**[1], **Virginia E. Sturm, PhD**[1], **Matthew J. Peterson, PhD**[4,5], **Carl F. Pieper, DPH**[6], **Thomas Bullock, BA**[3], **Bradley F. Boeve, MD**[8], **Bruce L. Miller, MD**[1], **Kevin M. Guskiewicz, PhD, ATC**[9], **Mitchel S. Berger, MD**[2], **Joel H. Kramer, PsyD**[1], and **Kathleen A. Welsh-Bohmer, PhD**[7]

[1]Department of Neurology, University of California, San Francisco, San Francisco, CA, USA

[2]Department of Neurosurgery, University of California, San Francisco, San Francisco, CA, USA

[3]School of Medicine, University of California, San Francisco, San Francisco, CA, USA

[4]Geriatric Research, Education, and Clinical Center, Veterans Affairs Medical Center, Duke University, Durham, NC, USA

[5]Department of Medicine, Duke University, Durham, NC, USA

[6]Department of Biostatistics and Bioinformatics, Duke University, Durham, NC, USA

[7]Department of Psychiatry and Behavioral Sciences, Duke University, Durham, NC, USA

[8]Department of Neurology, Mayo Clinic, Rochester, MN, USA

[9]Department of Exercise and Sport Science, University of North Carolina, Chapel Hill, NC, USA

## Abstract

**Object**—Mild traumatic brain injury (TBI) has been proposed as a risk factor for development of Alzheimer's disease, Parkinson's disease, depression, and other illnesses. This study's objective was to determine the association of prior mild TBI with subsequent diagnosis (i.e., at least one year post-injury) of neurologic or psychiatric disease.

**Methods**—All studies from 1995–2012 reporting TBI as a risk factor for diagnoses of interest were identified by searching PubMed, study references, and review articles. Reviewers abstracted the data and assessed study design and characteristics.

**Results**—57 studies met inclusion criteria. A random effects meta-analysis revealed a significant association of prior TBI with subsequent neurologic and psychiatric diagnosis. The pooled odds ratio (OR) for TBI on development of any illness was 1.67 (95% CI 1.44–1.93, *p*<.001). Prior TBI was independently associated with both neurologic [OR 1.55 (95% CI 1.31–1.83, *p*<.001)] and psychiatric [OR 2.00 (95% CI 1.50–2.66, *p*<.001)] outcomes. Analyses of individual diagnoses

---

**Corresponding author:** David C. Perry, MD, University of California, San Francisco, Memory and Aging Center MC: 1207, 675 Nelson Rising Lane, Suite 190, San Francisco, CA 94158, Telephone: (415) 476-8678, Fax: (415) 476-1816, david.perry2@ucsf.edu.
**DISCLOSURES**
Dr. Perry reports no competing interests. Dr. Pieper reports no competing interests. Mr. Bullock reports no competing interests. Dr. Guskiewicz reports no competing interests. Dr. Berger reports no competing interests. Dr. Kramer reports no competing interests.

**EXHIBIT C-5**

found higher odds of Alzheimer's disease, Parkinson's disease, mild cognitive impairment, depression, mixed affective disorders, and bipolar disorder in individuals with previous TBI compared to those without TBI. This association was present when examining only studies of mild TBI and when considering the influence of study design and characteristics. Analysis of a subset of studies found no evidence that multiple TBIs were associated with higher odds of disease than a single TBI.

**Conclusions—**History of TBI, including mild TBI, is associated with the development of neurologic and psychiatric illness. This indicates that either TBI is a risk factor for heterogeneous pathologic processes or that TBI may contribute to a common pathologic mechanism.

### Keywords

dementia; psychiatry; head injury; meta-analysis

## INTRODUCTION

Since the 1928 description of the "punch drunk" condition,[48] there has been speculation about a connection between traumatic brain injury (TBI) and late-life neurologic or psychiatric illness. Though this syndrome was later referred to as "dementia pugilistica" because it was thought to uniquely affect boxers,[14] an accumulation of cases in recent years have suggested that repeated brain injury in other sports such as football, soccer, and wrestling might also predispose to neurodegenerative disease[52] and that non-sports-related TBI, such as that sustained on the battlefield, can lead to this same illness.[30] It has recently been proposed that a history of even minor brain injury may predispose certain individuals to develop this pathologic process, now referred to as "chronic traumatic encephalopathy" or CTE.[52] The presentation of CTE is variable and may include neurologic and/or psychiatric manifestations. The current CTE literature suggests two common syndromes: a behavior and mood predominant illness, frequently accompanied by paranoia, which would be diagnosed as psychiatric illness and a predominantly cognitive disorder that is frequently diagnosed as Alzheimer's disease [82]. A third syndrome, which was emphasized by the prior literature on boxers includes motor dysfunction with parkinsonism[14]. Some CTE cases have also been described with motor neuron disease[53, 54]. Epidemiological study of CTE has been significantly limited since it is a pathological, rather than clinical diagnosis, and its presence can only be definitively confirmed after death. There is accumulating evidence, however, that CTE may be a pathologic process that unites seemingly disparate clinical syndromes and reflects a shared vulnerability to cognitive-behavioral-motor dysfunction. Recent studies have found support for a relationship between TBI and risk for later development of these individual neurologic and psychiatric syndromes. Since James Parkinson himself theorized a causative link to trauma in 1817, there has been continuing debate regarding the relationship between TBI and Parkinson's disease,[19] with many[17, 29, 87] but not all[3, 43, 49] studies finding a positive association. Epidemiological studies investigating the risk of Alzheimer's disease after TBI have also shown mixed results. Meta-analyses of these studies in 1991[58] and in 2003[24] have shown an elevated risk. Prior TBI has also been associated with a significantly elevated risk of frontotemporal dementia[70] and although a prior meta-analysis of the risk of TBI on development of amyotrophic lateral sclerosis (ALS) showed a mildly elevated risk,[11]

**EXHIBIT C-5**

others have disputed the connection.[93] Although psychiatric symptoms (e.g., depression and anxiety) are common acutely after TBI,[6, 35, 40] whether there are protracted psychiatric sequelae from earlier-life TBI remains poorly understood.[96]

Our aim was to determine the association of mild TBI with the later development of those neurologic and psychiatric illnesses that have previously been linked to TBI and are potential manifestations of CTE. To investigate the wide range of disorders associated with prior TBI, we reviewed the literature examining TBI and subsequent neurologic or psychiatric diagnoses and performed a meta-analysis according to current guidelines[56, 84]. Consistent with the notion that mild TBI may make certain individuals vulnerable to a number of neurologic and psychiatric conditions, we hypothesized that there would be an association between all diagnoses and a history of TBI, including mild TBI.

## METHODS

### Identification of the studies

Searches were conducted in Medline (1995 to February 2012) using a comprehensive search strategy. We used two components in each search: component A identified papers with keywords "craniocerebral trauma," "head injury," "brain injury," or "concussion." This was combined with component B or component C. Component B identified papers pertaining to the neurologic disorders of interest (i.e., "neurodegenerative diseases," "mild cognitive impairment," "Alzheimer," "Parkinson," "frontotemporal dementia," "amyotrophic lateral sclerosis," "vascular dementia," or "dementia"), and component C identified papers pertaining to the psychiatric illnesses of interest (i.e., "anxiety disorders," "mood disorders," or "schizophrenia and disorders with psychotic features"). We limited our search to papers in English and humans.

Three additional steps were taken to ensure search comprehensiveness: (1) references from included papers were reviewed, (2) to avoid any bias toward positive results inherent in the search strategy an additional search for "risk factors" for each diagnosis was performed to capture studies with weak or null findings that did not include our search terms in their title, abstract or keywords, (3) the citation lists in review papers were examined. For papers in which the required metrics were not easily identified the authors were contacted. A pair of reviewers (a neurologist and a neuropsychologist) discussed all papers at each stage of the process (Figure 1). Concordance between the reviewers for determining study inclusion was high; in cases of disagreement, studies were discussed until a consensus decision was reached. Ethics committee approval was not needed for this study as it included only analysis of previously published data.

### Broad inclusion criteria

We first applied broad inclusion criteria (developed by a team of expert neurologists, neurosurgeons, and neuropsychologists) to select papers for further review.

- Original, peer-reviewed research articles (no case reports)

- Adult subjects over 18 years of age at the time of evaluation (not TBI)

EXHIBIT C-5

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

- Presence of TBI without accompanying structural lesion (e.g., subdural hematoma or penetrating brain injury). Though our goal was to specifically examine the effect of mild TBI, in order to capture all pertinent studies, at this search stage we broadly included studies employing the various definitions and labels that are used to refer to minor head trauma (e.g., concussion).

- Presence of neurologic or psychiatric diagnosis

- TBI occurred before the diagnosis of the neurologic or psychiatric disorder (with at least 12 months between the TBI and outcome diagnosis, if specified)

### Narrow inclusion criteria

Papers that met broad inclusion criteria were next reviewed in detail. In addition to ensuring adherence to broad criteria, we also confirmed that they met narrow inclusion criteria. If some subjects in a study were reported to have structural lesions, but they could be separated from those without lesions, we only included subjects with mild TBI.

1. *Presence of neurologic or psychiatric disorder*. For neurologic disorders, studies must have utilized consensus diagnostic criteria or clinical evaluation. For psychiatric disorders, diagnoses were based on either criteria (e.g., DSM-IV) or scores from standardized measures (e.g., Beck Depression Inventory).

2. *Inclusion of a control group*. Included studies were cross-sectional, cohort, or case-control studies in which all subjects underwent identical assessment and diagnostic procedures.

3. *TBI preceded neurologic or psychiatric diagnosis*. We excluded studies that reported that the diagnosis of the neurologic or psychiatric disorder had been made less than 12 months post-TBI. For studies in which the date of the TBI was not reported, we included studies of subjects with neurologic or psychiatric illness who were asked about TBI earlier in life.

4. *No redundant subjects across studies*. In cases where multiple papers used the same study cohort we included the most recent papers to capture the largest sample size. If multiple outcome diagnoses were reported in one paper, we included each odds ratio (OR) if the diagnoses were mutually exclusive. If the diagnoses were not mutually exclusive, in the analyses that examined the association of TBI with any neurologic or psychiatric outcome, we chose the broader diagnosis (e.g., dementia was preferred over Alzheimer's disease) or, if that distinction was not possible, we chose the diagnosis with the larger number of subjects.

### Assessment of study characteristics

We recorded additional data regarding factors that could influence the relationship between TBI and outcome diagnoses. These included (1) the rigor with which each study employed a 12-month TBI-outcome diagnosis interval, (2) the TBI characteristics required in each study (e.g., whether subjects met accepted criteria for mild TBI or had any individual symptoms such as loss of consciousness), (3) whether the TBI diagnosis was based on patient or informant self-report as opposed to being made by a clinician, derived from medical records,

**EXHIBIT C-5**

or based on diagnostic criteria, (4) the study design (cohort, case-control, or cross-sectional), and (5) whether information was provided regarding the number of TBIs sustained by each subject. These data were used in subgroup analyses geared towards assessing whether study characteristics influenced the meta-analysis results.

### Statistical Analysis

**Primary analyses**—The effect of interest for this meta-analysis was the pooled OR. For the majority of the studies (51/57), unadjusted ORs were directly calculated from data extraction. Standard errors were calculated from the logarithm of the OR to allow for symmetry of the estimate on both sides of unity.[23] Where sample sizes were not available the published unadjusted ORs were used. We then applied standard meta-analytic techniques,[34] including weighted estimates of the pooled OR with a 95% confidence interval (CI). For those studies where the raw cell frequencies did not exist and only the standard error of the OR was available, to provide appropriate weighting of the study in the meta-analysis, the standard error of the OR was transformed to the standard error of the logarithm of the OR by linear interpolation. To determine whether there was significant variation among studies, tests of heterogeneity were performed.[34] All analyses were conducted using SAS v9.3 (Cary, NC).

**Subgroup analyses**—Since the overall analysis was inclusive of various TBI definitions and study characteristics, we next conducted seven additional subgroup analyses to examine whether our results differed when pooling studies with more uniformity of TBI assessment, TBI diagnostic criteria, and study design. When possible, we selected out only those subjects from the total study that met criteria for each subgroup analysis. The result is that for some studies a different number of subjects was included in the overall analysis compared to each subgroup analysis.

### Subgroup 1: Effect of time interval between TBI and diagnosis

1. Clearest interval - To ensure that studies with less stringent guidelines about timing of TBI were not significantly impacting our results, we excluded studies with the possibility that some subjects had a less than 12 month interval between TBI and diagnosis.

### Subgroups 2–4: Effect of TBI features and severity

2. Brief loss of consciousness – This subgroup included only studies that required that loss of consciousness not exceed 30 minutes. This is the maximum duration established in the mild TBI criteria of the American Congress of Rehabilitation Medicine, Centers for Disease Control, and World Health Organization[10, 42, 59].

3. Required loss of consciousness – We included only studies that required brain injury with loss of consciousness. This subgroup considered the effect of TBI with a uniform minimum severity.

4. Any mild TBI feature – In order to exclude extremely mild or asymptomatic brain injury we performed an analysis including only those studies that required the brain injury be accompanied by any one (or more than one) common feature

EXHIBIT C-5

of mild TBI, including loss of consciousness, post-traumatic amnesia, Glasgow Coma Scale (GCS) score  13, focal neurological deficit, altered mental status, brain injury requiring medical care, or symptoms of the postconcussive syndrome (e.g., headache, dizziness, nausea, photo- or phonophobia, fatigue, sleep difficulty, blurred vision).

### Subgroups 5–6: Effect of study design

5.   Excluding self-report - In order to assess the impact of recall bias we conducted an additional analysis excluding studies with self-reported TBI.

6.   Cohort studies - To eliminate recall bias we also performed an analysis including only cohort studies (rather than cross-sectional or case-control).

### Subgroup 7: Effect of number of TBI

7.   Repeated injury - Because we were also interested in whether there is a dose effect of TBI on development of later illness, we conducted an additional analysis in which we calculated the odds of neurologic or psychiatric diagnosis in subjects with more than one TBI compared to a single TBI using a subset of studies that provided this information.

**Publication bias analysis—**To assess for the effect of publication bias on our results we used the Egger method[18] to examine whether the logarithm of the included ORs are predicted by the standard error, which reflects the sample size. We visually examined funnel plots of OR against sample size and the logarithm of the OR against the standard error of the logarithm of the OR and quantified the degree of bias by multiple regression. Using standard error rather than sample size in funnel plots may provide a more accurate visual depiction of whether bias is present[83].

## RESULTS

57 papers met narrow inclusion criteria and were used in the meta-analyses
 3, 11, 17, 29, 43, 49, 70, 87 1, 2, 5, 7, 8, 9, 15, 16, 20, 22, 25, 27, 31, 32, 33, 37, 45, 47, 51, 55, 57, 60, 61, 62, 63, 64, 65, 67, 68, 69, 71, 72, 73,

Among the included papers, a sufficient number were found to apply meta-analytic methods for the diagnoses of dementia, Alzheimer's disease, Parkinson's disease, ALS, mild cognitive impairment, depression, psychotic disorders, bipolar disorder, and mixed affective disorder (a combined group of depression and anxiety). Insufficient numbers of studies were found to calculate a pooled OR for frontotemporal dementia, vascular dementia, or anxiety disorders. There was significant heterogeneity among studies (Q = 381.99, df = 58, $p<.001$), justifying the use of the random effects meta-analysis.

Prior TBI was associated with development of any of the neurologic and psychiatric illnesses of interest [OR 1.67 (95% CI 1.44–1.93), $p<.0001$]. This association was found for both neurologic [OR 1.55 (95% CI 1.31–1.83, $p<.0001$)] and psychiatric [OR 2.00 (95% CI 1.50–2.66, $p<.0001$)] disease in individuals with TBI, and was also found in the following diagnoses: Alzheimer's disease [OR 1.40 (95% CI 1.02–1.90, $p<.05$)], Parkinson's disease

EXHIBIT C-5

[OR 1.45 (95% CI 1.18–1.78, $p<.001$)], mild cognitive impairment [OR 2.69 (95% CI 1.51–4.77, $p<.001$)], depression [OR 2.14 (95% CI 1.65–2.77, $p<.0001$)], bipolar disorder [OR 1.85 (95% CI 1.17–2.94, $p<.01$)], and mixed affective disorder [OR 1.84 (95% CI 1.50–2.66, $p<.0001$)]. See Table 1 and Figure 2.

Analyses of subgroups revealed a robust relationship between TBI and remote neurologic and psychiatric outcomes. The studies included in each subgroup analysis are specified in Table 1. Table 2 includes the features reported in each study regarding the time interval between TBI and diagnosis, the TBI features and severity, and the study design. Results of the subgroup analyses are reported in Table 3. Overall odds and the independent OR for neurologic, but not psychiatric disease remained significant when only including studies with the clearest greater than 12-month interval between TBI and diagnosis (Subgroup 1). The overall OR was significant among those studies that adhered to mild TBI criteria limiting duration of loss of consciousness to less than 30 minutes (Subgroup 2). The overall OR and OR for any of the studied neurologic and psychiatric diagnoses were also significant when only including studies that required loss of consciousness (Subgroup 3). When including studies that required the presence of at least one mild TBI symptom (Subgroup 4), the overall OR and OR for any of the neurologic and all psychiatric diagnoses of interest remained significant. After eliminating the studies with TBI diagnoses based on self-report (Subgroup 5), the overall OR and OR for neurologic disorders remained significant, though the OR for psychiatric outcomes no longer reached significance. When only cohort studies were included (Subgroup 6), the OR for neurologic outcomes was not significant though the overall OR and OR for psychiatric illness remained significant. The odds were not higher among those that reported more than one TBI compared to those with a single injury (Subgroup 7).

Publication bias analyses did not show evidence of bias in the included studies. Visual inspection of a funnel plot based on sample size showed that three studies with large samples strongly influenced the appearance (Figure 3A). When these studies are removed a more expected funnel shape is appreciated (Figure 3B). Regression indicates that the effects size (the logarithm of the OR) is not significantly predicted by the standard error when all studies are included ($F(1,60)=3.08$, $p=.08$) or when the three large sample studies are excluded ($F(1,57)=1.11$, $p=.30$, Figure 3C).

## DISCUSSION

This meta-analysis supports an association between prior TBI and later diagnosis of the relevant neurologic or psychiatric diseases. This association was found independently for both neurologic and psychiatric outcomes. Alzheimer's disease, Parkinson's disease, mild cognitive impairment, depression, mixed affective disorders, and bipolar disorder showed a statistically significant association with prior TBI. The magnitude of effect is comparable across diagnoses, with mild cognitive impairment, depression, and bipolar disorder having the highest OR among those results that reached significance. The OR of Alzheimer's disease in this analysis is comparable to the findings of prior meta-analyses.[24, 58] The OR of ALS was among the highest in the study, and there was some evidence of an association of TBI with dementia and psychotic disorders, but these did not reach statistical significance.

EXHIBIT C-5

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

The overall combined OR for the selected neurologic and psychiatric illnesses and for neurologic illness independently in individuals with TBI remained significant when including only articles that explicitly specified a minimum 12-month interval between TBI and outcome diagnosis. The magnitude of association with psychiatric illness, however, did not remain significant. These results suggest that there may be a different time course in which psychiatric and neurologic symptoms manifest after TBI. While psychiatric symptoms are common in the acute phase after mild TBI[6, 21, 35, 40] and some of these may be short-lived manifestations of the injury, others may reflect a more sustained susceptibility to mental illness. The results of this study suggest that TBI is a risk factor for both remote psychiatric and neurologic disease and are consistent with the possibility that both types of illness arise secondary to a common shared pathologic mechanism.

We conducted additional subgroup analyses to determine whether TBI characteristics or methodological factors would influence our findings. The overall OR of TBI remained significant when including only studies that required adherence to typical loss of consciousness criteria for mild TBI, the presence of any specific mild TBI symptom, or loss of consciousness. Though TBI definitions varied widely among studies, these additional analyses support an association of mild TBI with the studied neurologic and psychiatric outcomes. A significant OR for combined neurologic and psychiatric outcomes was also found when eliminating studies that used self-reported diagnosis of TBI and when including only cohort studies. Though statistical significance was lost when assessing the association with psychiatric outcomes when eliminating self-report and the odds of neurologic outcomes among cohort studies, the magnitudes of the ORs were largely consistent with the main analysis, and the change in significance is likely due to the small number of articles in these analyses and resulting loss of power rather than reflecting a weaker association due to recall bias, though this cannot be excluded. Our analyses also suggest that the finding of an association with TBI is unlikely to be due to publication bias, though low power may affect the publication bias test.

The results of this meta-analysis support an association of illness with a single TBI. A relevant associated question is whether this effect is compounded by multiple TBIs. In our analysis of multiple head traumas, the results do not show strong evidence for elevated odds of illness associated with having more than one head trauma compared to a single TBI. Given that only six studies were included in this analysis, lower power may have influenced these results. More research on the relationship between TBI exposure and diagnostic outcomes is needed.

The magnitude of the OR of TBI in this meta-analysis is relatively modest, but comparable to other strongly implicated risk factors. For example, for Alzheimer's disease, the Apolipoprotein E e4 allele is associated with an OR of 1.80–9.05,[41] and obesity with an OR of 1.80.[4] The OR for pesticide exposure and Parkinson's disease is 1.94.[66] Therefore, the presence of a risk factor in an individual does not indicate an inevitable development of disease. The ORs found in this study suggest that others factors modify an individual's susceptibility to develop a neuropsychiatric disorder after TBI. These factors are largely unknown and worthy of further investigation.

**EXHIBIT C-5**

The fact that multiple neurodegenerative and psychiatric diagnoses are associated with the same exposure raises questions about possible mechanisms of shared vulnerability. Trauma could predispose the brain to different types of neurodegeneration through common mechanisms such as oxidative stress and microglial activation[77, 99] or induction of plasma proteins associated with degeneration such as MCP-1.[36] Trauma might also activate molecular pathways leading to specific degenerative diseases, such as the finding that Alzheimer's disease-associated proteins including beta amyloid, beta secretase, presenilin-1, and caspase-3 accumulate in axons of brain injured animals.[12] Cleaved forms of the tau protein, which is associated with Alzheimer's disease and frontotemporal lobar degeneration, accumulate after trauma[26] and tau abnormalities after trauma have been found to be independent of beta amyloid effects.[89] The nature of the TBI could also influence the clinical presentation in an individual. For example, boxers may suffer from more torsional injury that could injury brainstem structures such as the substantia nigra, leading to parkinsonism[82]. Genetic variation could also help to explain the susceptibility of individuals to late-life effects of TBI. For example, apolipoprotein E, which is associated with risk of Alzheimer's disease, has shown a variable interaction with mild TBI.[50, 63, 88]

An alternate explanation for the association across diagnostic groups is that the various clinical presentations could be different expressions of a common pathology[28, 78]. Although CTE has been described as a distinct pathological process, the clinical characterization is not clearly established, and case reports suggest cognitive, motor, and psychiatric presentations. This phenotypic variability could lead to a diagnosis of dementia, Parkinson's disease, motor neuron disease, or primary psychiatric illness in different individuals. A study of causes of death among retired National Football League players found a three-fold higher rate of dying from neurodegenerative disease compared to the typical population frequency, with Alzheimer's disease and ALS being the most overrepresented[44], which would be consistent either a shared vulnerability hypothesis across neurodegenerative diseases or a common pathology. This meta-analysis examined clinical, not pathological, studies. Thus, it is unknown whether any of the subjects would have shown characteristic CTE pathology rather than (or in addition to) the more typical neuropathological features associated with their syndromes.

Among the articles that were reviewed, several addressed the association between TBI and clinical outcomes among athletes. These articles assessed the risk of Parkinson's disease among retired Thai traditional boxers,[46] depression and dementia among retired football players,[32, 33] ALS or chronic encephalopathy among soccer players,[13, 39] and chronic TBI in boxers.[38] Only two of the articles[32, 33] that directly evaluated TBI in sports met strict inclusion criteria for this study. The ability of this meta-analysis to inform the questions surrounding the long-term consequences of sports-related mild TBI is therefore limited by this lack in the existing literature. Further longitudinal studies among athletes with appropriate control groups, characterization of head injuries (including severity, number, and exposure to repetitive subconcussive trauma), and assessment of late-life neurologic and psychiatric outcomes will be needed to address this question.

Several limitations of this meta-analysis warrant consideration. One is the possible bias of the included studies. We took several steps to mitigate this possibility. Our search strategy

EXHIBIT C-5

included a variety of epidemiological studies that focused on many possible risk factors, not just TBI, thereby capturing negative studies that might otherwise have not been published. Our formal analyses also did not support publication bias. Although the strict inclusion criteria should reduce this possibility, variation in the studies themselves (e.g., different criteria for diagnosis of illness, or co-morbid environmental and genetic factors of the study population) limits the generalizability of the results. Variable study quality could also have resulted in heterogeneity, and it is possible that the presence of other confounding factors could have led to the observed association between TBI and later clinical outcomes. For example, patients who sustain a TBI as a result of a fall or motor vehicle accident may have other medical comorbidities (e.g., vascular disease or substance abuse) or differences in socioeconomic status that could predispose to neurologic or psychiatric illness. Another possibility is that the TBI itself could lead to injury of change in lifestyle that could modify risk of a mood disorder. Finally, ill patients who fall and suffer TBI may also undergo more medical testing and therefore be more likely to receive one of these neurologic or psychiatric diagnoses. Only English language studies were reviewed, which could have led to exclusion of some relevant studies. In spite of our criteria regarding an interval between TBI and illness onset, an alternative explanation for the observed association is that some head injuries may have been early manifestations of neurologic or psychiatric disease rather than an independent predisposing factor for illness. The authors of one of the studies concluded this reverse causality was responsible for their findings. They stratified the interval between TBI and diagnosis and found the association between TBI and Parkinson's was no longer present when only looking at TBI that occurred greater than 10 years prior to diagnosis[71].

A major strength of this meta-analysis was the inclusion of a variety of different neurologic and psychiatric outcomes rather than a single diagnosis. By focusing on diagnoses rather than self-reported symptoms or performance on cognitive tests, this study assessed outcomes of sufficient magnitude to affect quality of life. The included studies also come from countries around the world, allowing for more generalizable results. The literature search was comprehensive, making this a rigorous examination of the topic.

## CONCLUSIONS

This study supports an association of TBI, including mild TBI, on subsequent development of neurologic and psychiatric illness, including Alzheimer's disease, Parkinson's disease, mild cognitive impairment, depression, mixed affective disorders, and bipolar disorder. Due to limitations and heterogeneity in the existing studies, prospective studies with uniform assessment will be needed to confirm this result and determine the risk conferred by the number and severity of TBI in different settings, such as sports or the military.

## Acknowledgments

Dr. Sturm is supported by National Institute on Aging 1K23AG040127. Dr. Peterson is supported by National Cancer Institute Award KM1CA156687. Dr. Boeve receives research support from the National Institute on Aging (P50 AG016574, U01 AG006786, R01 AG032306, and R01 AG041797) and the Mangurian Foundation. Dr. Miller is funded by NIH grants P50AG023501, P01AG019724, P50 AG1657303, and the state of California. Dr. Welsh-Bohmer received funding from the National Institute of Aging (P30 AG28377), from private donors to the Joseph & Kathleen Bryan Alzheimer's Disease Center at Duke University, and from Takeda and Zinfandel Pharmaceutical companies.

EXHIBIT C-5

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

# REFERENCES

1. AbdelMalik P, Husted J, Chow EW, Bassett AS. Childhood head injury and expression of schizophrenia in multiply affected families. Arch Gen Psychiatry. 2003; 60:231–236. [PubMed: 12622655]

2. Bachman DL, Green RC, Benke KS, Cupples LA, Farrer LA. MIRAGE Study Group. Comparison of alzheimer's disease risk factors in white and african american families. Neurology. 2003; 60:1372–1374. [PubMed: 12707449]

3. Baldereschi M, Di Carlo A, Vanni P, Ghetti A, Carbonin P, Amaducci L, et al. Lifestyle-related risk factors for parkinson's disease: A population-based study. Acta Neurol Scand. 2003; 108:239–244. [PubMed: 12956856]

4. Beydoun MA, Beydoun HA, Wang Y. Obesity and central obesity as risk factors for incident dementia and its subtypes: A systematic review and meta-analysis. Obes Rev. 2008; 9:204–218. [PubMed: 18331422]

5. Binazzi A, Belli S, Uccelli R, Desiato MT, Talamanca IF, Antonini G, et al. An exploratory case-control study on spinal and bulbar forms of amyotrophic lateral sclerosis in the province of rome. Amyotroph Lateral Scler. 2009; 10:361–369. [PubMed: 19922125]

6. Bombardier CH, Fann JR, Temkin NR, Esselman PC, Barber J, Dikmen SS. Rates of major depressive disorder and clinical outcomes following traumatic brain injury. JAMA. 2010; 303:1938–1945. [PubMed: 20483970]

7. Boston PF, Dennis MS, Jagger C. Factors associated with vascular dementia in an elderly community population. Int J Geriatr Psychiatry. 1999; 14:761–766. [PubMed: 10479748]

8. Bower JH, Maraganore DM, Peterson BJ, McDonnell SK, Ahlskog JE, Rocca WA. Head trauma preceding PD: A case-control study. Neurology. 2003; 60:1610–1615. [PubMed: 12771250]

9. Bryant RA, O'Donnell ML, Creamer M, McFarlane AC, Clark CR, Silove D. The psychiatric sequelae of traumatic injury. Am J Psychiatry. 2010; 167:312–320. [PubMed: 20048022]

10. Carroll L, Cassidy J, Holm L, Kraus J, Coronado V. Methodological issues and research recommendations for mild traumatic brain injury: The WHO collaborating centre task force on mild traumatic brain injury. J Rehabil Med. 2004; 43:113–125. [PubMed: 15083875]

11. Chen H, Richard M, Sandler DP, Umbach DM, Kamel F. Head injury and amyotrophic lateral sclerosis. Am J Epidemiol. 2007; 166:810–816. [PubMed: 17641152]

12. Chen XH, Siman R, Iwata A, Meaney DF, Trojanowski JQ, Smith DH. Long-term accumulation of amyloid-beta, beta-secretase, presenilin-1, and caspase-3 in damaged axons following brain trauma. Am J Pathol. 2004; 165:357–371. [PubMed: 15277212]

13. Chio A, Benzi G, Dossena M, Mutani R, Mora G. Severely increased risk of amyotrophic lateral sclerosis among italian professional football players. Brain. 2005; 128:472–476. [PubMed: 15634730]

14. Corsellis JA, Bruton CJ, Freeman-Browne D. The aftermath of boxing. Psychol Med. 1973; 3:270–303. [PubMed: 4729191]

15. De Michele G, Filla A, Volpe G, De Marco V, Gogliettino A, Ambrosio G, et al. Environmental and genetic risk factors in parkinson's disease: A case-control study in southern italy. Mov Disord. 1996; 11:17–23. [PubMed: 8771062]

16. DelBello MP, Soutullo CA, Zimmerman ME, Sax KW, Williams JR, McElroy SL, et al. Traumatic brain injury in individuals convicted of sexual offenses with and without bipolar disorder. Psychiatry Res. 1999; 89:281–286. [PubMed: 10708275]

17. Dick FD, De Palma G, Ahmadi A, Scott NW, Prescott GJ, Bennett J, et al. Environmental risk factors for parkinson's disease and parkinsonism: The geoparkinson study. Occup Environ Med. 2007; 64:666–672. [PubMed: 17332139]

18. Egger M, Davey Smith G, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. BMJ. 1997; 315:629–634. [PubMed: 9310563]

19. Factor SA, Sanchez-Ramos J, Weiner WJ. Trauma as an etiology of parkinsonism: A historical review of the concept. Mov Disord. 1988; 3:30–36. [PubMed: 3050470]

**EXHIBIT C-5**

20. Fann JR, Burington B, Leonetti A, Jaffe K, Katon WJ, Thompson RS. Psychiatric illness following traumatic brain injury in an adult health maintenance organization population. Arch Gen Psychiatry. 2004; 61:53–61. [PubMed: 14706944]

21. Fedoroff JP, Starkstein SE, Forrester AW, Geisler FH, Jorge RE, Arndt SV, et al. Depression in patients with acute traumatic brain injury. Am J Psychiatry. 1992; 149:918–923. [PubMed: 1609872]

22. Fischer P, Zehetmayer S, Jungwirth S, Weissgram S, Krampla W, Hinterberger M, et al. Risk factors for alzheimer dementia in a community-based birth cohort at the age of 75 years. Dement Geriatr Cogn Disord. 2008; 25:501–507. [PubMed: 18446027]

23. Fleiss, JL.; Levin, BA.; Paik, MC. Statistical Methods for Rates and Proportions. New York City: Wiley; 2003.

24. Fleminger S, Oliver DL, Lovestone S, Rabe-Hesketh S, Giora A. Head injury as a risk factor for Alzheimer's disease: The evidence 10 years on; a partial replication. Journal of Neurology, Neurosurgery & Psychiatry. 2003; 74:857–862.

25. Forster DP, Newens AJ, Kay DW, Edwardson JA. Risk factors in clinically diagnosed presenile dementia of the alzheimer type: A case-control study in northern england. J Epidemiol Community Health. 1995; 49:253–258. [PubMed: 7629459]

26. Gabbita SP, Scheff SW, Menard RM, Roberts K, Fugaccia I, Zemlan FP. Cleaved-tau: A biomarker of neuronal damage after traumatic brain injury. J Neurotrauma. 2005; 22:83–94. [PubMed: 15665604]

27. Gao S, Jin Y, Unverzagt FW, Liang C, Hall KS, Ma F, et al. Correlates of depressive symptoms in rural elderly chinese. Int J Geriatr Psychiatry. 2009; 24:1358–1366. [PubMed: 19347839]

28. Gavett BE, Stern RA, Cantu RC, Nowinski CJ, McKee AC. Mild traumatic brain injury: A risk factor for neurodegeneration. Alzheimers Res Ther. 2010; 2:18. [PubMed: 20587081]

29. Goldman SM, Tanner CM, Oakes D, Bhudhikanok GS, Gupta A, Langston JW. Head injury and parkinson's disease risk in twins. Ann Neurol. 2006; 60:65–72. [PubMed: 16718702]

30. Goldstein LE, Fisher AM, Tagge CA, Zhang XL, Velisek L, Sullivan JA, et al. Chronic traumatic encephalopathy in blast-exposed military veterans and a blast neurotrauma mouse model. Sci Transl Med. 2012; 4:134ra60.

31. Guo Z, Cupples LA, Kurz A, Auerbach SH, Volicer L, Chui H, et al. Head injury and the risk of AD in the MIRAGE study. Neurology. 2000; 54:1316–1323. [PubMed: 10746604]

32. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Cantu RC, Randolph C, et al. Association between recurrent concussion and late-life cognitive impairment in retired professional football players. Neurosurgery. 2005; 57:719–726. discussion 719–26. [PubMed: 16239884]

33. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Harding HP Jr, Matthews A, et al. Recurrent concussion and risk of depression in retired professional football players. Med Sci Sports Exerc. 2007; 39:903–909. [PubMed: 17545878]

34. Hedges, LV.; Olkin, I. Statistical Methods for Meta-Analysis. Orlando, FL: Academic Press; 1985.

35. Hibbard MR, Uysal S, Kepler K, Bogdany J, Silver J. Axis I psychopathology in individuals with traumatic brain injury. J Head Trauma Rehabil. 1998; 13:24–39. [PubMed: 9651237]

36. Ho L, Zhao W, Dams-O'Connor K, Tang CY, Gordon W, Peskind ER, et al. Elevated plasma MCP-1 concentration following traumatic brain injury as a potential "predisposition" factor associated with an increased risk for subsequent development of alzheimer's disease. J Alzheimers Dis. 2012; 31:301–313. [PubMed: 22543850]

37. Holsinger T, Steffens DC, Phillips C, Helms MJ, Havlik RJ, Breitner JC, et al. Head injury in early adulthood and the lifetime risk of depression. Arch Gen Psychiatry. 2002; 59:17–22. [PubMed: 11779276]

38. Jordan BD, Relkin NR, Ravdin LD, Jacobs AR, Bennett A, Gandy S. Apolipoprotein E epsilon4 associated with chronic traumatic brain injury in boxing. JAMA. 1997; 278:136–140. [PubMed: 9214529]

39. Jordan SE, Green GA, Galanty HL, Mandelbaum BR, Jabour BA. Acute and chronic brain injury in united states national team soccer players. Am J Sports Med. 1996; 24:205–210. [PubMed: 8775122]

**EXHIBIT C-5**

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

40. Jorge RE, Robinson RG, Starkstein SE, Arndt SV. Depression and anxiety following traumatic brain injury. J Neuropsychiatry Clin Neurosci. 1993; 5:369–374. [PubMed: 8286933]

41. Jun G, Naj AC, Beecham GW, Wang LS, Buros J, Gallins PJ, et al. Meta-analysis confirms CR1, CLU, and PICALM as alzheimer disease risk loci and reveals interactions with APOE genotypes. Arch Neurol. 2010; 67:1473–1484. [PubMed: 20697030]

42. Kay T, Harrington DE, Adams R, Anderson T, Berrol S, Cicerone K, et al. Definition of mild traumatic brain injury. J Head Trauma Rehabil. 1993; 8:86–87.

43. Kuopio AM, Marttila RJ, Helenius H, Rinne UK. Environmental risk factors in parkinson's disease. Mov Disord. 1999; 14:928–939. [PubMed: 10584666]

44. Lehman EJ, Hein MJ, Baron SL, Gersic CM. Neurodegenerative causes of death among retired national football league players. Neurology. 2012; 79:1970–1974. [PubMed: 22955124]

45. Lindsay J, Laurin D, Verreault R, Hébert R, Helliwell B, Hill GB, et al. Risk factors for Alzheimer's disease: A prospective analysis from the canadian study of health and aging. American Journal of Epidemiology. 2002; 156:445–453. [PubMed: 12196314]

46. Lolekha P, Phanthumchinda K, Bhidayasiri R. Prevalence and risk factors of parkinson's disease in retired thai traditional boxers. Mov Disord. 2010; 25:1895–1901. [PubMed: 20669292]

47. Malaspina D, Goetz RR, Friedman JH, Kaufmann CA, Faraone SV, Tsuang M, et al. Traumatic brain injury and schizophrenia in members of schizophrenia and bipolar disorder pedigrees. Am J Psychiatry. 2001; 158:440–446. [PubMed: 11229986]

48. Martland HS. Punch drunk. Journal of the American Medical Association. 1928; 91:1103–1107.

49. Martyn CN, Osmond C. Parkinson's disease and the environment in early life. J Neurol Sci. 1995; 132:201–206. [PubMed: 8543949]

50. Mayeux R, Ottman R, Maestre G, Ngai C, Tang MX, Ginsberg H, et al. Synergistic effects of traumatic head injury and apolipoprotein-epsilon 4 in patients with alzheimer's disease. Neurology. 1995; 45:555–557. [PubMed: 7898715]

51. McCann SJ, LeCouteur DG, Green AC, Brayne C, Johnson AG, Chan D, et al. The epidemiology of parkinson's disease in an australian population. Neuroepidemiology. 1998; 17:310–317. [PubMed: 9778597]

52. McKee AC, Cantu RC, Nowinski CJ, Hedley-Whyte ET, Gavett BE, Budson AE, et al. Chronic traumatic encephalopathy in athletes: Progressive tauopathy after repetitive head injury. J Neuropathol Exp Neurol. 2009; 68:709–735. [PubMed: 19535999]

53. McKee AC, Gavett BE, Stern RA, Nowinski CJ, Cantu RC, Kowall NW, et al. TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. J Neuropathol Exp Neurol. 2010; 69:918–929. [PubMed: 20720505]

54. McKee AC, Stern RA, Nowinski CJ, Stein TD, Alvarez VE, Daneshvar DH, et al. The spectrum of disease in chronic traumatic encephalopathy. Brain. 2013; 136:43–64. [PubMed: 23208308]

55. Mehta KM, Ott A, Kalmijn S, Slooter AJ, van Duijn CM, Hofman A, et al. Head trauma and risk of dementia and alzheimer's disease: The rotterdam study. Neurology. 1999; 53:1959–1962. [PubMed: 10599765]

56. Moher D, Liberati A, Tetzlaff J, Altman DG. PRISMA Group. Preferred reporting items for systematic reviews and meta-analyses: The PRISMA statement. PLoS Med. 2009; 6:e1000097. [PubMed: 19621072]

57. Mollica RF, Lyoo IK, Chernoff MC, Bui HX, Lavelle J, Yoon SJ, et al. Brain structural abnormalities and mental health sequelae in south vietnamese ex-political detainees who survived traumatic head injury and torture. Arch Gen Psychiatry. 2009; 66:1221–1232. [PubMed: 19884610]

58. Mortimer JA, van Duijn CM, Chandra V, Fratiglioni L, Graves AB, Heyman A, et al. Head trauma as a risk factor for alzheimer's disease: A collaborative re-analysis of case-control studies EURODEM risk factors research group. Int J Epidemiol. 1991; 20(Suppl 2):S28–S35. [PubMed: 1833351]

59. National Center for Injury Prevention and Control (US). Report to Congress on Mild Traumatic Brain Injury in the United States: Steps to Prevent a Serious Public Health Problem. Centers for Disease Control and Prevention; 2003.

**EXHIBIT C-5**

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

60. Nelson LA, Rhoades DA, Noonan C, Manson SM. AI-SUPERPFP Team. Traumatic brain injury and mental health among two american indian populations. J Head Trauma Rehabil. 2007; 22:105–112. [PubMed: 17414312]

61. Nielsen AS, Mortensen PB, O'Callaghan E, Mors O, Ewald H. Is head injury a risk factor for schizophrenia? Schizophr Res. 2002; 55:93–98. [PubMed: 11955968]

62. Ogunniyi A, Hall KS, Gureje O, Baiyewu O, Gao S, Unverzagt FW, et al. Risk factors for incident alzheimer's disease in african americans and yoruba. Metab Brain Dis. 2006; 21:235–240. [PubMed: 16850256]

63. O'Meara ES, Kukull WA, Sheppard L, Bowen JD, McCormick WC, Teri L, et al. Head injury and risk of alzheimer's disease by apolipoprotein E genotype. Am J Epidemiol. 1997; 146:373–384. [PubMed: 9290497]

64. Plassman BL, Havlik RJ, Steffens DC, Helms MJ, Newman TN, Drosdick D, et al. Documented head injury in early adulthood and risk of alzheimer's disease and other dementias. Neurology. 2000; 55:1158–1166. [PubMed: 11071494]

65. Polusny MA, Kehle SM, Nelson NW, Erbes CR, Arbisi PA, Thuras P. Longitudinal effects of mild traumatic brain injury and posttraumatic stress disorder comorbidity on postdeployment outcomes in national guard soldiers deployed to iraq. Arch Gen Psychiatry. 2011; 68:79–89. [PubMed: 21199967]

66. Priyadarshi A, Khuder SA, Schaub EA, Shrivastava S. A meta-analysis of parkinson's disease and exposure to pesticides. Neurotoxicology. 2000; 21:435–440. [PubMed: 11022853]

67. Rajkumar AP, Thangadurai P, Senthilkumar P, Gayathri K, Prince M, Jacob KS. Nature, prevalence and factors associated with depression among the elderly in a rural south indian community. Int Psychogeriatr. 2009; 21:372–378. [PubMed: 19243657]

68. Rasmusson DX, Brandt J, Martin DB, Folstein MF. Head injury as a risk factor in alzheimer's disease. Brain Inj. 1995; 9:213–219. [PubMed: 7606235]

69. Rippon GA, Tang MX, Lee JH, Lantigua R, Medrano M, Mayeux R. Familial alzheimer disease in latinos: Interaction between APOE, stroke, and estrogen replacement. Neurology. 2006; 66:35–40. [PubMed: 16401842]

70. Rosso SM, Landweer EJ, Houterman M, Donker Kaat L, van Duijn CM, van Swieten JC. Medical and environmental risk factors for sporadic frontotemporal dementia: A retrospective case-control study. J Neurol Neurosurg Psychiatry. 2003; 74:1574–1576. [PubMed: 14617722]

71. Rugbjerg K, Ritz B, Korbo L, Martinussen N, Olsen JH. Risk of parkinson's disease after hospital contact for head injury: Population based case-control study. BMJ. 2008; 337:a2494. [PubMed: 19074944]

72. Salib E, Hillier V. Head injury and the risk of alzheimer's disease: A case control study. Int J Geriatr Psychiatry. 1997; 12:363–368. [PubMed: 9152722]

73. Sanyal J, Chakraborty DP, Sarkar B, Banerjee TK, Mukherjee SC, Ray BC, et al. Environmental and familial risk factors of parkinsons disease: Case-control study. Can J Neurol Sci. 2010; 37:637–642. [PubMed: 21059511]

74. Schmidt S, Kwee LC, Allen KD, Oddone EZ. Association of ALS with head injury, cigarette smoking and APOE genotypes. J Neurol Sci. 2010; 291:22–29. [PubMed: 20129626]

75. Schofield PW, Tang M, Marder K, Bell K, Dooneief G, Chun M, et al. Alzheimer's disease after remote head injury: An incidence study. J Neurol Neurosurg Psychiatry. 1997; 62:119–124. [PubMed: 9048710]

76. Seidler A, Hellenbrand W, Robra BP, Vieregge P, Nischan P, Joerg J, et al. Possible environmental, occupational, and other etiologic factors for parkinson's disease: A case-control study in germany. Neurology. 1996; 46:1275–1284. [PubMed: 8628466]

77. Shitaka Y, Tran HT, Bennett RE, Sanchez L, Levy MA, Dikranian K, et al. Repetitive closed-skull traumatic brain injury in mice causes persistent multifocal axonal injury and microglial reactivity. J Neuropathol Exp Neurol. 2011; 70:551–567. [PubMed: 21666502]

78. Shively S, Scher AI, Perl DP, Diaz-Arrastia R. Dementia resulting from traumatic brain injury: What is the pathology? Arch Neurol. 2012; 69:1245–1251. [PubMed: 22776913]

**EXHIBIT C-5**

79. Silver JM, Kramer R, Greenwald S, Weissman M. The association between head injuries and psychiatric disorders: Findings from the new haven NIMH epidemiologic catchment area study. Brain Inj. 2001; 15:935–945. [PubMed: 11689092]

80. Smargiassi A, Mutti A, De Rosa A, De Palma G, Negrotti A, Calzetti S. A case-control study of occupational and environmental risk factors for parkinson's disease in the emilia-romagna region of italy. Neurotoxicology. 1998; 19:709–712. [PubMed: 9745932]

81. Smith K, Flicker L, Dwyer A, Atkinson D, Almeida OP, Lautenschlager NT, et al. Factors associated with dementia in aboriginal australians. Aust N Z J Psychiatry. 2010; 44:888–893. [PubMed: 20932202]

82. Stern RA, Daneshvar DH, Baugh CM, Seichepine DR, Montenigro PH, Riley DO, et al. Clinical presentation of chronic traumatic encephalopathy. Neurology. 2013; 81:1122–1129. [PubMed: 23966253]

83. Sterne JA, Egger M. Funnel plots for detecting bias in meta-analysis: Guidelines on choice of axis. J Clin Epidemiol. 2001; 54:1046–1055. [PubMed: 11576817]

84. Stroup DF, Berlin JA, Morton SC, Olkin I, Williamson GD, Rennie D, et al. Meta-analysis of observational studies in epidemiology: A proposal for reporting meta-analysis of observational studies in epidemiology (MOOSE) group. JAMA. 2000; 283:2008–2012. [PubMed: 10789670]

85. Suhanov AV, Pilipenko PI, Korczyn AD, Hofman A, Voevoda MI, Shishkin SV, et al. Risk factors for alzheimer's disease in russia: A case-control study. Eur J Neurol. 2006; 13:990–995. [PubMed: 16930366]

86. Sundstrom A, Nilsson LG, Cruts M, Adolfsson R, Van Broeckhoven C, Nyberg L. Increased risk of dementia following mild head injury for carriers but not for non-carriers of the APOE epsilon4 allele. Int Psychogeriatr. 2007; 19:159–165. [PubMed: 16684399]

87. Taylor CA, Saint-Hilaire MH, Cupples LA, Thomas CA, Burchard AE, Feldman RG, et al. Environmental, medical, and family history risk factors for parkinson's disease: A new england-based case control study. Am J Med Genet. 1999; 88:742–749. [PubMed: 10581500]

88. Terrell TR, Bostick RM, Abramson R, Xie D, Barfield W, Cantu R, et al. APOE, APOE promoter, and tau genotypes and risk for concussion in college athletes. Clin J Sport Med. 2008; 18:10–17. [PubMed: 18185033]

89. Tran HT, LaFerla FM, Holtzman DM, Brody DL. Controlled cortical impact traumatic brain injury in 3xTg-AD mice causes acute intra-axonal amyloid-beta accumulation and independently accelerates the development of tau abnormalities. J Neurosci. 2011; 31:9513–9525. [PubMed: 21715616]

90. Tripathi M, Vibha D, Gupta P, Bhatia R, Srivastava MV, Vivekanandhan S, et al. Risk factors of dementia in north india: A case-control study. Aging Ment Health. 2012; 16:228–235. [PubMed: 21714688]

91. Tsai CH, Lo SK, See LC, Chen HZ, Chen RS, Weng YH, et al. Environmental risk factors of young onset parkinson's disease: A case-control study. Clin Neurol Neurosurg. 2002; 104:328–333. [PubMed: 12140099]

92. Tsolaki M, Fountoulakis K, Chantzi E, Kazis A. Risk factors for clinically diagnosed alzheimer's disease: A case-control study of a greek population. Int Psychogeriatr. 1997; 9:327–341. [PubMed: 9513031]

93. Turner MR, Abisgold J, Yeates DG, Talbot K, Goldacre MJ. Head and other physical trauma requiring hospitalisation is not a significant risk factor in the development of ALS. J Neurol Sci. 2010; 288:45–48. [PubMed: 19878957]

94. Tyas SL, Pederson LL, Koval JJ. Is smoking associated with the risk of developing alzheimer's disease? results from three canadian data sets. Ann Epidemiol. 2000; 10:409–416. [PubMed: 11018343]

95. Unverzagt FW, Ogunniyi A, Taler V, Gao S, Lane KA, Baiyewu O, et al. Incidence and risk factors for cognitive impairment no dementia and mild cognitive impairment in african americans. Alzheimer Dis Assoc Disord. 2011; 25:4–10. [PubMed: 20921881]

96. van Reekum R, Cohen T, Wong J. Can traumatic brain injury cause psychiatric disorders? J Neuropsychiatry Clin Neurosci. 2000; 12:316–327. [PubMed: 10956565]

**EXHIBIT C-5**

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

Perry et al. Page 16

97. Vanderploeg RD, Belanger HG, Curtiss G. Mild traumatic brain injury and posttraumatic stress disorder and their associations with health symptoms. Arch Phys Med Rehabil. 2009; 90:1084–1093. [PubMed: 19577020]

98. Werneck AL, Alvarenga H. Genetics, drugs and environmental factors in parkinson's diseaseA case-control study. Arq Neuropsiquiatr. 1999; 57:347–355. [PubMed: 10450337]

99. Zhang QG, Laird MD, Han D, Nguyen K, Scott E, Dong Y, et al. Critical role of NADPH oxidase in neuronal oxidative damage and microglia activation following traumatic brain injury. PLoS One. 2012; 7:e34504. [PubMed: 22485176]

**EXHIBIT C-5**



**Figure 1.**
Flow chart depicting study identification and screening

**EXHIBIT C-5**



**Figure 2.**
Individual and pooled odds ratios for all included studies (to be aligned with Table 1).

**EXHIBIT C-5**





**Figure 3.**
Publication bias analysis. (A) Funnel plot of OR versus total sample size. (B) Funnel plot of OR versus total sample size after excluding the three studies with largest sample sizes (Rugbjerg 2008, Nielson 2001, and Turner 2010). (C) Plot of the logarithm of the OR after excluding the three largest sample size studies compared to the standard error of the logarithm of the OR showing a regression line and 95% confidence interval with slope that is not statistically significantly different from 0.

**EXHIBIT C-5**

**Table 1**

Individual and pooled odds ratios for all included studies

| Study | Cases (# with TBI/ # without TBI) | Controls (# with TBI/ # without TBI) | OR | 95% CI |
|---|---|---|---|---|
| **Neurological diagnosis** | | | | |
| **Dementia** | | | | |
| Salib 1997[b,c,d,e] | 96/266 | 23/153 | 2.40 | 1.46–3.95 |
| Schofield 1997[b,e,g] | 6/41 | 21/198 | 1.38 | 0.52–3.61 |
| Mehta 1999[d,e,g] | 11/118 | 788/5728 | 0.68 | 0.36–1.26 |
| Plassman 2000[b,e,f,g] | 28/26 | 520/1202 | 2.49 | 1.45–4.29 |
| Sundstrom 2007[b,e,h] | 25/156 | 46/316 | 1.10 | 0.65–1.86 |
| Smith 2010[e] | 31/14 | 154/164 | 2.36 | 1.21–4.60 |
| Tripathi 2012[e] | 22/128 | 35/115 | 0.56 | 0.31–1.02 |
| **Pooled OR** | | | **1.36** | **0.84–2.19** |
| **Alzheimer's disease** | | | | |
| Forster 1995[b] | 25/84 | 22/87 | 1.18 | 0.62–2.25 |
| Rasmusson 1995[b,d,e] | 20/48 | 1/33 | 13.75 | 1.76–107.53 |
| Salib 1997[a] | 53/145 | 23/153 | 2.43 | 1.42–4.17 |
| Schofield 1997[a] | 4/34 | 23/205 | 1.05 | 0.34–3.22 |
| Tsolaki 1997 | 14/47 | 15/54 | 1.07 | 0.47–2.45 |
| O'Meara 1997[b,e] | 32/317 | 16/326 | 2.06 | 1.11–3.82 |
| Boston 1999 | 30/192 | 23/117 | 0.79 | 0.44–1.43 |
| Mehta 1999[a] | 6/85 | 788/5728 | 0.51 | 0.22–1.18 |
| Guo 2000[e] | 394/1782 | 127/2313 | 4.03 | 3.27–4.96 |
| Plassman 2000[a] | 17/18 | 520/1202 | 2.18 | 1.12–4.27 |
| Tyas 2000 | 203/821 | 93/605 | 1.61 | 1.23–2.10 |
| Lindsay 2002[g] | 28/151 | 603/2963 | 0.91 | 0.60–1.38 |
| Bachman 2003[e] | 397/1538 | 84/760 | 2.34 | 1.82–3.00 |
| Guskiewicz 2005[e] | 15/7 | 1148/732 | 1.37 | 0.56–3.37 |
| Ogunniyi Nigeria 2006[g] | 2/60 | 11/450 | 1.36 | 0.30–6.30 |
| Ogunniyi USA 2006[g] | 5/84 | 37/344 | 0.55 | 0.21–1.45 |
| Rippon 2006[e] | 72/78 | 648/700 | 1.00 | 0.71–1.40 |
| Suhanov 2006[d,e] | 46/214 | 30/230 | 1.65 | 1.00–2.71 |
| Fischer 2008[g] | 4/86 | 37/352 | 0.44 | 0.15–1.27 |
| **Pooled OR** | | | **1.40** | **1.02–1.90** |
| **Parkinson's disease** | | | | |
| Martyn 1995[e] | 11/156 | 35/301 | 0.61 | 0.30–1.23 |

*J Neurosurg*. Author manuscript; available in PMC 2017 February 01.

**EXHIBIT C-5**

| Study | Cases (# with TBI/ # without TBI) | Controls (# with TBI/ # without TBI) | OR | 95% CI |
|---|---|---|---|---|
| De Michele 1996[d,e] | 13/103 | 3/113 | 4.75 | 1.32–17.16 |
| Seidler 1996[e] | . | . | 1.40 | 0.85–2.30 |
| McCann 1998[d,e] | . | . | 1.10 | 0.64–1.90 |
| Smargiassi 1998[d,e] | 13/73 | 5/81 | 2.88 | 0.98–8.49 |
| Kuopio 1999[d,e,h] | 39/84 | 84/162 | 0.90 | 0.56–1.42 |
| Taylor 1999[b,e] | 35/105 | 11/136 | 4.12 | 2.00–8.50 |
| Werneck 1999 | 17/75 | 14/96 | 1.55 | 0.72–3.35 |
| Tsai 2002[b,e] | 11/19 | 5/25 | 2.89 | 0.86–9.75 |
| Baldereschi 2003[d,e,g] | 8/105 | 403/3980 | 0.75 | 0.36–1.56 |
| Bower 2003[b,c,e,f] | 2/183 | 2/193 | 1.05 | 0.15–7.57 |
| Goldman 2006[b,c,e,h] | 20/73 | 9/84 | 2.56 | 1.10–5.96 |
| Dick 2007[d,e] | . | . | 1.30 | 1.09–1.55 |
| Rugbjerg 2008[b,e,f] | 409/13194 | 1513/66792 | 1.37 | 1.22–1.53 |
| Sanyal 2010 | 27/148 | 25/325 | 2.37 | 1.33–4.23 |
| **Pooled OR** | | | **1.45** | **1.18–1.78** |
| **Amyotrophic lateral sclerosis** | | | | |
| Chen 2007[b,e,h] | 24/85 | 42/213 | 1.43 | 0.82–2.51 |
| Binazzi 2009[b] | 16/61 | 23/162 | 1.85 | 0.91–3.73 |
| Schmidt 2010[b,e,h] | 84/157 | 185/412 | 1.19 | 0.87–1.64 |
| Turner 2010[b,e,f,g] | 41/34 | 106552/511831 | 5.79 | 3.68–9.13 |
| **Pooled OR** | | | **2.07** | **0.94–4.56** |
| **Frontotemporal dementia** | | | | |
| Rosso 2003[b,e] | 19/61 | 10/114 | 3.55 | 1.55–8.11 |
| **Vascular dementia** | | | | |
| Boston 1999 | 3/31 | 23/117 | 0.49 | 0.14–1.75 |
| **Mild cognitive impairment** | | | | |
| Guskiewicz 2005[e] | 19/3 | 450/286 | 4.03 | 1.18–13.73 |
| Unverzagt 2011[g] | . | . | 2.40 | 1.34–4.30 |
| **Pooled OR** | | | **2.69** | **1.51–4.77** |
| **Pooled OR Neurologic** | | | **1.55** | **1.31–1.83** |
| **Psychiatric diagnosis** | | | | |
| **Depression** | | | | |
| Malaspina 2001 | 107/661 | 22/355 | 2.61 | 1.62–4.21 |
| Polusny 2001[b,c,e,g] | . | . | 1.47 | 1.10–1.97 |
| Silver 2001[e] | 40/243 | 321/4430 | 2.27 | 1.60–3.23 |
| Holsinger 2002[b,c,e,f,g] | 96/160 | 387/974 | 1.51 | 1.14–2.00 |

**EXHIBIT C-5**

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

| Study | Cases (# with TBI/ # without TBI) | Controls (# with TBI/ # without TBI) | OR | 95% CI |
|---|---|---|---|---|
| Guskiewicz 2007[e] | 206/63 | 1272/893 | 2.30 | 1.71–3.08 |
| Gao 2009 | 38/497 | 28/1174 | 3.21 | 1.95–5.28 |
| Mollica 2009[d,e] | 10/3 | 6/23 | 12.78 | 2.65–61.56 |
| Rajkumar 2009[d,e] | 19/108 | 33/840 | 4.48 | 2.46–8.15 |
| Vanderploeg 2009[b,e,g] | 36/43 | 242/505 | 1.75 | 1.09–2.79 |
| Bryant 2010[b,c,e,f,g] | 56/265 | 77/419 | 1.15 | 0.79–1.68 |
| **Pooled OR** | | | **2.14** | **1.65–2.77** |
| **Psychotic disorder** | | | | |
| Malaspina 2001 | 22/107 | 22/355 | 3.32 | 1.77–6.23 |
| Nielsen 2001[b,e,f] | 278/7854 | 3394/78710 | 0.82 | 0.72–0.93 |
| Silver 2001[a] | 12/89 | 349/4584 | 1.77 | 0.96–3.27 |
| AbdelMalik 2003[b] | 23/44 | 22/80 | 1.90 | 0.95–3.79 |
| Fann 2004[a] | . | . | 1.10 | 0.39–3.10 |
| **Pooled OR** | | | **1.57** | **0.83–2.97** |
| **Bipolar disorder** | | | | |
| DelBello 1999[b,c,d,e,g] | 4/17 | 3/13 | 1.02 | 0.19–5.37 |
| Malaspina 2001 | 28/207 | 22/355 | 2.18 | 1.22–3.91 |
| Silver 2001[a] | 6/51 | 355/4622 | 1.53 | 0.65–3.59 |
| **Pooled OR** | | | **1.85** | **1.17–2.94** |
| **Mixed affective disorder** | | | | |
| Fann 2004[b,f,g] | . | . | 1.50 | 0.98–2.30 |
| Nelson 2007[b] | 76/248 | 318/2045 | 1.97 | 1.49–2.62 |
| **Pooled OR** | | | **1.84** | **1.44–2.36** |
| **Pooled OR Psychiatric** | | | **2.00** | **1.50–2.66** |
| **Overall Pooled OR** | | | **1.67** | **1.44–1.93** |

[a] Studies that were not included in the overall analysis or pooled neurologic/psychiatric analyses because diagnostic groups within the study were not mutually exclusive. Studies that were included in subgroup analyses:

[b] clearest interval between TBI and symptom onset,

[c] meeting mild TBI criteria for loss of consciousness,

[d] requiring loss of consciousness,

[e] requiring at least one mild TBI feature,

[f] TBI diagnoses not based on self-report,

[g] cohort studies, and

[h] analysis of risk of repeated TBI

**EXHIBIT C-5**

**Table 2**

Design and TBI features reported for each included study

| Study | Study design | Age at head injury, mean | Interval between injury and diagnosis, mean | Required TBI characteristics | Additional TBI information |
|---|---|---|---|---|---|
| **Neurological diagnosis** | | | | | |
| **Dementia** | | | | | |
| Salib (1997) | Case-control | | 7.3 years | None given | Grouped by with or without LOC |
| Schofield (1997) | Cohort | | | LOC or PTA | |
| Mehta (1999) | Cohort | | Grouped | LOC | Grouped by LOC< or > 15 minutes |
| Plassman (2000) | Cohort | | | MC and LOC or PTA or nondisplaced skull fracture | Excluded if penetrated dura or resulted in significant sequelae 3 months after TBI, severity ranked with mild group having LOC or PTA<30 minutes and no skull fracture |
| Sundstrom (2007) | Case-control | | 5 years | MC | |
| Smith (2010) | Cross-sectional | | | None given | |
| Tripathi (2012) | Case-control | | | LOC or PTA or a symptom of PCS | |
| **Alzheimer's disease** | | | | | |
| Forster (1995) | Case-control | Grouped (in adulthood or childhood) | | None given | |
| Rasmusson (1995) | Case-control | 27.2 in sporadic Alzheimer's group, 45.2 in familial Alzheimer's group | >5 years (mean 33.4 years in sporadic Alzheimer's group, 18.67 in familial Alzheimer's group) | None given | Excluded if head injury resulted in "immediate, permanent cognitive or functional impairment," head injury with LOC reported separately. Distinction made between mild and severe but not defined. |
| Salib (1997) | Case-control | | 7.9 years | None given | Grouped by with or without LOC |
| Schofield (1997) | Cohort | | 14.5 years | LOC or PTA | |
| Tsolaki (1997) | Case-control | | | None given | |
| O'Meara (1997) | Case-control | 46 (range 10-85) | 34 years (range 1-72) | MC or LOC | |

**EXHIBIT C-5**

Perry et al.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

| Study | Study design | Age at head injury, mean | Interval between injury and diagnosis, mean | Required TBI characteristics | Additional TBI information |
|---|---|---|---|---|---|
| Boston (1999) | Case-control | | | None given | |
| Mehta (1999) | Cohort | | Grouped | LOC | Grouped by LOC< or > 15 minutes |
| Guo (2000) | Case-control | | | MC or LOC | |
| Plassman (2000) | Cohort | | | MC and LOC or PTA or nondisplaced skull fracture | Excluded if penetrated dura or resulted in significant sequelae 3 months after TBI, severity ranked with mild group having LOC or PTA<30 minutes and no skull fracture |
| Tyas (2000) | Cross-sectional | | | None given | |
| Lindsay (2002) | Cohort | | | None given | Both with and without LOC |
| Bachman (2003) | Case-control | | | MC | |
| Guskiewicz (2005) | Cross-sectional | | | AMS and one symptom of PCS | |
| Ogunniyi Nigeria (2006) | Cohort | | | None given | |
| Ogunniyi USA (2006) | Cohort | | | None given | |
| Rippon (2006) | Cross-sectional | | | LOC or PTA | |
| Suhanov (2006) | Case-control | | | LOC | |
| Fischer (2008) | Cohort | | | None given | |
| **Parkinson's disease** | | | | | |
| Martyn (1995) | Case-control | | | LOC or MC | |
| De Michele (1996) | Case-control | | | LOC | |
| Seidler (1996) | Case-control | | | PTA or PCS | |
| McCann (1998) | Case-control | | | LOC | |
| Smargiassi (1998) | Case-control | | | LOC | |
| Kuopio (1999) | Case-control | | | None given | Records number with and without LOC and duration of LOC < or > 5 minutes |
| Taylor (1999) | Case-control | 16.3 | 36.5 years | LOC or AMS or ND or PCS | |
| Werneck (1999) | Case-control | | | None given | |
| Tsai (2002) | Case-control | 18.5 | 17.2 years | LOC or PTA or PCS or ND | |
| Baldereschi (2003) | Cohort | | | LOC | |

**EXHIBIT C-5**

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

| Study | Study design | Age at head injury, mean | Interval between injury and diagnosis, mean | Required TBI characteristics | Additional TBI information |
|---|---|---|---|---|---|
| Bower (2003) | Case-control | | >3 years (range 3–55, median 29 years for TBI of all severities in study) | PTA | Excluded from this group if LOC>1 minute, PTA>30 minutes, or imaging abnormal. Mild TBI with LOC, moderate, and severe TBI analyzed separately |
| Goldman (2006) | Case-control | 25.7 | 36.9 years (range 2–70), separate analysis reported of only those >10 years | LOC or PTA | |
| Dick (2007) | Case-control | | | LOC | |
| Rugbjerg (2008) | Case-control | | Grouped, >1 year data used | MC | Excluded if imaging abnormal |
| Sanyal (2010) | Case-control | | | None given | |
| **Amyotrophic lateral sclerosis** | | | | | |
| Chen (2007) | Case-control | Grouped | Grouped | MC | |
| Binazzi (2009) | Case-control | Grouped | Grouped | None given | |
| Schmidt (2010) | Case-control | Grouped | Grouped (2–80+ years) | LOC or MC | |
| Turner (2010) | Cohort | | | MC | |
| **Frontotemporal dementia** | | | | | |
| Rosso (2003) | Case-control | | | PCS or LOC or PTA | |
| **Vascular dementia** | | | | | |
| Boston (1999) | Case-control | | | None given | |
| **Mild cognitive impairment** | | | | | |
| Guskiewicz (2005) | Cross-sectional | | | AMS and one symptom of PCS | |
| Unverzagt (2011) | Cohort | | | None given | |
| **Psychiatric diagnosis** | | | | | |
| **Depression** | | | | | |
| Malaspina (2001) | Case-control | | | None given | Severity grouped by LOC duration with "severe" TBI having LOC >15 minutes |

**EXHIBIT C-5**

Author Manuscript  Author Manuscript  Author Manuscript  Author Manuscript

| Study | Study design | Age at head injury, mean | Interval between injury and diagnosis, mean | Required TBI characteristics | Additional TBI information |
|---|---|---|---|---|---|
| Polusny (2001) | Cohort | | >1 year (1–2.33 years) | AMS or LOC | LOC >20 minutes excluded |
| Silver (2001) | Cross-sectional | | | LOC or AMS | |
| Holsinger (2002) | Cohort | 20.9 (includes some not in analysis) | | MC + LOC or PTA or nondisplaced skull fracture | Excluded if penetrated dura or resulted in significant sequelae 3 months after TBI |
| Guskiewicz (2007) | Cross-sectional | | | AMS and one symptom of PCS | |
| Gao (2009) | Cross-sectional | | | None given | |
| Mollica (2009) | Cross-sectional | | | LOC, PTA, and ND | |
| Rajkumar (2009) | Cross-sectional | | | LOC | |
| Vanderploeg (2009) | Cohort | | 16 years | LOC or PTA or AMS | Excluded if admitted to hospital |
| Bryant (2010) | Cohort | 37.8 | 1 year | GCS 13 | Excluded if focal deficit, imaging abnormal, or LOC >30 minutes |
| **Psychotic disorder** | | | | | |
| Malaspina (2001) | Case-control | | | None given | Severity grouped by duration LOC with "severe" TBI having LOC >15 minutes |
| Nielson (2001) | Case-control | | Grouped (>1 year) | MC | ICD9 code for concussion included, excluded if skull fracture or intracranial hemorrhage |
| Silver (2001) | Cross-sectional | | | LOC or AMS | |
| AbdelMalik (2003) | Case-control | <17 | Median 12 years | | Closed head injuries without intracranial hemorrhage or other immediate sequelae |
| Fann (2004) | Cohort | | 3 years | | By ICD9 codes - Excluded if imaging abnormal or LOC >1 hour |
| **Bipolar disorder** | | | | | |
| DelBello (1999) | Cross-sectional | 10.7 | 6.3 years | LOC | |
| Malaspina (2001) | Case-control | | | None given | Severity grouped by duration LOC with "severe" TBI having LOC >15 minutes |
| Silver (2001) | Cross-sectional | | | LOC or AMS | |

**EXHIBIT C-5**

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

| Study | Study design | Age at head injury, mean | Interval between injury and diagnosis, mean | Required TBI characteristics | Additional TBI information |
|---|---|---|---|---|---|
| **Mixed affective disorder** | | | | | |
| Fann (2004) | Cohort | | 3 years | | By ICD9 codes - Excluded if imaging abnormal or LOC>1 hour |
| Nelson (2007) | Cross-sectional | | >1 year | None given | |

"Grouped" refers to data presented in the paper by stratification or division of subjects into groups without an available mean.

AMS – alteration in mental status, GCS – Glasgow Coma Scale, LOC – loss of consciousness, MC – injury for which medical care was received, ND – Neurological deficit, PCS – post-concussion syndrome (e.g., headache, dizziness, nausea, photo- or phonophobia, fatigue, sleep difficulty, blurred vision), PTA – post-traumatic amnesia, TBI –traumatic brain injury

**EXHIBIT C-5**

**Table 3**

Results of subgroup analyses

| Analysis | Odds ratio | 95 % confidence interval | Statistical significance |
|---|---|---|---|
| **Risk of TBI when including only studies with clearest interval on:** | | | |
| All neurologic and psychiatric outcomes | 1.75 | 1.43–2.14 | $p<.001$ |
| All neurologic outcomes | 2.05 | 1.55–2.71 | $p<.001$ |
| All psychiatric outcomes | 1.38 | 0.95–2.00 | $p=.09$ |
| **Risk of TBI when including only studies meeting mild TBI requirements for maximum duration of loss of consciousness** | 1.54 | 1.18–2.01 | $p=.001$ |
| **Risk of TBI when including only studies requiring associated loss of consciousness on:** | | | |
| All neurologic and psychiatric outcomes | 1.69 | 1.18–2.44 | $p<.01$ |
| All neurologic outcomes | 1.33 | 1.00–1.75 | $p<.05$ |
| All psychiatric outcomes | 4.09 | 1.36–12.32 | $p=.01$ |
| **Risk of TBI when including only studies requiring a mild TBI feature on:** | | | |
| **All neurololgic and psychiatric outcomes** | 1.70 | 1.42–2.05 | $p<.0001$ |
| **All neurologic outcomes** | 1.67 | 1.36–2.07 | $p<.0001$ |
| **All psychiatric outcomes** | 1.81 | 1.23–2.66 | $p<.01$ |
| **Risk of TBI when eliminating studies with TBI diagnosis based on self-report on:** | | | |
| All neurologic and psychiatric outcomes | 1.62 | 1.14–2.31 | $p<.01$ |
| All neurologic outcomes | 2.38 | 1.01–5.62 | $p<.05$ |
| All psychiatric outcomes | 1.18 | 0.81–1.71 | $p=.39$ |
| **Risk of TBI when including only cohort studies on:** | | | |
| All neurologic and psychiatric outcomes | 1.38 | 1.02–-1.87 | $p<.05$ |
| All neurologic outcomes | 1.27 | 0.72–2.25 | $p=.41$ |
| All psychiatric outcomes | 1.45 | 1.23–1.71 | $p<.0001$ |
| **Risk of multiple TBIs vs one TBI on any outcome diagnosis** | 1.10 | 0.72–1.70 | $p=.65$ |

*J Neurosurg*. Author manuscript; available in PMC 2017 February 01.

**EXHIBIT C-5**



# RESEARCH

BMJ: first published as 10.1136/bmj.a2494 on 15 December 2008. Downloaded from http://www.bmj.com/ on 11 February 2023 by guest. Protected by copyright.

## Risk of Parkinson's disease after hospital contact for head injury: population based case-control study

Kathrine Rugbjerg, research fellow,[1] Beate Ritz, professor,[2] Lise Korbo, chief,[3] Nick Martinussen, data manager,[1] Jørgen H Olsen, director[1]

[1]Institute of Cancer Epidemiology, Danish Cancer Society, 49 Strandboulevarden, DK-2100 Copenhagen, Denmark

[2]Department of Epidemiology and Environmental Health Sciences, School of Public Health, University of California at Los Angeles (UCLA), USA

[3]Department of Neurology, Bispebjerg Hospital, Copenhagen

Correspondence to: K Rugbjerg rugbjerg@cancer.dk

Cite this as: BMJ 2008;337:a2494
doi:10.1136/bmj.a2494

**ABSTRACT**

**Objective** To determine whether a hospital contact for a head injury increases the risk of subsequently developing Parkinson's disease.

**Design** Population based case-control study.

**Setting** Denmark.

**Participants** 13 695 patients with a primary diagnosis of Parkinson's disease in the Danish national hospital register during 1986-2006, each matched on age and sex to five population controls selected at random from inhabitants in Denmark alive at the date of the patient's diagnosis (n=68 445).

**Main outcome measures** Hospital contacts for head injuries ascertained from hospital register; frequency of history of head injury.

**Results** An overall 50% increase in prevalence of hospital contacts for head injury was seen before the first registration of Parkinson's disease in this population (odds ratio 1.5, 95% confidence interval 1.4 to 1.7). The observed association was, however, due almost entirely to injuries that occurred during the three months before the first record of Parkinson's disease (odds ratio 8.0, 5.6 to 11.6), and no association was found between the two events when they occurred 10 or more years apart (1.1, 0.9 to 1.3).

**Conclusions** The steeply increased frequency of hospital contacts for a head injury during the months preceding the date at which Parkinson's disease was first recorded is a consequence of the evolving movement disorder rather than its cause.

## INTRODUCTION

Parkinson's disease is a movement disorder characterised mainly by rigidity, bradykinesia, postural instability, and tremor.[1][2] It has an insidious onset, usually in the second half of life. The symptoms are related to a relative deficiency of the neurotransmitter dopamine, causing imbalances in the related neural circuitry following the accelerated death of dopaminergic neurones in the substantia nigra of the brain.[3] Apart from a few patients with genetically caused parkinsonism, the reason for the degeneration is unknown, although several non-genetic risk factors have been examined. One such risk factor is previous injury to the head, a hypothesis first put forward by

James Parkinson in 1817.[4] Early case reports published in the 1920s and 1930s speculated on the association, and a relatively large number of case-control studies have been published in the past 20 years presenting odds ratios for Parkinson's disease subsequent to a head injury ranging from 0.6 to 6.2.[5-21] All but three studies suggested a positive association with a previous head injury,[11][12][14] and the association reached traditional statistical significance in eight studies.[5][7-9][15][16][20][22] All but one of these studies,[5] however, were based on self reported instances of head injury. This raised the possibility of recall bias differential by case status, such that patients were motivated to recall and report events more frequently than were control subjects. However, the hypothesis gained further strength from the positive results of a small case-control study done in the Mayo Clinic population in Olmsted County, MN, USA, which was able to ascertain information and confirm diagnoses of head injuries through a review of the medical records for both Parkinson's disease patients and population controls.[5]

Here, we report the results of the largest population based case-control study of Parkinson's disease subsequent to hospital contact for a head injury. We obtained information on diagnosis of head injury at the time of hospital contact independently of case or control status by linking patients and population controls to the files of the Danish national hospital register that has been operating for more than 30 years.

## METHODS

### Danish hospital register

The Danish national hospital register was instituted on 1 January 1977 and contains individual information on all admissions for medical conditions other than psychiatric diseases to hospitals in Denmark.[23] Information on outpatient visits, including visits to emergency rooms, was added to the register on 1 January 1994. Any contact of a Danish resident with the hospital system generates a record in the hospital register, which includes the personal identification number of the patient, the dates of admission and discharge (inpatient registration), the dates of first and last contact (outpatient registrations), the identity of the

**EXHIBIT C-6**

**RESEARCH**



**Fig 1|** Risk of Parkinson's disease after hospital admission for head injury, by time between head injury and first hospital contact for Parkinson's disease

department, a code for the main diagnosis from the hospital contact, and codes for up to 19 supplementary diagnoses. The personal identification number, which is unique to every Danish citizen, incorporates sex and date of birth and permits accurate linkage between registers and the assembly of various records linked to the same person. The diagnoses, taken at discharge from hospital, were coded according to the Danish version of the ICD-8 (international classification of diseases, 8th revision) until the end of 1993 and the 10th revision thereafter.

### Study populations

We identified 13 739 patients with a first time diagnosis of Parkinson's disease (ICD-8 code 342; ICD-10 code G20) in the files of the hospital register during the period 1986-2006; we chose 1986 in order to eliminate prevalent cases of Parkinson's disease included in the hospital register in the first years of registration. After exclusion of patients who were citizens of Greenland (n=1) and patients who were younger than 35 years at the time of first hospital admission for Parkinson's disease (n=43), we were left with a case group of 13 695 patients: 7423 men and 6272 women (table 1).

Among the patients included in this study, 6134 (45%) received their first diagnosis of Parkinson's disease in a specialised neurological treatment centre. In the risk analysis, we regarded the date of first hospital contact (the index date) as the date of diagnosis of Parkinson's disease. For each patient, we chose five control subjects at random from the Danish central population register from among all inhabitants of the same sex and year of birth who were alive at the index date of their respective case (incidence density sampling). Although we aimed to recruit five control subjects for each case, 26 cases were matched with either two, three, or four controls, yielding a total of 68 445 controls (table 1).

### Register information on head injuries

We re-linked cases and linked controls to the files of the Danish hospital register to ascertain hospital contacts for head injury that occurred before the index dates and after 1 January 1977. We reviewed records for the

occurrence of concussion (ICD-8 850; ICD-10 S06.0), fractured skull (800, 801, 803; S02.0, S02.1, S02.7-S02.9), traumatic intracranial haemorrhage (852, 853; S06.4, S06.5, S06.6), and cerebral contusion (851, 854; S06.1-S06.3, S06.7-S06.9, S07.0, S07.1). As a measure of severity, we ranked head injuries in the following order: concussion < fractured skull < intracranial haemorrhage/cerebral contusion. We included both primary and supplementary diagnoses of head injuries. However, using inpatient and outpatient information to verify cases of head injury also implies that the study is unable to evaluate the consequences of mild and perhaps repeated trauma to the head as these do not usually lead to a hospital contact.

### Analyses

We compared the frequency of a history of a previous head injury in Parkinson's disease patients with that of their population controls. We expressed the association as an odds ratio derived from a conditional logistic regression analysis for matched sets. We counted study subjects who were registered with more than one head injury only once, counting the date of the first injury as the primary exposure date for lagged analyses. In injury specific analyses, we included people with head injury diagnoses in more than one category only when appropriate—that is, with their first head injury in each category. We estimated risks for various intervals between the hospital contact for a head injury and the first registration of a diagnosis of Parkinson's disease (0-3 months, 4-12 months, 1-4 years, 5-9 years, 10-14 years, 15-19 years, ≥20 years). For the subgroup of people for whom a head injury was mentioned as the primary diagnosis, we combined the information on type of injury with length of hospital stay (visit to the emergency room only and admission to hospital for



**Fig 2|** Risk of Parkinson's disease after hospital contact for head injury, by type of injury and length of admission (first year before Parkinson's disease diagnosis excluded). *No estimate owing to small numbers; category "Emergency room and <1 day" included one case and three controls with fractured skull—three with unspecific diagnoses and one with specific diagnosis. †No estimate owing to small numbers; category "Emergency room and <1 day" included two cases and five controls with traumatic intracranial haemorrhage/cerebral contusion—five with unspecific diagnoses and two with specific diagnoses

EXHIBIT C-6

BMJ: first published as 10.1136/bmj.a2494 on 15 December 2008. Downloaded from http://www.bmj.com/ on 11 February 2023 by guest. Protected by copyright.

BMJ: first published as 10.1136/bmj.a2494 on 15 December 2008. Downloaded from http://www.bmj.com/ on 11 February 2023 by guest. Protected by copyright.

**RESEARCH**

less than one day < one to six days < more than six days) to evaluate not only whether Parkinson's disease is related to a previous head injury but also whether the association is restricted to particular characteristics of the injury, including the degree of severity. For this, we evaluated linear trends with a $\chi^2$ test. We used SAS software version 9.1 for all analyses.

### Validation of the diagnosis of Parkinson's disease

To validate the diagnosis of Parkinson's disease listed in the hospital register, we used a continuously updated national prescription database started on 1 January 1995, which covers all prescribed drugs dispensed at any pharmacy in the country.[24] We thus established a full prescription history since 1995 for 2572 (19%) patients whose first hospital contact for Parkinson's disease was in the period 2002-6. We found that treatment for Parkinson's disease (ATC code N04B: L-dopa, dopamine agonists, COMT, and MAO-B inhibitors) had been prescribed for 2353 (91%) patients

and that for 1929 (75%) of them the drug treatments were established through the general practitioner before the first hospital contact. Patients started treatment on average three years before the contact.

### RESULTS

The average age of patients at their first hospital contact for Parkinson's disease was 73.0 years (72.5 for men and 73.6 for women). More than 90% were born before 1940 (table 1). Of the patients, 566 (4.1%) were reported as having had at least one hospital contact for a head injury before the index date. For the 68 445 population controls (37 101 men and 31 344 women), the corresponding figure was 1904 (2.8%) (table 1). Thus, a head injury of any type was significantly more prevalent among people in whom Parkinson's disease was subsequently diagnosed than among population controls (odds ratio 1.5, 95% confidence interval 1.4 to 1.7).

As indicated in figure 1, which shows the estimated relative risks for Parkinson's disease by time between the two medical events, the increased overall risk of Parkinson's disease seemed to be due almost entirely to head injuries that occurred during the three months before a first hospital contact for the disease (odds ratio 8.0, 5.6 to 11.6). Head injuries that had occurred within four months to nine years before were associated with only a modestly increased risk of Parkinson's disease (1.5, 1.3 to 1.7), and those occurring even more distantly in time showed no association (≥10 years: 1.1, 0.9 to 1.3). Similar analyses done separately for each of the three sub-entities of head injuries (concussion of the brain, fractured skull, and traumatic intracranial haemorrhage/cerebral contusion) showed a risk pattern comparable to the one for all types of head injuries combined (table 2). The estimated risk for concussion, representing the mildest forms of head injury, showed some increase in all time windows from zero to nine years before diagnosis of Parkinson's disease, but we found a clear negative trend with increasing time between the two events (P<0.0001) (table 2).

For the subset of people for whom the head injury was the main diagnosis and the primary reason for the hospital contact, we combined type of injury and length of stay in hospital as a proxy measure for severity. In this analysis, we excluded head injuries registered within one year of a first record of Parkinson's disease, as we considered that such injuries might have been a result of the evolving movement disorder rather than a risk factor. We found no indication of an increased risk of Parkinson's disease after an accident that resulted in a fractured skull or intracranial haemorrhage/cerebral contusion, irrespective of length of stay in hospital for the injury (fig 2). Moreover, this analysis substantiated the finding in the overall analysis of a moderately increased risk of Parkinson's disease after concussion, but with no clear trend in risk with increasing length of hospital stay (P=0.52). In a further analysis, when we excluded head injuries registered in the five year period before first contact for Parkinson's disease, we found

**Table 1 | Characteristics of patients with Parkinson's disease and population controls. Values are numbers (percentages)**

| Characteristic | Patients with Parkinson's disease (n=13 695) | Population controls (n=68 445) |
|---|---|---|
| **No of controls per case** | | |
| 5 | 13 669 | 68 345 |
| 4 | 23 | 92 |
| 3 | 2 | 6 |
| 2 | 1 | 2 |
| **Sex:** | | |
| Male | 7 423 (54.2) | 37 101 (54.2) |
| Female | 6 272 (45.8) | 31 344 (45.8) |
| **Age at index date (years)*** | | |
| 35-44 | 149 (1.1) | 725 (1.1) |
| 45-54 | 506 (3.7) | 2 535 (3.7) |
| 55-64 | 1 658 (12.1) | 8 265 (12.1) |
| 65-74 | 4 575 (33.4) | 22 882 (33.4) |
| 75-84 | 5 723 (41.8) | 28 547 (41.7) |
| 85-94 | 1 070 (7.8) | 5 429 (7.9) |
| 95-99 | 14 (0.1) | 62 (0.1) |
| **Year of birth** | | |
| Before 1900 | 54 (0.4) | 270 (0.4) |
| 1900-9 | 1 406 (10.3) | 7 030 (10.3) |
| 1910-9 | 4 749 (34.7) | 23 741 (34.7) |
| 1920-9 | 4 379 (32.0) | 21 887 (32.0) |
| 1930-9 | 2 044 (14.9) | 10 218 (14.9) |
| 1940-9 | 819 (6.0) | 4 089 (6.0) |
| 1950-9 | 194 (1.4) | 965 (1.4) |
| 1960-9 | 50 (0.4) | 245 (0.4) |
| **Head injury†** | | |
| No | 13 129 (95.9) | 66 541 (97.2) |
| Yes: | 566 (4.1) | 1 904 (2.8) |
| Concussion | 501 (3.7) | 1 653 (2.4) |
| Fractured skull | 43 (0.3) | 170 (0.2) |
| Traumatic intracranial haemorrhage/ cerebral contusion | 68 (0.5) | 267 (0.4) |

*Date of first hospital contact for patients with Parkinson's disease and equivalent index date for controls.
†Study subjects with head injury can belong to more than one subcategory.

**EXHIBIT C-6**

**RESEARCH**

BMJ: first published as 10.1136/bmj.a2494 on 15 December 2008. Downloaded from http://www.bmj.com/ on 11 February 2023 by guest. Protected by copyright.

Table 2 | Risk of Parkinson's disease after hospital contact for head injury by type of head injury and time between medical events

| Type of head injury | No of cases/controls (n=13 695/68 445) | Odds ratio (95% CI) |
|---|---|---|
| **Concussion** | | |
| Latency: | | |
| 0-3 months | 54/41 | 6.6 (4.4 to 9.9) |
| 4-12 months | 38/99 | 1.9 (1.3 to 2.8) |
| 1-4 years | 106/298 | 1.8 (1.4 to 2.2) |
| 5-9 years | 133/480 | 1.4 (1.1 to 1.7) |
| 10-14 years | 76/320 | 1.2 (0.98 to 1.5) |
| 15-19 years | 53/254 | 1.0 (0.8 to 1.4) |
| ≥20 years | 41/161 | 1.3 (0.9 to 1.8) |
| Total | 501/1653 | 1.5 (1.4 to 1.7) |
| **Fractured skull** | | |
| Latency: | | |
| 0-3 months | 6/3 | 10.0 (2.5 to 40) |
| 4-12 months | 2/3 | 3.4 (0.6 to 20) |
| 1-4 years | 6/27 | 1.1 (0.5 to 2.7) |
| 5-9 years | 11/53 | 1.0 (0.5 to 2.0) |
| 10-14 years | 10/47 | 1.1 (0.5 to 2.1) |
| 15-19 years | 4/22 | 0.9 (0.3 to 2.6) |
| ≥20 years | 4/15 | 1.3 (0.4 to 4.0) |
| Total | 43/170 | 1.3 (0.9 to 1.8) |
| **Traumatic intracranial haemorrhage/cerebral contusion** | | |
| Latency: | | |
| 0-3 months | 19/7 | 13.6 (5.7 to 32) |
| 4-12 months | 6/27 | 1.1 (0.4 to 2.4) |
| 1-4 years | 12/64 | 0.9 (0.5 to 1.7) |
| 5-9 years | 14/86 | 0.8 (0.5 to 1.4) |
| 10-14 years | 10/45 | 1.1 (0.6 to 2.2) |
| 15-19 years | 3/28 | 0.5 (0.2 to 1.8) |
| ≥20 years | 4/10 | 2.0 (0.6 to 6.4) |
| Total | 68/267 | 1.3 (0.98 to 1.7) |

odds ratios of 1.4 (0.9 to 2.3) for concussion that led to a hospital stay of less than one day, 1.3 (1.1 to 1.6) for one to six days, and 1.3 (0.95 to 1.7) for stays of more than six days (P for trend=0.7) (data not shown). When we stratified by age at onset of Parkinson's disease, we found no difference in risk subsequent to a head injury (odds ratios 1.6, 1.3 to 2.0 for <65 years and 1.5, 1.3 to 1.7 for ≥65 years).

## DISCUSSION

In this population based case-control study of more than 13 000 patients with a primary diagnosis of Parkinson's disease recorded in the national hospital register in Denmark, a previous, medically confirmed diagnosis of a head injury treated at a hospital or clinic increased the risk of Parkinson's disease by 50% compared with age and sex matched population controls. This association was, however, due entirely to head injuries that had occurred less than 10 years before the first hospital contact for Parkinson's disease, particularly injuries occurring during the three months preceding the first hospital contact for Parkinson's disease. After exclusion of this three month period from the analysis, the results were compatible with no

association for the most serious forms of head injuries (fractured skull, traumatic intracranial haemorrhage/ cerebral contusion) and a modestly increased risk, if any, associated with a previous concussion. For concussions, furthermore, the risk decreased with increasing time between the two medical events and was not linked to the degree of severity of the concussion, as judged by the length of the hospital stay. If our finding of an overall association between a head injury and Parkinson's disease represented a true causal relation, we would have to hypothesise that the biological mechanism linking the injury to the disease must be rapid—that is, immediately inducing extensive cell death, preferentially in the substantia nigra of the brain. This seems to be an unlikely explanation. An often proposed mechanism for the purported link is that head injuries damage the blood-brain barrier, exposing the brain to inflammatory factors, toxins, and antigens.[8 22] According to McGeer and colleagues, this process, if uncontrolled, can result in chronic inflammation and activated microglia, leading to Parkinson's disease over a decade or two.[25] This hypothesised pathogenic process is clearly in conflict with the findings of our study.

### Interpretation of the results

We find it more reasonable to conclude that our findings of a positive association between head injuries and a hospital contact for Parkinson's disease can be explained by reverse causality—that is, that the frequency of head injuries before the first hospital contact for Parkinson's disease strongly increases as a consequence of the movement disorder developing rather than being its cause; thus, head injury does not seem to be causally associated with risk of Parkinson's disease. Recent findings suggesting that poor balance is an early sign of Parkinson's disease support this interpretation.[26] This conclusion is further supported by the lack of an association with injuries that occurred 10 or more years before the first hospital contact for Parkinson's disease. It is also in accordance with the observation that in most patients for whom prescription data existed, the date of the first prescription for anti-parkinsonian drugs was before the date of the first hospital contact for the disease, suggesting that the diagnosis had already been made by a physician in the primary healthcare system. Finally, we argue that the apparent absence of a relation between the severity of the head injury and the risk of Parkinson's disease further supports the interpretation of reverse causation between the two medical events.

### Comparison with earlier studies

Our results contrast with the findings of several of the earlier interview based case-control studies,[7-9 15 16 20 22] as well as a previous medical record review study in the Mayo Clinic system.[5] Two studies found that the association was enhanced when the researchers included only more severe head injuries,[5 9] and in one study the risk of Parkinson's disease remained high even after exclusion of head injuries that had occurred

EXHIBIT C-6

**RESEARCH**

BMJ: first published as 10.1136/bmj.a2494 on 15 December 2008. Downloaded from http://www.bmj.com/ on 11 February 2023 by guest. Protected by copyright.

---

<div style="border">

**WHAT IS ALREADY KNOWN ON THIS TOPIC**

Parkinson's disease is characterised by an insidious onset, with imbalance as an early sign

Parkinson's disease has been associated in several case-control studies with a self reported head injury event that occurred before the diagnosis of Parkinson's disease

**WHAT THIS STUDY ADDS**

A positive association was found between Parkinson's disease and a head injury before the diagnosis

However, the overall associations were due almost exclusively to injuries occurring months to a few years before hospital contact for Parkinson's disease

The statistical association between the two medical events reported in the literature probably has no causal basis and might be due to differential recall bias or inaccurate timing of events

</div>

in the 10 year period before the diagnosis.[9] These interview based case-control studies may, however, be influenced by recall bias, as the information on head injuries was collected from patients with prevalent Parkinson's disease and controls with no movement disorder. As patients with Parkinson's disease have an increasing number of accidental falls as the disease progresses, they might tend to recall and report head injuries more frequently when asked. This would falsely elevate the relative risk estimates for Parkinson's disease and head injury. We could not confirm the hypothesis that head injury causes the onset of Parkinson's disease at younger ages, as suggested by Maher and colleagues, who found that head injury was associated with a 3.3 year younger age at onset (P= 0.03).[27]

**Strengths and limitations**

The strengths of our study include identification of patients from a national hospital register, unbiased selection of population controls through linkage to a population registry, unbiased ascertainment and validation of head injuries among patients and controls through (re)linkage to the hospital register, and an unprecedented large number of patients. Furthermore, in this study we were able to examine the temporal relation between a diagnosis of head injury and a diagnosis of Parkinson's disease. The limitations of our study are lack of information on diagnostic details for patients with Parkinson's disease and lack of information on the date of first symptoms of Parkinson's disease or the date of first treatment with anti-parkinsonian drugs for the entire study group. Our linkage of a subgroup of patients to the files of a national prescription database revealed that 9% of cases never received treatment with anti-parkinsonian drugs, indicating some diagnostic misclassification. If this disease misclassification is non-differential with respect to exposure, it would tend to dilute—but not remove—a truly positive or negative association between a head injury and Parkinson's disease, leading to an underestimate of the risk.

Milder single and repeated head injuries were not included, as we assessed only those that resulted in at least an emergency room visit, if not a hospital visit.

This limitation applies, however, to the same extent to our controls and thus should not affect our risk estimates. If Parkinson's disease is selectively caused by mild or repeated injuries to the head, this linkage study would not be able to detect such an association.

**Contributors:** JHO and BR designed and planned the study and developed the protocol. KR and NM did the statistical analyses. KR and JHO interpreted the final data analyses and wrote the manuscript. All authors read and critically commented on the paper. KR is the guarantor.

**Funding:** This study was supported by grants from the National Institutes of Health, USA (grant No R01 ES013717) and the UCLA Udall Parkinson Disease Center of Excellence (grant No P50 NS038367). The funding source had no role in the design or analysis of the study or in the decision to submit the manuscript for publication.

**Competing interests:** None declared.

**Ethical approval:** The study protocol was approved by the Danish Data Protection Agency (No 2002-41-2112).

**Provenance and peer review:** Not commissioned; externally peer reviewed.

1  Gelb DJ, Oliver E, Gilman S. Diagnostic criteria for Parkinson's disease. Arch Neurol 1999;56:33-9.

2  Hughes AJ, Ben-Shlomo Y, Daniel SE, Lees AJ. What features improve the accuracy of clinical diagnosis in Parkinson's disease: a clinicopathologic study. Neurology 1992;42:1142-6.

3  Braak H, Bohl JR, Muller CM, Rub U, de Vos RA, Del TK. Stanley Fahn Lecture 2005: the staging procedure for the inclusion body pathology associated with sporadic Parkinson's disease reconsidered. Mov Disord 2006;21:2042-51.

4  Parkinson J. Essay on the shaking palsy. London: Whittingham and Rowland, for Sherwood, Neely and Jones, 1817.

5  Bower JH, Maraganore DM, Peterson BJ, McDonnell SK, Ahlskog JE, Rocca WA. Head trauma preceding PD: a case-control study. Neurology 2003;60:1610-5.

6  De MG, Filla A, Volpe G, De M, V, Gogliettino A, Ambrosio G, et al. Environmental and genetic risk factors in Parkinson's disease: a case-control study in southern Italy. Mov Disord 1996;11:17-23.

7  Dick FD, De PG, Ahmadi A, Scott NW, Prescott GJ, Bennett J, et al. Environmental risk factors for Parkinson's disease and parkinsonism: the Geoparkinson study. Occup Environ Med 2007;64:666-72.

8  Factor SA, Weiner WJ. Prior history of head trauma in Parkinson's disease. Mov Disord 1991;6:225-9.

9  Goldman SM, Tanner CM, Oakes D, Bhudhikanok GS, Gupta A, Langston JW. Head injury and Parkinson's disease risk in twins. Ann Neurol 2006;60:65-72.

10  Hofman A, Collette HJ, Bartelds AI. Incidence and risk factors of Parkinson's disease in the Netherlands. Neuroepidemiology 1989;8:296-9.

11  Kuopio AM, Marttila RJ, Helenius H, Rinne UK. Environmental risk factors in Parkinson's disease. Mov Disord 1999;14:928-39.

12  Martyn CN, Osmond C. Parkinson's disease and the environment in early life. J Neurol Sci 1995;132:201-6.

13  McCann SJ, LeCouteur DG, Green AC, Brayne C, Johnson AG, Chan D, et al. The epidemiology of Parkinson's disease in an Australian population. Neuroepidemiology 1998;17:310-7.

14  Morano A, Jimenez-Jimenez FJ, Molina JA, Antolin MA. Risk-factors for Parkinson's disease: case-control study in the province of Caceres, Spain. Acta Neurol Scand 1994;89:164-70.

15  Seidler A, Hellenbrand W, Robra BP, Vieregge P, Nischan P, Joerg J, et al. Possible environmental, occupational, and other etiologic factors for Parkinson's disease: a case-control study in Germany. Neurology 1996;46:1275-84.

16  Semchuk KM, Love EJ, Lee RG. Parkinson's disease: a test of the multifactorial etiologic hypothesis. Neurology 1993;43:1173-80.

17  Smargiassi A, Mutti A, De RA, De PG, Negrotti A, Calzetti S. A case-control study of occupational and environmental risk factors for Parkinson's disease in the Emilia-Romagna region of Italy. Neurotoxicology 1998;19:709-12.

18  Stern M, Dulaney E, Gruber SB, Golbe L, Bergen M, Hurtig H, et al. The epidemiology of Parkinson's disease: a case-control study of young-onset and old-onset patients. Arch Neurol 1991;48:903-7.

19  Tanner CM, Chen B, Wang WZ, Peng ML, Liu ZL, Liang XL, et al. Environmental factors in the etiology of Parkinson's disease. Can J Neurol Sci 1987;14(3 suppl):419-23.

20  Taylor CA, Saint-Hilaire MH, Cupples LA, Thomas CA, Burchard AE, Feldman RG, et al. Environmental, medical, and family history risk factors for Parkinson's disease: a New England-based case control study. Am J Med Genet 1999;88:742-9.

**EXHIBIT C-6**

**RESEARCH**

21  Wemeck AL, Alvarenga H. Genetics, drugs and environmental factors in Parkinson's disease: a case-control study. *Arq Neuropsiquiatr* 1999;57(2B):347-55.

22  Stern MB. Head trauma as a risk factor for Parkinson's disease. *Mov Disord* 1991;6:95-7.

23  Andersen TF, Madsen M, Jorgensen J, Mellemkjoer L, Olsen JH. The Danish national hospital register: a valuable source of data for modern health sciences. *Dan Med Bull* 1999;46:263-8.

24  Gaist D, Sorensen HT, Hallas J. The Danish prescription registries. *Dan Med Bull* 1997;44:445-8.

25  McGeer PL, Itagaki S, Akiyama H, McGeer EG. Rate of cell death in parkinsonism indicates active neuropathological process. *Ann Neurol* 1988;24:574-6.

26  Gao X, Chen H, Schwarzschild MA, Logroscino G, Ascherio A. Perceived imbalance and risk of Parkinson's disease. *Mov Disord* 2008;23:613-6.

27  Maher NE, Golbe LI, Lazzarini AM, Mark MH, Currie LJ, Wooten GF, et al. Epidemiologic study of 203 sibling pairs with Parkinson's disease: the GenePD study. *Neurology* 2002;58:79-84.

**Accepted:** 19 September 2008

BMJ: first published as 10.1136/bmj.a2494 on 15 December 2008. Downloaded from http://www.bmj.com/ on 11 February 2023 by guest. Protected by copyright.

**EXHIBIT C-6**

ASHA 2008 Page 1

## Best Practices in Administering VNG/ENG

Kamran Barin, Ph.D.

Balance Disorders Clinic
The Ohio State University
456 W. 10th Ave., Room 4024
Columbus, OH 43210
Phone: (614) 293-8067
email: barin.1@osu.edu





## Best Practices in Administering VNG/ENG - *Agenda*

- Best practices in administering and analyzing the caloric test
- Best practices in administering the Dix-Hallpike maneuver
- Best practices in administering the static position test
- Best practices in administering the oculomotor tests

## BEST PRACTICES IN CALORIC TESTING

**EXHIBIT C-7**

ASHA 2008 Page 2

---

### Caloric Test - *Standards*

- *American National Standards Institute (ANSI)* - Procedures for testing basic vestibular function, (1999).
- *British Society of Audiology (BSA)* -  Caloric test protocol, (1999).
  - *British Journal of Audiology.* vol. 33, no. 3, pp. 179-84.
- *Committee on Hearing, Bioacoustics, and Biomechanics (CHABA)* - Evaluation of tests for vestibular function, (1992).
  - *Aviation, Space, and Environmental Medicine,* vol. 63, no. 2, Suppl, pp. A1-34.

---

### Caloric Test – *ANSI/BSA Standards*

- Calibrate before each irrigation
- Test sequence- RW, LW, RC, LC
- Recordings with eyes open in the dark
- 5 minutes between start of consecutive irrigations
- ANSI - Use water or closed loop (no air)
  - Water: 200 ml/min, 40 sec., 44° warm, 30° cool
  - Closed loop: 350 ml/min, 40 sec., 44° warm, 27° cool
- BSA - Use water or air (no closed loop)
  - Water: 250 ml/min, 30 sec., 44° warm, 30° cool
  - Air: 8 liters, 60 sec., 50° warm, 24° cool

---

### Caloric Test – *Calibration*

- ANSI/BSA recommendation based on non-computerized/strip chart recording
  - Calibration is verified with minor adjustment when necessary
- In computerized ENG and VNG, recalibrations can vary by as much as 17% from one calibration to another
- Recommended procedure:
  - In computerized ENG and VNG, do not recalibrate before each procedure
  - Instead, verify calibration (using mock saccade or tracking test) and recalibrate only if necessary

---

**EXHIBIT C-7**

ASHA 2008 Page 3

## Caloric Test – *Order of Irrigations*

- ANSI/BSA recommendation based on a study that shows in ENG, caloric response intensity declines with each irrigation
  - To avoid systematic bias, either irrigation order must be adjusted or formulas must include a correction factor
- VNG recordings show this effect is limited to ENG
- Recommended procedure:
  - Start with one temperature and irrigate ears in the same order for each temperature
  - Verify calibration between irrigations (mainly in ENG)
  - ANSI/BSA-recommended order follows these guidelines and can be followed to maintain consistency

## Caloric Test – *Test in Total Darkness With Eyes Open*

- ANSI/BSA recommendation based on a study that shows better nystagmus morphology in total darkness with eyes open compared to eyes closed
  - Only an issue in ENG
  - Difficult to maintain a completely dark lab environment
- Recommended procedure:
  - In ENG, test with eyes closed unless nystagmus morphology becomes unacceptable

## Caloric Test – *Wait Period Between Irrigations*

- ANSI/BSA recommendation aimed at eliminating the temperature gradient in the labyrinth
- Does not differentiate between strong and weak responses
- Recommended procedure:
  - Wait a fixed period of time (3-5 minutes) after the previous caloric nystagmus ends before starting the next irrigation

**EXHIBIT C-7**

## Caloric Test – *Using Air/Closed-Loop Irrigators*

- ANSI/BSA recommendation based on outdated studies
  - Ratio of air to water irrigator sales – 4 to 1
  - Currently, closed-loop water irrigators are no longer manufactured or supported
- Recommended procedure:
  - Continue using air irrigators
  - Air is technically more challenging and requires a longer learning period

## Caloric Test – *Other Practical Issues*

- How many fixation tests are needed?
  - One for each nystagmus direction but do four and choose two irrigations where nystagmus intensities just before fixation are approximately equal
- Are two irrigations (cool or warm) enough?
  - Significantly increases chance of identifying caloric results as abnormal when they are not (false positive)
  - Can be used as a screening test

## Caloric Test – *Other Practical Issues*

- Is there an age limit for caloric testing?
  - No upper limit but watch for poor irrigations in older patients
  - Lower limit of ~6 years of developmental age for children and developmentally delayed adults
- How to reduce chances of the patient becoming sick:
  - Interrupt the irrigation if nystagmus intensity exceeds a critical limit

**EXHIBIT C-7**

ASHA 2008 Page 5

## Caloric Test – *Data Analysis*

- Three different time intervals must be carefully analyzed
  - First 10-15 seconds after the onset of irrigation (to detect spontaneous nystagmus, must match results from supine position in static position testing)
  - After 60-90 seconds of irrigation (to detect the peak of caloric response)
  - Immediately before and after fixation (to detect fixation suppression)

## Caloric Test – *Data Analysis*



**EXHIBIT C-7**

ASHA 2008 Page 6

# Caloric Test – *Checking Validity*



Caloric Weakness:  26% in the right ear
Directional Preponderance:  24% to the left

BEST PRACTICES IN DYNAMIC
POSITION TESTING
(DIX-HALLPIKE MANEUVER)

**EXHIBIT C-7**

## Dynamic Position Test – *Practical Issues*

- When to do the test in the VNG/ENG battery
  - First – If you do not plan on doing a full VNG/ENG
  - Middle – If you are concerned about fatiguing the response (usually, not a major concern)
  - Last – If you are concerned about not being able to complete the caloric test
- Recording eye movements
  - In VNG, record eye movements (enable video recording)
  - In ENG, do not record with electrodes, use Frenzel glasses or infrared goggles with video recording capability
  - With or without fixation?
    - Torsional nystagmus not likely to be suppressed by fixation

## Dynamic Position Test – *Practical Issues*

- Head turn
  - Turn the head 45 degrees to right or left first before moving the patient to avoid false-positive bilateral BPPV finding
- How fast to move from the sitting to supine position?
  - Particles are moved primarily by gravity
- How far to hang the head in the supine position?
  - Excessive head hanging not recommended
- The best position for the examiner to perform the test
  - Standing behind the patient reduces weight-bearing on the examiner

## Dynamic Position Test – *Practical Issues*

- How long to wait before sitting the patient back up?
  - Listen to the patient!
- Is it necessary to establish fatigability?
  - Not if you plan to proceed to treatment immediately
- Possible contraindications – Check with the referring physician
  - Severe neck or back problems
  - Severe carotid stenosis
  - Active heart disease
  - Orthopedic and mobility restrictions for some maneuvers

**EXHIBIT C-7**

ASHA 2008 Page 8

## Abnormal Dynamic Position Test – *Practical Issues*

- What about the horizontal channel in BPPV-type nystagmus?



### Abnormal Dynamic Position Test – *Practical Issues*

- What if the response does not fatigue?
  - Assume BPPV unless treatment fails after two tries
- What if the patient has static positional nystagmus?
  - Static positional nystagmus – Look for nystagmus that is present as long as head remains in critical position
  - Dynamic positioning nystagmus – Look for transient nystagmus that is provoked by head moving to critical position
- What if the nystagmus has no torsional component?
  - Purely vertical nystagmus – Not BPPV!
  - Purely horizontal nystagmus– Perform roll maneuver

**EXHIBIT C-7**

ASHA 2008 Page 9

# BEST PRACTICES IN STATIC POSITION TESTING

---

## Static Position Test – *Interpretation*

- Horizontal nystagmus – Old criteria for abnormality:
  - With fixation
    - Simple presence is considered abnormal (no other criterion)
  - Without fixation
    - Intensity greater than 6°/sec in any one head position
    - Persistent in at least 3 head positions (even when < 6°/sec)
    - Intermittent in at least 4 head positions (even when < 6°/sec)
- Are these criteria still applicable?

---

## Static Position Test – *Number of Head Positions*



Sitting   Supine   Right ear down   Left ear down

- Some laboratories include head hanging
- Include any head position when patient has specific complaints

**EXHIBIT C-7**

ASHA 2008 Page 10

---

### Static Position Test – *Number of Head Positions*



Body right     Body left

- If nystagmus appears when head is turned right or left, effect of neck rotation should be checked by including body right or left

---

### Static Position Test – *Persistent vs. Intermittent*

- Persistent vs. intermittent nystagmus
  - Known pathologies cause either persistent or transient nystagmus but not intermittent nystagmus
  - No clear definition of intermittent nystagmus
  - Intermittent nystagmus is usually due to technical issues:
    - Lack of alertness
    - Direction of gaze
  - Do not include in the criteria for abnormality

---

### Static Position Test – *VNG vs. ENG*

- Normal limit of $6^{\circ/sec}$ for horizontal nystagmus without fixation is based on ENG
- For VNG, normal limit is $4^{\circ/sec}$ for horizontal nystagmus without fixation
  - Based on yet unpublished study of 40 normal individuals
- For both VNG and ENG, simple presence of nystagmus for horizontal nystagmus with fixation remains the criterion for abnormality

---

**EXHIBIT C-7**

ASHA 2008 Page 11

---

### Static Position Test – *Vertical Nystagmus*

- Mainly for VNG (too difficult to record in ENG)
- No established guidelines for abnormality
- Vertical nystagmus with fixation
  - Simple presence is abnormal (no other criterion)
- Vertical nystagmus without fixation
  - Common in normal individuals (up-beating more common)
  - No currently-established guidelines for abnormality
  - In our sample of 40 normal individuals, normal limit was $7^{o/sec}$

---

### Static Position Test – *Localization*

- Central
  - Nystagmus that is present with fixation and its intensity does <u>not</u> increase significantly (at least doubles) when fixation is removed
  - Nystagmus that changes direction in a <u>single</u> head position with or without fixation
- Non-localizing finding involving peripheral or central vestibular pathways for all other types of nystagmus
  - Includes geotropic and ageotropic (apogeotropic)
- Applies to both VNG and ENG
- With minor modifications, applies to vertical nystagmus

---

### BEST PRACTICES IN OCULOMOTOR TESTING

---

**EXHIBIT C-7**

ASHA 2008 Page 12

Oculomotor Tests - *Instructions*

- Ask the patient to avoid head movements
- Ask the patient not to anticipate target movements
- Look for the patient's best performance (repeat tests when necessary as true abnormalities are consistent and repeatable)

# Oculomotor Tests – *Anticipating Target Movements*



**EXHIBIT C-7**

ASHA 2008 Page 13

# Oculomotor Tests – *Anticipating Target Movements*




Abnormal            Anticipating

### Oculomotor Tests – *OPK vs. Tracking*

- Do OPK and tracking mechanisms share the same central pathways?
  - OPK originates from retinal stimulation (requires full-field visual stimulation)
  - Tracking originates from foveal stimulation (requires a small target)
- What about the full-field visual stimulus for OPK?
  - Does not guarantee OPK responses because it stimulates both retinal and foveal receptors
  - True OPK testing requires removing foveal responses (optokinetic after-nystagmus test)

**EXHIBIT C-7**

ASHA 2008 Page 14

## Oculomotor Tests – *OPK vs. Tracking*

- **What about instructions to the patient in OPK?**



Look OPK nystagmus

Stare OPK nystagmus

## Oculomotor Tests – *OPK vs. Tracking*

- Can one test be normal and the other abnormal?
  - Yes if the tests truly evaluate different pathways
  - With a light bar, typically the results for OPK and tracking tests should be similar if equivalent test parameters are used

**EXHIBIT C-7**

ASHA 2008 Page 15

# Oculomotor Tests – *OPK vs. Tracking*



# Oculomotor Tests – *OPK vs. Tracking*



**EXHIBIT C-7**

# Common Errors in ENG/VNG

Kamran Barin, PhD

July 17, 2006

During electronystagmography (ENG) or videonystagmography (VNG), the examiner often faces a critical decision. Do the test results accurately reflect the physiologic and pathologic status of the patient or do they represent artifacts caused by technical errors? The answer is not always simple and wrong decisions can have serious consequences. For example, artifacts can cause the examiner to either miss an abnormal finding or misidentify a normal result as abnormal.

To identify technical errors, the examiner must have a basic knowledge of the capabilities and limitations of the ENG or VNG equipment. Also, the examiner must be familiar with the underlying physiology of the vestibular function tests. Technical errors must be suspected when results can not be explained by any known physiology or pathology of the vestibular and oculomotor pathways.

Although technical errors in ENG and VNG can be due to various causes, there are a few errors that are more common than others. In this article, I will describe how to identify some of these common errors and ways to avoid them.

**1. Failure to perform physical examination of eye movements**

Examiners must perform a thorough examination of the eye movements before the actual ENG or VNG testing. Failure to do so, can cause a number of different errors in different subtests.

First, the physical examination can reveal if the eyes movements are conjugate. With the standard electrode arrangement in ENG, horizontal movements of the right and left eyes are averaged based on the assumption that both eyes move identically. Similarly, most VNG systems also average the movements detected by the right and left cameras. In VNG, both horizontal and vertical eye movements undergo the averaging process. Failure to recognize disconjugate eye movements will result in faulty measurement of eye movements throughout the test because averaged signals do not accurately reflect actual movements of either eye.

Depending on the type of disconjugate eye movements, the examiner must change the standard protocol to record either movements of one eye *only* or to record movements of both eyes *independently*. An example of a case where eye movements must be recorded from one eye only, includes a patient who has significant reduction in the range of motion of one eye. This is usually caused by misalignment of the eyes (strabismus). Another example is a patient with one prosthetic eye. To record from one eye only in ENG, the examiner should move the electrode from the temple on the side of the affected eye to the bridge of the nose and place the vertical electrodes around the unaffected eye (Figure 1A). In VNG, the procedure for recording from one eye only, depends on the manufacturer of the equipment. Some VNG systems allow monocular recording. In others, one camera may have to be turned off manually by decreasing the brightness or other similar procedures.

**Figure 1.** A) Electrode arrangement to record from one (left) eye only. B) Electrode arrangement to record horizontal movements of each eye independently.

In some cases, the range of motion is identical for both eyes but velocities differ during eye

**EXHIBIT C-8**

movements. For example, in patients with *internuclear ophthalmoplegia*, either one or both eyes are significantly slower during adduction (movement toward the nose) compared to the other eye. In this case, movements of both eyes must be recorded to document the difference between the eye velocities. In 4-channel ENG systems, the electrode arrangement in Figure 1A for the left eye can be duplicated for the right eye so that both horizontal and vertical movements can be recorded independently. However, most ENG systems are limited to two channels. In that case, vertical eye movements have to be sacrificed so that the horizontal eye movements can be recorded independently. This can be done by placing an electrode on the bridge of the nose and changing the electrode connections according to Figure 1B. Most VNG systems are capable of independent recording of right and left eye movements but the default setting, which is usually set to average right and left eye movements, may have be changed. Consult the manufacturer's manual for the exact procedure.

The second reason a thorough examination of eye movements can reduce technical errors is that it can reveal small eye movements. During the physical examination, the examiner observes the patient's eye movements in five primary gaze positions (center, 30 degrees right, 30 degrees left, 30 degrees up, and 30 degrees down). An experienced examiner can detect nystagmus as small as 0.5 degree/sec. ENG can theoretically measure nystagmus with the intensity of about 1 degree/sec. In practice however, the nystagmus intensity has to be greater than 2-3 degrees/sec before it can be differentiated from noise. Therefore, the examiner must rely on the result of the physical examination to determine if the eye movement tracings depict actual eye movements or they are noise. Figure 2 demonstrates the difficulty in identifying small nystagmus (about 2-3 degrees/sec) from the tracings although the nystagmus can be seen clearly in the accompanying video. This issue is obviously more important in ENG because VNG tracings are obtained by tracking the pupils. Nonetheless, physical examinations are still valuable adjuncts to VNG because they provide early warning as to which parts of the test require video recordings to document small eye movements.

Finally, a physical examination of eye movements can prevent technical errors during saccade and tracking tests. The examiner can generate saccadic eye movements by holding up two fingers and

**Figure 2.** ENG tracings of the nystagmus seen in the corresponding video.
View Video Clip (Windows Media Video)

asking the patient to look back and forth between them. Tracking eye movements can be generated by asking the patient to follow the examiner's finger as it is moved slowly back and forth. Most common abnormalities such as ocular flutter, saccadic dysmetria, or abnormal tracking, can be observed during the physical examination. If the tracings suggest one of those abnormalities but the examiner can not confirm it from the physical inspection, a technical error should be suspected. For example, Figure 3 shows the results from the saccade test. The test seems to indicate abnormal accuracy (saccadic hypometria or undershoots). However, lack of confirming information from the physical examination should raise questions about the validity of the result. The underlying reason for the results in Figure 3 will be discussed next.

**Figure 3.** Invalid saccade test results caused by faulty calibrations.

**2. Faulty calibrations**

**EXHIBIT C-8**

Calibration is the process of calculating a conversion factor so that the parameters measured by the recording device can be converted into eye movements. Therefore, a faulty calibration will cause the amplitude of the eye movements to be inaccurate in all of the subsequent subtests in the ENG or VNG test battery. Let us examine the calibration procedure in more detail and identify the causes that can lead to calibration errors.

Although the procedure is essentially the same, the underlying principles of calibration for ENG and VNG tests are completely different. In ENG, eye movements are determined indirectly by measuring the corneoretinal potential (CRP). The CRP is different from one person to another person and it changes over time in the same person. Therefore, calibration must be performed several times during the ENG test. Also, changes in the lighting conditions and vigorous movement of the patient can change the CRP and will require recalibration (Norman and Brown, 1999). In contrast, eye movements in VNG are determined directly by measuring the movements of the pupils. The calibration procedure in VNG is a simple conversion of the units from the camera coordinate system to the eye coordinate system. Therefore, recalibration is necessary only if the cameras or the goggles are moved with respect to the patient's eyes.

Historically, the calibration process consists of affixing fixation targets on the laboratory wall and asking the patient to look back and forth between the targets. The distance of the patient from the wall (typically around 4 feet) and the distance between the fixation targets are selected to generate eye movements with predetermined amplitude (typically plus or minus 10 degrees from the center gaze or total of 20 degrees). The examiner then adjusts the gain of the amplifier for the CRP until the pen deflections on the strip chart recorder correspond to predetermined amplitude (typically 20mm). The conversion factor between the eye movements and pen deflections is then calculated. For the typical eye movement amplitude of 20 degrees and the pen deflection of 20mm, the conversion factor is 1 degree of eye movement represented by 1mm of pen deflection. The procedure is performed for both horizontal and vertical channels.

The calibration procedure for the computerized ENG or VNG is similar to what is described above but there are a few differences. First, the fixation targets are generated by a light bar and the patient is instructed to follow the computer-generated dot. Some manufacturers use fast eye movements for calibration as the target jumps between fixation points. Others use slow eye movements as the target moves slowly between the same points. Second, most light bars are equipped with a range finder that determines the distance of the patient from the light bar. The computer alerts the examiner if the patient's distance from the light bar does not correspond to the recommended the distance. Finally, instead of allowing the examiner to manually adjust the gain, the computer automates this task. Most computerized ENG/VNG systems require the examiner to confirm when the eye and target movements match.

Faulty calibrations can originate from two types of errors: errors in determining the eye movements or errors in determining the target movements. One reason for error in determining eye movements is a tracing that is contaminated by noise or other artifacts. Another reason is a patient who looks around instead of following instructions and consistently fixating on the targets. In both cases, the examiner may be unable to accurately match the eye and target movements. In computerized ENG/VNG systems, this type of error can be easily recognized if the examiner allows the calibration process to continue for a few more seconds after confirming the match between the eye and target movements. Unfortunately, many examiners terminate the calibration process and miss the opportunity to recognize the mismatch between the eye and target movements. Even in those cases, the examiner can still recognize this type of error during the oculomotor tests. The saccade results in Figure 3 appear to be abnormal showing saccadic undershoot and slowing. However, an inspection of the eye and target movements shows that the amplitude of eye movements is significantly less than the amplitude of target movements. That is physiologically impossible because the eyes must

**EXHIBIT C-8**

always begin and end on the target regardless of what happens in between. If this were a true case of saccadic undershoot, the patient would have made multiple attempts and eventually would have reached the target. In other words, the eye position tracing would have looked like a staircase. Similarly, this type of error can be recognized in the tracking test if the peaks of eye and target movements do not match. Again, in the case of a true tracking abnormality, the patient will make multiple attempts and will not stop until reaching the target. Once this type of error is recognized, calibration must be repeated. Some manufacturers allow the examiner to modify the conversion factor and reanalyze the tests results. For example in Figure 3, one can increase the gain until the eye and target amplitudes match and reanalyze the saccade test. This may save some time because the examiner can skip repeating the saccade test. It should be noted that this type of faulty calibration can not be corrected for tests such as caloric and position tests, where there are no target movements to be used as reference (Stockwell, 1994). For those tests, the amplitude of eye movements will be inaccurate.

Faulty calibrations can also be produced by errors in determining the target movement. Such errors are most likely related to the inaccuracy of measuring the distance between the patient and the light bar (or the fixation targets). Consider a calibration setting in which the target movements are supposed to generate 20 degrees of eye deflection when the patient is set at 4 feet from the light bar. If the patient's actual distance from the light bar turns out to be 5 feet, after calibration, the amplitude of eye movements will be overestimated by 20%. Similarly, when the actual distance is 3 feet, the amplitude of eye movements after calibration will be underestimated by 32%. Unlike faulty calibrations caused by errors in determining the eye movements, there is no easy way of recognizing errors in the measurement of distance in the subsequent tests. The problem is confounded because some examiners do not seem to be aware of this error. For example, some choose to perform calibration during the position or caloric test while the patient is still in the supine position. The distance of the patient from the light bar can vary by as much as 2 feet-3 feet between sitting and supine positions. As a result, the amplitude of eye movements will be inaccurate and some abnormalities, such as abnormal positional nystagmus or hyperactive/ hypoactive caloric responses, can be misidentified. The only way to avoid this type of error is to make sure that the distance of the patient from the light bar is accurate before each calibration.

How often should the calibration procedure be repeated throughout the test to minimize calibration-related errors? As discussed earlier, calibration does not have to be repeated in VNG unless the goggles are moved. In ENG, changes in the lighting conditions and rapid changes of the patient's position always affect the CRP and require recalibration. Changes in the lighting conditions can be minimized if the entire test is performed in a dimly-lit environment. Even without those changes, CRP varies over time. It is estimated that the maximum change in the CRP occurs after 7-12 minutes of dark adaptation and 6-9 minutes after exposure to light (Lightfoot, 2004). Therefore, it is logical to repeat the calibration about every 10 minutes. In the most common ENG protocols, calibrations are performed at the beginning, following the oculomotor test, and following the position test. Recalibrations for the caloric test require further discussion. Most standards, such as those proposed by CHABA (1992) and ANSI (1999), call for recalibration before each irrigation. This is sound advice for non-computerized ENG. In those systems, recalibration means *verifying* the current calibration and making usually minor adjustments, when necessary. In computerized ENG, recalibration requires discarding the existing calibration and performing an entirely new calibration. Norman and Brown (1999) have demonstrated an average change of 17% between two calibrations even though the baseline CRP did not change significantly during caloric testing under constant lighting conditions. This suggests that in computerized ENG, calibration before each caloric irrigation can actually increase the chance of producing calibration errors. This problem could have been avoided if the computerized ENG systems provided a procedure for verifying the calibration just as in non-computerized ENG devices. Unfortunately, such a procedure is not currently available. There are at least two ways of overcoming this limitation. First, the examiner can use a mock saccade or tracking test before each irrigation to verify the calibration. When the target and eye amplitudes differ

**EXHIBIT C-8**

significantly, recalibration is warranted. Otherwise, the examiner can proceed with the irrigation. The examiner can also place fixation dots on the ceiling and ask the patient to look back and forth between them before each irrigation. Another mock test, such as position test, can be used to record the resulting eye movements. Again, recalibration is unnecessary unless the eye movement amplitudes change significantly from one test to another. The latter procedure also avoids the cumbersome process of sitting the patient up for calibration before each irrigation.

**3. Failure to maintain a steady level of alertness**

In the ENG or VNG test battery, the examiner must alert the patient during tests performed in the absence of fixation (Barber and Stockwell, 1980). In particular, during position and caloric tests, failure to maintain a steady level of alertness will result in the nystagmus appearing and disappearing intermittently based on the level of alertness. In some cases, the nystagmus may be missed completely without adequate alerting. If the loss of alertness occurs during the strongest part of the caloric response, the peak nystagmus velocity for that irrigation will be miscalculated.

To avoid these problems, the examiner should be prepared to ask the patient questions at a steady pace. Most patients do not require vigorous tasking but some are hard to alert. The exact nature of questions is less important as long as they are moderately challenging to the patient. The examiner should have a prepared list of questions with different levels of difficulty. If the nystagmus continues to be intermittent, the examiner should switch to a different set of questions. Once the patient's interest and knowledge level are established, the examiner should keep a steady pace and avoid long pauses.

**4. Failure to elicit physiologically-valid caloric responses**

The main assumption in the caloric test is that all four irrigations provide equally strong stimulation to the labyrinth. This assumption depends on a number of factors. Some can be directly controlled by the examiner. Examples of factors that can be controlled by the examiner are temperature, volume, and duration of irrigation. In addition, the examiner must make sure that there is no cerumen blocking the tympanic membrane and must maintain a constant level of alerting throughout the test. Some factors, such as the ear anatomy, body temperature, or perforations, are not controllable. The examiner must make a note of any factor that can affect the validity of the caloric test.

Sometimes caloric responses are invalid despite the examiner's best effort. Usually, invalid results can not be explained by any known physiology or pathology of the vestibular system. The set of physiologically-valid caloric responses is relatively small. In one set, all four caloric responses are approximately equal. This type of response is generated in patients with normal vestibular function and in those with bilaterally hypoactive or hyperactive function. In another valid caloric test, warm and cool irrigations generate approximately equal responses from each ear but the total response from the right ear is significantly different from the total response from the left ear. This type of response is generated in patients with unilaterally reduced vestibular function. Sometimes, the total responses from the right and left ears are approximately equal but nystagmus beating in one direction is significantly stronger than nystagmus beating in the opposite direction. This represents directional preponderance. There are two types of directional preponderance. The first type is caused by the presence of preexisting nystagmus in the supine position. In this case, caloric responses are equally strong in both directions, but the baseline or the starting point of the caloric response is shifted by an amount equal to the slow phase velocity of the pre-existing nystagmus. As a result, peak nystagmus intensities in the direction of the shift are higher than peak nystagmus intensities in the other direction. The second type of directional preponderance is characterized by caloric responses that are truly stronger in one direction without any baseline shift. This type is called *gain asymmetry* and was first identified by Halmagyi, Cremer, Anderson, Murofushi & Curthoys (2000). Directional preponderance due to baseline shift is common but gain asymmetry is

**EXHIBIT C-8**

extremely rare and is seen in only 1% of patients. Any combination of the physiologically-valid sets described here also constitutes a valid caloric test.

Invalid caloric responses can result from a number of problems. In most computerized ENG and VNG systems, the software determines the peak caloric responses by analyzing the nystagmus. Even the most sophisticated algorithms occasionally fail to correctly identify the peak responses. If the system allows manual inspection and cleaning of tracings, the examiner should do so for all caloric irrigations. If the system does not allow intervention in analyzing the response, the examiner should still estimate the peak response manually and compare it with the one calculated by the software. Remember that caloric responses always have the same shape regardless of their strength or direction. They usually start about 20 seconds after the onset of the irrigation (if the tympanic membrane is intact), rise to a peak about 30 seconds after the end of the irrigation (about 60-90 seconds after the onset of irrigation), and then decline to the baseline. If the caloric response does not look like that, the caloric test may be invalid. Other reasons for invalid caloric results are one or more faulty responses due to poor irrigations, lack of patient alertness, or bad calibrations.

Except for rare cases of gain asymmetry, the examiner can assess the validity of the caloric test by determining the baseline shift of the responses from each ear. In tests with questionable validity, these baselines shifts are significantly different. Figure 4 shows how the baseline shifts are calculated for the right and left ears by finding the midpoint of the response for each ear. In this case, the difference is over 16 degrees/sec (16 degrees/sec for the right ear, -0.5 degree/sec for the left ear) and more than likely represents invalid caloric results. Exactly how much of a difference constitutes a valid test, depends on the overall strength of the caloric responses. Smaller differences may signify an invalid test when the overall caloric responses are weak. Conversely, the difference between the baseline shifts has to be proportionally larger for the test to be considered invalid when the caloric responses are strong.

**Figure 4.** Checking the validity of the caloric results. One of the caloric responses is not as strong as the other three.

Figure 4 shows an example in which the response to one irrigation dominates the overall result. In this case, warm irrigation of the right ear produces significantly less intense response than the responses produced by the other three irrigations. This result can not be explained by any known physiology or pathology of the vestibular system and most likely represents a technical error. Possible causes for this error in the order of likelihood include: poor irrigation, faulty calibration, and loss of alertness. That is, the most likely scenario is that this result is generated by a patient who has normal vestibular function and all four caloric responses should be approximately equal. Therefore, the examiner should first repeat the right warm irrigation. The less likely scenario is that the patient has a unilateral vestibular dysfunction and the responses from the right ear should be significantly less than the responses from the left ear. Therefore, in the unlikely event that the peak caloric response does not change after repeating the right warm irrigation, the examiner should then repeat the right cool irrigation. Other scenarios are possible but they are highly unlikely. If after repeating two irrigations, the results still remain physiologically-invalid, the entire caloric test should be repeated at a later date. It is not recommended to perform more than six irrigations on the patient as a part of the same test.

Another example of a technical error in the caloric test is when the response to one irrigation is significantly greater than the responses produced by the other three irrigations. Possible causes for this error in the order of likelihood include: anxiety and hyper-alertness during the first caloric irrigation, faulty calibration, and poor irrigation (for the other irrigation of the same ear). Again, the

**EXHIBIT C-8**

examiner should first repeat the irrigation that produces significantly different response compared to the other three irrigations. If that does not resolve the technical error, the examiner should repeat the other irrigation in the same ear that produces the strong response.

Sometimes caloric responses for warm irrigations are significantly different than the responses to cool irrigations. This is called a *temperature effect* and represents a technical error. Fortunately the temperature effect does not affect calculations for unilateral weakness and directional preponderance. However, interpretation of the caloric test can become complicated when the temperature effect is combined with another technical error. Possible causes for temperature effect in the order of likelihood include: wrong temperature settings on the irrigator, faulty calibration, and significantly higher or lower than normal body temperature. Isolated cases of temperature effect do not cause major problems. However, if it is observed frequently, the examiner should ask the manufacturer of the irrigator to check the temperature setting. Also, it is a good idea to include the irrigator with other devices that undergo an annual calibration check.

### Summary

Technical errors can and do happen during ENG and VNG testing. This article covers some but not all of the common errors. It is the responsibility of the examiner to prevent these errors when possible, and to detect and correct them when they occur.

### References

American National Standards Institute (ANSI) (1999). Procedures for testing basic vestibular function. BSR S3.45-200X, revision of ANSI S3.45.

Barber, H.O., and Stockwell, C.W. (1980). *Manual of Electronystagmography* (pp. 142-152). St Louis: CV Mosby.

Committee on Hearing, Bioacoustics, and Biomechanics (CHABA) (1992). Evaluation of tests for vestibular function. *Aviation, Space, and Environmental Medicine, 63* (Suppl. 2), A1-34.

Halmagyi, G.M., Cremer, P.D., Anderson, J., Murofushi, T., and Curthoys, I.S. (2000). Isolated directional preponderance of caloric nystagmus: I. Clinical significance. *The American Journal of Otology*, 21(4), 559-567.

Lightfoot, G.R. (2004). The origin of order effects in the results of the bi-thermal caloric test. *International Journal of Audiology*, 43(5), 276-282.

Norman, M., and Brown, E. (1999). Variations in calibration for computerized electronystagmography. *British Journal of Audiology*, 33(1), 1-7.

Stockwell, C.W. (2004, July). Three common errors in ENG testing. *ENG Report*, ICS Medical.

Kamran Barin, PhD

**EXHIBIT C-8**

**Director of Balance Disorders Clinic at the Ohio State University Medical Center and Assistant Professor, Department of Otolaryngology-Head and Neck Surgery, Department of Speech and Hearing Science, and Biomedical Engineering Program**

Kamran Barin, Ph.D. is the Director of Balance Disorders Clinic at the Ohio State University Medical Center and Assistant Professor, Department of Otolaryngology-Head and Neck Surgery, Department of Speech and Hearing Science, and Biomedical Engineering Program. He received his Master's and Doctorate degrees in Electrical/Biomedical Engineering from the Ohio State University. He has taught national and international courses and seminars in different areas of vestibular assessment and rehabilitation. Kamran Barin is a consultant to Otometrics and provides courses and other educational material to the company

**EXHIBIT C-8**



**EXHIBIT C-9**



American
Association of
Neurological
Surgeons

HARVEY CUSHING

# Concussion

A concussion is an injury to the brain that results in temporary loss of normal brain function. It usually is caused by a blow to the head. In many cases, there are no external signs of head trauma. Many people assume that concussions involve a loss of consciousness, but that is not true. In many cases, a person with a concussion never loses consciousness.

The **formal medical definition of concussion** is a clinical syndrome characterized by immediate and transient alteration in brain function, including **alteration of mental status and level of consciousness,** resulting from mechanical force or trauma.

**EXHIBIT C-10**



**VNG Instructions**

Patient's Name: _____

Date of Test: _____

Time of Test: _____ __**Check In Upstairs**_____

Your Doctor has ordered this special test which is designed to help determine the nature of your dizziness. This is primarily a test of the inner ear and will assist us in determining the cause of your dizziness. The test causes no pain; however it may cause a short dizzy episode following a particular portion of the test. Please wear comfortable clothing such as pants or slacks. The test is performed with the patient in a lying or sitting positon.

1. Accurate testing requires any medications that act on your central nervous system or that suppress your inner ear function to be **stopped a full 48 hours prior to your testing appointment**. This would include <u>any</u> medications you take for dizziness, including Antivert, Meclizine, Dramamine, Scopolamine patches, etc. If you forget and take any of the above medications in the 48 hours prior to your testing appointment, <u>we may be unable to perform your test.</u>

2. **Other medications that may need to be stopped 48 hours prior to the testing appointment** include: anti-depressants (Zoloft, Prozac, Wellbutrin), sleeping pills, tranquilizers, anti-anxiety medications, sedatives, prescription pain killers that contain narcotics (Tylenol 3, etc.) any cold or allergy medications that make you sleepy such as Benadryl, Nyquil, etc. **However some medications should not be stopped abruptly. Please check with your pharmacist or the physician who wrote the prescription regarding any questions or concerns regarding stopping these medications.**

3. **Do not drink any alcohol** for 48 hours prior to this appointment. This includes: liquor, wine or beer.

4. **Please continue all medications for the following conditions:** Heart & kidney problems, High blood pressure, circulatory disorders, breathing disorders, diabetes, cancer, arthritis (non-narcotics), seizures, or hormone imbalance. You may also continue vitamins, steroids, antibiotics, water pills. You may take over the counter painkillers such as Tylenol, Advil, Ibuprofen, Aspirin and Acetaminophen.

5. Please eat lightly the morning of the test. Avoid greasy foods such as bacon, eggs etc. Toast or cereals are good choices. ***NO CAFFEINE THE MORNING OF TESTING!***

6. **DO NOT wear any moisturizer, cream, lotion, foundation make up or Vaseline on your face.** Do not wear **_ANY_** eye make-up and make sure any residual make up is completely removed. This test monitors eye movements, and make-up (i.e. eyeliner or mascara) negatively affects the results. Creams and moisturizers create issues with goggle placement.

7. Some patients experience a slight increase in symptoms immediately after testing. **You may wish to have someone prepared to drive you home or available to call if you do not feel comfortable driving.**

Please be prompt. A two (2) hour block of time has been reserved specifically for you. A $50.00 deposit will be collected to reserve this appointment time. If you are unable to keep this appointment, please give us 72 hours' notice or the deposit will be forfeited. If the appointment is kept, the deposit will be credited towards your bill.

_____                    _____
Patient Signature                                                      Employee Initials

**DEPOSIT: $50.00**          **Credit Card**        **Check**        **Cash**        **Date: _____**

**EXHIBIT C-11**



**EXHIBIT C-12**



# Best Practices in Performing and Interpreting VNG

**Kamran Barin, Ph.D.**
**Assistant Professor, Emeritus**
**Department of Otolaryngology**
**The Ohio State University**
**barin.1@osu.edu**

**EXHIBIT C-13**

# Outline

- VNG/ENG test battery
  - Best practices in administering each test
    - Oculomotor and gain stabilization tests
    - Caloric and dynamic positioning tests
  - Recognizing and avoiding common errors and artifacts
  - General interpretation guidelines for each test
  - Clinical application

2

EXHIBIT C-13



# Best Practices in VNG/ENG

**EXHIBIT C-13**

# VNG/ENG Pre-test Protocol

- Patient interview and chart review
  - To obtain clinical information and modify test procedures when necessary
- Otoscopic ear examination
  - To remove cerumen when necessary
- Eye movement examination
  - To modify recording method (electrode arrangement in ENG or camera configuration in VNG) when necessary
- Application of electrodes in ENG
  - To allow time for electrodes to settle
- Placement of goggles in VNG
- Electrode testing in ENG or video adjustment in VNG
- Calibration of eye movements

4

**EXHIBIT C-13**

# Overview of VNG/ENG Subtests



- Tests of oculomotor function (with fixation)
  - Saccade, tracking, optokinetic
- Tests of gaze stabilization (with fixation and without fixation)
  - Gaze/spontaneous nystagmus, static position
- Tests of vestibular function
  - Caloric
- Tests for specific etiologies
  - Dix-Hallpike maneuver (dynamic positioning), pressure (fistula)

5

**EXHIBIT C-13**

# Oculomotor Tests

**EXHIBIT C-13**

# Best Practices in Oculomotor Tests

- Ask the patient to avoid head movements
- Ask the patient not to anticipate target movements
- Run the test as long as necessary to collect enough data
- Look for the patient's best performance (repeat tests when necessary as true abnormalities are consistent and repeatable)
- Artifacts: watch for head movements, target anticipation, and calibration errors

**EXHIBIT C-13**

# Interpretation of Oculomotor Tests



- Tests of oculomotor function (with fixation)
  - Saccade (fast eye movements)
  - Tracking (slow voluntary eye movements)
  - Optokinetic (reflexive eye movements but the test performed as a part of ENG/VNG using a light bar is not a true test of optokinetic pathways)
  - With very few exceptions (one?), abnormalities in the oculomotor tests indicate a central finding
  - Oculomotor tests provide hard and localizing findings but only about 5% of dizzy patients have abnormal findings in oculomotor tests
    - Rate of abnormal finding is only ~5% but artifacts are common

**EXHIBIT C-13**

# Abnormal Saccades – *Internuclear Ophthalmoplegia*



- *Internuclear Ophthalmoplegia* denotes a <u>central lesion</u> in the medial longitudinal fasciculus on the side of sluggish adduction
  - Record from both eyes independently

**EXHIBIT C-13**

# Abnormal Saccades - *Saccadic Slowing*



From: https://www.dizziness-and-balance.com/practice/saccades/slow%20saccade.htm

- *Saccadic slowing* denotes a <u>central lesion</u> in the basal ganglia, brain stem, cerebellum, peripheral oculomotor nerves or muscles (typically in diffuse lesions of the central pathways associated with neurodegenerative diseases)
  - May be due to fatigue, drowsiness, or medication (reversible)

**EXHIBIT C-13**

# Abnormal Saccades – *Delayed*



- *Delayed saccades* (latencies >> 200 msec) denote a <u>central lesion</u> in the frontal/frontoparietal cortex or basal ganglia (interpret conservatively)
  - Low clinical value if bilateral (more significant if unilateral)
  - May be caused by inattention, poor visual acuity, and medication

**EXHIBIT C-13**

# Abnormal Saccades - *Dysmetria*



Hypermetria

- *Saccadic dysmetria* denotes a <u>central lesion</u> in the cerebellar flocculus (hypometria) or the cerebellar vermis (hypermetria)

**EXHIBIT C-13**

# Saccade Test – *Artifacts*



Saccades begin and end on the target.  Check/repeat calibration.

13

EXHIBIT C-13

# Saccade Test – *Artifacts*



Patient is anticipating target movements (latency << 200 msec)

14

EXHIBIT C-13

# Saccade Test – *Artifacts*



Superimposed gaze nystagmus

**EXHIBIT C-13**

# Saccade Test – *Artifacts*



Head movements



16

EXHIBIT C-13

# Abnormal Tracking - *Defective Pursuit*



- *Defective tracking* (pursuit) denotes a <u>central lesion</u>.  If symmetric – diffuse cortical, basal ganglia, or cerebellar diseases.  If asymmetric – focal lesions involving ipsilateral cerebellar hemisphere, brain stem, or parieto-occipital region.

**EXHIBIT C-13**

# Tracking Test – *Pitfall or Abnormal Tracking?*



Spontaneous nystagmus

- Borderline unilateral defective tracking can be caused by strong spontaneous nystagmus (in the direction of fast phases)
  - Effect of superimposed nystagmus and not abnormal tracking

18

**EXHIBIT C-13**

# Smooth Pursuit/Tracking Test – *Artifacts*



Peaks must match at least for low freq.  Check/repeat calibration.

19

**EXHIBIT C-13**

# Smooth Pursuit/Tracking Test – *Artifacts*




Inattention, repeat after instructing the patient.

20

**EXHIBIT C-13**

# Smooth Pursuit/Tracking Test – *Artifacts*



Head movements

**EXHIBIT C-13**

# Optokinetic Test – *Procedure*



Look OPK nystagmus

(instruction: follow the scene all the way)

Stare OPK nystagmus

(instruction: follow the scene around the center)

Nystagmus slow phase matches target direction and velocity

Instructions may not make much difference in the interpretation of the test results. Use the instruction that is easier for the patient to follow.

22

**EXHIBIT C-13**

# Optokinetic Test – *Normal Results*



- Normative values for OPK are not well-defined and are usually not adjusted for age
- Qualitative assessment of OPK results is usually adequate

23

**EXHIBIT C-13**

# Abnormal OPK – *Reduced Nystagmus Intensity*



- Could be unilateral or bilateral, for all velocities or for high velocities only
- Rule out faulty calibrations
- Rule out presence of spontaneous nystagmus

24

**EXHIBIT C-13**

# Correlations in Oculomotor Tests – *Tracking & OPK*



Quantification of OPK results is often unnecessary and qualitative analysis is sufficient

- OPK and tracking test results should be similar <u>*when*</u> equivalent test parameters are used and if age effects are considered
  - In case of conflict, investigate more

25

**EXHIBIT C-13**

# OPK Test – *Pitfalls*





Intermittent OPK nystagmus (look for peak velocities)

26

**EXHIBIT C-13**



# Gaze Stabilization Tests

**EXHIBIT C-13**

# Best Practices in Gaze Stabilization Tests

- Purpose – to examine the patient's ability to maintain steady gaze in different conditions (most common manifestation of gaze instability is nystagmus)
  - Gaze test – gaze stability in different off-center gaze positions
  - Spontaneous nystagmus test – gaze stability in the absence of vestibular stimulation with and without visual stimulation
  - Static position test – gaze stability in different head positions
- Any nystagmus in gaze stabilization tests will be present in other parts of VNG/ENG that are performed under similar conditions
  - Nystagmus in gaze test with fixation → oculomotor tests
  - Nystagmus in supine position without fixation → caloric test

28

EXHIBIT C-13

# Best Practices in Gaze Stabilization Tests

- Gaze Test
  - Record eye movements as the patient fixates on targets at 25-30° rightward, 25-30° leftward, 25-30° upward, and 25-30° downward
  - In each gaze position, record for as long as necessary to make a definite decision (at least 20 seconds)
  - If nystagmus or other abnormalities are observed in any gaze position, return to that position and reexamine
  - Results must match visual exam results
- Spontaneous nystagmus test
  - Record eye movements in center gaze both with and without fixation (alert the patient when testing without fixation)
  - For each condition, record for as long as necessary to make a definite decision (at least 20 seconds)

29

EXHIBIT C-13

# Best Practices in Gaze Stabilization Tests

- Static position test
  - Record eye movements with and without fixation as the patient holds different head positions (at least 4 head positions)
    - If nystagmus appears when head is turned to right or left, check the effect of neck rotation by turning the body to right or left
    - Some laboratories include other positions such as head hanging
    - Include any head position when patient has specific complaints
  - Alert the patient when testing without fixation
  - In each head position, record as long as necessary to make a definite decision (at least 20 seconds)



Sitting  Supine  Right ear down  Left ear down



Body right  Body left

30

**EXHIBIT C-13**

# General Interpretation of Gaze Stabilization Tests

- The following information is needed for interpretation:
  - Presence of nystagmus in any gaze/head positions
  - Direction of nystagmus in any gaze/head positions
  - Intensity of nystagmus in any gaze/head positions (primarily for tests without fixation)
  - Effect of fixation on the presence or intensity of nystagmus

31

**EXHIBIT C-13**

# Interpretation of Gaze Stabilization Tests



- Abnormalities in the gaze test with fixation usually indicate a central finding
  - One exception is the "leak-through" (incompletely suppressed) strong spontaneous nystagmus without fixation

32

**EXHIBIT C-13**

# Interpretation of Gaze Stabilization Tests



- Abnormalities in tests of gaze stabilization without fixation (spontaneous nystagmus and static position tests) are typically non-localizing
  - Can support localizing findings in other vestibular tests

33

EXHIBIT C-13

# General Interpretation of Gaze Stabilization Tests

- For horizontal nystagmus:
  - Changes direction in a single gaze position → Central
  - Is present with fixation and its intensity does not increase significantly (at least doubles) without fixation → Central
  - Is present without fixation and its intensity is less than a threshold (6º/sec in ENG, 4º/sec in VNG) → Not significant
  - All other forms of horizontal nystagmus → Non-localizing
- For vertical nystagmus:
  - Is present with fixation → Central
  - Is present without fixation and its intensity is less than a threshold (7º/sec in VNG) → Not significant
  - All other forms of vertical nystagmus → Unknown clinical significance

34

**EXHIBIT C-13**

# Abnormal Gaze – *Symmetric Gaze-Evoked Nystagmus*



- *Gaze-evoked nystagmus* denotes a <u>central lesion</u> in the cerebellum or brain stem (common in lesions of cerebellar flocculus)

35

**EXHIBIT C-13**

# Abnormal Gaze – *Asymmetric Gaze-Evoked Nystagmus*



Brun's nystagmus

36

**EXHIBIT C-13**

# Abnormal Gaze Stabilization – *Saccadic Intrusion*



Square wave jerk nystagmus

- Normal limits
  - Abnormal only when present with fixation
  - Estimates of normal limits for amplitude, frequency, age dependency, etc. vary due to differences in recording methods (frequency increases with age)
- Localization
  - *Square wave jerk nystagmus* denotes a <u>central lesion</u> in the cerebellum or basal ganglia.

37

EXHIBIT C-13

# Abnormal Gaze Stabilization – *Vertical Nystagmus*



Downbeat nystagmus

Upbeat nystagmus

- *Downbeat or upbeat gaze nystagmus* with fixation denotes a <u>central lesion</u> in the cerebellum or underlying medulla
  - Upbeat nystagmus is more commonly associated with side effects of medications, nicotine, or alcohol
- *Vertical nystagmus without fixation* that exceeds the normal limit (7°/sec) denotes a finding of unknown clinical significance

**EXHIBIT C-13**

# Abnormalities in the Gaze Stabilization Tests

- Vestibular (spontaneous) nystagmus
  - Horizontal with or without torsional component or vertical with torsional component (in lesions involving vertical canals)
  - Horizontal and vertical components suppressed with fixation
    - Intensity decreases by at least 50%
  - Intensity may vary due to gaze position and alertness level
    - Stronger when gaze directed toward fast phases
  - Direction may vary in <u>different</u> head positions but not in different gaze positions
  - In the absence of fixation, abnormal only if intensity is greater than a threshold (all forms including geotropic and ageotropic)
    - Horizontal – 6º/sec in ENG, 4º/sec in VNG
    - Vertical – 7º/sec in VNG (upbeat more common in normal individuals)

39

**EXHIBIT C-13**

# Spontaneous Nystagmus



- Conjugate
- Linear slow component
- When nystagmus is strong, it can be seen with and without fixation but the intensity of horizontal and vertical component are significantly more (at least by a factor of 2) without fixation
- Nystagmus direction does NOT change but the intensity may vary in different gaze positions
  - Stronger when gaze directed toward fast phases (Alexander's law)

40

**EXHIBIT C-13**

# Static Position Test – *Pitfalls*



Nystagmus intensity < threshold (6°/sec in ENG or 4°/sec in VNG) in some or all head positions (without fixation)

41

**EXHIBIT C-13**

# Static Position Test – *Artifacts*



Patient is looking around

42

**EXHIBIT C-13**

# Static Position Test – *Pitfalls*



Square wave jerk nystagmus.  Abnormal with fixation, normal without if not too frequent.

43

**EXHIBIT C-13**

# BITHERMAL CALORIC TEST

**EXHIBIT C-13**

# Caloric Test – *Rationale*

- Purpose – To compare responses from the right and left labyrinths to caloric stimuli

- Complicated and time-consuming, but the most important part of VNG/ENG

- Most useful in detecting unilateral vestibular abnormalities
  - Allows independent assessment of responses from right and left labyrinths (lateral semicircular canals) to caloric irrigation of the external auditory canal
  - Not as effective in assessing absolute vestibular responses
    - Intensity of nystagmus in response to individual irrigations depends on heat transfer issues and does not usually provide diagnostic information (except for hypo- and hyper-activity)

45

**EXHIBIT C-13**

# Caloric Test – *Assumptions*

- Most common method is bithermal calorics (each ear is irrigated twice to elicit both excitatory and inhibitory responses)
- Basic assumption of caloric testing is that right and left ears receive equal stimulation
  - Controllable – temperature, volume, duration, alerting, cerumen
  - Uncontrolled – ear anatomy, middle ear anomalies, perforations, body temperature (may affect individual irrigations but not the overall interpretation)

46

**EXHIBIT C-13**

# Caloric Test – *Common Irrigation Parameters*

|  | Water | Air | Closed-Loop |
|---|---|---|---|
| Volume | 250 ml | 8 liters | - |
| Duration | 30 sec | 1 min | 45 sec |
| Temperatures | 44º/30º $\pm 7^{o}C$ | 50º/24º $\pm 13^{o}C$ | 46º/28º $\pm 9^{o}C$ |

- When used appropriately, all three irrigator types can produce acceptable caloric responses with similar test-retest reliability
- Normative values for some response parameters may have to be adjusted if different irrigation values are used

47

**EXHIBIT C-13**

# Caloric Test – *Procedure*

- Place patient in the standard caloric position (supine with head flexed forward 30°)



Places the lateral canal in the vertical plane

- In this position, warm irrigations cause excitatory responses and cold irrigations cause inhibitory responses
  - Nystagmus follows COWS rule

**EXHIBIT C-13**

# Caloric Test – *Practical Issues*

- Order of Irrigations
  - Start with one temperature and irrigate ears in the same order for each temperature (ANSI recommends starting with warm)
    - Starting with cool irrigations may reduce the typical difference between warm and cool responses (Noaksson et al, 1998)
- ANSI recommendation to disallow air is based on outdated studies
  - Continue using air irrigators but remember that air is technically more challenging and requires a longer learning period
- Are two irrigations (cool or warm) enough?
  - Significantly increases chance of identifying caloric results as abnormal when they are not (false positive)
  - Can be used as a screening test for normal calorics if:
    - No oculomotor abnormalities
    - No gaze/spontaneous nystagmus
    - Less than 10% of right-left asymmetry for warm irrigations

49

**EXHIBIT C-13**

# Caloric Test - *Abnormal Values*

- BW - responses from both right and left ear < 12°/sec (Total RE < 12°/sec <u>and</u> Total LE < 12°/sec)
  - Alternative values based on total caloric responses or based on individual irrigations are used by some laboratories
- |UW %| > 25% (alternatives 20% - 30%)
- |DP % | > 30% (alternatives 25% - 50%)
  - |Baseline shift|> 6°/sec (4°/sec for VNG)
  - |GA %| > 25% but is not established
- FI % > 60% (alternatives 50% - 60%)
- Hyperactive – Total RE > 140°/sec <u>or</u> Total LE > 140°/sec

Normative values for BW and hyperactivity may be affected if different irrigation parameters are used but other values are not as sensitive to moderate variations of those parameters.

50

EXHIBIT C-13

# Interpretation of Caloric Test



- Test of lateral canals and the superior portion of vestibular nerve
  - Unilateral weakness (canal paresis) indicates a peripheral vestibular lesion involving the lateral (horizontal) canal or its afferent pathways on the side of the weaker response
  - In the acute phase, significant spontaneous nystagmus is present
  - Can be caused by diseases that affect the labyrinth, the vestibular nerve, or the blood supply to those sites
  - Other abnormalities are either non-localizing (directional preponderance or bilateral hyporesponsive) or central (hyperresponsive or failure of fixation suppression) findings

**EXHIBIT C-13**

# Caloric Test – *Data Analysis*



Total RE = 5+7= 12°/sec

Total LE = 31+23= 54°/sec

- Determine total responses from each ear
- If total responses of both ears < normal limits (Total RE <12° & Total LE <12°)
  - Bilateral caloric weakness.  Stop calculations - UW & DP values are not valid!
  - Statically compensated/chronic lesion (no spontaneous nystagmus/baseline shift)

52

**EXHIBIT C-13**

# Abnormal Calorics – *Unilateral Weakness*



Caloric Weakness: 31% in the right ear

Leftbeating nystagmus without fixation should be
seen in the supine position (~10º/sec)

Uncompensated/acute lesion (significant nystagmus without fixation/baseline shift)

53

**EXHIBIT C-13**

# Abnormal Calorics – *Unilateral Weakness*

- Criterion for abnormality
  - UW % > 25% (range 20% - 30 %)
- Localization
  - [*Unilateral weakness* denotes a <u>peripheral vestibular lesion</u> involving the lateral (horizontal) semicircular canal or its afferent pathways on the side of the weaker response] (the involved pathway extends from the end-organ to the root entry zone of the vestibular nerve in the brain stem)

**EXHIBIT C-13**

# Abnormal Calorics – *Unilateral Weakness*

- Diseases that affect the labyrinth or the vestibular nerve (from end-organ to root entry zone in the brain stem) or the blood supply to those sites can cause unilateral vestibular lesion

  - Acute
    - Viral/bacterial labyrinthitis (acute stage)
    - Vestibular neuritis (acute stage)
    - Meniere's disease (initial episodes)
    - Labyrinthine concussion
    - Labyrinthine infarction

  - Chronic
    - Viral/bacterial labyrinthitis (chronic stage)
    - Vestibular neuritis (chronic stage)
    - Meniere's disease (advanced stage)
    - Vestibular schwannoma/ acoustic neuroma

Central lesions that affect the root entry zone of the vestibular nerve (e.g., M.S.) can cause unilateral weakness but other CNS signs will be present

**EXHIBIT C-13**

# Abnormal Calorics – *Bilateral Weakness*



Tot R =
4+5 = 9
< 12

Tot L =
3+3 = 6
< 12

- When bilateral caloric weakness is present, an additional test (head impulse, rotation chair, active head rotation, or bilateral ice water) is needed to determine if true bilateral vestibular lesion or hyporesponsiveness exists.

56

**EXHIBIT C-13**

# Abnormal Calorics – *Hyporesponsiveness (BW)*

- Criterion for abnormality
  - Total RE < 12°/sec and Total LE < 12°/sec
- Localization
  - [*Hyporesponsiveness (BW)* denotes <u>either peripheral vestibular lesion in both ears or a central lesion</u>]
- Etiologies
  - Idiopathic
  - Ototoxicity
  - Bilateral Meniere's disease
  - Congenital malformations
  - Cerebellar degeneration and tumors

**EXHIBIT C-13**

# Abnormal Calorics – *Hyperresponsiveness*



Total RE = RC - RW = 224°/sec     Total LE = LW - LC = 232°/sec

Rule out *tympanic membrane perforation* and *overcalibration*

**EXHIBIT C-13**

# Abnormal Calorics – *Hyperresponsiveness*

- Criterion for abnormality
  - Total RE > 140°/sec or Total LE > 140°/sec
- Localization
  - [*Hyperresponsiveness* denotes a <u>central lesion</u>] (most likely due to loss of inhibitory responses at the vestibular nuclei)
- Etiologies
  - Cerebellar atrophy and diseases affecting the cerebellum (also reported in patients with migraine and motion sensitivity syndrome)

**EXHIBIT C-13**

# Caloric Test – *Artifacts*



One irrigation produces significantly different response (dominates the test result).  Repeat?

**EXHIBIT C-13**

# Caloric Test – *Artifacts*



**EXHIBIT C-13**

# DYNAMIC POSITION TEST

**EXHIBIT C-13**

# Best Practices in Dix-Hallpike Maneuver

- Turn the head 45 degrees right or left before moving the patient to avoid false-positive bilateral BPPV
  - No difference which side is done first
- No need to move the patient too vigorously from the sitting to supine position
  - Particles are moved primarily by gravity
- No need to hang the head too far over the edge in the supine position
- When responses are delayed, listen to the patient to determine if you have waited enough time
- Check for possible contraindications
  - Severe neck or back problems/arterial blood supply anomalies

63

**EXHIBIT C-13**

# Interpretation of Dix-Hallpike Maneuver



- ## Dix-Hallpike or sidelying maneuver
  - Most common finding is a BPPV-type nystagmus (transient torsional-vertical nystagmus with delayed-onset) that localizes to the undermost posterior semicircular canal and inferior portion of vestibular nerve
  - In rare cases, contralateral anterior canal is involved
- ## Roll maneuver
  - For the diagnosis of lateral canal BPPV

**EXHIBIT C-13**

# Abnormal Dix-Hallpike – *BPPV-Type Nystagmus*



- Torsional–vertical nystagmus (most common type is upbeat with torsion toward the undermost ear indicating posterior canal BPPV)
- Usually delayed onset (~10 seconds)
- Transient (~20 seconds)
- Fatiguable (<u>temporary</u> reduction of nystagmus intensity on repeating the maneuver)
- Subjective sensation of vertigo

65

EXHIBIT C-13

# General Interpretation of Dynamic Position Test

- ## What if the patient has static positional nystagmus?

  - Static positional nystagmus – Look for nystagmus that is present as long as head remains in critical position

  - Dynamic positioning nystagmus – Look for transient nystagmus that is provoked by head moving to critical position

Static nystagmus in the sitting position (similar in all other head positions)





**EXHIBIT C-13**

# General Interpretation of Dynamic Position Test

- What if the nystagmus has no torsional component?
  - Purely vertical nystagmus – Not BPPV!

**EXHIBIT C-13**

# Abnormal Dix-Hallpike – *Downbeat Nystagmus*







- Usually bilateral and much longer duration compared to BPPV

- Usually patient does not report true vertigo

- [Denotes a <u>central lesion</u>] in the posterior fossa (same as downbeat nystagmus in gaze testing)

  – Has been reported in bilateral anterior canal BPPV but caution must be taken to rule out central lesions

68

**EXHIBIT C-13**



# NIH Public Access
## Author Manuscript
*Neurol Clin.* Author manuscript; available in PMC 2012 August 1.

Published in final edited form as:
*Neurol Clin.* 2011 August ; 29(3): 641–655. doi:10.1016/j.ncl.2011.05.004.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Neurologic manifestations of chronic methamphetamine abuse

**Daniel E. Rusyniak, MD**
Associate Professor of Emergency Medicine, Pharmacology and Toxicology, Adjunct Associate Clinical Professor of Neurology, Department of Emergency Medicine, Indiana University School of Medicine, 1050 Wishard Blvd, Rm 2200, Indianapolis, IN46202, 317 630–7276, 317 656–4216 (fax)

Daniel E. Rusyniak: drusynia@iupui.edu

## Summary

Chronic methamphetamine abuse has devastating effects on the central nervous system. The degree to which addicts will tolerate the dysfunction in the way they think, feel, move, and even look, is a powerful testimony to the addictive properties of this drug. While the mechanisms behind these disorders are complex, at their heart they involve the recurring increase in the concentrations of central monoamines with subsequent dysfunction in dopaminergic neurotransmission. The mainstay of treatment for the problems associated with chronic methamphetamine abuse is abstinence. However, by recognizing the manifestations of chronic abuse, clinicians will be better able to help their patients get treatment for their addiction and to deal with the neurologic complications related to chronic abuse.

## Keywords

Methamphetamine abuse; Psychosis; Parkinson's; Choreoathetoid; Punding; Formication

## Introduction

The current epidemic of methamphetamine abuse in the US is not surprising. Methamphetamine can be produced from a wide variety of starting materials and methods. This is in contrast to cocaine which is only commercially grown in South America, must be extracted from the plant, must be converted to its free base form, must be shipped overseas (escaping DEA detection), and then must be distributed, typically through gangs, to clients on the street.[1] Based on the attractiveness of methamphetamine to both users and its manufacturers, it is only surprising that the current outbreak of methamphetamine abuse in the US took so long to reach epidemic proportions.

In 1893 methamphetamine was synthesized from ephedrine (derived from the plant *Ephedra sinica*) by Nagai Nagayoshi.[2,3] Eventually a synthetic version would find its way to the consumer market as an over-the-counter (OTC) nasal decongestant and as a brochodilator.[4–6] Far from an OTC drug today, the FDA has characterized

© 2011 Elsevier Inc. All rights reserved.

The author has nothing to disclose.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

EXHIBIT C-14

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

methamphetamine as a schedule II drug which can only be prescribed for ADHD, extreme obesity, or to treat narcolepsy.

With the world on the brink of war, and its toxic effects not yet well described, the clinical effects of methamphetamine were thought to be ideal for the soldier in combat: increased alertness and aggression, plus decreased hunger and need to sleep. In WWII, the US, Germany, and Japan all readily employed it with their troops;[5, 7] it has been estimated that the US alone distributed 200 million tablets to troops.[4] After the war, Japan experienced widespread abuse as army surpluses flooded the market. Although methamphetamine usage in Japan declined in the 60's, it resurged in the 1970's and continues to be a problem today.[7,8] In 1954, at the height of its first epidemic, there were an estimated 2-million methamphetamine users in Japan. While still highest in Asia, methamphetamine abuse has become a worldwide epidemic. A 2008 United Nations Office on Drugs and Crime reports estimated 25 million abusers of amphetamines worldwide exceeding the number of users for both cocaine (14 million) and heroin (11 million)[9]

After World War II many US soldiers and civilians continued to use methamphetamine, which at that time was available by prescription in an injectable form. When Abbott and Burroughs Wellcome withdrew their injectable formulations in the early 1960's, an opportunity arose for the illegal manufacturing and distribution of methamphetamine.[4] West coast motorcycle gangs, such as the infamous "Hells Angels", quickly seized on this opportunity and by the 1970's gangs were largely responsible in the US for the manufacturing, distribution, and use of methamphetamine. It was from the transportation of methamphetamine in the crankshafts of motorcycles that it got its street name of "crank".[10] At that time methamphetamine was produced primarily from the precursors phenyl-2-propanone and methylamine (the P-2-P method).[5, 8] The combination of a crack down by the Department of Justice on west coast gangs and the Controlled Substances Act of 1970, which made the ingredients of the P-2-P method controlled substances, resulted in a shift in the manufacturing and distribution of methamphetamine to small makeshift labs.

In the 1980's, a crystalline form of methamphetamine that could be smoked, called ice, began to be imported from Asia to Hawaii.[10] This highly addictive form of methamphetamine quickly found its way to the US west coast and slowly began working it way east;[11] by 1990, methamphetamine had replaced cocaine as the stimulant of choice among drug users in many areas of California.[12] What would ultimately propel methamphetamine abuse to the forefront of the DEA's war on drugs, and to the front pages of mainstream magazines and newspapers, was the rural "meth lab". Unlike the cultivation of coca leaf or opium poppy, methamphetamine manufacture is not limited by geographic location. By using OTC ephedrine and pseudoephedrine as the main precursors, making methamphetamine became simpler and more efficient. "Meth labs" manufacturing relatively pure crystal methamphetamine began to pop up across the Midwest; with the small investment of about $200, a meth cook could easily earn between $2,000 and $5,000.[13] Despite the relative simplicity of its synthesis (by traditional chemistry standards), "cooking" methamphetamine requires heating volatile hydrocarbons. When done by those without chemistry backgrounds and, as it often is, in poorly ventilated areas, fires and explosions can ensue. In fact, many methamphetamine labs have been discovered only after they have caught fire or exploded.[14,15] In an attempt to decrease the growing methamphetamine crisis, Congress passed the 2005 Combat Methamphetamine Epidemic Act which limited access to pseudoephedrine. This shut down vast numbers of small and medium-sized laboratories resulting in the number admissions for methamphetamine abuse declining in 2006—the first time in 10 years.[10]

EXHIBIT C-14

With increasing numbers of large-scale manufacturers in Mexico, and other parts of the world, methamphetamine continues to be a significant problem in the US. Because it has its most devastating effects on the central nervous system (CNS), it is important for neurologists to learn to recognize signs of abuse and the many neurologic problems caused by methamphetamine. This article should help the practicing neurologist recognize and treat these patients, improving their chance to function drug free in society.

## Pharmacology and Toxicology

Both the acute and chronic neurologic effects of methamphetamine are the result of its pharmacology and toxicology. The acute effects of methamphetamine are those of the flight-or-fight response: increased heart rate and blood pressure, vasoconstriction, bronchodilation and hyperglycemia.[16] In addition, methamphetamine causes CNS stimulation that may result in euphoria, increased energy and alertness, intense curiosity and emotions, decreased anxiety, and enhanced self-esteem.[16]

Whether snorted, smoked, or injected, methamphetamine rapidly crosses the blood brain barrier where it can exert powerful effects on several neurochemical systems. Due to its lipophilic nature, methamphetamine has increased CNS penetration and is more potent than its parent compound amphetamine.[17] Once in the CNS, it binds to dopamine, norepinephrine, and to a lesser extent serotonin transporters located on neuronal cell membranes; at higher concentrations methamphetamine may also cross the cell membranes independent of transporter binding. Once bound, transporters pump methamphetamine into the neuron where it is taken up by vesicular monoamine transporters. The higher pKa (pKa =10.1) of methamphetamine[18] disrupts the proton gradient which normally keeps monoamines within the vesicle causing monamines leaving the vesicle and accumulate in the cytoplasm where they are reverse-transported out of the cell through the same transporters that pumped methamphetamine into the cell.[19,20]

In addition to increasing their release, methamphetamine also decreases monoamine reuptake and enzyme degradation.[21] The net result is that methamphetamine causes a rapid and sustained increase in the extracellular concentrations of monoamines. One of the reasons methamphetamine has exceeded cocaine in worldwide usage is that it has a longer half-life (12 hrs compared to 90 min) and therefore a much longer duration of action.[22] This allows the drug addict to have a longer and more sustained high and thereby get more "bang for their buck". While many receptors have been implicated in mediating the complex physiologic responses to amphetamines, the underlying clinical effects associated with methamphetamine use involve excessive stimulation of the sympathetic nervous system. It is the rapid and sustained activation of this system that is responsible for methamphetamine's recognizable adrenergic toxidrome: tachycardia, hypertension, mydriasis, diaphoresis, and psychomotor agitation. In addition, it is the prolonged release of central monoamines and activation of the sympathetic nervous system that is responsible for most of the acute neurologic complications associated with methamphetamine use (e.g. strokes, seizures, agitation, and hyperthermia).[20,23,24] The sustained and repeated release of central monoamines is also largely to blame for the chronic neurologic effects of methamphetamine abuse. [20]

With repeated use in both humans and experimental animal models, methamphetamine depletes the brain's stores of dopamine and damages dopamine and serotonin nerve terminals. This may be a contributing factor to methamphetamine's high abuse potential; without the drug, users may have an impaired ability to experience pleasure (anhedonia), slipping into a deep depression. Based on current evidence, the complex mechanisms by which methamphetamine damages neurons involves increases in intra and extracellular

NIH-PA Author Manuscript
NIH-PA Author Manuscript
NIH-PA Author Manuscript

EXHIBIT C-14

concentrations of dopamine which sets off a cascade of events including oxidative stress, neuroinflammation, and excitatory neurotoxicity—the net result of which is neurotoxicity[25].

It has also been shown that hyperthermia, a known complication of methamphetamine use, exacerbates this neurotoxicity.[25] Although this paper focuses predominantly on methamphetamine, the similarities in the pharmacology, toxicology, and clinical effects between methamphetamine, amphetamine, and other stimulants (e.g. cocaine and 3,4-methylenedioxmethamphemine [ecstasy]) makes the following discussions on neurologic complications largely translatable to other CNS stimulants.

## Neuropsychiatric Complications

Dopamine and Serotonin neurons project widely throughout the CNS and are known to influence a variety of behaviors and functions. It should not be surprising that chronic methamphetamine abuse, which can damage dopamine and serotonin nerve terminals, is associated with deficits in neuropsychological testing. It has been estimated that 40% of methamphetamine users have abnormalities on neuropsychiatric tests.[26] In a well done meta-analysis of studies examining the effects of chronic methamphetamine abuse on neuropsychiatric function, the most frequently reported deficits involve episodic memory, executive function, and motor function.[27] Of these, the greatest impairments are in episodic memory; this form of memory is thought to be the most susceptible to neuronal dysfunction.[28] As episodic memory allows one to consciously re-experience past events,[28] methamphetamine users who, by virtue of damaged episodic memory, forget past mistakes associated with their drug usage may be doomed to repeat them.

Another effect of chronic methamphetamine abuse is damage to executive function. With impaired executive function methamphetamine abusers are likely to be distractible, impulsive, to act inappropriately despite social cues to the contrary, and to lack goals. In studies, patients addicted to methamphetamine prefer smaller immediate over larger, delayed rewards.[29] In order to overcome that wish for immediate rewards, addicts must activate the higher cognitive control systems, which, by virtue of their damaged executive system, is not an easy task for methamphetamine-dependant individuals.[29] Another consequence of impaired executive function, demonstrated in patients with damaged frontal lobes, is perseveration: the inability to change behavior even when the current behavior becomes destructive.[30] It is easy to imagine how damage to episodic memory and executive function might result in continued methamphetamine abuse despite the physical and emotional toil it reaps on users and their families. By chemically converting users into modern Phineas Gages, methamphetamine exerts a powerful influence on behavior and decision-making. Although not specifically tested, it is also possible that persons with damaged episodic memory and executive function, prior to using drugs, may be more susceptible to drug abuse and addiction, and may have a greater risk for relapse.

Although studies show motor deficits in chronic methamphetamine abusers, these deficits do not typically involve gross movements, as with Parkinson's disease, but rather affect fine motor dexterity (e.g. placing pegs in a pegboard). These deficits would seem to be in line with studies showing that damage to dopamine terminals is more prevalent in the caudate (more involved in cognitive motor activities) then the putamen (more involved in pure motor activities) regions of the basal ganglia.[31,32]

Along with neuropsychiatric deficits, methamphetamine abusers suffer from mental illnesses with anxiety,[33–35] depression,[27,35–37] and psychosis[22,27,37,38] being the most commonly reported. Of these, the neurologist is perhaps most likely to be confronted with the patient suffering from psychosis.

**EXHIBIT C-14**

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

After WWII, Japan suffered not only from a methamphetamine epidemic but also from an epidemic of drug-induced psychosis.[39–42] It has been estimated that at its height (between 1945–1955), there were as many as 200,000 persons in Japan with drug-induced psychosis.[42] Although much of the research on methamphetamine-induced psychosis has been conducted in Japan, similar reports have been reported in the US and other countries.[43,44]

The symptoms of methamphetamine-induced psychosis are similar to those seen with schizophrenia; the most frequently reported symptoms are delusions of persecution and auditory hallucinations.[39–42,44–46] Although not as commonly reported, negative symptoms (e.g. poverty of speech and psychomotor retardation) have also seen with methamphetamine-induced psychosis.[44] In addition to a similar symptomatology, both schizophrenia and amphetamine-evoked psychosis can be effectively treated with dopamine antagonists.[47] The similarities between these disorders have lead many researchers to use amphetamines to model schizophrenia in laboratory animals.[42,48]

The development of psychosis is more readily seen in people using higher methamphetamine concentrations for prolonged periods of time.[39,45,46,49,50] The reported doses required, duration of abuse, and onset of symptoms are highly variable, as is the duration of psychotic symptoms (1 week—indefinitely). [16,51] Even if symptoms abate with abstinence, they can re-emerge with repeat usage or under stressful situations.[40] One of the debates associated with psychosis and methamphetamine is whether it is the result of methamphetamine-induced neurotoxicity (i.e. altered dopaminergic neurotransmission), or whether the two disorders co-exist so that persons with mental illness are more likely to abuse methamphetamine (so called dual diagnosis). The later seems to be supported by data showing that persons with predispositions to mental illness, such as strong family histories, are significantly more likely to develop methamphetamine-associated psychosis.[49–50] Furthermore schizophrenics given low doses of methamphetamine will have exacerbations of their symptoms. [52] Therefore, it has been suggested that in susceptible individuals methamphetamine abuse may be a trigger which unmasks schizophrenia/psychosis.[53] Others have suggested that persons with schizophrenia/psychosis seek out illicit drugs as a form of self treatment[54] or, as recent data suggests, that neuronal deficits underlying the development of schizophrenia make individuals more prone to develop drug addiction.[55] Either way, it is clear that methamphetamine abuse can result in the development of acute, and in some cases chronic, psychosis and that practicing neurologists should be aware of this association. With the significant increase in the number of persons abusing methamphetamine it remains to be seen if there will be a concomitant rise in patients requiring treatment for psychosis.

## Formication

One interesting aspect of chronic methamphetamine psychosis is the delusion of parasitosis or formication (the belief that one is infested with and being bitten by bugs).[43,46, 6–59] Commonly known as "meth mites", this is a frequent complaint in heavy daily users of methamphetamine. In studies of patients admitted to drug treatment facilities for methamphetamine abuse, approximately 40% of the patients report having had formication;[43,46] If the patients had every suffered from psychosis, then the percentage of persons experiencing formication rose to 70%. [46] It is interesting that similar symptoms have been reported in animals chronically administered d-amphetamine.[57,58,60] These delusions may cause patients to repetitively pick at their skin resulting in scarring of their face and extremities.[59, 61] Constant picking combined with neglect of hygiene also increase the risk for developing skin infections—including abscesses and cellulitis from MRSA.[62] Along with abstinence from drug usage, dopamine antagonists have been shown to help

**EXHIBIT C-14**

patients with drug-induced formication.[57] Although formication is not unique to methamphetamine—it has also been reported with cocaine[63] and schizophrenia[57]—the finding of multiple pock marks on a patient's face and extremities, or recurrent skin abscesses in these areas, should increase a clinician's suspicion of chronic methamphetamine abuse.

## Stereotypy or Punding

One of the unique manifestations of methamphetamine abuse is the development of punding. The word punding is Swedish for "block-head".[64,65] It was first coined by Rylander who learned of the slang term from chronic amphetamine and phenmetrazine (another stimulant abused in Sweden in the 1960's) users as they described the abnormal persistent behaviors displayed by themselves and other addicts.[64] Punding has since become a term for non-goal directed repetitive activity. Patient-reported examples include assembling and disassembling clocks and watches, or incessantly sorting through purses. What makes these behaviors troublesome is the duration of time punders would dedicate to such tasks without any apparent gain. There seems to be a predilection for punding to entail activities that users had previously been involved with. For example, a carpenter abusing amphetamines may repetitively build wooden objects; artists may doodle, paint or draw excessively; a business man may make and add to spreadsheets for hours.[66] Along this line there is a gender-related component, with men typically tinkering with electronics and women's more commonly involving grooming behaviors like hair brushing and nail polishing.[64,65,67–69] It is interesting that stereo-typed repetitive movements like head bobbing, licking, gnawing and sniffing are also seen in a variety of animals given amphetamines.[70]

While first reported in amphetamine abusers, punding has also been reported in cocaine users,[71] and more recently in patients with Parkinson's disease receiving dopamine replacement therapy.[66,67] Like chronic stimulant abusers, patients with Parkinson's disease have dysfunctional dopaminergic neurotransmission and can develop psychosis.[67] This suggests a similar pathophysiologic mechanism. While few controlled studies have been done on punding with substance abuse, there is some data available on its incidence. In a study of 50 patients addicted to cocaine, Fasano reported that 38% had some form of punding.[66] These patients spent on average three hours a day engaged in their repetitive activities.[66] One patient reported spending up to 14 hours a day playing computer games and collecting things.[67] It is interesting that the majority of interviewed patients in this study reported their behavior began shortly after their first drug usage. In addition, the duration and amount of drug use did not seem to predict which users would develop punding and which would not.[67] This suggests that, like the development of stimulant-induced psychosis, that there may be a predisposition for the development of punding that is merely brought out by the drug. As previously discussed, the same abnormal brain circuitry that increases ones risk for becoming addicted may also be involved in the development of such stereotyped behaviors. In his first report on the topic, Rylander described punding in 26% (40 of 150) of amphetamine addicts he interviewed.[64] These patients shared identical symptomatology as the cocaine and Parkinson's disease punderers. The majority of drug abuse patients did not describe associated anxiety or distress over their activities, but rather thought of them with amusement. Some even found them pleasurable. When abstaining from drug usage, punding typically abates. While the neurologic mechanisms behind punding are not yet well delineated it appears to involve dopamine. Repeated dosing of amphetamines in animals results in behavioral sensitization: this is manifested as increased locomotion and stereotypic behavior with each subsequent dose of amphetamine. This sensitization appears to involve both glutamate and dopamine and more recently dopamine-mediated decreases in acetylcholine have been implicated.[67,72,73] As concentrations of extracellular dopamine increase with each subsequent dose of amphetamine, one could envision over time this

EXHIBIT C-14

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

excess dopamine causing neurotoxicity or change the normal balance between Dopamine 1 and Dopamine 2 receptor activity;[52] In an excellent review on the topic, Fasano makes a strong argument for the involvement of both D1 and D2 receptors in the development of punding and suggests that if needed, treatments might include atypical antipsychotics.[66]

## Chronic Methamphetamine Abuse and the development of Parkinson's disease

People with Parkinson's disease[66,67] also exhibit unusual impulse control disorders and punding. Similar to methamphetamine abusers, Parkinson's disease patients, whether they are newly diagnosed[74] or have had dopamine-replacement therapies,[75] have sex-different compulsivity problems. Men more frequently suffer from pathological gambling and compulsive sexual behavior, while women tend toward compulsive buying and binge eating. The collective animal and human data clearly show that high-dose methamphetamine abuse causes alterations in striatal dopaminergic neurotransmission. Numerous pathology and imaging studies have shown reductions in of striatal dopamine, tyrosine hydroxylase, and dopamine transporters.[6,32,76–80] Since these findings are also found in persons with Parkinson's disease it would be logical to expect that chronic methamphetamine addicts would develop signs of Parkinson's disease.

The current and prevailing theory is that abusing methamphetamine does not increase one's risk of developing Parkinson's disease or Parkinsonism.[31,32,76] Several hypotheses have been put forth to explain the discrepancy between the research and clinical data.[31,32,76] The simplest is that they are different disorders. Parkinson's disease involves loss of dopaminergic neurons in the substantia nigra while methamphetamine abuse causes alterations in dopaminergic nerve terminals, but not in the cell bodies themselves.[32] In studies of methamphetamine abusers the reductions in dopamine have a different distribution than in Parkinson's disease patients. Methamphetamine users have greater dopamine reductions in the caudate compared to the putamen with Parkinson's disease patients showing the opposite.[32] Another hypothesis is that once users become drug abstinent, the damaged dopaminergic nerve terminals begin to recover; Decreases in dopamine transporters of methamphetamine abusers were found to significantly recovery with prolonged (>12 months) abstinence.[79]

Another hypothesis is that methamphetamine abusers do not actually damage their dopaminergic nerve terminals, and that the findings of reduce dopamine levels represent a compensatory response to repeated elevations in monoamines. The strongest argument for this has been that the vesicular transporter-2 (VMAT2), which is known to be reduced in Parkinson's disease and to be resistant to drug-compensatory regulation, is not significantly reduced in abstinent methamphetamine abusers.[6,81] In fact, a more recent PET scan study of non-abstinent methamphetamine abusers found increases in VMAT2.[82] This was thought to be due to reductions in vesicular dopamine, depleted from recent release, resulting in less dopamine being available to compete for binding to VMAT2.[82]

Another intriguing hypothesis involves nicotine and nicotine receptors. Acetylcholine nicotinic mechanisms can influence the behavioral and neurochemical effects of psychomotor stimulant drugs and vice versa.[83] An overwhelming number of methamphetamine users smoke cigarettes compared to the general population (87–92% vs 22%).[84] Since cigarette smoking negatively correlates with development of Parkinson's disease[85] methamphetamine abusers may be protected, or self treated.[31] Some researchers believe that methamphetamine abuse does increase the risk for developing Parkinson's disease.[76,86,87] One retrospective study, looking at hospital admissions over a ten year period, found an increased incidence of Parkinson's disease among patients who had a prior

**EXHIBIT C-14**

history of being admitted with a methamphetamine-related problem.[87] Since it may take many years before reductions in dopamine reach the levels mediating clinical symptoms, it is possible that the patients enrolled in many of the prospective clinical studies are not old enough to show symptoms; the majority of studies involve young adults. What instead may occur is that as methamphetamine use increases in young adults, we may see a shift in the age of onset of Parkinson's disease. There have been two studies involving the same group of patients that support this idea. In a phone survey of Parkinson's disease patients receiving care at one of three clinics, patients with Parkinson's disease were significantly more likely (OR=8, CI 1.6–41) to have used amphetamines than their unaffected spouses[88] and in the majority of these patients their exposures to amphetamines occurred years (~27) before symptoms onset.[88] Compared to Parkinson's patients without a history of exposure, those patients with a history of amphetamine use were significantly younger at age of symptom onset, but not at age of diagnosis.[86] This is a small study, however, and subject, by its design, to recall bias. Further work is needed to confirm whether there is, in fact an association between amphetamine use and the development of Parkinson's disease.

## Choreoathetoid movements and dyskinesias

A potential complication of methamphetamine-induced damage to the dopaminergic nervous system is the development of dyskinesias and choreoathetoid movements.[89] There have been numerous reports of choreoathetoid movements (involuntary purposeless and uncontrollable movements with features of both chorea and athetosis)in patients using and/or abusing amphetamines.[46,68,69,90–94] In one report, patients with underlying chorea (Sydenham's, Huntington's, and Lupus) were given an intravenous dose of amphetamine to assess its effect on their baseline movements. In each of these patients, amphetamine dramatically worsened of their underlying chorea.[95] The increases in limb movements provoked by amphetamines could be prevented if patients were pre-treated with the dopamine-2 antagonist haloperidol.[95] Since a group of control patients without chorea given amphetamine did not develop movement disorders, the authors suggested that the development of chorea from amphetamines may require a underlying damage to the striatum.[95] This supposition would seem to be supported from several lines of evidence. For one, numerous studies have shown that methamphetamine abusers have evidence of dopaminergic neurotoxicity in the striatum.[6,25,96] Additionally, chronic methamphetamine abusers, even without frank chorea, often have demonstrable movement disorders.[97] Furthermore, in some patients movement disorders can last for years even after they have stopped using amphetamines.[64,68] Lastly, patients who have stopped abusing amphetamine, and subsequently recovered from their choreoathetoid movement disorder, will often re-develop symptoms the first time they use amphetamines again suggesting that patients may become permanently susceptible. [68]

The description of choreoathetoid movements typically involves the limbs, neck and face and often has a rhythmic dance-like quality. Like other dyskinesias, symptoms disappear while patients sleep.[68] Although in some patients dopamine antagonists and benzodiazepines have been found to relieve symptoms,[69,91,95] in others they have had no benefit.[68] Not limited to amphetamines, choreoathetoid movements have also been reported with other stimulants including cocaine (known as "crack dancing").[64,97–99] Although the paucity of literature on this topic suggests that the development of these symptoms is relatively rare, the fact that there are street names for this in English and Spanish would suggest it may occur more commonly than reported.[98] It is a sad and real possibility that, among other reasons, many of the homeless persons seen dancing and writhing around on the street corners of many major cities may be manifesting signs of stimulant induced-choreoathetoid movements.

**EXHIBIT C-14**

## Dental Caries

Although not traditionally considered a neurologic complication, the development of dental caries and teeth erosion in chronic methamphetamine abusers may be the result of elevations in brain monoamines. Referred to as "meth mouth", advanced dental caries, tooth loss, and tooth fractures seenamong methamphetamine usersis the result of decreased saliva production (xerostomia) combined with teeth grinding (bruxism) and jaw clenching.[100–108] Additional contributors to meth-related tooth decay include poor oral hygiene combined with the consumption of sugar-containing carbonated soft drinks—a common habit among methamphetamine users with Mountain Dew being their drink of choice.[100–102,106,109] Dental carries seen with "meth mouth" occur in a similar pattern to other disorders involving xerostomia (e.g. Sjögren and radiation), involving the buccal smooth surface of the posterior teeth and the interproximal areas of the anterior teeth.[100,102] Decay can progress to complete destruction of dental enamel with many young methamphetamine addicts requiring dentures.[110] The mechanism of methamphetamine-induced xerostomia appears to be mediated by central alpha-2 receptors, which when bound by norepinephrine, decreases salivary flow;[103,109,111] Along with increasing dopamine, methamphetamine causes sustained increases in extracellular concentrations of norepinephrine.[112] While the cause of bruxism is not well known, it is thought be of central origin and likewise to involve central monoamines.[107,108,113] Unlike nocturnal bruxism, methamphetamine users will often have bruxism day and night.[107,108] While the practicing neurologist is unlikely to be consulted to see a patient because of dental caries, recognizing the dental, and dermatologic, manifestations of chronic methamphetamine abuse may help to identify at-risk patients.

## Summary

Chronic methamphetamine abuse has devastating effects on the central nervous system. The degree to which addicts will tolerate the dysfunction in the way they think, feel, move, and even look, is a powerful testimony to the addictive properties of this drug. While the mechanisms behind these disorders are complex, at their heart they involve the recurring increase in the concentrations of central monoamines with subsequent dysfunction in dopaminergic neurotransmission. The mainstay of treatment for the problems associated with chronic methamphetamine abuse is abstinence. However, by recognizing the manifestations of chronic abuse, clinicians will be better able to help their patients get treatment for their addiction and to deal with the neurologic complications related to chronic abuse.

## Acknowledgments

This work was supported by USPHS grants DA020484 and DA026867. In addition, the author would like to acknowledge the valuable editorial assistance of Pamela J. Durant

## References

1. Streatfeild, D. Cocaine: An Unauthorized Biography. New York: Picador; 2001.
2. Nagai T, Kamiyama S. Forensic toxicologic analysis of methamphetamine and amphetamine optical isomers by high performance liquid chromatography. Int J Legal Med. 1988; 101:151–9.
3. Nagai H. Studies on the components of *Ephedraceae* in herb medicine. Yahugaku Zasshi. 1893; 139:901–33.
4. Miller, MA. History and Epidemiology of Amphetamine Abuse in the United States. In: Klee, H., editor. Amphetamine Misuse: International Perspectives on Current Trends. Reading, UK: Harwood Academic Publishers; 1997. p. 113-33.
5. Anglin MD, Burke C, Perrochet B, et al. History of the methamphetamine problem. J Psychoactive Drugs. 2000; 32:137–41. [PubMed: 10908000]

EXHIBIT C-14

6. Wilson JM, Kalasinsky KS, Levey AI, et al. Striatal dopamine nerve terminal markers in human, chronic methamphetamine users. Nat Med. 1996; 2:699–703. [PubMed: 8640565]

7. Suwaki, H.; Fukui, S.; Konuma, K. Methamphetamine abuse in Japan: Its 45 year history and the current situation. In: Klee, H., editor. Amphetamine Misuse: International Perspectives on Current Trends. Reading, UK: Harwood Academic Publishers; 1997.

8. Hunt, D.; Kuck, S.; Truitt, L. Methamphetamine use: Lessons learned: report to the National Institute of Justice. 2006.

9. UNDOC. Annual Report 2008. 2008. www.unodc.org/documents/about-unodc/AR08_WEB.pdf

10. Gonzales R, Mooney L, Rawson RA. The Methamphetamine Problem in the United States. Annu Rev Public Health. 2010; 31:385–98. [PubMed: 20070191]

11. Office of National Drug Control Policy II. [Accessed January 19th, 2011] America's Drug Use Profile. http://www.ncjrs.gov/ondcppubs/publications/policy/ndcs01/chap2.html

12. Derlet RW, Heischober B. Methamphetamine. Stimulant of the 1990s? West J Med. 1990; 153:625–8. [PubMed: 2293467]

13. Costs of Meth. http://www5.semo.edu/criminal/medfels/text_meth_cost.htm

14. Denehy J. The meth epidemic: its effect on children and communities. J Sch Nurs. 2006; 22:63–5. [PubMed: 16563227]

15. Betsinger G. Coping with meth lab hazards. Occup Health Saf. 2006; 75:50, 52, 54–58. passim. [PubMed: 17125087]

16. Cruickshank CC, Dyer KR. A review of the clinical pharmacology of methamphetamine. Addiction. 2009; 104:1085–99. [PubMed: 19426289]

17. Lake CR, Quirk RS. CNS stimulants and look-alike drugs. Psychiatr Clin North Am. 1984; 7:689–701. [PubMed: 6151645]

18. Brandle E, Fritzsch G, Greven J. Affinity of different local anesthetic drugs and catecholamines for the contraluminal transport system for organic cations in proximal tubules of rat kidneys. J Pharmacol Exp Ther. 1992; 260:734–41. [PubMed: 1738120]

19. Fleckenstein AE, Volz TJ, Riddle EL, et al. New insights into the mechanism of action of amphetamines. Annu Rev Pharmacol Toxicol. 2007; 47:681–98. [PubMed: 17209801]

20. Schep LJ, Slaughter RJ, Beasley DMG. The clinical toxicology of metamfetamine. Clinical Toxicology (Philadelphia, Pa). 2010; 48:675–94.

21. Suzuki O, Hattori H, Asano M, et al. Inhibition of monoamine oxidase by d-methamphetamine. Biochem Pharmacol. 1980; 29:2071–3. [PubMed: 6773528]

22. Meredith CW, Jaffe C, Ang-Lee K, et al. Implications of chronic methamphetamine use: a literature review. Harv Rev Psychiatry. 2005; 13:141–54. [PubMed: 16020027]

23. O'Connor AD, Rusyniak DE, Bruno A. Cerebrovascular and cardiovascular complications of alcohol and sympathomimetic drug abuse. Med Clin North Am. 2005; 89:1343–58. [PubMed: 16227066]

24. Rusyniak DE, Sprague JE. Hyperthermic syndromes induced by toxins. Clin Lab Med. 2006; 26:165–84. [PubMed: 16567230]

25. Yamamoto BK, Moszczynska A, Gudelsky GA. Amphetamine toxicities. Ann N Y Acad Sci. 2010; 1187:101–21. [PubMed: 20201848]

26. Rippeth JD, Heaton RK, Carey CL, et al. Methamphetamine dependence increases risk of neuropsychological impairment in HIV infected persons. J Int Neuropsychol Soc. 2004; 10:1–14. [PubMed: 14751002]

27. Scott JC, Woods SP, Matt GE, et al. Neurocognitive effects of methamphetamine: a critical review and meta-analysis. Neuropsychol Rev. 2007; 17:275–97. [PubMed: 17694436]

28. Tulving E. Episodic memory: from mind to brain. Annu Rev Psychol. 2002; 53:1–25. [PubMed: 11752477]

29. Hoffman WF, Schwartz DL, Huckans MS, et al. Cortical activation during delay discounting in abstinent methamphetamine dependent individuals. Psychopharmacology (Berl). 2008; 201:183–93. [PubMed: 18685833]

30. Gilbert SJ, Burgess PW. Executive function. Curr Biol. 2008; 18:R110–4. [PubMed: 18269902]

**EXHIBIT C-14**

31. Caligiuri MP, Buitenhuys C. Do preclinical findings of methamphetamine-induced motor abnormalities translate to an observable clinical phenotype? Neuropsychopharmacology. 2005; 30:2125–34. [PubMed: 16123755]

32. Moszczynska A, Fitzmaurice P, Ang L, et al. Why is parkinsonism not a feature of human methamphetamine users? Brain. 2004; 127(Pt 2):363–70. [PubMed: 14645148]

33. Glasner-Edwards S, Mooney LJ, Marinelli-Casey P, et al. Anxiety disorders among methamphetamine dependent adults: association with post-treatment functioning. Am J Addict. 2010; 19:385–90. [PubMed: 20716300]

34. Hall W, Hando J, Darke S, et al. Psychological morbidity and route of administration among amphetamine users in Sydney, Australia. Addiction. 1996; 91:81–7. [PubMed: 8822016]

35. McKetin R, Ross J, Kelly E, et al. Characteristics and harms associated with injecting versus smoking methamphetamine among methamphetamine treatment entrants. Drug Alcohol Rev. 2008; 27:277–85. [PubMed: 18368609]

36. Copeland AL, Sorensen JL. Differences between methamphetamine users and cocaine users in treatment. Drug Alcohol Depend. 2001; 62:91–5. [PubMed: 11173172]

37. Newton TF, Kalechstein AD, Duran S, et al. Methamphetamine abstinence syndrome: preliminary findings. Am J Addict. 2004; 13:248–55. [PubMed: 15370944]

38. Nordahl TE, Salo R, Leamon M. Neuropsychological effects of chronic methamphetamine use on neurotransmitters and cognition: a review. J Neuropsychiatry Clin Neurosci. 2003; 15:317–35. [PubMed: 12928507]

39. Iwanami A, Sugiyama A, Kuroki N, et al. Patients with methamphetamine psychosis admitted to a psychiatric hospital in Japan. A preliminary report. Acta Psychiatr Scand. 1994; 89:428–32. [PubMed: 8085475]

40. Sato M. A lasting vulnerability to psychosis in patients with previous methamphetamine psychosis. Ann N Y Acad Sci. 1992; 654:160–70. [PubMed: 1632581]

41. Shimazono Y, Matsushima E. Behavioral and neuroimaging studies on schizophrenia in Japan. Psychiatry Clin Neurosci. 1995; 49:3–11. [PubMed: 8608430]

42. Yui K, Ikemoto S, Ishiguro T, et al. Studies of amphetamine or methamphetamine psychosis in Japan: Relation of methamphetamine psychosis to schizophrenia. Ann N Y Acad Sci. 2000; 914:1–12. [PubMed: 11085303]

43. Hawks D, Mitcheson M, Ogborne A, et al. Abuse of methylamphetamine. Br Med J. 1969; 2:715–21. [PubMed: 5786759]

44. Srisurapanont M, Ali R, Marsden J, et al. Psychotic symptoms in methamphetamine psychotic in-patients. Int J Neuropsychoph. 2003; 6:347–52.

45. Mahoney JJ 3rd, Kalechstein AD, De La Garza R 2nd, et al. Presence and persistence of psychotic symptoms in cocaine-versus methamphetamine-dependent participants. Am J Addict. 2008; 17:83–98. [PubMed: 18393050]

46. Ellinwood EHJ. Amphetamine Psychosis:I. Description of the individuals and process. J Nerv Ment Dis. 1967; 144:273–83.

47. Angrist B, Lee HK, Gershon S. The antagonism of amphetamine-induced symptomatology by a neuroleptic. Am J Psychiat. 1974; 131:817–9. [PubMed: 4600629]

48. Snyder SH. Amphetamine psychosis: a "model" schizophrenia mediated by catecholamines. Am J Psychiat. 1973; 130:61–7. [PubMed: 4345465]

49. Chen CK, Lin SK, Sham PC, et al. Pre-morbid characteristics and co-morbidity of methamphetamine users with and without psychosis. Psychol Med. 2003; 33:1407–14. [PubMed: 14672249]

50. Chen C-K, Lin S-K, Sham PC, et al. Morbid risk for psychiatric disorder among the relatives of methamphetamine users with and without psychosis. Am J Med Genet. 2005; 136B:87–91. [PubMed: 15892150]

51. Bell DS. The experimental reproduction of amphetamine psychosis. Arch Gen Psychiatry. 1973; 29:35–40. [PubMed: 4711131]

52. Lieberman JA, Kinon BJ, Loebel AD. Dopaminergic mechanisms in idiopathic and drug-induced Psychoses. Schizophr Bull. 1990; 16:97–110. [PubMed: 2185538]

**EXHIBIT C-14**

53. Bell DS. Comparison of amphetamine psychosis and schizophrenia. Br J Psychiatry. 1965; 111:701–7. [PubMed: 14337419]

54. Buckley PF. Substance abuse in schizophrenia: a review. J Clin Psychiatry. 1998; 59 (Suppl 3):26–30. [PubMed: 9541335]

55. Chambers RA, Krystal JH, Self DW. A neurobiological basis for substance abuse comorbidity in schizophrenia. Biol Psychiatry. 2001; 50:71–83. [PubMed: 11526998]

56. Richards JR, Bretz SW, Johnson EB, et al. Methamphetamine abuse and emergency department utilization. West J Med. 1999; 170:198–202. [PubMed: 10344172]

57. de Leon J, Antelo RE, Simpson G. Delusion of parasitosis or chronic tactile hallucinosis: Hypothesis about their brain physiopathology. Compr Psychiatry. 1992; 33:25–33. [PubMed: 1555406]

58. Ellinwood, EH.; Sudilovsky, A. Chronic amphetamine intoxication: behavioral model of psychoses. In: Cole, JO.; Freedman, AM.; Friedhoff, AJ., editors. Psychopathology and Psychopharmacology. Baltimore: Johns Hopkins University Press; 1972. p. 51-70.

59. Yaffee HS. Cutaneous stigmas associated with methedrine (methamphetamine). Arch Dermatol. 1971; 104:687. [PubMed: 5131716]

60. Ellison GD, Eison MS. Continuous amphetamine intoxication: an animal model of the acute psychotic episode. Psychol Med. 1983; 13:751–61. [PubMed: 6320247]

61. Liu SW, Lien MH, Fenske NA. The effects of alcohol and drug abuse on the skin. Clin Dermatol. 2010; 28:391–9. [PubMed: 20620755]

62. Cohen AL, Shuler C, McAllister S, et al. Methamphetamine use and methicillin-resistant *Staphylococcus aureus* skin infections. Emerg Infect Dis. 2007; 13:1707–13. [PubMed: 18217555]

63. Siegel RK. Cocaine hallucinations. Am J Psychiat. 1978; 135:309–14. [PubMed: 626219]

64. Rylander G. Psychoses and the punding and choreiform syndromes in addiction to central stimulant drugs. Psychiatr Neurol Neurochir. 1972; 75:203–12. [PubMed: 4625014]

65. Schiorring E. Psychopathology induced by "speed drugs". Pharmacol Biochem Behav. 1981; 14 (Suppl 1):109–22. [PubMed: 7243851]

66. Fasano A, Petrovic I. Insights into pathophysiology of punding reveal possible treatment strategies. Mol Psychiatry. 2010; 15:560–73. [PubMed: 20489735]

67. O'Sullivan SS, Evans AH, Lees AJ. Dopamine dysregulation syndrome: an overview of its epidemiology, mechanisms and management. CNS Drugs. 2009; 23:157–70. [PubMed: 19173374]

68. Lundh H, Tunving K. An extrapyramidal choreiform syndrome caused by amphetamine addiction. J Neurol Neurosurg Psychiatry. 1981; 44:728–30. [PubMed: 7299411]

69. Rhee KJ, Albertson TE, Douglas JC. Choreoathetoid disorder associated with amphetamine-like drugs. Am J Emerg Med. 1988; 6:131–3. [PubMed: 3355623]

70. Randrup A, Munkvad I. Stereotyped activities produced by amphetamine in several animal species and man. Psychopharmacologia. 1967; 11:300–10. [PubMed: 4968376]

71. Fasano A, Barra A, Nicosia P, et al. Cocaine addiction: From habits to stereotypical-repetitive behaviors and punding. Drug Alcohol Depend. 2008; 96:178–82. [PubMed: 18378407]

72. Aliane V, Perez S, Bohren Y, et al. Key role of striatal cholinergic interneurons in processes leading to arrest of motor stereotypies. Brain. 2010; 134:110–8. [PubMed: 21097493]

73. Pierce RC, Kalivas PW. A circuitry model of the expression of behavioral sensitization to amphetamine-like psychostimulants. Brain Res Rev. 1997; 25:192–216. [PubMed: 9403138]

74. Antonini A, Siri C, Santangelo G, et al. Impulsivity and compulsivity in drug-naive patients with Parkinson's disease. Mov Disord. 2011; 26:464–8. [PubMed: 21312278]

75. Weintraub D, Koester J, Potenza MN, et al. Impulse control disorders in Parkinson disease: a cross-sectional study of 3090 patients. Arch Neurol. 2010; 67:589–95. [PubMed: 20457959]

76. Guilarte TR. Is methamphetamine abuse a risk factor in Parkinsonism? Neurotoxicology. 2001; 22:725–31. [PubMed: 11829406]

77. McCann UD, Kuwabara H, Kumar A, et al. Persistent cognitive and dopamine transporter deficits in abstinent methamphetamine users. Synapse. 2008; 62:91–100. [PubMed: 17992686]

EXHIBIT C-14

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Case: 5:22-cv-00238-KKC-EBA   Doc #: 149-3   Filed: 05/28/24   Page: 212 of 213 - Page ID#: 1355

78. Truong JG. Age-dependent methamphetamine-induced alterations in vesicular monoamine transporter-2 function: implications for neurotoxicity. J Pharmacol Exp Ther. 2005; 314:1087–92. [PubMed: 15901804]

79. Volkow ND, Chang L, Wang GJ, et al. Loss of dopamine transporters in methamphetamine abusers recovers with protracted abstinence. J Neurosci. 2001; 21:9414–8. [PubMed: 11717374]

80. Volkow ND, Chang L, Wang GJ, et al. Association of dopamine transporter reduction with psychomotor impairment in methamphetamine abusers. Am J Psychiat. 2001; 158:377–82. [PubMed: 11229977]

81. Johanson CE, Frey KA, Lundahl LH, et al. Cognitive function and nigrostriatal markers in abstinent methamphetamine abusers. Psychopharmacology (Berl). 2006; 185:327–38. [PubMed: 16518646]

82. Boileau I, Rusjan P, Houle S, et al. Increased vesicular monoamine transporter binding during early abstinence in human methamphetamine users: Is VMAT2 a stable dopamine neuron biomarker? J Neurosci. 2008; 28:9850–6. [PubMed: 18815269]

83. Desai RI, Bergman J. Drug discrimination in methamphetamine-trained rats: effects of cholinergic nicotinic compounds. J Pharmacol Exp Ther. 2010; 335:807–16. [PubMed: 20847037]

84. Weinberger AH, Sofuoglu M. The impact of cigarette smoking on stimulant addiction. Am J Drug Alcohol. 2009; 35:12–7.

85. Hernán MA, Takkouche B, Caamaño-Isorna F, et al. A meta-analysis of coffee drinking, cigarette smoking, and the risk of Parkinson's disease. Ann Neurol. 2002; 52:276–84. [PubMed: 12205639]

86. Christine CW, Garwood ER, Schrock LE, et al. Parkinsonism in patients with a history of amphetamine exposure. Mov Disord. 2010; 25:228–31. [PubMed: 20063432]

87. Callaghan RC, Cunningham JK, Sajeev G, et al. Incidence of Parkinson's disease among hospital patients with methamphetamine-use disorders. Mov Disord. 2010; 25:2333–9. [PubMed: 20737543]

88. Garwood ER, Bekele W, McCulloch CE, et al. Amphetamine exposure is elevated in Parkinson's disease. Neurotoxicology. 2006; 27:1003–6. [PubMed: 16620991]

89. Janavs JL, Aminoff MJ. Dystonia and chorea in acquired systemic disorders. J Neurol Neurosurg Psychiatry. 1998; 65:436–45. [PubMed: 9771763]

90. Shanson B. Amphetamine Poisoning. Br Med J. 1956; 1(4966):576.

91. Downes MA, Whyte IM. Amphetamine-induced movement disorder. Emerg Med Australas. 2005; 17:277–80. [PubMed: 15953231]

92. Mattson RH, Calverley JR. Dextroamphetamine-sulfate-induced dyskinesias. JAMA. 1968; 204:400–2. [PubMed: 5694457]

93. Morgan JC, Winter WC, Wooten GF. Amphetamine-induced chorea in attention deficit-hyperactivity disorder. Mov Disord. 2004; 19:840–2. [PubMed: 15254949]

94. Sperling LS, Horowitz JL. Methamphetamine-induced choreoathetosis and rhabdomyolysis. Ann Intern Med. 1994; 121:986. [PubMed: 7978734]

95. Klawans HL, Weiner WJ. The effect of d-amphetamine on choreiform movement disorders. Neurology. 1974; 24:312–8. [PubMed: 4274157]

96. Volkow ND, Chang L, Wang G-J, et al. Low level of brain dopamine D2 receptors in methamphetamine abusers: Association with metabolism in the orbitofrontal cortex. Am J Psychiat. 2001; 158:2015–21. [PubMed: 11729018]

97. Bartzokis G, Beckson M, Wirshing DA, et al. Choreoathetoid movements in cocaine dependence. Biol Psychiatry. 1999; 45:1630–5. [PubMed: 10376125]

98. Daras M, Koppel BS, Atos-Radzion E. Cocaine-induced choreoathetoid movements ('crack dancing'). Neurology. 1994; 44:751–2. [PubMed: 8164838]

99. Stork CM, Cantor R. Pemoline induced acute choreoathetosis: case report and review of the literature. J Toxicol Clin Toxicol. 1997; 35:105–8. [PubMed: 9022662]

100. Klasser GD, JE. Methamphetamine and its impact on dental care. J Can Dent Assoc. 2005; 71:759–62. [PubMed: 16324229]

101. ADA. Methamphetamine use and oral health. J Am Dent Assoc. 2005; 136:1491. [PubMed: 16255475]

*Neurol Clin*. Author manuscript; available in PMC 2012 August 1.

EXHIBIT C-14

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

102. Shaner JW, Kimmes N, Saini T, et al. "Meth mouth": rampant caries in methamphetamine abusers. Aids Patient Care STDS. 2006; 20:146–50. [PubMed: 16548711]

103. Saini T, Edwards PC, Kimmes NS, et al. Etiology of xerostomia and dental caries among methamphetamine abusers. Oral Health Prev Dent. 2005; 3:189–95. [PubMed: 16355653]

104. Donaldson M, Goodchild JH. Oral health of the methamphetamine abuser. Am J Health Syst Pharm. 2006; 63:2078–82. [PubMed: 17057044]

105. Richards JR, Brofeldt BT. Patterns of tooth wear associated with methamphetamine use. J Periodontol. 2000; 71:1371–74. [PubMed: 10972655]

106. Morio KA, Marshall TA, Qian F, et al. Comparing diet, oral hygiene and caries status of adult methamphetamine users and nonusers: a pilot study. J Am Dent Assoc. 2008; 139:171–6. [PubMed: 18245685]

107. Winocur E, Gavish A, Voikovitch M, et al. Drugs and bruxism: a critical review. J Orofac Pain. 2003; 17:99–111. [PubMed: 12836498]

108. Winocur E, Gavish A, Volfin G, et al. Oral motor parafunctions among heavy drug addicts and their effects on signs and symptoms of temporomandibular disorders. J Orofac Pain. 2001; 15:56–63. [PubMed: 11889649]

109. Di Cugno F, Perec CJ, Tocci AA. Salivary secretion and dental caries experience in drug addicts. Arch Oral Biol. 1981; 26:363–7. [PubMed: 6947736]

110. Shetty V, Mooney LJ, Zigler CM, et al. The relationship between methamphetamine use and increased dental disease. J Am Dent Assoc. 2010; 141:307–18. [PubMed: 20194387]

111. Götrick B, Giglio D, Tobin G. Effects of amphetamine on salivary secretion. Eur J Oral Sci. 2009; 117:218–23. [PubMed: 19583747]

112. Kuczenski R, Segal DS, Cho AK, et al. Hippocampus norepinephrine, caudate dopamine and serotonin, and behavioral responses to the stereoisomers of amphetamine and methamphetamine. J Neurosci. 1995; 15:1308–17. [PubMed: 7869099]

113. Lobbezoo F, Naeije M. Bruxism is mainly regulated centrally, not peripherally. J Oral Rehabil. 2001; 28:1085–91. [PubMed: 11874505]

EXHIBIT C-14