## 2023 Fee Schedule for Timothy Kriss MD

- Independent Medical Exam, CR-35 exam, All inclusive $3300.00 Fee.
  If the medical records are GREATER than 1.0 inches total, then surcharge fee of $200.00 per inch or part thereof greater than 1.0 inches (approximately 250 pages). For example, 2 inches of records incurs a $200 surcharge.

- Deposition $900 per hour

- Medical Records and / or diagnostic imaging Review $450/hr

- If the ordering party cancels the independent exam less than 10 business days prior to exam; or if the examinee does not keep the scheduled appointment, a deposit of $700.00 is forfeited

- Depositions canceled less than 10 business days prior to time of deposition incur a $200 late cancellation fee

- $200 overbook fee
- Live testimony $900 per hour
- conferences by phone or in person $450 per hour
- drive time for live testimony $225 per hour
- waiting time for live testimony $225 per hour

**EXHIBIT D**

# Neurosurgery and Spine Specialist PSC

# INVOICE

| | |
|---|---|
| Invoice No. | Charles Walden |
| Date | 3/11/2024 |
| Terms | On receipt of invoice |

**Invoice To:**
Marcia Ridings
Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St
London, KY 40741

606-864-4126

**Deliver To:**
606-864-4126

marcia@hmrkylaw.com

| Description | Tax% | Tax | Total |
|---|---|---|---|
| Supplemental Medical Report by Dr. Timothy Kriss<br><br>Date of Report:           March 11, 2024<br><br>Regarding Examinee:      Charles Walden<br><br>Review of Changaris IME<br>Detailed Review of Posturography Report<br>Detailed Request for Posturography Data | 0 | 0.00 | 350.00 |

**Subtotal:** $350.00
**Tax:** $0.00
**Payments:** $0.00
**Total:** $350.00

**Neurosurgery and Spine Specialist PSC**

TIMOTHY C. KRISS MD

Federal Tax ID #

**Tel:**

**Tax:**   Federal Tax ID #

**EXHIBIT D**

# Neurosurgery and Spine Specialist PSC

# INVOICE

| | |
|---|---|
| Invoice No. | Charles Walden |
| Date | 12/6/2023 |
| Terms | On receipt of invoice |

OK
MR

**Invoice To:**

Marcia Ridings
Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St
London, KY 40741

606-864-4126

**Deliver To:**

606-864-4126

marcia@hmrkylaw.com

| Description | Tax% | Tax | Total |
|---|---|---|---|
| Independent Medical Examination by Dr. Timothy Kriss<br><br>Date of IME:   915AM Friday April 12, 2024<br><br>Examinee:   Charles Walden<br><br>PLEASE send a paper check;<br>we do not have the equipment or brains<br>for electronic payment. | 0 | 0.00 | 3,300.00 |

**Subtotal:** $3,300.00
**Tax:** $0.00
**Payments:** $0.00
**Total:** **$3,300.00**

**Neurosurgery and Spine Specialist PSC**
TIMOTHY C. KRISS MD

Federal Tax ID #

**Tel:**
**Tax:**   Federal Tax ID #

**EXHIBIT D**

# Neurosurgery and Spine Specialist PSC

# INVOICE

| | |
|---|---|
| Invoice No. | Charles Walden |
| Date | 4/12/2024 |
| Terms | On receipt of invoice |

**Invoice To:**

Marcia Ridings
Marcia Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St
London, KY 40741

606-864-4126

**Deliver To:**

606-864-4126

marcia@hmrkylaw.com

| Description | Tax% | Tax | Total |
|---|---|---|---|
| Examinee did not keep scheduled IME appointment with Dr. Timothy Kriss. Dr. Kriss charges a $700 "No Show" fee. Date of missed IME appointment:    April 12, 2024 Examinee:                Charles Walden This appointment was made FOUR Months ago. PLEASE send a PAPER CHECK we DO NOT have the EQUIPMENT or BRAINS for electronic payment. | 0 | 0.00 | 700.00 |

1 / 2

**EXHIBIT D**

| Description | Tax% | Tax | Total |
|---|---|---|---|
|  |  |  |  |

|  |  |
|---|---|
| **Subtotal:** | $700.00 |
| **Tax:** | $0.00 |
| **Payments:** | $0.00 |
| **Total:** | **$700.00** |

**Neurosurgery and Spine Specialist PSC**

TIMOTHY C. KRISS MD                                       **Tel:** ▇▇▇▇▇▇

▇▇▇▇▇▇                                                            **Tax:**    Federal Tax ID # ▇▇▇▇▇▇

Federal Tax ID # ▇▇▇▇▇▇

**EXHIBIT D**