# *CURRICULUM  VITAE*

## *EDWARD R. CRUM*

**75 Mitchell Road**
**Pikeville, KY  41501**
*(606) 639-0601*
*(606) 434-1606*

## EMPLOYMENT

September 1988-January 2001 – Kentucky State Police Trooper
January 2001-January 2009 - Kentucky State Police Detective
January 2009-Full time selected traffic/reconstruction unit. (Statewide Critical Incident Reconstruction Response Team)
July 1st. 2006 – Promoted to Trooper First Class.
July 1st. 2011 – Promoted to Master Trooper.
July 31st. 2012 – Retired from Kentucky State Police.
January 1st. 2015 to June 5th, 2023 – Investigative Lieutenant Pike County Sheriff's Department.
August 1st. 2012 to present - Owner – Crum Investigations.

## EDUCATION AND TRAINING

Elkhorn City High School – 1980 to 1983

Millard – Tech School - 1983

Mayo State -Tech School – 1983 to 1985 Auto and diesel mechanics.

Kentucky State University – 1988-1989

Kentucky State Police Academy.

EXHIBIT E

September, 1988-February 1989 - Kentucky State Police Academy Trained in Accident Investigation, Criminal Investigation, Traffic Enforcement and patrol.

December 8, 1997-December 19, 1997 – Institute of Police Technology and Management, Trained in advanced at scene traffic investigation.

January 5, 1998-January 16, 1998 – Institute of Police Technology and Management, Trained in advanced traffic accident investigation.

February 23, 1998-March 6, 1998 – Institute of Police Technology and Management, Trained in traffic accident reconstruction.

March 23, 1998-March 27, 1998 - Institute of Police Technology and Management, Trained in inspection and investigation of commercial vehicle accidents.

November 1, 1998-November 6, 1998 – Advanced Traffic Accident Reconstruction Seminar

1.) Advanced Pedestrian Accident investigation/Texas A & M
2.) Seatbelt, and Airbag Investigation/General Motors, Inc.
3.) Commercial Vehicle Inspection
4.) Commercial Vehicle Braking Systems
5.) Lag-Time on Commercial Vehicle Braking Systems, Logbook Violations / David Stopper & Associates and Kentucky Vehicle Enforcement.
6.) Crash Injury Analysis/State Medical Examiners' Office.

**EXHIBIT E**

April 3, 2000-April 7, 2000 – Advanced Traffic Accident Reconstruction Seminar

    1.)    Occupant Placement – State Medical Examiners' Office
    2.)    Air Bags & Seatbelt Investigations Sudden Acceleration, Data Recorders, Special Crash Investigation – National Highway Traffic Safety Administration
    3.)    Prosecuting Vehicular Crashes
    4.)    The Examination and Forensics of Tires & Tire Failure - Michelin Tires
    5.)    Occupant Kinematics & 3-D Forensic Animation – Maryland State Police
    6.)    Estimating Speed from Crush – Dynamic Science, Inc.

July 2001 - Interview and Interrogation Skills – Eastern Kentucky University Department of Criminal Justice.

July 2001 - Car Safety Seat Inspection and Investigation – NHTSA

August 2001 - Practical Homicide Investigation Vernon Galberth, Retired NYPD

**EXHIBIT E**

October 16-25th 2002 – Kentucky State Police Advanced Collision Reconstruction Seminar

1.) Occupant Kinematics; Airbag Injuries and Occupant Placement
By Dr. William Smock, University of Louisville
2.) Watercraft Reconstruction & Crash Investigation Similarities & Differences from Vehicle Crash Investigation – Henry P. Pipian - Introtech Crash Investigation
3.) Railroad Reconstruction – Steve Crush, Norfolk-Southern Railroad Police
4.) Perception/Reaction/Visibility – Sgt. Peter Murphy Massachusetts State Police
5.) Event Data Recorders – B.J. Turner, Independent Consultant
6.) Collision Photography – B.J. Turner, Independent Consultant
7.) Vehicular Homicide Case Preparation and Presentation – James Crawford
8.) VISTA – Collision and Crime Scene Diagramming 2D & 3D

July 17-18th 2003

Homicide and Vehicular Homicide Investigation
By Creative Management Consultants – James B. Simmerman, Marshall, Missouri

**EXHIBIT E**

September 9-11th 2003
Southeast Law Enforcement Seminar, Vehicular Homicide School

1.)     Advanced Training of Accident Reconstruction
2.)      Commercial Vehicle reconstruction Training
3.)     Truck Safety and DUI Toxicology.  Presented by State of
        Tennessee, Governor's Highway Safety Program,
        Lawrenceburg, TN

July 26-29th 2004 – Motorcycle & ATV Advanced Collision
Investigation – Department of Criminal Justice Training-
Richmond, KY

August 9-13th 2004 Kentucky State Police Advanced
Reconstruction Seminar

1) Event Data Recorders – Vetronix Corporation
2) Reading and interpretation of event data recorders -
   B.J. Turner and Associates.
3) Digital Photograph

August 9-11th 2004 Institute of Police Technology and
Management – CDR Tool Kit-Users Certification

September 2004 – Railroad Crossing Crash Investigation -
Norfolk Southern Railroad, Williamson, WV

March 15 – 18th. 2005 - Advanced collision update (reconstruction
level) – Department of Criminal Justice Training – Richmond, KY.

**EXHIBIT E**

November 7th. – 11th. 2005 Advanced Accident Reconstruction Seminar - Frankfort, KY.

1.)   Vista Diagramming and 3-D animations update.
2.)   Collection of trace evidence and biological evidence.
3.)   Collection and documentation of physical evidence from the roadway.
4.)   Railroad grade collision investigation update.
5.) Update of forensic diagramming techniques.
5.)   Court room case preparation.

April 19th –20th. 2006 - DNA Evidence identification, collection and preservation- University of Tennessee Regional Community Policing Institute.

July 25th. 2006 – Total Station – forensic mapping update.
Hazard, KY.

September 11th-14th. 2006 – Crash Data Retrieval Data Analyst Certification Course. Dayton Ohio - Collision Safety Institute San Diego, California.

Course Overview:  32 hours.
1.)   Legal Considerations
2.)   Terms and conventions.
3.)   Airbag control algorithm
4.)   Reading a CDR report from a GM vehicle.
5.)   Reading a CDR report from a Ford vehicle.
6.)   Admissibility issues.
7.)   Apparent anomalies.

JANUARY 9TH. -12TH. 2007 – Reid interview and interrogation.
 Advanced Reid interview and interrogation Skills.
 Kentucky State Police Academy Frankfort, Ky. – John E. Reid and Associates Chicago, Ill.

**EXHIBIT E**

SEPTEMBER 12th. – 13th. 2007 – Vericom Computers Inc.
Using the Vericom Brake Computer/accelerometer for drag factors in accident investigation and reconstruction.


DECEMBER 10th. – 13th. 2007 – Kentucky State Police Advanced Reconstruction Seminar. Frankfort, Ky.

- 1.)   Momentum without angles for speed calculations.
- 2.)   Reconstruction update for speed calculations.
- 3.)   Staged crash using conventional methods vs. data collector information.
- 4.)   Crush measurements for speed calculations update.
- 5.)   Data collector update.
- 6.)   Vericom testing vs. drag sled testing.


JANUARY 28th -30th. 2008 – Crash Data Retrieval Users Conference. Houston Texas.

- 1.)   Update on keeping current with Crash Data Retrieval.
- 2.)   The accuracy of speed recorded by a Ford PCM and the effects of Brake, Yaw, and other factors.
- 3.)   Real life applications of crash data.
- 4.)   Rollover sensor information.
- 5.)   The accuracy of the Ford PCM during hard braking applications.
- 6.)   Dealing with severely damage ACMs.
- 7.)   Vehicle speed sensor calibration and its potential effect on pre-crash vehicle speed data as recorded by an event data recorder.
- 8.)   Using the CSV Export function 3.0 Ford PCM data.
- 9.)   Case study using crash data retrieval information.
- 10.)  Solving impact speed using the delta-V on the X-axis of one vehicle.
- 11.)  Reverse vector analysis.

**EXHIBIT E**

JANUARY 31st- FEBRUARY 1st. 2008 – CDR trainer instructor's course. Houston Texas. Collision Safety Institute San Diego, California.

1.) Received certification to teach the CDR Technician Course.

OCTOBER 27th –OCTOBER 31st. 2008 – Kentucky State Police Advanced Reconstruction Seminar. Frankfort, Ky.

1.) Road safety audit for environmental factors in collisions.
2.) Total station and forensic mapping update.
3.) Documentation of physical evidence ( Detective Crum Instructor)
4.) Crash Data Retrieval Technician Class ( Detective Crum Instructor)
5.) Real life collisions using event data recorder information for time/distance factors. (Detective Crum Instructor)
6.) Investigating collisions involving cable barrier systems.

NOVEMBER 17th. – 19th. 2008 – Commercial Vehicle Crash Investigation Update and CMV Awareness Course. Department of Criminal Justice Training. Pikeville, Ky.

1.) Collision update.
2.) Federal Motor Carrier Safety Administration statue updates.
3.) CDL updates including Mexican and Canadian CDL Operator License.
4.) CMV Awareness Program – Foreign-based vehicles contacts.
5.) CMV Crash Reporting Update.

**EXHIBIT E**

JANUARY 26th. – 28th. 2009 – Crash Data retrieval Users Conference – Houston Texas

1.) Update CDR Version 3.1.
2.) Case studies using EDR information from criminal cases.
3.) Chrysler vehicles – testing of EDR data during maximum braking.
4.) Using Ford PCM data to evaluate deceleration rates.
5.) Updates of GM, Ford, Jeep and Chrysler EDR data.
6.) Proper use of EDR data in collision reconstruction.


MAY 4th. – 6th. 2009 – Lethal Weapon – Vehicular Homicide Conference – Lexington Kentucky.
 National Highway Traffic Safety Administration/Kentucky Attorney General's Office.

1.) Pedestrian Collisions.
2.) Single Vehicle Collisions.
3.) Momentum.
4.) Evaluating Defensive Reports and Computer-Generated Evidence.
5.) Expert Witness Workshop.


June 15th. – June 19th. 2009 – Federal Motor Carriers Part – A - Driver's Qualifications Commercial Vehicle Inspector's Course. Kentucky State Police Academy - Frankfort Kentucky.

**EXHIBIT E**

September 29th. – October 1st. 2009 – Pennsylvania State Police
Collision Reconstruction Seminar – State College, Pa.

1.) Collision analysis using CMV ECM data – Bill Messerschmidt.
2.) Animations, Direction and Methodology of Collision Investigation.
3.) Latest Technology and Analysis of Event Data Recorders.
4.) Seat Belt Restraint Systems – Jeff Pike
5.) Critical Speed Yaw Analysis – John Daily
6.) Critical Speed Yaw-A Dynamic Perspective of CSY/EDR Agreement. – Bill Wright

October 26th. – October 30th. 2009 –Federal Motor Carriers Part-B-
Mechanical inspections of Commercial Vehicles.
Kentucky State Police Academy – Frankfort Kentucky.

January 11th. – 15th. 2010 – Event data recorder use in traffic crash
reconstruction. Institute of Police Technology and Management –
Lexington, Ky.

1.) History of stored accelerometer data.
2.) EDR extraction techniques.
3.) EDR analysis overview.
4.) Practical application of EDR data and OEM specific reports.
5.) Advanced collection techniques.
6.) Commercial vehicle data basics.
7.) Current updates and changes in EDR technology.

**EXHIBIT E**

April 26th. – April 29th. 2010 – Human Factors in Traffic Collisions – Jeff Muttart – Frankfort, KY.

September 27th-29th. 2011 – Pennsylvania State Police Reconstruction Seminar – State College Pa.

1.)   On Star use in collision reconstruction – George Baker
2.)   Heavy truck ECM – Dave Plant
3.)   Failure analysis – Dr. Chris Bagnall / Walt Moorhead
4.)   Traffic Signals in collision reconstruction – Dan Vomhof
5.)   Toyota CDR – Brad Muir
6.)   CDR update – Rick Ruth
7.)   Human Factors 100 car study – Dr. Charlie Klauer
8.)   Crush Measurements – John Daily
9.)   Garman GPS Data for crash reconstruction – Keith Rodaway

March 12th. – 15th. 2012 – Heavy Vehicle Electronic Control Module Data Use in Traffic Crash Reconstruction – Institute of Police Technology and Management – Lexington, Kentucky.

1.)   Imaging of commercial vehicle electronic control modules and the analysis of the collected information.
2.)   Preserving data from ECM's.
3.)   Add on recording devices.
4.)   Anti-lock brake system recording devices.

**EXHIBIT E**

February 11th. – 14th. 2014 – Crash Data Retrieval (CDR) System Analysis and Application Course / Event data recorder update – Crash Data Systems LLC – Harrisburg, Pennsylvania

1.) Use of event data recorder information on all past and current vehicles.
2.) Using delta-v information from event data record imaging.
3.) Using principle direction of force information from event data record imaging.
4.) Using RPM data from event data recorder imaging.
5.) Event data recorder updates.

August 24th. – 26th. 2015 – Kentucky Penal Code Update – Department of Criminal Justice Training – Richmond, Kentucky.

August 31st. – September 1st. – Constitutional Law Update – Department of Criminal Justice Training – Richmond, Kentucky.

October 13th. – 15th. 2015 – Pennsylvania State Police Reconstruction Seminar – State College Pa.

1.) Occupant Kinematics.
2.) Determining Vehicle Operator Fatigue in Accident Reconstruction.
3.) Data Latency and its Influence on EDR Speed at Impact.
4.) CDR Update.
5.) CMV Regulation Update.
6.) Using EDR Delta-V to Calculate Closing/Impact Speeds.
7.) Forensic Evidence Collection from Traffic Crash Fatalities.
8.) Human Factors – Nighttime Drivers Field Testing.

**EXHIBIT E**

September 27th. – 29th. 2016 – Pennsylvania State Police
Reconstruction Seminar – State College, Pa.

1.)   Expectancy in collision reconstruction – Jeffery Muttart.
2.)   Minimizing Speed Ranges.
3.)   Emergency Vehicle Collision Reconstruction.
4.)   Delta -V and the first law of thermodynamics.
5.)   CDR Update – Rick Ruth – IPTM.
6.)   Testifying in court – John Kwasnoski.
7.)   Trailer Stability – John Dailey.
8.)   Drone application for crash reconstruction.
9.)   Live crash testing data analysis.

October 31st – November 2nd, 2017 – Pennsylvania State Police
Reconstruction Seminar – Gettysburg, Pa.

1.)    Case preparation – Tim Baker.
2.)    Simultaneous equations – Andy Rich.
3.)    Commercial Truck Inspections/Brakes – Bill Focha.
4.)    Hit and Run Investigation Protocol – Robert I. Lee.
5.)    EDR Update – Rick Ruth.
6.)    Apps for Reconstruction – Robert Wyman.
7.)    Drugged Driving – Dave Andrascik.
8.)    Body Worn Cameras for Reconstruction – Bobby Mullinax.
9.)    Autonomous Driving – Matt Moore.
10.)  Infotainment Data – Dan Barshinger.
11.)  Live Crash Testing and Data Analysis.

June 5th – June 8th, 2018 – Tennessee Highway Patrol Accident
Reconstruction and Safety Symposium – Nashville, Tennessee.

1.)  Event data recorder update – Brad Muir.
2.)  Heavy Vehicle ECM – Tony Becker.
3.)  Investigating rollover crashes – John Daily.
4.)  Occupant Kinematics – Tony Becker.
5.)  Mapping with drones – Brad Muir.

**EXHIBIT E**

April 22nd – April 26th, 2019 – Digital Photography – Department of Criminal Justice Training Kentucky Justice and Public Safety Cabinet – Pikeville, KY.

June 14, 2019 (24 hours) – Trimble Reveal Diagraming – Institute of Police Technology and Management, Jacksonville, Florida.

November 16th – November 20th, 2020 - (8 hours) – Pennsylvania State Police Virtual Collision Reconstruction Seminar – Event data recorder and reconstruction updates.

April 16, 2021 – Trimble X7 Forensic Scanner with Capture/Prospective Software.

October 18 – 22, 2021 – Collision scene investigation – Kentucky Department of Criminal Justice Training – Pikeville, Kentucky.

May 21 – 22, 2022 – Institute of Police Technology and Management / North Florida University – 2021 Symposium on Traffic Safety / Collision Investigation and Reconstruction.

February 21, 2023 – Recon 3D Laser Scanning and Cloud Compare Software usage.

February 24, 2023 – National Association of Professional Accident Reconstruction Specialist – Event Data Recorder Update.

April 19-May 1st, 2023 – Institute of Police Technology and Management / North Florida University – Event Data Recorder Use in Traffic Crash Reconstruction 1.

October 16 – 17, 2023 – Recon 3-D Cloud Compare Point Cloud Scan Data and Diagraming.

November 14, 2023 – KIA – Hyundai – Tesla Event Data Recorder Image Training – Kent E. Boots & Associates.

**EXHIBIT E**

## **CERTIFICATIONS**

Certified in Forensic Mapping/Total Station

Certified Kentucky State Police Field Training Officer – Supervise probationary units in accident investigation, criminal investigation, and traffic enforcement.

Kentucky State Police Collision Reconstruction Field Training Officer – Supervise and assist reconstructionist new to the collision reconstruction program in the investigation and collection of evidence to be used in the investigation.

Kentucky State Police Field Training Officer for the commercial vehicle program. – Supervise KSP Units who are NASA certified during first 32 commercial vehicle inspections.

Trained Accident Reconstructionist by Institute of Police Technology and Management.

Post Level Radar Instructor

Trained as a Car Safety Seat Technician

Trained as a Vetronix Crash Data Retrieval System technician by Vetronix through IPTM.

Trained as a crash data retrieval technician and data analyst by through collision safety institute and Institute of Police Technology and Management.

Trained as a Crash Data Retrieval Technician Instructor.

Trained in heavy vehicle electronic control module retrieval and analysis.

**EXHIBIT E**

Expert witness in both District and Circuit Courts.

1.) Pike District Court (Accident Reconstruction)
2.) Pike Circuit Court (Accident Reconstruction; Event data recorders)
3.) Floyd District Court (Accident Reconstruction)
4.) Floyd Circuit Court (Accident Reconstruction; Event data recorders)
5.) Perry Circuit Court – Commonwealth vs. Franks 07-CR-0001 (Accident Reconstruction & Occupant Kinematics (occupant placement)
6.) US District Court – Eastern Division-Charleston West Virginia.
7.) Meade Circuit Court (Accident Reconstruction; Event data recorders.)
8.) Ohio Circuit Court (Accident Reconstruction; Pedestrian Injury patterns)
9.) Clay Circuit Court (Accident Reconstruction; Event data recorders.)
10.) Martin Circuit Court (Accident Reconstruction; Event data recorders and Occupant placement.)
11.) Christian Circuit Court (Accident Reconstruction; Event data recorders.)
12.) Fayette Circuit Court (Accident Reconstruction).
13.) Rowan Circuit (Accident Reconstruction; Injury patterns and occupant kinematics (occupant placement).
14.) Johnson Circuit (Accident Reconstruction).
15.) Todd Circuit (Accident Reconstruction, Event data recorders).
16.) Logan County West Virginia Circuit Court (Accident Reconstruction).
17.) Mingo County West Virginia (Accident Reconstruction).


Certified through the Kentucky State Police as an Accident Reconstructionist Specialist.

Instructor for the K.S.P. Collision Report.   (2000)

Instructor for e-citation (2004).

Member of the Kentucky State Police Accident Reconstruction Statewide Response Team.

**EXHIBIT E**

Member of National Association of Professional Accident Reconstruction Specialist.

April 1st. 2007 – Inducted as a member of The International Network of Collision Reconstructionist.

Member of the CDR Tool Users Group.

Trained by Vericom Computers in obtaining drag factors for accident investigation and reconstruction.

## **INSTRUCTOR/LECTURE EXPERIENCE:**

Guest Instructor for CSX Railroad/Dept. of Criminal Justice Training- Operation Lifesaver and In-Service Training.

Guest Speaker for Pike County Board of Education – Accident Reconstruction Relation to Physics.

Instructor for the Pike County Board of Education math and science academy- Accident reconstruction, trace evidence and forensics.

Guest instructor for Department of Criminal Justice Training Collision Reconstruction Update – Richmond, KY.
Subject: Event data recorders and physical evidence in collision investigation and reconstruction.

Guest speaker for Nationwide Insurance Special Investigators University (December 2008) Lexington, Ky.
Subject: event data recorders and accident reconstruction.

Guest speaker Kentucky Department of Transportation Life Savers Conference (April 28th. 2009) Louisville Ky.
Subject: 1.) Vehicle dynamics.
   2.) Event data recorders.

Kentucky Department of Transportation Life Savers Conference – Kentucky Attorney General's Office – Louisville KY. –Prosecuting Vehicular Homicide Case. (April 20th. 2010)

**EXHIBIT E**

Instructor for the Kentucky State Police Reconstruction Program.
1.) Physical evidence documentation at the scene.
2.) Event data recorder information and physical evidence.
3.) Using event data recorder information in collision reconstructions.
4.) Event data recorder technician instructor.
5.) Time/distance using event data recorders.
6.) Evidence documentation for report writing in criminal prosecution.

Instructor- Kentucky State Police Advanced Accident In-service (2009) Using event data recorder information in collision investigation.

Guest speaker - Kentucky Prosecutors Conference – Covington Ky. (October 20th. 2009) The use of Event Data Recorder information along with physical evidence in criminal prosecution.

Guest instructor for the Kentucky State Police Post 9 Civilian Police Academy – Collision investigation/Reconstruction. October 2009

Guest speaker – Carrollton County Vehicular Assault Seminar (Jim Crawford –Commonwealth Attorney). February 2010

Guest speaker – Roger's Petroleum commercial vehicle operator's in-service – Federal DOT Safety Regulations and Inspections. – December 2010.

Guest Presenter – Kentucky Commonwealth's Attorney Association 2011 Conference – Using event data recorder information and physical evidence in the prosecution of vehicular crimes. – Lexington Ky. - February 2011.

Guest Instructor – Kentucky State Police collision scene documentation in service class. – Event Data Recorders and scene evidence. Scaled diagrams and evidence documentation. – Kentucky State Police Academy – Frankfort Ky. – February/ March 2011.

Guest Speaker – 2011 - Kentucky Prosecutor's Conference – Collision scene evidence along with event data recorder evidence for prosecuting vehicular cases. / Crossing expert witnesses – April 12th. - 14th 2011. – Lexington. Ky.

**EXHIBIT E**

Guest Presenter – 2011 Kentucky Department of Transportation Life Savers Conference – Collision reconstruction using event data recorders and physical evidence. – April 26th, 2011.

Guest instructor – 2011 Cadet Class 89 KSP Academy collision investigation week.

Guest speaker - Roger's Petroleum drivers in service – Federal Motor Carrier update.  December 10th, 2011

Guest instructor – Kentucky State Police Collision Reconstruction Training Class – 2011 – 2012.

Guest Instructor – Jones Oil Company drivers in service – CMV safety, Federal Motor Carrier inspections. – January 5th, 2013

Guest Instructor – Jones Oil Company drivers in service – CMV safety, Federal Motor Carrier inspections. – September 21st, 2013

Instructor – Pike County Sheriff's Department Training Academy.

Guest Speaker – Nationwide Insurance Adjuster/Investigator Supervisor Conference – Event Data Recorders and collision evidence. Chattanooga, Tennessee – November 16th, 2016.

Guest speaker – International Association of Special Investigations Units – Kentucky Chapter – Event Data Recorders and collision evidence / Fraud investigation. – Louisville, Kentucky – December 7th, 2016.

Guest speaker – Erie Insurance Adjuster Training – Event Data Recorder use in collision/claim investigations. – Lexington, Kentucky – October 25th, 2019.

Guest Presenter for the Kentucky Justice Association – Using Event Data Recorder Information for your Reconstruction. – Pikeville, Kentucky – June 21, 2022.

**EXHIBIT E**

I have been involved in the investigation of over 5,000 accidents involving property damage, personal injuries, and fatalities. On scene at approximately 500 fatal accidents. As a State Police Detective and Trooper, I have investigated over 2,000 criminal cases including capital murder, various homicide cases, robbery cases, and other major crimes.

I investigated and received one of only two murder convictions from a vehicle collision in Pike Circuit Court. (Commonwealth vs. Terrell Little). The other conviction occurred in the early 1990's.

I was the lead investigator in Commonwealth vs. Morris. This case was one of two cases used in the passage of the Caleb/Haley Law (Fetal Homicide Law) in Kentucky.

I have been involved in the imaging and/or analysis of approximately 4,000 event data recorders from 2004 to present.

In Commonwealth vs. Reed (Pike Circuit) The Kentucky Court of Appeals upheld my testimony as an expert in accident reconstruction and the level of intoxication of an individual and its effects on operating a motor vehicle.

Receives monthly updates on continuing education in the field of accident investigation and reconstruction.

Member of the Kentucky State Police Accident Reconstruction Review Board.

Member of the Kentucky State Police Fleet/Safety Board.

Participant in the Investigation of Emergency Vehicle Crashes Conducted by the National Highway Traffic Safety Administration.

**EXHIBIT E**

During my career as a State Police Detective, I consulted with several Commonwealth Attorney's in the prosecution of several criminal cases involving vehicular collisions.

While a State Police Detective, I was also Called on to assist the Kentucky Attorney General's Office by giving expert testimony in the case of Commonwealth vs. Franks (07-CR-0001 Perry Circuit).

Member of the NTSB/Kentucky State Police investigation team of the I-65 Bowling Green 11 victim Commercial Vehicle vs. Van Fatal collision. (March 2010)

Member of the independent investigative team in the case of Commonwealth vs. Glenn Doneghy, the man who struck and killed Officer Bryan Durman, an on-duty Lexington Police Officer. This investigation was requested by Fayette Commonwealth Attorney Ray Larson (June 2011).

I have been an expert for the plaintiff and received over a million-dollar Jury Verdict (1.65 million) and an expert for the defense and received a favorable verdict of $0 for the plaintiff.

AWARDS:

1.) Trooper's Medal for lifesaving act.

2.) Commissioner Commendation (three) for accident and criminal investigations.

3.) Trooper of the year Post-9 – 1999, 2003, 2007 and 2010.

4.) Trooper of the year – statewide award-2007.

5.) Kentucky State Police Accident Reconstruction Award of Excellence 2007. (Peer elected award)

**EXHIBIT E**

6.) Recognized by the Kentucky House of Representatives for criminal investigation, accident reconstruction along with twenty (20) years of service to the Commonwealth of Kentucky.

7.) First Trooper in the history of KSP Post-9 to be awarded the rank of Trooper First Class. (07/01/2006)

8.) First Trooper in the history of KSP Post-9 to be awarded the rank of Master Trooper. (07/01/2011)

9.) Kentucky State Police Fitness Award – 2011.

### INVOLVED TESTING AND RESEARCH:

1.) Drag sled vs. skid testing vs. electronic devices for drag factor results. – Kentucky State Police.

2.) Pedestrian vs. Vehicle for speed estimates. – Kentucky State Police.

3.) Occupant distance for speed from motorcycle collision. Eastern Kentucky University.

4.) Motorcycle speed from asphalt vs. motorcycle. Eastern Kentucky University.

5.) Speed from event data recorders vs. scene evidence. Kentucky State Police.

6.) Vericom Computers VS. drag sleds and other methods for drag factors. – Kentucky State Police.

7.) Commercial vehicle skid testing- Lexington Metro Police Academy / IPTM.

8.) Ongoing testing of event data recorder information – Kentucky State Police.

9.) Speed from RPM'S testing – Kentucky State Police.

**EXHIBIT E**

10.) Commercial vehicle ECM's reporting speeds vs. physical evidence and vehicle speed. – Kentucky State Police and Lexington Metro Police. – Lexington Kentucky.

11.) Vericom Computers vs. drag sled and physical evidence – Eastern Kentucky University – accident investigation class instructor – Captain David Hay – Richmond, Kentucky

12.) Effects of yaw event on event data recorders – Kentucky State Police.

13.) Crash testing CMV/passenger car/motorcycle – Pennsylvania State Police Collision Reconstruction Seminar.

14.) Crash testing – Angular and head on collision events.  Single vehicle into barrier testing.

EXPERT WITNESS TESTIMONY (COURT and DEPOSITION) LIST:

1.) 99-CI-01877-HACKNEY vs. IMPERIAL TRNSPORT – PIKE CIRCUIT.

2.) 00-T-07020-COMMONWEALTH vs. JOHN NEAL –PIKE DISTRICT.

3.) 00-CI-00345-KELLI BLACKBURN vs. BLAIR/RAMCO TRUCKING-PIKE CIRCUIT.

4.) 01-CR-00210-COMMONWEALTH vs. DANIEL MAYNARD – PIKE CIRCUIT.

5.) 01-CR-00114-COMMONWEALTH vs. CHRISTOPHER MORRIS –PIKE CIRCUIT.

6.) 01-CI-00864-PATRICK vs. UNDERWOOD/ALLIED SYSTEMS TRANSPORTATION – PIKE CIRCUIT.

7.) 02-F-00140-COMMONWEALTH vs. TERRELL LITTLE – PIKE CIRCUIT.

8.) 02-CI-001355-BENTLEY vs. ADAMS TRUCKING CO. – PIKE CIRCUIT.

9.) 02-CI-000164-TACKETT/COLE vs. NEW BERN TRANSPORTATION – FLOYD CIRCUIT.

10.) 02-CR-00019-COMBS/MITCHELL vs. MAXIUM REBUILD.

11.) 02-CI-0047-JOHNSON vs. WORLDWIDE DEDICATED SERVICES INC.

12.) 03-CI-1485 – BURGRAFF/HATFIELD vs. STEVEN CHAFFIN/CHAFIN CARTAGE – PIKE CIRCUIT.

**EXHIBIT E**

13.) 04-CI-00416-LEWIS vs. DOUBLE D TRUCKING-FLOYD CIRCUIT

14.) 04-CI-00955-McCOY vs. PATRIOT CONSTRUCTION-PIKE CIRCUIT.

15.) 05-CI-01075-LYKENS vs. BEAN/KEY OIL COMPANY – FLOYD CIRCUIT.

16.) 05-CI-00235-TACKETT vs. ELMO GREER & SONS – PIKE CIRCUIT.

17.) 05-CI-00147-PREECE vs. WILEY/HALL TRUCKING/APPALACHAIAN FUELS –MARTIN CIRCUIT.

18.) 06-CR-00155-COMMONWEALTH vs. THOMAS SHEPHERD – FLOYD CIRCUIT.

19.) 06-CI-00532-GROVES vs. BOWLING/COCA COLA ENTERPRISES – PIKE CIRCUIT.

20.) 06-CI-0006-PUETT vs. BURKE/BOB BENTLEY TRUCKING – PIKE CIRCUIT.

21.) 06-CR-0001-COMMONWEALTH vs. LAFE WARD – PIKE CIRCUIT.

22.) 06-CI-01280-MIRACLE vs. ROSE/DALE TRIVETTE TRUCKING – PIKE CIRCUIT.

23.) 06-CI-00284-DUNCAN vs. FIELDS/APPALACHIAN FUELS – MARTIN CIRCUIT/PIKE CIRCUIT.

24.) 07-CR-0001-COMMONWEALTH vs. FRANKS – PERRY CIRCUIT.

25.) 07-CR-00128-COMMONWEALTH vs. MOUNTS –PIKE CIRCUIT.

26.) 07-CI-00141-ANDERSON vs. DAVIS/STATE FARM INSURANCE – PIKE CIRCUIT.

27.) 07-CI-00330-WHITE vs. JENSON – PIKE CIRCUIT.

28.) 07-CR-0009- COMMONWEALTH vs. MELISSA CONN – FLOYD CIRCUIT.

29.) 07-CI-1456- CAUDILL vs. RICKY ROGERS/STATE FARM INSURANCE.

30.) 07-CI-00734-GUNNELS vs. SCOTT/APPALACHIAN FUELS – PIKE CIRCUIT.

31.) 08-CR-00048-COMMONWEALTH vs. REED – PIKE CIRCUIT.

32.) 08-CR-00239-COMMONWEALTH vs. PENTE – FLOYD CIRCUIT.

33.) 08-CI-01041-WHITCKER vs. POE – FLOYD CIRCUIT.

34.)  08-CI-01430-ANGEL vs. BAKER/KY STATE POLICE – LAURAL CIRCUIT.

35.) 2007-COMMONWEALTH VS. GUNNELS – FLOYD COUNTY GRAND JURY.

**EXHIBIT E**

36.) 2007-KIDD vs. COMMONWEALTH OF KY – KY BOARD OF CLAIMS.

37.) 09-CR-0094-COMMONWEALTH vs. BILLY D. WARD – PIKE CIRCUIT.

38.) 09-CI-00167-FRANK BILITER vs. WELLS/KEY WAY LLC. – PIKE CIRCUIT

39.) 2009-ESTATE OF KEVIN GANNON vs. SPECIALTY CHEMICALS – KY WORKER CLAIMS COURT. (Kentucky Workers Claims – 2009-93778.)

40.) 09-CI-00145-HARDIN vs. MAY vs. WOLFORD – PIKE CIRCUIT.

41.) 1998-GREATHOUSE vs. TIRE MANUFACTURE AND SERVICE CENTER – US DISTRICT COURT – EASTERN DIVISION – CHARLESTON WV. (Deposition)

42.) 2010 –JAMES ERNIE THOMAS/KRISTY THOMAS vs. SCHNEIDER NATIONAL & ROOSEVELT RHODES JR. – US DISTRICT COURT – 9-131-ART (Deposition)

43.)  09-CR-00118 – COMMONWEALTH vs. PIERCE – MEADE CIRCUIT COURT.

44.) 08-CR-169 COMMONWEALTH vs. BELLAMY – OHIO CIRCUIT COURT

45.) 08-CR-24 – COMMONWEALTH vs. RUSSELL GRAY - CLAY CIRCUIT COURT.

46.) 09-CI-647 – ESTATE OF CRIT CASE vs. RICKY BRANHAM – PIKE CIRCUIT (Deposition)

47.) 08-CI-0544 – ESTATE OF BEVINS vs. KOONTZ / APPALACHAIAN FUELS – PIKE CIRCUIT (Deposition)

48.) COMMONWEALTH vs. ROBERT POWERS – JOHNSON COUNTY GRAND JURY (01/19/2011)

49.) 10-CI-00356 - ESTATE OF KENNETH SIZEMORE vs. MICHAEL FOGLEMAN – BREATHITT CIRCUIT (Deposition) (02/10/2011)

50.) 10-CR-0107 – COMMONWEALTH vs. BRANDON ROSS SLUSS – MARTIN CIRCUIT COURT.

51.) 10-CR-211 – COMMONWEALTH vs. RYAN KRISTOFF – CHRISTIAN CIRCUIT COURT. (05/23/2011)

52.) 11-CR-0002 – COMMONWEALTH vs. SHERMAN DOUGLAS PERRY – MARTIN CIRCUIT COURT (06/14/2011)

53.) 10-CI-00843 – TIBBS vs. VALADEZZENDEJAS – FLOYD CIRCUIT (06/20/2011) (Deposition)

54.) 11-CI-573 – TERESA HENDERSON vs. DAVID HENDERSON; PATRICIA SLONE – PIKE CIRCUIT (08/08/2011)

**EXHIBIT E**

55.) 2009-93113 - RICK BROWN vs. PEPSI BOTTLING CO. KENTUCKY DEPARTMENT OF WORKER'S CLAIMS. (Deposition).

56.) 10-CI-01566 – CHARLES BRUNTY vs. THACKER CASKETS INC. – PIKE CIRCUIT (10/10/2011)

57.) 10-CI-223 – LARRY MITCHELL vs. TAMELA HILL/TAMELA HILL vs. BUSY BEE SEPTIC SERVICE – FLOYD CIRCUIT – (03/28/2012)

58.) 09-CI-1040 – GYPISE THACKER vs. MOTORISTS MUTUAL INSURANCE CO. and MANN, SUTTON & MCGEE, LTD – PIKE CIRCUIT - (11/09/2012) (Deposition)

59.) 11-CI-00533 – SUSAN F. WRIGHT vs. BRUCE A. LOCKHART and LIBERTY MUTUAL GROUP, INC. – FAYETTE CIRCUIT - (11/16/2012) (Deposition)

60.) 12-CI – 637 – THE ESTATE OF HOMER MUSIC vs. EARLEENE S. HUNT – FLOYD CIRCUIT – (12/17/2012) (Deposition)

61.) 12-CI-00845 – DELMER ROSE vs. PREMIER ELKHORN COAL COMPANY, NEWJET LLC AND THOMAS JOHNSON – PIKE CIRCUIT (4/02/2013) (Deposition)

62.) 09-CI-00382 – BETTY MORGAN vs. CULLEN THOMAS/CITY OF MAYSVILLE KENNTUCKY – (04/24/2013) (Deposition)

63.) 10-CI-00636 –ESTATE OF TOMMY JOHNSON vs. GLENN D. MAY - FLOYD CIRCUIT (04/29/2013) (Deposition)

64.) 10-CR-00125 – COMMONWEALTH vs. DALLAS CARPENTER – ROWAN CIRCUIT (05/15/2013)

65.) 12-CI-00393 – WALTER BAKER vs. JACKIE MULLINS/GEICO INSURANCE COMPANY – FLOYD CIRCUIT (08/07/2013) (Deposition)

66.) 12-CI-00865 – PIKE CIRCUIT - DELMER ROSE vs. THOMAS JOHNSON vs. PREMIER ELKHORN COAL COMPANY, NEW JET LLC AND EAGLE TRUCKING INC. (9/17/2013) (Deposition)

67.) GLENDA AMBURGEY vs. KENTUCKY TRANSPORTATION DEPARTMENT / KENTUCKY BOARD OF CLAIMS (9/23/2013) (Deposition)

68.) 13-CI-00306 – PIKE CIRCUIT - RONALD BLAIR vs. TONY HONEYCUTT/TINA C. TRUCKING INC. (10/16/2013) (Deposition)

69.) 12-CI-00428 – PERRY CIRCUIT – FRED MESSER vs. MARK TAYLOR/MOUNTAIN FORD. (3/12/2014) (Deposition)

70.) JOHNSON CIRCUIT COURT – COMMONWEALTH vs. MYRA CASTLE. (4/22/2014).

**EXHIBIT E**

71.) 10-CR-00125 – ROWAN CIRCUIT – COMMONWEALTH vs. DALLAS CARPENTER. (5/19/2014). RE-TRIAL.

72.) CHRISTOPHER ADAMS vs. THEORDE FOX AND CLOVER LEAF TRUCKING – HARLAN CIRCUIT COURT (5/22/2014).

73.) 13-CI-882 - PIKE CIRCUIT – DAVID COPLEY / TINA FRYE vs. GERALD FIELDS TRUCKING CO. INC. / STEPHEN TAYLOR. (6/03/2014) (Deposition).

74.) 13-CI-00152 – LETCHER CIRCUIT – BOBBY BREEDING vs. BELL CONSULTING ENGINEERS/AKINS EXCAVATING COMPANY INC. / LAURAL CONSTRUCTION/RONNIE MULLINS & SONS INC./DANNY HOLLENBECK. (8/15/2014) (Deposition).

75.) 13-CI-00998 - PIKE CIRCUIT – AARON CORNETTE vs. PIKE COUNTY BOARD OF EDUCATION (10/23/2014) (Deposition).

76.) 09-CI-00382 – MASON CIRCUIT – BETTY MORGAN vs. CITY OF MAYSVILLE / MAYSVILLE POLICE DEPARTMENT AND OFFICER THOMAS CULLEN (11/13/2014).

77.) 12-CI-00106 – ROWAN CIRCUIT – COMMONWEALTH vs. ZACHARY WALLACE (12/03/2014).

78.) 11-CI-00020 – LESLIE CIRCUIT – BILLY HENSON vs. INFINITY ENERGY INC. (4/06/2015).

79.) 13-CI-00161 - WHITLEY CIRCUIT – HOWARD vs. PHILPOT (5/21/2015) (deposition).

80.) 13-CI-00057 – TODD CIRCUIT – COMMONWEALTH vs. JAMES COLEMAN (6/30/2015).

81.) 7:14CV00144 – UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINA – SMITH vs. TURCOTTE. (7/02/2015).

82.) 13-CI-00161 – WHITLEY CIRCUIT – HOWARD vs. PHILPOT (7/14/2015) TRIAL.

83.) 15-CI-00095 – PIKE CIRCUIT – ROGERS vs. GENPRO TRUCKING, et al (11/0202015). (Deposition).

84.) KNOTT CIRCUIT - AMBURGEY vs. CHUBB INSURANCE (1/06/2016) (Deposition).

85.) 14-CI-00231 – LETCHER CIRCUIT – MAGGARD vs. BENJAMIN BAILEY; PINE MOUNTAIN LUMBER LLC ANA BPM LUMBER (4/15/2016) (Deposition).

86.) 15-CI-745 – PIKE CIRCUIT – CATHY COLEMAN vs. AUSTIN MATNEY (6/8/2016). (Deposition).

87.) 13-CI-00380 – CHRISTIAN CIRCUIT – DOUGLAS RAMEY vs. FREEDOM WASTE SERVICE LLC and MICHAEL BOARD (6/28/2016) (Deposition).

88.) 16-C-002 – LOGAN WEST VIRGINIA CIRCUIT – SCHMITT vs. WP TRANSPORT (8/15/2016).

**EXHIBIT E**

89.)     14-C-39 – MINGO WEST VIRGINIA CIRCUIT – MAHON vs. NOE (9/06/2016) (Deposition).

90.)     15-CI-00283 – FLOYD CIRCUIT – LOWE vs. HAVLEY (2/13/2017) (Deposition).

91.)     16-CI-00985 – PIKE CIRCUIT – THACKER vs. SANDERS (4/28/17) (Deposition).

92.)     14-C-39-1 – LOGAN CIRCUIT (WV) – SCHMITT vs. THORNHILL SUPER STORE and STRATTON LOGISTICS (5/31/2017) (Deposition).

93.)     MINGO CIRCUIT (WV) – BERT GIBSON vs. LONNIE DEAN (6/08/2017) (Deposition).

94.)     WOODFORD CIRCUIT COURT – BARR vs. WOODFORD EXCAVATION AND TRANSPORT, INC. (7/25/2017) (Deposition).

95.)     15-CI-455 – WHITLEY CIRCUIT COURT - DENZIL PARTIN vs. SHANNON HAMBLIN (8/18/2017) (Deposition).

96.)     16-CI-984 – PIKE CIRCUIT – HYLTON vs. BHAVSOR (1/10/2018) (Deposition).

97.)     15-CI-00283 – FLOYD CIRCUIT – LOWE vs. HARVEY. (2/12/2018).

98.)     14-C-39 – MINGO WEST VIRGINIA CIRCUIT – MAHON vs. NOE. (4/26/2018).

99.)     16-CI-00226 – POWELL CIRCUIT – TURNER vs. EVERHART TRANSPORTATION INC. (5/14/2018) (Deposition).

100.)    17-CI-347 PIKE CIRCUIT – ROBINSON AND THACKER MEMORIAL, INC. vs. NEW BERN TRANSPORT (7/10/2018) (Deposition).

101.)  17 – CI-00570 – WHITLEY CIRCUIT – RICHARDSON vs. FIESTA MEXICANA RESTAURANT OF CORBIN, KY LLC. (7/26/2018) (Deposition).

102.)  16-CI-005544 – JEFFERSON CIRCUIT DIVISION 6 – JIMMY HO, Administrator – THANH T. TRAN vs. RONALD D. COLE (8/27/2018) (Deposition).

103.)  17-CI-00562 – PIKE CIRCUIT DIVISION II – LINDA WORKMAN vs. JOSHUA COLEMAN (Deposition).

104.)  18-CI-0004 – PIKE CIRCUIT DIVISION II – JOHN LAYNE vs. JEFFERY TACKETT / PIKE COUNTY FISICAL COURT (3/21/2019) (Deposition)

105.)    17-CI-208 – MAGOFFIN CIRCUIT – ARNETT/KING vs. PARSONS/EAGLE WELL SERVICE (2/27/2019) (Deposition).

106.)  17-CI-919 -PIKE CIRCUIT COURT DIVISION I – VICKIE BELCHER vs. KELSEY MILLER (6/12/2019) (Deposition).

107.)  US DISTRICT COURT EASTERN DISTRICT 7:19-CV-00017 – BRANDY BAKER vs. ROCKY CHRISTY / WESTFIELD INSURANCE COMPANY. (10/3/2019) (Deposition).

**EXHIBIT E**

108.) 16-CI-00096 – PIKE CIRCUIT – BILL DOTSON vs. FOUR J DEVELOPMENT / DOLLAR GENERAL STORE (10/31/2019) (Deposition).

109.) 18-CI-00986 – PIKE CIRCUIT – WESLEY FLEMING vs. JONATHAN PRATER. (11/11/19) (Deposition).

110.) 18-CI-396 – FLOYD CIRCUIT – LISA HUNT vs. JONATHAN JOHNSON. (12/02/2019) (Deposition).

111.) 18-CI-00283 – LETCHER CIRCUIT – KATHY and JAMES HARRISON vs. GARY FRANKLIN and KENTUCKY RIVER COMMUNITY CARE, INC. (3/12/2020) (Deposition).

112.) 19-CI-00087 – HOPKINS CIRCUIT – MIRANDA ELLISON vs. GARY WAYNE MILLER. (7/27/2020) (Deposition).

113.) 19-CI-628 – PIKE CIRCUIT – SANDRA PUGH vs. KENNETH MAY / THOMAS MAY dba TOMMY MAY TRUCKING. (1/6/2021) (Deposition).

114.) 18-CI-662 – JESSAMINE CIRCUIT – CHRIS FLINCHMUM vs. ALLEN OAKLAND III (3/15/2021) (Deposition).

115.) 18–CI–00815 PIKE CIRCUIT - PHYLISS THACKER vs. DANNY THACKER / ALLIE N. McGUIRE (4/7/2021) (Deposition).

116.) 18–CI–00815 PIKE CIRCUIT - PHYLISS THACKER vs. DANNY THACKER / ALLIE N. McGUIRE (5/25/2021) (Jury Trial).

117.) 17-CI-919 – PIKE CIRCUIT – VICKIE BELCHER vs. KELSEY MILLER (8/31/2021) (Jury Trial).

118.) 20-CI-1525 – PIKE CIRCUIT – BILLIE/MACK DOTSON vs. CLIFFORD DOTSON (9/29/2021). (Deposition).

119.) 20-CI-965 – PIKE CIRCUIT – CLIFTON CRAIG LONG vs. ONE SHOT TRUCKING / TONY LONG (10/12/2021) (Deposition).

120.) 7:21-cv-00014-DLB – UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY, SOUTHERN DIVISION, PIKEVILLE – MOLLY REYNOLDS vs. TIMOTHY BILLITER (10/25/2021) (Deposition).

121.) 18-CI-646 – PIKE CIRCUIT – WADDLES/GAYHEART vs. ROGERS/NATIONWIDE MUTUAL INSURANCE – KENTUCKY FARM BUREAU MUTUAL INSURANCE (12/2/2021) (Jury Trial).

122.) LACKEY vs. KENTUCKY BOARD OF CLAIMS – PRESTONSBURG, KENTUCKY (2/8/2022).

123.) 21-CI-00097 – MAGOFFIN CIRCUIT – ESTATE OF HAROLD BLEVINS vs. TIMOTHY RUNYON / BOYDS AND SONS, INC. (3/30/2022).

124.) 21-CI-01003 – PIKE CIRCUIT – NORMA SALISBURY vs. WANDA S. MAHON (9/23/2022) (Deposition).

125.) 21-CI-00313 – PERRY CIRCUIT – RACHEL SPICER vs. KELLY ISON and FARM BUREAU INSURANCE. (3/16/2023) (Deposition).

**EXHIBIT E**

126.) 20-CI-00242 – SCOTT CIRCUIT – SHARON vs. ADENA RIDGE HOMEOWNERS ASSOCIATION, INC. (3/21/2023) (Deposition).

127.) 22-CI-00027 – PERRY CIRCUIT – QUENTIN SPARDLIN vs. HURLEY ELECTRICAL, LLC. (5/16/2023) (Deposition).

128.) 21-C-5 – MINGO CIRCUIT – ALAFAIR & WILLIAM CHRISTIAN vs. JEREMY HALE (6/8/2023) (Deposition).

129.) 20-CI-1627 – PIKE CIRCUIT – KEVIN/LESHA PRATER vs. RONALD SCOTT/RONALD SCOTT TRUCKING. (8/2/2023) (Jury Trial).

130.) 22-CI-00562 – PIKE CIRCUIT – GLENDA JOHNSON vs. RONALD LITTLE and MCL TRANSPORT, INC. (8/31/2023) (Deposition).

131.) 22-CI-00063 – BOONE CIRCUIT – DOUGLAS HASTINGS vs. BRANDON LAWSON/STATE FARM INSURANCE (9/6/2023) (Deposition).

132.) 22-CI-00554 – PIKE CIRCUIT - EMILY FIELDS vs. DEBORAH GOBLE (11/28/2023) (Deposition).

The resume provided only includes collision reconstruction related cases and does not include the numerous traffic, misdemeanor, and felony cases that I have provided sworn testimony in throughout my career.

Updated 11/28/2023.

**EXHIBIT E**