

**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**



**EXHIBIT G**