## INVOICE

**Crum Investigations**  
75 Mitchell Rd  
Pikeville, KY 41501

eddiecrum@cruminvestigations.com  
+1 (606) 434-1606

### Hamm, Milby & Ridings

**Bill to**  
Hamm, Milby & Ridings PLLC  
Honorable Marcia Ridings, Esquire  
120 N Main Street  
London, KY 40741

**Invoice details**  
Invoice no.: 2486  
Terms: Net 30  
Invoice date: 04/01/2024  
Due date: 05/01/2024

| # | Date | Product or service | Qty | Rate | Amount |
|---|------|-------------------|-----|------|--------|
| 1. | 04/01/2024 | **Investigation**<br>Research. Case material review and prepare collision analysis report. | 8 | $175.00 | $1,400.00 |

|  |  |
|---|---|
| Subtotal | $1,400.00 |
| Sales tax | $84.00 |
| **Total** | **$1,484.00** |

**Note to customer**  
Walden vs. Enterprise  
US District Court  
Eastern Division  
Case: 5:22-CV-00238

**EXHIBIT H**