UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN )<br>)<br>   Plaintiff )<br>)<br>)<br>v. )<br>)<br>ENTERPRISE SERVICES GROUP, LLC, )<br>CLARENCE M. HOWARD, AND )<br>NATIONAL INDEMNITY GROUP OF )<br>INSURANCE COMPANIES OR )<br>NATIONAL INDEMNITY COMPANY, )<br>VINCE KLINE, AND PROGRESSIVE )<br>CASUALTY INSURANCE COMPANY )<br>)<br>   Defendants | CIVIL ACTION NO. 5:22-CV-00238-KKC |

\* \* \* \* \* \* \* \* \*

PLEASE TAKE NOTICE that the Plaintiff, Charles Walden, will, by counsel, pursuant to FRCP 30.02(6) take the deposition of the corporate designee(s) of Defendant, ENTERPRISE SERVICES GROUP, LLC, at Baker & Associates, Inc., 235 Peachtree Street, North Tower Suite 400, Atlanta, GA 30303, on **Friday, June 14, 2024**, beginning at the hour of **2:00 p.m**. or **immediately following the deposition of Clarence M. Howard**, whichever occurs first. Said deposition is to be taken in the above-styled action pursuant to the Federal Rules of Civil Procedure. The designee(s) should be prepared to answer examination regarding the following matters:

    1.    The Answer and defenses of Defendant, ENTERPRISE SERVICES GROUP, LLC, in this matter, and any facts or witnesses who will testify as to each fact, and any document

or exhibit pertaining thereto, to support the allegations and denials therein in ENTERPRISE SERVICES GROUP, LLC's Answer.

2. The documents provided by Defendant, ENTERPRISE SERVICES GROUP, LLC, in response to Plaintiff's Request for Production.

3. Any and all information regarding any investigation or documents pertaining to the claim of the Plaintiff.

4. How the injury described in Plaintiff's Complaint occurred, and what the Defendant's claim or contention is or will be regarding any cause or contributing cause of the injury, including a statement in detail of the facts or information upon which this contention is based.

5. The name, address, and telephone number, of each person who has any knowledge or who purports to have any knowledge of the Plaintiff's claims which are the subject matter of this lawsuit, including those persons who may have been present at the scene of the incident, or any person who has any relevant knowledge of the claims in Plaintiff's Complaint, including a specification of any relevant factual knowledge you believe the persons identified have and a description of any statements given by any such persons.

6. Any reports or other written documentation of any investigation or other descriptions or summaries of the incident described in the Complaint, including written or otherwise recorded record of interviews with any persons whatsoever.

7. The name and address of any potential party to this lawsuit, not already a party hereto.

8. Any investigative report, credit report, or asset search report regarding the Plaintiff which have been obtained by or on behalf of Defendant, ENTERPRISE SERVICES

GROUP, LLC, and the name, address, and telephone number of the person or entity who obtained such information.

9. Knowledge regarding ENTERPRISE SERVICES GROUP, LLC's driver, Clarence Howard, specifically, his employment history with Enterprise Services Group, the specific trip he was driving on 08/10/2020 including point of origin, destination, and length of time on the road.

10. Enterprise Services Group, LLC's driver selection process and procedures and vetting of drivers.

11. The defendant, ENTERPRISE SERVICES GROUP, LLC's, procedure, safety measures and standards in the event of an emergency on the road, such as a vehicle owned by Enterprise Services Group breaking down and becoming inoperable.

12. The safety trainings provided by defendant, ENTERPRISE SERVICES GROUP, LLC, to its drivers, including the frequency, duration, and topics covered, to ensure compliance with Federal Motor Carrier Safety Regulations and the Motor Carrier Act.

Pursuant to FRCP 30.02(5) and FRCP 34 Plaintiff requests that the Defendant, ENTERPRISE SERVICES GROUP, LLC, produce at said deposition the following documents:

1. Any and all photographs or diagrams that you may have of the incident which is the subject matter of this lawsuit.

2. Copies of any and all statements, reports, notices, or other written documentation of any investigation or other descriptions or summaries identified in Paragraphs 4, and 5, above.

3. Any surveillance, movies, photographs, or similar depictions or images taken of or depicting Plaintiff by or on behalf of, or otherwise provided to, the Defendant at any time.

    4.       Copies of any credit report or asset search report obtained regarding the Plaintiff.

    5.       All files, documents, and other information in the possession of Defendant concerning its employee, Clarence M. Howard, and the collision that is the subject of Plaintiff's Complaint.

    6.       Entire personnel and/or Human Resources/HR file for its employee, Clarence M. Howard.

    7.       Written documentation regarding the defendant's approach to safety compliance with the Federal Motor Carrier Safety Regulations and the Motor Carrier Act.

    8.       Written documentation regarding the defendant's procedure in the event of emergencies related to their vehicles breaking down and/or becoming disabled while on the road.

    9.       Written documentation regarding specific trip its employee, Clarence M. Howard, was driving on 08/10/2020 including point of origin, destination, and length of time on the road

Baker & Associates, Inc. is herewith designated as Reporter before whom said deposition will be taken.

You are invited to attend and take such part in the proceedings as you deem proper.

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/ Robert A. Morrin_____
Hon. Robert A. Morrin (KBA #94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing has been served by electronic mail upon the following parties on this the 29th day of May, 2024:

Hon. Marcia Milby Ridings
Hon. Jay Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
marcia@hmrkylaw.com
jridings@hmrkylaw.com
*Counsel for Defendant, Clarence M. Howard*

Baker & Associates, Inc.
scheduling@janicebakerfirm.com
*Court Reporter*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
mindy.barfield@dinsmore.com
*Counsel for National Indemnity Company Vince Kline*

Hon. Gregg E. Thornton
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
gthornton@whtlaw.com
*Counsel for Progressive Insurance Company*

                                           */s/ Robert A. Morrin*
                                           Hon. Robert A. Morrin (KBA # 94368)
                                           MORRIN LAW OFFICE
                                           *Counsel for Plaintiff*