**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CIVIL MINUTES-TELEPHONE CONFERENCE**

Case No. <u>5:22-cv-238-KKC-EBA</u>   At: <u>Frankfort</u>   Date: <u>May 31, 2024</u>

Style: <u>Walden v. Enterprise Services Group, LLC, et al</u>

**PRESENT:   HON. <u>EDWARD B. ATKINS</u>, MAGISTRATE JUDGE**

| | |
|---|---|
| Counsel Present for Plaintiff: | Robert A. Morrin |
| Counsel Present for Defendants: | James Milby Ridings |
| | Catherine L. Coldiron Joseph |

I, <u>Jacob Jones</u>, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK__5-22-cv-238-KKC-EBA_20240531_125546\

**PROCEEDINGS:   TELEPHONE CONFERENCE**

     This matter having come before Court for a telephone conference to discuss an ongoing discovery disputes.  After hearing statements of counsel and being duly advised, the Court hereby orders:

1. Plaintiff shall file a Motion for Protective Order on or before Monday, June 3, 2024. Further, Plaintiff shall file the Synergy Settlements Intake form into the record IN CAMERA UNDER SEAL. Defendant's response to the Motion for Protective Order shall be filed by the end of business on Wednesday, June 5, 2024. Plaintiff's reply shall be filed no later than the end of business on Friday, June 7, 2024.

This 31st day of May 2024.



Copies: COR
Deputy Clerk's Initials:  jj
TIC: 0/40