UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )        CIVIL ACTION NO. 5:22-CV-00238-KKC
                                     )
ENTERPRISE SERVICES GROUP, LLC,      )
CLARENCE M. HOWARD, AND              )
NATIONAL INDEMNITY GROUP OF          )
INSURANCE COMPANIES OR               )
NATIONAL INDEMNITY COMPANY,          )
VINCE KLINE, AND PROGRESSIVE         )
CASUALTY INSURANCE COMPANY           )

        Defendants

* * * * * * * * *

**NOTICE OF DISCOVERY DISPUTE RESOLUTION
RE SYNERGY INTAKE FORM**
* * * * * * * * *

        Comes now the Plaintiff, Charles Walden, by and through counsel, to provide notice to

the Court that the discovery dispute regarding the Synergy Settlement Intake Form has been

resolved between the parties. Plaintiff withdraws his objection to providing the intake form

completed to determine his likely future medical expenses caused by the unlawfully parked

vehicle.

                                Respectfully Submitted,

                                MORRIN LAW OFFICE

                                _/s/ Robert A. Morrin_____
                                Hon. Robert A. Morrin (KBA #94368)
                                214 West Main Street
                                Richmond, KY 40475
                                (859) 358-0300
                                *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

 _/s/ Robert A. Morrin_____
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*