UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN          )
                                   )
       Plaintiff,           )    **CASE NO. 5:22-CV-00238-KKC**
                                   )
VS.                      )
                                   )    **RESPONSE TO PLAINTIFF'S**
                                   )    **NOTICE OF DISCOVERY DISPUTE**
ENTERPRISE SERVICES GROUP, LLC,  )    **RESOLUTION (R. 153)**
*et al.*                       )
                                   )
       Defendants.       )
                                   )

The Defendants, Enterprise Services Group, LLC ("ESG"), and Clarence M. Howard ("Howard"), by counsel, pursuant to this Court's Minute Entry Order (R. 152), and for their Response to Plaintiff's Notice of Discovery Dispute Resolution Re Synergy Intake Form ("Notice") (R. 153), state as follows:

Plaintiff has voluntarily withdrawn his objection to providing the Intake Form at issue. *Id.* And while Plaintiff did produce a copy of the Intake Form, the version provided to Defendants contained what appears to be blue "sticky tab" at the bottom right corner of page three that potentially obstructs the date the intake from was completed and submitted. *See* **Exhibit A, Synergy Settlement Intake**. It is currently unknown[1] if this placement was a mere oversight or an intentional redaction of what Defendants believe to be critically relevant information.

Briefly, the Intake Form was requested by and expressly relied upon by Plaintiff's expert, Rebecca Clay. Plaintiff intends to present Ms. Clay as an expert witness to testify about the costs of future medical care. *See* R. 97-3. According to Ms. Clay's CR 26 Report, many of the opinions

---

[1] Defendants contacted Plaintiff by email to seek clarification but have not received a response as of the time of this filing.

regarding specific medications and treatments are based on Plaintiff's current "Trend in treatment," which Defendants interpret as representing specific treatment Plaintiff was *currently* undergoing close in time to the authoring of Ms. Clay's CR 26 Report was issued. Unfortunately, several such opinions proposed by Ms. Clay are not substantiated by the limited medical records provided to and relied upon by Ms. Clay. What's more, the only evidence that appears to support these opinions is the Intake Form completed by Plaintiff's attorney.

Of course, it is entirely possible that the Intake Form was completed and submitted long before Ms. Clay authored her CR 26 Report as certain of the medications mentioned in her Report were prescribed to Plaintiff months or years before the Report. But even so, it would necessarily follow that a significant percentage of Ms. Clay's opinions are based on extremely stale evidence. The only other alternative is that Ms. Clay blindly relied on false information provided by her client.

Either explanation, if true, raises serious concerns about the foundation and reliability of Ms. Clay's opinions. While one explanation is perhaps more damning than the other, Defendants have a right to evidence bearing directly on the reliability and methodology employed by an expert witness who intends to testify that the anticipated costs of Plaintiff's future medical expenses total $1,275,697.93 (*See* R. 97-3 at p. 6). The evidence contained in the Synergy Settlement Intake that reflects the date it was completed and submitted would demonstrate whether Ms. Clay's opinions are founded on stale information or blindly relied on false information.

Finally, it is worth noting Plaintiff has withdrawn, without any reservations, his objection to producing the Intake Form. *See* R. 153.

For these reasons, Defendants respectfully request that Plaintiff be directed to produce a complete and unredacted copy of the Synergy Settlement Intake Form.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
EMAIL:  jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD


By:  /s/ Jay Ridings
      JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


      /s/ Jay Ridings
      COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC, and CLARENCE M. HOWARD