## New Case Intake

*Please submit all Intake documents via email to: Intake@SynergySettlements.com

### Injured Party Information

Name: Charles Walden   DOB: [redacted]   Gender: ☒ M ☐ F   ZIP: 40475

### Plaintiff Counsel

Attorney Name: Rob Morrin

Email: morrinlaw@gmail.com   Phone: (859) 358-0300

### Case Information: Please be very specific.

Date of Injury: 08-10-2020   Type of Injury: Select

Jurisdiction: Eastern District of Kentucky

Facts of Incident:

The defendant had an illegally parked truck on the side of an exit ramp. He left without proper warning of his broken vehicle and did not have the proper number of warning triangles at the proper distance. Mr. Walden struck the rear-end of the broken, parked vehicle.

Injuries Sustained:

Broken hip, bruised ribs, scratches, traumatic brain injury, and back pain.

### Current Accident-Related Medications

| Medication Name | Generic? Y/N | Strength/Dosage of Medication | Frequency | Prescribing Physician |
|---|---|---|---|---|
| Acetaminophen | | 500 mg | | Mayer, Ryan |
| Senexon-S Senna/Docusale | | 50 mg | | Mayer, Ryan |
| Ibuprofen | | 400 mg / 600 mg | | Mayer, Ryan / Carroll, Timothy |
| Enoxaparin PF | | 30 mg | | Mayer, Ryan |
| Methocarbamol | | 750 mg | | Mayer, Ryan |
| Tramadol | | 50 mg | | Mayer, Ryan |
| Oxycodone HCL | | 5 mg | | Mayer, Ryan |
| Gabapentin | | 100 mg | | Mayer, Ryan |
| Diclofenac Sodium | | | | Gelle, Michael |

**SYNERGY SETTLEMENT SERVICES**
2420 S Lakemont Ave., Suite 160
Orlando, FL 32814
(877) 242-0022
Allowing Trial Lawyers to Focus on What They Do Best.

**EXHIBIT A**

## Medical Cost Projection (MCP) Intake Checklist

Please complete the MCP forms as indicated in the checklist below and provide all documentation requested. All documents and medical records must be submitted via electronic format. Thank you in advance for the prompt return of all requested documents. The success of Synergy's service depends upon the effective collection of all forms and data.

### Documentation Required:

- [✓] Synergy MCP New Case Intake Form
- [ ] Current Pharmacy Form
- [✓] Fee Agreement
- [ ] All accident-related medical records for the last two (2) years

### Helpful Documentation:

- [ ] Complaint

### Process for Submitting Records:

Please submit all Intake documents via email to Intake@SynergySettlements.com. Records must be provided in electronic format on a disk or other electronic media. Please use Dropbox for sending file sizes that exceed business email capacity of 10MB. Thank you in advance for the prompt return of all requested documents.

**Note**: *Please do not provide original versions of documents. A PDF is preferred.*

**SYNERGY**
SETTLEMENT SERVICES®
*Allowing Trial Lawyers to Focus on What They Do Best.®*

2420 S Lakemont Ave., Suite 160
Orlando, FL 32814
(877) 242-0022

**EXHIBIT A**

## Medical Cost Projection (MCP) Case Fee Agreement

All MCP services to be provided to __Morrin Law Office__ (Firm) by Synergy Settlement Services (Synergy) are subject to the following Terms and Conditions:

1. **FEE:** I agree to pay $2,500 for a Medical Cost Projection report. The foregoing fee is due upon receipt of an invoice for such services. The fee is reasonable compensation for the work associated with performing said services. Standard turn-around time for the MCP report is ten (10) business days from receipt of requested documents.

2. **OTHER FEES**: Rush reports may be available upon request for an additional fee. Such request must be pre-approved by Synergy's Intake Client Engagement team. For a rush fee of $250.00, the report can be turned around between four (4) to seven (7) business days from receipt of requested documents. For a rush fee of $500.00, the report can be turned around within three (3) business days. For a rush fee of $750.00, the report can be turned around within two (2) business days. For a rush fee of $1,000.00, the report can be turned around within one (1) business day.

   Requested Completion Time: Select

   Total Fee: _____

3. **LITIGATION:** Synergy is not a law firm and Synergy's services are completed upon delivery of the MCP report.

4. **RELEASE:** Firm hereby releases and agrees to hold Synergy, its employees, officers, directors, agents and affiliates harmless from costs, expenses, penalties, fees, damages, and other liability resulting from, arising out of, or in connection with any claims, actions, agency actions or other judicial or administrative actions relating to the MCP.

Print Name: __Rob Morrin__          Firm Name: __Morrin Law Office__

Signature: _[signature]_

**SYNERGY**
SETTLEMENT SERVICES®
2420 S Lakemont Ave., Suite 160
Orlando, FL 32814
(877) 242-0022

*Allowing Trial Lawyers to Focus on What They Do Best.*

**EXHIBIT A**