UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5:22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **WITHDRAW OF REQUEST** |
| | ) | **FOR PRODUCTION OF SYNERGY** |
| ENTERPRISE SERVICES GROUP, LLC, | ) | **SETTLEMENT INTAKE FORM** |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Defendants, Enterprise Services Group, LLC ("ESG"), and Clarence M. Howard ("Howard"), by counsel, withdraw their request for further production relating to the Synergy Settlement Intake Form. *See* R. 154, Response to Plaintiff's Notice of Discovery Dispute Resolution. Plaintiff has since responded to Defendants' inquiry relating to the relevant dates associated with the Intake Form. The relief sought in Defendants' Response (R. 154) is now moot.

                              Respectfully submitted,

                              HAMM, MILBY & RIDINGS, PLLC
                              120 NORTH MAIN STREET
                              LONDON, KY 40741
                              PHONE: 606-864-4126
                              FAX: 606-878-8144
                              EMAIL: marcia@hmrkylaw.com
                              EMAIL: jridings@hmrkylaw.com
                              ATTORNEYS FOR DEFENDANTS,
                              ENTERPRISE SERVICES GROUP, LLC AND
                              CLARENCE M. HOWARD


                              By: /s/ Jay Ridings
                                    JAY MILBY RIDINGS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

    /s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC, and CLARENCE M. HOWARD