UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC | ) | |
| CLARENCE M. HOWARD, AND | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| VINCE KLINE, AND PROGRESSIVE | ) | |
| CASUALTY INSURANCE COMPANY | ) | |

   Defendants

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF INTENT TO OBTAIN PHONE RECORDS
OF DEFENDANT CLARENCE M. HOWARD
PURSUANT TO SUBPOENA DUCES TECUM**
\*\*\*\*\*\*\*\*\*\*

    Comes now the Plaintiff, Charles Walden, by and through counsel, and pursuant to FRCP 45.03 hereby provides notice to all parties of his intent to seek phone records for Mr. Clarence M. Howard for the date of the collision that is the subject of this matter from the following non-party entity:

1. Metro PCS, Attn: Custodian of Records, 2250 Lakeside Boulevard, Richardson, TX 75782, subpoenas@metropcs.com.

    Metro PCS will be required to produce authenticated copies of the following:

a. Records for phone number 470-348-9564 of phone calls and text messages, including time and date stamps, for 08/10/2020.

The deposition of the records custodian, scheduled for July 29, 2024, at 10:00 a.m. at Morrin Law Office, 214 West Main Street, Richmond, KY 40475, will be cancelled if records are provided before the date of the deposition.

Defendant, through counsel or otherwise, has **7 days** from the date of service of this Notice to file an objection with the Court or otherwise notify the above-referenced non-party entity and the undersigned in writing of Defendant's objection to the production of these records. A copy of this notice will later be served with the subpoena upon the above-referenced non-party entity as satisfactory assurance that Defendant has been placed on notice and afforded an opportunity to object to this production of records.

Respectfully Submitted,

MORRIN LAW OFFICE

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

Hon. Marcia Milby Ridings
Hon. Jay Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
*Counsel for Clarence M Howard and Enterprise Services Group*

Hon. Mindy G. Barfield
Dinsmore & Shohl, LLP
*Counsel for National Indemnity Company Vince Kline*

Hon. Gregg E. Thornton
Hon. Jillian House
Hon. Catie Coldiron Joseph
WARD HOCKER & THORNTON, PLLC
*Counsel for Progressive Insurance Company*

                                                    _/s/Robert A. Morrin_____
                                                    Hon. Robert A. Morrin (KBA # 94368)
                                                    MORRIN LAW OFFICE
                                                    *Counsel for Plaintiff*