# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |

    Defendants

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

## PROPOSED ORDER GRANTING LEAVE
## FOR PLAINTIFF TO AMEND EXPERT DISCLOSURES

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Motion for Leave to Amend his Expert Disclosures having been made by counsel for Plaintiff, Charles Walden, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion for Leave to Amend his Expert Disclosures to include an accident reconstructionist, human factors expert, commercial trucking industry expert, and vocational expert deadline by July 14, 2024 or thereafter as determined by the Court, is hereby GRANTED.

This the _____ day of _____, 2024.

_____
JUDGE, US DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION

Prepared by:

 /s/*Robert A. Morrin*_____
Hon. Robert A. Morrin

1