UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN )<br>)<br>   Plaintiff )<br>)<br>)<br>v. )<br>)<br>ENTERPRISE SERVICES GROUP, LLC )<br>CLARENCE M. HOWARD, AND )<br>NATIONAL INDEMNITY GROUP OF )<br>INSURANCE COMPANIES OR )<br>NATIONAL INDEMNITY COMPANY, )<br>VINCE KLINE, AND PROGRESSIVE )<br>CASUALTY INSURANCE COMPANY )<br>)<br>   Defendants | CIVIL ACTION NO. 5:22-CV-00238-KKC |

**\*\*\*\*\*\*\*\*\*\***
**PLAINTIFF'S NOTICE OF SERVICE OF**
**SUPPLEMENTAL AND VERIFIED RESPONSES TO**
**DEFENDANT ENTERPRISE SERVICES GROUP'S DISCOVERY**
**\*\*\*\*\*\*\*\*\*\***

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that he has served his Supplemental and Verified Responses to Defendant Enterprise Services Group's Discovery questions:

- First Set of Interrogatories to Plaintiff
- Second Set of Interrogatories to Plaintiff
- Third Set of Interrogatories and Second Requests for Production of Documents to Plaintiff

In addition, the Plaintiff, CHARLES L. WALDEN, by and through counsel, provides notice to the Court that he has served his responses to Defendant Enterprise Services Group's Third Set of Requests for Production of Documents to Plaintiff.

All of the foregoing documents have been served upon the following, this June 13th, 2024:

Hon. Marcia Milby Ridings
Hon. Jay Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
marcia@hmrkylaw.com
jridings@hmrkylaw.com
*Counsel for Clarence M Howard and Enterprise Services Group*

Hon. Gregg E. Thornton
Hon. Jillian D. House
Hon. Catie Coldiron Joseph
WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
gthornton@whtlaw.com
jillian.house@whtlaw.com
catie.coldironjoseph@whtlaw.com
*Counsel for Progressive Insurance Company*

Hon. Mindy G. Barfield
Hon. Shaye Page Johnson
Dinsmore & Shohl, LLP
100 West Main St, Suite 900
Lexington, KY 40507
mindy.barfield@dinsmore.com
shaye.johnson@dinsmore.com
*Counsel for Vince Kline and National Indemnity Group of Insurance Companies*

Respectfully Submitted,

MORRIN LAW OFFICE

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*