UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
|    Plaintiff, | ) | **CASE NO. 5:22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **DEFENDANTS' FIRST** |
| | ) | **SUPPLEMENTAL RULE 26** |
| ENTERPRISE SERVICES GROUP, LLC, | ) | **EXPERT DISCLOSURE** |
| *et al.* | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

    The Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Order Granting Second Motion to Modify Scheduling Order (R. 145), submit the following as their First Supplemental Expert Disclosure. Defendants reserve the right to supplement their disclosures.

    Defendants supplement their Initial Rule 26 Expert Disclosure (R. 149) with the June 16, 2024, Supplemental Report authored by Dr. Timothy C. Kriss, a copy of which is attached hereto as **Exhibit B-2**. Defendants anticipate Dr. Kriss will testify consistently with the facts, opinions, findings, and studies set forth in his original Report (R. 149-2) and Supplemental Report (**Exhibit B-2**).

                                         Respectfully submitted,

                                         HAMM, MILBY & RIDINGS, PLLC
                                         120 NORTH MAIN STREET
                                         LONDON, KY 40741
                                         PHONE: 606-864-4126
                                         FAX: 606-878-8144
                                         EMAIL: marcia@hmrkylaw.com
                                         EMAIL: jridings@hmrkylaw.com
                                         ATTORNEYS FOR DEFENDANTS,
                                         ENTERPRISE SERVICES GROUP, LLC AND
                                         CLARENCE M. HOWARD

By: /s/ Jay Ridings<br>JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

 I hereby certify that on the 17th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jay Ridings<br>COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC and CLARENCE M. HOWARD