<div style="text-align:center">Neurosurgery and Spine Specialist, PSC</div>

I **reviewed additional medical records** today pertaining to Mr. **Charles Walden.**

Specifically, I reviewed November 30, 2023 independent medical examination of Mr. Walden performed by Dr. Wilson. I reviewed the November 17, 2023 consultation of Mr. Walden performed by Dr. Changaris. I reviewed the video posturography data and interpretation pertaining to Mr. Walden as interpreted by Dr. Changaris. I reviewed the November 19, 2023 video nystagmogram ("VNG") data and interpretation from Drs. Newman and Changaris.

I reviewed my own previous May 10, 2024 independent medical examination of Mr. Walden and my October 31, 2023 medical records review pertaining to Mr. Walden, as well as all of the pertinent data upon which both of those reports were founded. I interviewed and examined Mr. Walden. My conclusions below are founded upon all of the above medical information and those conclusions are true and accurate within a reasonable degree of medical probability.

**Brief Clinical Summary:**

Mr. Walden is a 31-year-old gentleman with a history of car accident in **2011** causing severe traumatic brain injury, initial Glascow Coma score of three (the lowest possible – consistent with brain death), bilateral hip fracture, bilateral hip surgery with implants, tracheostomy, gastrostomy, and subsequent total occupational disability.

In 2016 and again in 2017 Mr. Walden was admitted for life-threatening heroin overdoses three times, maximally comatose (Glasgow coma score consistent with brain death).

Mr. Walden continued to abuse methamphetamines, marijuana, alcohol and cocaine in addition to the opioids, from 2012 up through August, 2020.

Mr. Walden had another car accident in 2017 causing concussion and collarbone fracture.

Exactly *one week prior to August 10, 2020* Mr. Walden presented to a new family physician complaining of

> chronic fatigue
> somnolence
> sleep apnea
> *memory loss*
> *joint pain*
> *back pain*
> *gait problems*
> *decreased concentration*
> multiple socially transmitted bacterial urinary tract infections and
> toxicology testing positive for alcohol and marijuana, though Mr. Walden denied any substance use

On **August 10, 2020** Mr. Walden was a restrained driver when his car was struck just behind the driver side by a second vehicle. Mr. Walden did not lose consciousness and did not have alteration in consciousness according to both ambulance emergency medical technicians.

Mr. Walden was actively texting on his cell phone throughout the ambulance ride to the hospital, a task which requires multiple complex neurologic systems to be functioning at a very high level, and a task that is not realistically possible in any patient immediately after any presumptive permanently impairing brain concussion. Initial Glasgow

---

Name:
Medical Record#:    0107
Date:               June 16, 2024
Page:               Page 1 of 8

<div style="text-align:center; color:red"><strong>EXHIBIT B-2</strong></div>

## Neurosurgery and Spine Specialist, PSC

coma score was normal, and repeat sequential Glasgow coma scores were all normal throughout the ambulance ride and in the emergency room.

On August 12, 2020 Mr. Walden underwent surgical plating of the posterior pelvic wall fracture of the right acetabulum (hip socket). Postoperatively, Mr. Walden's treating orthopedic surgery team repeatedly documented excellent outcome, complete or near complete pain resolution, completely normal hip range of motion, and excellent postoperative x-rays.

Subsequently Mr. Walden ***did not seek or require any medical treatment for any reason for <u>a year and a half</u>***.

This total absence of medical evaluation and treatment for 18 months is extraordinarily significant in a patient who previously sought emergency medical evaluation and ambulance transport accompanied by his mother for a toothache of only two hours duration, signifying an extraordinarily low threshold for medical evaluation.

Mr. Walden **did not complain of any right hip pain to any treating medical professional for <u>two years</u>**.

When Mr. Walden finally did complain of right hip pain for the first time in two years, on January 9, 2023 to Dr. Gile, Mr. Walden *explicitly attributed the right hip pain to a car accident from "several months ago,"* ***not*** *to the car accident from 2 1/2 years prior on August 10, 2020.*

On the basis of the documented

> absence of any loss of consciousness,
> absence of any alteration in consciousness,
> normal initial Glasgow coma score,
> normal sequential Glasgow coma scores,
> medical definition of concussion / traumatic brain injury

I concluded that Mr. Walden did not experience any concussion or traumatic brain injury on August 10, 2020.

On the basis of the documented

> Right acetabular fracture diagnosed on August 10, 2020
> successful surgery to repair the fracture on August 12, 2020
> consistently low pain ratings after surgical recovery
> repeated office evaluations with complete resolution of all right hip pain
> multiple right hip examinations with completely normal range of motion documented over and over
> > by multiple examiners on multiple occasions
> multiple postoperative x-rays confirming excellent healing of the repaired fracture
> absence of any complaints of right hip or leg pain or symptoms <u>for two years</u>
> develoopment of "new" right hip pain on January 9, 2023 that was explicitly attributed by Mr.
> > Walden to *a different MVA from only a few months prior, not to the MVA from August 10, 2020*

I concluded that

> Mr. Walden did experience a right hip acetabulum fracture from the August 10, 2020 car accident
>
> this fracture was successfully treated with surgery two days later
>
> and Mr. Walden had an excellent surgical outcome with complete recovery, with

---

Name:
Medical Record#:   0107
Date:              June 16, 2024
Page:              Page 2 of 8

**EXHIBIT B-2**

<div align="center">Neurosurgery and Spine Specialist, PSC</div>

      normal long-term right hip range of motion
      normal right hip long-term function
      normal long-term right hip strength
      and minimal to no right hip long-term pain.

**Dr. Wilson:**

Dr. Wilson evaluated Mr. Walden on November 30, 2023 and diagnosed Mr. Walden with right acetabular hip fracture, concussion, and low back pain, all caused by the August 10, 2020 car accident. Dr. Wilson went on to predict that Mr. Walden will require in the future right total hip replacement surgery, and that the need for this future right total hip replacement surgery should be attributed 50% to the 2011 (sic) car accident and 50% to the August 10, 2020 car accident.

**Methodological Concern:  Dr. Wilson's Lack of Data Regarding the 2012 Right Hip Fracture and Surgery:**

According to the November 30, 2023 report, Dr. Wilson only reviewed four medical records:

    The ambulance records from August 10, 2020

    The UK records from August 10, 2022 through August 17, 2020

    The primary care record from September 14, 2020

    The orthopedic record from August 9, 2023

Dr. Wilson did *not* review any medical records from the July, 2012 car accident, a truly horrific accident putting Mr. Walden into the deepest possible traumatic brain injury coma (Glascow coma score of three, the lowest possible), fracturing both hips, requiring surgical implant reconstruction of both hips, fracturing multiple ribs, creating multiple upper extremity fractures, and requiring tracheostomy and gastrostomy because of the extended ICU course and long-term comatose state.

Dr. Wilson did *not* review any medical records between the 2012 MVA and the August 10, 2020 MVA, when Mr. Walden had *another* traumatic brain injury from *another* car accident in 2017, when Mr. Walden was receiving total occupational disability benefits from the Social Security Administration, when Mr. Walden was hospitalized three times and nearly died three times from heroin overdose, and when Mr. Walden was actively abusing opioids, heroin, methamphetamines, marijuana, alcohol, and cocaine.

Dr. Wilson's inability to review all of these medical records and all of this medical history is highly pertinent because Dr. Wilson incorrectly assigns Mr. Walden's relapse into substance abuse to the August 10, 2020 car accident, when in fact, Mr. Walden was actively engaged in polysubstance abuse in the days, weeks, months and years immediately prior to August 10, 2020, and therefore Mr. Walden's substance abuse after August 10, 2020 was simply a continuation of his pre-existing active polysubstance abuse, not a relapse caused by the August 10, 2020 car accident.

Dr. Wilson's inability to review the orthopedic records from 2012 onwards is highly pertinent because Dr. Wilson has concluded that Mr. Walden would have required right total hip replacement surgery solely as a result of the 2012 car

---

Name:
Medical Record#:    0107
Date:    June 16, 2024
Page:    Page 3 of 8

<div align="center"><span style="color:red">**EXHIBIT B-2**</span></div>

<div align="center">Neurosurgery and Spine Specialist, PSC</div>

accident, even though Dr. Wilson never reviewed any medical records contemporaneous with that injury or any medical records for the subsequent 8 years, leading up to August 10, 2020.

The injury from 2012 to Mr. Walden's body was complicated, and without the actual right hip radiographic studies, operative reports, office notes, and follow-up records, Dr. Wilson simply does not have sufficient data to accurately predict whether or not Mr. Walden does or does not require future right hip replacement surgery solely as a consequence of the 2012 motor vehicle accident. Dr. Wilson has essentially no first-hand data for that injury.

Dr. Wilson *did not quote any diagnostic imaging studies in his November 30, 2023 report other than a single AP pelvis x-ray* obtained in his own office on November 30, 2023, an x-ray obtained 12 years after the 2012 surgery, and an x-ray obtained after the intervening August 12, 2020 right hip surgery.

With only this one x-ray obtained 12 years after the 2012 surgery and obtained after an intervening second right hip surgery in 2020, with no imaging from 2012, with no imaging between 2012 and August 10, 2020, without the orthopedic records from 2012, and with no medical records whatsoever from 2012 through August 10, 2020, Dr. Wilson simply does not have enough medical data to accurately ascertain the precise nature of the 2012 right hip fracture / injury, the precise nature of the corrective 2012 right hip surgery, the precise nature of the response to the corrective 2012 right hip surgery, the long-term clinical course for the right hip since 2012, or the clinical status of Mr. Walden's right hip immediately prior to August 10, 2020.

In other words, Dr. Wilson has nowhere near enough medical information to accurately predict whether or not the July, 2012 right hip fracture would at some point definitively require total right hip replacement surgery in the future.

- Dr. Wilson does not know whether or not the surgery was technically successful or suffered complications.
- Dr. Wilson does not know the precise nature of the fracture itself
- Dr. Wilson does not know the precise nature of the surgery itself.
- Dr. Wilson does not know the clinical course for the right hip over the next decade.
- Dr. Wilson does not know the size of the right hip radiographic joint space or the amount of clinical or radiographic arthritis in the right hip in 2012, or any point between 2012 and August 10, 2020.

In summary, Dr. Wilson lacks sufficient medical evidence to make an accurate determination as to whether or not Mr. Walden's July, 2012 MVA and associated right acetabulum fracture mandates future right hip replacement. The prediction that the fracture and surgery from 2012 will require total hip replacement surgery was made without appropriate and necessary medical evidence, and therefore, by medical definition,is speculation.


**Dr. Wilson:  Incorrect Interpretation of Mr. Walden's Postoperative Course after the Aug 12, 2020 Hip Surgery:**

At the end of his November 30, 2023 report, Dr. Wilson declares that Mr. Walden will

> "Most likely need a right total hip arthroplasty in the future
>  *based on the severity of the hip acetabular fracture* (sustained in the August 10, 2020 collision)."

Dr. Wilson makes this declaration without any further explanation whatsoever,
based solely on the "severity" of the preoperative hip fracture,

> without taking into account the fact that the hip fracture *has been surgically repaired*, and

---

Name:
Medical Record#:     0107
Date:                June 16, 2024
Page:                Page 4 of 8

<div align="center"><strong style="color:red">EXHIBIT B-2</strong></div>

## Neurosurgery and Spine Specialist, PSC

without taking into account the well documented medical fact that Mr. Walden responded exceptionally well - essentially perfectly - to that August 12, 2020 right hip surgical repair, with

> excellent postoperative orthopedic surgery checkups,
> excellent postoperative x-rays,
> excellent postoperative right hip examinations,
> excellent postoperative resolution of pain, and
> excellent postoperative right hip range of motion and function:
>
> > November 24, 2020 Physical Therapy:
> >
> > > Mr. Walden has full active and passive right hip range of motion in all directions
> >
> > December 2, 2020 Physical Therapy:
> >
> > > Mr. Walden tolerates all physical therapy without any pain.
> > > Mr. Walden has experienced "100% improvement with physical therapy"
> >
> > December 11, 2020 physical therapy:
> >
> > > Mr. Walden has "no pain."
> > > Mr. Walden has "full, symmetric range of motion in both hips in all planes."
> >
> > January 25, 2021 Physical Therapy:
> >
> > > Mr. Walden declares:  "strength is all I am lacking."
> > > Mr. Walden has no other complaints and no other deficits.
> >
> > February 9, 2021 physical therapy:
> >
> > > Mr. Walden's FOTO formal outcome measure is
> > > "better than predicted compared to similar patients."
> >
> > September 24, 2022 emergency room:
> >
> > > Mr. Walden lacerated his fingers in an angle grinder.
> > > Mr. Walden is working a blue-collar type job.
> > > *Proactive review systems questioning is negative for joint pain.*
> > > Mr. Walden *explicitly denies any other symptoms other than the finger laceration.*
> > > Clearly the right hip is not bothering Mr. Walden.
> >
> > October 21, 2022 Dr. Campbell:  Left Hip Pain:
> >
> > > No mention or complaint of any right hip pain whatsoever
> > > On physical examination, gait is completely normal.
> >
> > January 9, 2023 Dr. Gile:
> >
> > > For the first time in two years Mr. Walden complains of right hip pain,
> > > however Mr. Walden attributes this hip pain to a completely different MVA,

---

Name:
Medical Record#:      0107
Date:                 June 16, 2024
Page:                 Page 5 of 8

**EXHIBIT B-2**

<div align="center">Neurosurgery and Spine Specialist, PSC</div>

an MVA from "several months ago,"
**not** the August 10, 2020 MVA from two years and five months previous.

August 17, 2023 Dr. Grau (orthopedics):

Right hip physical examination:  **full range of motion without any pain**
normal gait on exam
normal tandem walk on exam
normal neurological exam

In other words,
Mr. Walden's August 12, 2020 surgery to repair the August 10, 2020 right hip surgery
has been so successful that

Mr. Walden repeatedly stated he was completely pain free on numerous occasions

Mr. Walden repeatedly demonstrated completely normal right hip range of motion on physical examination

Mr. Walden had painless, full right hip range of motion

Mr. Walden had no right hip pain for two years

When Mr. Walden finally did complain of some right hip pain,
he attributes all of that pain to a different motor vehicle accident, not the August 10, 2020 accident.

Patients with

No hip pain
normal gait
normal tandem gait
normal neurological exam
normal strength
normal hip range of motion  / mobility / function
no hip pain or complaints for more than two years
excellent postoperative x-rays
excellent postoperative orthopedic checkups
no ongoing right hip treatment
no need for medication

are **not** patients who will automatically require total hip replacement in the future, as opined by Dr. Wilson.

Dr. Wilson's prediction that Mr. Walden will require total right hip replacement surgery in the future is directly, overwhelmingly, and emphatically contradicted by Mr. Walden's superb surgical outcome from the August 12, 2020 hip repair surgery. Dr. Wilson never reviewed the medical records documenting Mr. Walden's excellent long-term surgical outcome from August 12, 2020, which means that Dr. Wilson ***never reviewed the medical evidence that determines whether or not Mr. Walden will actually need further right hip surgery***.

Name:
Medical Record#:     0107
Date:                June 16, 2024
Page:                Page 6 of 8

**EXHIBIT B-2**

# Neurosurgery and Spine Specialist, PSC

Dr. Wilson's prediction that Mr. Walden will require right hip replacement surgery in the future is made contrary to this vast amount of convincing medical evidence that Mr. Walden's hip is doing great and will not need total hip replacement for certain in the future, and this renders Dr. Wilson's prediction not only speculative (unsubstantiated and non-evidence-based), but completely invalid / incorrect and empirically, emphatically disproven by the well-documented, voluminous medical evidence never reviewed by Dr. Wilson.

**Dr. Changaris:**

I reviewed Dr. Changaris' November 17, 2023 consultation, video posturography data, video posturography interpretation, mCTSiB data, mCTSiB interpretation, and associated recommendations. I reviewed Dr. Changaris and Dr. Newman's November 19, 2023 VNG data, interpretations, and impressions.

My review of these additional tests, consultations, interpretations and conclusions from Drs. Changaris and Newman does not change any of my previous conclusions pertaining to Mr. Walden.

Both physicians have diagnosed traumatic brain injury in Mr. Walden exclusively on the basis of these tweaky tests in the absence of any clinical correlation; neither physician has clinically correlated the test data, the test results, their own interpretation of the tests, or their own conclusions based on those tests with the contemporaneous medical records, clinical bedside examination, or clinical definitions of vertigo and traumatic brain injury, and this renders the diagnostic conclusions of Drs. Changaris and Newman invalid and inaccurate.

Drs. Changaris and Newman do not provide sufficient methodological data for proper interpretation of these tests, such as how the angles for posturography were measured, how the standard deviations were calculated, whether the measurements are made by humans or machines, whether the machines were calibrated, if so how the machines were calibrated and against what standards, whether or not Mr. Walden's ear canals were examined prior to testing for cerumen (earwax) and clear of all such earwax prior to testing, exact placement of electrodes, and other numerous sources of potential technical error.

Nor do these physicians provide any of the normative data:

Who are the patients that Mr. Walden is being compared to?
What is the definition of normal for each parameter measured?
Why Is normal defined in the reports as a specific percentage rather than as a statistical range?
What are these "normal" percentages composed of?
How are they calculated?
From what populations?
Are those "normal"populations comparable to Mr. Walden, who has multiple previous traumatic brain injuries and
    mutiple previous hip reconstructive surgeries?
Do the normal comparison patients have these same baseline conditions as Mr. Walden,
    thereby allowing for a proper comparison?

In order for the posturography tests to be valid, the comparator patients would need to have not just the same age range as Mr. Walden, but also the same massive, unusual orthopedic implant history, since obviously three reconstructive hip surgeries by age 31 is going to impact the patient's postural ability independent of the presence or absence of concussion or traumatic brain injury.  The same is true for Mr. Walden's history of two traumatic brain injuries prior to August 10, 2020, both of which would contribute to "abnormal baseline" posturography and VNG results in Mr. Walden prior to August 10, 2020.

| | |
|---|---|
| Name: | |
| Medical Record#: | 0107 |
| Date: | June 16, 2024 |
| Page: | Page 7 of 8 |

**EXHIBIT B-2**

<div align="center">Neurosurgery and Spine Specialist, PSC</div>

In order to assign any VNG or posturography results to the August 10, 2020 accident, Drs. Newman and Changaris would have to have "baseline" VNG and posturography tests of Mr. Walden AFTER the 2012 Traumatic Brain Injury, the 2017 Traumatic Brain Injury, the 2012 bilateral hip reconstructive surgeries, the three heroin overdoses, the years of cocaine / methamphetamine / alcohol / benzodiazepine / opioid / marijuana abuse but obtained PRIOR to August 10, 2020 in order to properly isolate August 10, 2020 as the cause of any abnormal results.

Drs. Newman and Changaris have no such baseline studies, and this makes it medically impossible for them to differentiate which conditions or events in Mr. Walden's past are responsible for which VNG or posturography results. The tests, themselves, have no ability to determine causation.

Recall that just one week prior to August 10, 2020 one of Mr. Walden's presenting complaints to his new doctor was trouble with his gait, which could obviously explain the abnormal posturography testing later. Mr. Walden also complained of trouble with memory and concentration, which could be a marker for residual TBI from 2012 and 2017, easily explaining any abnormal VNG results.

I know of no properly controlled peer-reviewed medical study confirming VNG and posturography as valid tests for traumatic brain injury that was not authored by physicians or institutions with a financial interest in the fabrication or use of this highly specialized, unusual equipment.

For example, I have attached the entire webpage presentation for VNG studies from the Cleveland Clinic, and there is **no reference whatsoever** to any role whatsoever for VNG in diagnosis or management of traumatic brain injury.

The same thing happens if one searches for "posturography" on the Cleveland Clinic website: one is directed towards a discussion for diagnosis and treatment of dizziness, with *no reference whatsoever to traumatic brain injury*.

I would be more than happy to review any such studies, but ask that Dr. Changaris provide the entire original articles, not just the titles, abstracts or his own summary narratives.

Please feel free to contact my office if you have questions or require clarification.

Sincerely,

*[signature]*

Timothy C. Kriss, M.D.

| | |
|---|---|
| Name: | |
| Medical Record#: | 0107 |
| Date: | June 16, 2024 |
| Page: | Page 8 of 8 |

<div align="center">**EXHIBIT B-2**</div>



| |
|---|
| Find A Doctor |
| Locations & Directions |
| Patients & Visitors |
| Health Library |
| Institutes & Departments |
| Appointments |

HOME/
HEALTH LIBRARY/
DIAGNOSTICS & TESTING/
VIDEONYSTAGMOGRAPHY
ADVERTISEMENT


ADVERTISEMENT

# Videonystagmography

A videonystagmography (VNG) test uses a special set of goggles with a camera to record your eye movements. It looks for a specific type of eye movement called nystagmus. Your healthcare provider may order this test if you have symptoms of an inner ear disorder.

ContentsOverviewTest DetailsResults and Follow-UpAdditional Details

## Overview

### What is a videonystagmography?
A videonystagmography (VNG) is a test that evaluates your eye movements. It looks for a specific type of eye movement called nystagmus. Nystagmus happens when your eyes move uncontrollably up and down or side to side. These movements may be rapid or slow.

You may get nystagmus briefly when you move your head in certain directions. But if you get nystagmus when you're sitting still or for long periods, it could point to an inner ear (vestibular) disorder.

### When is a VNG needed?
You may need a VNG test if you have symptoms that could point to an inner ear disorder, such as:

**EXHIBIT B-2**

- Balance problems.
- Dizziness.
- Feelings of pressure or fullness in your ears.
- Lightheadedness.
- Tinnitus (ringing in your ears).
- Vertigo.

**What does a VNG test diagnose?**
Healthcare providers use VNG tests to diagnose vestibular disorders, including:

- Acoustic neuroma.
- Benign paroxysmal positional vertigo (BPPV).
- Labyrinthitis.
- Ménière's disease.
- Vestibular neuritis.

**What is the difference between a VNG and an ENG test?**
A VNG test uses special goggles and infrared cameras. An electronystagmography (ENG) uses small electrodes placed around your eyes.

Both VNGs and ENGs give your healthcare provider similar information about your vestibular nerve and inner ear function.

**Who performs a VNG?**
Several specialists may perform a VNG test, including:

- **Audiologists,** physicians specializing in hearing and balance disorders.
- **Otolaryngologists,** physicians specializing in conditions that affect the ear, nose and throat.
- **Neurologists,** physicians specializing in the brain and nervous system.

## Test Details

### How does a VNG test work?
In a VNG test, you sit in a dark exam room wearing a special set of goggles. The goggles have a camera in them that records your eye movements.

Your healthcare provider asks you to watch lights moving on a TV screen or move your head and body in certain positions. Your healthcare provider may also send small bursts of warm or cold water or air into your ears. The goggles record how your eyes move in response to these different actions.

### How do I prepare for a VNG test?
Your healthcare provider will give you specific instructions to prepare for a VNG test. Most people don't need to do anything special.

**EXHIBIT B-2**

Tell your healthcare provider about all medications and supplements you take. You may have to stop taking certain medicines for a brief period before the test.

### What should I expect during a VNG test?
On the day of the test, you sit in the exam room and put on the goggles. Then, your healthcare provider guides you through the three parts of the test:

- **Ocular testing:** You watch different dots or flashes of light while keeping your head still.
- **Positional testing:** Your healthcare provider instructs you to move your head or body to different positions.
- **Caloric testing:** Your healthcare provider sends small bursts of warm or cool air or water into each ear. These bursts of air or water should cause nystagmus.

A VNG test usually lasts around 60 minutes.

### What should I expect after a VNG test?
You may feel slightly dizzy during and immediately after the test. Usually, dizziness goes away quickly. If it lingers, you'll need someone to drive you home.

## Results and Follow-Up

### What do the results of a VNG test mean?
You may have an inner ear or balance disorder if your eyes don't move as expected during the VNG test. Your healthcare provider may order more follow-up tests or offer treatment options depending on your results.

## Additional Details

### Is a VNG test uncomfortable?
You may feel some discomfort during a VNG test, but it's usually minimal. You may feel slightly dizzy after the test, too. You may also have some discomfort from wearing the goggles for an extended period. These symptoms usually go away quickly.

### A note from Cleveland Clinic

A videonystagmography (VNG) is a test to evaluate your eye movements that relate to your vestibular (inner ear balance system). Your healthcare provider may recommend a VNG if they suspect you have an inner ear disorder. You may have an inner ear or balance disorder if your eyes don't move as expected during the VNG test.

**EXHIBIT B-2**




800.223.2273
100 Years of Cleveland Clinic
MyChart
Need help?
Giving
Careers

SEARCH

 Head & Neck Institute

Our Doctors

Departments & Centers

Conditions & Treatments

Patient Education

Research & Innovations

For Medical Professionals

More

/ Institutes & Departments / Head & Neck Institute / Departments & Centers / **Vestibular & Balance Disorders**

**HEAD & NECK INSTITUTE**

Departments & Centers

Dentistry & Oral Surgery

Facial Plastic & Microvascular Surgery

**EXHIBIT B-2**

- Comprehensive Otolaryngology (ENT)
- Hearing Implant Program
- Laryngology
- Otology-Neurotology
- Rhinology, Sinus & Skull Base Surgery
- Speech-Language Pathology
- Surgical Sleep & Snoring
- Tinnitus Management Clinic
- Vestibular & Balance Disorders
- Voice Center

**EXHIBIT B-2**