UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff, ) | **CASE NO. 5:22-CV-00238-KKC** |
| ) | |
| VS. ) | |
| ) | **DEFENDANTS' SECOND** |
| ) | **SUPPLEMENTAL RULE 26** |
| ENTERPRISE SERVICES GROUP, LLC, ) | **EXPERT DISCLOSURE** |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Order Granting Second Motion to Modify Scheduling Order (R. 145), submit the following as their Second Supplemental Expert Disclosure. Defendants reserve the right to supplement their disclosures.

Defendants supplement their Initial Rule 26 Expert Disclosure (R. 149) and First Supplemental Rule 26 Expert Disclosure (R. 159) with the Collision Analysis Supplement Report authored by Eddie Crum, a copy of which is attached hereto as **Exhibit F-2**. Additionally, Defendants supplement their prior disclosures with the video footage referenced in Mr. Crum's Supplemental Report, all of which has been made available[1] to counsel of record, and which are more fully described as follows:

1. Drive Cam Recording 1 of 2, MP4 Video File, File Name: 20240530_233143
2. Drive Cam Recording 2 of 2, MP4 Video File, File Name: 20240530_233243
3. iPhone Recording, MOV Video File, File Name: IMG_3291

---

[1] *See* **Exhibit F-3**, 6/24/24 Email to Counsel of Record (attached).

Defendants anticipate Mr. Crum will testify consistently with the facts, opinions, findings, and studies set forth in his original Report (R. 149-6) and attached Supplement Report (**Exhibit F-2**). Defendants further anticipate that Mr. Crum will authenticate the aforementioned video recordings. Finally, Defendants give notice of their intent to introduce the aforementioned video recordings as evidence at the trial of this matter.

                                            Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL: marcia@hmrkylaw.com
EMAIL: jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD

By: /s/ Jay Ridings
       JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

     I hereby certify that on the 24th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE
SERVICES GROUP, LLC and CLARENCE M.
HOWARD

2