# CRUM INVESTIGATIONS, LLC.

REPORT DATE:  June 1, 2024

PREPARED FOR:

HAMM, MILBY & RIDINGS, PLLC

COLLISION ANALYSIS

SUPPLEMENT REPORT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

LEXINGTON DIVISON

5:22-CV-00238-KKC

CHARLES WALDEN

vs.

ENTERPRISE SERVICE GROUP

FEDERAL HIGHWAY I-75 EXIT 87

RICHMOND, KENTUCKY

**EXHIBIT F-2**

June 1, 2024

Honorable Marcia Milby Ridings, Esquire

120 North Main Street

London, KY.  40741

Ms. Ridings:

Per our conversation, on May 30, 2024, at approximately 11:31 pm, I documented the approach traveling from northbound I-75, traveling up exit 87 to the traffic signals at the intersection of Kentucky State Route 876, also known as the Richmond Bypass.

The conditions were captured with a Kenwood Drive Cam and I-phone footage.  No artificial lighting was used during the documentation process.  The weather conditions were clear and dry during the documentation process.

During the documentation process, the area was well illuminated from the highway and the ambient lighting.

The purpose of this correspondence is to provide you with the results of the nighttime site visit investigation, along with my opinions.  The opinions rendered are based on materials commonly relied upon by experts in the field of collision reconstruction.  This includes my training and experience; and the findings are within a reasonable degree of collision reconstruction probability.

**EXHIBIT F-2**

I reserve the right to change, or alter any opinions formed in this collision event should any new or updated information be presented.

Edward R. Crum

Advanced Collision Reconstructionist

Event Data Recorder Analyst

Heavy Vehicle ECM Analyst

Kentucky Licensed Private Investigator # 735

Crum Investigations LLC

75 Mitchell Road

Pikeville, KY 41501

(606) 639-0601 – Home/ Office

(606) 434-1606 - Cell

eddiecrum@cruminvestigations.com

Each page of this report, and all its contents and/or exhibits, are confidential communication between Hamm, Milby & Ridings PLLC, and Eddie Crum, dba Crum Investigations, LLC. and are considered by the author(s) and the intended recipient to be "work product".

**EXHIBIT F-2**