**Jay Milby Ridings**

| | |
|---|---|
| **From:** | Jay Milby Ridings |
| **Sent:** | Monday, June 24, 2024 2:34 PM |
| **To:** | Rachel Gaines; Mr. Gregg E. Thornton (gthornton@whtlaw.com); Mindy G. Barfield (mindy.barfield@dinsmore.com); shaye.johnson@dinsmore.com; Mr. Robert A. Morrin (Rob@MorrinLawOffice.com) |
| **Cc:** | Marcia Ridings |
| **Subject:** | Walden vs. Enterprise Services Group et al - Video Recordings (2nd Supp CR 26 Expert Disclosures) |

Counsel,

The videos referenced in Enterprise and Howard's forthcoming 2nd Supplemental CR 26 Expert Disclosures can be accessed via the following link: Crum - Recordings

There should be a total of three videos contained in the respective folders:
  A. Drive Cam Folder
       1. Video File Name: 20240530_233143
            i. 1 Minute, 0 Seconds
       2. Video File Name: 20240530_233243
            i. 0 Minutes, 32 Seconds
  B. iPhone Folder
       1. Video File Name: IMG_3291
            i. 0 Minutes, 53 Seconds

Please let me know if you have any issues accessing or viewing any of the videos.

Jay



**Jay Milby Ridings**
Member | Hamm, Milby & Ridings PLLC
**Phone**: 606.864.4126
**Fax**: 606.878.8144
**Email**: jridings@hmrkylaw.com
120 N. Main Street
London, KY 40741
www.hmrkylaw.com

**EXHIBIT F-3**