UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN, | ) |
| Plaintiff, | ) CASE NO. 5:22-CV-00238-KKC |
| VS. | ) |
| ENTERPRISE SERVICES GROUP, LLC, *et al.* | ) |
| Defendants. | ) |

**NOTICE TO TAKE DEPOSITION**
and
**NOTICE TO TAKE DEPOSITION DUCES TECUM**

All parties hereto will please take notice that the Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, will take the deposition, upon oral examination pursuant to Fed. R. Civ. P. 26(b)(4)(A) and 30(a)(1) and 30(b)(2), and other applicable law, of the following named individual:

NAME: **David Changaris, M.D.**

LOCATION: **After Accident Care**
**801 Barrett Avenue, #103**
**Louisville, KY 40204**

DATE: **July 16, 2024**

TIME: **4:00 PM EST**

Attached to this Notice as **Schedule A-1** is a designation of the materials to be produced upon the oral examination of David Changaris, M.D., pursuant to a subpoena Duces Tecum to be served upon counsel for plaintiff, who retained said witness in accordance with Fed. R. Civ. P.

26(a)(2)(B). This examination by oral deposition will be subject to continuance from time to time and place to place until completed.

This deposition shall be taken for purposes of discovery and all other purposes permitted under the Federal Rules of Civil Procedure.

          Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL: marcia@hmrkylaw.com
EMAIL: jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD

By: /s/ Jay Ridings
     JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE
SERVICES GROUP, LLC and CLARENCE M.
HOWARD