UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                        PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                         DEFENDANTS.

---

### DEFENDANT, CLARENCE M. HOWARD'S, SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF

---

Comes the Defendant, Clarence M. Howard ("Howard"), by counsel, in compliance with Fed. R. Civ. P. 26(e)(1), and for his Supplemental Responses to Requests for Admissions propounded by Plaintiff, Charles L. Walden, states as follows:

REQUEST NO. 4:   That the acts and/or actions of the Defendant, Clarence M. Howard, were a substantial factor in causing of the motor vehicle collision with the vehicle driven by Plaintiff, Charles L. Walden.

SUPPLEMENTAL RESPONSE:   Counsel objects to this Request to the limited extent it requires the disclosure of the undersigned's mental impressions, conclusions, opinions, or legal theories. Notwithstanding the foregoing objection, and subject to same, Howard, through counsel, responds as follows:

**Despite Howard's counsel having conducted an independent investigation with the assistance of a qualified accident reconstruction expert**, Howard, by counsel, is unable to

**EXHIBIT A**

offer an unqualified admission or denial of Request No. 4. Generally, the undersigned are not aware of, and Plaintiff has not produced, affirmative, irrefutable evidence establishing that the acts and/or actions of Clarence M. Howard were a substantial factor in causing the subject motor vehicle collision.

In full candor, undersigned counsel acknowledge that a jury could interpret the evidence of record as demonstrating liability exclusively against Plaintiff, exclusively against Howard, and/or a combination of both.

Howard, by counsel, respectfully declines to elaborate further as to the undersigned's mental impressions, conclusions, opinions, or legal theories.

REQUEST NO. 6:   That the acts and/or actions of the Defendant, Clarence M. Howard, were the cause of the injuries suffered by Plaintiff.

SUPPLEMENTAL RESPONSE:   Counsel objects to this Request to the limited extent it requires the disclosure of the undersigned's mental impressions, conclusions, opinions, or legal theories. Counsel further objects on the grounds that the Request fails to identify all of the specific and particular "injuries" to which it refers. Notwithstanding the foregoing objections, and subject to same, Howard, through counsel, responds as follows:

**Despite Howard's counsel having conducted an independent investigation with the assistance of a qualified accident reconstruction expert**, Howard, through counsel, is unable to offer an unqualified admission or denial of Request No. 6. Generally, undersigned counsel are not aware of, and Plaintiff has not produced, affirmative, irrefutable evidence establishing that the acts and/or actions of Clarence M. Howard were a cause of the injuries suffered by plaintiff.

**EXHIBIT A**

**Howard, by counsel, respectfully declines to elaborate further as to the undersigned's mental impressions, conclusions, opinions, or legal theories.**

                              HAMM, MILBY & RIDINGS, PLLC
                              120 North Main Street
                              London, KY 40741
                              Ph: 606.864.4126
                              Fax: 606.878.8144
                              Email: jridings@hmrkylaw.com
                              Email: marcia@hmrkylaw.com
                              Attorneys for Defendants, Enterprise Services Group, LLC and Clarence M. Howard

By: _____
       Jay Milby Ridings
       Marcia Milby Ridings

CERTIFICATE OF SERVICE:

I hereby certify that on February 27, 2024, I served the following upon counsel of record as follows:

Robert A. Morrin, Esq.
Morrin Law Office
**Email: rob@morrinlawoffice.com**
*Attorney for Plaintiff*

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
**Email: gthornton@whtlaw.com**
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**
*Attorney for Defendants,*
*National Indemnity Group of Insurance Companies or National Indemnity Company, and Vince Kline*

_____
*Counsel for Defendants, Enterprise Services Group, LLC and Clarence M. Howard*

6

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                      PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                                    DEFENDANTS.

---

**DEFENDANT, ENTERPRISE SERVICES GROUP, LLC'S, SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF**

---

Comes the Defendant, Enterprise Services Group, LLC, ("Enterprise"), by counsel, in compliance with Fed. R. Civ. P. 26(e)(1), and for its Supplemental Responses to Requests for Admissions propounded by Plaintiff, Charles L. Walden, states as follows:

REQUEST NO. 4:    That the acts and/or actions of the Defendant, Clarence M. Howard, were a substantial factor in causing of the motor vehicle collision with the vehicle driven by Plaintiff, Charles L. Walden.

SUPPLEMENTAL RESPONSE:    Counsel objects to this Request to the limited extent it requires the disclosure of the undersigned's mental impressions, conclusions, opinions, or legal theories. Notwithstanding the foregoing objection, and subject to same, Enterprise, through counsel, responds as follows:

**Despite Enterprise's counsel having conducted an independent investigation with the assistance of a qualified accident reconstruction expert**, Enterprise, by counsel, is unable to

**EXHIBIT A**

offer an unqualified admission or denial of Request No. 4. Generally, undersigned counsel are not aware of, and Plaintiff has not produced, affirmative, irrefutable evidence establishing that the acts and/or actions of Clarence M. Howard were a substantial factor in causing the subject motor vehicle collision.

In full candor, undersigned counsel acknowledge that a jury could interpret the evidence of record as demonstrating liability exclusively against Plaintiff, exclusively against Howard, and/or a combination of both.

Enterprise, by counsel, respectfully declines to elaborate further as to the undersigned's mental impressions, conclusions, opinions, or legal theories.

REQUEST NO. 6:   That the acts and/or actions of the Defendant, Clarence M. Howard, were the cause of the injuries suffered by Plaintiff.

SUPPLEMENTAL RESPONSE:   Counsel objects to this Request to the limited extent it requires the disclosure of the undersigned's mental impressions, conclusions, opinions, or legal theories. Counsel further objects on the grounds that the Request fails to identify all of the specific and particular "injuries" to which it refers. Notwithstanding the foregoing objections, and subject to same, Enterprise, through counsel, responds as follows:

==Despite Enterprise's counsel having conducted an independent investigation with the assistance of a qualified accident reconstruction expert==, Enterprise, through counsel, is unable to offer an unqualified admission or denial of Request No. 6. Generally, undersigned counsel are not aware of, and Plaintiff has not produced, affirmative, irrefutable evidence establishing that the acts and/or actions of Clarence M. Howard were a cause of the injuries suffered by plaintiff.

**EXHIBIT A**

**Enterprise, by counsel, respectfully declines to elaborate further as to the undersigned's mental impressions, conclusions, opinions, or legal theories.**

          HAMM, MILBY & RIDINGS, PLLC
          120 North Main Street
          London, KY 40741
          Ph: 606.864.4126
          Fax: 606.878.8144
          Email: jridings@hmrkylaw.com
          Email: marcia@hmrkylaw.com
          Attorneys for Defendants, Enterprise Services Group, LLC and Clarence M. Howard

By: _____
      Jay Milby Ridings
      Marcia Milby Ridings

<u>CERTIFICATE OF SERVICE:</u>

I hereby certify that on February 27, 2024, I served the following upon counsel of record as follows:

Robert A. Morrin, Esq.
Morrin Law Office
**Email: rob@morrinlawoffice.com**
*Attorney for Plaintiff*

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
**Email: gthornton@whtlaw.com**
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
**Email: mindy.barfield@dinsmore.com**
**Email: shaye.johnson@dinsmore.com**
*Attorney for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*and Vince Kline*

_____
*Counsel for Defendants, Enterprise*
*Services Group, LLC and Clarence M. Howard*

6

**EXHIBIT A**