UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN, PLAINTIFF,

V. **ORDER**

ENTERPRISE SERVICES GROUP, LLC, *et al.*, DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff Charles L. Walden's request for a telephonic conference to discuss various discovery disputes. Accordingly, to assist the undersigned in understanding the reason for the telephonic conference,

IT IS ORDERED as follows:

1. Plaintiff Charles Walden shall file a copy of the written discovery requests that he has served on Defendants, and all responses that he has received from Defendants, specifically regarding Interrogatories Nos. 6, 7, 8, 10, 11, 12, 17, 22, and Requests for Production Nos. 3, 4, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42, no later than **Friday, July 12, 2024.**

2. Walden shall also file a copy of all email correspondence between the parties regarding their attempts to resolve this discovery dispute no later than **Friday, July 12, 2024.**

Signed July 10, 2024.



Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**