UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN | ) |
|     Plaintiff | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ENTERPRISE SERVICES GROUP, LLC, CLARENCE M. HOWARD, AND NATIONAL INDEMNITY GROUP OF INSURANCE COMPANIES OR NATIONAL INDEMNITY COMPANY, VINCE KLINE, AND PROGRESSIVE CASUALTY INSURANCE COMPANY | ) |
|     Defendants | |

\* \* \* \* \* \* \* \* \*
**NOTICE OF FILING DOCUMENTS RE DISCOVERY DISPUTE**
\* \* \* \* \* \* \* \* \*

Comes now the Plaintiff, Charles Walden, by and through counsel, to provide notice to the Court that pursuant to the Court's Order [R. 169], Plaintiff has filed into the record the attached documents regarding the subject discovery dispute:

- 2023-10-12 Plaintiffs First Set of Interrogatories RFP RFA to Clarence M Howard
- 2023-10-12 Plaintiffs First Set of Interrogatories RFP RFA to Enterprise Services Group
- 2024-04-09 Def. Enterprises Ans. to Int and Resp to RFPD Prop by Plaintiff – SIGNED
- 2024-04-09 Def. Howards Ans to First Set of Int and Resp to RFPD prop by Plaintiff – SIGNED
- 2024-05-31 Howard Supp. Answers to Discovery - UNSIGNED (R. Morrin only)-JMR
- 2024-06-24 Def Howard Amended Interrogatory Answers (Signed)
- 2024-06-26 Def. Howards First Supp. Responses to RFPD prop by Plaintiff (SIGNED)
- 2024-06-27 Def. Howards Second Supp. Responses to RFPD prop by Plaintiff (SIGNED)
- 2024-07-11 Emails re Discovery Dispute

Respectfully Submitted,

MORRIN LAW OFFICE

   */s/ Robert A. Morrin*

1

Hon. Robert A. Morrin (KBA #94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

    */s/ Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*