UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                         PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                               DEFENDANTS.

---

**DEFENDANT, CLARENCE M. HOWARD'S, SECOND SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF**

---

Comes the Defendant, Clarence M. Howard, by counsel, and for his First Supplemental Responses to Requests for Production of Documents propounded by Plaintiff, Charles L. Walden, states as follows:

### REQUESTS FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 29:   Please provide legible copies of the Bills of Lading, weight tickets, and hotel receipts for the eight (8) day period preceding the collision.

**SUPPLEMENTAL RESPONSE:**   *See* **Enterprise_Howard 012146-012148. While not directly responsive,** *also see* **Enterprise_Howard 012142-012144.**

REQUEST NO. 35:   Please produce all load-related communications made by or to Clarence M. Howard regarding the load he was transporting on 08/10/2020.

**SUPPLEMENTAL RESPONSE:**   *See* **Enterprise_Howard 012145-012148.**

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL: jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD

By: _____
    JAY MILBY RIDINGS

CERTIFICATE OF SERVICE:

I hereby certify that a copy of the foregoing was served by emailing a true and accurate copy to the following on this 27th day of June, 2024:

Robert A. Morrin, Esq.
Morrin Law Office
*Attorney for Plaintiff*
rob@morrinlawoffice.com

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
*Attorney for Defendants,*
*National Indemnity Group of Insurance*
*Companies or National Indemnity Company,*
*And Vince Kline*
mindy.barfield@dinsmore.com
shaye.johnson@dinsmore.com

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
gthornton@whtlaw.com

_____
OF COUNSEL FOR ABOVE-NAMED
DEFENDANTS