UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff, ) | **CASE NO. 5:22-CV-00238-KKC** |
| ) | |
| VS. ) | |
| ) | **DEFENDANTS' NOTICE OF FILING** |
| ) | **RELATING TO DISCOVERY DISPUTE** |
| ENTERPRISE SERVICES GROUP, LLC, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants Clarence M. Howard and Enterprise Services Group, LLC (collectively, "Defendants"), by counsel, respectfully submit this Notice for purposes of supplementing Plaintiff's Notice of Filing of Documents Re Discovery Dispute (R. 170) with an additional email communication between the parties relating to the purported "discovery dispute," which was transmitted subsequent to the filing of Plaintiff's Notice (R. 170). Because said email communication originated from undersigned counsel, Defendants appreciate that the responsibility for supplementing the record in compliance with this Court's Order (R. 169 at ¶ 2) should lie with them. Against that backdrop, Defendants tender a copy of the July 12, 2024, email correspondence from J. Ridings to R. Morrin, attached as **Exhibit A**.

              Respectfully submitted,

              HAMM, MILBY & RIDINGS, PLLC
              120 NORTH MAIN STREET
              LONDON, KY 40741
              PHONE: 606-864-4126
              FAX: 606-878-8144
              EMAIL:  marcia@hmrkylaw.com
              EMAIL:  jridings@hmrkylaw.com
              ATTORNEYS FOR DEFENDANTS,
              ENTERPRISE SERVICES GROUP, LLC AND

CLARENCE M. HOWARD

By:    /s Jay Ridings
      JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

   /s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC, and CLARENCE M. HOWARD