UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC | ) | |
| CLARENCE M. HOWARD, AND | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| VINCE KLINE, AND PROGRESSIVE | ) | |
| CASUALTY INSURANCE COMPANY | ) | |
| | | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF SERVICE OF
SUPPLEMENTAL AND VERIFIED RESPONSES TO
DEFENDANT ENTERPRISE SERVICES GROUP'S DISCOVERY**
\*\*\*\*\*\*\*\*\*\*

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that he has served his Supplemental and Verified Responses to Defendant Enterprise Services Group's First Set of Requests for Production of Documents, this July 19, 2024:

    Hon. Marcia Milby Ridings
    Hon. Jay Milby Ridings
    HAMM, MILBY & RIDINGS, PLLC
    120 North Main Street
    London, KY 40741
    marcia@hmrkylaw.com
    jridings@hmrkylaw.com
    *Counsel for Clarence M Howard and Enterprise Services Group*

    Hon. Gregg E. Thornton
    Hon. Jillian D. House
    Hon. Catie Coldiron Joseph

1

WARD HOCKER & THORNTON, PLLC
Vine Center
333 W. Vine Street, Suite 1100
Lexington, KY 40507
gthornton@whtlaw.com
jillian.house@whtlaw.com
catie.coldironjoseph@whtlaw.com
*Counsel for Progressive Insurance Company*

Hon. Mindy G. Barfield
Hon. Shaye Page Johnson
Dinsmore & Shohl, LLP
100 West Main St, Suite 900
Lexington, KY 40507
mindy.barfield@dinsmore.com
shaye.johnson@dinsmore.com
*Counsel for Vince Kline and National Indemnity Group of Insurance Companies*

        Respectfully Submitted,

        MORRIN LAW OFFICE

        _/s/*Robert A. Morrin*_____
        Hon. Robert A. Morrin (KBA # 94368)
        214 West Main Street
        Richmond, KY 40475
        (859) 358-0300
        *Counsel for Plaintiff*