UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC | ) | |
| CLARENCE M. HOWARD, AND | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| VINCE KLINE, AND PROGRESSIVE | ) | |
| CASUALTY INSURANCE COMPANY | ) | |

   Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*
**NOTICE OF DEPOSITION OF JASON CURRY**
\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, CHARLES L. WALDEN, by counsel, hereby gives notice that the deposition of Officer Jason Curry, will take place **Monday, July 29, 2024,** beginning at the hour of **11:00 a.m.,** at 214 West Main Street, Richmond, KY 40475.

Said depositions will be taken by a notary public or other official authorized by law to administer oaths, is being taken for purposes of discovery and for all other purposes allowed for by the Kentucky Rules of Civil Procedure, and shall continue from day to day until completed.

   Respectfully submitted,

   MORRIN LAW OFFICE

   */s/ Robert A. Morrin*
   Hon. Robert A. Morrin (KBA# 94368)

1

214 West Main Street
Richmond, Kentucky 40475
859-358-0300
*Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

_/s/ Robert A. Morrin_____
Hon. Robert A. Morrin (KBA# 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*