# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:22-CV-00238-KKC |
| ENTERPRISE SERVICES GROUP, LLC, et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Officer Jason Curry

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:
Motor Vehicle Collision of 08/10/2020, a copy of the police report attached hereto for reference

| Place: Morrin Law Office, 214 W. Main Street, Richmond, KY 40475 | Date and Time: 07/29/2024 11:00 am |
|---|---|

The deposition will be recorded by this method: Stenographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Any materials used in preparation of the Uniform Police Traffic Collision Report from the MVC of 08/10/2020, a copy of which is attached hereto.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| CLERK OF COURT | OR | |
|---|---|---|
| _____ | | /s/ *[signature]* |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Charles Walden _____, who issues or requests this subpoena, are:
Robert A. Morrin, 214 W. Main Street, Richmond, KY 40475

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 5:22-CV-00238-KKC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Officer Jason Curry on *(date)* 07-22-2024

☒ I served the subpoena by delivering a copy to the named individual as follows: Brad Early

on *(date)* 7-22-2024; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/22/24

_____
Server's signature

Alyssa Hysell – Case Manager
Printed name and title

214 West Main St Richmond, 40475
Server's address

Additional information regarding attempted service, etc.: