UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHARLES L. WALDEN,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ENTERPRISE SERVICES GROUP, LLC,** *et al.*,<br><br>    **Defendants.** | **CIVIL ACTION NO. 5:22-238-KKC**<br><br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on Plaintiff's motion to reconsider pursuant to Fed. R. Civ. P. 59(e) or, in the alternative, for relief from void judgment pursuant to FRCP 60(b)(4). (DE 107.) Plaintiff asks us to alter judgment granting Defendant's motion (DE 98) to Modify the Scheduling Order and extend their Expert Disclosure deadline. (DE 103.)

To prevail on a motion to alter or amend a judgment under Fed. R. Civ. P. 59(e), a party must show that there has been "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *Intera Corp. v. Henderson*, 428 F.3d 605, 620 (6th Cir. 2005) (citation omitted). A motion under Rule 59 does not allow parties to reargue their case or to raise new arguments which could, and should, have been raised before. *Leisure Caviar, LLC v. United States Fish & Wildlife Serv.*, 616 F.3d 612, 616 (6th Cir. 2010). "The purpose of Rule 59(e) is to allow the district court to correct its own errors, sparing the parties and appellate courts the burden of unnecessary appellate proceedings." *Howard v. United States*, 533 F.3d 472, 475 (6th Cir. 2008) (citations and internal quotation marks omitted).

Upon review, Plaintiff's motion fails to meet this standard. After reviewing the parties' briefings on the matter, the Court finds that Plaintiff failed to show that Defendant did not exercise due diligence in conducting expert discovery. The Court also finds that Plaintiff did not demonstrate that extending the deadline would be prejudicial. Therefore, Plaintiff has failed to show that the Court should alter judgment because of "a need to prevent manifest injustice." Accordingly, the Court hereby ORDERS Plaintiff's motion to reconsider (DE 107) is DENIED.

This 25th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY