

November 30, 2023

**\*\*REVISED REPORT – ADDENDUM ADDED\*\***

Independent Medical Examination:
Claimant: Charles Walden
Date of Birth: 05/27/1992
Date of Injury: 08/10/2020
Date of Exam: 11/30/2023

History:
He is a 31-year-old male who was involved in a motor vehicle accident in Richmond, Kentucky on August 10, 2020. He was treated at UK Hospital primarily for a right acetabular fracture. He underwent surgery for that, and he continued treatment with Kentucky Orthopedic & Spine for hip pain and back pain. Currently, he is in substance abuse rehabilitation. Tomorrow will be 60 days in treatment in Grayson, Kentucky. He had had a history of substance abuse in his youth and had been clean and sober for several years, and then after the accident of August 10, 2020 he began to have significant pain issues and he relapsed into substance abuse.

Medical Records Reviewed:
Specific records reviewed:
1. I have UK Healthcare from September 21, 2020: Postop visit for the open reduction and internal fixation of the right acetabular fracture with dislocation signed by Dr. Aneja. The patient was improving with significantly decreased right hip pain and was ordered physical therapy.
2. Records from Madison County EMS, dated August 10, 2020: The patient was found on the ground about 100 yards from the accident with a possible hip dislocation, a cut to his right hand with some bleeding and abrasions to the head. The patient had walked about 100 yards before "my hip gave out."
3. Records from September 14, 2020, Baptist Health Primary Care: Reports the past medical history of his right hip surgery. The records state he had a right hip replacement, however, he did not truly have a hip replacement, he had prior open reduction and internal fixation of an acetabular fracture.
4. Records from Kentucky Orthopaedic & Spine, date of service August 9, 2023: The patient is here for evaluation of low back pain and sacroiliitis. He had been seeing a chiropractor and is not having radicular symptoms. The plan is to continue

☎ 1-888-552-0019
⊕ medicalexpertgroup.com
⦿ 426 Codell Drive,
  Lexington, KY 40509

Claimant: Charles Walden
Page 1 of 5



management with chiropractic care. He was offered a cortisone injection, and he was to follow up as needed.

5. UK Healthcare records from the hospitalization from August 10, 2020 through August 17, 2020 were reviewed in the hospital course: States he was seen and evaluated in the emergency department with the right hip fracture/dislocation. He also had a concussion. His hip dislocation was reduced in the emergency department on August 10. He underwent surgery on August 12. He completed physical therapy and nonweightbearing to the right lower extremity and was discharged on August 17, 2020.

Diagnostic Studies:
X-ray of the pelvis was performed today, AP pelvis, which shows a 3 mm joint space in the right hip with evidence of three separate plates with multiple screws. He also has evidence of a left femoral rod in place with no acute abnormalities.

Medications:
Currently takes no medications.

Allergies:
No known drug allergies.

Prior Surgery:
In 2011 he was in a motor vehicle accident. He sustained a right acetabular fracture and treated with surgical fixation at UK. He also had an IM rod in his left femur as well as a right arm fracture, rib fractures, and a traumatic brain injury.

Surgical Procedures:
On August 12, 2020, he had a right acetabular fracture with dislocation, open reduction and internal fixation by Dr. Aneja at the University of Kentucky. He was fixed with two plates into his right acetabulum.

Diagnoses:
1. Aright hip acetabular fracture with hip dislocation.
2. Concussion.
3. Low back pain.

Preexisting Injury:
He had a right acetabulum fracture fixation from 2011.

☎ 1-888-552-0019
⊕ medicalexpertgroup.com
⚲ 426 Codell Drive,
   Lexington, KY 40509

Claimant: Charles Walden
Page 2 of 5



<u>Causation:</u>
The mechanism of injury is consistent with the above diagnosis and treatment of the same. The motor vehicle accident of August 10, 2020 resulted in a right hip fracture dislocation, treated with open reduction and internal fixation as well as a concussion and back pain.

<u>Date of MMI:</u>
Approximately 6 months from the date of injury which would be February 10, 2021.

<u>Physical Examination:</u>
He walks with a normal gait. His right hip only flexes to 60 degrees. He has internal rotation of 10 degrees, external rotation of 20 degrees, abduction of 20 degrees. His left hip has flexion of almost 90 degrees. His leg lengths are equal. He has some tightness in his hamstrings. Sensation and motor are grossly intact in his lower extremities.

<u>Impairment:</u>
Using table 17-33, acetabular fractures are estimated according to range of motion and joint changes. X-rays were obtained today which show three plates in his right acetabulum and pelvis with multiple screws. The joint space is measured at 3 mm. The 3 mm joint space rates a 3% whole person impairment using table 17-31, page 544. His hip range of motion deficit of less than 80 degrees of flexion is 4% whole person impairment, table 17-9, page 537. His significant pain resulting in a substance abuse disorder would rate him a 3% discretionary pain rating from page 584. That would total a 10% whole person impairment. Because he had an acetabular fracture with fixation in 2011, which is the same type of injury, I would attribute 50% of his impairment to the preexisting injury of 2011 and 50% of the 10% whole person impairment is attributed to the August 10, 2020 motor vehicle accident. Therefore, his whole person impairment would be 5% as it relates to the August 10, 2020 accident.

<u>Restrictions:</u>
Currently, he is in rehabilitation for his substance abuse disorder and he has not worked for several years.

<u>Future Medical Treatment:</u>
He will most likely need a right total hip arthroplasty in the future based upon the severity of the hip acetabular fracture. However, it is likely that the first accident causing the acetabular fracture in 2011 would have resulted in a hip replacement as well. Therefore, I would attribute his need for hip replacement to be 50% related to the motor vehicle accident of August 10, 2020.

☎ 1-888-552-0019
⊗ medicalexpertgroup.com
⚲ 426 Codell Drive,
Lexington, KY 40509

Claimant: Charles Walden
Page 3 of 5



I declare, under the penalties of perjury, that the information contained within this document was prepared and is the work product of the undersigned and is true to the best of my knowledge and information.  The opinions and analyses within this report are made within a reasonable degree of medical probability.  If you have any specific questions or concerns that I may be able to assist you with, please feel free to contact me.

Respectively submitted,

*Timothy Wilson*

Timothy Wilson, M.D.
Board Certified in Orthopedic Surgery

TW/dm

Addendum (July 12, 2024):
I have reviewed the defendant's expert supplemental report by Timothy C. Kriss, MD. Although it is Dr. Kriss's medical opinion that Mr. Walden's hip is "doing great and will not need total hip replacement for certain in the future," this opinion is inaccurate as the diagnosis of an acetabular fracture requiring open reduction and internal fixation has an extremely high risk of arthritis, greater than 50%, regardless if the patient had a successful outcome and is asymptomatic in the short term post-surgery. Most of these patients develop arthritis later in life as a result of the traumatic injury to their joint. The cartilage injuries are not always apparent in the first few years after the trauma. The likelihood of severe arthritis requiring treatment and eventual arthroplasty is based upon the diagnosis itself. Obviously, Mr. Walden does not require hip replacement at this time as he is clinically doing relatively well. It is a question of the prognosis based upon the severity of his injury. This is documented extensively in the orthopedic literature, and it is something that Dr. Kriss may not be aware of. I would agree with Dr. Kriss's opinion that clinically he is doing well and had successful hip surgeries, but my opinion regarding Mr. Walden's future medical treatment remains unchanged. He will most likely need a right total hip arthroplasty in the future based upon the severity of his hip acetabular fracture. It is likely the first accident causing an acetabular fracture in 2011 of itself would have resulted in an eventual hip replacement. This likelihood was increased by his motor vehicle accident of August 10, 2020, resulting in a right hip fracture dislocation and treatment with open reduction and internal fixation. Therefore, I would attribute his need for hip replacement to be 50% related to the motor vehicle accident of August 10, 2020, and 50% related to the acetabular fracture of 2011. In summary, I agree with Dr. Kriss's assessment of the

☎ 1-888-552-0019
⊕ medicalexpertgroup.com
⦿ 426 Codell Drive,
   Lexington, KY 40509

Claimant: Charles Walden
Page 4 of 5



successful outcome of the surgeries; however, the diagnosis of the acetabular fractures and surgical treatment of the same makes the eventual diagnosis of posttraumatic arthritis more likely than not, the treatment of which more likely than not would be a total hip arthroplasty.

Respectively submitted,

*Timothy Wilson*

Timothy Wilson, M.D.
Board Certified in Orthopedic Surgery

TW/dm

☎ 1-888-552-0019
⊕ medicalexpertgroup.com
◎ 426 Codell Drive,
   Lexington, KY 40509

Claimant: Charles Walden
Page 5 of 5