EXHIBIT A

Marcia Milby Ridings
James A. Ridings
R. Aaron Hostettler

**Hamm, Milby & Ridings PLLC**

Jay Milby Ridings
Kelly Kirby Ridings
Kelsey Lee Bryant

April 23, 2024

Mr. Robert A. Morrin, Esq.
Morrin Law Office
    Via Email: Rob@MorrinLawOffice.com  and  morrinlaw@gmail.com

Re:    Walden v. Enterprise Services Group, *et al.*
        5:22-cv-00238-KKC, USDC EDKY, Lexington Div.
        HMR Ref: 5489.04 (Enterprise v. Walden)

Dear Rob:

After hiring yet another private investigator, I am pleased to report that Mr. Clarance Howard was not only located last week, but that mom has successfully communicated with him since.

We are working with Mr. Howard to obtain answers to written discovery and will supplement accordingly.

**Please advise if you wish to depose Mr. Howard**. The deposition would need to be taken in Atlanta, Georgia, Mr. Howard's place of residence.[1] In an effort to accommodate Plaintiff with as many potential dates as possible, I am providing dates from both mom's and my calendar. Currently, Mr. Howard and my office are free on any of the following:

| | |
|---|---|
| **May** | 3, 17, 24, 31 |
| **June** | 7, 14, 28 |
| **July** | 5, 12, 19, 26 |

---

[1] *See, e.g.*, *Steppe v. Cleverdon*, 2007 WL 6831006 at *3 (E.D. Ky. July 25, 2007) ("Although it may impose a burden on the plaintiff to travel to Canada to depose [defendant], the Magistrate Judge concludes that plaintiff has not overcome the general rule that the deposition of a non-resident defendant should be conducted at the defendant's place of residence."); *Scott-Warren v. Liberty Life Assurance Company of Boston*, 3:14-CV-738-CRS-CHL, 2016 WL 3876660, at *10 (W.D. Ky. July 13, 2016) citing *Farquhar v. Shelden*, 116 F.R.D 70, 72 (E.D. Mich. 1987) ("From these principles has evolved the rule that in federal litigation, in the absence of special circumstances, a party seeking discovery must go where the desired witnesses are normally located.")

120 North Main Street ~ London, Kentucky 40741-1369
Ph: (606) 864-4126 ~ Fax: (606) 878-8144
jridings@hmrkylaw.com

Mr. Robert A. Morrin, Esq.
April 23, 2024
**Page 2**

Again, please let me know as soon as possible if you want to take Mr. Howard's deposition, and if so, which of the above dates works best for you.

I certainly have no objection to you taking Mr. Howard's deposition within the next three months regardless of any discovery deadlines.

Our continued efforts to locate a representative of Enterprise Service Group remain unsuccessful. I will, of course, notify you right away should that change.

Very sincerely yours,

HAMM, MILBY & RIDINGS, PLLC

By: _____
Jay Milby Ridings

cc: Kim Hodgen (Claim # 561125)
**Via Email Only**