**EXHIBIT B**

---------- Forwarded message ---------
From: **Jay Milby Ridings** <jridings@hmrkylaw.com>
Date: Fri, May 31, 2024 at 12:39 PM
Subject: RE: Walden v Enterprise
To: Robert Morrin <morrinlaw@gmail.com>, Marcia Ridings <marcia@hmrkylaw.com>
Cc: Rob Morrin <rob@morrinlawoffice.com>

Rob – unsigned supplemental answers attached. Please also note that I included supplemental document production received from Mr. Howard (Bates 012139-012141).

Jay

Jay Milby Ridings
Hamm, Milby & Ridings PLLC
120 N Main St
London, KY 40741
Ph: (606) 864-4126
jridings@hmrkylaw.com

---

**From:** Robert Morrin <morrinlaw@gmail.com>
**Sent:** Friday, May 31, 2024 10:20 AM
**To:** Marcia Ridings <marcia@hmrkylaw.com>
**Cc:** Rob Morrin <rob@morrinlawoffice.com>; Jay Milby Ridings <jridings@hmrkylaw.com>
**Subject:** Re: Walden v Enterprise

Hi Marcia,

That would be good, yes.

Thank you,

Rob

Sent from my iPhone.

> On May 29, 2024, at 12:31 PM, Marcia Ridings <marcia@hmrkylaw.com> wrote:
>
> Rob:  As you know, I hired an investigator and was able to talk with Mr. Howard.  Based on our conversations, I prepared revised answers to your discovery.  Thus far I have not been able to get notarized copies of the discovery but if you want me to send you un-certified copies, let me know and I'll send to you.
>
> Marcia Milby Ridings
> Hamm, Milby & Ridings PLLC
> 120 N Main St.
> London, KY 40741
> Ph: (606) 864-4126
> Fax: (606) 878-8144
> marcia@hmrkylaw.com