EXHIBIT
___D___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                    PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                      DEFENDANTS.

---

**DEFENDANT, CLARENCE M. HOWARD'S, AMENDED ANSWERS TO FIRST SET OF INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF**

---

Comes the Defendant, Clarence M. Howard, by counsel, and for his Amended Answers to First Set of Interrogatories and Responses to Requests for Production of Documents propounded by Plaintiff, Charles L. Walden, states as follows:

**INTERROGATORIES**

INTERROGATORY NO. 1:     Please provide the full name, home address, home phone number, office phone number, and place of employment for each and every person, firm, or entity who answered or assisted in answering these interrogatories.

ANSWER:     Clarence M. Howard in combination with independent investigation undertaken by undersigned counsel.

Unsigned Answers Emailed to R. Morrin on 5/31/2024

## REQUESTS FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1: Please produce copies of any incident or accident reports, prepared by any person or entity, pertaining to the wreck described in the Complaint.

**RESPONSE:   Please refer to documents previously produced at Enterprise_Howard 000092 – 000095. Also see forthcoming CR 26 Report of Accident Reconstructionist Eddie Crum.**

REQUEST NO. 2:   Please produce all documents referred to in your Answers to Interrogatories.

**RESPONSE:   See documents previously produced at Enterprise_Howard 000001-012138 (previously produced).**

REQUEST NO. 3:   Please produce repair estimates for damages to your vehicle which was involved in this wreck.

**RESPONSE:   Mr. Howard does not possess responsive evidence.**

REQUEST NO. 4:   A complete, legible, color copy of all of your driving licenses, including CDLs, in effect on the date of this wreck, front and back.

**RESPONSE:   Will supplement if and when located. Mr. Howard agrees to produce a copy of his current license.**

REQUEST NO. 5: A copy of ANY statement you filed with any insurance carrier to advise them of the wreck described in the Complaint, any claim for property damage, or for any other claims involved herein.

**RESPONSE:   Mr. Howard does not possess responsive evidence.**

REQUEST NO. 6:   A copy of the current curriculum vitae, reports and a copy of every document or tangible piece of material considered by any/all experts you intend or expect to call

Unsigned Answers Emailed to R. Morrin on 5/31/2024

REQUEST NO. 32:  Please provide a legible copy of the Enterprise Services Group, LLC's lease agreement for Clarence M. Howard.

**RESPONSE:    Mr. Howard does not possess responsive evidence.**

REQUEST NO. 33:   Please produce all Enterprise Services Group payroll records, dispatch records and fleet management records.

**RESPONSE:    Mr. Howard does not possess responsive evidence.**

REQUEST NO. 34:   Please produce a certified copy of Clarence M. Howard's driver/employment application to apply for employment with Enterprise Services Group, LLC.

**RESPONSE:    Mr. Howard does not possess responsive evidence.**

REQUEST NO. 35:   Please produce all load-related communications made by or to Clarence M. Howard regarding the load he was transporting on 08/10/2020.

**RESPONSE:    Mr. Howard does not possess responsive evidence.**

REQUEST NO. 36:   Please produce all Federal Motor Carrier Safety Regulation safety audits involving Clarence M. Howard from 08/10/2015 through 08/10/2020.

**RESPONSE:    Mr. Howard does not possess responsive evidence.**

REQUEST NO. 37: Please produce Clarence M. Howard's full driver medical certificate as of 08/10/2020, Department of Transportation Medical Records, and Physical assessment Records.

**RESPONSE:    Mr. Howard does not possess responsive evidence.**

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL:  marcia@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,

Unsigned Answers Emailed to R. Morrin on 5/31/2024

ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD

By: _____
       MARCIA MILBY RIDINGS

<u>CERTIFICATE OF SERVICE:</u>

I hereby certify that a copy of the foregoing was served by emailing a true and accurate copy to the following on this _____ day of _____, 2024:

Robert A. Morrin, Esq.
Morrin Law Office
*Attorney for Plaintiff*
**rob@morrinlawoffice.com**

Mindy G. Barfield, Esq.
Shaye Page Johnson, Esq.
Dinsmore & Shohl, LLP
*Attorney for Defendants,*
*National Indemnity Group of Insurance Companies or National Indemnity Company, And Vince Kline*
**mindy.barfield@dinsmore.com**
**shaye.johnson@dinsmore.com**

Gregg E. Thornton, Esq.
Ward, Hocker & Thornton, PLLC
*Attorney for Defendant,*
*Progressive Casualty Insurance Company*
**gthornton@whtlaw.com**

_____
OF COUNSEL FOR ABOVE-NAMED DEFENDANTS

Unsigned Answers served upon R. Morrin via email on 5/31/2024.

*[signature]*

Unsigned Answers Emailed to R. Morrin on 5/31/2024