**Page 21**

1  A   Yeah.  Like -- maybe like a couple pallets of
2  just materials going to a warehouse.  I don't know what
3  materials, because, of course, we can't see, but --
4  Q   Yeah.
5  A   -- but just warehouse freight.
6  Q   Okay.  Okay.  Was the trailer full?
7  A   No.
8  Q   It was empty?
9  A   No.  It had some -- it wasn't full to
10 capacity, but it had pallets on there.
11 Q   Okay.  I guess, had you delivered the --
12 A   No, the load wasn't delivered yet.
13 Q   Okay.  Okay.  And you were going from -- where
14 were you going from?
15 A   Where was I coming from?
16 Q   Uh-huh.
17 A   I was coming from -- where was I coming from?
18 I can't even remember.  I don't know if I was coming
19 from Atlanta or coming from picking up the load from
20 somewhere else.
21     It could have been coming from Atlanta picking up
22 the load.
23 Q   Okay.
24 A   Hold on.  Let me see.  Wait, wait, wait.  Yes.
25 Actually, it was Atlanta.  I was coming from Atlanta to

**Page 22**

1  pick up the load --
2  Q   Okay.
3  A   -- and take it to Ohio.
4  Q   You were on your way to Ohio?
5  A   Yes.
6  Q   Okay.  Did -- when you -- when you came to
7  Atlanta, where did you pick the load up from in Atlanta?
8  A   Well, I started off in Atlanta because that's
9  where the company's out of, but I can't -- I can't
10 remember that.
11 Q   And you live in Atlanta?
12 A   Yes, sir.
13 Q   Okay.
14 A   Yeah, I -- yeah, I can't remember that.
15 Q   Okay.
16 A   It's been so long ago.
17 Q   Okay.  And for these jobs, would it be Shanta
18 that would call you and let you know, hey, we've got
19 a -- we've got a route we need run?
20 A   Well, everything would be emailed.  I would
21 get email confirmation where I wanted to go, if I wanted
22 to take the load or not, and confirm things through
23 email so that way they had documentation.
24 Q   Okay.  What email address did you use with
25 them?

**Page 23**

1  A   Mine, my personal address.
2  Q   Which one is that?
3  A   cmhoward1981989@gmail.com.
4  Q   I'm going to read that back to you just to
5  make sure I've got it right.
6      Okay.  cmhoward --
7  A   Yep.
8  Q   h-o-w-a-r-d --
9  A   Uh-huh.
10 Q   -- the numbers 1981 --
11 A   Uh-huh.
12 Q   -- 989 --
13 A   Yes.
14 Q   -- @gmail.
15 A   Yes, sir.
16 Q   Okay.  Thank you.
17     So she would send you an email, and it would have
18 things like a pick up information, time?
19 A   Yep.
20 Q   Did it have -- would she send you an email
21 with, like, the route planned out?  Did it include that?
22 A   Yes.  Well, in the email is what they call --
23 I guess it's like your invoice form of your route, where
24 you're going to, time, and things of that nature.
25 Q   Okay.  When you would go to pick up the loads,

**Page 24**

1  would you or anyone else inspect the vehicle?
2  A   Yes.
3  Q   For safety?
4  A   I mean, I would check the lights, the brakes,
5  things of that nature.
6  Q   Okay.  And who -- who instructed you to do
7  that?
8  A   The company.
9  Q   Okay.  Is that Enterprise?
10 A   Uh-huh.
11 Q   Okay.
12     MR. RIDINGS:  Yes?
13     THE DEPONENT:  Yes, yes.  Sorry about that.
14     MR. RIDINGS:  We're used to it.  It's -- this
15 is every deposition, I promise you.
16 BY MR. MORRIN:
17 Q   No apology necessary.  It's just part of
18 the -- part of the nature --
19 A   The video, it's --
20     MR. RIDINGS:  We're used to it.
21     THE DEPONENT:  Yeah, yeah.
22 BY MR. MORRIN:
23 Q   Okay.  So Enterprise instructed you to
24 inspect.
25 A   The inspection was --