**Page 9**

1  Q    -- just to make sure we're on the same page.
2       And with that in mind, if you answer a question I
3  ask, can I assume that you understood it?  Can I assume
4  that you understood the question?
5       MR. RIDINGS:  Objection to that.  I'm going to
6       object to that because he can't know what the
7       question is in advance.  And there's -- that would
8       be pure speculation.
9  BY MR. MORRIN:
10 Q    If you answer a question --
11      MR. MORRIN:  Are you directing him not to
12      answer that question?
13      MR. RIDINGS:  I'm not directing him not to
14      answer, but --
15      THE DEPONENT:  I'll answer it.  Go ahead.
16 BY MR. MORRIN:
17 Q    If -- if I ask a question and you provide an
18 answer to that question --
19 A    Uh-huh.
20 Q    -- are we on the same page that that's because
21 you understood the question?
22 A    Yes.
23 Q    Okay.  Are you on any medications right now?
24 A    No.
25 Q    Okay.  Have you -- have you used any substance

**Page 10**

1  or gone through anything this morning that could prevent
2  you from testifying truthfully?
3  A    No, sir.
4  Q    Okay.  And I hope you don't get offended by
5  these questions.
6  A    No, no.
7  Q    I just want to make sure that we're all on the
8  same question.
9       (Indiscernible crosstalk.)
10      Sure.
11      Have you ever been convicted of a felony or a
12 misdemeanor?
13 A    Yes.
14 Q    Okay.  When was that?
15 A    Convicted of a misdemeanor probably like two
16 years ago.
17 Q    Okay.  This would be in 2022?
18 A    Somewhere around there, yeah.
19 Q    Okay.  Which county?
20 A    That was Cobb County.
21 Q    Cobb County?
22 A    Uh-huh.  Cobb County, Georgia.
23 Q    Thank you.  And if you don't mind, the actual
24 charge?
25 A    What was it?  I want to say family violence,

**Page 11**

1  something like --
2  Q    Domestic violence?
3  A    Yeah, like a domestic, yeah, situation,
4  basically.  No kids were involved.
5  Q    Okay.  Any -- any other convictions in your
6  history?
7  A    No, sir.
8  Q    Okay.  If you don't mind, summarize your
9  education history for me starting with high school.
10 A    I graduated high school.
11 Q    Graduated high school?
12 A    Uh-huh.
13 Q    Any formal education beyond that?
14 A    No.
15 Q    Okay.  Other than maybe the commercial
16 driver's license, did you have any training --
17 A    I don't have no CDL.
18 Q    You don't have a CDL?
19 A    No.
20 Q    Did you have a CDL before?
21 A    No, I never had a CDL.
22 Q    Okay.  Have you ever had a DOT number?
23 A    Not personally.
24 Q    Okay.  For the -- let's go with your -- how
25 old are you again?

**Page 12**

1  A    I'm 42 years old.
2  Q    42 years old.  Before -- how did you -- how
3  did you get this position driving that truck?
4  ==A    I worked with the lady that owned the company.==
5  ==It was her and her brother.==
6  ==Q    Okay.  When did you start working with -- what==
7  ==was her name?==
8  ==A    Her name was -- it started with an S --==
9  ==Shanta, if I'm not mistaken.==
10 ==Q    Shanta.  Do you remember her last name?==
11 ==A    I would have to try to go look in my phone==
12 ==records.==
13 ==Q    And did she -- did she own Enterprise Service==
14 ==Group?==
15 ==A    Her and her brother did.==
16 ==Q    Her and her brother?  Do you know her==
17 ==brother's name?==
18 ==A    No, sir.==
19 Q    Okay.  And when did you start working for
20 Shanta and her brother?
21 A    In 2020.
22 Q    Is that when you met them?
23 A    No.  I met her --
24 Q    When did you meet Shanta?
25 A    -- at my other job that I worked at before