Page 57:

1   A   I don't know. I'm not him.
2   Q   Okay.
3   A   I don't know. He'd have to tell you that.
4   Q   Okay. Did you talk to Shanta later that day?
5   A   You talking about the day after?
6   Q   Yes.
7   A   Yeah.
8   Q   Okay. Did you discuss where the vehicle would
9   be towed to?
10  A   They came and fixed the vehicle.
11  Q   They -- they fixed it on the shoulder, then?
12  A   Uh-huh.
13  Q   Okay. Do you recall who -- who came?
14  A   Whoever she called.
15  Q   Some mechanic?
16  A   Whoever she called.
17  Q   Do you know when that happened?
18  A   Sometime between then and that afternoon.
19  Q   So it was the next day?
20  A   Yeah.
21  Q   Okay.
22  A   Well, it was already the next day.
23  Q   I guess the day after the accident or that
24  next morning or --
25  A   Yeah. The morning -- going into the

Page 58:

1   morning -- well, the accident happened going into the
2   morning of, so it would have been the day after.
3   Q   Okay. How many nights did you stay in the
4   hotel?
5   A   It wasn't even a night. It was more like a
6   few hours.
7   Q   Okay. So you got a nap, basically, and
8   then --
9   A   I didn't even get that.
10  Q   But you didn't -- you didn't stay another --
11  you didn't -- I mean, it was just --
12  A   I had a load.
13  Q   Okay.
14  A   I had a job to do still.
15  Q   Okay. Did you talk to the mechanic that came
16  out?
17  A   I was in the hotel.
18  Q   You never talked to him? Never spoke to him?
19  A   If I did, it was just probably show him where
20  the vehicle was at. But as far as engaging with him
21  personally, like, I . . .
22  Q   Did he tell you the vehicle was ready, or did
23  Shanta call you and ask -- or tell you?
24  A   I can't recall.
25  Q   Do you know if you stayed with the truck while

Page 59:

1   it was being repaired or did you wait at the hotel?
2   A   I can't recall.
3   Q   You don't remember what you did while the --
4   when the vehicle was being repaired?
5   A   It's been four years ago. I can't recall.
6   Q   Did the mechanic tell you what was wrong with
7   the vehicle?
8   A   I don't remember having that conversation with
9   him.
10  Q   Okay. Did Shanta ever tell you what was wrong
11  with the vehicle?
12  A   She may have or -- but I can't recall.
13  It's -- like I said, it's been so long ago. For me to
14  say that, I would be -- I can't -- I just can't answer
15  that question.
16  Q   And I -- and I don't want you to guess either.
17  So I --
18  A   Yeah.
19  Q   I understand. How many years did you say you
20  knew Shanta? Estimate.
21  A   Three, maybe, somewhere around there.
22  Q   And you never knew her last name?
23  A   I do know her last name, but I don't know it
24  offhand.
25  Q   Is there some way -- somewhere you could look

Page 60:

1   like in old emails where you could find her last name?
2   A   I would have to -- I would -- I would have
3   to -- I don't -- I don't know if I even could do that.
4   I don't have that phone with her information in there,
5   so --
6   Q   Do you still have that email address?
7   A   My email address or hers?
8   Q   Access to yours.
9   A   Yeah, I still have access to my email address.
10  Q   Are you able to go look at that inbox and find
11  Shanta's last name and email address?
12  A   I've had that email for over -- I don't know
13  how long. And we're talking about four years ago with
14  the emails.
15  Q   Uh-huh.
16  A   Yeah.
17  Q   It's a Gmail account; right?
18  A   Yeah. Uh-huh. So I don't recall. I mean, I
19  don't know if it's in there or not. It probably is.
20  Q   Okay. Would you mind looking and providing
21  that information to your counsel?
22      MR. RIDINGS: Well, we -- before you
23  answer --
24      THE DEPONENT: Uh-huh.
25      MR. RIDINGS: -- we would need to -- some

```
 1   further guidance as -- I mean, that's a -- that's a
 2   very broad request.
 3           He's not -- I'm not going to let him agree to
 4   go --
 5           MR. MORRIN:  I'll object to counsel now
 6   testifying, though.  I -- I think he's required to
 7   answer the question unless you're instructing him
 8   not to answer.
 9           MR. RIDINGS:  You -- I am instructing you not
10   to answer and open a -- as to whether we will --
11   broad- -- agree to that very broad request without
12   some limitations.
13           THE DEPONENT:  I agree.  I 100 percent agree.
14           MR. RIDINGS:  So just don't answer.
15           THE DEPONENT:  Uh-huh.
16   BY MR. MORRIN:
17       Q    What reason is preventing you from -- from
18   logging into your email address and providing Shanta's
19   contact information?  Because she has some very
20   important information that we need to get access to in
21   order to get justice for my injured client.
22           MR. RIDINGS:  Objection to form; argumentative
23   and assumes facts not in evidence and misstates his
24   position as well as my position.
25                    //////////
                                                          61
```

```
 1   BY MR. MORRIN:
 2       Q    What is preventing you from getting that
 3   identifier information from your email address?
 4       A    I want to go on advice of my counsel and not
 5   answer that question.
 6       Q    But this -- but this is a different question.
 7   If he's instructing you not to answer, I'm not
 8   going to tell you to answer.  I -- I'll make a note of
 9   it, and I'll bring it in front of the judge.
10           MR. RIDINGS:  I am not telling you not to
11   answer, but I am asking that we take a break and --
12           MR. MORRIN:  I am not going to agree to a
13   break.  I want to finish my line of questioning
14   right now --
15           MR. RIDINGS:  Well --
16           MR. MORRIN:  -- unless they -- unless --
17           MR. RIDINGS:  -- he can take a break anytime
18   he wants to, Counsel.
19           MR. MORRIN:  Not -- that's fine.  But let's
20   just make a note that it -- they're taking a break.
21   You're not answering my question.  You're
22   going -- you guys are going to go take a break and
23   talk about it.
24           MR. RIDINGS:  That's correct.
25           MR. MORRIN:  Okay.  Let's take a break for
                                                          62
```

```
 1   that.
 2           MR. RIDINGS:  The record says what it says.
 3           MR. MORRIN:  As long as the record reflects
 4   that, I'm good with it.
 5           THE VIDEOGRPAHER:  Going off record at 12:27.
 6           (Off the record at 12:27 p.m.)
 7           We're going back on the record at 12:38.
 8           (On the record at 12:38 p.m.)
 9           MR. RIDINGS:  Just for the record, I want
10   to -- we had a long discussion off the record, but
11   I am retracting my direction earlier -- my earlier
12   direction of Mr. Howard to not answer a question.
13           It was only once that I did it.  I don't
14   remember what it was, but that is retracted.
15           And feel free to ask -- ask again.
16           MR. MORRIN:  Okay.  Thank you.
17   BY MR. MORRIN:
18       Q    Mr. Howard, you've had an opportunity to
19   confer with your counsel.  I'd like to pick up on that
20   last -- maybe not the last question I asked you, but the
21   subject of Shanta and her -- her contact information --
22       A    Uh-huh.
23       Q    -- because you had mentioned and -- I believe
24   you had mentioned that you had emails from her.  Is that
25   accurate?
                                                          63
```

```
 1       A    Yes.
 2       Q    Okay.  Do you know her email address?
 3       A    d_underscore_shanta@yahoo.com.
 4       Q    I'll read that back to you just to make sure
 5   I've got it.  D_shanta@yahoo.com.
 6       A    Yes, sir.
 7       Q    Okay.  And do you know Shanta's last name?
 8       A    Dixon.
 9       Q    And that's spelled --
10       A    D-i-x-o-n.
11       Q    Thank you.  Are you familiar with the Federal
12   Motor Carrier Safety Regulations?
13       A    Excuse me?
14           MR. RIDINGS:  Object to form and lack of
15   foundation.
16           But go ahead and answer.
17           MR. MORRIN:  I don't have to have foundation
18   to ask that, I don't think.
19   BY MR. MORRIN:
20       Q    But are you familiar with the Federal Motor
21   Carrier Safety Regulations?
22       A    Repeat that what you said, Motor Carrier
23   Safety Regulations?
24       Q    Uh-huh.  It's the Federal Motor Carrier Safety
25   Regulations.  Are you familiar with those?
                                                          64
```