

Rachel Gaines <rachel@morrinlawoffice.com>

## Perjury of Clarence Howard
1 message

**Robert Morrin** <morrinlaw@gmail.com>  Fri, Jun 14, 2024 at 4:32 PM
To: Rachel Gaines <rachel@morrinlawoffice.com>

Hi Jay and Marcia,

In today's deposition I was able to finally learn of the person's name and email address who served as Mr. Howard's dispatch for his route on 08/10/2020. Apparently, Shawnta Dixon was/is also part owner of Enterprise Services Group, LLC. I know you indicated you've taped letters to doors trying to reach Enterprise. Has your office made any attempt to contact Shawnta Dixon individually? What efforts have been made to reach your client, Enterprise Services Group, LLC so that their Requests for Production can be answered? This is a request that all Enterprise requests for production be answered immediately, or at least within 7 days. I will need to seek guidance from the court should such responses not be received in that timeline.

Jay, we discussed submitting a RFP regarding emails from Shanta Dixon, however, the previously submitted RFP 35 to Mr. Howard applies to the information I was requesting today and it reads: "Please produce all load-related communications made by or to Clarence M. Howard regarding the load he was transporting on 08/10/2020." Mr. Howard committed perjury with this response. This is an attempt to resolve this discovery dispute before I am forced to file a motion to compel. Please provide responsive documents and correspondences within seven (7) days of this request as the request should have been answered by Mr. Walden truthfully the first time.

Unfortunately, this issue casts significant doubt on Mr. Howard's willingness to provide truthful sworn testimony, having already perjured himself in his sworn response. This perjury has caused significant delay in obtaining the identity of relevant individuals who likely possess information which is essential to the claims of my client, Chuck Walden. The initial discovery request was sent to your office on 10/12/2023 and my client should have had the identity of the dispatcher since 11/12/2023. I am also requesting you agree to push back the discovery deadlines and other related deadlines by 7 months (the time from the false response until learning of the perjury today, 06/14/2024, during your client's deposition).

Please also provide actual responses to the following RFPs submitted to Mr. Howard for which he denies possessing, but which are clearly within his control: 22, 23, 24, 25, 26, and including the previously requested truthful response to RFP 35.

I'm a little more than frustrated by learning of this perjury, especially in light of the motions and responses you and Marcia have filed which imply dishonesty of the plaintiff and myself. I did not realize those implications were not merely cheap shots at my character but actual projections of what was occurring on your end.



**Robert A. Morrin**

Morrin Law Office
214 West Main Street
Richmond, KY 40475
859-358-0300 p
859-972-0813 f
[www.MorrinLawOffice.com](http://www.MorrinLawOffice.com)

*Learn about us!*







## Statement of Confidentiality:

**This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please notify the sender, delete the communication, and destroy any copies.**