**EXHIBIT**

**K**

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 05/26/2021 11:11:12

| BUSINESS INFORMATION | | |
|---|---|---|
| **BUSINESS NAME** | : | ENTERPRISE SERVICES GROUP, LLC |
| **CONTROL NUMBER** | : | 0113571 |
| **BUSINESS TYPE** | : | Domestic Limited Liability Company |
| **ANNUAL REGISTRATION PERIOD** | : | 2021 |

| BUSINESS INFORMATION CURRENTLY ON FILE | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 135 nakomis place, Alpharetta, GA, 30004, USA |
| **REGISTERED AGENT NAME** | : | COREY PULLIN |
| **REGISTERED OFFICE ADDRESS** | : | 135 NAKMOIS PL, ALPHARETTA, GA, 30004, USA |
| **REGISTERED OFFICE COUNTY** | : | Fulton |

| UPDATES TO ABOVE BUSINESS INFORMATION | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 135 nakomis place, Alpharetta, GA, 30004, USA |
| **REGISTERED AGENT NAME** | : | Jovir Jimenez |
| **REGISTERED OFFICE ADDRESS** | : | 135 nakomis pl, Alpharetta, GA, 30004, USA |
| **REGISTERED OFFICE COUNTY** | : | Fulton |

| AUTHORIZER INFORMATION | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Jovir Jimenez |
| **AUTHORIZER TITLE** | : | Organizer |