**EXHIBIT**

**L**

**Madison Circuit Court**

**101 West Main Street, #227**

**Richmond KY 40475**

Plaintiff _____

Respondent _____

Case Number  22-C1-345

Date _____

TIME ____ FILED ____ A.M./P.M.
AUG 17 2022
MADISON CIRCUIT COURT
DAVID FERNANDEZ, CLERK

Undersigned Circuit Court Clerk, does hereby certify that a true copy of the completed document was sent by certified mail on this date, return receipt requested attached.



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL  RICHMOND, KY

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Tot
$
Sent To  Office of the Secretary of State
Summons Branch
Street  700 Capital Ave., Suite 86
Frankfort, KY 40601
City  (22-C1-345 ENTERPRISE)

7020 0090 0000 3184 5223

AUG 17 2022 Postmark Here USPS 40475

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# MADISON CIRCUIT COURT

# 101 WEST MAIN STREET, #227

# RICHMOND KY 40475

```
TIME   FILED
       10:10   A.M./P.M.
       AUG 22 2022
MADISON CIRCUIT COURT
DAVID FERNANDEZ, CLERK
```

## RETURN RECEIPT CARD

## (GREEN CARD)

22-CI-345

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Office of the Secretary of State<br>Summons Branch<br>700 Capital Ave., Suite 86<br>Frankfort, KY 40601<br>[ 22-CI-345 ENTERPRISE SVS GRP ]<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7058 1225 4362 58 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>_Bri_<br>BRIAN HOWARD<br><br>3. Service Type                              AUG 1 ___<br>☐ Adult Signature                    ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail®                     ☐ Registered Mail Restricted<br>☒ Certified Mail Restricted Delivery    Delivery<br>☐ Collect on Delivery                ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation<br>     d Mail                                Restricted Delivery<br>     d Mail Restricted Delivery<br>     (500) |
| 2. Article Number (Transfer from service label)<br>7020  0640  0001  3184  5223 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# Madison Circuit Court

## 101 West Main Street, #227

## Richmond KY 40475

Plaintiff _____

Respondent _____

```
                                    TIME        FILED
                                    _____  _____ A.M./P.M.
                                         AUG 17 2022
                                    MADISON CIRCUIT COURT
                                    DAVID FERNANDEZ, CLERK
```

Case Number  22-CI-345

Date _____

Undersigned Circuit Court Clerk, does hereby certify that a true copy of the completed document was sent by certified mail on this date, return receipt requested attached.

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

Postage
$
Total
$

Sent To  Office of the Secretary of State
Street   Summons Branch
         700 Capital Ave., Suite 86
City     Frankfort, KY 40601
         22-CI-345  JAVIR JIMENEZ

Postmark: AUG 17 2022  USPS - 40475

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking: 7202 0490 0001 3184 5216

# MADISON CIRCUIT COURT

# 101 WEST MAIN STREET, #227

# RICHMOND KY 40475

```
TIME  FILED  10:10  A.M./P.M.
AUG 22 2022
MADISON CIRCUIT COURT
DAVID FERNANDEZ, CLERK
```

# RETURN RECEIPT CARD

# (GREEN CARD)

22-CI-345

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the Secretary of State
   Summons Branch
   700 Capital Ave., Suite 86
   Frankfort, KY 40601
   (22-CI-345 JOVIR JIMINEZ)

   9590 9402 7058 1225 4362 89

2. Article Number (Transfer from service label)

   7020 0640 0001 3184 5216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   BRIAN HOWARD                   AUG 19 2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...all
   ☐ ...all Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt