

**EXHIBIT M**

## WALDEN, CHARLES L VS. ENTERPRISE SERVICES GROUP, LLC ET AL

**MADISON CIRCUIT COURT**
Filed on **08/10/2022** as **AUTOMOBILE** with **HON. COLE A. MAIER**
Disposition on **09/23/2022** of **OTHER** by **HON. COLE A. MAIER**
**** NOT AN OFFICIAL COURT RECORD ****

**Kentucky Court of Justice**
**22-CI-00345**

### Case Memo — 22-CI-00345
AUTOMOBILE;;;;;;;; REMOVED TO FEDERAL COURT ;

### Parties — 22-CI-00345

**ENTERPRISE SERVICES GROUP, LLC** as **DEFENDANT / RESPONDENT**

*Memo*
Registered Agent of Service exists. Alternative Service Address exists.

*Summons*
**CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS**
RETURN CARD RECEIVED, NO SIGNATURE CONFIRMATION

**HOWARD, CLARENCE M** as **DEFENDANT / RESPONDENT**

*Memo*
Alternative Service Address exists.

*Address*
320 FAIRBURN ROAD SW
ATLANTA GA 30331

*Summons*
**CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
RETURNED UNSERVED TO SOS BY USPS, NOTE FROM USPS INSUFFICIENT ADDRESS, RTS, UTF

**KLINE, VINCE** as **DEFENDANT / RESPONDENT**

*Address*
P.O. BOX 31361
OMAHA NE 68131

*Summons*
**CIVIL SUMMONS** issued on **08/10/2022** served / recalled on **09/07/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
RETURN RECIEPT UNDATED, SIGNED BY EDWARD SEIFERT

**NATIONAL IDEMNITY GROUP OF INSURANCE CO** as **DEFENDANT / RESPONDENT**

*Memo*
Registered Agent of Service exists.

*Summons*
**CIVIL SUMMONS** issued on **08/10/2022** served / recalled on **08/29/2022** by way of **LONG ARM STATUTE - SOS**
SIGNED BY KIMBERLY WHITE

**PROGRESSIVE CASUALTY INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

*Memo*
Registered Agent of Service exists.

*Summons*
**CIVIL SUMMONS** issued on **08/10/2022** served / recalled on **08/17/2022** by way of **CERTIFIED MAIL**
9236090194038386047567;Successful

**WALDEN, CHARLES L** as **PLAINTIFF / PETITIONER**
**BARFIELD, MINDY G** as **ATTORNEY FOR DEFENDANT**

**Address**
DINSMORE & SHOHL, LLP
100 WEST MAIN STREET, SUITE 900
LEXINGTON KY 40507

**MORRIN, ROBERT ANDREW** as **ATTORNEY FOR PLAINTIFF**

**Address**
214 WEST MAIN STREET
RICHMOND KY 40475

**RIDINGS, MARCIA MILBY** as **ATTORNEY FOR DEFENDANT**

**Address**
HAMM, MILBY & RIDINGS PLLC
120 N. MAIN ST
LONDON KY 40741

**THORNTON, GREGG** as **ATTORNEY FOR DEFENDANT**

**Address**
WARD, HOCKER & THORNTON, PLLC
333 W. VINE STREET, SUITE 1100
LEXINGTON KY 40509

**THORNTON, GREGG** as **ATTORNEY FOR DEFENDANT**

**Address**
WARD, HOCKER & THORNTON, PLLC
333 W. VINE STREET, SUITE 1100
LEXINGTON KY 40509

**CT CORPORATION SYSTEM** as **REGISTERED AGENT OF SERVICE**

**Memo**
Related party is PROGRESSIVE CASUALTY INSURANCE COMPANY

**Address**
306 WEST MAIN STREET
SUITE 512
FRANKFORT KY 40601

**ENTERPRISE SERVICES GROUP, LLC** as **ALTERNATIVE SERVICE ADDRESS**

**Address**
255 SW WALKER STREET
ATLANTA GA 30313

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS**
*RETURNED UNSERVED FROM USPS VIA SOS, "NOT DELIVERABLE AS ADDRESSED, UTF"*

**HOWARD, CLARENCE M** as **ALTERNATIVE SERVICE ADDRESS**

**Address**
2350 COBB PKWY SE
APT 19K
SMYRNA GA 30080

**Summons**
**CIVIL SUMMONS** issued on **08/10/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*RTS 11/28/2022 ATTEMPTED- NOT KNO WN*

**JIMENEZ, JOVIR** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is ENTERPRISE SERVICES GROUP, LLC

**Address**
135 NAKOMIS PLACE
ALPHARETTA GA 30004

**MEHTA, RAJ R** as **REGISTERED AGENT OF SERVICE**

**Memo**
Related party is NATIONAL IDEMNITY GROUP OF INSURANCE CO

**Address**
1314 DOUGLAS STREET
SUITE 1400
OMAHA NE 68102

**Documents**                                                                 22-CI-00345

**COMPLAINT / PETITION** filed on **08/10/2022**

**CERTIFICATE OF MAILING** filed on **08/17/2022**
*70200640000131845223CM TO SOS FO R ENTERPRISE*

**CERTIFICATE OF MAILING** filed on **08/17/2022**
*70200640000131845230CM TO SOS FO R VINCE KLINE*

**CERTIFICATE OF MAILING** filed on **08/17/2022**
*70200640000131845254CM TO SOS FO R HOWARD*

**CERTIFICATE OF MAILING** filed on **08/17/2022**
*70200640000131845247CM TO SOS FO R HOWARD ASA*

**CERTIFICATE OF MAILING** filed on **08/17/2022**
*70200640000131845216CM TO SOS FO R JOVIR JIMENEZ*

**CERTIFICATE OF MAILING** filed on **08/17/2022**
*70200640000131845209CM TO SOS FO R MEHTA*

**RETURN OF SERVICE** filed on **08/22/2022**
*7020 0640 0001 3184 5261SOS RECI EVED 08/19/22 FOR KY PARTNERS LLC*

**RETURN OF SERVICE** filed on **08/22/2022**
*7020 0640 0001 3184 5223SOS RECI EVED ON 08/19/22ENTERPRISE SERVI CE CORP*

**RETURN OF SERVICE** filed on **08/22/2022**
*7020 0640 0001 3184 5216SOS RECI EVED 08/19/22JOVIR JIMINEZ*

**RETURN OF SERVICE** filed on **08/22/2022**
*7020 0640 0001 3184 5254SOS RECI EVED 08/19/22HOWARD*

**RETURN OF SERVICE** filed on **08/22/2022**
*7020 0640 0001 3184 5209SOS RECI EVED 08/19/22MEHTA*

**RETURN OF SERVICE** filed on **08/22/2022**
*7020 0640 0001 3184 5230SOS RECI EVED 08/19/22VINCE KLINE*

**NOTICE OF COMPLIANCE** filed on **08/25/2022**

**ANSWER AND CROSSCLAIM** filed on **09/09/2022**

**NOTICE OF SERVICE** filed on **09/09/2022**

**ANSWER** filed on **09/12/2022**

**NOTICE OF SERVICE** filed on **09/13/2022**

**NOTICE OF REMOVAL** filed on **09/22/2022**

**Images**                                                                    22-CI-00345

**COMPLAINT / PETITION** filed on **08/10/2022**   Page(s): 11

**SUMMONS** filed on **08/10/2022**   Page(s): 1

**SUMMONS** filed on **08/10/2022**   Page(s): 1

**SUMMONS** filed on **08/10/2022**   *Page(s): 1*

**SUMMONS** filed on **08/10/2022**   *Page(s): 1*

**SUMMONS** filed on **08/10/2022**   *Page(s): 1*

**SUMMONS** filed on **08/10/2022**   *Page(s): 1*

**SUMMONS** filed on **08/10/2022**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **08/10/2022**   *Page(s): 1*

**RECEIPT** filed on **08/12/2022**   *Page(s): 0*

**SUMMONS - RETURN OF SERVICE** filed on **08/22/2022**   *Page(s): 1*

**NOTICE - OTHER** filed on **08/25/2022**   *Page(s): 1*

**ANSWER AND CROSSCLAIM** filed on **09/09/2022**   *Page(s): 6*

**NOTICE - OTHER** filed on **09/09/2022**   *Page(s): 2*

**ANSWER** filed on **09/12/2022**   *Page(s): 11*

**NOTICE - OTHER** filed on **09/13/2022**   *Page(s): 2*

**NOTICE OF REMOVAL** filed on **09/22/2022**   *Page(s): 2*

\*\*\*\* End of Case Number : 22-CI-00345 \*\*\*\*