Control Number : 0113571



# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF REINSTATEMENT

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**ENTERPRISE SERVICES GROUP, LLC**
a Domestic Limited Liability Company

was formed on 02/27/2001, and later administratively dissolved on 10/28/2022. Said entity has filed an application for reinstatement and has paid all fees and penalties due to the Secretary of State. Attached hereto is a true and correct copy of said application.

WHEREFORE, said entity is hereby reinstated as of 02/08/2024, having met the requirements for reinstatement under Title 14 of the Official Code of Georgia Annotated. The reinstatement shall relate back to and take effect as of the date of the administrative dissolution and the entity may resume its business as if the administrative dissolution had never occurred.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **02/16/2024**.



Brad Raffensperger
Secretary of State

# STATE OF GEORGIA

## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Application for Reinstatement**                             *Electronically Filed*
                                                              Secretary of State
                                                              Filing Date: 2/8/2024 4:41:13 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : ENTERPRISE SERVICES GROUP, LLC |
| **CONTROL NUMBER** | : 0113571 |
| **BUSINESS TYPE** | : Domestic Limited Liability Company |
| **ADMININSTRATIVE DISSOLUTION DATE** | : 10/28/2022 |

Ground(s) for the administrative dissolution either did not exist or have been eliminated. All taxes owed by the entity have been paid.

## ADDRESS AND REGISTERED AGENT AT TIME OF ADMINISTRATIVE DISSOLUTION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 135 nakomis place, Alpharetta, GA, 30004, USA |
| **REGISTERED AGENT NAME** | : Jovir Jimenez |
| **REGISTERED OFFICE ADDRESS** | : 135 nakomis pl, Alpharetta, GA, 30004, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

## UPDATES TO ADDRESS AND REGISTERED AGENT

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 7108 Jefferson Cir N, Chamblee, GA, 30341, USA |
| **REGISTERED AGENT NAME** | : Jovir Jimenez |
| **REGISTERED OFFICE ADDRESS** | : 7108 Jefferson Cir N, Chamblee, GA, 30341, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Jovir jimenez |
| **AUTHORIZER TITLE** | : Registered Agent |