**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |
| | |
| Defendants | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

**PROPOSED ORDER GRANTING MOTION TO EXTEND ALL SCHEDULING ORDER DEADLINES, COMPEL DISCOVERY PARTICIPATION, AND RESCHEDULE TRIAL**
\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Motion to Extend All Scheduling Order Deadlines, Compel Discovery Participation, and Reschedule Trial having been made by counsel for Plaintiff, Charles Walden, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion is hereby GRANTED.

This the _____ day of _____, 2024.

_____
JUDGE, US DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION

Prepared by:

 /s/*Robert A. Morrin*_____
Hon. Robert A. Morrin
MORRIN LAW OFFICE