UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN,                                                                              PLAINTIFF,

V.                                               **ORDER**

ENTERPRISE SERVICES GROUP, LLC,                                        DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff Charles L. Walden's emergency motion for an extension of time. [R. 177]. Walden requests an extension of the existing deadlines by an additional seven months, or in the alternative, requests that this Court enter Default Judgment against Defendant Enterprise Services Group. [*Id.*]. This Court having been sufficiently advised,

IT IS ORDERED that this matter shall come before the Court for a hearing on **Friday, August 2, 2024, at 10:00 A.M.,** in the United States District Courthouse in **Frankfort**, Kentucky.

Signed July 30, 2024.



Signed By:
Edward B. Atkins
United States Magistrate Judge