UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC | ) | |
| CLARENCE M. HOWARD, AND | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| VINCE KLINE, AND PROGRESSIVE | ) | |
| CASUALTY INSURANCE COMPANY | ) | |
| | | |
| Defendants | | |

**\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S NOTICE OF UNAVAILABILITY
AND LEAVE TO ATTEND HEARING VIA ZOOM,
OR MOTION TO RESCHEDULE**
**\*\*\*\*\*\*\*\*\*\***

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that Plaintiff's counsel and his office staff will be out of the state on August 2, 2024. Plaintiff's counsel is unable to attend the hearing scheduled today by Order R. 178 for August 2, 2024 in person, as he is leaving on August 1st and returning to Kentucky on August 5th. Thus, Plaintiff respectfully requests that his counsel be granted leave to attend the August 2, 2024 hearing via Zoom or other video conferencing technology.

In the alternative, Plaintiff respectfully requests that this hearing be rescheduled to August 6, 2024 or later so his counsel may attend in person.

1

Respectfully Submitted,

MORRIN LAW OFFICE

  /s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

* * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2024, a true and correct copy of the foregoing was

filed through the Court's eFiling system, which serves a copy on all counsel of record.


  */s/ Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*

2