UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |

Defendants

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF SERVICE OF
SUPPLEMENTAL RULE 26 EXPERT DISCLOSURE**

\*\*\*\*\*\*\*\*\*\*

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, pursuant to Fed. R. Civ. P. 26(a)(2) to provide the following as his Supplemental Expert Disclosure.

Plaintiff supplements his Initial Rule 26 Expert Disclosure [R. 97] with the updated Medical Cost Projection by Rebecca Clay, RN, MSCC, CLCP, LNCC, attached hereto.

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/*Robert A. Morrin*
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

    /s/*Robert A. Morrin*
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*