

07/30/2024

Rob Morrin, Esq.
214 W Main St, Richmond
Richmond, KY 40475

**Re: Medical Cost Projection for Mr. Charles Walden**

Dear Mr. Morrin:

Thank you for referring this matter to Synergy. Pursuant to your request, we have prepared a Medical Cost Projection (MCP) for Mr. Charles Walden. The MCP projects future injury-related medical treatment for the following documented conditions that have been alleged as part of Walden's personal injury claim:

| ICD-10 DIAGNOSIS RELATED TO THIS CLAIM ||
|---|---|
| R2689 | Gait and mobility abnormality |
| M9904 | Segmental and somatic dysfunction sacral region |
| S060X0A | Concussion |
| M25551 | Right hip pain |
| S329XXA | Right acetabulum fracture/dislocation |
| M9902 | Segmental and somatic dysfunction thoracic region |
| R102 | Pelvic pain |
| R519 | Headache |
| R4182 | Mental Status Change |
| M9903 | Segmental and somatic dysfunction lumbar region |
| M545 | Low back pain |
| M461 | Sacroiliitis |
| S062 | Traumatic Brain Injury |
| S20219A | Bruised ribs |
| R531 | Weakness |
| M5481 | Bilateral occipital neuralgia |

The projections are based on a review of the medical records that you provided, standard of care guidelines and the completed intake form. The services are priced at the usual and customary charges for services in the geographical area where Mr. Charles Walden resides. The drug projections reflect the internet price for the drugs.

We appreciate the opportunity to serve you and your client. Thank you for entrusting Synergy to prepare the Medical Cost Projection for this matter.

Corporate Headquarters
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022

# synergy.

If you have any questions or need anything else, please let us know.

Sincerely,

*Rasa Fumagalli*

Rasa Fumagalli, JD, MSCC, CMSP-F
Director of MSP Compliance

Enclosures (1)

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814  |  SynergySettlements.com  |  (877) 242-0022

Page **2** of **8**



07/30/2024

Rob Morrin, Esq.
214 W Main St, Richmond
Richmond, KY 40475

Via email only: morrinlaw@gmail.com

This case was referred for preparation of Medical Cost Projection to identify the current and future medical and durable medical equipment needs with replacement schedules for **Mr. Charles Walden** related to the injuries sustained on 08/10/2020.

| MEDICAL COST PROJECTION |||
|---|---|---|
| Injured Party: Mr. Charles Walden |||
| DOB: 05/27/1992 | Actual Age: 32<br>Rated Age: 32<br>Life Expectancy: 46 | Date of Injury: 08/10/2020 |
| SS#: XXX-XX-XXXX | Claim#: Not Provided | Jurisdiction: Kentucky |

| FUTURE MEDICAL EXPENSES ||
|---|---|
| Future Medical Items or Services: | $932,641.21 |
| Future Surgical Items or Procedures: | $190,756.00 |
| Future Prescription Medications: | $23,708.28 |
| TOTAL ANTICIPATED FUTURE MEDICAL EXPENSES: | $1,147,105.49 |

| MEDICAL REVIEW/DOCUMENT REVIEW NARRATIVE |
|---|

**Description of Injury:**
On 8/10/2020, Mr. Walden was involved in a motor vehicle accident where he suffered injuries, including a right acetabulum fracture, bruised ribs, a traumatic brain injury, and back pain. He underwent an ORIF of his right hip on 8/12/2020.

| UNRELATED CO-MORBIDITIES/CONDITIONS |
|---|
| Mild tetrahydrocannabinol use/abuse |
| Former smoker |
| Seizures 2014 |
| Opioid abuse, in remission |
| Sexually Transmitted Disease |
| Parkinsonism |
| History of tracheostomy 2012 |
| Question of MVA in 2022 |
| Methamphetamine use disorder, severe, dependence |

Corporate Headquarters
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814 | SynergySettlements.com | (877) 242-0022



| |
|---|
| 2012 hit by a car |
| Memory loss |
| Chronic left hip pain 2/10/2023 Baptist Health (UK Health) |
| Left hand injury 2022 |
| Unspecified brain surgery 2012 |
| Hepatitis C virus infection with hepatic coma |
| Cannabis use disorder, severe |
| History of substance abuse, recent rehab 10/2023 |
| Gastrointestinal hemorrhage associated with anorectal source |
| TBI 2012 10/2023 Baptist Health |
| Total right hip arthroplasty 2012 |
| Vision loss |
| Anxiety d/t MVA 2011 |
| 2011 injury disability due to brain and hip injury (Dr. Changaris 6/2024) |
| Abdominal trauma |
| Neurodegenerative disease requiring full time supervision within 10 years per Dr. Changaris 6/2024 (causality not indicated) |

| ICD-10 DIAGNOSIS RELATED TO THIS CLAIM | |
|---|---|
| R2689 | Gait and mobility abnormality |
| M9904 | Segmental and somatic dysfunction sacral region |
| S060X0A | Concussion |
| M25551 | Right hip pain |
| S329XXA | Right acetabulum fracture/dislocation |
| M9902 | Segmental and somatic dysfunction thoracic region |
| R102 | Pelvic pain |
| R519 | Headache |
| R4182 | Mental Status Change |
| M9903 | Segmental and somatic dysfunction lumbar region |
| M545 | Low back pain |
| M461 | Sacroiliitis |
| S062 | Traumatic Brain Injury |
| S20219A | Bruised ribs |
| R531 | Weakness |
| M5481 | Bilateral occipital neuralgia |

**Life Expectancy:**

Mr. Charles Walden is 32 years old. This is the age used in the development of this report. A life expectancy was obtained from the National Vital Statistics Report Volume 72, Number 12, November 7, 2023. Table 1 for the total population: United States, 2021. A 32 year old would be anticipated to live another 46 years.

Corporate Headquarters
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022

# synergy.

| MEDICAL TREATMENT | | | | | | |
|---|---|---|---|---|---|---|
| Service Description | CPT Code | Service Frequency | Occurring Every X Years | Over Total # of Years | Price Per Service Frequency | Total |
| Physician Visits | | | | | | |
| **PCP** <br> *Standards of care* | 99214 | 12 | 1 | 46 | $414.73 | $228,930.96 |
| **Neurologist** <br> *Standards of care-Concussion/TBI every 3 months per Neurologist* | 99214 | 4 | 1 | 46 | $414.73 | $76,310.32 |
| **Chiropractor** <br> *Trend in treatment-Exacerbation of pain* | 98941 | 12 | 1 | 46 | $238.96 | $131,905.92 |
| **Orthopedic surgeon** <br> *Trend in treatment-Hip, Low back, follow up as needed* | 99214 | 4 | 1 | 46 | $414.73 | $76,310.32 |
| **Physician Visits Sub-Total** | | | | | | **$513,457.52** |
| | | | | | | |
| Diagnostics | | | | | | |
| **Lumbar MRI** <br> *Standards of care* | 72158 | 9 | 46 | 48 | $1,812.36 | $16,311.24 |
| **Head CT scan** <br> *Standards of care* | 70450 | 15 | 46 | 46 | $605.91 | $9,088.65 |
| **Hip x-rays** <br> *Standards of care* | 73503 | 1 | 1 | 46 | $319.40 | $14,692.40 |
| **Lumbar x-rays** <br> *Standards of care* | 72110 | 15 | 46 | 46 | $277.01 | $4,155.14 |
| **Hip MRI** <br> *Standards of care* | 73723 | 9 | 46 | 46 | $2,184.51 | $19,660.59 |
| **Diagnostics Sub-Total** | | | | | | **$63,908.02** |
| | | | | | | |
| Rehabilitation & Therapy | | | | | | |
| **Physical therapy** <br> *Standards of care-Postoperative hip revisions (48 per revision)* | 97110 | 192 | 46 | 46 | $331.35 | $63,619.20 |
| **Inpatient rehab stay** <br> *Standards of care-postoperative x4 (10 days each revision)* | All inclusive | 40 | 46 | 46 | $3,500.00 | $140,000.00 |
| **Physical therapy** | 97110 | 96 | 46 | 46 | $331.35 | $31,809.60 |

Corporate Headquarters
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022

# synergy.

| | | | | | | |
|---|---|---|---|---|---|---|
| *Standards of care-Exacerbation of pain* | | | | | | |
| **Rehabilitation & Therapy Sub-Total** | | | | | | $235,428.80 |
| | | | | | | |
| Surgery & Procedures | | | | | | |
| **Hip arthroplasty revision** *Standards of care-Every 10 years* | All inclusive | 4 | 46 | 46 | $45,700.00 | $182,800.00 |
| **SI joint injection** *Trend in treatment* | All inclusive | 6 | 46 | 46 | $1,326.00 | $7,956.00 |
| **Surgery & Procedures Sub-Total** | | | | | | $190,756.00 |
| | | | | | | |
| Durable Medical Equipment (DME) | | | | | | |
| **Shower chair** *Standards of care-Postoperative* | All inclusive | 4 | 46 | 46 | $146.09 | $584.36 |
| **Raised toilet** *Standards of care-Postoperative* | All inclusive | 4 | 46 | 46 | $74.99 | $299.95 |
| **Walker** *Standards of care-Postoperative* | E0130 | 4 | 46 | 46 | $63.99 | $255.96 |
| **Compression stockings** *Standards of care-Postoperative (3 pairs per surgery)* | All inclusive | 12 | 46 | 46 | $24.99 | $299.88 |
| **DME Sub-Total** | | | | | | $1,440.15 |
| | | | | | | |
| Laboratory | | | | | | |
| **General Health Panels** *Standards of care* | Multiple | 2 | 1 | 46 | $21.33 | $1,962.36 |
| **Urine drug screens** *Standards of care* | G0480 | 2 | 1 | 46 | $114.43 | $10,527.56 |
| **Pre-operative clearance** *Standards of care* | All inclusive | 4 | 46 | 46 | $150.00 | $600.00 |
| **Laboratory Sub-Total** | | | | | | $13,089.92 |
| | | | | | | |
| Other | | | | | | |
| **Mileage to MD visits** *Standards of care-$0.22 per mile @ 30 miles RT* | All inclusive | 20 | 1 | 46 | $6.60 | $6,072.00 |
| **Home health aide** *Standards of care-Following 10-day inpatient stay (6 weeks 24/7 = 42 days @ $21 per hour) each revision total 168 days* | All inclusive | 168 | 46 | 46 | $504.00 | $84,672.00 |

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022

Page **6** of 8



| Mileage discretionary<br>*Standards of care-$0.22 per mile @ 30 miles R* | All inclusive | 48 | 1 | 46 | $6.60 | $14,572.80 |
|---|---|---|---|---|---|---|
| **Other Sub-Total** | | | | | | **$105,316.80** |

| MEDICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| **Drug Name & Dosage** | **NDC** | **Amount per Month** | **Months per year** | **Total # of Years** | **Price per Unit** | **Total** |
| **Hydrocodone/APAP (#40 postoperative pain X4)**<br>*10/325 mg* | GoodRX | 4 | 1 | 1 | $45.12 | $180.48 |
| **Methocarbamol (#90 per month)**<br>*500 mg* | GoodRX | 1 | 12 | 46 | $17.29 | $9,544.08 |
| **Enoxaparin (postoperative X4 for 12 days**<br>*30 mg /0.3 ml* | GoodRX | 4 | 1 | 1 | $189.45 | $757.80 |
| **Magnesium (1 bottle per month)**<br>*400 mg* | Retail | 1 | 12 | 46 | $12.97 | $7,159.44 |
| **Ibuprofen OTC (1 bottle per month)**<br>*200 mg* | Retail | 1 | 12 | 46 | $10.99 | $6,066.48 |
| **Medications Sub-Total** | | | | | | **$23,708.28** |
| **Total Anticipated Future Medical Expenses** | | | | | | **$1,147,105.49** |

*The calculation of future medical care is based on the usual and customary rates for the area in which Mr. Charles Walden resides (Zip code: 40475). Calculations for future medications are based on available internet pricing. It is important to note that there is no way to predict future care needs with 100% certainty. No consideration has been given to inflationary costs with regard to our proposed Medical Cost Projection amount.* **Medata Lookup prices at 90% reasonable value/ a statistically valid figure in which at least 90 percent of the provider charges are the listed amount or less. / Fair Health Consumer database.**

| DOCUMENTS REVIEWED FOR THIS REPORT |
|---|
| Baptist Primary Health Care |
| Saint Joseph Berea |
| Results Physiotherapy |
| KY Orthopedics |
| Dr. David Changaris, Neurosurgeon |
| Baptist Health Behavioral Health |
| UK Healthcare |
| Complaint |
| Livewell Chiropractic |
| Synergy Settlements Intake |
| Madison County EMS |
| Kroger Pharmacy |
| Isaiah House |

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022

# synergy.

Report prepared by Rebecca Clay, RN, MSCC, CLCP, LNCC, CMSP, with Synergy Settlement Services. For questions regarding this report, please contact Rebecca Clay at Rclay@synergysettlements.com

Quality Assurance Performed by Rasa Fumagalli, JD, MSCC, CMSP-F, Director of MSP Compliance, Synergy Settlement Services.

Page **8** of **8**

**Corporate Headquarters**
2420 S. Lakemont Avenue, Suite 160, Orlando, FL 32814   |   SynergySettlements.com   |   (877) 242-0022