UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN,     PLAINTIFF,

V.     **ORDER**

ENTERPRISE SERVICES GROUP, LLC, *et al.*,     DEFENDANTS.

The Plaintiff, Charles L. Walden, filed an emergency motion seeking relief, including an order compelling the Defendants to provide certain discovery. [R. 177]. Consequently, the Court scheduled the matter for a hearing on Friday, August 2, 2024. [R. 178]. Now, Walden's counsel has filed notice that he is unavailable to attend the hearing. He further requests that the emergency hearing be rescheduled. [R. 179]. The Court having reviewed the documents filed in support of the plaintiff's motion, and being advised,

IT IS ORDERED as follows:

1. Plaintiff's motion to reschedule, [R. 179], is **GRANTED** to the extent that the hearing scheduled for Friday, August 2, 2024, at 10:00 A.M. is **CANCELLED.**

2. Defendants shall file any response to Walden's Emergency Motion, [R. 177], by the close of business on **Friday, August 2, 2024**.

3. The matter shall stand submitted on the record for a ruling.

Signed July 30, 2024.



Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**