UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC | ) | |
| CLARENCE M. HOWARD, AND | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| VINCE KLINE, AND PROGRESSIVE | ) | |
| CASUALTY INSURANCE COMPANY | ) | |
| | | |
| Defendants | | |

**********

**PLAINTIFF'S NOTICE OF SERVICE OF
SUPPLEMENTAL RULE 26 EXPERT DISCLOSURE BY DR. DAVID CHANGARIS**
**********

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, pursuant to

Fed. R. Civ. P. 26(a)(2) to provide the following as his Supplemental Expert Disclosure.

Plaintiff supplements his Initial Rule 26 Expert Disclosure [R. 97] with the "Office Note

and Report" and "07/30/2024 Report" by Dr. David Changaris, M.D., attached hereto.

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/*Robert A. Morrin*
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2024, a true and correct copy of the foregoing was filed through the Court's eFiling system, which serves a copy on all counsel of record.

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*