# David G. Changaris, MD

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
Board Certified in Neurological Surgery
801 Barret Avenue, Suite 103 • Louisville, Kentucky 40204
Tel (502) 584-6852 • Fax (502) 584-8379

July 30, 2024

Robert A. Morrin, Esq.
Morin Law
214 W Main St
Richmond, KY 40475

Re: Charles Walden

Dear Mr. Morin:

I have had the opportunity to review Mr. Walden's provided medical records from his 2012 accident. And his deposition from earlier this year. And I have reviewed the opinions of Dr. Kriss.

In specific, these do not change my opinions rendered in the office note of 6 11 24 attached.

Mr. Walden has been injured in this 8 20 2020 accident. These injuries have accelerated the onset of neurodegenerative disease. He faces diminishing capacity over the next 5 years that will require daytime support. In 10 years, full nursing home support.[1] The accident of 8 20 2020 has brought this diminishing capacity into disabling reality. This is offered within reasonable medical probability.

I am aware that Mr. Walden has a complex history surrounding drug addiction. And to a reasonable degree of medical certainty this was in part in response to the accident of 2012. Mr. Walden has reported to me that after this accident he used drugs to control his increasing anxiety. The drug of choice recorded was cocaine. He was resuscitated twice, due to heroin. Neither are expected to alter the VideoNystagmogram per se.[2] We have limited data on other drugs of abuse.

---

[1] David C. Perry et al., *Association of Traumatic Brain Injury with Subsequent Neurological and Psychiatric Disease: A Meta-Analysis*, 124 J. NEUROSURG. 511 (2016).
[2] J. L. Demer et al., *Eye Movements in Cocaine Abusers*, 29 PSYCHIATRY RES. 123 (1989).

Thomas Pittman, MD Professor Neurological Surgery U of Kentucky Chandler Medical Center cared for Mr. Waldin through his 2012 trauma. The records show he was a pedestrian struck by a motor vehicle. The records report an "EMV" of "3" prior to his intubation. The chart records his Glascow Coma Scale as 1 4T 1.[3] Mr. Walden was intubated and treated for his intracranial hypertension.

In the additional records provided from his 2012 accident, the dates appear to range from July 6, 2012, through September 21, 2020.

Mr. Walden was involved in a 2017 motor vehicle accident with a fracture of his collar bone and concussion.

Mr. Walden sustained three accidents in which he injured his brain with all expected sequelae. He is under the supervision of his mother, and he has seizures, onset after this 2012 accident. He cannot work. And seizures are in the background.

Mr. Walden is not a fully reliable historian. Each of my opinions seeks to delineate conditions and future impairment likely to happen to anyone with a similar traumatic history. That he is a recovering drug addict makes it more important that his medical impairments with respect to his diminishing capacity be recognized and treated. With support he is far less likely to return to addictive behaviors.

The general review of Mr. Walden's clinical course includes a clear understanding that his medical condition is under litigation for compensation. The role of the expert witness and treating physician have been defined and incorporated in KRS statues. Specifically, taking on the role of the medical expert witness assumes the role of reporting a balanced opinion, even those not supporting the perspective of those hiring the expert. This contrasts with the general expert witness who is given wide latitude to express opinions that are demonstrably false. The jury becomes the "finder of fact" and there are no legal consequences for rendering false or misleading opinions.

---

[3] D. G. Changaris et al., *Correlation of Cerebral Perfusion Pressure and Glasgow Coma Scale to Outcome*, 27 J. TRAUMA 1007 (1987).

Dr. Timothy C. Kriss, a retired neurosurgeon renders his opinions without scientific support, the term I understand is "*ipse dixit.*" I have attached 2 additional opinions by Dr. Kriss[4] which carry a similar litany of adversarial unsubstantiated opinions. He does randomly quote or cite papers with limited analytic components. The citations are not peer-reviewed and current.

This legal term "*ipse dixit*" means rendering opinions without medical scientific support. Dr. Kriss appended his opinions with a downloaded printout from Cleveland Clinic.

The information from the Cleveland Clinic references only peripheral or middle ear disorders. The VNG has well documented utility for documenting central or brain disorders. Some ENT divisions do not do the full battery of standard VNG testing. The VNG comprises 20 specific tests. Twelve are for vertigo of peripheral origin or middle ear; eight are for vertigo of central origin.[5]

Since Dr. Kriss has failed to provide the full picture of the utility of the VNG more than once in legal settings, from my perspective he has failed to provide a balanced expert testimony. The scientific literature is extensive. Dr. Kriss knows or should know that presenting only vertigo of peripheral origin and not even mentioning vertigo of central origin is deceptive and clear evidence that he has failed to specifically in his ethical obligation as well as legal obligations. The AMA code of medical ethics was incorporated into the KRS statutes in 1995.

I have also attached two additional Dr. Kriss' Independent medical examinations. He renders opinions that fly in the face of accepted medical facts. With respect to brain injury he knows or should know that he fails to provide a complete expert opinion when he presents clinical conditions as essential to the diagnosis of brain injury that have not been accepted by the American Association of Neurological Surgeons (AANS) or The US DOD.

From the AANS website:

---

[4] Asiago and Bailey.
[5] Walter Russell Brain, *Vertigo of Central Origin*, 55 PROC. R. SOC. MED. 361 (1962); Davide Frattini, Niklas Rosén & Tobias Wibble, *A Proposed Mechanism for Visual Vertigo: Post-Concussion Patients Have Higher Gain From Visual Input Into Subcortical Gaze Stabilization*, 65 INVEST. OPHTHALMOL. VIS. SCI. 26 (2024); David Solomon, *DISTINGUISHING AND TREATING CAUSES OF CENTRAL VERTIGO*, 33 OTOLARYNGOL. CLIN. NORTH AM. 579 (2000); Timothy L. Thompson & Ronald Amedee, *Vertigo: A Review of Common Peripheral and Central Vestibular Disorders*, 9 OCHSNER J. 20 (2009).

A concussion is an injury to the brain that results in temporary loss of normal brain function. Medically, it is defined as a clinical syndrome characterized by immediate and transient alteration in brain function, including alteration of mental status or level of consciousness, which results from mechanical force or trauma.

**Causes**

Concussions can be caused by direct trauma to the head, such as from falling, getting hit or being in an accident. They can also occur because of rapid acceleration-deceleration of the head, such as in whiplash injuries or blast injuries, like in a war zone. Many people assume that concussions involve passing out or a loss of consciousness, but this is not true. In many cases, people with a concussion never lose consciousness. In several cases, external signs of head trauma, such as bleeding, may also be absent.

Concussion - https://www.aans.org/patients/conditions-treatments/concussion/#:~:text=A%20concussion%20is%20an%20injury%20to%20the%20brain,consciousness%2C%20that%20results%20from%20mechanical%20force%20or%20trauma.AANS

The above is the current website for the American Association of Neurological Surgeons. Dr. Kriss's opinions conflict with this web site. He persistently fails to recognize unconsciousness is not a part of mild traumatic brain injury. Here are the definitions offered by the US Department of Defense."

DoD/VA CODE PROPOSAL                               2
FINAL—508 COMPLIANT

It is recognized that the symptoms associated with post traumatic stress disorder (PTSD) may overlap with symptoms of mild traumatic brain injury. Differential diagnosis of brain injury and PTSD is required for accurate diagnosis and treatment.

**SEVERITY OF BRAIN INJURY STRATIFICATION**

| Mild | Moderate | Severe |
|---|---|---|
| Normal structural imaging | Normal or abnormal structural imaging | Normal or abnormal structural imaging |
| LOC = 0-30 min | LOC >30 min and < 24 hours | LOC > 24 hrs |
| AOC = a moment up to 24 hrs | AOC >24 hours. Severity based on other criteria | |
| PTA = 0-1 day | PTA >1 and <7 days | PTA > 7 days |
| GCS=13-15 | GCS=9-12 | GCS=3-8 |

AOC – Alteration of consciousness/mental state
LOC – Loss of consciousness
PTA – Post-traumatic amnesia
GCS=Glasgow Coma Scale

Page 4 of 7

This summary states clearly that "mild" brain injury may have normal structural imaging, "0" Loss of consciousness, and a Glascow Coma Scale of 15.

Dr. Kriss writes in this opinion on Mr. Walden.

> "On the basis of the documented
>
>> Absence of any loss of consciousness.
>> Absence of any alteration in consciousness.
>> Normal Glasgow Coma Scale.
>> Normal sequential Glasgow coma Scores.
>> Medical definition of concussion / traumatic brain injury.
>
> I concluded that Mr. Walden did not experience any concussion or traumatic brain injury on August 10, 2020."

None of these criteria listed are required to diagnose a mild traumatic brain injury. If Dr. Kriss' opinions were adopted by the sports industry, serious harm would evolve.

Mr. Walden provides a credible history that his brain does not function as well after this third accident than before this third accident. This is a clinical assessment. I suggest that it is reasonable because Mr. Walden sustained a fracture of his right hip. Clinically, he is dizzy or has vertigo that limits him. He has headaches that force him to lie down at least daily one time for an hour or two. This pattern of headache Mr. Walden reports as new. The VNG and Posturography are both abnormal. While it is likely his past traumas contribute to his abnormal VNG, the saccade level and tracking level discrepancies I frequently find in acute injuries. Many point out these findings resolve over time.[6]

The findings referenced in the VNG are sometimes normed against groups, but I many components one simple measures right sided findings vs left sided findings. Asymmetric responses provide the basis for identifying injury. The ability of the eye to chase a light measured in milliseconds, such as the saccades, renders

---

[6] Alessander Danna-Dos-Santos et al., *Long-Term Effects of Mild Traumatic Brain Injuries to Oculomotor Tracking Performances and Reaction Times to Simple Environmental Stimuli*, 8 SCI. REP. 4583 (2018).

Page 5 of 7

"obvious" abnormalities. An "average delay" by Mr. Walden of 400 milliseconds means the individual exceeds the general norm of 350 milliseconds. This is a very large pool, defined as standard deviations and general limits. Many papers have defined this as outside "average" performance. This would correlate with not seeing a ball thrown at 30 mph (44 feet/second) for 18 feet. This is not enough time to protect oneself injury. This reviewed thoroughly in the literature.[7]

Furthermore serious orthopedic injury serves as a "sentinel" injury for underlying brin injury. The Journal of the AMA Neurology:

> " Most patients with mTBI presenting to US level I trauma centers report persistent, injury-related life difficulties at 1 year post injury, suggesting the need for more systematic follow-up of patients with mTBI to provide treatments and reduce the risk of chronic problems after mTBI."[8]

This was true for those only treated for orthopedic injuries also. It would be unreasonable to believe that a substantial accident sufficient to cause hip fractures would not also cause a brain injury. It is also unreasonable to state, as Dr. Kriss has that such a pelvic fracture will not have long term problems with pain and gait difficulties. I concur with Dr. Wilson that it is more likely than not that Mr. Walden will need a subsequent hip replacement.

> Revision rates of revision hip replacements were higher in patients younger than 55 years than in older age groups. After revision of primary total hip replacement, 21·3% (95% CI 18·6–24·4) of first revisions were revised again within 15 years, 22·3% (20·3–24·4) of second revisions were revised again within 7 years, and 22·3% (18·3–27·0) of third revisions were revised again within 3 years.[9]

So much of what Dr. Kriss writes flies in the face of current medical science. It took me less than 2 minutes to find the Lancet article on hip replacements.

---

[7] *Id.*
[8] Lindsay D. Nelson et al., *Recovery After Mild Traumatic Brain Injury in Patients Presenting to US Level I Trauma Centers: A Transforming Research and Clinical Knowledge in Traumatic Brain Injury (TRACK-TBI) Study*, 76 JAMA NEUROL. 1049 (2019).
[9] Kevin Deere et al., *How Long Do Revised and Multiply Revised Hip Replacements Last? A Retrospective Observational Study of the National Joint Registry*, 4 LANCET RHEUMATOL. e468 (2022).

Dr. Kriss knows or should know that the medical record is imperfect. The best information known about a medical condition flows from a careful history and physical exam by someone skilled in the issue. I offer that Dr. Kriss has never understood and still does not understand the scientific method for clinicians. He was taught certain rules, for him this is enough to impose his opinions on conditions not even remotely related to Dr. Kriss' primary training. I routinely serve as an editor for medical journals performing this evaluation. Simply waiving the need to understand how norms for a given test does not mean you are asking for something that makes sense in every case. Much of what Dr. Kriss points to has no specific value in the context of a tool that that has been used in the FDA regulated US market and the US DOD for more than a decade. And the utility of measuring eye movement grows yearly with expanding information, unmentioned by Dr. Kriss.

Dr. Kriss' knows or should know that rendering an opinion based upon "*ipse dixit*" alone without recent or substantive evidence violates our ethical and legal obligations to opine fairly as medical witnesses. Photocopying selected sections of a limited discussion of videonystagmography does not constitute medical science support of an opinion. This is especially true when full studies show Dr. Kriss' has failed to present vital information not supporting his view that one would expect an expert to know.

Mr. Walden remains an imperfect human. For me, such imperfections do not mean you cannot get injured in a third accident. Nor does it mean that you cannot get a third brain injury. It has become routine that even in the NFL multiple concussions factor into discussions as to whether one should not play again. He has for the first time begun his clinically evidenced neurodegenerative failure. This path has no known treatment to alter its progression.

There is no doubt, based upon imperfect medical evidence and an imperfect injured patient, that Mr. Walden's life has been altered by this third accident. These opinions are offered within reasonable medical probability.

Sincerely,

David G. Changaris, MD