UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
|     Plaintiff, ) | **CASE NO. 5:22-CV-00238-KKC** |
| ) | |
| VS. ) | |
| ) | **DEFENDANTS' EMERGENCY** |
| ) | **MOTION FOR EXTENSION OF TIME** |
| ENTERPRISE SERVICES GROUP, LLC, ) | **TO FILE RESPONSE** |
| *et al.* ) | |
| ) | |
|     Defendants. ) | |
| ) | |

The Defendants, Enterprise Services Group, LLC, and Clarence M. Howard, by counsel, respectfully move for an Order extending the time to file their response to Plaintiff's Emergency Motion [R. 177]. Specifically, Defendants seek leave to file their response by the close of business on **Monday, August 5, 2024**. As grounds, Defendants state as follows:

This Court's Order [R. 181] entered on Wednesday, July 31, 2024, at 12:52 PM, set an original response deadline for the close of business on Friday, August 2, 2024. Because of pre-existing commitments on Wednesday and Friday afternoons, undersigned counsel made arrangements to prepare the response on Thursday during work hours and that evening. Initially, everything went according to plan. However, a power outage at the undersigned's residence beginning at approximately 7:47 PM and lasting until approximately 9:15 PM wreaked havoc on the aforementioned strategy. First, the power outage deprived undersigned of approximately 1 ½ hours drafting time.[1] But worst of all, the abrupt loss of electricity caused the undersigned's computer to shut down immediately. When electricity was restored the undersigned discovered

---

[1] Were this the only complication, there likely would not have been a need to file the instant motion as undersigned would have simply worked later to complete the response.

that the entirety of the response drafted on that computer was lost. More specifically, the only work that remained was the original file representing what had been completed earlier in the day at the undersigned's office. As the majority of the substantive components of the response had been completed at the undersigned's residence, approximately 80% of the response was lost.

To be sure, the undersigned has and will continue to expend his best efforts to complete the response within the original deadline. But in full candor, the odds of being able to do so successfully are marginal. Against that backdrop, undersigned respectfully seeks a brief extension of time to file Defendants' response to Plaintiff's Emergency Motion [R. 177].

WHEREFORE, for the foregoing reasons, Defendants and undersigned counsel respectfully request an Order extending the deadline to file their response to the close of business on **Monday, August 5, 2024**.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
EMAIL: jridings@hmrkylaw.com
ATTORNEYS FOR DEFENDANTS,
ENTERPRISE SERVICES GROUP, LLC AND
CLARENCE M. HOWARD

By: /s/ Jay Ridings
     JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

  /s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC, and CLARENCE M. HOWARD