UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff, ) | **CASE NO. 5: 22-CV-00238-KKC** |
| ) | |
| VS. ) | |
| ) | **[PROPOSED] ORDER** |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's emergency motion for extension of time to file their response to Plaintiff's Emergency Motion [R. 177]. The Court having reviewed Defendants' said motion, and being advised,

IT IS ORDERED as follows:

1. Defendants' motion for extension [R. 183] is GRANTED.

2. Defendants shall file any response to Walden's Emergency Motion, [R. 177], by the close of business on **Monday, August 5, 2024**.

Signed August ___, 2024.

_____
Hon. Edward B. Atkins
United States Magistrate Judge