UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-00238-KKC-EBA

CHARLES L. WALDEN,                                                                                    PLAINTIFF,

V.                                                    **ORDER**

ENTERPRISE SERVICES GROUP, LLC, *et al.,*                                           DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants motion for an extension of time to file their response to Plaintiff's Emergency Motion, [R. 177]. [R. 183]. Having considered the motion, and being fully advised,

IT IS ORDERED that the motion for an extension, [R. 183], is GRANTED. Defendants shall file their response to Plaintiff's motion no later than **close of business on Monday, August 5, 2024.**

Signed August 2, 2024.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**