

# KENTUCKIANA
## COURT REPORTERS

**CASE NO. 5:22-CV-00238-KKC**

**CHARLES L. WALDEN**

**V.**

**ENTERPRISE SERVICES GROUP, LLC, ET AL.**

**DEPONENT:**

**DAVID CHANGARIS, M.D.**

**DATE:**

**July 16, 2024**



DEFENDANT'S EXHIBIT

**A**



a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856  |  502.589.2273



www.kentuckianareporters.com

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF KENTUCKY
 3                    LEXINGTON DIVISION
 4              CASE NO. 5:22-CV-00238-KKC
 5
 6              CHARLES L. WALDEN,
 7                       Plaintiff
 8
 9                           V.
10
11    ENTERPRISE SERVICES GROUP, LLC, ET AL.,
12                       Defendants
13
...
23  DEPONENT:   DAVID CHANGARIS, M.D.
24  DATE:       JULY 16, 2024
25  REPORTER:   LILY CORNELL
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

```
 1  answered my question.  You understand that I'm here
 2  today to learn every opinion you're going to offer at
 3  the trial of this case; is that fair?
 4       A.   Yes.
 5       Q.   Will you agree that you will tell me all of
 6  those opinions?
 7       A.   To the best of my capacity at -- at this time.
 8       Q.   Okay.  And can we agree that when I refer to
 9  your report, I'm referring to the November 17, 2023,
10  report that I believe we marked as Exhibit 2?
11       A.   That -- that there are -- are you -- there are
12  two reports.
13       Q.   There are two reports?
14       A.   That I've made.
15       Q.   Okay.  I have only -- I've only received one,
16  Doctor.
17       A.   Okay.
18            MR. RIDINGS:  Rob, is there a second report
19       that was given to you that we have?
20            MR. MORRIN:  There's not a second report.
21            MR. RIDINGS:  Excuse me?
22            MR. MORRIN:  A second report?
23            MR. RIDINGS:  It's what your doctor just said.
24            THE WITNESS:  I'm pretty sure.
25            MR. RIDINGS:  And I -- and frankly, I saw one
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana Court Reporters

1     in his file.
2          MR. MORRIN:  Yeah.  He did go back to the
3     office, and then there should be a second.
4          THE WITNESS:  There should have been --
5          MR. MORRIN:  There should be a second report.
6          MR. RIDINGS:  All right.
7          MR. MORRIN:  Like an office report on that.
8          MR. RIDINGS:  And for the record, you'll agree
9     that report has not been provided to us, correct,
10    Mr. Morrin?
11         MR. MORRIN:  I do not know.  It should have
12    been provided to you.  It should have been.
13         MR. RIDINGS:  Okay.  Can you -- do you have the
14    ability to tell me when?  Because I will represent
15    that I am wholly unfamiliar with a second report.
16         MR. MORRIN:  After we received it, you should
17    have received it.
18  BY MR. RIDINGS:
19     Q.   All right.  May I see the report?
20          And what you've handed me, Doctor, is -- there
21  is a cover letter on your letterhead dated June 12,
22  2024, addressed to Robert Morrin, correct?  And it
23  states, "Attached is my office note from June 11, 2024,
24  for Mr. Charles Walden.  I have seen him again in my
25  continued evaluation of him as a treating physician."

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  right and bottom right, but no signature.  And it --
2       A.   My -- my error.
3       Q.   I'm not being critical.  I'm just trying to
4  describe it for the record.  And is there any
5  substantive information contained?
6       A.   No.
7       Q.   Okay.
8            MR. RIDINGS:  All right.  Let's go off the
9       record real quick.
10           THE REPORTER:  All right.  We are now off
11      record.
12               (OFF THE RECORD)
13           THE REPORTER:  All right.  We are back on
14      record.
15           MR. RIDINGS:  All right.  While we were off the
16      record, Dr. Changaris was kind enough to produce a
17      copy of the report that we were just referring to,
18      and which I have marked as Exhibit 4.  Is that
19      correct, the next exhibit?
20           THE REPORTER:  Yes.
21              (EXHIBIT 4 MARKED FOR IDENTIFICATION)
22 BY MR. RIDINGS:
23      Q.   Okay. And also within that report, there are
24 three handwritten pages, which, in the bottom right-hand
25 circle, I have written 1 -- or I'm sorry, bottom

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS