```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              CENTRAL DIVISION (at Lexington)


CHARLES L. WALDEN,           )
                             )
        Plaintiff,           )
                             )
                             )
v.                           ) CIVIL ACTION FILE NO.
                             ) 5:22-CV-238-KKC
                             )
ENTERPRISE SERVICE           )
GROUP, LLC, ET AL,           )
                             )
        Defendants.          )


June 14, 2024     11:00 a.m.    Atlanta, Georgia
```

This is the video and Zoom deposition of CLARENCE M. HOWARD taken at 235 Peachtree Street, Atlanta, Georgia; testimony is given before J. Robin Sawyer, Certified Court Reporter, #4882-9574-0787-9168.

Signature Waived

Janice Baker & Associates
235 Peachtree Street, North Tower, Ste 400
Atlanta, Georgia 30303
(404)969-1206



DEFENDANT'S EXHIBIT B

1

```
 1      appreciate it.
 2           MR. RIDINGS:  Oh, we will -- certainly.
 3           I was trying to speed this along.  We will go
 4      off the record next time.
 5           MR. MORRIN:  Well, if I know what's going on,
 6      I won't ever stop you from trying to speed it
 7      along.  Okay?
 8  BY MR. MORRIN:
 9      Q    Where -- let's see.
10      Mr. Howard, what did you do to prepare for today's
11  deposition?
12      A    Went to sleep good last night because I know I
13  was going to have to wake up early this morning.
14      Q    That's good.  A good night's sleep does a lot.
15      Did you do anything else to prepare?
16      A    Went to sleep.
17      Q    Anything else other than go to sleep?
18      A    (No verbal response.)
19      Q    Okay.  Did you look at any discovery responses
20  you -- you provided?
21      A    I didn't have to.
22           MR. RIDINGS:  I just -- I think the audio
23      froze up again.
24           MR. MORRIN:  Jay --
25           THE VIDEOGRAPHER:  I am afraid it's the local
```

15

```
 1      internet.
 2          MR. MORRIN:  Okay.  Jay, do you have a copy
 3      of -- can I use that original just for purposes --
 4          MR. RIDINGS:  You sure can.
 5          MR. MORRIN:  Because I don't have the
 6      signature --
 7          MR. RIDINGS:  It did not -- I guess --
 8          MR. MORRIN:  I won't -- I won't break it up.
 9      I'll give it right back to you.
10          MR. RIDINGS:  It's not stapled.
11          MR. MORRIN:  Okay.
12          MS. RIDINGS:  I can't hear.
13          MR. RIDINGS:  Can we go off the record real
14      quick?
15          MR. MORRIN:  Yeah.  Let's see if we can fix
16      that so they can hear and not just --
17          THE VIDEOGRAPHER:  Going off record at 11:27.
18          (Off the record at 11:27 a.m.)
19          We're going back on the record at 11:29.
20          (On the record at 11:29 a.m.)
21  BY MR. MORRIN:
22      Q    Mr. Howard, you indicated that you've never
23  had a commercial driver's license.
24      A    Yes, sir.
25      Q    Okay.  Is this a -- a picture of you?
```

16

```
 1  pick up the load --
 2      Q    Okay.
 3      A    -- and take it to Ohio.
 4      Q    You were on your way to Ohio?
 5      A    Yes.
 6      Q    Okay.  Did -- when you -- when you came to
 7  Atlanta, where did you pick the load up from in Atlanta?
 8      A    Well, I started off in Atlanta because that's
 9  where the company's out of, but I can't -- I can't
10  remember that.
11      Q    And you live in Atlanta?
12      A    Yes, sir.
13      Q    Okay.
14      A    Yeah, I -- yeah, I can't remember that.
15      Q    Okay.
16      A    It's been so long ago.
17      Q    Okay.  And for these jobs, would it be Shanta
18  that would call you and let you know, hey, we've got
19  a -- we've got a route we need run?
20      A    Well, everything would be emailed.  I would
21  get email confirmation where I wanted to go, if I wanted
22  to take the load or not, and confirm things through
23  email so that way they had documentation.
24      Q    Okay.  What email address did you use with
25  them?
```