**Jay Milby Ridings**

| | |
|---|---|
| **From:** | Clarence Howard ███████████████ |
| **Sent:** | Thursday, June 27, 2024 8:04 AM |
| **To:** | Jay Milby Ridings |
| **Subject:** | Fwd: GA TO OH |
| **Attachments:** | Tender-9090006178.pdf |

---------- Forwarded message ---------
From: **corey pullin** <esglogistictrucks@gmail.com>
Date: Fri, Aug 7, 2020, 12:11 PM
Subject: GA TO OH
To: <cmhoward1981989@gmail.com>

Enterprise_Howard 012145

# COVER PAGE

**ORIGINAL**

# Carrier Load Tender



**Carrier:** Enterprise Services Group, LLC (893237)
**Vendor #:** 893237
Shanta Dixon
4043967788
esglogistictrucks@gmail.com

**MT Reference #:** 9090006178

**Tender:** 08/07/2020 10:53

## Sent by:

Mode Transportation
Phone: 773-999-5501
Fax:
Sent by: Brandon Conley
Email: brandon.conley@modetransportation.com

## Comments

Contact Information: Brandon Conley 773-999-5501

## Special Instructions

## Tender Response

Review the details on the following pages before responding.

ORIGINAL

# Carrier Load Tender



**Carrier:** Enterprise Services Group, LLC (893237)
**Vendor #:** 893237
**Name:** Shanta Dixon **Phone:** 4043967788
**Email:** esglogistictrucks@gmail.com **Fax:**

**MT Reference #:**
**9090006178**

**Tender:** 08/07/2020 10:53

Mode Transportation
Phone: 773-999-5501
Fax:
Sent by: Brandon Conley
Email: brandon.conley@modetransportation.com

| References | |
|---|---|
| Reference Type | Reference |
| Tender Notes | Acceptance of this load is under the terms of the existing Transportation Services Agreement covering Mode Transportation LLC |

### Stop 1 (Shipper)

08/07/2020 08:00 - 08/07/2020 17:00

International Media Products, 1115 Ridgeland Parkway Suite 104, ALPHARETTA, GA 30004
    Matt Phone: (678) 473-1324

| | | |
|---|---|---|
| | 10,638 lb | 9.0 PCS |

### Stop 2 (Receiver)

08/10/2020 08:00 - 08/11/2020 16:00

Avery Dennison, 170 Monarch Ln, MIAMISBURG, OH 45342
    Receiving Phone: (937) 865-2123

| | | |
|---|---|---|
| | 10,638 lb | 9.0 PCS |

### Items

| Item ID | HM | Description | Weight | Class | NMFC | Dimensions |
|---|---|---|---|---|---|---|
| | | Plastic Articles; Density 22.5 but less than 30 - 288 cartons 40*48*39 | 10638 | 65.0 | 156600-10 | |

### Special Instructions

--------------------------------------------------------------------------------------------------------------------
FOOD SAFETY: Carrier agrees to comply with terms at https://carrterms.modetransportation.com/regulatory/
--------------------------------------------------------------------------------------------------------------------

IMPORTANT: The shipment on this tender is provided to the carrier specifically named on this tender as a for hire motor carrier. Unless otherwise agreed by the parties in a separate transportation contract or interlining arrangement, the brokerage, transferring, tendering or otherwise arranging for or requesting another motor carrier to transport the shipment on this tender may be punishable under Federal law (49 USC 14916) with fines of up to $10,000 per tender.

### Freight Terms

| Charge Details | | | |
|---|---|---|---|
| Description | Rate | Quantity | Charge |
| Total Line Haul | 675.00   Flat Rate | | $675.00 |
| | | Total: | $675.00 USD |

Enterprise_Howard 012147

**ORIGINAL**

# Carrier Load Tender



**Carrier:** Enterprise Services Group, LLC (893237)
**Vendor #:** 893237

**MT Reference #:**
**9090006178**

**Name:** Shanta Dixon **Phone:** 4043967788
**Email:** esglogistictrucks@gmail.com **Fax:**

**Tender:** 08/07/2020 10:53

---

**IMPORTANT PAYMENT NOTES**

Additional services and/or accessorial charges not contained herein must be reported to the operating office as soon as possible. If the requested service/accessorial takes place outside business hours, reporting must take place before noon of the following day. A written authorization/rejection for the charges will be sent within 24 hours of carrier notification.

CARRIERS SHALL NOT DOUBLE BROKER. CARRIERS AND BROKERS SHALL BE RESPONSIBLE FOR ALL LOSS, DAMAGE AND DELAY. CARRIERS AND BROKERS REMAIN LIABLE EVEN IF A CLAIM IS DENIED BY THEIR INSURER

****MODE TRANSPORTATION REFERENCE NUMBER: 9090006178**
The above reference number MUST be placed on the bill for payment. Emailing invoices is no longer accepted by Mode Transportation. Please send us an email at webbilling@modetransportation.com to sign up in the Web Billing Program, which provides same day billing.
Our Carrier Payment Status tool allows for online reporting, and payment status w/in 24-48 hrs. Or submit to address: **Mode Transportation, 6077 Primacy Parkway**, **Suite 400**, **Memphis, TN 38119.** ALL Factors and Fast Pay Carriers are REQUIRED to use our Web Billing program.

Sign and return:_____ Date:_____
*Signature confirms carrier's acceptance of terms and conditions as noted above*

Enterprise_Howard 012148