

**Brad Raffensperger**
Secretary of State

# STATE OF GEORGIA
OFFICE OF SECRETARY OF STATE
Corporations Division
2 Martin Luther King, Jr. Dr. SE
Suite 313, West Tower
Atlanta, Georgia 30334-1530

**Date of Notice: 08/19/2022**

**ENTERPRISE SERVICES GROUP, LLC**, Control No. 0113571

Jovir Jimenez
135 nakomis pl
Alpharetta, GA 30004

## Notice of Intent to Administratively Dissolve

In accordance with Title 14 of the Official Code of Georgia Annotated, the Secretary of State hereby gives notice of determination that one or more statutory grounds exist for dissolving this entity for its failure to deliver its annual registration, together with all required fees and penalties, within 60 days after it was due, and/or having been without a registered agent or registered office in this state for 60 days or more. The Secretary of State shall administratively dissolve the entity unless it corrects each ground for dissolution, including payment in full of all required fees and penalties, or demonstrates to the reasonable satisfaction of the Secretary of State that each determined ground does not exist **within sixty (60) days of the mailing of this Notice.**

The above-stated grounds for administrative dissolution may be corrected by filing an annual registration for the entity. **For faster processing, we invite you to file your annual registration online with a credit card at http://ecorp.sos.ga.gov.** You may also print an annual registration form for submission by mail at http://ecorp.sos.ga.gov. The Corporations Division accepts Visa, MasterCard, Discover, American Express and ATM/Debit cards with the Visa or MasterCard logo for online filings. Annual registrations not processed online require payment with a check, certified bank check, or money order. *We cannot accept cash for payment.*

If you choose to file by mail, you must send in an annual registration form printed from the website indicated above. Please mail your completed annual registration form to the following address: **Office of Secretary of State, Annual Registration Filings, 2 Martin Luther King Jr Dr. SE, Suite 313, West Tower, Atlanta, GA 30334-1530. Your annual registration form must be accompanied by a check, certified bank check, or money order.** All checks must be pre-printed with a complete address in order to be accepted by our office for processing. Absolutely no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly result in the rejection of your filing.

Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be administratively dissolved by the Secretary of State. [See. O.C.G.A §13-6-15 and Title 14, respectively.]

**Note: Registered agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file an annual registration (including online filing). Additionally, a person who signs a document or submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

For more information on annual registrations or to file online, visit http://ecorp.sos.ga.gov or call 404-656-2817.

