Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN                                    PLAINTIFF

VS.

ENTERPRISE SERVICES GROUP, LLC,
et al.                                              DEFENDANTS

* * * * * * * * *

    The deposition of TIMOTHY WILSON, M.D. was taken before Marlene Waters Herrington, Certified Court Reporter and Notary Public, in and for the State of Kentucky, at the offices of Ward, Hocker & Thornton, 333 West Vine Street, Suite 1100, Lexington, Kentucky, on Tuesday, July 30, 2024, commencing at the approximate hour of 3 p.m.  Said deposition was taken pursuant to Notice, heretofore filed, on behalf of the Defendants at the trial in the above-captioned action for the purposes of discovery and all other purposes as permitted by the Federal Rules of Civil Procedure.

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 5

1  Q.    Okay.  You can keep that in front of you.  But I
2  do want to ask a few questions about it, because the
3  subpoena asked that you bring certain documents and
4  evidence and records with you to your deposition
5  today.  And looks like there's a very small pile in
6  front of you.  But perhaps --
7  A.    We can see.  Melissa's got them all.
8  Q.    Okay.  Well, let's just go through them first and
9  find out.
10 A.    Yes.
11 Q.    Your current CV -- you know what, I'm not going
12 to ask for that, because like you said, it's pretty
13 standard.  I shouldn't have even included it.  Because
14 I have a copy of that.  So we'll scratch that one off
15 the list.
16 A.    Okay.
17 Q.    Next one is all medical records that you reviewed
18 in connection with this proceeding.  In your report,
19 which you have a copy of in front of you, it looks like
20 you reviewed -- is it five records?  Does that sound
21 right?
22 A.    For the report -- for this -- yeah, there are
23 five.  ==And then there was an addendum==.  I was -- I had
24 a report from a Dr. Kriss.
25 Q.    Okay.

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 6

```
 1    A.    And then last week, I received some additional
 2          records from the --
 3    Q.    Okay.
 4    A.    -- from the -- previous to this injury.
 5    Q.    And forgive me.  I'm -- the laugh was not
 6          directed at you.  This is -- you're actually the second
 7          expert that I've deposed in this case that has filed --
 8          that has tendered a supplemental report that has not
 9          been provided to us.
10                Do you have a copy of that supplemental report?
11    A.    Yeah.  This is it right here.
12    Q.    All right.  May I take a look at it real quick,
13          please?  Thank you.  All right.  So what you've handed
14          me is your original -- this includes your original
15          four-page report.  And then an addendum that you
16          completed on July 12, 2024.  Correct?
17    A.    That what's the date says, yes.
18    Q.    Okay.  And that is -- well, approximately, three
19          quarters of a page.
20                  MR. RIDINGS:  Let's go off the record real
21          quick.
22          (Off the record at 3:06 p.m.)
23          (Back on the record at 3:07 p.m.)
24                  MR. RIDINGS:  All right.  Rob, what
25          gives?  I'm reviewing a report, a supplement to
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 7

```
 1        his report, that was authored July 12, 2024.  And
 2        today is the first day I'm seeing it.  This is the
 3        second time.
 4                MR. MORRIN:  Filed it as soon as we got
 5        it.  I know you think that everything we do is
 6        kind of some setup to get you and to trick you.
 7        But I can assure you we're filing these things and
 8        making them available when they're available to
 9        us.  Now, if you're going to assume these
10        assumptions and kind of impute this ill intent on
11        us, I'd appreciate you wait and do it in writing.
12        I mean, put it in writing.
13                MR. RIDINGS:  When was this filed?  I've
14        not seen it.
15                MR. MORRIN:  Earlier today when we
16        received it.
17                MR. RIDINGS:  Okay.  We're back on.  Or,
18        I'm sorry, Dr. Wilson.  So we are back on the
19        record.
20   Q.   When was this addendum provided to Mr. Morrin's
21   office, to the best of your knowledge?
22   A.   I have no idea.
23   Q.   Who --
24   A.   I dictated on -- that's the day I dictated it.
25   Q.   Okay.
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 8

```
 1    A.    And then we get a delay with transcription.
 2          They're in Louisville.  Sometimes it takes a week or
 3          two for them to do 'em.  And then --
 4    Q.    I understand.
 5    A.    Then when Melissa gets it, typically I get a
 6          chance to read it real quick, make sure there's no
 7          typos, that's really what I said.  And once it's
 8          okayed, it's sent off.  And I have no idea of that
 9          process with this one.
10    Q.    Is there any way to determine when you would have
11          signed off, done the final sign-off on this report?
12    A.    No.  I don't remember the final sign-off.  I have
13          no idea.
14    Q.    How would it have been provided to Mr. Morrin?
15    A.    I have no idea how that happens.  I don't know
16          the communication between --
17    Q.    Understood.
18    A.    -- the attorney and Melissa and...
19    Q.    Is there a way to make a copy of this report?
20    A.    Let's see.  We can -- when she gets back -- her
21          child had an appointment or something.  She will be
22          back at 4:30.
23                (Off the record.)
24                (Back on the record.)
25                      MR. MORRIN:  So I have represented that
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 9

```
 1            we had received it today.  We had received it on
 2            the 16th of July, but there were additional
 3            records that needed to be reviewed by our expert.
 4            We got notification yesterday that that review had
 5            been completed.
 6       Q.   Doctor, did you make any changes to this addendum
 7            after reviewing the records that you received, whatever
 8            date counsel just indicated?
 9       A.   No.  I just got records last week and had time to
10            review those.  And I was asked by Melissa, the attorney
11            wants to know if you've seen those records?  Does that
12            change your opinion?  I've read them; it did not.  And
13            that was it.  There was no other additional report or
14            anything.
15                 MR. RIDINGS:  So, Counsel, why was this
16            not provided at that point?  And if he needed to
17            supplement it again, based on a review of the
18            records, why was this given to us -- I received it
19            literally during this deposition, because I had to
20            drive up here.
21                 MR. MORRIN:  I understand.  They were
22            given to you when we had received notification
23            that the record review was over.  Now, we could
24            have done that yesterday, but I didn't want to
25            submit a report that wasn't accurate.  Obviously,
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 11

```
 1      question.  You answered it.  You answered the poor
 2      question.  Let me try to ask a better question.
 3              You had reviewed Dr. Kriss's report prior to
 4      dictating this July 12, 2024, addendum, correct?
 5      A.      Yes.
 6      Q.      What additional records were you asked to review?
 7      A.      There were records related to the 2012 accident.
 8      And there was records from 2012, 2014, and 2017, as I
 9      recall.
10      Q.      What's your scheduling like tomorrow, Dr. Wilson?
11      A.      All day office tomorrow.
12      Q.      All day.  Would you be available for a deposition
13      tomorrow?  Or what do you mean by office?  Does that
14      mean seeing patients?
15      A.      I'm seeing patients from 8 to 5 tomorrow.
16      Q.      I'm going to ask that -- and I understand that
17      you -- if you can or cannot.  We'll accept whatever
18      your answer is.  But I'm going to ask if you would be
19      willing to make yourself available for a deposition
20      tomorrow at any time.
21      A.      I couldn't before 5, I know.  I have a patient
22      scheduled then.
23      Q.      I understand.  And would it be too much of an
24      imposition to do it after 5?
25      A.      Probably so.
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 12

1  Q.   Okay.
2  A.   I have to check with the wife.
3         MR. RIDINGS:  That is a perfect answer.
4     He's going to want a copy of this transcript to
5     show the wife.  And I'll try to throw in an aside
6     similar to that, so I can show my wife.
7         Rob, I am making a request, understanding
8     Dr. Wilson's answer, which I respect.  And it
9     makes perfect sense with his busy schedule.  I'm
10    making a request that we -- I guess, tentatively
11    postpone this deposition and reschedule it right
12    away, within --
13 Q.   Do you have any openings within the week?
14 A.   I don't really know my schedule.  I don't think I
15    do this week because I know I'm already booked.  I
16    don't do depositions very often, but I don't know about
17    Thursday.
18 Q.   And please understand, this was provided to
19    Mr. Morrin right away.  He -- but, there is obviously
20    quite a significant change with this addendum to your
21    original report.  Wouldn't you agree?
22 A.   Well, I felt like it didn't change my report.
23 Q.   It's quite a bit of substantive information added
24    with this addendum.
25 A.   I suppose so.

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 13

```
 1     Q.    Yeah.  And so I'm -- you did what you were
 2     supposed to do.  And I'm just now receiving it.  And
 3     I'm one of the few attorneys that acknowledges I'm not
 4     a doctor.  And I would like the opportunity to consult
 5     with my expert.
 6               MR. RIDINGS:  What's your response,
 7          Mr. Morrin?
 8               MR. MORRIN:  I don't -- Jay, I don't want
 9          to get in the way of you conducting a proper
10          defense the way you think it needs to be done.  I
11          don't want to keep showing up at depositions and
12          having to deal with these unbased -- baseless
13         accusations that we're somehow conniving and
14          trying to trick you into not being prepared.
15          We're doing what we can do when we can do it.  And
16          I understand that that doesn't make any sense
17          to -- you know, you got these different
18          schedules.  And you've got Jay's schedule, and
19          that's what it is.  But, you know, if you want to
20          ask to reschedule it, then I'm not going to
21          disagree with that.  I'm really not trying to
22          catch you.  I'm not trying to trick you.  I'm not
23          trying to do anything like that.  I'm not going to
24          be able to do it tomorrow evening.  I'm going to
25          be out of town until the 5th.  But I am -- myself,
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 14

1  I'm not going to oppose you taking a deposition
2  the way you think you need to do it.
3           MR. RIDINGS:  Why was this not provided to
4  us?
5           MR. MORRIN:  I've given you all the
6  information I can on that timeline.  I can go back
7  and look again.  I'm glad to do it.  But I've
8  given you all the information I possibly can on
9  that timeline.
10          MR. RIDINGS:  Which is that you received
11 this addendum on the 14th --
12          MR. MORRIN:  I stated it, yes.  We
13 received it on the 16th.  We had to have them do
14 some additional reviews.  We got a notification
15 yesterday that those reviews were done.  Now, it's
16 improper for you to show up to these depositions
17 and try to accuse me and my team of not acting
18 with good faith.  That's absolutely inappropriate
19 and baseless.  You've done it consistently, almost
20 every single time.  You've done it in your motion
21 you filed.  You've done it in these depositions.
22 You showed up -- I mean, come on.
23          MR. RIDINGS:  Calm down, buddy.  Calm
24 down.
25          MR. MORRIN:  You know, it's not wise to

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 15

```
 1     tell somebody to calm down when they're obviously
 2     already agitated.  I mean, that's frustrating.
 3     You've got to understand that.  Each time I show
 4     up, I've got to deal with these baseless
 5     accusations.
 6            MR. RIDINGS:  I'm simply --
 7            MR. MORRIN:  No, you're not.  You're
 8     implying these things.
 9            MR. RIDINGS:  Please don't interrupt.
10     Please calm down and please don't interrupt, for
11     the record.
12            MR. MORRIN:  If you come and accuse me of
13     these things, you're going to get interrupted, for
14     the record.
15            MR. RIDINGS:  I am simply stating that I
16     received a substantive supplement to an expert
17     witness after the deposition had started, is the
18     first time I received it.
19            MR. MORRIN:  It was filed earlier today.
20     And if you need to get a different deposition
21     date, let's do that.  Let's not sit here and argue
22     and throw   Accusations.  All right?  I mean,
23     you're right.  That was a timeline.
24            MR. RIDINGS:  I am -- I am accusing you of
25     what you acknowledge that you did.
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 16

```
 1                 MR. MORRIN:  No, sir.
 2                 MR. RIDINGS:  In two out of three --
 3           your three expert witnesses.
 4      Q.   So what additional -- can you describe
 5      specifically what additional records you reviewed,
 6      Dr. Wilson?
 7      A.   It's this stack right here.  Is that okay if I
 8      just go through these?
 9      Q.   Of course.  Absolutely.
10      A.   So it's a September 2020 UK HealthCare follow-up
11      about the right hip fracture with Dr. Aneja.  And then
12      there was an August 2020 with the same doctor, a
13      follow-up.  And then a copy of the operative report
14      from August 12th of 2020.  A November 2017 UK
15      orthopaedic office visit.
16      Q.   Are these the records that you had reviewed prior
17      to your original report?
18      A.   Some of these were in it; some of them were
19      different.
20      Q.   Okay.
21      A.   These are just the ones I got -- the message I
22      got from Melissa is like -- they want to make sure you
23      had seen these.  And I think there's some overlap.
24      Q.   Okay.  Some of them had sounded familiar.  You
25      said the last one was a November --
```

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**

Page 19

1 left femur fracture.
2 Q. So --
3 A. On the other leg.
4 Q. Right side and then plus left femur is your
5 understanding?
6 A. As I recall. I've have to look at it for more
7 detail if you need it.
8 Q. All right. Let's jump back to --
9     MR. RIDINGS: Before I forget. Just for
10     the record, I am reserving the right to come back
11     and reconvene this deposition and may even,
12     depending on how far we go, may need to postpone
13     it. I haven't -- I was caught off guard. And I
14     still have -- don't know if I'm able to proceed
15     yet fully or not. And we'll have to play it by
16     ear. But I just wanted to put that on the
17     record. Especially, this being the second time
18     that I'm provided a supplemental report after an
19     expert witness deposition has begun.
20 Q. All right. Let's go back to the subpoena that's
21 in front of you. Schedule A-1 of the subpoena. We've
22 through one and two. Have you -- first off, have we
23 discussed every record you've reviewed, just big
24 picture-wise, I know we've not gone over every
25 individual date, but --

**EXHIBIT 1 - Dr. Wilson Transcript (Excerpts)**