

# CASE NO. 5:22-CV-00238-KKC

# CHARLES L. WALDEN

# V.

# ENTERPRISE SERVICES GROUP, LLC, ET AL.

# DEPONENT:

# DAVID CHANGARIS, M.D.

# DATE:

# July 16, 2024



**EXHIBIT 4 - Dr. Changaris Transcript (Excerpts)**

The Deposition of DAVID CHANGARIS, M.D., taken on July 16, 2024

40

```
 1  answered my question.  You understand that I'm here
 2  today to learn every opinion you're going to offer at
 3  the trial of this case; is that fair?
 4       A.   Yes.
 5       Q.   Will you agree that you will tell me all of
 6  those opinions?
 7       A.   To the best of my capacity at -- at this time.
 8       Q.   Okay.  And can we agree that when I refer to
 9  your report, I'm referring to the November 17, 2023,
10  report that I believe we marked as Exhibit 2?
11       A.   That -- that there are -- are you -- there are
12  two reports.
13       Q.   There are two reports?
14       A.   That I've made.
15       Q.   Okay.  I have only -- I've only received one,
16  Doctor.
17       A.   Okay.
18            MR. RIDINGS:  Rob, is there a second report
19       that was given to you that we have?
20            MR. MORRIN:  There's not a second report.
21            MR. RIDINGS:  Excuse me?
22            MR. MORRIN:  A second report?
23            MR. RIDINGS:  It's what your doctor just said.
24            THE WITNESS:  I'm pretty sure.
25            MR. RIDINGS:  And I -- and frankly, I saw one
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**EXHIBIT 4 - Dr. Changaris Transcript (Excerpts)**

The Deposition of DAVID CHANGARIS, M.D., taken on July 16, 2024

41

```
 1      in his file.
 2              MR. MORRIN:  Yeah.  He did go back to the
 3      office, and then there should be a second.
 4              THE WITNESS:  There should have been --
 5              MR. MORRIN:  There should be a second report.
 6              MR. RIDINGS:  All right.
 7              MR. MORRIN:  Like an office report on that.
 8              MR. RIDINGS:  And for the record, you'll agree
 9      that report has not been provided to us, correct,
10      Mr. Morrin?
11              MR. MORRIN:  I do not know.  It should have
12      been provided to you.  It should have been.
13              MR. RIDINGS:  Okay.  Can you -- do you have the
14      ability to tell me when?  Because I will represent
15      that I am wholly unfamiliar with a second report.
16              MR. MORRIN:  After we received it, you should
17      have received it.
18  BY MR. RIDINGS:
19      Q.   All right.  May I see the report?
20           And what you've handed me, Doctor, is -- there
21  is a cover letter on your letterhead dated June 12,
22  2024, addressed to Robert Morrin, correct?  And it
23  states, "Attached is my office note from June 11, 2024,
24  for Mr. Charles Walden.  I have seen him again in my
25  continued evaluation of him as a treating physician."
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**EXHIBIT 4 - Dr. Changaris Transcript (Excerpts)**