# David G. Changaris, MD

Board Certified in Neurological Surgery
801 Barret Avenue, Suite 103 · Louisville, Kentucky 40204
Tel (502) 584-6852 · Fax (502) 584-8379

June 12, 2024

Robert A. Morrin, Esq.
Morin Law
214 W Main St
Richmond, KY 40475

Dear Mr. Morin:

Attached is my office note from 6 11 2024 for Mr. Charles Walden. I have seen him again in my continued evaluation of him as a treating physician.

Sincerely,

David G. Changaris, MD

Exhibit 4

Date _____

**EXHIBIT 5 - Dr. Changaris 6/11/24 Report**

Office Note and Report: Charles Walden 6 11 2024

Mr. Walden presented for follow-on review of his post 2020 MVA condition. I had received a few medical records concerning his addiction history. I understand this document will be included in his court proceeding. The medical records while new do not alter the substance of my previously stated opinions as to the 2011 and 8 20 20 accidents. The 2020 accident being the proximate cause of much of his current symptoms.

Mr. Walden related that he was arrested in 2011 for illicit substance abuse. He was incarcerated for this and discharged after a month or so. He had worked in that past as a Manager at McDonalds. Consequently, he sustained a brain injury and hip region injury from an MVA. He became permanently disabled from this 2011 accident.

He reported that he self-medicated his anxiety with heroin, methamphetamine, and marijuana for years. He attributed this to the MVA of 2011 due to his increased anxiety. He eventually found himself in recovery program in 2016. He resumed his addictions and embarked on a second rehab treatment beginning 10 4 2023. I first evaluated Mr. Walden on November 17, 2023, after his August 20. 2020 MVA. Mr. Walden affirms that he has been sober since October 4, 2023.

His primary concerns are that while he had no persisting headaches or dizziness after the first 2011 accident. He states he recalls having no more than 2 headaches/month prior to this second accident. Now he has headaches lasting 4-15 minutes 3 or 4 times a day. He must lie down for hours for to recover twice weekly. He becomes dizzy 1-2 times/day lasting minutes. He must lie down for 15 minutes due to uncontrolled dizziness every other day for 10-15 minutes.
He denies dropping things from his hands. However, he has noticed in the past few months or so, hand shaking lasting minutes 2-3 times a week. His left hand shakes more than his right hand. He is right-hand dominant.

Mr. Walden's extended wrist rotation shows right supination at 60 degrees, right pronation a 40-degrees; his left supination at 65-degrees and the left pronation at 50 degrees. His right supinator was markedly rigid as well as the left, but the right more so and quite tender. His midline radial shaft region was exquisitely tender, more on the right than left. His right arm/shoulder joint is painful to extend or flex beyond shoulder height.

Page 1 of 2

**EXHIBIT 5 - Dr. Changaris 6/11/24 Report**

Page 2 of 2

**EXHIBIT 5 - Dr. Changaris 6/11/24 Report**

He is unable to climb a ladder, bend and return upright quickly due to dizziness. He did not have these symptoms after his 2011 accident. He takes no medication and has remained sober by his account.

Mr. Walden clearly shows rigidity in both forearms and predominantly on the left shoulder. This rigidity defines his Parkinsonism as present fully.[1,2] He has begun his downward spiral into neurodegenerative disease. He will need support to maintain his independence over the next 5 years. He will likely need full time support within 10 years. His life expectancy approaches 70 years of age.

The current estimated cost of care for dementia patients who need daytime care to eat, dress, and drive him to doctor appointments and shopping for food and necessities falls into the category of "memory care" which ranges between $4500[3] and $6160.[4]

The current estimated cost of care for dementia patients who need full-time supervision median monthly cost for nursing home care in the United States is $7,908 for a shared room and $9,034 for a private room.[5]

The opinions offered are rendered within reasonable medical probability.

Sincerely,

David Changaris, MD

---

[1] David C. Perry et al., *Association of Traumatic Brain Injury with Subsequent Neurological and Psychiatric Disease: A Meta-Analysis*, 124 J. NEUROSURG. 511 (2016).

[2] Zhichun Chen, Guanglu Li & Jun Liu, *Autonomic Dysfunction in Parkinson's Disease: Implications for Pathophysiology, Diagnosis, and Treatment*, 134 NEUROBIOL. DIS. 104700 (2020).

[3]. Genworth. Cost of Care Survey. Found on the internet at https://www.genworth.com/aging-and-you/finances/cost-of- care.html

[4] Genworth Cost of Care Survey 2023, (2023), https://pro.genworth.com/riiproweb/productinfo/pdf/131168.pdf#:~:text=This%20year%2C%20CareScout%20%E2%80%94%20a%20Genworth%20company%20%E2%80%94,in%20each%20category%20of%20long%20term%20care%20services.

[4]. Brookdale Senior Living. Memory Care Costs. Found on the internet at https://www.brookdale.com/en/our-services/memory-care/memory-care-costs.html

**EXHIBIT 5 - Dr. Changaris 6/11/24 Report**