```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
 2                       LEXINGTON DIVISION
 3      CASE NO. 5:22-CV-00238-KKC
        _____
 4

        VIDEOCONFERENCE DEPOSITION OF:  REBECCA CLAY, RN -
 5      July 17, 2024
        _____
 6

        CHARLES L. WALDEN,
 7

        Plaintiff,
 8

        v.
 9

        ENTERPRISE SERVICES GROUP, LLC, et al.,
10

        Defendants.
11      _____
12
13               PURSUANT TO NOTICE AND AGREEMENT, the
14      VIDEOCONFERENCE DEPOSITION OF REBECCA CLAY, RN was
15      taken on behalf of the Defendants via videoconference
16      per stipulation of all parties, on July 17, 2024, at
17      11:21 a.m., before Haley L. Bortz, Registered
18      Professional Reporter, Certified Realtime Reporter, and
19      Notary Public within Colorado.
20
21
22
23
24
25
                                                          Page 1
```

**EXHIBIT 6 - Ms. Clay Transcript (Excerpts)**

```
 1        A.    November 3, 2023.
 2        Q.    Did you -- were there any draft reports that
 3   you prepared and sent to Mr. Morrin that were different
 4   from what -- different from Exhibit 2?
 5        A.    No.
 6        Q.    And does your report identify every opinion
 7   you have formed relating to Charles Walden in relation
 8   to your role as an expert in this case?
 9        A.    Yes.
10        Q.    Have you formed any opinions relating to
11   Mr. Walden's future medical costs that are not included
12   in this report?
13        A.    No.
14        Q.    You haven't formed any new opinion or been
15   asked to provide any new opinions subsequent to
16   November 3, 2023; correct?
17        A.    Correct.
18        Q.    Have you been provided any new documentation
19   or records subsequent to November 3rd of 2023?
20        A.    Yes, I have.
21        Q.    Okay.
22              What were those or what were you provided?
23        A.    Additional medical records from UK Health.
24        Q.    All right.  What were the dates -- or can you
25   tell me about those records, describe them for me?
```

Page 10

```
 1        A.   They were medical records prior to the date

 2   of injury of this report so they were pertaining to

 3   preexisting conditions.

 4        Q.   When were you provided those?

 5        A.   This morning.

 6        Q.   Have you reviewed those records?

 7        A.   Briefly.

 8        Q.   Okay.  Did they change any of your opinions?

 9        A.   No.

10        Q.   If you can in a nutshell tell me what

11   those -- what treatment or injuries were reflected in

12   those records?

13        A.   The records reflected a prior head injury and

14   a -- it was a pedestrian motor vehicle accident that

15   occurred around 2012, I believe, 2011, and some

16   orthopedic injuries and a intracranial bleed injury

17   that had occurred prior to the injury that I did for my

18   report.

19        Q.   And approximately how many pages were

20   in -- how many pages were those records, total pages?

21        A.   Approximately a hundred.

22        Q.   Okay.  And you indicated that Mr. Morrin

23   provided those to you or his office?

24        A.   His office, yes.

25        Q.   Okay.
```

Page 11