UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5: 22-CV-00238-KKC-EBA** |
| | ) | |
| VS. | ) | |
| | ) | **[PROPOSED] ORDER** |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC, | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants Enterprise Services Group, LLC and Clarence M. Howard's Motion to Strike Plaintiff's Supplemental Expert Disclosure Reports [Rs. 176, 180, and 182].

Accordingly, having considered the pleadings filed herein and the Court being sufficiently advised, it is hereby ORDERED as follows:

(1) Defendants' Motion [R. 187] is GRANTED.

(2) The clerk is respectfully directed to strike from the record the supplemental expert reports and addendum filed by Plaintiff at R. 176, R. 180, and R. 182.

(3) Plaintiff shall be precluded from relying on or eliciting expert opinion testimony contained within the supplemental expert reports which are the subject of this Order.

SO ORDERED this ____ day of _____, 2024.

_____
Hon. Edward B. Atkins
United States District Judge