UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN | )<br>) |
| Plaintiff, | )<br>) **CASE NO. 5: 22-CV-00238-KKC**<br>) |
| VS. | )<br>) |
| | ) **[PROPOSED] ORDER**<br>) |
| ENTERPRISE SERVICES GROUP, LLC, *et al.* | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

This matter is before the Court upon Defendants Enterprise Services Group, LLC and Clarence M. Howard's Motion to Exclude Certain Expert Opinions Offered by Dr. David Changaris ("Motion to Exclude").

Accordingly, having considered the pleadings filed herein and the Court being sufficiently advised, it is hereby ORDERED as follows:

(1) Defendants' Motion to Exclude is GRANTED; and

(2) Dr. Changaris shall not be permitted to offer opinion testimony regarding the following subject matters:

    A. Mild traumatic brain injuries cause Parkinson's disease;

    B. Plaintiff sustained a traumatic brain injury as the result of the August 2020 collision;

    C. Plaintiff sustained Parkinsonism or Parkinson's Disease as the result of the August 2020 collision;

    D. Costs of long term care, nursing home care, or any other similar forms of medical care; and

      E. Diagnoses or causation opinions relating to total disability/employment capacity, headaches, dizziness, vision complications, and/or memory issues.

SO ORDERED this the ____ day of _____, 2024.

 

                                                  Hon. Edward B. Atkins
                                                  United States Magistrate Judge