UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 5: 22-CV-00238-KKC** |
| | ) | |
| VS. | ) | |
| | ) | **MOTION FOR PARTIAL SUMMARY** |
| ENTERPRISE SERVICES GROUP, LLC, | ) | **JUDGMENT AS TO PLAINTIFF'S** |
| *et al.* | ) | **CLAIMS FOR PUNITIVE DAMAGES** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Defendants, Enterprise Services Group, LLC ("Enterprise") and Clarence M. Howard ("Howard"), by and through counsel, pursuant to Federal Rule of Civil Procedure 56, hereby respectfully move this Court for the entry of partial summary judgment as to Plaintiff's claims for punitive damages against Defendants Enterprise and Howard. In further support thereof, Defendants adopt and incorporate by reference the accompanying Memorandum of Law in Support of Motion for Partial Summary Judgment.

      Respectfully submitted,

      HAMM, MILBY & RIDINGS, PLLC
      120 NORTH MAIN STREET
      LONDON, KY 40741
      PHONE: 606-864-4126
      FAX: 606-878-8144
      EMAIL: marcia@hmrkylaw.com
      EMAIL: jridings@hmrkylaw.com
      ATTORNEYS FOR DEFENDANTS,
      ENTERPRISE SERVICES GROUP, LLC AND
      CLARENCE M. HOWARD

      By: /s/ Jay Ridings
           JAY MILBY RIDINGS

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jay Ridings
COUNSEL FOR DEFENDANTS, ENTERPRISE SERVICES GROUP, LLC and CLARENCE M. HOWARD