UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN | ) |
| Plaintiff, | ) CASE NO. 5: 22-CV-00238-KKC |
| VS. | ) [PROPOSED] ORDER |
| ENTERPRISE SERVICES GROUP, LLC, *et al.* | ) |
| Defendants. | ) |

This matter is before the Court upon Defendants Enterprise Services Group, LLC ("Enterprise") and Clarence M. Howard's ("Howard") Motion for Partial Summary Judgment as to Plaintiff Charles L. Walden's claims for punitive damages.

Accordingly, having considered the pleadings filed herein and the Court being sufficiently advised, it is hereby ORDERED as follows:

(1) Defendants' Motion for Partial Summary Judgment is GRANTED;

(2) Plaintiff's punitive damages claims against Defendants Enterprise and Howard are hereby DISMISSED WITH PREJUDICE.

SO ORDERED this the ____ day of _____, 2024.

_____
Hon. Karen K. Caldwell
United States District Judge