# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC ) | |
| CLARENCE M. HOWARD, AND ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY, ) | |
| VINCE KLINE, AND PROGRESSIVE ) | |
| CASUALTY INSURANCE COMPANY ) | |
| | |
| Defendants | |

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*
## PROPOSED ORDER GRANTING
## MOTION TO EXTEND ALL SCHEDULING ORDER DEADLINES
\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Motion to Extend All Scheduling Order Deadlines having been made by counsel for Plaintiff, Charles Walden, the Court having entered an Order denying the relief of Default Judgment [R.186], Motion to Alter, Amend, or Vacate said Order having been made by counsel for Plaintiff, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion to Alter, Amend, or Vacate is hereby GRANTED. All Scheduling Order deadlines shall be extended for the completion of fact and expert discovery.

This the _____ day of _____, 2024.

_____
JUDGE, US DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY,
LEXINGTON DIVISION

Prepared by:

 /s/*Robert A. Morrin*
Hon. Robert A. Morrin
MORRIN LAW OFFICE

1