**Jay Milby Ridings**

| | |
|---|---|
| **From:** | Clarence Howard <██████████@gmail.com> |
| **Sent:** | Thursday, June 27, 2024 8:02 AM |
| **To:** | Jay Milby Ridings |
| **Subject:** | Fwd: Rate con |
| **Attachments:** | order_confirmation_1573850.pdf |

---------- Forwarded message ---------
From: **Shanta Dixon** <████████@yahoo.com>
Date: Wed, Jul 29, 2020, 4:59 PM
Subject: Rate con
To: <██████████@gmail.com>

**EXHIBIT A**

| | | | |
|---|---|---|---|
| **EPES LOGISTICS SERVICES, INC.**<br>PO Box 35884<br>Greensboro, NC 27425 | *** Load Confirmation ***<br><br>EPSG-1573850<br>Page    1 |  | |

| | | | | |
|---|---|---|---|---|
| **Carrier:** | ENTERPRISE SERVICES GROUP LL<br>ALPHARETTA         GA   30004 | | **Contact:**<br>**Phone:** | Mark |
| **Date:** | 07/22/2020 | | **Fax:** | |

| **Order** | **ELS Load #:** 1573850 | **Pieces:**  8 | **Commodity:** | PRINTED MATERIAL |
|---|---|---|---|---|
| | **Miles:**  468.0 | | **Weight:** | 8800.0 |
| | **Temp:** | | **Trailer:** | Straight Box Truck |
| | **BOL:** | | **Reference:** | |

| **Shipper** | Name: | GEORGIA ENVELOPE | Date: | 07/22/2020 1545 |
|---|---|---|---|---|
| | Address: | 8015 SECOND FLAG DRIVE | | 07/22/2020 1545 |
| | | | Contact: | |
| | | AUSTELL          GA   30168 | Phone: | |
| | Drvr Ld/Unld: | No driver loading or unload | | |

| **Consignee** | Name: | TAMPA ENVELOPE | Date: | 07/23/2020 0600 |
|---|---|---|---|---|
| | Address: | 6502 NORTH 54TH ST | | 07/23/2020 0800 |
| | | | Contact: | |
| | | TAMPA           FL   33610 | Phone: | |
| | Drvr Ld/Unld: | No driver loading or unload | | |

| **Payment** | **Carrier Freight Pay:** | $1,000.00 |
|---|---|---|
| | **Total Carrier Pay:** | $1,000.00 |

**Instructions**                                          1573850

Any shipment comments provided herein reflect the Shipper's specific instructions/requirements and are intended to assist the Carrier in planning for this shipment. All Carriers are independent contractors and therefore solely responsible for using this information to manage their equipment, drivers and dispatch in compliance with FMCSA, applicable state and federal law and any other pertinent rules and regulations. In the event of any express conflict or inconsistency between this Load Confirmation (including all attachments) and FMCSA rules and regulations, the terms of the FMCSA rules and regulations will apply.

Special Instructions

**Agreement**

Epes Logistics Services, Inc. ("ELS") is acting in its capacity as a broker of transportation services and under no circumstances shall ELS be considered to be either the shipper or motor carrier.  Acceptance of this load confirms that you have agreed to "Terms and Conditions of Load Confirmation" (attached hereto) and the ELS Broker/Carrier Contract while carrying the above referenced load.

Signature _____

Enterprise_Howard 012143

Broker Contact Info:  Mitch Baker         Phone:  800-894-8383     Email:  mitch.baker@epeslogistics.com

**Send signed confirm to: ratecon@epeslogistics.com or fax to 877-583-0128**

**EXHIBIT A**

## TERMS AND CONDITIONS OF LOAD CONFIRMATION

This confirms your Legal Rate per your verbal agreement. All shipments tendered by EPES Logistics Services, Inc. ("ELS") shall be subject to and subordinate to the terms, conditions and provisions of the current version of the ELS Broker/Carrier Contract (the "Contract") whether or not the Carrier has signed the Contract (available for review at www.epeslogistics.com).

The delivery receipt along with your invoice must be sent to the above address before payment will be made. **INVOICE MUST BE ISSUED WITHIN 2 WEEKS OF DELIVERY:** to insure compliance with Shipper billing requirements. Failure to comply may result in non-payment of charges.

All accessorial charges (lumper, detention, driver unload, etc.) MUST be approved at time of occurrence. All detention requests must include the time in and out on the signed Bill of Lading. Receipts for charges must be sent to ELS. Failure to comply may result in non-payment of charges.

**Payments will be processed 30 days from receipt of all required shipment documentation. A 2-Day QuickPay option is also available as outlined below.**

By accepting this shipment, you hereby represent and warrant that you have current and valid CDL and insurance coverage, in compliance with the terms of the Contract, in an amount sufficient to cover the full liability of any commodities and cargo carried under this order. In addition, you hereby agree to accept liability for the full value of any cargo loss, damage, expense or other liability relating to the transportation of the freight tendered, regardless of any limitations, restrictions or exclusions that may be stated in your insurance policy. If carrier's cargo insurance policy contains a schedule of covered vehicles, carrier will not transport any cargo on this shipment using a vehicle that is not listed as a scheduled vehicle on carrier's cargo insurance policy. Released values do NOT apply.

Carrier agrees that the tractor & trailer utilized are in good mechanical condition, clean and have not been used to carry trash, garbage, or hazardous materials that could adversely affect the cargo in this load.

Trailer seals should not be broken, removed, tampered with or otherwise compromised during transit. If the seal exhibits evidence of tampering, or if circumstances require that a seal be broken, the carrier must immediately advise ELS and provide details of the surrounding circumstances. The carrier shall be responsible for all costs associated with the refusal of product for any non-compliance with these requirements.

**WARNING:** Without prior written consent of ELS you may NOT: Re-broker, assign or interline this shipment or consolidate this load with other freight. ELS will have the option in its sole discretion to reduce or eliminate payment for failure to comply with this section.

Carrier hereby certifies that it will perform all aspects of this shipment in conformity with all federal, state, and local laws and regulations, including compliance with FMCSA regulations restricting the use of hand-held mobile telephones by drivers of commercial vehicles. Carrier further certifies that the pickup and delivery dates and times of this shipment will not require the carrier to violate FMCSA hours of service regulations.

Directions are provided for informational purposes only. It is Carrier's responsibility to determine the appropriate route for prompt delivery of this shipment. Any disputes to the Rate Confirmation must be called in no later than 24 hours after receipt of this document.

**SEND SIGNED RATE CONFIRMATION TO:**

**RATECON@EPESLOGISTICS.COM** OR 877-583-0128

| Offices | Phone Number |
|---|---|
| Main (Greensboro/Accounting) | (800) 659-1117 |
| CHARLOTTE | (855) 600-8664 |
| LAREDO | (956) 724-2410 |
| ATLANTA | (770) 507-9717 |

All Carrier Payments are now processed through **TriumphPay.com** 

Please register online in order to receive payments:
1. Go to www.secure.TriumphPay.com
2. Register your company
3. Connect with **Epes Logistics Services, Inc.**
4. Add your payment information
5. Control your money!

**Get Paid Now!**

Login to TriumphPay.com to take advantage of our:

**1.5%   2-Day QuickPay**

Enterprise_Howard 012144
**EXHIBIT A**

**Jay Milby Ridings**

| | |
|---|---|
| **From:** | Clarence Howard <███████@gmail.com> |
| **Sent:** | Thursday, June 27, 2024 8:04 AM |
| **To:** | Jay Milby Ridings |
| **Subject:** | Fwd: GA TO OH |
| **Attachments:** | Tender-9090006178.pdf |

---------- Forwarded message ---------
From: **corey pullin** <███████@gmail.com>
Date: Fri, Aug 7, 2020, 12:11 PM
Subject: GA TO OH
To: <███████@gmail.com>

1

Enterprise_Howard 012145
**EXHIBIT A**

# COVER PAGE

**ORIGINAL**

## Carrier Load Tender



**Carrier:** Enterprise Services Group, LLC (893237)
**Vendor #:** 893237
Shanta Dixon
4043967788
esglogistictrucks@gmail.com

**MT Reference #:** 9090006178

**Tender:** 08/07/2020 10:53

**Sent by:**

Mode Transportation
Phone: 773-999-5501
Fax:
Sent by: Brandon Conley
Email: brandon.conley@modetransportation.com

**Comments**

Contact Information: Brandon Conley 773-999-5501

**Special Instructions**

**Tender Response**

Review the details on the following pages before responding.

Enterprise, Howard 012146

3 pages, including cover sheet.

**EXHIBIT A**

ORIGINAL

# Carrier Load Tender



**Carrier:** Enterprise Services Group, LLC (893237)
**Vendor #:** 893237
**Name:** Shanta Dixon **Phone:** 4043967788
**Email:** esglogistictrucks@gmail.com **Fax:**

**MT Reference #:** 9090006178

**Tender:** 08/07/2020 10:53

| References | |
|---|---|
| Reference Type | Reference |
| Tender Notes | Acceptance of this load is under the terms of the existing Transportation Services Agreement covering Mode Transportation LLC |

Mode Transportation
Phone: 773-999-5501
Fax:
Sent by: Brandon Conley
Email: brandon.conley@modetransportation.com

**Stop 1 (Shipper)**

08/07/2020 08:00 - 08/07/2020 17:00

International Media Products, 1115 Ridgeland Parkway Suite 104, ALPHARETTA, GA 30004
    Matt Phone: (678) 473-1324

| | |
|---|---|
| 10,638 lb | 9.0 PCS |

**Stop 2 (Receiver)**

08/10/2020 08:00 - 08/11/2020 16:00

Avery Dennison, 170 Monarch Ln, MIAMISBURG, OH 45342
    Receiving Phone: (937) 865-2123

| | |
|---|---|
| 10,638 lb | 9.0 PCS |

**Items**

| Item ID | HM | Description | Weight | Class | NMFC | Dimensions |
|---|---|---|---|---|---|---|
| | | Plastic Articles; Density 22.5 but less than 30 - 288 cartons 40*48*39 | 10638 | 65.0 | 156600-10 | |

**Special Instructions**

--------------------------------------------------------------------------------------------------------------------------------
FOOD SAFETY: Carrier agrees to comply with terms at https://carrterms.modetransportation.com/regulatory/
--------------------------------------------------------------------------------------------------------------------------------
IMPORTANT: The shipment on this tender is provided to the carrier specifically named on this tender as a for hire motor carrier. Unless otherwise agreed by the parties in a separate transportation contract or interlining arrangement, the brokerage, transferring, tendering or otherwise arranging for or requesting another motor carrier to transport the shipment on this tender may be punishable under Federal law (49 USC 14916) with fines of up to $10,000 per tender.

**Freight Terms**

| Charge Details | | | |
|---|---|---|---|
| Description | Rate | Quantity | Charge |
| Total Line Haul | 675.00   Flat Rate | | $675.00 |
| | | Total: | $675.00 USD |

Enterprise_Howard 012147

**EXHIBIT A**

**ORIGINAL**

# Carrier Load Tender



**Carrier:** Enterprise Services Group, LLC (893237)
**Vendor #:** 893237
**Name:** Shanta Dixon **Phone:** 4043967788
**Email:** esglogistictrucks@gmail.com **Fax:**

**MT Reference #:**
**9090006178**

**Tender:** 08/07/2020 10:53

**IMPORTANT PAYMENT NOTES**

Additional services and/or accessorial charges not contained herein must be reported to the operating office as soon as possible. If the requested service/accessorial takes place outside business hours, reporting must take place before noon of the following day. A written authorization/rejection for the charges will be sent within 24 hours of carrier notification.

CARRIERS SHALL NOT DOUBLE BROKER. CARRIERS AND BROKERS SHALL BE RESPONSIBLE FOR ALL LOSS, DAMAGE AND DELAY. CARRIERS AND BROKERS REMAIN LIABLE EVEN IF A CLAIM IS DENIED BY THEIR INSURER

****MODE TRANSPORTATION REFERENCE NUMBER: **9090006178**

The above reference number MUST be placed on the bill for payment. Emailing invoices is no longer accepted by Mode Transportation. Please send us an email at webbilling@modetransportation.com to sign up in the Web Billing Program, which provides same day billing.

Our Carrier Payment Status tool allows for online reporting, and payment status w/in 24-48 hrs. Or submit to address: **Mode Transportation, 6077 Primacy Parkway**, **Suite 400**, **Memphis, TN 38119**. ALL Factors and Fast Pay Carriers are REQUIRED to use our Web Billing program.

Sign and return:_____ Date:_____

*Signature confirms carrier's acceptance of terms and conditions as noted above*

Page 3 / 3

Enterprise_Howard 012148

**EXHIBIT A**