**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**Lexington Division**

| | |
|---|---|
| CHARLES L. WALDEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 5:22-CV-00238-KKC |
| | ) |
| ENTERPRISE SERVICES GROUP, LLC | ) |
| CLARENCE M. HOWARD, AND | ) |
| NATIONAL INDEMNITY GROUP OF | ) |
| INSURANCE COMPANIES OR | ) |
| NATIONAL INDEMNITY COMPANY, | ) |
| VINCE KLINE, AND PROGRESSIVE | ) |
| CASUALTY INSURANCE COMPANY | ) |

Defendants.

## PROGRESSIVE CASUALTY INSURANCE COMPANY'S NOTICE OF JOINING DEFENDANTS', ENTERPRISE SERVICES GROUP, LLC, AND CLARENCE M HOWARD'S, MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL EXPERT REPORTS, AND MOTION TO EXCLUDE CERTAIN OPINIONS OFFERED BY DR, DAVID CHANGARIS AND REPLY IN SUPPORT OF THE MOTION

Comes the Defendant, Progressive Casualty Insurance Company (hereinafter "Progressive"), by and through counsel, and respectfully joins in Defendants' Enterprise Services Group, LLC and Clarence M. Howard's Motion to Strike Plaintiff's Supplemental Expert Reports and Motion to Exclude Certain Expert Opinions Offered by Dr. David Changaris and Reply in Support of the Motion.

Defendant Progressive has filed a Motion Not to Be Identified at Trial which is currently pending before the Court and joins these Motions out of an abundance of caution.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**

Vine Center
333 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By:     */s/ Catie Coldiron Joseph*
         GREGG E. THORNTON
         JILLIAN D. HOUSE
         CATIE COLDIRON JOSEPH
         *Counsel for Defendant, Progressive Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2024, a true and correct copy of the foregoing was filed electronically, using the ECF system, which will send electronic notification to:

Mindy G. Barfield
Dinsmore & Shohl, LLP
101 South Fifth Street
Suite 2500
Louisville, KY 40202
*Counsel for Vince Kline and National Indemnity Group of Insurance Companies*
mindy.barfield@dinsmore.com

Marcia Milby Ridings

Robert A. Morrin
Morrin Law Office
214 W. Main Street
Richmond, KY 40475
*Counsel for Plaintiff*
rob@morrinlawoffice.com

Jay Milby Ridings
HAMM, MILBY & RIDINGS, PLLC
120 North Main Street
London, KY 40741
*Counsel for Clarence M Howard and*
*Enterprise Services Group*
marcia@hmrkylaw.com
jridings@hmrkylaw.com

                                                    */s/ Catie Coldiron Joseph*
                                                    GREGG E. THORNTON
                                                    JILLIAN D. HOUSE
                                                    CATIE COLDIRON JOSEPH