UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN,

    Plaintiff,

V.

ENTERPRISE SERVICES GROUP, LLC *et al.*.

    Defendants.

CIVIL NO. 5:22-238-KKC-EBA

**ORDER**

*** *** ***

The matter is before the Court on the defendant's, Progressive Casualty Insurance Company, motion to not be identified at trial. (DE 126.) The other defendants in this action, Enterprise Services Group, LLC and Clarence M. Howard, join in Progressive's motion. (DE 127.) The plaintiff, Charles Walden, has not filed a response to Progressive's motion. Pursuant to Local Rule 7.1(c), "[f]ailure to timely respond to a motion may be grounds for granting the motion." LR 7.1(c). Based on Walden's failure to respond and Progressive's reliance on *Coots v. Allstate Insurance Company*, 853 S.W.2d 895 (Ky. 1993) and *Anderson v. Wheeler*, 2019 WL 9362641 (E.D. Ky. 2019), it is hereby ORDERED that Progressive's motion (DE 126) is GRANTED as follows:

1. Progressive SHALL NOT actively participate in the trial of this case, but all parties SHALL be bound by the jury verdict, as to the apportionment of fault and the amount of damages, subject to all proper post-trial motions or appeals and to the extent of the terms, conditions and limits of Progressive's underinsured motorist coverage applicable herein;

2. Progressive SHALL NOT be required to comply with any pre-trial deadlines imposed by the Court concerning the underlying claims;

3. Progressive SHALL NOT be identified or mentioned to the jury as a defendant in this case, and the parties actively participating in the trial are directed not to make any mention to the jury of Progressive or the nature, extent or existence of any underinsured motorist coverage; and

4. if at some point, there has been an offer of settlement by the other defendants in this matter, and Progressive chooses to preserve its subrogation rights by means of the procedure set forth in *Coots v. Allstate Insurance Company, Ky.*, 853 S.W. 2d 895 (1993), then Progressive SHALL be identified as a party and SHALL be allowed to actively participate at trial pursuant to *Earle v. Cobb*, 156 S.W. 3d 257 (Ky. 2004).

This 15th day of November, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY