UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN, | CIVIL NO. 5:22-238-KKC |
| Plaintiff, | |
| V. | **ORDER** |
| ENTERPRISE SERVICES GROUP, LLC *et al.*. | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

This matter was set to come before the Court on December 19, 2024, at 2:00 p.m. at Lexington, Kentucky for a hearing. (DE 202.) The Court has been informed by counsel for defendants Clarence Howard and Enterprise Services Group, LLC that the parties have reached a settlement agreement concerning several of the plaintiff's claims. Based on those representations and being otherwise sufficiently advised, the Court hereby ORDERS that

1. the hearing set for December 19, 2024, at 2:00 p.m. is CANCELLED; and
2. the parties SHALL FILE a joint status report on or before January 3, 2025, specifically identifying any claims that remain against any defendant.

This 19th day of December, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY