UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                        PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                    DEFENDANTS.

---

**JOINT STATUS REPORT and
NOTICE OF RESOLUTION OF CERTAIN CLAIMS**

---

Pursuant to this Court's Order [R. 203], all parties, by counsel, inform the Court of the settlement and resolution of some, but not all, claims.

Following a mediation conducted on December 19, 2024, Plaintiff Charles Walden and Defendants Enterprise Services Group, LLC ("ESG"), and Clarence Howard ("Howard"), reached an agreement resolving all claims asserted against ESG and Howard. Counsel for said parties are presently preparing the necessary documentation to memorialize the terms of said settlement agreement and will promptly file a stipulation of dismissal with the Court once completed.

During the course of the aforementioned mediation Plaintiff agreed to voluntarily dismiss all claims asserted against Defendant Progressive Casualty Insurance Company ("Progressive"). The parties intend to address the dismissal of the claims against Progressive in the same stipulation of dismissal that will resolve Plaintiff's claims against ESG and Howard.

Upon the formal resolution and final dismissal of the claims against ESG, Howard, and Progressive, the only remaining claims will be those asserted against National Indemnity Group of Insurance Companies (or National Indemnity Company) and Vince Kline.

Respectfully submitted this 6th day of January, 2025.

| | |
|---|---|
| /s/ Jay Ridings | /s/ Robert A. Morrin |
| Jay Milby Ridings | Robert A. Morrin |
| *Counsel for Defendants Enterprise Services Group, LLC and Clarence Howard* | *Counsel for Plaintiff Charles Walden* |
| /s/ Catie Coldiron Joseph | /s/ Mindy G. Barfield |
| Catie Coldiron Joseph | Mindy G. Barfield |
| *Counsel for Defendant Progressive Casualty Insurance Company* | *Counsel for Defendants National Indemnity Group of Insurance Companies (or National Indemnity Company) and Vince Kline* |