UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                        PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                        DEFENDANTS.

## AGREED ORDER OF PARTIAL DISMISSAL

Upon agreement of the parties, the claims of the Plaintiff, Charles L. Walden, against Enterprise Services Group, LLC, Clarence M. Howard, and Progressive Casualty Insurance Company, be and the same are hereby dismissed, with prejudice.  Each party is responsible for bearing its own costs.

The Plaintiff's claims against National Indemnity Group of Insurance Companies or National Indemnity Company shall remain on the Court's docket pending further orders of the Court.

Dated this ____ day of _____, 2025.

_____
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

**HAVE SEEN AND AGREED:**

  /s/ Robert A. Morrin[1]  
Robert A. Morrin, Esq.  
*Attorney for Plaintiff*

  /s/ Jay Ridings  
Jay Milby Ridings, Esq.  
*Attorney for Defendants,*  
*Enterprise Services Group, LLC and*  
*Clarence M. Howard*

  /s/ Katie Coldiron Joseph[2]  
Katie Coldiron Joseph, Esq.  
*Attorney for Defendant, Progressive*  
*Casualty Insurance Company*

---

[1] By Jay Ridings, with permission.
[2] By Jay Ridings, with permission.