UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN, <br><br> Plaintiff, <br><br> V. <br><br> ENTERPRISE SERVICES GROUP, LLC *et al.*, <br><br> Defendants. | CIVIL NO. 5:22-238-KKC <br><br><br> **ORDER** |

*** *** ***

The matter is before the Court on the parties' agreed order of dismissal against certain defendants. (DE 205.) Based on the parties' representations, it is hereby ORDERED that

1. the claims of the Plaintiff, Charles L. Walden, against Enterprise Services Group, LLC, Clarence M. Howard, and Progressive Casualty Insurance Company, be and the same are hereby DISMISSED, with prejudice;

2. each party is responsible for bearing its own costs;

3. the following docket entries are DENIED as moot: DE 187, DE 188, DE 189, and DE 198; and

4. the Plaintiff's claims against National Indemnity Group of Insurance Companies or National Indemnity Company shall remain on the Court's docket pending further orders of the Court.

This 13th day of January, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY