UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN,<br><br>    Plaintiff,<br><br>V.<br><br>NATIONAL INDEMNITY GROUP OF INSURANCE COMPANIES, a/k/a National Indemnity Company.<br><br>    Defendant. | CIVIL NO. 5:22-238-KKC-EBA<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

The matter is before the Court on the Court's previous order bifurcating and staying the plaintiff's bad faith claims against National Indemnity Company pending the resolution of the plaintiff's negligence and under-insured motorist claims against the terminated defendants. (DE 12.) Pursuant to that order, the Court now ORDERS as follows:

1. the current pretrial conference and jury trial dates are SET ASIDE;

2. a telephonic status conference SHALL be held on April 18, 2025, at 10:00 a.m. The Court will enter a separate Order with call information prior to the proceeding; and

3. the parties SHALL FILE a joint status report on or before April 11, 2025.

This 20th day of February, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY