UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN,                                                                                  PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPLANT,                      DEFENDANT.

\*\*\*\*\*\*\*\*\*\*
**MOTION TO MOVE CLAIM OUT OF ABEYANCE**
\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, CHARLES L. WALDEN, by and through counsel, and for his Motion to Move the Claims Against National Indemnity Group of Insurance Companies or National Indemnity Company AND Vince Kline out of Abeyance, hereby states as follows:

On October 18, 2022, this Court entered an Order [R. 101] bifurcating and staying discovery on the Plaintiff's claims against National Indemnity Group of Insurance Companies or National Indemnity Company AND Vince Kline, pending resolution of Plaintiff's negligence and UIM claims. On January 13, 2025, the parties tendered an Agreed Order of Partial Dismissal [R. 206] of the claims against Enterprise Services Group, LLC, Clarence M. Howard and Progressive Casualty Insurance Company and to allow the claims against National Indemnity Group of Insurance Companies or National Indemnity Company to remain on the Court's docket.

**WHEREFORE**, Plaintiff respectfully requests this Court to move the Plaintiff's claims against National Indemnity Group of Insurance Companies or National Indemnity Company AND Vince Kline out of abeyance so the parties may proceed with discovery.

Respectfully Submitted,

MORRIN LAW OFFICE

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of April, 2025, a true and accurate copy of the foregoing was filed through the Court's e-Filing system, which serves a copy on all counsel of record.

_/s/*Robert A. Morrin*_____
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*