UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00238-KKC

CHARLES L. WALDEN,                                                                                          PLAINTIFF,

VS.

ENTERPRISE SERVICES GROUP, LLC,
CLARENCE M. HOWARD,
NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
VINCE KLINE, AND
PROGRESSIVE CASUALTY INSURANCE COMPANY,                              DEFENDANTS.

## JOINT STATUS REPORT

Pursuant to this Court's Order [R. 207], all parties, by counsel, inform the Court of the current status of pending claims.

On January 13, 2025, this Court entered an Agreed Order of Partial Dismissal [R. 206] dismissing with prejudice the claims of the Plaintiff, Charles L. Walden, against Enterprise Services Group, LLC, Clarence M. Howard, and Progressive Casualty Insurance Company. Plaintiff's claims against National Indemnity Group of Insurance Companies or National Indemnity Company remain on the Court's Docket.

On April 9th, 2025, Plaintiff filed a Motion [R. 208] to move the claims against Defendants, National Indemnity Group of Insurance Companies or National Indemnity Company AND Vince Kline, out of abeyance. Plaintiff has prepared written discovery to the remaining Defendants regarding their file and other claim documents that Plaintiff was previously prohibited from

ascertaining [R. 101]. Said discovery has not yet been served upon Defendants as it is pending Plaintiff's Motion to move the claims out of abeyance.

Respectfully submitted this 10th day of April, 2025.

  /s/ *Robert A. Morrin*
Robert A. Morrin
*Counsel for Plaintiff Charles Walden*

  /s/ *Mindy G. Barfield* (w/ email permission)
Mindy G. Barfield
*Counsel for Defendants National Indemnity Group of Insurance Companies (or National Indemnity Company) and Vince Kline*