UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN,<br><br>    Plaintiff,<br><br>V.<br><br>NATIONAL INDEMNITY GROUP OF INSURANCE COMPANIES, a/k/a National Indemnity Company.<br><br>    Defendant. | CIVIL NO. 5:22-238-KKC-EBA<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

The matter is before the Court on the plaintiff's motion to move claims out of abeyance (DE 208) and the parties' joint status report (DE 209.) Previously, the Court bifurcated and stayed the plaintiff's bad faith claims against National Indemnity Company pending the resolution of the plaintiff's negligence and under-insured motorist claims against the terminated defendants. (DE 12.) Now that the plaintiff's claims against the terminated defendants have been resolved, and based on the parties' joint status report, the Court hereby ORDERS as follows:

(1) The telephonic conference set for April 18, 2025 is SET ASIDE;

(2) The plaintiff's motion to move claims out of abeyance (DE 208) is GRANTED;

(3) Within 21 days from the date of service of this order, counsel for the parties shall conduct the meeting required by Federal Rule of Civil Procedure 26(f) to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; to make or arrange for the disclosures required by Rule 26(a)(1); and to develop a proposed discovery plan;

(4) No later than 14 days after the meeting, counsel shall file a written joint report containing:

    a. the discovery plan, including deadlines for fact discovery, expert discovery, and deadlines for expert disclosures and reports under Rule 26(a)(2);

    b. deadlines for filing motions to join additional parties and amend pleadings;

    c. deadlines to file dispositive and *Daubert* motions;

    d. the parties' belief as to whether the matter is suitable for some form of alternative dispute resolution such as mediation;

    e. the probable length of trial;

    f. whether the parties consent to the jurisdiction of a magistrate judge for all further proceedings, including trial and entry of a judgment, pursuant to 28 U.S.C. § 636(c); and

    g. the dates mutually convenient for trial.

This 10th day of April, 2025.

*signature*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY