UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF,

VS.

NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
AND VINCE KLINE,　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF SERVICE OF HIS FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT NATIONAL INDEMNITY GROUP OF INSURANCE COMPANIES**
\*\*\*\*\*\*\*\*\*\*

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that his First Set of Interrogatories and Requests for Production of Documents have been served upon the following this May 6, 2025:

Hon. Mindy G. Barfield
Hon. Shaye Page Johnson
Dinsmore & Shohl LLP
100 West Main St
Suite 900
Lexington, KY 40507
*Attorneys for National Indemnity Group of Insurance Companies*

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　MORRIN LAW OFFICE

　　　　　　　　　　　　　　　　　　　　　/s/*Robert A. Morrin*_____
　　　　　　　　　　　　　　　　　　　　Hon. Robert A. Morrin (KBA # 94368)
　　　　　　　　　　　　　　　　　　　　214 West Main Street
　　　　　　　　　　　　　　　　　　　　Richmond, KY 40475
　　　　　　　　　　　　　　　　　　　　(859) 358-0300
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*