UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ENTERPRISE SERVICES GROUP, LLC, )<br>CLARENCE M. HOWARD, and )<br>NATIONAL INDEMNITY GROUP OF )<br>INSURANCE COMPANIES OR )<br>NATIONAL INDEMNITY COMPANY )<br>)<br>Defendants | Civil Action No. 5:22-cv-00238-KKC |

## NOTICE OF SERVICE

The parties will please take notice that Defendant, National Indemnity Company, served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff on May 22, 2025.

Respectfully submitted,

*/s/ Kyle R. Bunnell*

Mindy G. Barfield
Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
mindy.barfield@dinsmore.com
kyle.bunnell@dinsmore.com
*Counsel for Defendants,*
*National Indemnity Company and Vince Kline*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 22nd, 2025, a true and correct copy of the foregoing was served via electronic mail and First Class Mail, postage prepaid, on:

Robert A. Morrin, Esq.
MORRIN LAW OFFICE
214 West Main Street
Richmond, KY  40475
*Counsel for Plaintiff*

    */s/ Kyle R. Bunnell*

    *Counsel for Defendants,*
    *National Indemnity Company and Vince Kline*

61465995