UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-CV-00238-KKC

CHARLES L. WALDEN                                                                                      PLAINTIFF,

VS.

NATIONAL INDEMNITY GROUP OF INSURANCE
COMPANIES OR NATIONAL INDEMNITY COMPANY,
AND VINCE KLINE,                                                                                         DEFENDANTS

**********
**PLAINTIFF'S NOTICE OF SERVICE OF HIS INITIAL RULE 26 DISCLOSURES**
**********

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that his Initial Rule 26 Disclosures have been served upon the following this June 30th, 2025:

    Hon. Mindy G. Barfield
    Hon. Kyle R. Bunnell
    Dinsmore & Shohl LLP
    100 West Main St
    Suite 900
    Lexington, KY 40507
    *Attorneys for National Indemnity Group of Insurance Companies*

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/*Robert A. Morrin*
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*