# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC, | ) | |
| CLARENCE M. HOWARD, and | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY | ) | |
| | ) | |
| Defendants | | |

## ORDER

This matter having come before the Court on Defendant, Vince Kline's ("Kline"), Motion for Judgment on the Pleadings, and the Court being sufficiently advised, **IT IS ORDERED**:

(1) Kline's Motion for Judgment on the Pleadings is hereby **GRANTED**;

(2) Plaintiff's claims against Kline are **DISMISSED WITH PREJUDICE**.

61667339.1