UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC, | ) | |
| CLARENCE M. HOWARD, and | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| VINCE KLINE | ) | |
| | | |
| Defendants | | |

**AGREED ORDER AND ENTRY OF JUDGMENT ON THE PLEADINGS
IN FAVOR OF DEFENDANT KLINE**
*[Tendered Electronically]*

The matter is before the Court on Defendant Vince Kline's Motion for Judgment on the Pleadings (Doc. 217). The Court, having reviewed the Motion and memoranda in support of it, and the Plaintiff having agreed, the Court hereby grants the Motion, and enters a judgment on the pleadings in favor Defendant Kline on all claims made against him in the Complaint, as amended, in this action.

Agreed to and Tendered By:

*/s/ Mindy G. Barfield*
Mindy G. Barfield
Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
mindy.barfield@dinsmore.com
kyle.bunnell@dinsmore.com
*Counsel for Defendants,*
*National Indemnity Company and Vince Kline*


*/s/ Robert A. Morrin*
Robert A. Morrin, Esq.
MORRIN LAW OFFICE
214 West Main Street
Richmond, KY  40475
*Counsel for Plaintiff*


63012190.1