UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHARLES L. WALDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 5:22-cv-00238-KKC |
| ) | |
| ENTERPRISE SERVICES GROUP, LLC, ) | |
| CLARENCE M. HOWARD, and ) | |
| NATIONAL INDEMNITY GROUP OF ) | |
| INSURANCE COMPANIES OR ) | |
| NATIONAL INDEMNITY COMPANY ) | |
| ) | |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF SERVICE OF RESPONSES TO
DEFENDANT NATIONAL INDEMNITY GROUP OF INSURANCE COMPANIES'
FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS**
\*\*\*\*\*\*\*\*\*\*

Comes now the Plaintiff, CHARLES L. WALDEN, by and through counsel, to provide notice to the Court that his Responses to Defendant National Indemnity Group of Insurance Companies' First Set of Interrogatories and Requests for Production of Documents have been served upon the following this August 11, 2025:

Hon. Mindy G. Barfield and Hon. Kyle R. Bunnell
DINSMORE & SHOHL LLP
mindy.barfield@dinsmore.com; kyle.bunnell@dinsmore.com
*Counsel for Defendants, National Indemnity Company and Vince Kline*

                                          Respectfully Submitted,

                                          MORRIN LAW OFFICE

                                           /s/*Robert A. Morrin*
                                          Hon. Robert A. Morrin (KBA # 94368)
                                          214 West Main Street
                                          Richmond, KY 40475
                                          (859) 358-0300
                                          *Counsel for Plaintiff*