UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN                          )
                                           )
    Plaintiff                              )
                                           )
                                           )
v.                                         )    CIVIL ACTION NO. 5:22-CV-00238-KKC
                                           )
                                           )
NATIONAL INDEMNITY GROUP OF                )
INSURANCE COMPANIES OR                     )
NATIONAL INDEMNITY COMPANY,                )
                                           )
                                           )
    Defendants                             )

**\*\*\*\*\*\*\*\*\*\***
## MOTION TO MODIFY SCHEDULING ORDER
**\*\*\*\*\*\*\*\*\*\***

Comes the Plaintiff, CHARLES L. WALDEN, by and through counsel, and for his Motion to Modify Scheduling Order, hereby states as follows:

This Court entered a Scheduling Order [DE 212] on May 2, 2025 setting various pre-trial deadlines. Plaintiff's counsel has retained an expert witness to testify regarding Defendant's violations of the Unfair Claims Settlement Practices Act. Plaintiff had been in communication with his expert witness regarding the upcoming deadline and was notified that said expert witness had recent cardiac health issues that interrupted his normal workflow. Furthermore, Plaintiff's expert witness will be traveling with family from mid-March until mid-April.

In light of the circumstances outside of Plaintiff's control, Plaintiff respectfully requests that this Court extend all deadlines up to the PreTrial Conference by sixty (60) days, in accordance with the attached proposed order. Plaintiff's counsel contacted Defendant's counsel prior to filing this Motion, to discuss any objections or concerns with moving these Scheduling

Order deadlines. Defendant's counsel indicated they had no objections to Plaintiff's proposed deadlines.

WHEREFORE, Plaintiff respectfully requests this Court extend the deadlines for Plaintiff's Expert Reports, Defendant's Expert Reports, all expert discovery completed, and Dispositive and Daubert motions must be filed by sixty (60) days.

Respectfully Submitted,

MORRIN LAW OFFICE

 /s/*Robert A. Morrin*
Hon. Robert A. Morrin (KBA # 94368)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

* * * * * * * * *
## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been filed with the Court via the ECF system, and has served by electronic mail upon the following parties on this the 26th day of March, 2026:

Hon. Mindy G. Barfield
Hon. Kyle R. Bunnell
DINSMORE & SHOHL LLP
mindy.barfield@dinsmore.com
kyle.bunnell@dinsmore.com
*Counsel for Defendants, National Indemnity Company and Vince Kline*

 /s/*Robert A. Morrin*
Hon. Robert A. Morrin (KBA # 94368)
MORRIN LAW OFFICE
*Counsel for Plaintiff*

2