UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-00238-KKC |
| | ) | |
| | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**********

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY
SCHEDULING ORDER**
**********

Motion to Modify Scheduling Order having been made by counsel for Plaintiff,

CHARLES L. WALDEN, and the Court having been sufficiently advised, IT IS FURTHER

ORDERED AND ADJUDGED Plaintiff's Motion to Modify Scheduling Order is hereby

GRANTED:

Plaintiff's Expert Reports (DE 212, para.1(d)(i)), currently due 3/27/2026, are now due

5/27/2026.  Defendant's Expert Reports (DE 212, para.1(d)(ii)), currently due 5/29/2026, are now

due 7/29/2026.  All expert discovery completed (DE 212, para.1(e)), currently 7/30/2026, are

now due 9/30/2026.  Dispositive and Daubert motions filed (DE 212, para.1(f)), currently

8/31/2026, are now due 10/31/2026.  The Telephonic PreTrial Conference currently set for

2/11/2027 remains.

This the _____ day of _____, 20_____.

_____
JUDGE, EASTERN DISTRICT OF KENTUCKY

Prepared by:

 */s/Robert A. Morrin*_____
Hon. Robert A. Morrin
*Counsel for Plaintiff*


\* \* \* \* \* \* \* \* \* \*

**CLERK'S CERTIFICATE OF SERVICE**


This is to certify that the foregoing has been served on this the _____ day of

_____, 2026, by mailing a true and accurate copy to the following:

Hon. Robert A. Morrin
MORRIN LAW OFFICE
214 West Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

Hon. Mindy G. Barfield
Hon. Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W Main Street
Suite 900
Lexington, KY 40507
*Counsel for Defendants, National Indemnity Company and Vince Kline*


_____
EASTERN DISTRICT OF KENTUCKY
COURT CLERK