UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES L. WALDEN

                            )
                            )
    Plaintiff               )
                            )
                            )
v.                          )        CIVIL ACTION NO. 5:22-CV-00238-KKC
                            )
                            )
NATIONAL INDEMNITY GROUP OF )
INSURANCE COMPANIES OR      )
NATIONAL INDEMNITY COMPANY, )
                            )
                            )
    Defendants              )

**********
**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**
**********

Motion to Modify Scheduling Order having been made by counsel for Plaintiff, CHARLES L. WALDEN, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion to Modify Scheduling Order is hereby GRANTED:

Plaintiff's Expert Reports (DE 212, para.1(d)(i)), currently due 3/27/2026, are now due 5/27/2026. Defendant's Expert Reports (DE 212, para.1(d)(ii)), currently due 5/29/2026, are now due 7/29/2026. All expert discovery completed (DE 212, para.1(e)), currently 7/30/2026, are now due 9/30/2026. Dispositive and Daubert motions filed (DE 212, para.1(f)), currently 8/31/2026, are now due 10/31/2026. The Telephonic PreTrial Conference currently set for 2/11/2027 remains.

This the 27th day of March 2026.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY