UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:22-CV-000238-KKC-EBA

CHARLES L. WALDEN, PLAINTIFF,

V. **ORDER**

NATIONAL INDEMNITY GROUP OF
INSURANCE COMPANIES, DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

Upon the Court's own motion,

**IT IS ORDERED** that this matter shall come before the Court for a telephonic status conference call to appear **ON THE RECORD**, originating from **FRANKFORT**, on **Monday, June 22, 2026,** at **1:00 P.M**. The parties' counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 490 338 695 (followed by #).

Signed June 9, 2026.



Signed By:

*Edward B. Atkins*

**United States Magistrate Judge**