## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON
## CIVIL MINUTES-TELEPHONE CONFERENCE

**Case No. 5:22-cv-238-KKC-EBA**         **At: Frankfort**         **Date: June 22, 2026**

**Style: Walden v. Enterprise Services Group, LLC, et al**

---

**PRESENT:   HON. EDWARD B. ATKINS, MAGISTRATE JUDGE**

Counsel Present for Plaintiff:         Robert A. Morrin

Counsel Present for Defendants:        Mindy G. Barfield

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK__5-22-cv-238-KKC-EBA_20260622_130409

---

**PROCEEDINGS:    TELEPHONE CONFERENCE**

This matter having come before Court for a telephone conference to discuss the status of this case.  The Court heard counsel and based upon representations of counsel, discovery is progressing and the parties are on schedule with the current deadlines.

This 22nd day of June 2026.



Signed By:

**Edward B. Atkins** *EBA*

United States Magistrate Judge

Copies: COR
Deputy Clerk's Initials:  jj
TIC: 0/07