**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC, | ) | |
| CLARENCE M. HOWARD, and | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF VIDEO DEPOSITION**
*[Filed Electronically]*

Defendant, National Indemnity Company, gives notice that on **Wednesday**, **August 12, 2026 at 12:00 p.m. EST**, that it shall proceed to virtually take the video deposition of Frederick Fisher.  Said deposition will be recorded via video and stenographic means and shall be used for all purposes permitted under the Federal Rules of Civil Procedure and shall continue from day to day until completed.

Respectfully submitted,

*/s/ Kyle R. Bunnell*
Mindy G. Barfield
Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
mindy.barfield@dinsmore.com
kyle.bunnell@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, a true and correct copy of the foregoing was served via electronic mail on:

Robert A. Morrin, Esq.
MORRIN LAW OFFICE
214 West Main Street
Richmond, KY  40475
*Counsel for Plaintiff*

*/s/ Kyle R. Bunnell*
*Counsel for Defendants,*
*National Indemnity Company and Vince Kline*

cc:    An/Dor Reporting
       859-254-0568

70023203.1

2