**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
*Electronically Filed*

| | | |
|---|---|---|
| CHARLES L. WALDEN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00238-KKC |
| | ) | |
| ENTERPRISE SERVICES GROUP, LLC, | ) | |
| CLARENCE M. HOWARD, and | ) | |
| NATIONAL INDEMNITY GROUP OF | ) | |
| INSURANCE COMPANIES OR | ) | |
| NATIONAL INDEMNITY COMPANY | ) | |
| | ) | |
| Defendants | | |

---

**NOTICE OF SERVICE**

---

The parties will please take notice that Defendant, National Indemnity Company, served its Fed. R. Civ. P. 26(a)(2) Disclosures on July 29, 2026.

Respectfully submitted,

*/s/ Kyle R. Bunnell*

Mindy G. Barfield
Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
mindy.barfield@dinsmore.com
kyle.bunnell@dinsmore.com
*Counsel for Defendant,*
*National Indemnity Company*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29th, 2026, a true and correct copy of the foregoing was served via electronic mail and First Class Mail, postage prepaid, on:

Robert A. Morrin, Esq.
MORRIN LAW OFFICE
214 West Main Street
Richmond, KY 40475
rob@morrinlawoffice.com
rachel@morrinlawoffice.com
*Counsel for Plaintiff*

*/s/ Kyle R. Bunnell*

*Counsel for Defendant,*
*National Indemnity Company*

70829873.1

2