# KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT

MASTER FILE # 72530212

| INVESTIGATING AGENCY | AGENCY ORI NUMBER | LOCAL CODE |
|---|---|---|
| RICHMOND POLICE DEPARTMENT | 0760200 | A20033034 |

| ROADWAY NAME | PARKING LOT | INTERSECTION WITH | BETWEEN STREETS |
|---|---|---|---|
| I 0075 | N | N | N |

| ROADWAY # | DISTANCE FROM MILEPOINT | MILEPOINT # | INJURED | KILLED | # UNITS INVOLVED | HIT & RUN | ONE WAY | SPEED LIMIT |
|---|---|---|---|---|---|---|---|---|
| I 0075 | | 0.305 | 1 | 0 | 2 | NO | NO | 70 MPH |

| | | |
|---|---|---|
| IN CITY LIMITS? YES | LATITUDE DEG: 37 MIN: 44.156 | COLLISION DATE AND TIME 08/10/2020 00:00 |
| MILES FROM CITY | LONGITUDE DEG: 84 MIN: 19.349 | |

| | | |
|---|---|---|
| CITY/TOWN: 07602 - RICHMOND | | RAMP: YES |
| COUNTY: 076 - MADISON | | FROM: I 0075 DIR: N |
| SECONDARY COLLISION: NO | MEDIAN CROSSOVER: NO | TO: KY0876 DIR: E |

| MANNER OF COLLISION | LOCATION 1ST EVENT | TRAFFIC CONTROL |
|---|---|---|
| 05 - REAR END | 05 - OUTSIDE SHOULDER-RIGHT | 99 - NONE |

| ROADWAY TYPE ☐ Frontage Rd | TOTAL LANES | ROADWAY CHARACTER | RDWY SURFACE | ROADWAY CONDITION |
|---|---|---|---|---|
| 05 - INTERSTATE | 4 | 04 - STRAIGHT & GRADE | 01 - ASPHALT | 01 - DRY |

| WEATHER | LIGHT CONDITION | LAND USE | SCHOOL BUS RELATED |
|---|---|---|---|
| 02 - CLEAR | 05 - DARK-HWY LIGHTED/ON | 03 - LIMITED ACCESS | 03 - NOT APPLICABLE |

FIRST AID AT SCENE YES | FIRST AID GIVEN BY MADISON COUNTY EMS

INJURED REMOVED TO
03411 - UNIVERSITY OF KENTUCKY

| EMS AGENCY AND RUN # | | | EMS AGENCY AND RUN # | | | EMS AGENCY AND RUN # | | |
|---|---|---|---|---|---|---|---|---|
| 12689585 | | | | | | | | |
| NOTIFIED TIME | ARRIVED TIME | TIME AT HOSPITAL | NOTIFIED TIME | ARRIVED TIME | TIME AT HOSPITAL | NOTIFIED TIME | ARRIVED TIME | TIME AT HOSPITAL |
| 00:26 | 00:28 | 01:17 | | | | | | |

INJURED OR DECEASED REMOVED BY
03 - MUNICIPAL/COUNTY EMERGENCY VEHICLE

| # | PROPERTY DAMAGE - OTHER THAN VEHICLES | PROPERTY |
|---|---|---|
| 1 | | |
| | OWNER/PHONE/ ADDRESS | |
| 2 | | |
| | OWNER/PHONE/ ADDRESS | |
| 3 | | |
| | OWNER/PHONE/ ADDRESS | |

| INV. COMPLETE | RECONSTRUCTION PENDING | PHOTOS | PHOTOGRAPHER UNIT NO. |
|---|---|---|---|
| NO | NO | YES | 9207 |

| INVESTIGATOR | ID NUMBER | BEAT OR POST # | TIME NOTIFIED | TIME ARRIVED | RDWY OPENED |
|---|---|---|---|---|---|
| Curry, Jason | 9207 | 42 | 00:23 | 00:25 | 01:29 |

REVIEWED BY
Shaffer, Gary

Case: 5:22-cv-00238-KKC-EBA Doc #: 231-2 Filed: 10/30/26 Page: 2 of 4 - Page ID#: 2251



| | | | | | |
|---|---|---|---|---|---|
| | | MASTER FILE # | 72530212 | | |
| INVESTIGATING AGENCY | RICHMOND POLICE DEPARTMENT | AGENCY ORI | 0760200 | LOCAL CODE | A20033034 |

On August 10, 2020 at 00:25 I responded to an injury collision at the I-75 N Exit 87 off ramp. The collision had occurred approximately twenty minutes prior to the collision being reported. The collision occurred about halfway down the ramp. Unit 1 stated that he was tired and did not see Unit 2 parked on the edge of the ramp. Unit 1 struck the rear of Unit 2. Unit 1 had severe damage to the front and the impact knocked the camper top off of the vehicle. Unit 2 had minor to moderate damage to the left rear bumper. Unit 1 stated that he had previosly had hip surgery and he had dislocated his hip. He was transported to the University of Kentucky Medical Center for treatment.

Unit 2 had been parked on the right side of the ramp. It had broken down and the driver had left it. The driver had set out reflective triangles behind the truck.

Unit 1 was towed by David's. Unit 2 was towed by Barger's.

The operator of Unit 2 was Clarence M. Howard (GA OLN 067185431) of 320 Fairburn Rd SW, Atlanta, GA 30331.

KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT - UNIT

MASTER FILE # 72530212

| INVESTIGATING AGENCY | AGENCY ORI | LOCAL CODE |
|---|---|---|
| RICHMOND POLICE DEPARTMENT | 0760200 | A20033034 |

| UNIT # | TOWED? | TOWED DUE TO DISABLED? | # OCCUPANTS | PEDESTRIAN FACTORS |
|---|---|---|---|---|
| 1 | YES - DAVID'S WRECKER SERVICE | YES | 1 | |

| OPERATOR'S LIC. NO. | STATE | LIC. CLASS | ENDORSEMENT |
|---|---|---|---|
| W08781006 | KY | D | |

| CDL | CO. RESIDENT | OWNER |
|---|---|---|
| NO | YES | NO |

OPERATORS LICENSE RESTRICTIONS

OPERATOR NAME (LN, FN, MI): WALDEN, CHARLES L.

| BIRTH DATE | ADDRESS |
|---|---|
| 05/27/1992 | 555 MULE SHED LN<br>RICHMOND, KY 40475 |

COMPLIANT: YES

| A. PRE-COLLISION VEHICLE ACTION | B. UNIT TYPE | C. FIRE | D. OVERTURNED |
|---|---|---|---|
| 05 - GOING STRAIGHT AHEAD | 08 - LT TRUCK(VAN/SPORTS UTILITY/PICKUP) | NO | NO |

E. HUMAN FACTORS: 09 - FATIGUE; 14 - INATTENTION

F-H. EVENT COLLISION: 1ST: 05 - OTHER MOTOR VEHICLE

| I. VEHICULAR FACTORS | J. ENVIRONMENTAL FACTORS |
|---|---|
| 99 - NONE DETECTED | 07 - IMPROPERLY PARKED VEHICLE(S) |

K. UNDERRIDE/OVERRIDE: 98 - UNKNOWN

| INVOLVED PERSONS: NAME, ADDRESS, CITY, STATE AND ZIP | | DOB/DOD | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALDEN, CHARLES L.<br>555 MULE SHED LN<br>RICHMOND, KY 40475 | MALE | 05/27/1992 | 01 | YES | 11 | 02 | 08 | 01 | 02 | 01 | 01 | 01 |
| WALDEN, CHARLES M.<br>555 MULE SHED LN<br>RICHMOND, KY 40475 | MALE | 07/07/1961 | 08 | NO | | | 08 | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| VEH YEAR | MAKE | MODEL | TYPE | STATE | REGISTRATION NUMBER | YEAR |
|---|---|---|---|---|---|---|
| 2004 | CHEVROLET | COLORADO | PK | KY | 695LMB | 2020 |

| VIN (VEHICLE ID #) | VEH INSURED | NAME OF INSURANCE CO. | INSURANCE POLICY # | COLOR OF VEH |
|---|---|---|---|---|
| 1GCCS148348176867 | YES | PROGRESSIVE | 931651604 | WHITE |

| 1ST AREA OF CONTACT | 1ST AREA CONTACT - COMBINATION VEH | EXTENT OF DAMAGE | AIR BAG SWITCH | TRAVEL DIRECTION |
|---|---|---|---|---|
| 12 - 12 O'CLOCK | | SEVERE | ON | NORTH |

| ESTIMATED TRAVEL SPEED | MOST HARMFUL EVENT |
|---|---|
| | |

| COMMERCIAL VEH | LARGE TRUCK / BUS | PLACARD PRESENT | HAZ CARGO | HAZ SPILL | HAZ. MAT. # | TYPE CARGO/COMMODITY | NAS SAFETY REPORT # |
|---|---|---|---|---|---|---|---|
| NO | NO | | | | | | |

| HM CLASS | CARRIER TYPE |
|---|---|
| | |

| SINGLE/ COMBINATION/BOBTAIL | NO. AXLES | NO. TRAILERS | US DOT # | ICC MC # | CRASH AVOIDANCE (Fatal Only) |
|---|---|---|---|---|---|
| | | | | | |

| VEHICLE CONFIGURATION | CARGO BODY TYPE | BUS USE |
|---|---|---|
| | | |

| GVWR TOTAL | MOTOR CARRIER NAME | CARRIER NAME SOURCE |
|---|---|---|
| | | |

MOTOR CARRIER ADDRESS

| VIOL CODES | CITATION # | CASE NUMBER | SUSPECTED DRINKING DRIVER | METHOD OF DETERMINATION |
|---|---|---|---|---|
| | | | NO | 02 - OBSERVATION |

TAKEN BY

| TEST OFFER'D | CHEMICAL TEST | TESTED FOR | SENT TO | RESULTS | PAGE |
|---|---|---|---|---|---|
| NO | | | | | 3 OF 4 |

KENTUCKY UNIFORM POLICE TRAFFIC COLLISION REPORT - UNIT

MASTER FILE # 72530212

INVESTIGATING AGENCY RICHMOND POLICE DEPARTMENT | AGENCY ORI 0760200 | LOCAL CODE A20033034

UNIT # 2 | TOWED? YES - BARGERS | TOWED DUE TO DISABLED? YES | # OCCUPANTS 0 | PEDESTRIAN FACTORS

OPERATOR'S LIC. NO. | STATE | LIC. CLASS | ENDORSEMENT

OPERATORS LICENSE RESTRICTIONS

CDL | CO. RESIDENT | OWNER

OPERATOR NAME (LN, FN, MI)

BIRTH DATE | ADDRESS

COMPLIANT

A. PRE-COLLISION VEHICLE ACTION: 12 - PARKED | B. UNIT TYPE: 22 - TRUCK-SINGLE UNIT | C. FIRE: NO | D. OVERTURNED: NO

E. HUMAN FACTORS: 99 - NONE DETECTED

F-H. EVENT COLLISION
1ST: 05 - OTHER MOTOR VEHICLE

I. VEHICULAR FACTORS: 99 - NONE DETECTED | J. ENVIRONMENTAL FACTORS: 07 - IMPROPERLY PARKED VEHICLE(S)

K. UNDERRIDE/OVERRIDE: 01 - NO UNDERRIDE/OVERRIDE

| INVOLVED PERSONS: NAME, ADDRESS, CITY, STATE AND ZIP | DOB/DOD | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTERPRISE SERVICES GROUP<br>255 SW WALKER ST<br>ATLANTA, GA 30313 | | 08 | NO | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

VEH YEAR 2012 | MAKE FREIGHTLINER | MODEL XCL CHASSIS | TYPE UT | STATE GA | REGISTRATION NUMBER XBJ563 | YEAR 2020

VIN (VEHICLE ID #) 1FVACWDT4CDBE5657 | VEH INSURED YES | NAME OF INSURANCE CO. HAIRSTON BROWN FINCANICAL AND INSURANCE SERVICES | INSURANCE POLICY # 70TRS105576 | COLOR OF VEH WHITE

1ST AREA OF CONTACT 06 - 6 O'CLOCK | 1ST AREA CONTACT - COMBINATION VEH | EXTENT OF DAMAGE MINOR/MOD | AIR BAG SWITCH NOT PRESENT | TRAVEL DIRECTION NORTH

ESTIMATED TRAVEL SPEED | MOST HARMFUL EVENT

COMMERCIAL VEH NO | LARGE TRUCK / BUS YES | PLACARD PRESENT NO | HAZ CARGO NO | HAZ SPILL NO | HAZ. MAT. # | TYPE CARGO/COMMODITY | NAS SAFETY REPORT #

HM CLASS | CARRIER TYPE INTERSTATE CARRIER

SINGLE/ COMBINATION/BOBTAIL SINGLE | NO. AXLES 3 | NO. TRAILERS 0 | US DOT # 03205458 | ICC MC # | CRASH AVOIDANCE (Fatal Only)

VEHICLE CONFIGURATION SINGLE UNIT TRUCK (3 OR MORE AXLES) | CARGO BODY TYPE VAN/ENCLOSED BOX | BUS USE NOT A BUS

GVWR TOTAL 10,001 - 26,000 POUNDS | MOTOR CARRIER NAME ENTERPRISE SERVICES GROUP | CARRIER NAME SOURCE SIDE OF VEHICLE

MOTOR CARRIER ADDRESS 135 NAKOMIS PLACE
ALPHRETTA,GA 30004

VIOL CODES | CITATION # | CASE NUMBER | SUSPECTED DRINKING DRIVER | METHOD OF DETERMINATION

TAKEN BY

TEST OFFER'D | CHEMICAL TEST | TESTED FOR | SENT TO | RESULTS | PAGE 4 OF 4