# FAX

**To:**
Company:
Fax: 918599720813
Phone:

**From:**
Fax:
Phone:
E-mail: VTKline@nationalindemnity.com

---

**NOTES:**

Claim 00561125; ENTERPRISE SERVICES GROUP LLC

---

**Date and time of transmission:** Friday, February 26, 2021 10:29:02 AM
**Number of pages including this cover sheet:** 03

EXHIBIT
1

Dear Mr. Morrin,

Please see the attached correspondence.

Best regards,

Vince Kline | Claim Examiner

National Indemnity Company

P.O. Box 31361 | Omaha, NE 68131

Direct: (402) 916-3648 | vtkline@nationalindemnity.com<mailto:vtkline@nationalindemnity.com>

National Indemnity
group of insurance companies

National Indemnity Company • National Fire & Marine Insurance Company • National Liability & Fire Insurance Company
Columbia Insurance Company • National Indemnity Company of Mid-America • National Indemnity Company of the South

February 26, 2021

Robert A. Morrin
Morrin Law Office
*Via Email:* Rob@MorrinLawOffice.com

| | | |
|---|---|---|
| Re: | Claim Number: | 00561125 |
| | Policy Number: | 70TRS105576 |
| | Insured: | Enterprise Services Group LLC |
| | Claimant: | Charles Walden |
| | Date of Loss: | 08/10/2020 |
| | Driver: | Clarence Howard |

Dear Mr. Morrin:

This letter is to advise you that based on its investigation to date, National Indemnity Company has found no liability against its Insured, Enterprise Services Group LLC, and therefore denies any claim for damages presented by your client, Mr. Clarence Howard.

Specifically, it appears from the Police Report that your client was listed as at fault for rear-ending our Insured's parked vehicle (despite the fact that our Insured had set out reflective triangles behind the vehicle) due to fatigue and inattention; no fault was placed on the Insured.

If you believe there is any new evidence which has not been considered, please provide it to me for consideration. Please call me at 402-916-3648 if you have any questions regarding this Claim. Otherwise, I will proceed to close my file on this matter in thirty days from the date of this letter.

Sincerely,

National Indemnity Company

Vince Kline
Claims Department

*It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits.*