Ok'd - 11/18/2019 cpage

Driver Name: **PULLIN, COREY TABIOUS**
Driver Address: **10591 BENT TREE VW**
**DULUTH, GA 30097-5988**

Driver License:
State: **GA**
Number: **049248738**
Date of Birth: **04/29/1983**
Gender: **MALE**
Height:
Date Issued: **05/08/2018**
Date Expired: **04/29/2022**

MVR Status: **Clear**

MVR Date: **11/18/2019**
License Class: **C**
License Status: **VALID**

Details: REQUESTED AS: COREY T PULLIN DOB: 04291983 LICENSE : 049248738 PERS:01: ACTIVE VALID C 0508201804292022 NONE NONE LIC CLASS: C DESC: SING-VEH GVWR < 26K TO WING < 10K LIC STATUS: VALID LIC ISSUED: 05/08/2018 LIC EXPIRES: 04/29/2022 LIC RESTR: NONE LIC ENDMT: NONE LIC TYPE: REG DESC: REGULAR ORIGINAL ISSUE DATE: 08/24/2001 NON-COMMERCIAL PRIVILEGE: VALID COMMERCIAL PRIVILEGE: NOT LICENSED AMOUNT OF HISTORY: 3 YEARS This report is generated for insurance purposes only and may not be used for any other purpose. The use and dissemination of the report and information in it must comply with your iiX agreeme nt and the Fair Credit Reporting Act, the Driver's Privacy Protection Act, and any applicable state statute(s). The data in the report from the applicable state agency or service bureau is provided through iiX "as is."

Driver Name: PULLIN, COREY TABIOUS

## Driving Record History

| Type | Violation Date | Conviction Date | NICO Assignment | State Points |
|---|---|---|---|---|

70TRS105576

National Indemnity
group of insurance companies

Columbia Insurance Company
National Fire & Marine Insurance Company
National Liability & Fire Insurance Company
National Indemnity Company
National Indemnity Company of the South
National Indemnity Company of Mid-America

# Truck Application

Review the application for accuracy. * denotes information that needs to be completed.

1. Policy Term 11/14/2019 - 11/14/2020
2. Named Insured ENTERPRISE SERVICES GROUP LLC
* 3. DBA na
4. Entity Type ☐ Individual ☐ Partnership ☒ Corporation ☐ Other
* 5. Business Phone Number 404-396-7788 Email Address shanta.esgexpress@gmail.com
* 6. Mailing Address 135 NAKOMIS PL Website
7. City ALPHARETTA State GA Zip 30004
* 8. Premises Address Same as above
* 9. City State Zip
* 10. ☑ Yes ☐ No Have you ever had insurance with one of the companies listed above?

| **Coverages** | |
|---|---|
| Liability | $1,000,000 Combined Single Limit |
| Uninsured Motorist | $75,000 Combined Single Limit |
| Medical Payments | Not Purchased |
| **Additional Coverages** | |
| General Liability | $1,000,000 Each Occurrence Limit / $2,000,000 General Aggregate Limit |

**Operations**

11. Business Description TRUCKING
* 12. Vehicle Usage amazon
* 13. ☑ Yes ☐ No New Venture? Years experience
* 14. ☑ Yes ☐ No Is this your primary business? If no, explain
15. ☒ Yes ☐ No Do you haul for hire?
16. ☐ Yes ☒ No Do you haul your own cargo exclusively? If not, who owns it?
* 17. Gross receipts last year Estimate for coming year
18. ☑ Yes ☐ No Do you operate in more than one state? If yes, list states AL, MS, GA
* 19. What is the largest city entered?
20. ☐ Yes ☒ No Do you do repossessions?
* 21. ☐ Yes ☑ No Do you operate over a regular route? If yes, show towns operated between
* 22. ☑ Yes ☐ No Are you a common carrier?
* 23. ☐ Yes ☑ No Are you a contract hauler? If yes, for whom?
* 24. Types of cargo hauled
* 25. ☐ Yes ☑ No Do you haul hazardous materials? If yes, list
26. ☐ Yes ☒ No Do you pull double trailers?
* 27. ☐ Yes ☑ No Do you pull triple trailers?
* 28. ☐ Yes ☑ No Do you rent or lease your vehicle to others?
* 29. ☐ Yes ☑ No Do you hire any vehicles?

**Loss Experience**

* 30. ☐ Yes ☑ No Have you ever been declined, canceled or non-renewed for this kind of insurance? If yes, explain
* 31. ☐ Yes ☑ No Have you previously had commercial auto insurance? If yes, name of prior insurance company
* Number of accidents in the past 3 years
* Include loss runs or provide details of losses

M-5690 (02/2012)

NEW

RENEWAL NUMBER

XREF 70TRS100234

CROSS REFERENCE NUMBER

**70 TRS 105576**

# NATIONAL INDEMNITY COMPANY
## OMAHA, NEBRASKA
## BUSINESS AUTO COVERAGE DECLARATIONS

☐ The Declarations include a second part designated **"Part 2".**

**Producer**
**030022 - HAIRSTON BROWN**
**9330 HWY 119, STE 300**
**Alabaster, AL 35007**

**ITEM ONE** NAMED INSURED & ADDRESS

**ENTERPRISE SERVICES GROUP LLC**
**135 NAKOMIS PL**
**ALPHARETTA, GA 30004**

FORM OF NAMED INSURED'S BUSINESS: **LLC**

NAMED INSURED'S BUSINESS: **TRUCKING**

POLICY PERIOD: Policy covers FROM **11/18/2019 11:51 AM** TO **11/18/2020** 12:01 A.M. Standard Time at the Named Insured's Address stated above.

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage .

| COVERAGES | COVERED **AUTOS** (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | **LIMIT OF INSURANCE** THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR **LOSS** | PREMIUM |
|---|---|---|---|
| LIABILITY | **7** | $ **1,000,000 CSL** | $ [redacted] |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ Deductible | $ |
| ADDED P.I.P. (or equivalent added No-fault cov.) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ |
| AUTO MEDICAL PAYMENTS | | $ | $ |
| UNINSURED MOTORISTS | **10** | $ **75,000 CSL (BI & PD)** | $ |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists coverage) | | $ | $ |
| **PHYSICAL DAMAGE INSURANCE** | | | |
| COMPREHENSIVE COVERAGE | **7** | $ **See M 3912b (08/2001)** | $ |
| SPECIFIED CAUSES OF LOSS | | $ | $ |
| COLLISION COVERAGE | **7** | $ **See M 3912b (08/2001)** | $ |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED **AUTO** | $ |
| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION **See M4572 (12/1994)** | | PREMIUM FOR ENDORSEMENTS | $ |
| | | ESTIMATED TOTAL PREMIUM | $ |

**ENTER SYMBOL 10 DESCRIPTION HERE:**

**Symbol 10 - Only those autos described in Item Three of the Declarations with Liability premium shown.**

**POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $** [redacted] **IF CANCELLED BY THE INSURED.**

**ITEM THREE - SCHEDULE OF COVERED AUTOS** **AS ATTACHED**

Countersigned At **Southern Insurance Underwriters, Inc** **Alpharetta, GA** By

Processed by Gina Lary 12/3/2019

AUTHORIZED SIGNATURE

**In Witness whereof**, we have caused this policy to be executed and attested.

Secretary

President

**M-5605 (02/2011)** **11/26/2019**

Certified policy needed. Please task to Kelsie Ivers when ready. Thank you. 9.2.22

NEW

RENEWAL NUMBER

XREF 70TRS100234

CROSS REFERENCE NUMBER

**70 TRS 105576**

**NATIONAL INDEMN**
**OMAHA, NE**
**BUSINESS AUTO COVER**

The Declarations include a second part designated **"Part 2".**

**Producer**
**030022 - HAIRSTON BROWN**
**9330 HWY 119, STE 300**
**Alabaster, AL 35007**

**ITEM ONE** NAMED INSURED & ADDRESS

**ENTERPRISE SERVICES GROUP LLC**
**135 NAKOMIS PL**
**ALPHARETTA, GA 30004**

FORM OF NAMED INSURED'S BUSINESS: **LLC**

NAMED INSURED'S BUSINESS: **TRUCKING**

POLICY PERIOD: Policy covers FROM **11/18/2019 11:51 AM** TO **11/18/2020** 12:01 A.M. Standard Time at the Named Insured's Address stated above.

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage .

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | **7** | $ **1,000,000 CSL** | $ [redacted] |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ Deductible | $ [redacted] |
| ADDED P.I.P. (or equivalent added No-fault cov.) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ [redacted] |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ [redacted] |
| AUTO MEDICAL PAYMENTS | | $ | $ [redacted] |
| UNINSURED MOTORISTS | **10** | $ **75,000 CSL (BI & PD)** | $ [redacted] |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists coverage) | | $ | $ [redacted] |
| **PHYSICAL DAMAGE INSURANCE** | | | |
| COMPREHENSIVE COVERAGE | **7** | $ **See M 3912b (08/2001)** | $ [redacted] |
| SPECIFIED CAUSES OF LOSS | | $ | $ [redacted] |
| COLLISION COVERAGE | **7** | $ **See M 3912b (08/2001)** | $ [redacted] |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED **AUTO** | $ [redacted] |
| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION **See M4572 (12/1994)** | | PREMIUM FOR ENDORSEMENTS | $ [redacted] |
| | | ESTIMATED TOTAL PREMIUM | $ [redacted] |

**ENTER SYMBOL 10 DESCRIPTION HERE:**
**Symbol 10 - Only those autos described in Item Three of the Declarations with Liability premium shown.**

**POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $** [redacted] **IF CANCELLED BY THE INSURED.**

**ITEM THREE - SCHEDULE OF COVERED AUTOS** **AS ATTACHED**

Countersigned At **Southern Insurance Underwriters, Inc.** **Alpharetta, GA** By Processed by Gina Lary 12/3/2019

AUTHORIZED SIGNATURE

**In Witness whereof**, we have caused this policy to be executed and attested.

Secretary

President

**M-5605 (02/2011)** **11/26/2019**

# SCHEDULE OF FORMS AND ENDORSEMENTS AT POLICY INCEPTION

POLICY # **70 TRS 105576**

INSURED **ENTERPRISE SERVICES GROUP LLC**

EFFECTIVE **11/18/2019 11:51 AM**

| | | |
|---|---|---|
| M 4600a | 04/2003 | Commercial Policy Jacket |
| M 5605 | 02/2011 | Business Auto Coverage Declarations |
| M 4572 | 12/1994 | Schedule of Forms and Endorsements at Policy Inception |
| M 5171 | 06/2004 | Schedule of Covered Autos |
| M 5728 | 11/2012 | Georgia Changes - Cargo |
| CA 2320 | 03/2010 | Truckers Endorsement |
| CA 0001 | 03/2010 | Business Auto Coverage Form |
| M 5786 | 01/2014 | Supplemental Declarations - Commercial General Liability Coverage |
| CG 0001 | 04/2013 | Commercial General Liability Coverage Form |
| CG 2266 | 11/1985 | Misdelivery of Liquid Products |
| M 5789 | 01/2014 | Transportation Endorsement |
| CG 2139 | 10/1993 | Contractual Liability Limitation |
| M 5788 | 01/2014 | Total Pollution Exclusion Endorsement |
| M 3912b | 08/2001 | Stated Amount Insurance |
| CA 3137 | 01/2009 | Georgia Uninsured Motorists Coverage - Added On to At-Fault Liability Limits |
| M 5804 | 08/2014 | Uninsured Motorists Coverage Amendatory Endorsement |
| CA 0109 | 10/2004 | Georgia Changes |
| M 5479 | 04/2010 | Towing and Storing Costs |
| M 5395 | 06/2018 | Georgia Changes - Cancellation and Nonrenewal |
| M 5748 | 10/2013 | Sanction Exclusion |
| M 5701 | 05/2012 | Supplemental Declarations - Cargo Coverage |
| M 5655 | 05/2012 | Cargo Coverage Form |
| M 5694 | 03/2012 | Refrigeration Breakdown Coverage Endorsement |
| M 4725a | 10/2009 | Punitive Damage Exclusion Duty To Defend Amendment |
| M 5824 | 01/2015 | Terrorism Risk Insurance Endorsement |

# SCHEDULE OF COVERED AUTOS

M-5171 (06/2004)

POLICY NUMBER: **70 TRS 105576**

EFFECTIVE DATE: **11/18/2019 11:51 AM**

NAMED INSURED: **ENTERPRISE SERVICES GROUP LLC**

| Policy-Level Coverages | |
|---|---|
| Uninsured Motorist Coverage: | **The premium charge for Uninsured Motorist Coverage is a policy charge; separate premium charges are not made for individual covered autos.** |
| Underinsured Motorist Coverage: | |
| Other: | |

| Vehicle # | Year / Liability Premium / Stated Limit or ACV | Make & Model / Medical Payments Premium / Specified Causes (S) or Comprehensive (C) | VIN / Personal Injury Protection Premium / Specified Causes or Comprehensive Premium | Use* (C/S/R) | Radius | Garaging Territory | Garaging City, State / In-Tow Premium / Collision Premium | GVW or Seating Cap. / Cargo Premium / Collision Deductible |
|---|---|---|---|---|---|---|---|---|
| 1 | 2012 | FREIGHTLINER TRUCK | 1FVACWDT4CDBE5657 | C | Unlimited Radius | 1 | ALPHARETTA, GA | 45,000 Lbs. |
| | 13,027 | | | | | | | 2,230 |
| | 35,000 | C | Incl | 2500 Ded | | | 3,529 | 2500 Ded |
| 2 | 2012 | FREIGHTLINER TRUCK | 1FVACWDT8CHBV0843 | C | Unlimited Radius | 1 | ALPHARETTA, GA | 45,000 Lbs. |
| | 13,027 | | | | | | | 2,230 |
| | 35,000 | C | Incl | 2500 Ded | | | 3,529 | 2500 Ded |

Note: Additional Insured Premium and Specified Causes or Comprehensive Deductible span the Use/Radius/Garaging Territory columns; "2500 Ded" is the Specified Causes or Comprehensive Deductible.

*Use (C = Commercial, S = Service, R = Retail)

11/26/2019

**Policy Number** **70 TRS 105576** **M-5728 (11/2012)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CARGO

This endorsement modifies insurance provided under the following:

**CARGO COVERAGE FORM**

The **Concealment, Misrepresentation, Or Fraud** Condition is replaced by the following:

We do not provide coverage to you or any other "insured" who, at any time:

1. Intentionally concealed or misrepresented a material fact;
2. Engaged in fraudulent conduct; or
3. Made a false statement;

relating to this insurance.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Company Name<br>**National Indemnity Company** | Policy Number **70 TRS 105576**<br>Endorsement Effective **11/18/2019 11:51 AM** |
| Named Insured<br>**ENTERPRISE SERVICES GROUP LLC** | Countersigned at<br>By |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

POLICY NUMBER: **70 TRS 105576**

**COMMERCIAL AUTO**
**CA 23 20 03 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRUCKERS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | **ENTERPRISE SERVICES GROUP LLC** |
| **Endorsement Effective Date:** | **11/18/2019 11:51 AM** |

**SCHEDULE**

For those covered "autos" used in your operations as a "trucker", the liability "cost of hire" provisions in the Declarations are replaced by the following:

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums – Liability Coverage**

| **Liability Coverage – Rating Basis, Cost Of Hire – Autos Used In Your Trucking Operations** | | |
|---|---|---|
| **Estimated Cost Of Hire** | **Rate Per Each $100 Cost Of Hire** | **Total Estimated Premium** |
| **$** | **$** | **$** |

"Cost of hire" means the total cost you incur for the hire of "autos" you don't own (not including "private passenger type autos" you borrow or rent from members of your household, your partners, "employees" or agents or members of their households).

 © Insurance Services Office, Inc., 2009 

The following provisions apply to those covered "autos" used in your operations as a "trucker" if gross receipts is used as a premium basis:

| Schedule For Gross Receipts Rating Basis – Liability Coverage | |
|---|---|
| **Estimated Yearly Gross Receipts:** | |
| **Rates (Per $100 Of Gross Receipts)** | |
| **Liability Coverage** | **$** |
| **Auto Medical Payments** | **$** |
| **Premiums** | |
| **Liability Coverage** | **$** |
| **Auto Medical Payments** | **$** |
| **Total Premiums** | **$** |
| **Minimum Premiums** | **$** |

When used as a premium basis:
Gross receipts means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originates the shipment or transportation. Gross receipts includes the total amount received from renting equipment, with or without drivers, to anyone who is not a "trucker" and 15% of the total amount received from renting any equipment to any "trucker". Gross receipts does not include:

1. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.
2. Advertising revenue.
3. Taxes which you collect as a separate item and remit directly to a governmental division.
4. C.O.D. collections for cost of mail or merchandise including collection fees.
5. Warehouse storage fees.

| Schedule Of Trailer Interchange Coverage | | | |
|---|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | | **Estimated Premium** |
| **Comprehensive** | **Least Of Actual Cash Value, Cost Of Repair Or** | | **$ N/A** |
| | **$** | **Limit Of Insurance** | |
| | **$** | **Deductible For Each Trailer** | |
| **Specified Causes Of Loss** | **Least Of Actual Cash Value, Cost Of Repair Or** | | **$ N/A** |
| | **$** | **Limit Of Insurance** | |
| | **$** | **Deductible For Each Trailer** | |
| **Collision** | **Least Of Actual Cash Value, Cost Of Repair Or** | | **$ N/A** |
| | **$** | **Limit Of Insurance** | |
| | **$** | **Deductible For Each Trailer** | |
| | | **Total Premium** | **$ N/A** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

 © Insurance Services Office, Inc., 2009