New Loss Setup Complete Jennifer Bruhn 11/3/2020

00561125

FROM: Matt Banta<mbanta@littonclaims.com>
TO: 'claims@nationalindemnity.com'
CC: DeBorah Baker
SENT: Tuesday, November 3, 2020 2:33:00 PM Central Standard Time
SUBJECT: FW: Need to create claim - policy 70TRS105576
ATTACHMENTS: Attachment.pdf;
============================================================

CAUTION EXTERNAL EMAIL - DO NOT open attachments or click on links from unknown senders or unexpected email.

See attached police report and letter of representation on a second accident for this insured on 8/10/20. The vehicle listed as involved is #1 on the policy, 2012 Freightliner, vin ending 5657. Per the police report it was improperly parked/left on the side of an off ramp and the CVD ran into it, causing potential serious injuries to the claimant.

Please set this claim up as a separate claim for this insured from the previous claim we are handling, 557532.

Thanks
Matt
Litton Claims

-----Original Message-----
From: DeBorah Baker
Sent: Tuesday, November 3, 2020 2:24 PM
To: Matt Banta <mbanta@littonclaims.com>
Subject: Need to create claim

Matt,
This LOR was received under claim# 557532 - The insured got into two different accidents on the same day.
The loss that claimant is being represented for happened in Kentucky. Possible serious injuries to this claimant for prior hip surgery, same hip dislocated from this accident.
The Police report is also attached.
Thanks

DeBorah Baker
Litton Claims Service
402.973.1329
dbaker@littonclaims.com
CONFIDENTIALITY NOTICE
The information contained in this email message and any attachment(s) is a CONFIDENTIAL CLAIMS COMMUNICATION and is protected by one or more of the following privileges:
1. Attorney-Client
2. Attorney Work Product
3. Trade Secret
4. Disclosure of Private Information
It is intended solely for the use of the recipient identified above. If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**INSURED**

We have yet to be able to contact the named insured, Enterprise Services Group, or the driver, Clarence Howard. We have determined that the address given for Clarence Howard is an apartment building; however there is no apartment number given on the police report or in the search information we have been able to obtain at this point.

We note that you had requested if the insured passenger was an employee of Enterprise Services Group; however, according to the police report there was no passenger in the unit at the time of the incident. Apparently, the driver had left the scene. As previously indicated, we have not been able to determine if Clarence Howard is an employee of the insured, as we can reach neither of them.

You may wish to have someone local to the insured attempt to locate the named insured and Mr. Howard.

**OFFICIAL RECORDS**

We have obtained the attached official photographs from the Richmond Police Dept. You will note that the insured unit is partially in the lane of travel at the time; however the photographs and the police report do indicate that the insured driver had placed reflective cones behind the insured unit at the time of the incident.

**REMARKS**

We are at this time placing our file on a 30 day diary and will keep you advised of all new developments. Please advise of your further instruction.

Darren Tuggle,
Adjuster
darren@mgmadjusters.com

DT/drs

| | |
|---|---|
| **Insured:** | Enterprise Services Group |
| **Claim No.:** | 561125 |
| **Date of Loss:** | 8/10/2020 |
| **Plaintiff:** | Charles Walden |
| **Plaintiff DOB:** | 2/27/1992 |
| **Reviewed :** | 2/22/2024 |
| **Age @ DOL:** | 28 yrs |
| **Age @ Review:** | 31 yrs |

Is insd neg and a prox cause of pltf's injury? (Y/N): Yes 0.9 / No 0.1

Is pltf neg and a prox cause of pltf's injury? (Y/N): Yes 0.9 / No 0.1

Is pltf's neg greater than 50%? (Y/N): Yes / No 1

Insured Share %: 65%

| | Probability of Outcome | Insured Share | Expected Value |
|---|---|---|---|
| | 0.0000% | - | - |
| 0.25 | 20.2500% | 151 | 30.7 |
| 0.50 | 40.5000% | 226 | 91.6 |
| 0.25 | 20.2500% | 450 | 91.2 |
| 0.25 | 2.2500% | 233 | 5.2 |
| 0.50 | 4.5000% | 348 | 15.7 |
| 0.25 | 2.2500% | 693 | 15.6 |
| | 10.0000% | - | - |
| **Check** | 100.0000% | | |

| **Damages** | **Full Value** |
|---|---|
| Low | 233 |
| Median | 348 |
| High | 693 |
| Expected Full Value | **406** |

| | |
|---|---|
| **Total Expected Insured Share %** | 61.7% |
| **Expected Value** | 250.0 |

Claim: 00561125

| Author | Topic | Related To | Note | Date |
|---|---|---|---|---|
| Vince Kline | General | 00561125 | IA made more unsuccessful attempts at contacting NI and IVD (cold-calls, worked with agents, background search) | 07/20/2021 |
| Vince Kline | General | 00561125 | Increasing Exposure 2 BI reserve to $150k based on the following: coverage confirmed, liability appears favorable to Insured (CV stated that he was tired and did not see IV parked on the edge of the ramp when CV rear-ended IV; PC's theory of liability is that the IV should have had the truck that was parked halfway on the ramp moved immediately before going to sleep at a nearby hotel; Clmt reports that he was getting off the interstate at exit 87 and the IV did not have lights and Clmt couldn't see it out in the road); Clmt is attorney represented and PC advised that Clmt suffered broken hip, cut hand, abrasion to head, and bruised ribs | 06/30/2021 |
| Vince Kline | General | 00561125 | Sent to PC copy of dec page and requested add'l med records when received and will evaluate to see if I can make an offer | 06/03/2021 |
| Vince Kline | General | 00561125 | Requested IA continue to try to locate NI and IVD | 06/03/2021 |
| Vince Kline | General | 00561125 | PC advised that Clmt suffered broken hip, cut hand, abrasion to head, and bruised ribs; treated at UK Ortho Surgery and Sports Medicine and Results Physiotherapy and provided a copy of EMS and ER records; they don't have other records at this time but will fwd upon receipt; their theory of liability is that the IV should have had the truck that was parked halfway on the ramp moved immediately before going to sleep at a nearby hotel; Clmt reports that he was getting off the interstate at exit 87 and the IV did not have lights and Clmt couldn't see it out in the road | 06/03/2021 |
| Vince Kline | General | 00561125 | In response to email from PC requesting a copy of the dec page, I sent a copy of the liability denial letter but agreed to send a copy of dec page upon receipt of written statement concerning Clmt's story, injuries, treatment, records, bills, and theory of liability | 05/19/2021 |
| Vince Kline | General | 00561125 | IA: More unsuccessful attempts at reaching IVD | 04/20/2021 |
| Vince Kline | General | 00561125 | IA: No luck finding IVD yet; will continue efforts | 03/24/2021 |
| Vince Kline | General | 00561125 | To PC: Liability Denial Letter | 02/26/2021 |
| Vince Kline | General | 00561125 | GA IA 1st Report: Unable to get in touch with NI or IVD; will continue efforts | 02/26/2021 |

Claim: 00561125

| Author | Topic | Related To | Note | Date |
|---|---|---|---|---|
| Vince Kline | General | 00561125 | To IA: Copy of IVD Comprehensive Report | 02/11/2021 |
| Vince Kline | General | 00561125 | To GA IA: Limited assignment to track down NI and IVD and get their version of the facts of the accident | 01/19/2021 |
| Vince Kline | General | 00561125 | Called PC to see about injuries, theory of liability, etc. but was told the legal assistant who has been talking with Mr. Walden is out today but she will have her call me tomorrow | 01/19/2021 |
| Kim Hodgen | General | 00561125 | Review file transfer. Coverage: At this time no coverage issues have been identified. Insured vehicle is a 2012 Freightliner which is scheduled on the policy as vehicle #1. Liability: The police report indicates the insured's vehicle was broken down and parked on the right side of the exit ramp. It had broken down and the driver had set out reflective triangles behind the truck. The claimant indicated to the investigating officer he was tired and did not see the insured vehicle parked on the exit ramp and struck the insured vehicle in the rear. No citations were issued to either driver. We have not been able to make contact with the insured driver. Damages. The Police report references the claimant had hip surgery and had dislocated his hip. He was transported to the University of KY for medical treatment. The claimant driver is represented by an attorney. Per the local adjuster they have been unable to get a hold of the insured, The insured is located Alpharetta, GA. Have the IA in KY close their file. Hire a local adjuster in Georgia to track down the insured. Why was their truck broken down? Contact the claimant attorney and obtain information as to the injuries and medical treatment received? | 01/15/2021 |
| Tom Wesely | General | 00561125 | Returned Jona's call at 859-358-0300, leaving my contact info. on v/m. | 12/14/2020 |
| Tom Wesely | General | 00561125 | Rec'd adj. report. Evidently no passenger in IV. Adj. having trouble contacting either party. Will put out ROR next diary date if it continues. | 12/10/2020 |
| Tom Wesely | General | 00561125 | Asked adjuster to confirm if passenger in insured vehicle was an employee or not. | 11/30/2020 |
| Tom Wesely | General | 00561125 | Rec'd adj. report. Asked adjuster to confirm insured involved vehicle. Other party rearended insured. | 11/23/2020 |
| Tom Wesely | General | 00561125 | Reconciled. | 11/04/2020 |
| Tom Wesely | General | 00561125 | Left v/m with insured to discuss claim and gave them MGM adjuster's contact info. as well. | 11/04/2020 |