UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO.: 5:22-cv-00238-KKC

CHARLES L. WALDEN PLAINTIFF,

VS.

NATIONAL INDEMNITY COMPANY DEFENDANTS

**********

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENSE EXPERT
CHRISTINE SULLIVAN
AND MEMORANDUM IN SUPPORT**

**********

Motion to Exclude Defense Expert Christine Sullivan having been made by counsel for Plaintiff, CHARLES L. WALDEN, and the Court having been sufficiently advised, IT IS FURTHER ORDERED AND ADJUDGED Plaintiff's Motion to Exclude Defense Expert Christine Sullivan is hereby GRANTED and her testimony in its entirety is hereby excluded under Federal Rules of Evidence 702 and 403.

This the __________ day of _________________________, 20____.

______________________________
Hon. Karen K. Caldwell

Prepared by:

_*/s/Robert A. Morrin*______________
Hon. Robert A. Morrin
*Counsel for Plaintiff*

* * * * * * * * * *

**CLERK'S CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the ______ day of ________________, 20_____, by mailing a true and accurate copy to the following:

Hon. Robert A. Morrin
MORRIN LAW OFFICE
214 West Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

Hon. Mindy G. Barfield
Hon. Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W Main Street
Suite 900
Lexington, KY 40507
*Counsel for Defendants, National Indemnity Company and Vince Kline*

______________________________
US DISTRICT COURT CLERK
EASTERN DISTRICT OF KENTUCKY