FISHER CONSULTING GROUP

May 14, 2026

Robert A. Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475

RE: Charles L. Walden v. NICO, et al
Your Client: Charles L. Walden

Gentlepersons:

Thank you for the opportunity to be of assistance in the above-referenced matter ("Claim"). This letter confirms that I am available to provide consulting and expert services to Clients. I am prepared to opine on matters regarding whether Defendants acted outside normal customs & practices as an insurance company with respect to the handling of the Claim together with related issues. More notably, providing a Federal Court Expert Report by May 27, 2026 on an emergency basis.

I will provide services to Clients as an independent professional. Payment to me for the services I provide is not dependent upon my findings; on the outcome of any legal action, mediation, or arbitration; the amount or terms of any settlement; or on any contractual arrangement between you and any other person or party.

My minimum engagement fee for services is Five Thousand Dollars ($5000.00). It will be in the form of an evergreen retainer in that the amount stated must be maintained at all times. Said retainer will be maintained in my Fiduciary Account. Billings for services performed or expenses incurred shall be paid by Clients so as to maintain the balance of those funds in my Fiduciary account. Clients agree promptly (not to exceed 30 days from the date my Invoice and payment notice has been sent to you) to pay my Invoice. Any issues with my bill must be raised within 15 days of the Invoice Date, and, if no request is made, invoices will be deemed approved and payable in full. Failure to promptly pay my invoices could result in my withdrawal from further work on the matter, and the Client(s) are solely responsible and assume the risk of any and all resultant consequences arising from my withdrawal. I reserve the right to not testify in deposition, arbitration, mediation or trial unless all invoices outstanding for over 45 days have been paid. I will not be liable for adverse effects from suspending work due to late or non-payment. I also reserve the right to an additional retainer in "slow pay" cases.

For trial purposes, the minimum balance amount will be increased to $8,500 when requested by me. Clients agree to compensate me for services rendered as follows:

**Fees for my services:** Consistent with my Urgent Rate schedule as attached and incorporated herein, I shall be paid at the rate of $809 per Hour for the time to prepare a fileable Report and thereafter will drop down to the usual and customary rate $599.00 per hour for all tasks

thereafter and performed under this agreement, including but not limited to analysis, calculations, conclusions, and preparation of reports if requested. Necessary travel time will be charged at $299.50 per hour (1/2 time) if local, flying time will be pre-negotiated at a flat rate not to exceed 50% of my hourly rate. Fees will be billed by the tenth of an hour, with a minimum charge for any discrete task of one tenth of an hour. For testimony at deposition or trial, I shall be paid at the same rate of $599.00 per hour, to be billed in hourly increments. This rate for time spent testifying shall apply both while testifying and while I am waiting to testify, whether at an office or court, and is exclusive for time taken for meals. Hotels, and Flight Expense will be paid in advance upon receipt of my reservation(s), and my meals per diem will be $75.00 per day. Anticipated travel expenses will be advanced upon my request with itemizations of Flight and Hotel expenses.

You and Clients have had the opportunity to investigate and verify my credentials and agree that I am qualified to perform the services described herein. You and Clients will be solely responsible for choosing what materials and documents I need to review in order to provide opinions consistent with the scope of my retention and my designation as a testifying expert. The materials sent to me must include all relevant materials, even if they might favor other parties. In order to be effective as an Expert, I need to know all of the relevant facts , including those that might be adverse. I thus require disclosure of any facts or positions that, at least, might not be favorable to our position. Disclosure of same will assist in my thorough preparation.

Clients are responsible for all payments as outlined in this agreement, regardless of any arrangement you may have with any party or parties you represent. I will issue bills on a monthly basis, or whatever other interval I deem appropriate. Bills are due on receipt and shall be considered delinquent if unpaid more than thirty days after their date of issuance. Interest shall accrue to any delinquent balance at the maximum rate permitted by law, not to exceed 1.5 per cent per month. In the event that a bill remains unpaid for sixty or more days after the date of issuance, I shall have the unrestricted right to resign from performing additional services under this agreement. This agreement shall be interpreted under the laws of the State of California.

The Clients' signature below represents agreement with the terms set forth herein. Please return a signed copy of this letter to my office. Note that your firm's signature is only to verify this contents herein has been explained to the client.

Thank you again for this opportunity to assist in obtaining the appropriate justice warranted.

Very truly yours,
**Fisher Consulting Group, Inc**

Frederick J Fisher

FJF/idm

I accept the terms of this agreement:

Date: _____ ______________________________

__________________________________
By (Print name & Title) for

Date: ________ ___________________
Counsel for Client, agreed to as to Form, Content, and explanations to the Client.

_____________________
By ( Print Name)

///