**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

CHARLES L. WALDEN )
)
Plaintiff )
)
v. ) Civil Action No. 5:22-cv-00238-KKC
)
ENTERPRISE SERVICES GROUP, LLC, )
CLARENCE M. HOWARD, and )
NATIONAL INDEMNITY GROUP OF )
INSURANCE COMPANIES OR )
NATIONAL INDEMNITY COMPANY )
)
Defendants )

**ORDER**

This matter having come before the Court on Defendant, National Indemnity Company's, Motion to Exclude and/or Limit Expert Testimony of Frederick J. Fisher, and the Court being sufficiently advised, **IT IS ORDERED**:

(1) National Indemnity Company's Motion to Exclude and/or Limit Expert Testimony of Frederick J. Fisher, is hereby **GRANTED**.

(2) Plaintiff is prohibited from calling Frederick J. Fisher during the trial of this matter.

So ordered this ____ day of ________________, 2026.

______________________________
HON. KAREN K. CALDWELL
JUDGE, UNITED STATES DISTRICT COURT