**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| CHARLES L. WALDEN<br><br>Plaintiff<br><br>v.<br><br>NATIONAL INDEMNITY GROUP OF INSURANCE COMPANIES OR NATIONAL INDEMNITY COMPANY<br><br>Defendants | ) | Civil Action No. 5:22-cv-00238-KKC-EBA<br><br>**NATIONAL INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

* * * * *

Pursuant to Fed. R. Civ. P. 56, the Defendant, National Indemnity Company ("NICO"), hereby moves this Court for summary judgment in its favor on Plaintiff's Complaint. In support of the Motion, NICO States that there are no material facts in dispute and it is entitled to a judgment in its favor as a matter of law. A Memorandum in support of the instant Motion, and an Order sustaining the Motion, are filed herewith.

Respectfully submitted,

*<u>/s/ Mindy G. Barfield</u>*
Mindy G. Barfield
Kyle R. Bunnell
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
*Counsel for Defendant, National Indemnity Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert Morrin, Esq.
Morrin Law Office
214 West Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

*/s/ Kyle R. Bunnell*
Counsel for Defendant

73862149