DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 8441847
CASE NAME: Charles L. Walden v. National Indemnity Group Of Insurance Companies Et Al
DATE OF DEPOSITION: 9/29/2026
WITNESS' NAME: Christine Sullivan

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

10/27/2026 ______ [signature] ______
Date                Christine Sullivan

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections in the appended Errata Sheet;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal this 27 day of October, 2026.

[signature]
Notary Public

05/22/2029
Commission Expiration Date

Official Seal
DANIELA GONZALEZ LUNA
Notary Public, State of Illinois
Commission No. 1010724
My Commission Expires May 22, 2029

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 8441847

| PAGE/LINE(S) / | CHANGE | /REASON |
| --- | --- | --- |
| Pg 31/line 17 | Delete 'not' | Transcription error |
| Pg 42/line 1 | Change 'look reasonable' to consider | Clarify language |
| Pg 64/line 10 | Change 'driver' to 'truck driver' | Clarify language |
| Pg 66/line 25 | Change 'work' to 'word' | Transcription error |
| Pg 90/line 20 | Change 'law to loss' | Transcription error |
| Pg 98/line 7 | After 'human beings' add 'involved in a loss' | Clarify language |
| Pg 125/line 14 | Change 'I' to 'you' | Clarify language |
| Pg 138/line 3 | Change 'reasonable' to 'unreasonable' | Transcription error |
| Pg 160/line 14 | Change 'weren't in' to 'were in' | Transcription error |

10/27/2026
Date

Christine Sullivan

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27

DAY OF October, 20 26.

Official Seal
DANIELA GONZALEZ LUNA
Notary Public, State of Illinois
Commission No. 1010724
My Commission Expires May 22, 2029

Notary Public

05/22/2029

Commission Expiration Date

Official Seal
DANIELA GONZALEZ LUNA
Notary Public, State of Illinois
Commission No. 1010724
My Commission Expires May 22, 2029